**FOR USE BY INCARCERATED PERSONS**

RECEIVED    FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**

2:06CV384 - WKW

**APPLICATION TO PROCEED *IN FORMA PAUPERIS***

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: James Charley Moon  A.I.S. 212228  9B-34B

   Present mailing address: Ventress Correctional Facility
   P.O. Box 767
   Clayton, Al. 36016

2. Are you presently employed?                                   Yes ____   No  X

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: _____

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   Lee Home Improvements        Mar. 2000        $1,600.00 month

   _____

   Date last worked: March, 2000
   Monthly earnings: $1,600.00

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?    Yes ____   No  X
   (b) Interest, dividends, rents, or investment income of any kind?    Yes ____   No  X

(20)

(c) Pensions, annuities, or life insurance payments?    Yes ____    No _X_

(d) Gifts or inheritances?    Yes ____    No _X_

(e) Any other sources?    Yes _X_    No ____

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

$100.00 month mother
_____
_____

4. How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ $114.00

5. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?    Yes ____    No _X_

If the answer is "yes," describe the property and state its approximate value:

_____
_____
_____

6. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support.

_____
_____
_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2006    James C. Moon
                        SIGNATURE OF PLAINTIFF

(21)

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include <u>both</u> the total deposits made to the prisoner's account each and every month for the preceding six months <u>and</u> the average monthly balance in the account each and every month during the preceding six months. Information for **six** <u>full</u> **months** must be provided.

### CERTIFICATION #212228

I hereby certify that prisoner _____James Mon_____ has been incarcerated in this institution since __3/8/05__, 1X, and that he has the sum of $__114.05__ in his prison or jail trust account on this the __17th__ day of __April__, 19__06__. I further certify that the information provided below is true and correct.

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _See_ | $_attached_ | $_____ |
| Month 3 | | $ | $ |
| Month 4 | _____ | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

__Ventress Correct. Facility__
Name of Institution

(19)

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC

AIS #: 212220        NAME: MOON, JAMES CHARLEY                AS OF: 04/17/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 13 | $43.55 | $45.00 |
| MAY | 31 | $17.89 | $75.00 |
| JUN | 30 | $16.70 | $109.48 |
| JUL | 31 | $10.80 | $110.00 |
| AUG | 31 | $36.24 | $405.00 |
| SEP | 30 | $157.34 | $370.00 |
| OCT | 31 | $46.79 | $145.00 |
| NOV | 30 | $29.97 | $300.00 |
| DEC | 31 | $55.30 | $170.00 |
| JAN | 31 | $52.76 | $109.00 |
| FEB | 28 | $130.88 | $352.00 |
| MAR | 31 | $328.24 | $145.00 |
| APR | 17 | $222.65 | $0.00 |

(18)