| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Hutra Reng_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Hutra Guice    C. Date of Delivery: 5-16-06 |
| 1. Article Addressed to:<br><br>Nettie Burks, D.O.N.<br>Medical Department<br>Ventress Correctional Facility<br>P.O. Box 767<br>Clayton, AL 36016 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br>2:06cv384<br>c+o    (HO) |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 2342 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. W. E. Shirley
   Dental Department
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Aisha Dunn_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _HuTKI CouCe_
C. Date of Delivery: 5-16-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CV384
   c & a
   (40)

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 2380

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   J. C. Giles, Warden
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Anitra Guice_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
_Anitra Guice_

C. Date of Delivery
5-16-06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV384
C + O
(40)

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

7005 1820 0002 3461 2410

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Larry Monk, Captain
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *(signature)*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Hutia Grice
C. Date of Delivery: 5-16-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:06CU584
   C+0   (40)

3. Service Type
   ☐ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2427

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Nictia Qune_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) _Autra Gate_ C. Date of Delivery _2-16-06_ |
| 1. Article Addressed to:<br><br>Sherwin Carter, Sargeant<br>Ventress Correctional Facility<br>P.O. Box 767<br>Clayton, AL 36016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:06CV384<br>✓ ⊥ ✗  (40) |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 2434 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Samuel Rayapati
   Medical Department
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Nutan Guice_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Hutna Guice                    5/16-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

   2:06cv384
   c/o

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 1820 0002 3461 2335

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nulia Guice_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_Nutria Guice_   5/6/06

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2:06CV384
C & O
(40)

1. Article Addressed to:

Dr. West, Dental Surgeon
Dental Department
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 2373

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Hutke Grice   C. Date of Delivery: 5/16/06 |
| 1. Article Addressed to:<br><br>Ms. Marsh, L.P.N.<br>Ventress Correctional Facility<br>P.O. Box 767<br>Clayton, AL 36016 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:06CV384<br>C/o  (40) |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 2441 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Miers
   Dental Department
   Ventress Correctional Facility
   P.O. Box 767
   Clayton, AL 36016

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Autra Gruice*   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
   Autra Gruice

C. Date of Delivery
   5-16-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:06CV384
   C & O

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 2366

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540