**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _L. Chandler_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
_L. Chandler_   _5/16/06_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

2:06CV 384
CTO

1. Article Addressed to:

Richard Allen, Commissioner
Alabama Department of Corrections
1400 Lloyd Street
Montgomery, AL 36130

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from serv...   7005 1820 0002 3461 2397

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540