| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kimberly Kitten_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Kim Kitten_   _5-17-06_ |
| 1. Article Addressed to:<br><br>Prison Health Services, Inc.<br>Ventress Medical Provider for Inmates<br>West Park Drive, Suite 200<br>Brentwood, TN 37027 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>2:04cv384<br>C & B                              (40) |
|  | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)          ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 2359 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540