IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:06-CV-384-WKW |
| RICHARD ALLEN, ET AL. | ) |
| | ) |
|     Defendants. | ) |
| | ) |
| | ) |

## ANSWER OF DEFENDANTS

COME NOW the Defendants, **Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter**, by and through undersigned counsel, and for their Answer to the above-styled action, state as follows:

Defendants deny each and every material allegation made in the Complaint, and demand strict proof thereof.

Defendants deny that they violated any of the Plaintiff's constitutional rights.

Defendants deny that they violated the Plaintiff's due process rights.

Defendants deny that they caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

Defendants deny that they conspired, retaliated or discriminated against the Plaintiff in any way.

**DEFENSES AND AFFIRMATIVE DEFENSES**

The Plaintiff has failed to state a claim upon which relief may be granted.

The Plaintiff's claims are barred by the statute of limitations.

Defendants are entitled to state agent immunity.

Defendants are entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

The Defendants are immune from suit due to qualified immunity

                    Respectfully submitted,

                    TROY KING (KIN047)
                    Attorney General


                    s/ Benjamin H. Albritton
                    Benjamin H. Albritton (ALB008)
                    Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 22nd day of June, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Charley Moon
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36106

                                                               s/ Benjamin H. Albritton
                                                               Benjamin H. Albritton
                                                               Assistant Attorney General