IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Charley Moon, #212228 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-384-WKW |
| | ) | |
| Samuel Rayapati, M.D., et. al., | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear J. C. Giles, who being duly sworn, deposes and presents the following affidavit.

My name is J. C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Warden III. I have read the complaint in the above styled cause and note that inmate James Charley Moon, #212228 alleges that his Eighth Amendment has been violated and he has been made suffer extreme physical and mental hardship as well as other allegations that I will address. I make this affidavit in the defense thereof.

Inmate James Moon states prison officials showed deliberate indifference to all inmate's medical, dental and psychiatric needs and also violating his Eighth Amendment. He further states this is due to overcrowding. He states that we have failed to provide adequate staffing and equipment to maintain conducive



EXHIBIT 1

Page 2
Affidavit – J. C. Giles

treatment of his serious medical illness. He states he had to suffer extreme physical and mental hardship and seeks relief.

Ventress Correctional Facility officials have not shown any deliberate indifference to Inmate James Moon, #212228. Inmate Moon has been allowed access to health and dental care at the Health Care Unit. As Warden of Ventress Correctional Facility my subordinates nor myself have any medical expertise and cannot make medical determinations on an inmate. We can only make sure that an inmate has access to the medical staff and this was done. We must rely on the medical professionals contracted by the Alabama Department of Corrections to diagnose and treat inmates' medical needs.

Inmate James Moon, #212228 also alleges that the Department of Corrections is defrauding thousands of inmates of their general funds by freezing their monies on their accounts.

Inmate James Moon did have a money order that was placed on his books and frozen due to his involvement in a violation of Administrative Regulation 403, of bartering and trading with other inmates.

I have not violated inmate Moon's civil rights and I have performed within the scope of my duties and responsibilities in addressing issues directed to me by inmate Moon.

Page 3
Affidavit – J. C. Giles

The beforementioned facts are true and correct to the best of my knowledge.

_____ 5-18-06
J. C. Giles                    Date


State of Alabama )

Barbour County  )

Sworn to and subscribed before me this 18th day of May, 2006.

_____
Notary Public

My Commission Expires: 9-8-08