IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James Charley Moon, #212228 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:06-CV-384-WKW |
| ) | |
| Samuel Rayapati, M.D., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Marshall L. Monk, who being duly sworn, deposes and presents the following affidavit.

My name is Marshall L. Monk and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer Supervisor II. I have read the complaint in the above styled cause and note that inmate James Charley Moon, #212228 alleges that he sent me a request slip asking for medical assistance and I referred him to Ms. Burks and that I refused to grant his request to buy items off the canteen because he was on restrictions. I make this affidavit in the defense thereof.

Inmate Charley Moon states he sent a request slip asking for medical assistance and I referred him to Ms. Burks. That is true. I have no medical expertise and can not make medical determinations on an inmate. I can only make sure that an inmate has access to the medical staff and I did that. I must

EXHIBIT 2

Page 2
Affidavit – Marshall L. Monk

rely on the medical professionals contracted by the Alabama Department of Corrections to diagnose and treat inmates' medical needs.

Inmate Charley Moon states that I refused to grant his request to buy items off the canteen because he was on restrictions. That is true.

Inmate Moon states that I told him monies on his PMOD account that were frozen would be held until he EOS. I informed inmate Moon that it was a possibility that the funds would be frozen until he EOS. A higher authority approved the funds to be frozen due to discrepancies with the money orders in question.

I have not violated inmate Moon's civil rights and I have performed within the scope of my duties and responsibilities in addressing issues directed to me by inmate Moon.

The beforementioned facts are true and correct to the best of my knowledge.

*Marshall L. Monk*   5-19-06
Marshall L. Monk    Date

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 19th day of May, 2006.

*Reba D. Currie*
Notary Public

My Commission Expires: 7-8-07