IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| James Charley Moon, #212228 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:06-CV-384-WKW |
| ) | |
| Samuel Rayapati, M.D., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Sherwin V. Carter, who being duly sworn, deposes and presents the following affidavit.

My name is Sherwin V. Carter and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Officer II. I have read the complaint in the above styled cause and note that inmate James Charley Moon, #212228 alleges that he sent me a request slip and that I refused to grant his request to buy items off the canteen because he was on restrictions. I make this affidavit in the defense thereof.

Inmate Charley Moon states my answer to the request was to stay out of trouble. I did in fact advise inmate Moon to stay out of trouble; therefore, he would not lose his canteen privileges in the future. Furthermore, I do not have

EXHIBIT 3

Page 2
Sherwin Carter Affidavit

the authority to reinstate inmate Moon's canteen privileges when he is put on restrictions.

I have not violated inmate Moon's civil rights and I have performed within the scope of my duties and responsibilities in addressing issues directed to me by inmate Moon.

The beforementioned facts are true and correct to the best of my knowledge.

_____  6/8/06
Sherwin V. Carter          Date

State of Alabama )

Barbour County )

Sworn to and subscribed before me this 8th day of June, 2006.

_____
Notary Public

My Commission Expires: 9-8-08