IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., ET AL., | * | |
| Defendants. | * | |
| | * | |

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc., Samuel Rayapati, M.D., Dr. Travis Miers, Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Dr. David West and William Shirley, D.D.S. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including July 26, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to the high number of medical providers sued, and unavoidable scheduling conflicts with their respective practices, counsel has been unable to meet with these Defendants in order to defend their interests in this matter.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

                s/L. Peyton Chapman, III
                Alabama State Bar Number CHA060
                s/R. Brett Garrett
                Alabama State Bar Number GAR085
                Attorneys for Defendants Prison Health
                Services, Inc., Samuel Rayapati, M.D.,
                Dr. Travis Miers, Nettie Burks, R.N.,
                H.S.A., Anthonette Marsh, L.P.N., Dr. David
                West, and William Shirley, D.D.S.

                RUSHTON, STAKELY, JOHNSTON &
                GARRETT, P.A.
                Post Office Box 270
                Montgomery, Alabama 36101-0270
                Telephone: (334) 834-8480
                Fax: (334) 262-6277
                E-mail: bg@rsjg.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of June, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                s/R. Brett Garrett GAR085
                Attorney for Defendants Prison Health
                Services, Inc., Samuel Rayapati, M.D.,
                Dr. Travis Miers, Nettie Burks, R.N.,
                H.S.A., Anthonette Marsh, L.P.N., Dr. David
                West and William Shirley, D.D.S.