IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228           *

    Plaintiff,                         *

    v.                                 *       2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,       *

    Defendants.                        *

_____

**ORDER ON MOTION**

Upon consideration of Defendants PHS, Inc., Marsh, Rayapati, Burks, Miers, West, and Shirley's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 11) is GRANTED; and

2. Defendants are GRANTED an extension from June 23, 2006 to July 26, 2006 to file their answer and written report.

Done this 29th day of June 2006.

                                        /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN MCPHERSON
                                        UNITED   STATES   MAGISTRATE   JUDGE