IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION



2006 JUN 30 A 9: 49

James C.Moon. #212228
    Plaintiff
V                                            Case #2:06-CV-384-WKW
Samuel Rayapatti M.D. et,al,.
    Defendant

**Motion For Production Of Documents**

    Comes Now,the plaintiff,James C.Moon,pro-se,in the above style cause and make this his request for the defendant to produce certain documents pursuant to <u>Rule 34 A.R.Civ.P.</u>,and in doing such states the following:

1). Plaintiff avers that to facilitate the issuse present in this action he would require the below listed documents be produced by the defendants for inspection by this court and plaintiff.These documents are also necessary for plaintiff to present as evidence for trial either by the court or jury.

2). The following medical records and dental records requested are to be from March,2002,to the present,June,2006 the period in which the issue before the court is documented.

A). Medication charts pertaining to plaintiff from 3/02 to 6/06

B). All doctor's orders pertaining to plaintiff from 3/02 to 6/06

C). All nurses notes pertaining to plaintiff from 3/02 to 6/06

D). All Chonic Care evaluations and recommendations pertaining to plaintiff from 3/02 to 6/06

E). All primary Insurance Policy's obtained by the (D.O.C.) and prison Health Services Ins.in itd Intrity. Such as Blue Cross/Blue Sheild (Insured Id XAJ 624628106 Group # 57688 and other Insurance taking on (James C.Moon ).

F). All (psy) Mental Health notes pertaining to plaintiff from 3/02 to 6/06 and treatment

G).  All contracts between Prison Health Sercives Inc. on the Department Of Corrections on medical with the Department Of Corrections.

Plaintiff would request the above listed documents as soon as possible and if there is a problem with obtaining said material,the defendants should advise to such.

### Certificate Of Service

I hereby certify that I have mailed a copy of the foregoing to the Attorney for the defendants by placing same in the U.S.Mail.postage pre-paid,first class mail,and properly addressed to :Hon.Peyton L.Chapman,Attorney at Law P.O.Box 270,Montgomery,Al.36101-0270,on this the __28__ day of __June__ 2006

James C. Moor
Ventress Correctionl facility
P. O. Box 767
Clayton, Al, 36016