IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 JUL -5  A 9: 41

U.S. DISTRICT CT. CLK
MIDDLE DISTRICT COURT
MIDDLE DISTRICT ALA

JANES C.MOON
          PLAINTIFF
     V                                          CASE # 2:06-CV-384-WKW
SAMUEL RAYAPATTI,M.D. ET,AL.,
          DEFENDANT

**Motion For Production Of Documents**

Comes Now, the plaintiff James C.Moon,pro-se,in the above style cause and
makes this request for the defendants to produce certain documents pursuant to
**Rule 34 A.R.CIV.P.** and in doing such states the following:

1). Plaintiff avers that to facilitate the issues present in this action he would
require the below listed documents be produced by the defendants for inspection
by this court and plaintiff.These documents are also necessary for plaintiff to
present as evidence for trial either by the court or jury.

2). The following medical records and dental records requested are to be from
March,2002,to the present,June,2006,the peiord in which the issue before the
court is documented.

A). Medication charts pertaining to plaintiff from 3/02 to 6/06;

B). All doctor's orders pertaining to plaintiff from 3/02 to 6/06;

C). All nurses notes pertaining to plaintiff from 3/02 to 6/06

D). All**Chronic Care** evaluations and recommandations pertaining to plaintiff
from 3/02 to 6/06

E). all primary Insurance Policy's obained by the D.O.C.and Prison Health Services
Ins. in it's intrity ,such as Blue Cross/Blue Sheid (Insured's ID XAJ 624628106
Group 57688) and any other Insurance taking on plaintiff James C.Moon.

**F).** All (psy) Mental Health notes pertaining to plaintiff from 3/03 to 6/06;

and treatment.

**G).** All contracts between Prison Health Services Inc. The Department Of Corrections

on medical with the Department Of Corrections.

Respectfully Submitted

James C. Moon

James C.Moon #212228
P.O.Box 767
Clayton,Al.36016

### Certificate Of Service

I hereby certify that I have mailed a copy of the foregoing to the counsel
of the defendants,by placing same in the U.S.Mail,postage prepaid,first class
mail,on the ___30___ day of ___June___,2006 and properly addessed as
follows:


Rushton,Stakley,Johnson & Garrett,P.A.
P.O.Box 270
Montgomery,Al.36101-0270


Attention Honorable L.Peyton Chapman III Attorney at Law
State Of Alabama
Office Of The Attorney General
11 South Union Street
Montgmery,Ala.36130-0152
Attention Honorable Benjamin H.Albritton,Assistant Attorney General