IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON, #212228,    )
                                )
       Plaintiff,              )
                                )
       v.                      ) CIVIL ACTION NO. 2:06-CV-384-WKW
                                )
DR. SAMUEL RAYAPATI, et al.,    )
                                )
       Defendants.             )

**ORDER ON MOTION**

Upon consideration of the motions for production of documents filed by the plaintiff

on June 30, 2006 (Court Doc. No. 13) and July 5, 2006 (Court Doc. No. 14), and as the

medical defendants have not yet filed their special report, it is

ORDERED that the motions for production of documents be and are hereby

DENIED.

Done this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE