**STATE OF ALABAMA**
Department of Corrections
*Inmate Stationery*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON )
   Plaintiff )
) CASE NO: 2:06-CV-384-WKW
V. )
)
SAMUEL RAYAPATTI, MD. ET, AL )
   Defendant

### MOTION FOR INJUNCTIVE RELIEF (TRO)

Comes Now, the plaintiff James C. Moon, pro-se in the above style cause and makes this request to temporary restraining order (TRO) for immediate relief is necessary to prevent plaintiff from suffering further "irreparable" injury (e.g. for plaintiff has been placed in segregation improperly, and would request that A court speedily consider your request for relief pursuant to federal Rules of Civil Procedure, Rule 65(b).

Plaintiff will suffer irreparably during the pendency of the lawsuit if the relief requested is not granted. There is "No Adequate remedy," and that plaintiffs future compensation in damages will be an insufficient remedy, and that plaintiff's injuries now are actual and serious consequences to plaintiff. As you will see in exhibit # that your constitutional Rights have been Violated is sufficient. The law library has been closed since June 29, 2006 exception of 2 days, my Legal mail was called out July 13, 2006 but was not brought to plaintiff. This is the only sheet of paper I have will the court forgive me. James Moon

On April 6,2006 when I was returned from Montgomery Surgical Center,I was asked to go to H.C.U. where Dr.Rayapati made me sit outside his office in a chair Mrs March relayed messages between Dr.Rayapiti and plaintiff I was not allowed to have a conversation with him.He took me off a soft food diet even after pleading with Mrs.March (LPN) to ask him could I keep it until my partial plates could be made,but he declined it.Mrs.March wrote me a regular diet out stated per Rayapati see exhibit's __A-35__ .I was to return to have another dilatation in 6-8 weeks and again I was put on nexium 40mg.orally each day.Dr.Jackson stated in his operative note : That the patient had poor response to H2 antagonist therapy. Meaning : A person who opposes or completes with another;advesary;opponent @ a muscle working against another muscle,drug that acts in opposition to or counteracts another,to make an enemy of.

You see for 18 months he has refused to follow the instructions of a specialist in his field;**West V Keve 571 F.2d 158,162 (3rd Cir.1978)**(post-operative patient had right to care by qualified doctor)**Goodman V Wagner 553 F.Supp.255 (E.D.Pa.1982)**(failure to follow doctor's orders for treatment and denial of precribed medication).You see the medication Dr.Jackson put me on had proton pump inhibitors in it to help healing period,before the dilatation he listed (4)such medication's.On december 9,2004 but Dr.Rayapati never complyed with these simple instructions.Patient has sereve erosive esophagititis eraosion is allowed to continue cancer is the next step.

This constituted a need for medical attention that would have been obvious to a lay-person,making submission of verifying medical evidence unnecessary. see **Boyd V Knox 47 F.3d 933 (8th Cir.1995) (qoute)Choate V Lockhard,7 F.3d 1370,1376 (8th Cir.1993)**.The suppervisor must know about the conduct and facilate it,approve it,condone it or turn a blind eye for fear of what(he or she) might see.

(1)

You will see the drug Prilosec does not have proton pump Inhibitor's in it. **see exhibit** B .On the warning Lable it states:Do not use if you have trouble or pain swallowing food.As you will see in **exhibits** C-38 Dr.Rayapait wrote me a special diet for <u>difficulty swallowing</u>.I had to chew the medication up in order to get it to pass thru the 1/4 inch stricture.Prilosec are delayed released tablets that are not to be (quote) do not chew or chush the tablets.I did not know these facts till recently when I stated getting them (KOP) keep on person. So you see I am not getting the recommended treatment and precriptions I so despartely need for the healing process to accure before surgery.So I can eat things like normal people eat like;chicken,wienners,bread,hamburgers.I still have to eat soft food and be allowed30 min.40 min.to chew my food and swallow it.

Dr.Rayapati has been sanctioned before in Georgia on the adverse affects on drugs and sent back to school from 2000 thru Feb.18, for he killed a patient J.M. **see exhibits** D-36 due to the drug allopurinal.Medical expects have opined Dr.Rayapait diagnoses and treatment fell below minimal standards of prevailing.

Patients having ulcerative Grade III esophagitis are usually treated surgically in an effort to avoid a fully developed stricture which requires more diffuclt and less successful therapy.Patients who have significent hemorrhage or pulmonary damage from aspiration of gastic contents are advised to undergo surgical correction of the incompetent cardia.This is why plaintiff wishs or seeks an injunction,directing defendants to immediately issue a repair to the incompetent cardia and issue an order to them to give plaintiff correct medication 40mg.nexium April 6,2004 repeat dilatation 6-8 weeks recommended **see exhibits** E refuses to follow recommended treatment this has not happen.I still am gettting choked-up.The department of Corrcetions needs to fire Dr.Rayapaiti for he is incompetent doctor.He needs investagating his defiance of explicit medical

(2)

instructions resulting in serious and obvious injuries, unnessary causung plaintiff to suffer extreme physical and mental hardship for which plaintiff seekes relief.

P.S. Dr. Rayapati has been fired this week. I am tring to get a sick call slip out of segregation to get my medication Refilled and my try to get nexium 40 mg. if possible. Their is a copy of Insurance policy taken out on plaintiff so P.H.S Inc. wouldn't have to pay for non-medical Reason's delay in medical Treatment. See Exhibit # F

Werefore, the Court should grant this motion for Injunctive Relief (TRO)

I Declare under the penalty of perjury that the the forgoing is true and correct.

Signed this 16 day of July, 2006

                                    James C. Moore
                                    Name and Signature

(3)