

**PRISON HEALTH SERVICES INCORPORATED**

## Special Diet Request

Inmate's Name: _____ Date: _____

Housing Location: _____

Type of Diet: _____

Start Date: _____ Stop Date: _____

Special Instructions (if needed): _____

_____

_____

_____

Date Requested: _____ Signature: _____

60130 (10/89)     (White - Kitchen Copy, Yellow - Patient File Copy)    (Exhibit's #35)

**PHS**
PRISON HEALTH SERVICES INCORPORATED

## Special Diet Request

Date: 4-6-06

Inmate's Name: Moon Junior

Housing Location: 7B 34

Type of Diet: Reg Diet

Start Date: 4-6-06    Stop Date: Continuous

Special Instructions (if needed): Stop Soft Diet o/by

Date Requested: 4-6-06    Signature: [signature] Dillyard

(White - Kitchen Copy, Yellow - Patient File Copy)   (Exhibit # 35)(A)

60130 (10/89)



Exhibit #B

**DIET CARD**            NO. 212228

NAME: Moon, James     WARD: VCF
DIET: Soft
DIAGNOSIS REQUIRING DIET: difficulty swallowing
START DATE: 9-21-05   STOP DATE: 3-21-06
PHYSICIAN / BY: Dr. Rayapati / Bennett

F-54 Rev 1-94    *James C. Moon*    Original-Dietary, Ivory-Inmate

exhibit (C)

---

**DIET CARD**            NO. 212228

NAME: Moon, James     WARD: VCF
DIET: Soft diet
DIAGNOSIS REQUIRING DIET: Esophageal Stricture
START DATE: 8/17/05   STOP DATE: 8/26/05
PHYSICIAN / BY: D. Rayapati / Williams RN

F-54 Rev 1-94    Original-Dietary, Ivory-Inmate

---

**DIET CARD**            NO. 212228

NAME: Moon, James     WARD: VCF
DIET: Soft diet
DIAGNOSIS REQUIRING DIET: Esophageal Stricture
START DATE: 8-25-05   STOP DATE: 2-25-06
PHYSICIAN / BY: Ms. Floyd CRNP / JMoon

*James C. Moon*

F-54 Rev 1-94    Original-Dietary, Ivory-Inmate

Exhibit # 38(C)

BEFORE THE COMPOSITE STATE BOARD OF MEDICAL EXAMINERS

IN THE MATTER OF:

SAMUEL RAYAPATI, MD
License # 037345
Respondent

Docket No. 99-mb-00-125

*Composite State Board of Medical Examiners FEB 18 2004 DOCKET NUMBER*

## PUBLIC CONSENT ORDER TERMINATING PROBATION

WHEREAS, the Composite State Board of Medical Examiners ("Board") entered a Consent Order in the above styled matter on June 9, 2000, which placed Respondent's license to practice medicine in Georgia on probation; and

WHEREAS, Respondent has petitioned to have the probation terminated; and

WHEREAS, the Board has determined that the Respondent has complied with all the terms and Conditions of the probation,

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the probation of Respondent's license to practice medicine in the State of Georgia be **TERMINATED**.

SO ORDERED, this 18th day of February 2004.

COMPOSITE STATE BOARD
MEDICAL EXAMINERS

Grace N. Davis, MD, M.P.H.
President

(BOARD SEAL)

ATTEST: LaSharn Hughes
Executive Director

(Exhibit # 36)(D)

## OPERATIVE NOTE

PATIENT: MOON, JAMES            120342        DATE: 4-6-06

PRE-ENDOSCOPY DIAGNOSIS: ESOPHAGEAL STRICTURE WITH SEVERE EROSIVE ESOPHAGITIS

POST-ENDOSCOPY DIAGNOSIS: ESOPHAGEAL STRICTURE WITH SEVERE EROSIVE ESOPHAGITIS POST DILATATION

ASSISTANT:

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.

