IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * |
| Plaintiff, | * |
| V. | * 2:06-CV-384-WKW |
| | * |
| SAMUEL RAYAPATI, M.D., ET AL., | * |
| Defendants. | * |
| | * |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE
SPECIAL REPORT AND ANSWER**

COME NOW Defendants, Prison Health Services, Inc., Samuel Rayapati, M.D., Dr. Travis Miers, Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Dr. David West and William Shirley, D.D.S. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including August 26, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. The Plaintiff makes multiple allegations in this action that he has not received appropriate dental care. Defendant PHS (the Company that contracts with the Alabama Department of Corrections to provide healthcare to inmates) sub-contracts with an independent organization to provide dental care to inmates. This organization has not, however, been named as a Defendant. Counsel for PHS has been unable to date to determine the scope of his potential representation of the Defendants employed by this organization. Counsel needs a brief extension of time

      to determine the scope of this representation, and, if necessary, to meet with these Defendants to protect their interests in this matter.

2.    This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

          Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health Services, Inc., Samuel Rayapati, M.D., Dr. Travis Miers, Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Dr. David West, and William Shirley, D.D.S.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of July, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                                                s/R. Brett Garrett GAR085
Attorney for Defendants Prison Health
Services, Inc., Samuel Rayapati, M.D.,
Dr. Travis Miers, Nettie Burks, R.N.,
H.S.A., Anthonette Marsh, L.P.N., Dr. David
West and William Shirley, D.D.S.

3