IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),  \*

    Plaintiff,

                                                                                                                            \*

V.                                                                              2:06-CV-384-WKW

                                                                           \*

SAMUEL RAYAPATI, M.D., ET AL.,

                                                                               \*

    Defendants.

                                                                                 \*

## MOTION TO EXTEND TIME TO FILE
## SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc., Samuel Rayapati, M.D., Dr. Travis Miers, Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Dr. David West and William Shirley, D.D.S. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by thirty (30) days up to and including September 26, 2006. As grounds for this Motion, Defendants show to the Court as follows:

    1.    The Defendant, Samuel Rayapati, M.D. is no longer serving as the Medical Director for Ventress Correctional Facility. His whereabouts are unknown. Based upon investigation, information and belief, Dr. Rayapati resided in Georgia for a brief period of time and has now moved to Washington State. Counsel needs additional time to contact Dr. Rayapati and establish his defense in this matter.

    2.    Moreover, Counsel for PHS has been recently retained to defend the dental providers in the above matter. This representation has only been recently

established. Counsel needs additional time to meet with the dental Defendants to protect their interests in this matter.

3. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health Services, Inc., Samuel Rayapati, M.D., Dr. Travis Miers, Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Dr. David West, and William Shirley, D.D.S.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 24th day of August, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

2

s/R. Brett Garrett GAR085
Attorney for Defendants Prison Health
Services, Inc., Samuel Rayapati, M.D.,
Dr. Travis Miers, Nettie Burks, R.N.,
H.S.A., Anthonette Marsh, L.P.N., Dr. David
West and William Shirley, D.D.S.

3