IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants PHS, Inc., Marsh, Rayapati, Burks, Miers, West, and Shirley's third Motion for Extension of Time, and for good cause, it is ORDERED that:

1. The Motion for Extension of Time (Doc. No. 19) is GRANTED; and

2. Defendants are GRANTED an extension from August 25, 2006 to September 26, 2006 to file their answer and written report.  NO further requests for additional time to comply with the court's May 15, 2006 order shall be entertained by the court.

Done, this 28th day of August 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE