IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * | |
| Plaintiff, | * | |
| V. | | 2:06-CV-384-WKW |
| | * | |
| SAMUEL RAYAPATI, M.D., ET AL., | * | |
| Defendants. | * | |
| | * | |

## MOTION TO EXTEND TIME TO FILE
## SPECIAL REPORT AND ANSWER OF SAMUEL RAYAPATI, M.D. ONLY

COMES NOW Defendant, Samuel Rayapati, M.D. by and through counsel of record respectfully requests that this Honorable Court extend the time period which this Defendant has to file his Answer and Special Report in this action by thirty (30) days up to and including October 26, 2006. As grounds for this Motion, Defendant shows to the Court as follows:

1. This Defendant is no longer serving as the Medical Director for Ventress Correctional Facility and, further, is no longer employed with Prison Health Services, Inc. His whereabouts are unknown. Based upon investigation, information and belief, Dr. Rayapati resided in Georgia for a brief period of time subsequent to ending his employment with PHS and has since moved to Washington State. Counsel has attempted to contact Dr. Rayapati at his last known contact information to no avail. As such, counsel needs additional time to contact Dr. Rayapati and establish his defense in this matter.

2. Counsel will submit an Answer and Special Report on behalf of Defendants Prison Health Services, Inc., Travis Miers, D.M.D., Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Marvin West, D.D.S. and William Shirley, D.D.S. as ordered by the Court.

3. This brief extension of time as to Dr. Rayapati's response will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health Services, Inc., Samuel Rayapati, M.D., Travis Miers, D.M.D., Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Marvin West, D.D.S. and William Shirley, D.D.S.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 22nd day of September, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                        s/R. Brett Garrett GAR085
                        Attorney for Defendants Prison Health
                        Services, Inc., Samuel Rayapati, M.D.,
                        Travis Miers, D.M.D., Nettie Burks, R.N.,
                        H.S.A., Anthonette Marsh, L.P.N., Marvin
                        West, D.D.S. and William Shirley, D.D.S.