EXHIBIT
A-1

# A F F I D A V I T

STATE OF ALABAMA          )

_Barbour_ COUNTY         )

                 )

I, _Dorothy Stanford_, hereby certify and affirm that I am a

_Medical Records Clerk_, at _Ventress Correctional Facility_; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one _James Moon_, AIS# _212228_;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein

     I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at _Ventress Correctional_; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

     This, I do hereby certify and affirm to on this the 27th day of July, 2006.

                            _Dorothy Stanford_

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27th DAY OF July, 2004.

     _Reba S Currie_
Notary Public
My Commission Expires: _9-8-08_

## RECEIPT OF DENTAL PROSTHETIC OR APPLIANCE

**Patient's Name:** _Moon, James_

**AIS Number:** _212 228_

I acknowledge the receipt of the following dental prosthetic/appliance:

( ) Upper Denture

( ) Lower Denture

( ) Upper Partial

(✓) Lower Partial

( ) Upper Nightguard

( ) Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I accept this prosthetic/appliance as it is functional for my use and is in good working condition.

I accept that this prosthetic/appliance has now become part of my personal belongings and I am fully responsible for any loss or damage.

I accept that the dental clinic and dental staff are not responsible for the repair or replacement of this prosthetic/appliance concerning any changes or adjustments made to it by anyone other than the dental staff.

I have read and understand all of the information provided above:

_James C. Moon_
Patient's Signature

_MAY 25, 2006_
Date Signed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / | |
| ALLERGIES: | |
| Use Fourth    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / | |
| ALLERGIES: | FOR PROFESSIONAL USE ONLY <br> CONFIDENTIAL RECORD <br> NOT TO BE PHOTO COPIED |
| Use Third    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Moon, James  2/2228 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▓▓▓▓ | |
| ALLERGIES: NKDA | |
| Use Second    Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Moon, James  2/2228 | DIAGNOSIS         Cont |
|---|---|
| D.O.B. ▓▓▓▓ | Prilosec 20mg Tpo QD X90day <br> BB profile ± am <br> Bingay oint topless/Bisy/mins-Rep <br> Betimol 0.25% Eye Drop Igtt |
| ALLERGIES: NKDA | |
| Use First    Date 7/20/06 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: James, Moon
#212228

D.O.B ▮▮▮▮▮▮
ALLERGIES: NKA

Use Last    Date  /  /

DIAGNOSIS (If Chg'd) continue Rx

D/C XALATAN OPTH

*[handwritten, illegible]* 6/13/06

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

#212228 Moon, James

D.O.B ▮▮▮▮▮▮        NKA
ALLERGIES:

Use Fourth    Date 5/12/06  /

DIAGNOSIS (If Chg'd)
DC Zantac

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: #212228    Moon James

D.O.B ▮▮▮▮▮▮        NKA
ALLERGIES: NKDA

Use Third    Date 4/6/06  /

DIAGNOSIS (If Chg'd)
① DC Soft diet
② Resume Regular diet
③ Continue prilosec 20 mg p.o QD x 90d
④ RTC 2mo

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Moon, James
212228

D.O.B ▮▮▮▮▮▮
ALLERGIES: NKDA

Use Second    Date 3/29/06

DIAGNOSIS (If Chg'd)

Flexeril 10 mg 1 po TID x 3 days
tylenol 325 mg II po BID x 5 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Moon, James
212228

D.O.B ▮▮▮▮▮▮
ALLERGIES: NKDA

Use First    Date 3/29/06

DIAGNOSIS
① Knee Pain
LBP

Soft Diet x 3 months
Profile only for ① knee brace x 6 mo
UA - Routine D.P for Bact/Nitrit
Cough tabs 600 mg 1 po BID x 5 d

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

60110 (4/03)

| Date/Time | Inmate's Name: | D.O.B.: / / |
|---|---|---|

5/12/06 — during Chart Review
Inmate is on Zantac and Prilosec.
probably Zantac may not be doing any
thing

7-20-06 WT — will St. and F/U how im. feels
B/p P R

7-20-06 WT 196 B/p 100/70 P 62 R 18 T 97.8
S. med renewal
53 wm for renewal of Prilosec 20mg & HK of
GERD/reflux NAD USS ⊕ N/V
A GERD
P renew Prilosec 20mg 1 po ✺ sig X 90 dy—
B BB Refil X 4 m renew Betimol 0.25% ✺ sig
Muscle Rub topical B 10 X 1 much her ⊕ eye
Safety RTC prn Hayl Cus

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 7/14/06 | TIME 1035 AM PM | ORIGINATING FACILITY Ventress C/F ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA (196#)

CONDITION ON ADMISSION
☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL RECTAL    RESP 18    PULSE 114    B/P 100/78    RECHECK IF SYSTOLIC <100> 50 ___ / ___

**NATURE OF INJURY OR ILLNESS**

S- "I was hit in the jaw by another inmate, I was trying to get away from him"

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- W/M ambulatory to HCU A&O x 3. Skin W/D to touch. Resp even/unlabored. Bilat lungs noted clear. To the above. O injuries noted denies complaints. NAD.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| R Release to DOC Satisfactory Condition | | |

7- DOC Body Chart

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 7/14/06 | TIME 1035 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE Charles, LPN | DATE 7/14/06 | PHYSICIAN'S SIGNATURE Per J. Oz MD | DATE 7-19-06 | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) Moon, James Charley | DOC# #212228 | DOB | R/S WM | FAC VCF |
|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# D_PA_TMENT OF CORRECTI_S

## EMERGENCY/ _Body chart_ _____ TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Ventress_ | ☐ EMERGENCY |
|------|------|---------------------|-------------|
| 7-13-06 | 150 AM **PM** | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☒ OTHER |

ALLERGIES _NKA_

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP _98 6_ **ORAL** RECTAL   RESP ___20___   PULSE _78_   B/P _120/90_   RECHECK IF SYSTOLIC _____ <100 > 50

### NATURE OF INJURY OR ILLNESS

S. "I got hit by another inmate."

| | ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

_redness to dull pain_

### PHYSICAL EXAMINATION

O. 54 yr. old w/m presents to HCU
P an altercation with another
inmate. Redness noted on (L) side of
face & slight swelling behind (L) ear
c/o dull pain. Ice pack applied to
(L) side of face to ↓ swelling

### ORDERS, MEDICATION, etc

A. Doc Body chart

P. Release to DOC.        X RAY (L) Jaw to R/o Fx
                          Tylenol 325 π po B10X 2 days

### DIAGNOSIS

### INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☒ DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7 / 13 / 06 | 200 AM **PM** | ☐ AMBULANCE ___ ☐ ___ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| V. Young Lpn | 7/13/06 | Harl aw | 7/13/06 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Moon, James, Charley | 54 | | W/m | 212228 |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED.



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: James Moon          Date of Request: July 15, 2006
ID # 212228          Date of Birth: ▮▮▮▮▮ Location: Segregation 9B
Nature of problem or request: My Jaw & ear is be hurting need
it checked out. My Prilosec has run out on my
prescription this medication is not working I still
burn bad when I Laydown. I need surgery of the
~~Incompent Indinia~~          James C. Moon
Incompeten Cardia                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Dr. Jackson stated patients is getting "poor H2 Antagonist therphy"
Date: 7/17/07
Time: 5735 AM (PM)
Allergies: NKA

RECEIVED
Date: 7-17-06
Time: 8:30
Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective** (V/S): T:          P:          R:          BP:          WT:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**(A)ssessment:** *See Nrt tool*

**(P)lan:** *Report to HCU. Thurs. 7/17/06 for appt c with CRNP.*

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
        Was MD/PA on call notified:    Yes ( )    No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool: ~~FOR PROFESSIONAL USE ONLY~~ General Sick Call

**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Facility: Alabama Department of Corrections

Patient Name: _Moon_

Inmate Number: _212 238_

Date of Report: _7_ / _17_ / _06_
   MM    DD    YYYY

Date of Birth: _____
   MM    DD

Time Seen: _5:25_ AM / **PM** Circle One

**Subjective**: Chief Complaint(s): _Renewal of Prilosec Medication_
_ases good_    Onset: _I more days will keep_

Brief History: _Chang manys left for couple more_
(Continue on back if necessary) _days before it run out. sore and jaw has_
_gone down. don't hurt any more._

☐ Check Here if additional notes on back

**Objective**: Vital Signs: (As Indicated) T: ____ P: _54_ RR: _20_ B/P: ____/____

Examination Findings: _Wt #196. O2 94%. no signs trauma_
(Continue on back if necessary) _to face._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _Alt. in Health_
   ☐ Referral **NOT REQUIRED**    _Comfort._

   ☑ Referral **REQUIRED** due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☑ Other: _Prescription Medication_

**Comment**: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan**: Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
         (Describe)

OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP Floyd_    Date for referral: _7_/_19_/_06_
                                                                              MM DD YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time ____

X _____    Name: _____
   Nurses Signature                    Printed

Region 4                     NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. **You must Type or Print.**

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 7/20/06 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 775-8178 | 212228 | |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| (334) 775-8178 | A-473 | |

**Diagnosis**
GERD c̄ Hiatal Hernia c̄ esophageal stricture

☑ Male   ☐ Female

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Medication Allergies**
NKDA

**Requested Non-Formulary and Strength:**
Prilosec 20 mg 1 po q day X 90 days

**Directions:**
20 mg 1 po q day

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Dr Jackson - GASTO recommended Prilosec for control of Acid reflux

**Compliance:**   ☑ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**   ☐ Physician   ☑ NP/PA   ☐ Dentist

Name: L Floyd CRNP          Signature: Linda Hall

Daytime Phone: 334 775 8178     Pager Number: 334 775 8178

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**   ☐ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name: _____          Signature: _____

Date: _____

Faxed 7-20-06 (JD)

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: 6/06 | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Prilosec 20 mg*

*James C. Moon*
*D/C Meds June 21-06 mo*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:

Stop Date:     RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | W Johnson LPN | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: | | | | | 6 Self Administered |
| Patient Name: | | | M Benefield MD | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

| Facility Name: Ventress Correctional Facility | | | | | | | | | | | | | | | | | Month/Year of Charting: 06/06 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Prilosec OTC 20MG Tab        2

Take 1 tablet(s) by mouth daily

*K  28 tabs given 5/20/06*
*O*
*P*

| Start Date: 04-11-2006 | Prescriber: Rayapati, Samuel |
|---|---|
| Stop Date: 07-09-2006 | RX #: 251393016 |

Xalatan 0.005% Solution        1

Place 1 drop(s) in right eye at bedtime

*K  D/C'ed 6-13-06*
*O*
*P*

| Start Date: 02-16-2006 | Prescriber: Murray, Daniel |
|---|---|
| Stop Date: 08-14-2006 | RX #: 251179933 |

Betimol 0.25% Solution        1

Place 1 drop(s) in right eye every morning

*K  1 bottle 3/29/06*
*O*
*P*

| Start Date: 03-24-2006 | Prescriber: Murray, Daniel |
|---|---|
| Stop Date: 06-21-2006 | RX #: 251327998 |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Start Date: | Prescriber: |
|---|---|
| Stop Date: | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *K. Lee LPN* | KL | *J Johnson LPN* | J | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit: Population | | | *M Binfield* | MD | 6 Self Administered |
| Patient ID Number: 212228 | | | | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| | | | | | 9 No Show |

~~ALABAMA~~ DEPARTMENT OF CORRECTIONS          9B34

Name: Moon, James

**RADIOLOGY SERVICES REQUEST AND REPORT**

State ID No: 212228

INSTITUTION: Ventress

DOB

Race: W          Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| Floyd CRNP | 7-14-06 | | | | |

HISTORY/DIAGNOSIS:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | ✓ MANDIBLE (L) | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Moon

### REPORT

LEFT MANDIBLE: The examination consists of an AP and one lateral oblique view. There is no evidence of abnormality. If symptoms persist, a follow up would be suggested to include a full mandibular series with AP, Townes and both lateral oblique views.