REFERRING PHYSICIAN: DR. RAYAPATI, VENTRESS CORRECTIONAL FACILITY, CLAYTON, AL

PROCEDURE PERFORMED:
1) ESOPHAGOGASTRODUODENOSCOPY
2) BALLOON DILATATION OF THE ESOPHAGUS

ANESTHESIA: Managed anesthesia care.

INSTRUMENT USED: Olympus GIF100.

INDICATION FOR PROCEDURE: This patient is a 54-year-old Caucasian male presenting with severe erosive esophagitis and dysphagia. The patient has had a poor response to H2 antagonist therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to Endoscopy where he was given sedation per Anesthesiology. When adequate sedation was obtained, the Olympus GIF100 endoscope was introduced into the esophagus and passed into the stomach. On passage of the endoscope the patient was noted to have ulcer and stricture of the esophagus at approximately 25-30 cm from the lip. The esophageal stricture was dilated incrementally to 12, 13.5, 15 and 18 mm. There were no untoward effects from this dilatation, no evidence of esophageal perforation.

In the stomach the cardia, fundus, body, antrum and pylorus were normal. The duodenum was …normal. Pylorus was also normal.

RECOMMENDATIONS:
1) Nexium 40 mg orally each day.
2) Repeat dilatation at 6-8 weeks.

JOSEPH W. JACKSON, M.D.

JWJ:dli
D:4-6-06
T:4-7-06
Job #43017

CC: Dr. Rayapati

MONTGOMERY SURGICAL CENTER   exhibits (E)

# OPERATIVE NOTE

PATIENT: MOON, JAMES         120342         DATE: 2-16-06

PRE-ENDOSCOPIC DIAGNOSIS:   ESOPHAGEAL STRICTURE

POST-ENDOSCOPIC DIAGNOSIS:  1) ESOPHAGEAL STRICTURE DUE TO SEVERE EROSIVE ESOPHAGITIS
2) SEVERE EROSIVE ESOPHAGITIS

ASSISTANT:

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.

REFERRING PHYSICIAN: DR. RAYAPATI AT VENTRESS CORRECTIONAL FACILITY
CLAYTON, AL 36016

PROCEDURE PERFORMED:   1) ESOPHAGOGASTRODUODENOSCOPY
2) BALLOON DILATATION OF THE ESOPHAGUS

ANESTHESIA: Managed anesthesia care.

INSTRUMENT USED: Olympus GIF100.

INDICATION FOR PROCEDURE: This patient is a 53-year-old male presenting with recurrent episodes of severe dysphagia. The patient had no nausea or vomiting. He has regurgitation and pyrosis. He has a history of chronic pancreatitis.

DESCRIPTION OF PROCEDURE: This patient was taken to Endoscopy where he was given sedation per Anesthesiology. The Olympus GIF100 endoscope was introduced into the esophagus and passed into the stomach. On passage of the endoscope the patient was found to have normal mucosa in the proximal two thirds of the esophagus. In the distal two thirds there was ulceration and stricture. The stricture measured approximately 10-11 mm. The endoscope was <u>forced</u> through the stricture and into the stomach. In the stomach the cardia, fundus, body, antrum and pylorus were normal. The patient had a normal duodenum.

The radial expansion balloon was passed into the esophagus and inflated at 7 atmospheres of pressure. The patient was noted to have good dilatation of the esophagus with no evidence of esophageal perforation. He tolerated the procedure and was taken to Recovery for observation.

RECOMMENDATIONS:
1) Repeat dilatation in 4-6 weeks.
2) Recommended prison call and arrange this procedure.
3) Nexium 40 mg orally each day.

JOSEPH W. JACKSON, M.D.

JWJ:dli
D:2-16-06
T:2-17-06
Job #41520
CC: Dr. Rayapati
    Ventress Correctional Facility
    379 Highway 239
    Clayton, AL   36106

MONTGOMERY SURGICAL CENTER         exhibit #E

# OPERATIVE NOTE

PATIENT: MOON, JAMES C.                     #120342       DATE: 12-9-04

PRE-ENDOSCOPY DIAGNOSIS:    ESOPHAGEAL STRICTURE

POST-ENDOSCOPY DIAGNOSIS:   1) SEVERE EROSIVE ESOPHAGITIS
                            2) ESOPHAGEAL STRICTURE

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.         ASSISTANT:

REFERRING PHYSICIAN: DR. RAYAPATI

PROCEDURE PERFORMED:    1) ESOPHAGOGASTRODUODENOSCOPY
                        2) ESOPHAGEAL BIOPSY

ANESTHESIA: Managed anesthesia care by Anesthesiology.