D & T: 07-17-06  Howard P. Schiele, M.D./dc Board Certified Radiologist  (Signature on file)

Mo 9-19-06

TECHNOLOGIST'S NAME (PRINT)          X-RAY TECHNOLOGIST'S SIGNATURE          DATE, TIME EXAM PERFORMED  7-14-06

RADIOLOGIST'S NAME (PRINT)          RADIOLOGIST'S SIGNATURE          DATE SIGNED

WHITE-CHART COPY  CANARY-PHYSICIAN'S COPY  PINK-FILE COPY

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moor_____ _James_____ _____
                         LAST                    FIRST              MI

DATE OF BIRTH ████████████        SS# _212228_____

①

**Housing Recommendations:**

Kop
Ben gay oint ÷
BID X 1mo.

General Population _____

Medical Observation Unit _____

③

Lower Level/Lower Bunk _✓_  X 6 mo
                                    7-20-06 — 1-20-07

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

②

Kop
Betimol 0.25%
eye drops ÷ gtt
(R) eye @ day X
90 day
7-20-06 — 10-20-06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _M Benefield_____    Date _7-20-06_____



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED



To be opened by Medical
Personnel Only!

INFIRMARY

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James    # 212228 |
| | S- "I'm alright just this reflux" |
| | D- ambulatory to HCU, skin w/D, alert & oriented x3 |
| | admitted that he feels better after the antacid |
| | tablets. no signs of nausea, resp even lungs |
| | clear bilateral, Heart rate & rhythm is regular |
| | bowel sounds presence x4  VS T 98. B/P 124/96 |
| | P 64 R 24, no edema noted |
| | A- alteration in comfort |
| | P- continue to monitor |
| | E- notify nurse c̄ concern        B.Thompson |
| 2212 | O- lying in bed, head of bed ↑, resp even, no |
| | distress noted |
| | P- report to oncoming shift        B.Thompson |
| 6-3-04 | O! Asleep (awakened) Alert & oriented  AWM |
| 1130 pm | lying in bed- covered with blanket= |
| | skin warm & dry- Abdomen soft- non tender- |
| | good bowel sounds- States" I have problems |
| | with acid reflux, Hiatal hernia- it seems |
| | like I have a pocket or fold left- |
| | that need to let out- My vomiting has |
| | stopped- B/P 130/88  P. 76  R 18  T. 97.9   No |
| | noted signs of abdominal discomfort at this |
| | time - patient was left lying comfortably |
| | on R side.  (cont'd) |



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON HEALTH SERVICES INCORPORATED

To be opened by Medical Personnel Only!

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James     #212228 |

6/3/04 1957 — S- "I'm alright just this reflux"
D- ambulatory to HCU, skin w/d, alert & oriented x3 admitted that he feels better after the antacid tablets. no signs of nausea, resp even lungs clear bilateral Heart rate & rhythm is regular bowel sounds present x4 VS T 98. B/P 124/96 P 64 R 24, no edema noted
A- alteration in comfort
P- continue to monitor
E- notify nurse c concern

2212 O- lying in bed, head of bed ↑, resp even, no distress noted
P- report to oncoming shift     BBthompson

3-04 O: Asleep (awakened) Alert & Oriented AWM
1/30 lying in bed— covered with blanket= skin warm & dry— Abdomen soft- non tender- good bowel sounds,- stated "I have problems with acid reflux, Hiatal hernia— it seems like I have a pocket or food that's that need to let out— My vomiting has stopped— B/P 130/88 P 76 R 18 T. 97.4 no noted signs of abdominal discomfort at this time — patient was left lying comfortably on R side — (cont'd)



**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Moon James_    DOC# _212228_

ADMISSION DATE: _6/3/04_

ADMITTING DIAGNOSIS: _vomiting_

ADMITTING PHYSICIAN: _Lindby_

ESTIMATED LENGTH OF STAY: _____



To be opened by Medical Personnel Only! DS

INFIRMARY

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /.  ALLERGIES: | |
| Use Last    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.   /   /  ALLERGIES: | |
| Use Fourth    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| *To be opened by Medical Personnel Only!*  D.O.B.   /  ALLERGIES: DS | INFIRMARY |
| Use Third    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Moon, James # 212228 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▓▓▓▓  ALLERGIES: NKA | ① continue Xalatan 1 drop each eye QHS  ② IOP ✓ 6 months |
| Use Second    Date 6/4/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Moon, James # 212228 | DIAGNOSIS |
|---|---|
| D.O.B. ▓▓▓▓  ALLERGIES: NKA | d/c P.O.P  Zantac 300 mg hs — Cont. d/c  Zantac 150 mg p.o. bid — 90 d  RTC PRN |
| Use First    Date 6/4/04 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: |
|-----------|----------------------------|---------|

6-4-04  WT 209½  T98⁴  P 101  R 20  B/p 120/80

0710  S: "I thought I was going to throw up
after I ate breakfast but it never
did come up" ———— M Benefield

6/4/04  Reviewed nurse note —
practically no not vomiting
P/E: Unchanged —
(A) PUD
P) Cont zantac FU
any vomiting - show medical.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INFIRMARY



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES  INFIRMARY

| Date/Time | |
|---|---|
| 6-4-04 0715 | S" I feel a lot better than yesterday" O, WM ambulated up hallway for VS To see MD. — T98⁴ P10¹ R20 B/p 120/80 — WT 209½ — respirations even and unlabored — skin warm et dry to touch — denies any vomiting @ this time — MBenefield |
| 6-4-04 1010 | O — WM ambulates to see MD — no acute distress noted — new orders received and noted — MBenefield |
| 6-4-04 110° | O — Inmate to be released back to pop — MBenefield |
| 6-4-04 1125 | O — Nurse was advised that inmate was throwing up again — nurse went to check on how much he had thrown up and before she could get to the infirmary inmate had flush the emeses down the toilet — Inmate stated "He's not going to do anything for me anyway" — MBenefield |
| 6-4-04 1140 | Inmate was released from Infirmary To return to population — MBenefield |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| | | | | | |

PHS-MD-70049                    **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-3-04 11:30 | A) Alteration in comfort. P) Continue to monitor closely. R. Morris M |
| 6-4-04 1:59 | O) Asleep - eyes closed - lying on L side - skin warm + dry (Awakened) Denies any problems with vomiting & No c/o of any problems with abdominal discomfort - Rest well on L side. R. Morris M |
| 6-4-04 3:40 | O) Alert (Awakened) - Stated "I'm trying to keep my food down (it seems like it went to come up I'm alright now" - Patient to contact Nurse at once if problem with vomiting starts - Stated had consumed about 70% of breakfast. P) Continuing to monitor. R. Morris M |
| 6-4-04 5:59 | O) Asleep (awakened) - Voiced no problems of abdominal distress - Food did not return (vomit) from patient - No c/o of nausea or discomfort - Left lying in bed on back / No noted distress - A) Alteration in comfort - P) Continue to monitor closely / Report to on coming Nurse - R. Morris M |
| | |
| | |
| | |

INFIRMARY

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | | W/M | VCF |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY DISCHARGE

INMATE NAME: _Moor, Jamie_ DOC# _212228_

DISCHARGE DATE: _03/07/05_

DISCHARGING DIAGNOSIS: _acute Pancreatitis_

DISCHARGING PHYSICIAN: _Dr. Robbins_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Moen, Genees_  DOC# _012228_

ADMISSION DATE: _03/04/05_

ADMITTING DIAGNOSIS: _Acute Pancreatitis_

ADMITTING PHYSICIAN: _Dr. Robbins_

ESTIMATED LENGTH OF STAY: _Undetermined_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: / / |
|---|---|---|

**3/7/05 0652**

52 yo wm recently in hospital for "acute pancreatitis". No records presently available.

PMHx: ? esophageal stricture.
       H/o back surgery ~

VSS. afebrile. Mild abdominal "soreness", otherwise no c/o. Alert/oriented
Lungs clear.
Heart RRR s̄ (m).
Abdomen soft s̄ organomegaly / mass. ⊖ tenderness.
Neuro s̄ gross deficit.