INSTRUMENT: Olympus GIF100.

INDICATION FOR PROCEDURE: This patient is a 50-year-old Caucasian male presenting with a history of frequent regurgitation and pyrosis, dysphagia and episodic odynophagia.

DESCRIPTION OF PROCEDURE: The patient was taken to Endoscopy where he was given anesthesia per Anesthesiology. When adequate sedation was obtained, the Olympus GIF100 endoscope was introduced into the esophagus and passed distally into the stomach. On passage of the endoscope the patient was noted to have ulceration and stricture of the distal esophagus. Multiple biopsies were taken and specimen submitted for histopathologic examination. Due to the severe inflammation the patient was not dilated. In the stomach and duodenum the mucosa was normal.

RECOMMENDATION:
1) Intensive anti-reflux therapy with proton pump inhibitor for two to three months.
2) Repeat esophagogastroduodenoscopy in three months after beginning therapy.

JOSEPH W. JACKSON, M.D.

JWJ:dli
D:12-09-04
T:12-10-04
Job #28798

798   *Esophageal Hiatal Hernia with Reflux Esophagitis*

Patients having ulcerative Grade II or Grade III esophagitis are usually treated surgically in an effort to avoid a fully developed stricture which requires more difficult and less successful therapy. Patients who have significant hemorrhage or pulmonary damage from aspiration of gastric contents are advised to undergo surgical correction of the incompetent cardia. Patients with fully developed stricture all require therapy which generally starts with bougienage coupled with additional medical and surgical maneuvers to prevent reflux.

lated. This causes the red appearance of the distal esophagus seen endoscopically (Grade I esophagitis). Further reflux causes linear or circumferential superficial mucosal ulcerations and an inflammatory response just above the squamocolumnar mucosal junction (Grade II esophagitis). If the ulceration becomes chronic and penetrates the submucosa, deposition of collagen, with resulting fibrosis develops (Grade III esophagitis). In the early stages of fibrosis, the process may be reversed if further reflux and inflammation are prevented. If severe reflux esophagitis is allowed to persist, the scarring may become thicker, irreversible, and circumferential. Shortening of the distal esophagus in both circumferential and longitudinal axes from maturation of collagen, edema, and muscle spasm causes a stricture (Grade IV esophagitis).

MONTGOMERY SURGICAL CENTER         (exhibit # E)

JAMES
MRN: 0009912   ID#120342
DOS: 02/16/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

## ESOPHAGO GASTRODUODENOSCOPY

DATE: 02/16/06
REFERRING PHYSICIAN: Prison Health Services / Dr Rayapati, Ventress Corr Fac.
ENDOSCOPIST: J. Jack
ASSISTANT(S):
PRE-OP DIAGNOSIS: Esophageal stricture
POST-OP DIAGNOSIS: Esophageal stricture due to severe erosive esophagitis
ANESTHESIA: MAC
INSTRUMENT(S): GIF 100
PROCEDURES: ☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation
☐ Photo  ☐ Duodenal Drainage  ☒ Other  Balloon dilatation of esophagus

FINDINGS:
Esophagus — normal proximal 2/3rds. Ulceration and stricture of distal 1/3. Dilated to 15mm with continuous radial expansion balloon at 7 atm

Benign stricture

Stomach and duodenum are normal

RECOMMENDATIONS:
Repeat dilatation in 4-6 wk. Call to arrange
Nexium 40 mg po q day

exhibit (E)