A/P 1) Pancreatitis, resolving. Clinically stable.
       Get records.
       Ok to return to prior facility.
       ✓ labs w/ī wk.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

60111 (5/85)                     **Complete Both Sides Before Using Another Sheet**

## DAILY PATIENT ASSESSMENT SHEET

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Date: 3-7-05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | 05 | | | Time | | 05 | | |
| Assessed by (initials): | | A.J | | | Assessed by (initials): | | AJ | | |

| RESPIRATORY | | | | | | WOUNDS/ULCERS/DRESSINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Quality | | | | | Wound healing S inflammation | | | | |
| | Normal | ✓ | | | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | ✓ | | | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | | | | | | |
| | Sounds - Clear | | | | | Dressing Dry & Intact | | | | |
| | Abnormal | | | | | Dressing Changed | | | | |
| | Cough - Productive | | | | | Size | | | | |
| | Non-Productive | | | | | Type | | | | |
| | Humidified O2 Therapy | | | | | Location | | | | |
| | L/Minute | | | | | | | | | |
| | Incentive Spirometer | | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | | |

| ABDOMEN | | | | | | TREATMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abdomen soft & nondistended | ✓ | | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | ✓ | | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |

| PULSE/RATE | | | | | | IV THERAPY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Regular | ✓ | | | | | | | | |
| | Irregular | | | | | Bottle #/Rate | | | | |
| | Strong | ✓ | | | | | | | | |
| | Weak | | | | | | | | | |
| | Apical | | | | | | | | | |
| | Radial | ✓ | | | | | | | | |

| PL | Patient Teaching | | | | | | Site and Rate checked every two hours | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| NURSE S SIGNATURE: | RN 11-7 | a. Jackson, R N | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 | |
| | 3-11 | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date: 3/6/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | 05 | 10⁵ | 20⁰⁰ | Time | | 0⁹ | 1015 | 20⁰⁰ |
| Assessed by (initials): | | aq | Ej | aq | Assessed by (initials): | | oq | | aq |

| RESPIRATORY | Quality | | | | TUBES AND DRAINAGE | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Normal | ✓ | ✓ | ✓ | | | | | ✓ |
| | Shallow | | | | | | ✓ | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | Wound healing s̄ inflammation | | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | WOUNDS / DRESSINGS | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | ✓ | | | | | |

| ABDOMEN | Abdomen soft & nondistended | ✓ | ✓ | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | | ✓ | TREATMENTS | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |

| PULSE/RATE | Regular | ✓ | ✓ | ✓ | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Irregular | | | | | Bottle #/Rate | | | |
| | Strong | ✓ | | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | I.V. THERAPY | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |

| RALS | Patient Teaching | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Site and Rate checked every two hours | | | |

| NURSES SIGNATURE: | RN 11-7  E. Jackson, R. N | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|
| | 7-3  E. Fielder | 7-3 | | 7-3 | |
| | 3-11 | 3-11 | | 3-11 | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date 3/5/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0010 | 0905 | 2100 | | Time | 0010 | 0905 | 2100 |
| | Assessed by (initials): | MB | EG | QT | | Assessed by (initials): | MB | EG | QT |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | ✓ | | ✓ | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing S̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | **WOUNDS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | | | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | ✓ | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | | | | | |
| | Irregular | | | | | Bottle #/Rate | | | |
| | Strong | ✓ | | ✓ | **I.V. THERAPY** | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **APALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NURSE S SIGNATURE: | RN 11-7 | Nbanya | LPN 11-7 | | 11-7 | |
| | 7-3 | E. Fielder RN | 7-3 | | 7-3 | |
| | 3-11 | Davidson RN | 3-11 | | 3-11 | |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Date  03/04/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| **Time** | | | | | **Time** | | | | |
| **Assessed by (initials):** | | | | | **Assessed by (initials):** | | | | |
| RESPIRATORY | Quality | | | | TUBES AND DRAINAGE | | | | |
| | Normal | | ✓ | / | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | | ✓ | / | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | Wound healing $ inflammation | | | | |
| | Sounds - Clear | | ✓ | / | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | | | | |
| | Abnormal | | | | | Dressing Changed | | | | |
| | Cough - Productive | | | | | Size | | | | |
| | Non-Productive | | | | | Type | | | | |
| | Humidified O2 Therapy | | | | | Location | | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| ABDOMEN | Abdomen soft & nondistended | | ✓ | / | TREATMENTS | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | | ✓ | / | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| PULSE/RATE | Regular | | ✓ | / | | | | | |
| | Irregular | | | | I.V. THERAPY | Bottle #/Rate | | | | |
| | Strong | | ✓ | | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | | | | | | | | |
| VITALS | Patient Teaching | | | | | Site and Rate checked every two hours | | | | |

FOR PROFESSIONAL
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NURSE'S SIGNATURE: | RN  11-7 | | LPN  11-7 | | 11-7 |
|---|---|---|---|---|---|
| | 7-3 | | 7-3 | | 7-3 |
| | 3-11 | | 3-11 | | 3-11 |

Moon, James



PHS FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
PRISON HEALTH SERVICES INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | S: No C/o voiced @ this time. |
| 3/5/05 21:00 | O: Alert & coherent. Resp even & @ ease. Good skin color. Denies pain + discomfort c this time. General condition appears stable. A: Pat alt in comfort RT DX P: Cont POC ——— A. Jackson, R.N. |
| 3/6/05 05:00 | S: No c/o voiced @ present. O: Resting in bed, easily aroused. (Resp even & @ ease. Good skin color. Denies pain + discomfort. No acute distress noted. A: Pat alt in comfort RT Dx P: Cont POC ——— A. Jackson, R.N. |
| 3/6/05 1015 | S- No nurse c/o. O- Alert, ex-neutral. Up ad lib on ward, PO intake good. Output good. No S/S N+V. NAD, nsg assessment done. A- Altered health status R/t dx P- Monitor ex follow MD order. E. Fulmer |
| 3/6/05 20:00 | S- No c/o voiced @ present. O- Alert & coherent. Resp even & @ ease. Good skin color. General condition appears stable. A- Pat alt in comfort RT DX. P- Cont POC ——— A. Jackson, R.N. |
| 3/7/05 05:00 | S- No c/o voiced @ this time. O- Resting in bed. Easily aroused (Resp even & @ ease. Good skin color. General condition appears |

# INFIRMARY ASSESSMENT

DATE: 03/04/05     PATIENT: Moon, Genies

## KEY/DIRECTIONS:

☑ Assessment done; No changes found within established criteria.

☒ Assessment done; changes found outside established criteria, details in progress notes.

# Notation in progress notes (indicate in signature/title block)

PC Assessment done; changes found outside established criteria; secondary to pre-existing condition.

## PHYSICAL ASSESSMENT:

| | | 7-3 | | | 3-11 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/A/O, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | 705a | ✓ | | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA, + SENSATION) | | ✓ | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | ✓ | | | | | | | |
| CARDIOVASCULAR (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS, SKIN WARM/DRY) | | ✓ | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | ✓ | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | ✓ | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN, NO RED AREAS) | | ✓ | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS WEAKNESS) | | ✓ | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | ✓ | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | | | | | | | | |

## IV THERAPY:     TYPE

HL-HEPLOCK       C-D-INT JUGULAR
IV-INTRAVENOUS   #15-16 - EXT JUGULAR
A-B-CVP



RIGHT LEFT   LEFT RIGHT
ANTERIOR    POSTERIOR

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | N/A | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |
| **INCISIONAL/WOUND CARE:** | | | |
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |

SIGNATURES/TITLES:

## PATIENT CARE NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### *Vital Signs Flow Sheet*

Patient Name: _____

Date of Birth: _____





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _03/04/05_

To: _ADOC_

From: _West Ward_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Inmate Name: _Moen, Glenn_    ID#: _21228_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Admit to West Ward bed #73_

_____

_____

_____

Date: _03/04/05_ MD Signature: _R. Robbins / B. Hubler_ Time: _230 pm_

60418

# UTILIZATION AND MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Meow James. | 2 , 28 , 05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-7758178 | | ███████████ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 | 212228 | __ / __ / __ |
| **Will there be a charge?** **Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑ Yes ☐ No  ☑ Male ☐ Female | | __ / __ / __ |

Responsible party: ☑ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

| | |
|---|---|
| **Requesting Provider:** ☑ Physician ☐ NP, PA ☐ Dental | **History of illness/injury/sypmtoms with Date of Onset:** |
| DR S RAYARM | Dx acute Pancreatitis, is NPO |
| **Facility Medical Director Signaure and Date:** | IVF therapy around the clock |
| Samuel Ray opal, MD | and needs pain management |
| ☐ Service meets criteria for "approval via protocol" | NSaids / Narcotics p.o. du Counseled |
| | 2° Oesphageal Benign Str chive |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | **Results of a complaint directed physical examination:** |
| ☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | Amy lase > 500 |
| ☐ Outpatient Surgery (OS)  ☐ Dialysis (DA) | Serum abd Pain |
| ☐ Routine  ☑ Urgent | Stable at this point |
| **Estimated Date of Service (mm/dd/yy)** 2 28 05 | Ct abd neg for Gallstones |
| **(This starts the approval window for the "open authorization period")** | Was not now compliant to protocol |
| **Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy | |
| **Number of Visits/Treatments:** ____  ☐ Other: | |
| **Specialist referred to:** | **Previous treatment and response (including medications):** |
| **Type of Consultation, Treatment, Procedure or Surgery:** | |
| Transfer to Home for IP - Rx | |
| for acute pancreatitis | |
| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
| ☐ Pertinent Documents have been attached and faxed. | |

## UM DETERMINATION:

| | |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | ☐ Offsite Service Recommended and Authorized |
| ☐ More Information Requested:  (See Attached) | |
| ☐ Resubmitted with requested information. | Date resubmitted: __ / __ / __ |
| **Regional Medical Director Signature, printed name and date required:** | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY. __ / __ / __ (mm/dd/yy)

| Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 03/01/05 @ 0850 | S- coming from the hospital |
| | O- alert & oriented x3 @ distress noted resp @ ease. small scant amount of swelling noted to ankles. VS WNL |
| | A- alt health status R/T DX |
| | P- continue to monitor [signature] |
| 3/4/06 1800 | S- No complaints voiced. |
| | O- Alert x3. Respirations @ ease. Resting quietly in bed @ eyes open. No distress noted. |
| | A- Altered health status R/T DX. |
| | P- Continue to monitor. A. DeLay RN |
| 3/5/05 00?? | S- "I'm o/c" |
| | O- Patient resting quietly in bed. Alert & oriented x3. Respiration even & unlabored. BS x 4 quads. No complaints voiced. |
| | A- Altered health status R/T dx |
| | P- Continue to monitor [signature] |
| 3/5/05 0905 | S- "My stomach feels sick" |
| | O- Alert verbal & Oriented. Up ad lib on open ward. C/o feeling nauseated, no vomiting. Denies pain in abdomen. Output good. |
| | A- Altered health status R/T dx |
| | P- Monitor & follow MD Orders. [signature] |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moore, James | 212228 | ▇▇▇ | W/M | KCF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | Stable |
| | a. Pat alt in comfort per pt |
| | P. Cont poc                    a. Jackson, RN |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Time | | 285a | 1800 |
| Assessed by (initials): | | BH | Qa |

**BEHAVIOR/MENTAL STATUS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Alert | | ✔ | ✔ |
| Oriented x 3 | | ✔ | ✔ |
| Disoriented | | | |
| Lethargic | | | |
| Cooperative | | ✔ | ✔ |
| Combative/Uncooperative | | | |
| Anxious | | | |
| Depressed | | | |

**SPEECH**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Clear | | ✔ | ✔ |
| Slurred | | | |
| Rambling | | | |
| Aphasic | | | |
| Inappropriate | | | |

**SENSATION/MOVEMENT**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Moves all extremities | | ✔ | ✔ |
| Weakness | | | |
| Paralysis | | | |
| Paresthesia | | | |
| CMS intact | | | |