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

**Montgomery Surgical Center**
GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC EXAM

## ESOPHAGO GASTRODUODENOSCOPY

DATE: 4/4/06
REFERRING PHYSICAL: Rayopst
ENDOSCOPIST: J. Jack
ASSISTANT(S):
PRE-OP DIAGNOSIS: Esophageal stricture / severe erosive esophagitis
POST-OP DIAGNOSIS: Same
ANESTHESIA: MAC
INSTRUMENT(S): GIF/100
PROCEDURES: ☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation
☐ Photo  ☐ Duodenal Drainage  ☒ Other Balloon dilation

FINDINGS:
Esophagus - ulcer and stricture of the esophagus at 25 to 30 cm from the lips. Stricture dilated incrementally to 12, 13.5, 15 and 18 mm

Stomach & duodenum are wnl

RECOMMENDATIONS:
Nexium 40 mg po qday or equivalent dose of PPI
Repeat EGD and dilation in 6-8 wks

exhibits
(E)

**MONTGOMERY SURGICAL CENTER**

855 East South Boulevard
Montgomery, Alabama 36116

Phone (334) 284-9600
Fax (334) 284-4233

### PATIENT INFORMATION

NAME: MOON, JAMES        MRN: 0009912        ID#: 120342        DOB: 08/10/1952 [53]    SEX: M
ADDRESS: PO BOX 767                          CITY: CLAYTON      STATE: AL               ZIP: 36016
SS#: 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                             HOME#: 334-775-8178  WORK#:
EGCY. CONTACT NAME:                                               PHONE#:

### GUARANTOR INFORMATION

NAME: MOON, JAMES                            RELATIONSHIP: 01-Self    EMPLOYER:
ADDRESS: PO BOX 767                          CITY: CLAYTON            STATE: AL         ZIP: 36016
SS#: 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                             HOME#: 334-775-8178      WORK#:

### PRIMARY INSURANCE

PAYER: Blue Cross/Blue Shield                Phone #:
PAYER ADDRESS: PO Box 2294                   CITY: Birmingham         STATE: AL         ZIP: 35201
INSURED'S NAME: JAMES MOON                   DOB: 08/10/52            RELATIONSHIP: 01-Patient is Insured
SS#: 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                             INSURED'S ID#: XAJ624628106   GROUP#: 57688

*[Handwritten note: Plaintiff had to wait till PRE-existing time elapsed 270 days private Policy Prison Health care taken out (No excuse Now for delay)]*

### SECONDARY INSURANCE

PAYER:                                       Phone #:
PAYER ADDRESS:                               CITY:                    STATE:            ZIP:
INSURED'S NAME:                              DOB:                     RELATIONSHIP:
SS#:                                         INSURED'S ID#:           GROUP#:

### SURGERY

SURGERY DATE/TIME: Thursday, Apr 06 2006     SURGEON: JOSEPH JACKSON MD    ANESTHESIA TYPE: MAC
Dx1:                                         Dx2:                     Dx3:
PROCEDURES (1-3):
1) EGD EGD
2) Balloon dilatation of the esophagus

### DISCHARGE SUMMARY & REMARKS

PATIENT'S CONDITION AT CONCLUSION OF PROCEDURE:  ✓ STABLE   __ UNSTABLE
COMPLICATIONS  ✓ NONE  __ YES _____          ALLERGIES ✓ NONE
                                                                        __ YES

*Erosive esophagitis*
*Esophageal stricture*

__ POST-OP INSTRUCTIONS GIVEN  ✓ POST-OP APPOINTMENT GIVEN    PHYSICIAN SIGNATURE: [signature]

POST-DISCHARGE TELEPHONE FOLLOW-UP:  DATE: 4/6/06  TIME(1) prisoner ___ a.m./p.m.  (2) ___ a.m./p.m.  Card Sent ___
INTERVIEWERS SIGNATURE [signature] _____   R.N. SIGNATURE [signature]
RESPONDENT: _____   ORAL INTAKE __ ADEQUATE __ PROBLEM _____
FEVER __ YES __ NO _____   NAUSEA/VOMITING __ NO __ YES _____
PAIN __ NONE __ CONTROLLED __ OTHER _____
IF BLOCKING RETURN OF SENSATION __ FULL __ PARTIAL __ PROBLEM _____
DRAINAGE __ NONE __ OTHER _____
OTHER PROBLEM __ NONE __ YES _____