**ACTIVITIES**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bedrest | | | |
| Turn q 2 hours | | | |
| OOB (chair) | | | |
| BRP | | | |
| Bedside commode | | | |
| Ambulate | | ✔ | ✔ |

**HYGIENE**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Complete/Assist/Partial | | | |
| Shower/Shampoo | | | |
| Oral Care | | | |
| P.M. Care | | | |
| Peri-Care | | | |
| Doctor's visits | | ✔ | |

**SKIN**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Temperature: Warm | | ✔ | ✔ |
| Hot | | | |
| Cool | | | |
| Turgor: Good | | ✔ | ✔ |
| Fair | | | |
| Poor | | | |
| Moisture: Dry | | ✔ | ✔ |
| Moist | | | |
| Color: WNL | | ✔ | ✔ |
| Pale | | | |
| Flushed | | | |
| Cyanotic | | | |
| Jaundice | | | |
| Edema (location/amount) Scant (ankles) | | ✔ | ✔ |
| Free of pressure/irritation | | | |

**TUBE FEEDINGS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Tube feeding/Type: | | | |
| Bottle changed | | | |
| Tubing changed | | | |

**SAFETY**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Restraints: soft wrist/posey | | | |
| Call light in reach | | | |
| Bed in low position | | | |
| Siderails: up x 1 2 | | ✔ | ✔ |
| Ambularm | | | |

**OTHER**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Decub. mattress/pad | | | |
| TED hose: knee hi/thigh hi | | ✔ | ✔ |
| Remove 30 q 8 hours | | | |

**NURSING ROUNDS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Checked on rounds | | ✔ | ✔ |
| Respirations unchanged | | ✔ | ✔ |

✔ Acceptable normal     X   Within normal limits

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212278 | | W/M | KCF |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0000 | 0905 | 2100 | | Time | 0000 | 0905 | 3100 |
| | Assessed by (initials): | MM | EJ | U | | Assessed by (initials): | M | EJ | KJ |
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ | **SKIN** | Temperature: Warm | ✓ | ✓ | |
| | Oriented x 3 | ✓ | | ✓ | | Hot | | | |
| | Disoriented | | | | | Cool | | | |
| | Lethargic | | | | | Turgor: Good | ✓ | ✓ | ✓ |
| | | | | | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ | | Poor | | | |
| | Combative/Uncooperative | | | | | Moisture: Dry | ✓ | | ✓ |
| | Anxious | | | | | Moist | | | |
| | Depressed | | | | | Color: WNL | ✓ | | ✓ |
| | | | | | | Pale | | | |
| **SPEECH** | Clear | ✓ | ✓ | ✓ | | Flushed | | | |
| | Slurred | | | | | Cyanotic | | | |
| | Rambling | | | | | Jaundice | | | |
| | Aphasic | | | | | | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | | | Free of pressure/irritation | | | |
| | Weakness | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Paralysis | | | | | | | | |
| | Paresthesia | | | | | Bottle changed | | | |
| | CMS intact | | | | | Tubing changed | | | |
| **ACTIVITIES** | Bedrest | | | | **SAFETY** | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | | | | | Call light in reach | | | |
| | OOB (chair) | | | | | Bed in low position | ✓ | ✓ | ✓ |
| | BRP | ✓ | ✓ | ✓ | | Siderails: up x 4 | x2✓ | | ✓ |
| | Bedside commode | | | | | Ambularm | | | |
| | Ambulate | ✓ | ✓ | ✓ | **OTHER** | Decub mattress/pad | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | TED hose: knee hi/thigh hi | | ✓ | ✓ |
| | Shower/Shampoo | | | | | Remove 30 q 8 hours | | | |
| | Oral Care | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | ✓ |
| | P M Care | | | | | Respirations unchanged | | | |
| | Peri-Care | | | | | | | | |
| | Doctor's visits | sly | ✓ | ✓ | | ✓ Acceptable normal | X | Within normal limits | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 21 2228 | | WM | KCF |

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Time | 05 | 1015 | WP |
| Assessed by (initials): | lg | EY | rs |

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Time | 05 | 1015 | WP |
| Assessed by (initials): | rs | EY | rs |

**BEHAVIOR/MENTAL STATUS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Alert | ✓ | ✓ | ✓ |
| Oriented x 3 | | ✓ | |
| Disoriented | | | |
| Lethargic | | | |
| Cooperative | ✓ | ✓ | ✓ |
| Combative/Uncooperative | | | |
| Anxious | | | |
| Depressed | | | |

**SPEECH**

| | | | |
|---|---|---|---|
| Clear | ✓ | ✓ | ✓ |
| Slurred | | | |
| Rambling | | | |
| Aphasic | | | |
| Inappropriate | | | |

**SENSATION/MOVEMENT**

| | | | |
|---|---|---|---|
| Moves all extremities | ✓ | ✓ | ✓ |
| Weakness | | | |
| Paralysis | | | |
| Paresthesia | | | |
| CMS intact | | | |

**ACTIVITIES**

| | | | |
|---|---|---|---|
| Bedrest | | | |
| Turn q 2 hours | | | |
| OOB (chair) | | | |
| BRP | ✓ | | ✓ |
| Bedside commode | | | |
| Ambulate | | ✓ | |

**HYGIENE**

| | | | |
|---|---|---|---|
| Complete/Assist/Partial | | | |
| Shower/Shampoo | | | |
| Oral Care | | | |
| P.M. Care | | | |
| Peri-Care | | | |
| Doctor s visits | | | |

**SKIN**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Temperature: Warm | ✓ | ✓ | ✓ |
| Hot | | | |
| Cool | | | |
| Turgor: Good | ✓ | ✓ | ✓ |
| Fair | | | |
| Poor | | | |
| Moisture: Dry | ✓ | ✓ | ✓ |
| Moist | | | |
| Color: WNL | ✓ | ✓ | ✓ |
| Pale | | | |
| Flushed | | | |
| Cyanotic | | | |
| Jaundice | | | |
| Edema (location/amount) | | | |
| Free of pressure/irritation | | | |

**TUBE FEEDINGS**

| | | | |
|---|---|---|---|
| Tube feeding/Type: | | | |
| Bottle changed | | | |
| Tubing changed | | | |

**SAFETY**

| | | | |
|---|---|---|---|
| Restraints: soft wrist/posey | | | |
| Call light in reach | | | |
| Bed in low position | ✓ | ✓ | ✓ |
| Siderails: up x 4 | X2 | | X2 |
| Ambularm | | | |

**OTHER**

| | | | |
|---|---|---|---|
| Decub. mattress/pad | | | |
| TED hose: knee hi/thigh hi | | | |
| Remove 30 q 8 hours | | | |

**NURSING ROUNDS**

| | | | |
|---|---|---|---|
| Checked on rounds | ✓ | ✓ | ✓ |
| Respirations unchanged | | | ✓ |

✔ Acceptable normal     X  Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | ▓▓▓▓ | wm | KCF |

FOR PROFESSIONAL
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 05 hy | | | | Time | 05 ay | | |
| | Assessed by (initials): | | | | | Assessed by (initials): | | | |

| | | 11-7 | 7-3 | 3-11 | | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| BEHAVIOR/MENTAL STATUS | Alert | ✓ | | | | Temperature: Warm | ✓ | | | |
| | Oriented x 3 | ✓ | | | | Hot | | | | |
| | Disoriented | | | | | Cool | | | | |
| | Lethargic | | | | | Turgor: Good | ✓ | | | |
| | | | | | | Fair | | | | |
| | Cooperative | ✓ | | | | Poor | | | | |
| | Combative/Uncooperative | | | | | Moisture: Dry | ✓ | | | |
| | Anxious | | | | | Moist | | | | |
| | Depressed | | | | | Color: WNL | ✓ | | | |
| SPEECH | | | | | SKIN | Pale | | | | |
| | Clear | ✓ | | | | Flushed | | | | |
| | Slurred | | | | | Cyanotic | | | | |
| | Rambling | | | | | Jaundice | | | | |
| | Aphasic | | | | | | | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | | |
| SENSATION/MOVEMENT | Moves all extremities | | | | | | | | | |
| | Weakness | | | | | Free of pressure/irritation | | | | |
| | Paralysis | | | | TUBE FEEDINGS | Tube feeding/Type: | | | | |
| | Paresthesia | | | | | Bottle changed | | | | |
| | CMS intact | | | | | Tubing changed | | | | |
| ACTIVITIES | Bedrest | | | | SAFETY | Restraints: soft wrist/posey | | | | |
| | Turn q 2 hours | SEE Ø | | | | Call light in reach | | | | |
| | OOB (chair) | | | | | Bed in low position | ✓ | | | |
| | BRP | ✓ | | | | Siderails: up x 4 | x 2 | | | |
| | Bedside commode | | | | | Ambularm | | | | |
| | Ambulate | ✓ | | | OTHER | Decub. mattress/pad | | | | |
| HYGIENE | Complete/Assist/Partial | | | | | TED hose: knee hi/thigh hi | | | | |
| | Shower/Shampoo | | | | | Remove 30 q 8 hours | | | | |
| | Oral Care | | | | NURSING ROUNDS | Checked on rounds | ✓ | | | |
| | P.M. Care | | | | | Respirations unchanged | ✓ | | | |
| | Peri-Care | | | | | | | | | |
| | Doctor's visits | SEE Ø | | | | | | | | |

FOR PROFESSIONAL (illegible)
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ✓ | Acceptable normal | X | Within normal limits |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Moon,    James | 212248 | | Wm | KCF |

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_

LAST    FIRST    MI

DATE OF BIRTH _____    SS# _212228_

**Housing Recommendations:**

③ Botton Bunk

Profile from

1-18-06 till

7-18-06

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① Muscle rub KOP
to left knee
twice a day for
30d 1-18-06 till
2-18-06

② Use Ear
drops both
~~both~~ ears
use four drops
three x a day for
7 days then
report to HCU
@ 6:15 for ears
irrigation
1-26-06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Nurse _A Marsh_ Date _1-18-05_

_James Moon_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: __Moon    James__

Date of Birth: _____████_____    Social Security No: __2/2228__

Date: __1-13-06__    Time: __1/15__    A.M. / P.M.

This is to certify that I, __Moon    James__ , currently in
(Print Inmate's Name)

custody at the __VCF__ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: __Inmate admitted to infirmy per__
(Specify in Detail)
__Dr Ryppath for observation per 19mmtly – After being advised__
__of importance – Inmate refuse to be admitted to infirmy__
__after observation – remitty against medical advise__

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

__James C. Moon__
(Signature of Inmate)**

__N Mackin__
(Signature of Medical Person)

__F. Smith Jr__
(Witness)

__N. Young Lm__
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _11·21·05_                                    Time: _0900_  A.M. / P.M.