Exhibit # (F)

oesophageal membrane in its anterior and lateral portion where it is covered by peritoneum. The gastroesophageal junction remains fixed posteriorly. A portion of the gastric fundus enters a true hernia sac along the esophagus. This portion of the stomach may incarcerate, undergo volvulus or strangulation, or may be the site of a gastric ulcer or bleeding gastritis, mechanical complications similar to those encountered with other hernias. Elective surgical repair is generally recommended even in asymptomatic patients. Because a pressure gradient constantly exists between the abdomen and thorax, the natural tendency of a hiatal hernia is to enlarge and cause further attenuation of tissues. Reflux generally does not accompany a pure Type II hiatal hernia. As the hernia sac enlarges, posterior attachments stretch, and the hernia becomes combined Type I and II, with reflux plus the risk of mechanical complications.

Hiatal hernias by themselves are generally asymptomatic or may cause mild symptoms of epigastric fullness or distress. Gastroesophageal reflux occurs normally at times in most people, and is usually asymptomatic. When reflux occurs with abnormal frequency, and gastric contents irritate the esophagus for prolonged periods, reflux becomes pathological and may cause typical symptoms of heartburn and regurgitation of gastric contents when the individual stoops or lies flat. As the process continues, complications may develop, including esophagitis, stricture, bleeding, or aspiration of gastric contents into the lung.

## REFLUX

### Presentations

Gastroesophageal reflux may be diagnosed with a high degree of certainty when characteristic symptoms occur. Regurgitation of gastric contents and heartburn aggravated or relieved by postural maneuvers are specific complaints caused by reflux. These symptoms are present in about three fourths of patients eventually requiring treatment for abnormal reflux, but atypical presentations occur in a significant number of patients. Some complain only of dysphagia from a reflux-induced stricture, esophagitis, or spasm. The severity of symptoms does not correlate with the severity of esophagitis. Approximately 20 per cent of patients presenting with reflux-induced strictures have not had symptoms of heartburn and regurgitation severe enough to seek medical treatment before the onset of dysphagia.

Some patients present with chronic alimentary tract bleeding or iron-deficiency anemia. In others the complaints are mainly pulmonary, including intermittent hoarseness, nocturnal cough, recurring pneumonia or lung abscess. Some patients, especially those having reflux-induced esophageal spasm, describe symptoms similar to angina pectoris, or a picture suggesting acute myocardial infarction. A few patients complain primarily of cervical dysphagia or the sensation of an object lodged in the throat which may be misdiagnosed as globus hystericus. They may be found to have reflux extending up to the cervical level, and demonstrate spasm of the cricopharyngeal sphincter.

### Mechanisms That Control Reflux

In normal human beings, the pH of the stomach is generally less than 2, whereas pH in the esophageal lumen is generally 7. This $10^5$ difference in hydrogen ion concentration normally occurs abruptly, over a distance of 1 cm or less, at the gastroesophageal junction.[35] Yet normal people can belch and vomit, and all probably reflux at times. In spite of a great deal of investigation, the mechanism for the normal control of reflux is not fully understood. Manometric recordings from the stomach and esophagus demonstrate a zone of increased luminal pressure extending over 2 to 3 cm at the esophagogastric junction.[9] This high pressure zone (HPZ) is cited as evidence for an intrinsic lower esophageal sphincter, but such a sphincter cannot be demonstrated anatomically in humans. The HPZ also reflects extrinsic pressures applied to the distal esophagus which normally is located within the abdomen after passing through a short muscular tunnel in the diaphragm. Experimental evidence supports the concept both of a specialized sphincter function of the distal esophageal muscle and of extrinsic pressures applied to the intra-abdominal esophagus as a contributing to the control of reflux.[29]