I have been advised by Medical Staff _Ventress Correctional_

that it is necessary for me to undergo the following treatment:

_Hepatitis B Vaccination_
(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _____,

(Name of Facility)

and its agents and employees from any liability.

_had Serus 2000_

Inmate: _James C. Moor_                    Date: _11 / 21 / 05_

Witness: _S Castell MN_                    Date: _11·21·05_

Witness: _t. Smith Za_                     Date: _11/21/05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) _Moon, James Charley_ | DOC# 212228 | DOB ▬▬▬ | R/S W/M | FAC |
|---|---|---|---|---|



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _Montgomery Co. CJ_
(Agency)

_____
(Address)

From: _Ventress Correctional Facility_
(Institution)

_P. O. Box 767 Clayton, Al._
(Address)

_(334) 775-8128_
(Telephone)

Inmate's Name: _Moon, James_

a/k/a: _____

DOB: ████████  SS #: _212228_
Person Completing Form

Name: _V. Young, Jr_

Signature: _V. Young Jr_

Date: _8-5-05_

---

**MEDICAL PROBLEM(S):**

Anxity d/o Nos

Depression d/o Nos

**TREATMENTS/MEDICATIONS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

| | | | |
|---|---|---|---|
| Allergies: _NKDA_ | | | |

| | | | | |
|---|---|---|---|---|
| TB Skin Test: | (NEG) | POS | Date _11-20-04_ | |
| CXR: | | NEG | POS | Date _"  "_ |

| | | |
|---|---|---|
| Pregnant: | | |
| | Yes (No) Unknown | |

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | (NEG) | POS | Yes No | _11-20-04_ |
| VDRL: | (NEG) | POS | Yes No | _"  "_ |
| GC: | (NEG) | POS | Yes No | _"  "_ |
| Other: | _____ | | Yes No | _"  "_ |

Other Lab Data:



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _9/21/05_

**To:** _ADOC_

**From:** _P1_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Inmate Name**

**The following a**

1.  House in

2.  Medical I:

3.  Work restr

4.  May have extra

5.  Other

---

DIET CARD

NO _213228_

NAME _Moon, James_    WARD _VCF_    _8_

DIET _Soft_

DIAGNOSIS REQUIRING DIET _difficulty Swallowing_

START DATE _9-21-05_    STOP DATE _3-21-06_

PHYSICIAN / BY _Dr. Rayppati / Thmelly_

F-54 Rev 1-94    _James C. Moon_    Original-Dietary, Ivory-Imate

_____ until _____

**Comments:**

_Please allow inmate to go to
pill call + eat with the
diabetics) 9/21/05 - 3/21/06_

---

**Date:** _9/21/05_ **MD Signature:** _Dr. Rayppati / Thmelly_ **Time:** _12:00 pm_

_✗ James C. Moon_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-14-05

**To:** DOC

**From:** HCU

**Inmate Name:** Moon, James    **ID#:** 212228

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____ ~~FOR PROFESSIONAL USE ONLY~~

3. Work restrictions _____ ~~CONFIDENTIAL RECORD~~
   ~~NOT TO BE PHOTO COPIED~~

4. May have extra _____ until _____

5. Other _____

**Comments:** TO HCU on 9/19/05 @ 8 AM for
Apt. With MD.

_____

_____

**Date:** 9-14-05  **MD Signature** Dr Ragapati / W Burk  **Time:** 12 PM

James C. Moon

60418



PHS

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Montgomery County Court_
(Agency)

_____
(Address)

Inmate's Name: _Moon, James_

a/k/a: _____ -NA-

D.O.B.: ███████████    SS #: ███████████

**Person Completing Form**

From: _PHS / Ventress Correctional Facility_
(Institution)

_P.O. Box 767 Clayton_
(Address)

_(334) 775 - 3331 Ext 307_
(Telephone)

Name: _Frances Smith_

Signature: _F. Smith_

Date: _8/4/05_

---

**MEDICAL PROBLEM(S):**

1) Hiatal Hernia

2) + ERD

3) Glaucoma

4) Hx Anxiety / Depression

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

**TREATMENTS/MEDICATIONS:**

Zantac 150mg ; PO q AM
Zantac 300mg PO @ HS
Pamelor 25mg PO @ HS
Benadryl 25mg PO @ HS
Xalatan opth Solution
@ HS

---

**Allergies:** _NKDA_

**Pregnant:**   Yes   (No)   Unknown   _N/A_

Other Lab Data:

| | | |
|---|---|---|
| TB Skin Test: | (NEG)   POS | Date _11-20-04_ |
| CXR: | NEG   POS | Date _____ |

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | _11-24-04_ |
| VDRL: | NEG | POS | Yes No | |
| GC: | NEG | POS | Yes No | |
| Other: _____ | | | Yes No | |

DIET CARD

NO. 266268

NAME _Alvin James_     WARD _VCF_

DIET _soft_

DIAGNOSIS REQUIRING DIET _Spasm teeth_

START DATE _7/6/05_     STOP DATE _8/5/05_

PHYSICIAN / BY _J. Deloral Clark / A. Smith, jr_

X _James Linton_

F-54 @ev 1-94     Original-Dietary, Ivory-Inmate

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/6/05

**To:** ADOC

**From:** PHS / Ventress

**Inmate Name:** Moon, James     **ID#:** 213228

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

5. Other _____ ✓

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

NO prolong Standing 7 15min x6
months 7/6/05 - 1/6/06

_____

_____

**Date:** 7/6/05     **MD Signature:** L Floyd CRNP / Thittle     **Time:** 9:30 AM

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _____    Inmate's Name: _____
(Agency)

_____    a/k/a: _____
(Address)

_____    D O B: ██████████    SS #: ██████████
Person Completing Form

From: _____    Name: _____
(Institution)

_____    Signature: _____
(Address)

_____    Date: _____
(Telephone)

| MEDICAL PROBLEM(S): | TREATMENTS/MEDICATIONS: |
|---|---|
| | FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED |

| | | |
|---|---|---|
| **Allergies:** | **TB Skin Test:** NEG  POS  Date 11-26-04 | |
| | **CXR:** NEG  POS  Date | |

| **Pregnant:** Yes  No  Unknown | **Test** | **Treated** | **Date** |
|---|---|---|---|
| | RPR: NEG POS | Yes No | |
| **Other Lab Data:** | VDRL: NEG POS | Yes No | |
| | GC: NEG POS | Yes No | |
| | Other: | Yes No | |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James H_ 21228
                     LAST          FIRST          MI

DATE OF BIRTH _____    SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _F. Smith_ Date _3/23/05_

X _James C. Moon_

_Report to_
_HCU on_
_Wednesday 3/30/05_
_at 8:00 AM_
_for F/U_
_appt c MD_
_Pill Call_
_at 9A, 3p, +9pn_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# INFORMED CONSENT TO MEDICAL SERVICES

Inmate's Name: _Moon, James # 212228_

Date Of Birth: _[redacted]_   Social Security No.: _____

Date: _____   Time: _1200_   (A.M. / P.M.)

I hereby authorize Prison Health Service, Inc. and _Dr. Rayapati_ ,
(Print Physician's Name)
his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), _drain cyst on head_ ,necessary to treat my condition has been fully
(State in Layman's terms)

explained to me by Dr. _Rayapati_ and I understand the nature of, and risks assiciated with,
this procedure(s). Briefly stated, they are: (Benefits) _____

_____

(Risks) _Scar, hair loss, bleeding_ _____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have

been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as

well as the risks of refusing the described treatments(s) (if applicable) have been fully explained to me.

_James C. Moon_
(Signature of Inmate)

_J. Smith_
(Witness)

_[signature]_
(Signature & Title of Provider)

_A. Burkson_
(Witness)

PHS-MD-70036

286-3343      Transcript Cost      Witness

FAX (334) 215-9126
Phone (334) 215-6678

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: BmcS

From: Kelly Prison
P.O. Box 11
Mt. Meigs, Al 36057

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDE... ...CORD~~
~~NOT TO be Pho... copied~~

Patient: JAMES MOON

Inmate ID No.: 212228

Alias: ▓▓▓▓▓▓

Social Security No.: ▓▓▓▓▓▓

Date of Birth: ▓▓▓▓▓▓

Date(s) of Service: 2-28-05 - 3-04-05

I hereby authorize the above named provider to release to Prison Health Services, Inc and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[ ✓ ] Admission           [ ✓ ] Discharge                    [ ✓ ] Operative Summary Reports
[ ✓ ] X-Ray               [ ] Special Studies Reports         [ ] HIV Test
[ ✓ ] Laboratory Reports  [ ] Immunization History           [ ] Dental Treatment Records
[ ] Psychiatric Summary Report  [ ] Drug Treatment History & Counseling Reports
[ ] Other Records _____
                              (Specify information requested)

_____

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X James C. Moore
(Patient's Signature)

X March 7, 2005
(Date)

Annie P. Pine
(Witness' Signature)

3/7/05
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Charlotte Foster                3/7/05
(Signature and Title for PHS)     (Date)

PHS-MD-70037

2005 15:11 FAX 33x2103120

∿0∂05900489
376256

286-3393

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



FAX (334) 215-9126
Phone (334) 215-6678

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Bmc5_

From: _Kilby Prison_
_P.O. Box 11_
_Mt. Meigs, Al 36057_

Patient: _JAMES MOON_

Inmate ID No.: _212228_

Alias: _____

Social Security No.: ██████████

Date of Birth: ██████████

Date(s) of Service: _2-28-05 – 3-04-05_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments  prognosis and recent care

| | | |
|---|---|---|
| [✓] Admission | [✓] Discharge | [ ] Operative Summary Reports |
| [✓] X-Ray | [ ] Special Studies Reports | [ ] HIV Test |
| [✓] Laboratory Reports | [ ] Immunization History | [ ] Dental Treatment Records |
| [ ] Psychiatric Summary Report | [ ] Drug Treatment History & Counseling Reports | |
| [ ] Other Records _____ | | |

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _James C. Moon_
(Patient's Signature)

X _March 7, 2005_
(Date)

_Jannie P Rue_
(Witness' Signature)

_3/7/05_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment the named patient.

_Charlotte Foster_
(Signature and Title for PHS)

_3/7/05_
(Date)

PHS-MD-70037

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

99% O2    B/P Pulse ox 99%

| ADMISSION DATE | TIME | ORIGINATING FACILITY VCF | |
|---|---|---|---|
| 2/27/05 | 1150 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES NKDA    WH

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 AX    ORAL/RECTAL AX    RESP 20    PULSE 63    B/P 130/90    RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

I'm having pain in my
chest et my right arm. I'm
having spasms in my legs. The pain
started Friday. I drank a coke
et ate a couple pk of mustard et
it eased up. I can't sleep, I can't
breath. I've gotta sit up.