The actual entry of the distal esophagus into the abdomen occurs at the level where the phrenoesophageal membrane (mainly an extension of endoabdominal fascia) inserts into the submucosa of the esophagus. Normally, this occurs several centimeters above the esophagogastric junction.[4] Since a hiatal hernia is generally diagnosed by the roentgenographic appearance of stomach above the level of the diaphragm, the insertion of the phrenoesophageal membrane into the esophagus and, hence, entrance of esophagus into the abdomen may be normal even though a hiatal hernia is present. On the other hand, a low insertion of the phrenoesophageal membrane into the esophagus, either on a congenital or acquired basis, may eliminate the intra-abdominal segment of esophagus and its role in preventing reflux even in the absence of a hiatal hernia. In such instances, whatever intrinsic role is played by the distal esophageal muscle in preventing reflux is unsupported by the positive pressure abdominal environment and may be insufficient to prevent abnormal reflux.

### Pathological Effects of Reflux

The early changes in the distal esophagus caused by abnormal quantities of reflux are hyperplasia of the basal layers of squamous epithelium, with relative thinning of the keratinized layers.[16] The vascular papillae appear closer to the lumen and the vascular channels may be di-

*A copy from my medical files. They new all of this (High Cost)*

lated. This causes the red appearance of the distal esophagus seen endoscopically (Grade I esophagitis). Further reflux causes linear or circumferential superficial mucosal ulcerations and an inflammatory response just above the squamocolumnar mucosal junction (Grade II esophagitis). If the ulceration becomes chronic and penetrates the submucosa, deposition of collagen, with resulting fibrosis develops (Grade III esophagitis). In the early stages of fibrosis, the process may be reversed if further reflux and inflammation are prevented. If severe reflux esophagitis is allowed to persist, the scarring may become thicker, irreversible, and circumferential. Shortening of the distal esophagus in both circumferential and longitudinal axes from maturation of collagen, edema, and muscle spasm causes a stricture (Grade IV esophagitis).

## DIAGNOSIS

The diagnosis of hiatal hernia is generally made by roentgenography, but reflux is difficult for the radiologist to demonstrate. Spontaneous reflux is noted during barium swallow fluoroscopy or cineradiography in only 40 per cent of patients in whom abnormal amounts of reflux are eventually diagnosed. Spontaneous reflux is nearly always indicative of an incompetent cardia. Reflux induced by the "water sipping" test is not abnormal. When liquid is swallowed, esophageal peristalsis causes shortening of the esophagus and reduction in the distal esophageal HPZ. If pressure is applied to the barium filled stomach at the same time, reflux may be physiological.

Other more sensitive tests of distal esophageal function are employed to diagnose disorders including reflux. Equipment consists of an esophageal manometry assembly for luminal pressure recordings, and a long gastrointestinal pH electrode with ground. Esophageal function tests frequently employed include the following (Fig. 38-2):

1. Three channel pressure recordings from fluid filled catheters or electrodes spaced 5 cm apart which are pulled back in 1 cm steps from the stomach through the esophagus (esophageal manometry test);
2. pH recordings in the esophagus 5 cm above the cardia, with an acid load in the stomach while the patient performs a set of respiratory and postural maneuvers (standard acid reflux test);
3. pH recording of clearance of a 15 ml bolus of 0.1 N HCl placed in the mid esophagus while the patient swallows at intervals (acid clearing test);
4. Observation of the patient's symptomatic response to the alternate perfusion of 0.1 N HCl and normal saline solution into the mid esophagus without the patient's knowledge of the substance being infused (acid perfusion test).

These tests may be performed at one sitting.

Esophageal manometry measures the amplitude and length of the distal esophageal HPZ (normal, 8 to 18 mm Hg above resting gastric pressure and 2.5 to 3 cm long),



Fig. 38-2. Commonly employed esophageal function tests may all be performed at one sitting using a triple-lumen manometry catheter and pH electrode. Examples of data obtained from each test are shown alongside the drawing illustrating tube and electrode placement for each test. See text for details of performance for each test. (From Skinner, D. B. and Booth, D. S.: Ann. Surg., 172:627, 1970)