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES |
|---|---|---|---|---|

Pain

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: A+O×3. N/V in dorm. Observed
by nurse. Escorted to HCU via
ER wagon. Wheeled into ER via
W/C. Bowel sound + ×4. Lungs
Clear. Oral breathing. Left leg
jerking. Yes. No SOB noted.

A: Alt in comfort

P: EKG. Notify Dr Rayapati

DIAGNOSIS

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1207 Send via ER Ambulance to Bullock ER for evaluation TO Dr Rayapati / G Johnson LPN | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASED/ TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 02/27/05 | 1230 AM/PM | Bullock County ER | ☐ DOC ☒ AMBULANCE ☐ ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE G Johnson LPN | DATE 2/27/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | / DOB | R/S | FAC. |
|---|---|---|---|---|
| | 212228 | | W/M | VCF |

N610                    **ALABAMA DEPARTMENT OF CORRECTIONS**                 ω/2/2008

*RECEIVING SCREENING FORM*

Inmate's Name: _Moon, James_ ___ Date: _3-8-05_ Time: _4:14_

DOB: ████████ Officer: _____ Institution: _VCF_

*Receiving Officer's Visual Opinion*                            Yes    No

1.  Is the inmate conscious?                                        ✓

2.  Does the inmate have any obvious pain or bleeding/other symptoms         ✓
    suggesting the need for emergency services?

3.  Are there any visible signs of trauma or illness requiring immediate emergency    ✓
    treatment or doctor's care?

4.  Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection   ✓
    which might spread through the institution?

5   Is the skin in poor condition or show signs of vermin or rashes?          ✓

6.  Does the inmate appear to be under the influence of alcohol or drugs?     ✓

7.  Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration,   ✓
    shakes, nausea, pinpoint pupils, etc.)

8.  Is the inmate making any verbal threats to staff or other inmates?        ✓

9.  Is the inmate carrying any medication or report that he is on any medication   ✓
    which must be continuously administered or available?

10. Does the inmate have any obvious physical handicaps?                      ✓

    *If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

11. Are you presently taking medication for diabetes, heart disease, seizure,   ✓
    arthritis, asthma, ulcers, high blood pressure or psychiatric disorder?

12. Are you on any special diet prescribed by a physician? (if YES, what type?)       ✓

13. Do you have a history of venereal disease or abnormal discharge?                  ✓

14. Have you recently been hospitalized or recently seen a medical or                 ✓
    psychiatric doctor for any illness?

15. Have you ever attempted suicide?                                                  ✓

    (If YES, When? _____ How? _____

16. Do you want to do any harm to yourself now?                                       ✓

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS** PRISON HEALTH SERVICES INCORPORATED

**EMERGENCY**  99% 0₂  R 125/P Pulse ox 99%

VCF

| ADMISSION DATE 2/27/05 | TIME 1150 ☐AM ☑PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES  NKDA        Wt Not done

CONDITION ON ADMISSION  ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 96.8 AX | ORAL ☐ RECTAL ☐ | RESP 20 | PULSE 63 | B/P 130/90 | RECHECK IF SYSTOLIC <100> 50 |

NATURE OF INJURY OR ILLNESS

S: I'm having pain in my chest et in my right arm. I'm having spasms in my legs. The pain started Friday. I drank a coke et ate a couple pk of mustard et it eased up. I can't sleep, I can't breath. I've gotta sit ↑.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

Pain

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: A+O X3. N/V in dorm. Observed by nurse. Escorted to HCU via ER wagon. Wheeled into ER via W/C. Bowel sound ⊕ X4. Lungs C/Bil. Oral breathing. Left leg jerking/jeg. No SOB noted.

A: Alt in comfort

P: EKG. Notify Dr Rayapati

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

1207 Sent via ER ambulance to Bullock ER for evaluation. TO Dr Rayapati / G Johnson LPN

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT  As Written above

| DISCHARGE DATE 02/27/05 | TIME 1230 ☐AM ☑PM | RELEASE/ TRANSFERRED TO Bullock County ER | ☑ DOC ☑ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE G Johnson LPN | DATE 2/27/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE)     DOC#     / DOB     R/S     FAC.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3·9·05

**To:** DOC

**From:** Dr Rayapati/G Johnson LPN

**Inmate Name:** Moorie James          **ID#:** 212228

The following action is recommended for medical reasons:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

1. Lay in times one week 3/9/05 – 3/16/05

2. Follow up with MD in two weeks 3/23/05

**Date:** 3/9/05    **MD Signature:** Dr Rayapati/G Johnson LPN    **Time:** _____

James C. Moon  212228          60418

# VENTRESS CORRECTIONAL FACILITY

# VERIFICATION OF ACESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

James C. Moon
_____
SIGNATURE

212228
_____
AIS NUMBER

_____
WITNESS

3-8-05
_____
DATE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _03/04/05_

To: _ADOC_

From: _West Ward_

Inmate Name: _Moen, Jane_    ID#: _212228_

The following action is recommended for medical reasons:

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDENTIAL RECORD~~
~~NOT TO BE PHOTO COPIED~~

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**
_Admit to West Ward Bed #23_

_____

_____

_____

_____

Date: _3/04/05_   MD Signature: _Dr. Robbin / BHudith_   Time: _230pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _03/07/05_

**To:** _ADOC_

**From:** _West Ward_

**Inmate Name:** _Moon, James_    **ID#:** _412228_

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_Discharge from West Ward - No Medical_
_Hold - may return to prior facility_
_or population_

**Date:** _03/07/05_    **MD Signature:** _Dr Robbins / BFuchs_    **Time:** _105 PM_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

Ventress

| ADMISSION DATE 2/17/05 | TIME 8:25 AM/PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | wt. 203# | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.4 ORAL/RECTAL | RESP 20 | PULSE 55 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50 ____ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I got hit in the jaw and mouth by another inmate. I wasn't fighting. I'm throwing up blood."

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

cut lip
cut on tongue.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- w/m escorted to HCU. A&O x3. Skin warm + dry to touch. Respirations even + unlabored. Inmate noted, noted spitting out bright red blood from oral cavity. Small laceration noted to tongue. Bruise noted to R side of face underneath R eye. Sm. laceration noted to lip. Abrasion also noted to R ___ forearm. Heart noted _____ Lungs clear.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| A-DOC Body chart | | |
| P. Released to Doc in satisfactory condition. | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
RTC if bleeding reoccurs. Sick call

| DISCHARGE DATE 2/17/05 | TIME AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE F. Smith | DATE 2/17/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S w/m | FAC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-19-05

**To:** ADOC

**From:** PHS/ Ventress

**Inmate Name:** Moor, James          **ID#:** 212228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① Ø heavy lifting c̄ ® arm x 90 days

Start 1-19-05 / 4-19-05

② Pill call time 9A/9P

**Date:** 1-19-05    **MD Signature:** NS. Floyd, CRNP & Alice, Lpn    **Time:** 2:35 p

James C. Moor

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-10-04

**To:** VCF

**From:** HCU

**Inmate Name:** Moon, James          **ID#:** 212228

The following action is recommended for medical reasons:

1.  House in _____
2.  Medical Isolation _____
3.  Work restrictions _____
4.  May have extra _____ until _____
5.  Other _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

① Follow up appointment to see MD on March 11, 2005 (Friday).

② Do not take any Motrin or Aspirin products.

**Date:** 12-10-04   **MD Signature:** B. Lube RN          **Time:** 0915

James C. Moon

60418

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_____ _James____ ___
                               LAST         FIRST      MI

DATE OF BIRTH ▓▓▓▓▓▓▓▓▓▓    SS# _2122?____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

(1) No Aspirin
no Motrin,
Advil, Tylonal
Ibuprofen

(2) See
Dr Rayapati
12-10-04
@ 900 am

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _A Marsh, R.N.____  Date _12-9-04___

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

James C Moon

Second Copy/Booking Staff    Third Copy/Medical Unit



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 11-20-04

**To:** VCF

**From:** HCU

**Inmate Name:** Moon, James          **ID#:** 212228

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other  *Appointment to see MD on Monday December*
**Comments:** *6, 2004 (120604) at 8:00Am RIT physical*
*nectal exam with hemocult, Lesion on back*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Date:** 11-20-04  **MD Signature:** B. Lithe RN      **Time:** 1000

James C. Moon
212228

60418

**PHS**

SEGREGA1.   ᵀHEALTH LOG

Name: _Moon, James_   AIS# _2/228_   Cell ____

Name Key: NC No Complaints
C Complaint (Provide Documentation in Complaint Section)

| Year ___ | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| February |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| March |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| April |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| May |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| June |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| July |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| August |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| September |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| October |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| November |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  | C |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| December |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Nurse |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Nurse's Signature and Initials: _Ruth D Merriel, Pam Deal_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Pulse ox 95%*

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _____ VCF _____ | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|
| 11/03/04 | 1015 AM/PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☑ OUTPATIENT |

ALLERGIES  *NKDA*    Wt 209 3/4 lbs

CONDITION ON ADMISSION: ☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _97.2_ ☐ ORAL ☐ RECTAL   RESP _20_   PULSE _92_   B/P _140/100_   RECHECK IF SYSTOLIC <100> 50 _____

NATURE OF INJURY OR ILLNESS

Sick here for a DOC Body
Chart I back on.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: No broken skin or bones
noted. Skin is W+D. A+OX3
Top left great toe near distal
joint is redden. No swelling
noted. Escorted to HCU by officer
Cargle

A: DOC Body Chart
P: Release to the custody of DOC
Officers & Cargle. Fed any
Medical C/O sign up for sick call

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT  *As written above*

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 11/03/04 | 1020 AM/PM | ☑ DOC  ☐ AMBULENCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| G. Johnson LPN | 11/3/04 | | | |

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | W/M | VCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/10/04 | TIME 0830 AM/PM | ORIGINATING FACILITY: Ventress  ☐ SIR  ☐ PDL  ☐ ESCAPEE ☐ | ☐ SICK CALL  ☐ EMERGENCY  ☒ OUTPATIENT |

ALLERGIES: NKA         Wt 209#

CONDITION ON ADMISSION: ☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP 99²  (ORAL/RECTAL)  RESP. 20    PULSE 176    B/P 118/76    RECHECK IF SYSTOLIC <100> 50 ___:___

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |

**NATURE OF INJURY OR ILLNESS**

S- My tooth has been killing me for 3-4 days. I ran out of Motrin. Yellowish drainage from gum.