**TABLE 38–1. Indications for Surgical Treatment**

Complications of reflux
    Ulcerative esophagitis
    Stricture
    Bleeding
    Aspiration
Failure of medical therapy
Large Type II paraesophageal hernia

Patients having abnormal symptomatic reflux with no or Grade I esophagitis and no aspiration are treated medically to relieve symptoms. Only if specific reflux symptoms cannot be relieved to the patient's satisfaction during a prolonged trial (generally 6 months) of careful medical therapy is surgery considered to relieve symptoms of heartburn and regurgitation. Patients having ulcerative Grade II or Grade III esophagitis are usually treated surgically in an effort to avoid a fully developed stricture which requires more difficult and less successful therapy. Patients who have significant hemorrhage or pulmonary damage from aspiration of gastric contents are advised to undergo surgical correction of the incompetent cardia. Patients with fully developed stricture all require therapy which generally starts with bougienage coupled with additional medical and surgical maneuvers to prevent reflux.

## MEDICAL THERAPY

Medical treatment of reflux is important in controlling symptoms in uncomplicated cases and in reducing esophageal and mediastinal inflammation in complicated cases prior to surgery. Principles employed in medical treatment are mechanical means to reduce reflux and chemical means to neutralize the refluxed substances. Avoidance of nocturnal reflux is especially important. Patients are advised to sleep with the entire bed tilted up on 6 to 8 inch blocks, not to eat within 2 hours of retiring, and to take an ounce of liquid antacid just before bedtime. During the day, patients are advised to avoid stooping or bending, avoid tight garments, take small feedings more frequently, and to ingest an ounce of liquid antacid about one hour after each meal. Weight loss can be helpful in obese patients but is hard to achieve because frequent ingestion of snacks provides symptomatic relief by neutralizing acid in the esophagus and stomach. Anticholinergic medication is contraindicated because it promotes gastric retention, interferes with esophageal peristalsis, and decreases the amplitude of the HPZ. In severely symptomatic or complicated cases, the patients are hospitalized for optimal therapy so that their response can be observed while a decision about surgical treatment is considered.

## SURGICAL TREATMENT OF REFLUX

### Objectives

The objective of surgery is to prevent subsequent abnormal reflux. Most antireflux operations correct a hiatal hernia if present and may be employed to treat a combined or Type II hiatal hernia as well as Type I hiatal hernia with reflux, or to treat patients having abnormal reflux without a hiatal hernia. Antireflux operations are designed to restore an exaggerated length of intra-abdominal esophagus, and preserve the distal esophageal muscle and its vagal innervation. Since these operations correct symptoms and complications caused by reflux only, great care must be taken preoperatively to establish that abnormal reflux is the cause of symptoms and complications, and to rule out other diseases with overlapping symptoms. In particular the possibilities of ischemic heart disease, duodenal ulcer, gastric obstruction, biliary tract disease, and pancreatitis must be investigated before antireflux surgery.

### Approach

Antireflux operations may be performed through abdominal or thoracic incisions. The thoracic approach is preferred when an extensive dissection of the esophagus is required—e.g., in patients with severe esophagitis or recurrence after previous hiatal hernia repairs or failed antireflux operations. The thoracic approach is preferred to facilitate exposure in patients with marked obesity or multiple previous abdominal operations, and in patients with coexisting intrathoracic disease. The abdominal approach is preferred in patients with coexisting abdominal disease requiring surgical correction and in nonobese patients without severe esophagitis and previous repairs. Active duodenal ulcer disease or gastric outlet obstruction is the only indication for adding pyloroplasty and vagotomy to an indicated antireflux operation. Vagotomy and drainage adds nothing to the management of a reflux problem and may be injurious. Post-thoracotomy incisional pain is a complication of the thoracic approach whereas ventral herniation is a complication of the abdominal approach.

### Specific Repairs

Because antireflux surgery has been developed only within the last two decades, the operations commonly employed are still known by the names of their originators. While the general principles of the successful operations are similar, differences in technical details may influence long term results and side effects, so the issue as to which specific technique is best remains controversial. In the United States, three commonly used techniques and modifications are called the fundoplication devised by Nissen