O- Ambulated to HCU. A&O x's 3. Broken & decayed tooth front upper c̄ swelling to gum above. Redness to gum & edema seen only. A̅o 2.5 cm swelling to (R) + jaw line on outer face. C/o pain to (R) side tooth. Tooth has filling in place. No swelling seen @ this gum area; redness only. No drainage seen. No redness or ↑ heat to outer face seen or palpated. Pain & soreness d/t condition of teeth/gums.

A- Alteration comfort R/T x infection

P- Medication as ordered

E- Pill call times, ↑ po H₂O, take all medication as ordered, new letter for dental appointment.

**PHYSICAL EXAMINATION**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

Swelling outer jaw

swelling to gum

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| V.O. Dr West ; ——10 days | | |
| Pen VK 500 mg ī po tid | 0900 | BL |
| Tylenol 500 mg īī po tid PRN 7 days | 0900 | BL |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
See above

| DISCHARGE DATE 10/10/04 | TIME 0910 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC  ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
| NURSE'S SIGNATURE B. Lube RN | DATE 10-10-04 0910 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# 212228 | DOB | R/S W/M | FAC VCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Moon, James #212228_

Date of Birth: ███████████    Social Security No: _____

A.M.
P.M.
Date: _10-6-04_    Time: _____

This is to certify that I, _____, currently in
(Print Inmate's Name)

custody at the _Ventress C.F._ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Sick call on 10-6-04_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_____ _(signature)_
(Signature of Medical Person)

_____    _____
(Signature of Inmate)**                (Witness)

_____    _____
(Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  _Moon, James_
                     LAST           FIRST              MI

DATE OF BIRTH  ███████████              SS#  _212228_

**Housing Recommendations:**

General Population _____
Medical Observation Unit _____
Lower Level Lower Bunk _____
Suicide Precautions _____
Special Watch (15 Minute Checks) _____
Isolation _____
Initiate Universal Precautions _____

_Appointment to see Dr Rayapati 10-01-04 at 9:00A_
_RIT GI problem_

**Individual found to be:**

Frail/Elderly _____
Physically Handicapped _____
Developmentally Disabled _____
Drug/Alcohol Withdrawal _____
Special Mental Health Needs _____
Expressed Suicidal Ideation _____
History of Seizures _____
Other _____
Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse  _B. Lih, RN_                    Date  _9-30-04_

_James Moon_

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  _Nixon James - 212228_

                       LAST              FIRST        MI

DATE OF BIRTH ████████████      SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

_To HCU on 8/20 @ 8 am for apt. with MD._

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____ Date _8-19-04_



**Advanced Medical Imaging Center**

**Advanced Medical Imaging Center**
525 S Lawrence Street
Montgomery, AL  36104
334-262-7226
Toll Free: 800/844-7226
Fax:  334-261-2641

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL  36016

Re:  MOON, JAMES
     DOB:  ▮▮▮▮▮
     Account#:  881724
     Chart#:   70550
     Exam: UPPER GI/BARIUM SWALLOW 08-12-04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted.

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

**PHS**

# Health Fair

BLOOD PRESSURE: _100/70_

GLUCOSE: _FSBS @ 1305 — 133_

CARDIAC SCREEN:

1)  Do you have a history of heart disease?      Yes____ No ✓

2)  Do you smoke?      Yes____ No ✓

3)  Do you have a family history of heart disease?      Yes____ No ✓

4)  Do you have high cholesterol?      Yes____ No ✓

5)  Do you have chest pain when you exert yourself?      Yes____ No ✓

TUBERCULOSIS SCREENING SHEET: _____

NAME _Moon, James_     AIS _212228_ DATE _8/26/04_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

May participate by completing
survey within three months of
Health Fair.

Reviewed by Dr. Will Mosier, State Medical Director_____

Date



**PRISON HEALTH SERVICES, INC.**

## T.B. SCREENING FORM

Skin Test Positive Date _____ mm  Today's Date _8-26-04_

Any Symptoms of:                        Yes        No

| | Yes | No |
|---|---|---|
| Loss of Appetite | —— | ✓ |
| Fever/Chills | —— | ✓ |
| Hoarseness | —— | ✓ |
| Chest Pain | —— | ✓ |
| Weight Loss | —— | ✓ |

    Usual Weight _196_
    Present Weight _212_

| | Yes | No |
|---|---|---|
| Night Sweats | —— | ✓ |
| Excessive Fatique | —— | ✓ |
| Dyspnea | —— | ✓ |
| Productive Cough ( more than 3 weeks) | —— | ✓ |

IF YES:
Sputum Production _____ Color _____

Consistency _____

Hemoptysis _NO_

HIV Positive _NO_

Nurse Signature _A. Burke, RN_ _____ Date _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

*Refer to MD or Mid-Level Provider if any YES answers.

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Moon, James | 212228 | ████ | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon_ _James_

LAST                    FIRST                    MI

**DATE OF BIRTH** ▓▓▓▓▓▓▓▓         SS# _2/2228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*report to HCU on 8-5-04 to see Dr. Rayapati @ 900 AM*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

*James Moon*

Nurse _____          Date _8-4-04_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 / 4 / 04 | TIME 510 ☐ AM ☑ PM | ORIGINATING FACILITY VCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKDA D 97% Sat wt 208 | CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

| VITAL SIGNS: TEMP 98.6 ☐ ORAL ☑ RECTAL | RESP 20 | PULSE 102 | B/P 128 / 90 | RECHECK IF SYSTOLIC <100> 50 / |

| NATURE OF INJURY OR ILLNESS | | |
|---|---|---|
| | ABRASION /// CONTUSION # BURN xx xx FRACTURE Z Z | LACERATION / SUTURES |

S- I was choking trying to swallow something. I ate some corn today. It feel like something is in the pocket.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- ambulatory to HCU alone steady gait skin w/D alert + oriented x 3 no distress noted c̄ no signs of choking pt. talkative no signs of nausea or vomiting —

A alteration in comfort

P- to see Dr. Rayapati in the A.M.

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Keep appointment as schedule

| DISCHARGE DATE 8 / 4 / 04 | TIME 520 ☐ AM ☑ PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/4/04 | PHYSICIAN'S SIGNATURE | DATE 8/5/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James - 212229_
LAST , FIRST MI

DATE OF BIRTH ██████████████    SS# _____

**Housing Recommendations:**

General Population ____    _To HCU @_
Medical Observation Unit ____    _8 am on June_
Lower Level/Lower Bunk ____    _22nd for_
Suicide Precautions ____    _M D apt._
Special Watch (15 Minute Checks) ____
Isolation ____
Initiate Universal Precautions ____

**Individual found to be:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Frail/Elderly ____
Physically Handicapped ____
Developmentally Disabled ____
Drug/Alcohol Withdrawal ____
Special Mental Health Needs ____
Expressed Suicidal Ideation ____
History of Seizures ____
Other ____
Specify _____

Nurse _____    Date _6/17/04_

_James C. Moon_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Moon, James__

LAST                    FIRST                    MI

DATE OF BIRTH ~~████████~~                SS# _____

\# 212228

**Housing Recommendations:**

General Population____

Medical Observation Unit____

Lower Level/Lower Bunk____

Suicide Precautions____

Special Watch (15 Minute Checks)____

Isolation____

Initiate Universal Precautions____

① Bottom Bunk
Profile X 6mo.
5-20-04 —— 11-20-04

② as prolonged
standing profile
X 6mo.
5-20-04 —— 11-20-04

**Individual found to be:**

Frail/Elderly____

Physically Handicapped____

Developmentally Disabled____

Drug/Alcohol Withdrawal____

Special Mental Health Needs____

Expressed Suicidal Ideation____

History of Seizures____

Other____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse __Benefield__          Date __5-20-04__

__James C. Moon__

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_

LAST        FIRST        MI

DATE OF BIRTH _____ SS# _212228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

*Report to HCU on Wednesday 12/10/03 @ 1:30 pr for follow-up appt —

Nurse _Harlis, Lpn_      Date _12/03/03_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE: 5/11/06 | TIME: | Behavioral Rating Scale: 0-None | | Day vs Before |
|---|---|---|---|---|
| Target Symptoms | | | | |
| Depressed mood | | | | 0 / 0 |
| Poor sleep | | | | 0 / 0 |
| Low energy | | | | 0 / 0 |
| Anxiety / Worry | | | | 0 / 0 |
| Feelings of nervousness | | | | 0 / 0 |

Medications: Pamelor D/C'd as of 1/12/06. I'm doing well clinically.
Informed Consent

Compliance: Inmate report ___ % vs MAR ___ %

In addition to the information in the tables above and below, then inmate-patient:

S "I am good. I am not depressed. I am not anxious. I am doing fine without taking any medicines. My esophagus is stretched twice. I can eat much better now." Reports of other sxs of mood, anxiety or thought d/o, & thoughts to hurt himself or anyone else.

O ∅SI, ∅HI, ∅HA, ∅delusions, ∅paranoia, ∅sxs of anxiety / depression noted

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Denies |
| Serious Depression | ✓ | | Denies |
| Self-Injurious Thoughts | ✓ | | None noted |
| Suicidal Intent | ✓ | | None noted  at present time. |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | |
| Situational Upset | ✓ | | |

Side effects: 

Lab info: None  Labs Ordered: from mental health at this time.  Labs Reviewed:  AIMS?:

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia (in remission)
GAD (in remission)

PLAN: I'm clinically stable. Doing well without being on any psychotropic meds. Since 1/12/06. Exhibits ∅sxs or signs of mental illness at present. Discussed & Tx plan to change his

Return to Clinic: RTC PRN    Print Last Name: DR. BANERJEE    Sign: SBanerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon, James | 212228 | | W/M | MH=0 | Ventress |

Disposition: Medical File
* mental health code to zero at this time. Discussed Tx plan z Inm. He understands and agrees z Tx plan. D/C

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

[right margin notes:]
Voices
no
other
Concerns
A+0x3.
Good
eye
contact.
Mood:
euthymic
Affect
appropriate
Thought
process
logical
& goal[?]

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 1/12/06    TIME:
Target Symptoms    Behavioral Rating Scale  0=No problem  5=worst

Depressed mood
Poor sleep
Low energy
Anxiety/worry
Feelings of nervousness
I'm refusing meds. 100% med non compliant at present. Pamelor D/C'd

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
Informed Consent

Medications:
Compliance: Inmate report ___ % vs MAR ___ %
In addition to the information in the tables above and below, then inmate-patient:

S  I am fine, I am not taking the medicine. I am doing good without it. Right now I have to take care of my medical problem. I have problem with my esophagus. I don't want to take any mental medicines now.

Side effects:

O  Reports & other sx's of mood, anxiety or thought db. & thoughts to hurt himself

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sx's of psychosis, Ø SI, Ø HI, Ø HA |
| Serious Depression | ✓ | | Ø sx's of anxiety & Ø delusion |
| Self-Injurious Thoughts | ✓ | | Denies ⎤ depression not noted |
| Suicidal Intent | ✓ | | Denies ⎦ |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted / at present time |
| Situational Upset | ✓ | | None noted |

or anyone else.
Voices no other concern

Lab Info: None.    Labs Ordered:    Labs Reviewed:    AIMS:?

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia (in remission)
GAD (in remission)

A to x3.
Mood: euthymic
Affect: Appropriate

PLAN: I'm clinically stable. Has been med non-compliant. Refusing all psychotropic meds. at present time. Exhibit Ø sx's or signs of mental illness at present. Will DC Pamelor.
RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

Thought Process
logical & loose association noted

Return to clinic:

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MOON  James | 212222B | | W/M | 3m I | Ventress |

Disposition: Medical File
Will be followed up c̄ counseling
RTC 90 days for follow up. Discussed

ADOC AR. 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Moon James

AIS #: 212228    LOCATION: _____

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Pamelor | 50 mg | | |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

PROBLEM REPORTED:
Side effects: ___  Medication-Related Problem: ✓  Non-Compliance: ___
Explanation:

S- I want to stop the medicine - Since the
dr increased the dosage - My tongue has
been sticking to the roof of my mouth & I don't
like the way it makes me feel

Reported by: _D. Harris lpn_    Date: 1-09-06

MENTAL HEALTH NURSE FOLLOW-UP:

O- Alert to surroundings c̄ NO complaints - denies
harm to self / others

A- Side effect c̄ Medication

P- Schedule to F/u c̄ Dr Banerjee for Medication re-evaluation

Follow-Up by: _C D Harris lpn_    Date: 1-09-06

PSYCHIATRIC REVIEW/PLAN:

Please review progress notes dated 1/12/06

SBanerjee, MD.

| Follow-Up by: | | Date: |
|---|---|---|
| Inmate Name | Moon James | AIS # 212228 |

DOC Form #458-01

3 of 4

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 12/19/05   TIME:
Target Symptoms

Behavioral Rating Scale  0=No problem  5= worst

| | | Today vs Before |
|---|---|---|
| Depressed mood | | 1 / 0-1 |
| Poor sleep | | 1 / 0-1 |
| Low energy | | 1 / 0 |
| anxiety/worry | | 1 / 0 |
| Feelings of nervous | | 1 / 0 |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Medications:
Pamelor
Benadryl D/c'd

Informed Consent

Compliance:  Inmate report 100%  % vs MAR _____ %

In addition to the information in the tables above and below, then inmate-patient:

S  "I have problem with my teeth. I have
problem with my esophagus and that is
making me more depressed. I was seen
by a free world Doctor for problems with
my esophagus". Reports of other sxs of mood,
anxiety or thought d/o, & thought to hurt himself
or anyone else, voices no

Side effects:

0

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | & sxs of psychosis, &SI, &HI, &HA other issues. |
| Serious Depression | ✓ | | mildly increased sxs of |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies ✓ |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted |

& delusion
depression and anxiety
noted at this time.

None noted mildly upset c his medical problems

Lab info:  None from mental   Labs Ordered:   Labs Reviewed: health at this time.

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia
& AD

PLAN: I'm exhibits mildly increased sxs of anxiety and
depression. Will increase Pamelor to 50 mg/d. D/c
Benadryl at this time. Discussed tx plan c Inm. He
understands and agrees c tx plan. Continue care

Return to clinic:  RTC  90 days   Print Last Name: DR. BANERJEE   Sign: SBanerjee, MD.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | | W/M | SMI | Ventress |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

| DATE: 4/22/05 | TIME: | Behavioral Rating Scale  0=No problem  5= worst | | Today vs Before |
|---|---|---|---|---|
| Target Symptoms | | | | |
| Depressed mood | | | | 1-0 / 1-2 |
| Poor sleep | | | | 1 / 1-2 |
| Low energy | | | | 1 / 1-2 |
| anxiety / worry | | | | 0 / 0 |
| Feelings of nervous | | | | 0 / 0 |

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Medications: Pamelor
Benadryl

Compliance:  Inmate report  100 % vs MAR  100 %

In addition to the information in the tables above and below, then inmate-patient:

**S** "My depression is because of my medical problems. I have problem with my teeth, my esophagus, I am not anxious but I feel sad occasionally when I think of my medical problems". Reports of other sx's of mood, anxiety or thought d/o. & thoughts

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | to hurt himself or anyone else |
| Serious Depression | ✓ | | &sx's of psychosis, &SI, &HI |
| Self-Injurious Thoughts | ✓ | | sx's of depression improving & HA & delusion |
| Suicidal Intent | ✓ | | Denies    sx's of anxiety noted. |
| Aggressive | ✓ | | Denies |
| Seriously Impulsive | ✓ | | None noted    at present time |
| Situational Upset | | ✓ | None noted    Re: his medical issues. |

| Lab info: None | Labs Ordered: | Labs Reviewed: | AIMS? |
|---|---|---|---|

**ASSESSMENT/Diagnosis (DSM-IV)**
Dysthymia ( in partial remission)
Generalized anxiety d/o (in remission)

**PLAN:** I'm responding well to his current psychotropic meds. will continue current meds. Continue current Tx plan. RTC in 90 days for follow up. Continue care.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MOON James | 212228 | | W / M | SMI | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

**DATE:** 6/30/05  **TIME:**

**Target Symptoms**

Behavioral Rating Scale  0=No problem  5= worst

| | Today vs Before |
|---|---|
| Depressed mood | 0/0 |
| Poor sleep | |
| Low energy | |
| Anxiety / Worry | 0/0 |
| Feelings of nervousness | 0/0 |
| | 0/0 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

**Medications:**  Pamelor, Benadryl, Mistarul.

**Compliance:**  Inmate report 100 % vs MAR 100 % %

**Informed Consent** ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am not anxious anymore but I feel depressed at times, I have lots of medical problems with my esophagus and that makes me depressed." Reports

**O** of other sxs of mood, anxiety or thought d/o. & thoughts to hurt himself or anyone else. Voices no other issues or concerns at this time. A+0x3

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Mood: somewhat sad |
| Serious Depression | ✓ | | @ sxs of psychosis, ⊘SI, ⊘HI, ⊘HA |
| Self-Injurious Thoughts | ✓ | | mild sxs of depression noted. |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | Denies |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | None noted |
| | | ✓ | Re: current situation. |

**Lab Info:**  **Labs Ordered:** None at this time **Labs Reviewed:** from **AIMS?** mental health

Mood noted. Affect: mildly depressed affect noted. Thought Process: logical.

**ASSESSMENT/Diagnosis (DSM-IV)**

Depressive D/o NOS
Generalized anxiety D/o (in remission)

**PLAN:**  Im exhibiting mild sxs and signs of depression. @ sxs of anxiety noted. Will start him on Pamelor D/C Mistarul. Continue Benadryl. Discussed Tx plan c Im who understands and agrees c Tx plan. Continue care

**Return to clinic:** RTC 90 days  **Print Last Name:** DR. BANERJEE  **Sign:** Banerjee, M.D.

**Patient's Name: (Last, First, Middle)**  Moon James  **AIS #** 212228  **Age** 47  **R/S** W M  **Code** SMF  **Institution** Ventress

**Disposition:** Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 3/24/05    TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Anxiety/Worry | | 0/3 |
| Feelings of nervousness | | 0/3 |
| Depressed mood | | 0/2 |
| Poor sleep | | 0/2 |
| Low Energy | | 0/2 |

Medications: Vistaril, Benadryl

Informed Consent ✓

Compliance:    Inmate report 100 % vs MAR 100 %

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am doing fine. Vistaril helps me control my anxiety. Benadryl helps me sleep. I have lot of medical problems." Reports ∅ sxs of

Side effects:

**O** mood or thought d/o. ∅ side effects reported from meds A+O x 3. Speech: WNL. Mood: euthymic. Affect: Appropriate. Thought Process: logical, ∅ loose associations, Insight: Fair.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ sxs of psychosis noted |
| Serious Depression | ✓ | | sxs of anxiety improved ∅ sxs of depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present |
| Situational Upset | ✓ | | None noted |

Lab info: None    Labs Ordered: from mental health    Labs Reviewed:

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

**ASSESSMENT/Diagnosis (DSM-IV)**

Generalized Anxiety D/O
Depressive D/O NOS (in remission)

**PLAN** - Pt clinically stable. Doing well on current meds. Will continue current meds. Continue current Tx plan. RTC in 90 days for follow up on his clinical status.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: S Banerjee, MD / clinical status

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | 47 | W/M | SMI | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

## ITERDISCIPLINARY PROGRESS OTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3 2 06 | | Counseling Session S-Inmate Moon stated that he still has dental problems, but the dentist will assist him with this soon. I/M stated he has Glucoma in his right eye; it's condition is getting worse. Also, he complained about other medical problems. I/M will speak to the DON today concerning his medical issues. O-Cooperative A-Depressed mood P-Next session is scheduled in one month. | A. Peters MHP |
| 13 06 | | I/m seen for Tx team meeting. Reviewed and discussed Tx plan c̄ I/m. He understands and agrees c̄ Tx plan. Continue care. | S. Banerjee, MD. |
| 4 18 06 | | Counseling Session S-Inmate Moon reported he is waiting to get his teeth cleaned. I/M stated some of his medical problems have been resolved, therefore, he is eating better. I/M stated that his eye medication came in. O-Cooperative, organized speech & thoughts A-Euthymic mood P-Next session is scheduled in one month. | A. Peters MHP |

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | Vcf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-23-05 | | Counseling Session | |
| | | S-Inmate Moon stated, "I still have not got my teeth fixed." I/M's family came to visit him this month. I/M reported recurrent past & present medical problems. O-Cooperative Oriented x3 Sad affect A- Depression based on medical condition P-Next session is scheduled in one month. | |
| 1-13-06 | | Counseling Session | |
| | | S-Inmate Moon reported difficulty swallowing medication & food due to problems with throat. I/M stated he has medical complaints & reported going to court soon. I/M reported that he is sleeping better now. O-Cooperative, Organized speech & thoughts Alert A-Difficulty digesting meds P-Next session is scheduled in one month. | A. Peters, MHP |
| 2-20-06 | | Counseling Session | |
| | | S-Inmate Moon stated, he continues to experience medical problems. I/M has to eat soft foods. I/M reported he is unable to take his medication due to difficulty swallowing. O-Frustrated affect Oriented x3 A-Difficulty swallowing meds P-Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

F-61