EXHIBIT
A-2
Blumberg No. 6448

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

Con't 9-1-05 win his case. I/M continues to
complain about various
medical problems.
O—Sad affect, Oriented x3 Organized thoughts
A—Depressed over various medical problems
P—Next session is scheduled in
one month.                          A. Peters, MHP

10-10-05          Counseling Session
S—Inmate Moon stated he spends
the majority of his time reading
from the Chapel. I/M reported
compliance with medication. I/M
reported his brother will come
visit him this weekend. I/M stated
[he] may be released to go to work
release soon.
O—Alert, Pleasant affect. Oriented x3
A—Less depressed over medical problems
P—Next session is scheduled in
one month.                          A. Peters, MHP

11-10-05          Counseling Session
S—Inmate Moon reported that his
family [is] to visit him this weekend. I/M
reported he still has difficulty
swallowing while eating. I/M stated
he needs to see the optometrist due
to problems with eyes. I/M stated meds have been reduced.
O—Cooperative. Alert, Organized speech & thoughts
A—Complaining about medical problems
P—Next session is scheduled in
one month.                          A. Peters, MHP

FOR PROFESSIONAL USE
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

F-61

## INTE´ ISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/7/05 | | I'm seen in Tx team meeting. Reviewed and discussed Tx plan c̄ I'M. He understands and agrees c̄ Tx plan. Continue care. | SBanerjee, MD |
| 7-18-05 | | Counseling Session<br>S-Inmate Moon reported he is on a "soft food diet" due to difficulty digesting. I/M has a trial hearing scheduled for next month against PHS, medical doctor & DON. I/M reduced depression. I/M stated that he is compliant with medication<br>O-Oriented X3, Pleasant affect Organized speech<br>A- Improvement in mood & affect<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 8-16-05 | | Counseling Session<br>S-Inmate Moon reports that he continues to have problems digesting & with the teeth. I/M reported occasional depressed. I/M stated he is compliant with all medication.<br>O-Cooperative Alert Organized thought & speech.<br>A- Doing much better<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 9-14-05 | | Counseling Session<br>S-Inmate Moon reported he is pursuing a law suit against PHS for his digestion problems. I/M stated he believes he will |  |

FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

## INTER SCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/21/05 | | Counseling Session<br>S- Inmate Moon reported the same medical complaints. I/M has difficulty eating due to problems with throat. I/M denies problems sleeping. I/M continues to feel depressed.<br>O- Less agitated, Cooperative, Organized thoughts<br>A- Depressed mood<br>P- Next session is scheduled in one month. A. Peters, MHP | |
| 5/2/05 | | Counseling Session<br>S- Inmate Moon stated that he is having serious medical problems ears are ringing + disc in back, etc. I/M continues to feel depressed. I/M reported compliance with meds.<br>O- Alert, Agitated affect<br>A- Depressed mood<br>P- Next session is scheduled in one month. A. Peters, MHP | |
| 06/02/05 | | FTS for appt c Dr Banerjee- will reschedule | C Harris |
| 06/06/05 | | FTS for appt c Dr Banerjee was told out to Court per Shift office | C Harris |
| 6/20/05 | | Counseling Session<br>S- Inmate Moon reported that he recently returned from court. I/M stated he is suing PHS for neglecting to treat his medical needs. I/M denied problems sleeping. Depressed based on medical problems<br>O- Extremely talkative, Organized speech thoughts | |

FOR PROF... CONFIDENTIAL... NOT TO BE PHOTOCOPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 47 | W/M | VCF |

## INTEI˙ SCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

Cont 3905 to go outside in morning although him is recovering from pneumonia. MHP encouraged him to speak with Captin or Warden. I/M stated he sometimes has difficulty sleeping. O-Cooperative, Oriented x 4. Pleasant affect A- Some depression based on medical situation P-Next session is scheduled in one month.
                                                        A. Peters, MHP

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 47 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/23/04 | | to 50 mg/d. Will continue Benadryl to help him sleep. Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. RTC in 90 days. Continue care. | SBanerjee, MD |
| 1-24-05 | | Counseling Session | |
| | | S-Inmate Moon reported various medical complaints. Inmate is compliant with psychotrophic medication. I/M reported recurrent depression. I/M stated that his family comes to visit him once per month. Denies problems sleeping or eating. | |
| | | O-Cooperative appropriate affect. Good eye contact | |
| | | A-Depressed mood | |
| | | P-Next session is scheduled in one month. | A. Peters, MHP |
| 2-2-05 | | Counseling Session | |
| | | S-Inmate Moon reported dental problems. I/M reported compliance with medication. Stated recurrent depression based on medical complaints. I/M stated that he has difficulty sleeping + eating due to dental problems. | |
| | | O-Agitated + angry mood, oriented X 3 poor insight Good eye contact, Anxious affect | |
| | | A-Generalized Anxiety Disorder | |
| | | P-Next session is scheduled in one month. | A. Peters, MHP |
| 3-9-05 | | Counseling Session | |
| | | S-Inmate Moon reported that he was in the hospital for one week, who had pneumonia. Stated that he is feeling much better. I/M reported the officers want him | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 21222B | 47 | W/M | Ventress |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Moon James_

AIS #: _212228_ LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Pamelor | 25mg | | |
| Benadryl | 25 Mg | | |

**PROBLEM REPORTED:**
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation:

Out to court

Reported by: _Weekly MAR review_ Date: _08/09/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Follow-Up by: _____ Date: _____

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____ Date: _____

| Inmate Name | AIS # |
|---|---|
| Moon James | 212228 |

DOC Form #458-01

AR 458 -- August 30, 2001

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-23-04 | | Counseling Session | |
| | | S-Inmate Moon reported the same dental problems. I/M is no longer having heart burn, but has difficulty digesting his food. I/M reported feeling depressed. I/M stated that he is compliant with medication. O Alert. Sad affect. Poor insight. A Mild Anxiety P-Next session is scheduled in one month. | A. Peters, MHP |
| 12/23/04 | | S: I/M seen. Reported of having increased anxiety. Stated he has medical problems c̄ toothache and that is making him depressed too. Feeling sad at times because of the Holidays. Denies any major sx's of mood anxiety. ⊘ thought d/o. ⊘ thoughts to hurt himself or anyone else. Sleeping moderately well, appetite good. Voices no other issues or concerns. O: Calm, cooperative during interview. Speech: WNL. Good eye contact. Mood: anxious. Affect: Anxious affect noted at times. Thought Process: logical, ⊘ loose associations, ⊘ tangentiality. Thought content: ⊘ ST, ⊘ HT, ⊘ HA, ⊘ delusions, ⊘ paranoia, ⊘ other sx's of psychosis. Cognitive: Alert, oriented X3. Insight: Fair. A: Axis I: Generalized Anxiety D/O Depressive D/O NOS (in remission) P: I/M exhibiting some ↑ sx's and signs of anxiety. Will ↑ Vistaril | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | | | M/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10-7-04 | 10:15 AM | Outpatient Treatment Review. S/O Inmate Moon reports feeling depressed. Reports compliance c meds. Voiced numerous medical complaints such as dental problems and difficulty digesting food. Reported he has seen medical doctor, medical problem remain. Reports not getting along c other inmates. Sad affect. Nurse[Error] Encourage him to speak to Officers[Error] A Depressed mood. P-Next counseling session is scheduled in two weeks. | A. Peters, MHP[Error] |
| 10/14/04 | | IM seen in tx team meeting. Reviewed tx plan c IM. He understands and agrees c tx plan. Continue care. | SBanerjee, M.D. |
| 11-8-04 | 12:20 PM | Counseling Session. S/Inmate Moon reported still having problems digesting food. Continues to have dental problems. I/M reported[Error] he will be[Error] received a disciplinary over selling merchandise. I/M reported occasional depression. Denies any other problems. O-Orient x4. Alert. Pleasant. Sad affect. A- Depressed mood. P-Next session is scheduled in one month. | A. Peters, MHP[Error] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 46 | W/M | VCF[Error] BCF[Error] |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/30/04 | | associations, ∅ tangentiality noted in thought process. Thought content: ∅ SI, ∅ HI, ∅ HA, ∅ delusions, ∅ paranoia. ∅ other sx's of psychosis noted. Cognitive: Alert, oriented x3. Insight: Fair to poor. Judgment: somewhat impaired. | |
| | | A: Axis I: Anxiety D/O NOS Depressive D/O NOS (in remission) | |
| | | P: Will start him on Vistaril to help him c̄ his mild sx's and signs of anxiety D/O. Explained risk/benefits of being on Vistaril to I'm. He understands and agrees c̄ Tx plan. Benadryl to help him sleep. Spoke c̄ him about choice of other antidepressant if and only his sx's justify the use of it. I'm refusing refuses to take any other antidepressant other than Doxepin even if his sx's justify the need for antidepressant use in the future. Will continue current meds. Continue current Tx plan. Continue care. RTC in 90 days | |

PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED

The potential benefits and side effects of _Vistaril_ within the dosage range of _25 mg._ _po-qhs_ have been discussed with the inmate and the inmate has agreed to accept the medication

SBanerjee, M.D.

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/m | Ventress |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9-9-04 | 0815 | S: Reports he's doing okay. Somewhat dejected by his legal case, had been working on having his sentence enhancement dropped due to her reported federal hearing. But judge would not hear about dropping enhancement. c/o about acid reflux. O: Polite. Good eye contact. Conversational A: stable. Waits about medical c/o P: continues to monitor. | S Williams |
| 9-17-04 | | Tx PLAN reviewed. | (signature) |
| 9/30/04 | | S: Inmate seen. Stated that he has not been getting his Doxepin. Feeling quite anxious about not getting Doxepin. Informed him it is non-formulary and order will run out on 10/15/04. Spoke c̄ him about alternative medications. He is not willing to take any other medicine other than Doxepin. Reports of anxious mood, unable to sleep. Denies any thoughts to hurt himself or others. Voices no other issues at this time. O: cooperative during interview. speech: slightly fast. Good eye contact. ∅ psychomotor agitation or retardation noted. Mood: anxious Affect: Anxious (somewhat) Thought Process: logical, ⊕ loose | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 212228 | 46 | W/M | VCF |

F-61

## IN␣RDISCIPLINARY PROGRESS N␣␣ES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8-5-04 | 3:00 | S Reports he's doing okay. Spoke at length about his drug Hx. Tended to minimize some & was and got into some war stories & minimizing. Therapist worked on social skill of other peoples views and consequences for others. | |
| | | O. Fair amount of conceptual rigidity. Also egocentric values. Mildly blunted affect. Mood neutral, hopeful. | |
| | | A. As before. | |
| | | P. Continue talking Therapy. —— | S Willington |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, Jimmy | 272228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/15/04 | | Mood: euthymic, Affect: Bright Thought Process: logical, w/ loose associations, & tangentiality. Thought content: ØSI, ØHI ØHA Ø delusions, Ø paranoia. Ø other Sx's of psychosis at this time. Cognitive: Alert, oriented x 3 / Insight: Fair | |
| | | A: Axis I: Depression NOS. | |
| | | P: Im clinically stable on Doxepin. Will continue current Tx plan. RTC in 90 days. PRN mental health. | |
| | | | S Banerjee, MD. |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

## TERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-19-04 | 10:00 | S. Inmate reports feeling pretty well. Discussed Ls lobby / job of leather works. Discussed Various stressors of being at VCF. Therapist let him vent & worked on report.<br>O. Down-to-earth. Euthymic @ Neutral Affect/Mood.<br>A. Stable.<br>P. Continue supportive counseling. | S Williams |
| 6-8-04 | 13:00 | S Reports feeling okay. Last into a conflict c peer in leather shop. Has been put out of leather shop for one week. Reports he's not getting a lot of sleep, but its adequate. No depression noted. Vented at length about medical problems. Therapist let him vent release anger.<br>O. Pale. Within-of-tact.<br>A. Stable<br>P. Continue supportive counseling. | S Williams |
| 7-7-04 | 10:30 | S Reports ↑ mood. His lawyer is working on his case. Talkative. Discussed variety of issues.<br>O. Sun-tan. Alert. Complaining from swollen legs. Talkative.<br>A. Stable<br>P. Continue to monitor. | S Williams |
| 7/15/04 | | S: Im seen. Doing well c Doxepin. @side-effects. no major complaints or issues voiced at this time. Sleeping well.<br>O: Cooperative during interview. Speech: wnl. Good eye contact | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 212228 | | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/9/04 1320 | S. | No 4 C/O. Minor dry mouth. Works in leather shop. | |
| | O. | Polite. Appropriate Mildly blunted. | |
| | A. | Stable | |
| | P. | Continue Rx | Ken |
| 3-16-04 | 12:70 | S Feels okay. No depression. Responds well to quest. Complaint about KOP meds being no longer dispensed. Discussed leather shop business. | |
| | O. | Polite. A little restricted, but mood was neutral. | |
| | A. | Stable | |
| | P. | Continue to provide support. | S Wilkerson |
| 4/20/04 1320 | S. | "Structured dorm" Leathercraft. Active | |
| | O. | Euthymic    FH Mo- depression (on SSRI) | |
| | A. | Stable. | |
| | P. | Doxepin 100/d works well Counseled re fluid intake in hot weather | Ken |
| 5-6-04 | | No show | S Wilkerson |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Moon, James S_    AIS #: _212228_    R/S _W/m_

Date: _9 / 13 / 2000_    DOB: _[redacted]_    AGE: _48_

Beta II _87_    WAIS _/_/___    WRAT-RL _4.8_    Last School Grade Completed _10_

MMPI Welsh Code _1* 3" 7' 824-9' 60 5#_    Megargee Type _K'L-F/_

_No PSI_

### General Appearance

_X_ a. Neat and generally appropriate    _____ c. Flat or avoiding interaction

_____ b. Poorly groomed    _____ d. Sad or worried

_____ e. Other _S/I has had back surgery — vertabrae - 1-5 fused._

### I. Interpersonal Functioning

_____ a. Normal-good relationships likely    _____ d. Lacks skill or confidence

_____ b. Withdrawn / apparent loner    _____ e. Probably difficult to get along with

_____ c. Likely to ignore rights / needs    *Other (Specify) _____ 1. _____ 2.

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy) _Divorced - one child -_

_Not valid at present ADL — S/I did maintenance work —_

### II. Personality

_____ a. Healthy    _____ d. Explosive

_X_ b. Antisocial _mild_    _____ e. Dependent

_____ c. Paranoid    _____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording) _UDCS, UPCS = 25 yr_

_1980 - Statutory Rape — Limas County - 3½ yr. prob_

### III. Substance Abuse

_____ a. Alcohol addiction / abuse history _none_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_X_ b. Drug addiction / abuse history _Crack_

_No use since 12/99._

N-259

White to Central Records File
Yellow to Institutional File

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_____ _James_____
                     LAST              FIRST              MI

DATE OF BIRTH _████████████_____  SS# _212228_____

**Housing Recommendations:**

General Population _____ (1) See Dr Rypath

Medical Observation Unit _____ 6-6-06 @

Lower Level/Lower Bunk _____ 800

Suicide Precautions _____ 8am

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _A Marsh LN____ Date _4-6-06_

_James A. Moon_  212228

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_ _____
                         LAST              FIRST              MI

DATE OF BIRTH  ███████████    SS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*Soft Knee Brace X 6 mos.*
*3/29/06 – 9/29/06*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _V. Arnag lpn_          Date _3-29-06_
    _James C. Moon_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_____

LAST                                    FIRST                    MI

DATE OF BIRTH ████████████    AIS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① F/u appt c̄ Mrs. Floyd, CRNP R/t ear irrigation et ear pain on 2/1/06 @ 8:00 AM

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _A. Hricy Lp_____    Date _1/24/06_

_James Moon_  212228

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit



PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY -- (LPN or RN)**        YES    NO    COMMENT(S)

| | | | |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | ✓ | | *about 20 lbs.* |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | *glaucoma, Spinal fusion* |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | *No med. allergies Known* |

Weight _197_  Temp. _98.8_  Height _5'10_  Pulse _68_  Resp _20_  Blood Pressure _128/80_

Eye Exam: _20/30_ OD  _20/400_ OS  _20/30_ OU

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

**II.    TESTING -- (LPN or RN)**          RESULTS

Finger stick blood sugar _169_

Tuberculin Skin Test (q yr)      Date given _11/3/05_  Site _RFA_
                                 Read on _11-5-05_  Results _0_  mm

Past Positive TB Skin Test →     Survey Completed.
(chest x-ray if clinical symptoms)  Date _5-26-05_ Results _Neg_
RPR (q 2 yrs)                    Date _____ Results _____
EKG (baseline at 35, over 45 q 3 yrs)  _02-27-05_
Cholesterol (at 35 then q 5 yrs)  _11-22-04_
Tetanus/Diptheria (q 10 yrs)     Last Given _2000_  Due _2010_
(if done today)                  Site given _____ Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen) _10-6-04_
Mammogram                        Date _____ Results _____
(females @ 40, q 2 yrs/other M.D. order)

CONFIDENTIAL RECORD - SEE PROFESSIONAL - NOT TO BE PHOTOCOPIED

**III.    PHYSICAL RESULTS -- (RN, Mid-Level, M.D.)**

Class    1    2    ③    4    5        Restrictions _SMI, Glaucoma OD, Spinal Fusion_
Heart                                    _RRR_
Lungs                                    _Clear Bil._
Breast Exam                              _No lumps, masses_
Rectal (yearly after 45)                 Results _Normal prostate Exam_
   with Hemoccult                        Results _X OB_
Pelvic and PAP (q 1 yr)                  Date _____ Results _____

Facility _VCF_    Nurse Signature _V. Young Lmn_    Date _11-3-05_

M.D. or Mid-Level Signature _____    Date _11/4/05_

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon  James | 212228 | ▓▓▓ | W/m |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_ _____

                     LAST              FIRST        MI

DATE OF BIRTH ████████████  SS# _212228|_

**Housing Recommendations:**

General Population ____

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

① Lay In from 8-25-05 till 11-25-05 as needed

② TMO to area on lip Three times ad auf. from 8-25-til 9-1-05

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

③ Chest Xray 8-26-05 @ 9:30 am

Nurse _A Mark_     Date _8-25-5_

_James C. Moon_

CONFIDENTIAL RECORD ... USE ONLY NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _MOON_____, _James_____
                       LAST              FIRST           MI

DATE OF BIRTH _____███████_____    SS# _____
                                                    212228

**Housing Recommendations:**

① no heavy lifting
> 10 lbs with (R) arm
X 6 mo.
5-11-05 ——— 11-11-05

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk ✓   X 6 months
                              5-11-05 ——— 11-11-05    ④

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

NOT TO BE PHOTO COPIED

**Individual found to be:**

② Knee brace to
(L) knee X 6 mo.
5-11-05 ——— 11-11-05

Frail/Elderly _____    ③

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

return to HCU
5-17-05 for
ear irrigation

⑤ Analgesic
Oint X 5 d,
KOP       5-16-05
5-11-05

Nurse _M Benefield_____    Date _5-11-05____

James C Moon



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | ✓ |

OTHER: _____

_____

_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Kelli e.l_____    DATE: _3-8-05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _James Moon_    DATE: _3/8/05_

EXPIRATION DATE: _8-13-05_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Moon James, | 21222▓ | ▓▓▓▓ | M | Vl f |

PHS MD-70042 (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon,_ _James_

LAST              FIRST              MI

**DATE OF BIRTH** �██████████              SS# _212228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*report to HCU*
*on 2-16-05*
*@ 800AM for*

*X-Ray*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _James C. Moon_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____    Date _2-14-05_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Moon James - 212288*

LAST            FIRST            MI

DATE OF BIRTH _____    SS# _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*Report to HCU on Wed. March 9th @ 8 am for Apt W/ Y. M. D.*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify *James C. Mo*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____    Date 1-13-05



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

I.  HISTORY – (LPN or RN)          YES    NO     COMMENT(S)

Weight Change (greater 15 lbs.)         ✓      202    9-29-23
(Compare Weight Below)                         Last weight at least 6 months ago
Persistent Cough                        ✓
Chest Pain                              ✓
Blood in Urine or Stool                 ✓
Difficult Urination                     ✓
Other Illnesses (Details)       ✓              restriction in esophgus
Smoke, Dip or Chew                      ✓
ALLERGIES                               ✓

*CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED*

Weight 205 3/4# Temp 98.⁶ Height 5'9" Pulse 58 Resp 20 Blood Pressure 112/84
                                               **If greater than > 140/90, repeat in 1hour.**
Eye Exam: 20/100 OD  20/40 OS  20/40 OU 🗶 glasses   **Refer to M.D. if remains > 140/90.**

II.  TESTING – (LPN or RN)          RESULTS

Tuberculin Skin Test (q yr)         Date given 11-20-04 Site R FA
                                    Read on 11-23-04 Results ∅ mm
Past Positive TB Skin Test    →     **Survey Completed**
(Chest x-ray if clinical symptoms)  Date _____ Results _____
RPR (q 3 yrs) ordered               Date 11-22-04 Results _____
EKG (baseline at 35, over 45 q 3 yrs) Scheduled
Cholesterol (at 35 then q 5 yrs) ordered
Tetanus/Diptheria (q 10 yrs)        Last Given Sept. 2001 Due 2010
  (if done today)                   Site given N/A Dose ___ Lot # ___
Optometry Exam (@ 50 if not already seen)
Mammogram                           Date _____ Results _____
  (females @ 40, q 2 yrs/other M.D. order)

III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)
Class  1  2  ③  4  5          Restrictions SMI, Glaucoma OD, Spinal fusion
Heart                              RRR
Lungs                              CTA
Breast Exam                        WNL's per pt. & instructed self exam
Rectal (yearly after 45) Scheduled 12-06-04 Results Normal Prostate Exam
  with Hemocult                    Results OB 🗶
Pelvic and PAP (q 1 yr)            Date N/A Results _____

Facility Ventress Nurse Signature M. Benefield LPN / B. Lulull Date 11-20-04

M.D. or Mid-Level Signature _____ Date 12/6/04

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon, Jamus | 212228 | ▬▬▬ | W/M |

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  _Moon,_  _James_  _212228_
LAST                  FIRST              MI

DATE OF BIRTH ████████████  SS# _____

**Housing Recommendations:**

General Population ____

Medical Observation Unit ____

Lower Level/Lower Bunk ____

Suicide Precautions ____

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

*Bottom bunk profile X six months 11/18/04 – 5/18/05*

*Limited standing no greater than 15min X six months 11/18/04 – 5/18/05*

*Left Knee brace X six Months (inmate already has Knee brace) 11/18/04 – 5/18/05*

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

Nurse _G Johnson RN_          Date _11/18/04_

_James R Moon_
_212228_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: _Moore, Janco_    Date: _3-29-06_

Housing Location: _____

Type of Diet: _Soft Diet X 3 mos. 3-29-06 — 6-29-06_

Start Date: _3-29-06_    Stop Date: _6-29-06_

Special Instructions (if needed): _____

_____

_____

Date Requested: _3/29/06_    Signature: _Ada Floyd CRNP/J.C. Gloves (m)_

_Jamie C. Moore_

60130 (10/98)

White - Kitchen Copy, Yellow - Patient File Copy)

CONFIDENTIAL
NOT TO BE PHOTO COPIED

# PRISON HEA~ ~ SERVICES: AUTHORIZAT~ ~ LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 09/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15474741 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

Diagnosis - Erosive _____ w/ stricture
Pancreatitis unclear etiology

Plan: EGD

Monitor for recurrent Pancreatitis

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: _____ | Date 11/3/06 | Time |
| Reviewed and Signed By
Medical Director: _____ | Date 11/28/05 | Time |

## EGD AND ERCP INSTRUCTIONS

You have been scheduled for an EGD or ERCP. The examination is
on_____ at **7:00 AM**. The procedure will be
performed at _____. We advise that
you go to be pre-admitted prior to the day of your procedure.

**SPECIAL INSTRUCTIONS:**
1. Do not eat, drink, or chew anything after midnight on the day before your
procedure.
2. Please report to the hospital admissions desk or outpatient department by
7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until
your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart
disease should take the morning dosage the day of the procedure with a **very
small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin,
Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and
others) please stop taking them **5 days before the test**. If a polyp is removed or
biopsy is taken during your procedure, you should resume your Blood thinners
_____ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of
your procedure.

**If you have any questions, call our office at (334) 288-8840**

**JOSEPH W. JACKSON, M.D.**
**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES**
**2055 NORMANDIE DR., SUITE 200**
**MONTGOMERY, AL 36111**

*(vertical left margin)* DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



PRISON HE      SERVICES: AUTHORIZ/    I LETTER _Dr. Carlson Nov, 27@2_

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 09/22/2005 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15474741 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment  (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Tim |
| ...ewed and Signed By Medical Director: | Date | Tir |

09

# PROBLEM LIST

Name _Moon, James_

ID# _212228_

D.O.B. ▓▓▓▓▓

Medication Allergies _NKDA_    _MH = Ø   SB, MD._
                                    _5/11/06_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical / Surgical Capital Letters for Psychiatric / Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 9/14/00 | Trenton (cocaine abuse) / Dysthymia | | |
| 1991 | L5-S1 fusion  2/00 | | |
| 2-28-00 | MVA (neck Fx) | | |
| | Injury → L knee (MVC)  2/00 | | |
| | L ribs fractures  2/02 | | |
| | GERD and Hiatal Hernia by Bs swallow 6/14/02 | | |
| | Cerumen Impaction | | |
| | Herpes Simplex I (labialis). | | |
| 28 June 02 | Depressive Disorder Nos (hist) | | |
| | Substance Abuse | | |
| | [SMI] | | |
| 10/18/02 | Glaucoma  OD | | A |
| 6-8-04 | MH Code (SMI) | | O |
| 9/30 | M.H. Dx: Anxiety D/O NOS | | |
| | Depression D/O NOS | | |
| 1-19-05 | R elbow tendinitis | | E |
| 5/11/06 | MH Code Δ to zero | SB, MD. | |

CMS 7189

04/10/2006 09:35 FAX 3343953156
REGIONAL OFFICE
VENTRESS CORR. FACILITY
☒ 001
☒ 002

Region 4

# NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. **You must Type or Print**

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 4-6-06 |
| **Site Phone #** (334) 775-8178 | **Inmate #** 212228 | **Date of Birth: (mm/dd/yy)** |
| **Site Fax #** (334) 775-8178 | **SPP ID #** A-473 | **PHS Custody Date** |
| **Diagnosis** de so phagitis ē benign stricture | | ☒ Male   ☐ Female |
| **Medication Allergies** NKA | | |

**Requested Non-Formulary and Strength:**
PRILO See.   20mg

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

**Directions:**
P.o   QD

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☒ 90 days   ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Recommended by Gi

**Compliance:**   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☒ Physician   ☐ NP/PA   ☐ Dentist

Name: DR Samuel Rayapati   Signature: Samuel Rayapati M.D

Daytime Phone: 334-397-775-3331   Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**   ☒ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name: DR Sylvia Mc Queen   Signature: Sylvia 04-07-06 P

Date: 4-7-06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

```
*********************
***   TX REPORT   ***
*********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0950 |
| CONNECTION TEL | 13343958156 |
| SUBADDRESS | |
| CONNECTION ID | REGIONAL OFFICE |
| ST. TIME | 04/06 15:12 |
| USAGE T | 00'14 |
| PGS. SENT | 1 |
| RESULT | OK |

PRISON HEALTH SERVICES
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
379 HWY 239
CLAYTON, AL 36016
PHONE 334-775-3610
FAX     334-775-3610
INSTITUTION # 334-775-3331

**PRISON HEALTH SERVICES, INC.**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# Fax

To: 334-395-8156 *Michelle*      From: *Ventress*

Fax: 3                           Pages:

Phone:                           Date:

Re:                              CC:

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Region 4    NON-FORI    LARY **PHARMACY** REQUE    FORM    

Form must be complete and legible. You must Type or Print

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | *Moon James* | 4-6-06 |
| **Site Phone #** (334) 775-8178 | **Inmate #** 212228 | **Date of Birth: (mm/dd/yy)** ▬▬▬▬▬ |
| **Site Fax #** (334) 775-8178 | **SPP ID #** A-473 | **PHS Custody Date** |

**Diagnosis**
*ae 5o phagitis c lumina Stricture*

☑ Male    ☐ Female

**Medication Allergies**
*NKA*

**Requested Non-Formulary and Strength:**
*PRILo See.    20mg.*

**Directions:**
*P.o    QD*

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDENTIAL RECORD~~
~~NOT TO BE PHOTO COPIED~~

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☑ 90 days    ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

*Recommended by Gi*

**Compliance:**    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practioner Information:**    ☑ Physician    ☐ NP/PA    ☐ Dentist

**Name:** _____    **Signature:** *Samuel Reyapati MD*

**Daytime Phone:** _____    **Pager Number:** _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| **Determination:** | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

**Corporate/Regional Medical Director/Designee**

**Name:** _____    **Signature:** _____

**Date:** _____

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: _Moon James_

Housing Location: _96  34_                                        Date: _4-6-06_

Type of Diet: _Reg Diet_

Start Date: _4-6-06_

Special Instructions (if needed): _Step Soft Diet order_          Stop Date: _Continues_

Date Requested: _4-6-06_    Signature: _A Munhey per Di Ry path_

60130 (10/89)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(White - Kitchen Copy, Yellow - Patient File Copy)



MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ▓▓▓▓▓▓▓▓▓
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

___ PHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: _Reyosh_

ENDOSCOPIST: _J Jack_

ASSISTANT(S):

PRE-OP DIAGNOSIS: _Esophageal stricture/severe erosive esophagitis_

POST-OP DIAGNOSIS: _Same_

ANESTHESIA: _MAC_

INSTRUMENT(S): _GIF 100_

PROCEDURES:   ☐ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation

☐ Photo   ☐ Duodenal Drainage   ☒ Other _Balloon dilation_

FINDINGS:

_Esophagus clear and ? stricture_
_of the esophagus at_
_25 to 30 cm from the_
_lips. Stricture dilated_
_incrementally to 12, 13.5_
_15 and 18 mm_

_Stomach & duodenum_
_are wnl_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

_Nexium 40 mg po qday or equivalent dose of PPI_
_Repeat EGD and dilation in 6-8 weeks_

_R 4/6/06_

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ███████████
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: _Rogopsh_

ENDOSCOPIST: _J Jade_

ASSISTANT(S):

PRE-OP DIAGNOSIS: _Esophageal stricture / severe erosive esoph B3_

POST-OP DIAGNOSIS: _Same_

ANESTHESIA: _M AC_

INSTRUMENT(S): _GIF 100_

PROCEDURES: ☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation

☐ Photo  ☐ Duodenal Drainage  ☒ Other _Balloon dilation_

FINDINGS:

_Esophagus ulcer and stricture_
_of the esophagus at_
_25 to 30 cm from the_
_lips. Stricture dilated_
_incrementally to 12, 13.5_
_15 and 18 mm_

_Stomach & duodenum_
_are normal_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

_Nexium 40 mg PO gday or equivalent dose of PPI_
_Repeat EGD and dilation in 6-8 wks_

_JJ   4/6/06_

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 03/22/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15963710 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

Esophageal stricture and esophagitis

Dilated to 18 mm

Recommend repeat dilatation in 6-8 wks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date: 4/6/00    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: _____    Time: _____

*4/6/06 @ 8*

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Outpatient Surgery: Egd - High Cost | **Effective Dates:** | 03/22/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15963710 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

Esophageal stricture and esophagitis
Dilated to 18mm
Recommend repeat dilatation in 6-8 wks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date: 4/6/00    Time: _____

Reviewed and Signed By
Medical Director: _____    Date: _____

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure

2. You are advised to rest and relax for the remainder of the day

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure

5. Do not drink alcoholic beverages for at least 24 hours

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until_____1 AN_____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing
   c. Fever – 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure

2. Lying on your left side or walking often aids in expelling flatus

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
_____
_____
_____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s):_____
_____
_____

Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS

☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____Date:_____Time:_____
Dr _____Date:_____Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _Jackson_____
Office # _288- 8840_____
Montgomery Surgery Center - 284-9600
I hereby acknowledge and understand these written and verbal discharge instructions given.

_____
NAME / RELATIONSHIP

_____
NURSE / TIME

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

03/22/2006 17:41 FAX 3343958156          REGIONAL OFFICE          ☑001
                                         VENTRESS CORR  FACILITY   ☑00

Region 4          NON-FORMULARY **PHARMACY** REQUE͟FORM          PH͟
                  Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| **(334) 775-8178** | 212228 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| **(334) 775-8178** | **A-473** | |

RECEIVED MAR 22 2006

Diagnosis
Glaucoma

☑ Male    ☐ Female

Medication Allergies
Ø

**Requested Non-Formulary and Strength:**
Betimol   0.25%   ophth

**Directions:**
1 gt OD Qam

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Glaucoma

**Compliance:**   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**   ☑ Physician   ☐ NP/PA   ☐ Dentist

Name: Daniel E Murray Jr          Signature: _____ DO

Daytime Phone: 334-585-9626       Pager Number: 334-701-3705

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**   ☑ Approved   ☐ Additional Information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name: _____          Signature: _____

Date: 3/22/06

RECEIVED MAR 23 2006

Jared D. McQueen  3/14 O___

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

must be Complete and Legible. You must Type or Pr...

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: VCF | Patient Name: (Last, First) Moon James | Date: (mm/dd/yy) 03.21.06 |
| Site Phone # 334)725-3610 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ▓▓▓▓▓ |
| Site Fax # 334)725-3610 | Inmate # 212228 | PHS Custody Date: (mm/dd/yy) 08.01.00 |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) 05.27.25 |

Responsible party: ☑PHS   ☐Auto Ins.    ☐Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

Requesting Provider:   ☑Physician   ☐NP, PA   ☐Dental

Dr Rayapati

Facility Medical Director Signature and Date:

Samuel Rayapati MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐Office Visit (OV)   ☐X-ray (XR)   ☐Scheduled Admission (SA)
☑Outpatient Surgery (OS)   ☐Dialysis (DA)

☑Routine   ☐Urgent

Estimated Date of Service (mm/dd/yy)   ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:   ☐Radiation therapy   ☐Chemotherapy
Number of Visits/Treatments:   ☐Other:_____

Specialist referred to:   GI   Dr Jackson

Type of Consultation, Treatment, Procedure or Surgery:

Benign aerophageal Stricture

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmptoms with Date of Onset:**

PW- Vesil c̄ GI Consult for dilatation of oesophageal Stricture

**Results of a complaint directed physical examination:**

Last procedure was done on 2-16-06

Repeat procedure recommended in 6 weeks

**Previous treatment and response (including medications):**

we are treating IM's Benign aerophageal Stricture c̄ PPI and Stricture dilatation.

***For security and safety, please do not inform patient of possible follow-up appointment***

## UM DETERMINATION:

☐Offsite Service Recommended and Authorized

☐Alternative Treatment Plan (explain here):_____

☐More Information Requested: (See Attached)

☐Resubmitted with requested information.   Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:   ___/___/___ (mm/dd/yy)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | | UR Auth #: |
|---|---|---|---|---|
| | | | | |

05a – UM Referral review form

FAXED
3-22-06

Alabama Department of Corrections Mental Health Services
Treatment Plan: Outpatient Care *(Review)*

**Treatment Plan Reviewed on:** 4/4/06
**Inmate's Current Housing Location:**

**Treatment Plan Initiated on:** 7/31/02
**Institution:** VCF

CURRENT STATUS

Problem # 1  Inmate is displaying signs and symptoms of depression as evidenced by social withdrawal, poor concentration , and sad affect

Target Date for Resolution:  one month
Status:     Resolved             No Change X                    Modified

Outcome/Modification Elimination and minimization of depressive symptoms. Inmate's mental stability and medication compliance will be monitored by MHP, Psychiatrist, and Nurses. Inmate will be referred to psychiatrist for 90dys  follow-up. Inmate will continue to receive monthly counseling to address problem.

Frequency: quarterly and monthly

Problem # 2
Target Date for Resolution:  one month
Status:     Resolved             No Change X                    Modified
Outcome/Modification:
Frequency:

Problem # 3
Target Date for Resolution:
Status:     Resolved             No Change            Modified
Outcome/Modification:
Frequency:

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Psychiatrist: _SBanerjee, M.D._                    Date: 4/13/06
Mental Health Nurse: _C. Harris LPN_              Date: 04/17/06
Treatment Coordinator: _M. Peters, MHP_          Date: 4/17/06

Inmate Agreement: _James C. Moon_                Date: 4/13/06
Next Treatment Plan Review to be Conducted by:              (within six months)

Inmate Name:  Moon, James                                    AIS # 212228

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  (REVIEW)

Treatment Plan Reviewed on: 7-7-05      Treatment Plan Initiated on

Inmate's Current Housing Location: _____   Institution: VCF

CURRENT STATUS

### Problem #1

Inmate reported feeling depressed frequently.

Target Date for Resolution:

Status:          Resolved ☐      No Change ☐      Modified ☐

Outcome/Modification: — Will reduce the occurrence of depression
Nurse will monitor compliance with medication, MHP
will provide supportive counseling, psychiatrist will evaluate in
3 mon

### Problem #2

Target Date for Resolution:

Status:          Resolved ☐      No Change ☐      Modified ☐

Outcome/Modification:

### Problem #3

Target Date for Resolution:

Status:          Resolved ☐      No Change ☐      Modified ☐

Outcome/Modification:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

Second Page attached:   Yes ☐   No ☑

Treatment Team Members

Psychiatrist: S Banerjee, M.D.       Date: 7/7/05
Mental Health Nurse: E Harris RN     Date: 07/07/05
Treatment Coordinator: Ms. Pedory, MHP   Date: 7-7-05

Inmate Agreement: A James C. Moon      Date: 7-7-05

Next Treatment Plan Review to be Conducted by: _____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Moon, James | 212228 |

ALDOC F
Page

AR 463 -- Der

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed On: 10-14-04    Treatment Plan Initiated On: 7-31-04

Inmate's Current Housing Location: 3-4/3    Institution: VCF

CURRENT STATUS:

**Problem #1** S/S of depression (difficulty sleeping, sadness)

Target Date for Resolution: 4/7/05

Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification: – Maintain compliance c̄ meds – psy evaluation
– Cognitive therapy    every 3 months

Staff Member Responsible: Ms. Peters Psychiatrist    Frequency: ongoing

**Problem #2** Feeling increased stress over long term prison sentence

Target Date for Resolution: 4/7/05

Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification: – Supportive counseling, monthly, Refer to
stress Mge Group → when available

Staff Member Responsible: Ms. Peters MHP    Frequency: ongoing

**Problem #3**

Target Date for Resolution:

Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible:    Frequency:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comments:

Second Page attached:    Yes ☐    No ☐

Treatment Team Members

Psychiatrist: SBanerjee, M.D.    Date: 10/14/04
Mental Health Nurse: C. Harris LP    Date: 10/14/04
Treatment Coordinator: Ms. Peters, MHP    Date: 10-14-04

Inmate Agreement: James Moon    Date: 10-14-04
Next Treatment Plan Review by:    (within six months)

Inmate Name    Moon, James    AIS # 212228

ALDOC Form 462-02

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE   _(REVIEW)_**

Treatment Plan Reviewed on: 4-13-04   Treatment Plan Initiated on: 7/31/02

Inmate's Current Housing Location: 3-43   Institution: VCF

**CURRENT STATUS**

### Problem #1
Depression in clinical remission - as documented in progress notes!

Target Date for Resolution: 5½ months

Status: Resolved ☐   No Change ☑   Modified ☒

Outcome/Modification: Manage depressive Sxs via med compliance & supportive counseling - continue to take medication as ordered - Nurse to monitor. Depression acceptable, affect,

### Problem #2
Ongoing medical complaints & failure to gain resolution. Mental Health

Target Date for Resolution: Six months

Status: Resolved ☐   No Change ☐   Modified ☑

Outcome/Modification: 1. Seek help - Improve social skills (assertiveness) and improve assertiveness. Refer to MH

9-9-04 added S. Williams

### Problem #3
Passive character traits relate to low self-esteem / depression

Target Date for Resolution: Six months

Status: Resolved ☐   No Change ☐   Modified ☑

Outcome/Modification: 1. Learn assertiveness skills. ② Attend scheduled MH Groups.

added 9-9-04 S. Williams

**Comments:** Numerous physical complaints. Some ongoing mild mood disturbance / ongoing.

Second Page attached:   Yes ☐   No ☐

**Treatment Team Members**

Psychiatrist: _____   Date: 4/13/04
Mental Health Nurse: _____   Date: 4/13/04
Treatment Coordinator: S Williams   Date: 4-13-04

Inmate Agreement: James C. Moon   Date: April 13, 2004
Next Treatment Plan Review to be Conducted by:   (within six months)

Inmate Name: MOON, James   AIS #: 212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALDOC Form 463-02
Page ___ of ___

AR 463 – December 11, 2001

MA DEPARTMENT OF CORR
MENTAL HEALTH SERVICES
REATMENT PLAN: OUTPATIENT CARE *(REVIEW)*

Treatment Plan Reviewed on: 10/08/03 ___ Treatment Plan Initiated on: 07/31/02

Inmate's Current Housing Location: 3 B43 ___ Institution: VCF

## CURRENT STATUS

Problem #1 Depression

Target Date for Resolution: ON-GOING
Status:    Resolved ☐    No Change ☒    Modified ☐

Outcome/Modification: Manage depressive Sxs via medication compliance

Staff Member Responsible: MHM Psychiatrist ___ Frequency: as prescribed/prn

---

Problem #2 *NONE*

Target Date for Resolution:
Status:    Resolved ☐  :  No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible: ___ Frequency:

---

Problem #3 *NONE*

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible: ___ Frequency:

---

Comments: Pt's mood is euthymic - Depression is resolved thru med. compliance.

Second Page attached: Yes ☐ No ☐
Treatment Team Members

Psychiatrist: ___ Date: 10/15/03
Mental Health Nurse: W Harris LPN ___ Date: 10/15/03
Treatment Coordinator: H Worth Psy.D. ___ Date: 10-08-03

Inmate Agreement: James C. Moon ___ Date: 10/20/03
Next Treatment Plan Review to be Conducted by: 4/8/04  (within six months)

Inmate Name
MOON, James

AIS #
212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE   (*REVIEW*)

Treatment Plan Reviewed on: _01/17/03_ Treatment Plan Initiated on: _07/31/02_

Inmate's Current Housing Location: _____ Institution: _VENTRESS_

CURRENT STATUS

Problem #1 _Depression_

Target Date for Resolution: _07/30/03_
Status:            Resolved ☐        No Change ☑        Modified ☐

Outcome/Modification: _Individual counseling; medication strategy_

Staff Member Responsible: _MHM_        Frequency: _Monthly – PRN_

Problem #2 _Medication strategy_

Target Date for Resolution: _07/30/03_
Status:            Resolved ☐    :    No Change ☑        Modified ☐

Outcome/Modification: _Elavil; medication monitor_

Staff Member Responsible: _MHM_        Frequency: _Daily – PRN_

Problem #3

Target Date for Resolution:
Status:            Resolved ☐        No Change ☐        Modified ☐

Outcome/Modification:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Staff Member Responsible:

Comments: _Inmate appears to be engaging in prior areas._

Second Page attached:    Yes ☐   No ☑
Treatment Team Members

Psychiatrist: _____        Date: _1/17/3_
Mental Health Nurse: _____        Date: _1/17/3_
Treatment Coordinator: _____        Date: _1/17/3_

Inmate Agreement: _James C. Moon_        Date: _1/17/3_
Next Treatment Plan Review to be Conducted by: _____    (within six months)

| Inmate Name | AIS # |
|---|---|
| MOON, JAMES | 212228 |

## CORRECTIONAL MEDICAL SERVICES
### DENTAL TREATMENT RECORD

NAME: Moon, James    ID#: 21222-8    RACE: W    DOB: 8-10-52

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



Date of Initial Examination: 9-11-00

Initial Classification: 1-28-03 Annual exam

Oral Pathology: update annual 12-20-04

- Gingivitis
- Vincent's Infection
- Stomatis
- Other Findings

Occlusion

Roentgenograms:
- Periapical
- Bitewing
- Panarex

| TOOTH | PRIORITY LIST |
|---|---|
|  | 7 = F |
|  | 9 = F |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? |  | ✓ | Acquired Immune Deficiency (AIDS/HIV)? |  | ✓ |
| Allergies | ✓ |  | Gastrointestinal disorders | ✓ |  |
| Anemia |  | ✓ | Glaucoma |  | ✓ |
| Asthma or other respiratory problems |  | ✓ | Heart disease or murmur |  | ✓ |
| Blood pressure conditions |  | ✓ | Hepatitis |  | ✓ |
| Diabetes |  | ✓ | Kidney problems |  | ✓ |
| Epilepsy |  | ✓ | Reactions to anesthetics or medications |  | ✓ |
| Excessive bleeding after surgery |  | ✓ | Rheumatic fever |  | ✓ |
| Fainting |  | ✓ | Taking any medication |  | ✓ |
| Pregnant? |  | ✓ | Thyroid conditions |  | ✓ |
| Tuberculosis |  | ✓ | Other conditions |  | ✓ |

CMS 7103 REV. 10/94

| SERVICES RENDERED | | | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
| 1/16/01 | | | N/S for dental screening ✓ |
| 2/27/01 | | CC | I need a tooth filled on the top, apt. for Comp given ✓ |
| | | | |
| 3-20-01 | 9 | ML Composite | ( app, 280 x|| 0 1:100,000 fo used in buccal in Hra-no; Dycal used; PFA for OX |
| 1-10-02 | | | Apt made for app 1-30-02 ✓ |
| 2-7-02 | 15 | Ext. | Reviewed MedHx, 2% lidocain HCl 1.8cc (x1) c Epi 1:100,000, Pt c/o pain from #15, tooth has lots of decay with a large carious lesion OD distal, Dx irreversible pulpitis Tx extract, complicated ext, tooth fractured crown dul, removed all 3 root tips, compressed socket, post op instructions given  ———————————————————————— El. Ca Buht MD |
| 7-9-02 | 29 | OD | Reviewed Med Hx, 2% lidocain HCl 1.8cc (x3) c Epi 1:100,000 ——— Condensed and carved OD amal #29 Pt does not want the tooth extract Ck occlusion, released Pt back to population El. Ca Buht MD |
| 1-28-03 | | | annual exam, OHI given ——— [signature] |
| 8-27-03 | 29 | MOD | Amalgam, Lyl Deep excavatn. 1.8cc (x2) Li No 21% Epi 10⁵ [signature] |
| | | | |
| 12-31-03 | | | N/S for dental appointment RTdA |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE ...

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIET CARD

NO. 212228

NAME Moon James   WARD ICF

Soft diet

GNOSIS REQUIRING DIET Esophageal Stenosis

RT DATE 5-25-05   STOP DATE 2-25-06

/SICIAN/BY Ms. Elizabeth

James

Original-Dietary, Ivory-Inmate

3V 1-94



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _____ BCDC#: _____

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

X _Jams C noo_____     X 4/25/06
Patient's Signature                      Date

_____     _____
Dentist's Signature                      Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090

*Refered to dental*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: James C. moon _____ Date of Request: 3/19/06

ID # 212228 _____ Date of Birth: ▬▬▬ Location: 9B-34B

Nature of problem or request: Need SEE mRS. FIOYD to RENEW KNEE
Brace, And soft food diet "NO" JAW teeth to chew food.

_____

James C. moon
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

> RECEIVED
> Date: 3/20/06
> Time: 9:00
> Receiving Nurse Intials: DS

**(S)ubjective:**

**(O)bjective**   (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
              Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_   **BCDC#:** _212228_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_
Patient's Signature

_12/15/05_
Date

_w. E. Shirley, D.D.S_
Dentist's Signature

_12-5-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_     BCDC#: _212228_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_James C. Moon_
Patient's Signature

_9/20/05_
Date

_W. E. Shirley, D.D.S_
Dentist's Signature

_9-20-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_          BCDC#: _212228_

1.   I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_
Patient's Signature

_4/26/05_
Date


_w. Es Shirley_
Dentist's Signature

_4-26-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Moon, James_     BCDC#: _212 228_

1.   I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.

_James C. Moon_
Patient's Signature

_3 | 30 | 05_
Date

_w. E. Shirley_
Dentist's Signature

_3-30-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

# DENTAL RECORD TREATMENT

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 3/2/06 | | | Exam — Appt made for | | |
| 3/22/06 | | | imp for /p | Zw | |
| 3/23/06 | | | set Imp /p upper model | Ew | |
| | | | Bite | Zw | |
| 4/05/06 | | | OHx reviewed prophy floss OHI given | | |
| | | | Pott - slight calculus = moderate | RwRDH | |
| | | | bleeding; encouraged pt to floss more | Zw | |
| 5/1/06 | | | Try-in | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
| | | | | | |

PHS-MD-70022



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

### MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

| Oral Pathology | Gingivitis | |
| | Vincent's Infection | |
| | Stomatitis | |
| | Other Findings | |
| Occlusion | | |
| Roentgenograms | Periapical | |
| | Bitewing | |
| | Other | |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication  *PRELOSEC* | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure  *PREV Hx PANCREATTIS* |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☐ | Other Disease  *GLAUCOMA* |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| **Date** | **Tooth #** | **DX** | **TX** | **Initials** | **Class** |
| 3/2/06 | | | A Exam | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MOON, JAMES | | | | |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### DENTAL RECORD TREATMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 2-2-04 | 13 | M | Composite, Lidocaine 2% c̄ epi 10⁻⁵ | R+S | |
| 10-27-04 | 8 | ccc crown came off | c̄ 2 mon ago? Abscess on bottom tooth; #8 had RCT Rx; parapulpation of crown; Abscess noted dist to #29; Rx. given; ORA prof given; NV ✗ #29 | | |
| 12-20-04 | | | annual exam done | R.T. | |
| 12-24-04 | 17 | NRC | NKDA; Denies heart murmur; 2 carps, 2% x 1/0 1:100,000 epi used in mandb long dura in block; crown fractured, tooth sheortened + roots removed; Rx. given; NV Rx.; crown on #8 came off w̄ | | |
| 3/17/05 | 29 | periapical abscess | N/B dental screening | R.T. | |
| 3-30-05 | 29 | periapical abscess | 4 ✗ ✗ extraction | w28 | |
| 4/13/05 | | | dental screening | R.T. | |
| 4-26-05 | 9 | MFLI caries | MFLI composite, tooth non-vital, told him it needed rct but refused | w28 | |
| 9/18/05 | | | Appt made with Dr. Shirley to evaluate Bilateral mand. Tori in preparation for possible P | Sw | |
| 9-20-05 | | Bilat. Tori | as per request of Dr. Mons I examined James Moon & concur the tori need to be removed + will schedule | w28 | |
| 12-5-05 | | Bilat. Tori | incisions made, tori removed and incisions closed c̄ R sutures using 4-0 gut + 2 3-0 silk | w28 | |
| 2-12-05 | | | silk sutures removed | w28 | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| moon, | James | | | W/M | 212228 |

PHS-MD-70022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: JAMES Moon _____ Date of Request: April 10, 2005

ID # 212228 _____ Date of Birth: ▓▓▓▓ Location: 11-78B

Nature of problem or request: exposed broken tooth, very painful, and need parshell plate "No" Jaw teeth to chew with.

_____ James C. Moon _____
Signature

## DO NOT WRITE BELOW THIS LINE

Date: 4/15/05
Time: 855  AM PM
Allergies: NKDA

| RECEIVED |
| --- |
| Date: 4-11-05 |
| Time: 12:20 |
| Receiving Nurse Intials CH |

**(S)ubjective:** Toothache

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:** Dental appointment scheduled on 4-26-05

Refer to: MD/PA  Mental Health  (Dental)  Daily Treatment    Return to Clinic PRN
CIRCLE ONE

Check One: ROUTINE (✓)  EMERGENCY ( )

If Emergency was PHS supervisor notified:  Yes ( )  No ( )    wed
Was MD/PA on call notified:  Yes ( )  No ( )

_____ R. Thompkins DA _____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _James Charley Moon_  Date of Request: _June 21, 2005_
ID # _212228_ _____ Date of Birth: ▉▉▉▉ Location: _8A·57_
Nature of problem or request: _Dental on march 30, 2005 I seen dentist_
_and had a tooth pull, the Dentist said he would have_
_me some Denture's made so I could EAt, but wanted_
_my teeth that remained cleaned and he would handle_
_this, but have not been called_ _James C. Moon_
_this is No W June 21, 2005_               _Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _____/_____/_____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 6-21-05 |
| Time: 12.45 |
| Receiving Nurse Intials  DS |

**(S)ubjective:**

**(O)bjective   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____**

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: James C. Moon          Date of Request: 2-25-05

ID # 212228                        Date of Birth: ▓▓▓▓  Location: 8 A-55

Nature of problem or request: I seen the Dentist Dec. 29, 2004, He pulled A Tooth, but left part of the tooth. It is coming through my gum He was to pull another tooth, but told me to put in another sick call slip. So I did Dec. 30, 2004, So I am puting in another sick call slip again Feb 26, 2005               James C. Moon
                                                                      _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: 3/17/05

Time: _____ AM PM

Allergies: NKDA

| RECEIVED |
| --- |
| Date: 2-28-05 |
| Time: 12:30 |
| Receiving Nurse Intials  DS |

**(S)ubjective:**

Out to Baptist South Hospital 3-1-05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:** No Show dental sickcall Screening 3-17-05

**(P)lan:** Dental appointment Scheduled on 3-21-05 Re Scheduled appointment for 3/30/05

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE

Check One:   ROUTINE (✓)   EMERGENCY ( )

If Emergency was PHS supervisor notified:   Yes ( )   No ( )

Was MD/PA on call notified:   Yes ( )   No ( )

State of Alabama
County of Barour          Subscribed and sworn before me on this 26th day of Feb. 2005
~lyn R. Abercrombie       my commission expires    My Commission Expires August 18, 2007
Notary public

                                              R. Thompkins DA
                                              _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

8A-55

Pull chart

**DEPARTMENT OF CORRECTIONS**

Name: Moon, James

State ID No: 212228

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB:

INSTITUTION: Ventress

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| Rayapati | 2-7-05 | 8 am | | X | |

HISTORY/DIAGNOSIS:

Altercation c̄ another inmate c/o being hit (R) Jaw.

### X-RAY REQUEST

| ABDOMEN/KUB | | FINGERS | | NAVICULAR VIEW | | SOFT TISSUE STUDIES |
|---|---|---|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | | FOOT | | ORBITS | | STERNUM |
| ANKLE | | HAND | | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | | HIP | | PELVIS | | THORACIC SPINE |
| CHEST PA / LATERAL | | HUMERUS | | RADIUS/ULNA | | TIBIA/FIBULA |
| COCCYX | | KNEE | | RIBS | | TOES |
| CONE DOWN SELLA TURCICA | | LUMBAR SPINE | | SACRO-ILIAC JOINTS | | WRIST |
| ELBOW | | MANDIBLE (R) | ✓ | SCAPULA | | ZYGOMA |
| FACIAL BONES | | MAXILLA | | SHOULDER | | ZYGOMATIC ARCH |
| FEMUR | | NASAL BONES | | SKULL | | |

### REPORT

Moon

MANDIBLE: Views of the mandible are incomplete. On one of the views, the right zygomatic arch is not well seen and fracture cannot be excluded.

IMPRESSION: POSSIBLE RIGHT ZYGOMATIC ARCH FRACTURE. SUBMENTAL VERTEX VIEWS OF THE ZYGOMATIC ARCH ARE RECOMMENDED AS WELL AS ADDITIONAL VIEWS OF THE MANDIBLE.

D & T: 02-11-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

repeat x-ray

2/14/05

2-9-05

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

**DEPARTMENT OF CORRECTIONS**

Name: Moon, James

State ID No: 212228

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB: ▆▆▆▆

INSTITUTION: VCF

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati / Floyd | 2-14-05 | 502 pm | | X | |

HISTORY/DIAGNOSIS:

✱ Best to Ft ability ✱

(R) zygomatic arch and mandible

**X-RAY REQUEST**

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | | STERNUM | |
| ANKLE | HAND | OS CALCIS ( HEEL ) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | KNEE | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | X MANDIBLE | SCAPULA | | ZYGOMA | |
| FACIAL BONES | MAXILLA | SHOULDER | X | ZYGOMATIC ARCH (R) | |
| FEMUR | NASAL BONES | SKULL | | | |

**REPORT**

Moon

RIGHT ZYGOMATIC ARCH: A zygomatic arch fracture cannot be detected on this study.

MANDIBLE: The mandible appears intact. A definite mandibular fracture is not identified.

D: & T: 02-17-05 Thomas J. Payne, III, M.D /jhi Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE    DATE SIGNED

PLRMG/REV 12/98   WHITE-CHART COPY; CANARY-PHYSICIAN'S COPY; PINK-FILE COPY

(THU)FEB 17 2005 11:47/ST. 11:46/NO. 0011877109 P

A IMAGING



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: _3-29-06_

#### URINALYSIS

LEUKOCYIES _neg_

NITRITE _neg_

UROBILINOGEN _Normal_

PROTEIN _neg_

pH _5_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _neg_

GLUCOSE _normal_

HCG _/_

(Add: Final Labs Here)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(P) 3/29/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | ▇▇▇▇ | (W)m | VCF |

PHS-MD-70012

### LABORATORY REPORTS

**DEPARTMENT OF CORRECTIONS**

Name: _Moon James_

State ID No: _212____28_

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB: _____

INSTITUTION: _VCF_

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | |
|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS |
| ANKLE | HAND | OS CALCIS ( HEEL ) |
| CERVICAL SPINE | HIP | PELVIS |
| ☒ CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA |
| COCCYX | KNEE | RIBS |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS |
| ELBOW | MANDIBLE | SCAPULA |
| FACIAL BONES | MAXILLA | SHOULDER |
| FEMUR | NASAL BONES | SKULL |

Soft tissue studies: STERNUM, TEMPORO-MANDIBULAR JOINTS, THORACIC SPINE, TIBIA/FIBULA, TOES, WRIST, ZYGOMA, ZYGOMATIC ARCH

### REPORT

Moon

PA CHEST: The chest is unremarkable except that the lower portion of the right hilum appears slightly dense. This is probably due to superimposed hilar vessels but follow-up is suggested to include PA, lateral, and both shallow oblique views.

D & T: 08-29-05  Howard P. Schiele, M.D./jh  Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

X-RAY TECHNOLOGIST'S NAME (PRINT)

X-RAY TECHNOLOGIST'S SIGNATURE

DATE, TIME EXAM PERFORMED    8-26-05

RADIOLOGIST'S NAME (PRINT)

RADIOLOGIST'S SIGNATURE

DATE SIGNED



ID:
#STAT#05022711484844

D.O.B.:
Meds:
Class:
Dr:
Tech:

02/27/2005  11:48:44

| | |
|---|---|
| Vent. Rate: | 63 bpm |
| RR Interval: | 936 ms |
| PR Interval: | 218 ms |
| QRS Duration: | 106 ms |
| QT Interval: | 414 ms |
| QTc Interval: | 421 ms |
| QT Dispersion: | 60 ms |
| P-R-T AXIS:  65°  -21°  48° | |

SINUS ARRHYTHMIA
PREMATURE VENTRICULAR CONTRACTIONS
BORDERLINE FIRST DEGREE A-V BLOCK
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
Q waves in inferior leads
OLD INFERIOR INFARCTION

Summary: ABNORMAL ECG

* Unconfirmed Analysis

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



Mooon JAMES
ID:      212228

02/27/2005 11:50:44

SINUS RHYTHM
Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY

D.O.B.:
MALE
Meds:
Class:
Dr:      Dr Rayapati
Tech:    G Johnson LPN

52 YEARS

| Vent. Rate: | 60 bpm |
|---|---|
| RR Interval: | 992 ms |
| PR Interval: | 186 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 432 ms |
| QTc Interval: | 432 ms |
| QT Dispersion: | 48 ms |
| P-R-T AXIS: 63° -22° 52° | |

Summary: BORDERLINE ECG

* Unconfirmed Analysis

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



Mooon JAMES
ID:     212228

D.O.B.:
MALE
Meds:
Class:
Dr:     Dr Rayapati
Tech:   G Johnson LPN

52 YEARS

02/27/2005 11:50:44

| | | |
|---|---|---|
| Vent. Rate: | 60 | bpm |
| RR Interval: | 992 | ms |
| PR Interval: | 186 | ms |
| QRS Duration: | 102 | ms |
| QT Interval: | 432 | ms |
| QTc Interval: | 432 | ms |
| QT Dispersion: | 48 | ms |
| P-R-T AXIS: | 63°  -22°  52° | |

SINUS RHYTHM
Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY

Summary: BORDERLINE ECG

* Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

271022

02/27/2005   01:27:23  PM   MOON, JMES
52 years          Male          White

BULLOCK COUNTY HOSPITAL
Dept: ER
Room:
Oper: CJJ

Rx:
Dx:

BP:

| | |
|---|---|
| Rate | 93 |
| PR | 164 |
| QRSD | 112 |
| QT | 350 |
| QTc | 435 |

--AXIS--
P    65
QRS  -52
T    39

Normal sinus rhythm, rate 93..........Normal P axis, PR, rate & rhythm
Incomplete RBBB and LAFB..........LAD & QRS 110 mS, term forces rt
Right ventricular hypertrophy..........Large R VI & large S I, V6
Consider left atrial enlargement..........P VI -.10 mV or more negative
Probable Old Anteroseptal infarct..........Q waves in V1, V2
$ Artifact in lead(s) V1, V2, V3, V4, V5, V6

- ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW

Requested by -
SIDDIA



Speed: 25 mm/sec    Limb: 10 mm/mV    Chest: 10 mm/mV    F 60~ 0.15-150 Hz W    HP 708  00:452

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

LOC: 00000100006

# LabCorp®

| Specimen # | Type | Primary L | Status |
| --- | --- | --- | --- |

Additional Information

ID: 51642447687

| Name | | Sex | Age (Yr/Mo) |
| --- | --- | --- | --- |
| MOON, JAMES | | M | 52/05 |

Patient Address

Clinical Information

| Physician ID | | Patient ID |
| --- | --- | --- |

Account
Ventress Correctional Facility 21428350
Prison Health Services
379 Hwy 239
Clayton        , AL  36016-0767
334-775-3131     ALN

| Date Collected | Date Entered | Date Reported | |
| --- | --- | --- | --- |
| 02/28/05 | 02/28/05 | 03/01/05 | 2932 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| Amylase, Serum | 238 | H | U/L | 0 - 99 | MB |

LAB: MB LabCorp Birmingham        DIRECTOR: John Elgin, MD
     1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                    LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
(NOT TO BE PHOTO COPIED)



REPORT        ©2004 Laboratory Corporation of America® Hold
                              All Rights R

**LabCorp®**

| Specimen 2 | Type | Prime | Report Status |
| --- | --- | --- | --- |

Additional Information

Clinical Information

Physician ID          Patient ID

Patient Name: JOE          PT ID: GP8041    Age 041    Account    SPEC DATE: 11/23/2004

Patient Address

| Date Collected | Date Entered | Date Reported |
| --- | --- | --- |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |

11/24/04    06:23

CD- 51640754151    FASTING Y          RAYAPATI    212288

MOON, JAMES          M    052/03    Ventress Correctional Facility 014888
                                     Prison Health Services            1
                                     379 Hwy 239
                                     Clayton          , AL  36016-0767
11/22/04    11/23/04    11/24/04    2004    334-775-3331    ALN

Lipid Panel
Cholesterol, Total                206    H  mg/dL    100 - 199
Triglycerides              101           mg/dL      0 - 149
HDL Cholesterol            43            mg/dL      40 - 59
VLDL Cholesterol Cal       20            mg/dL      5 - 40
 DL Cholesterol Calc              143    H  mg/dL    0 - 99
 omment
     If initial LDL-cholesterol result is >100 mg/dL, assess for
     risk factors and refer to the ATP-III table below.

     Risk Category   LDL Goal   LDL Level (mg/dL)    LDL Level (mg/dL)
                     mg/dL     at which to initiate   at which to
                               Therapeutic Lifestyle  consider Drug
                                 Changes (TLC)          Therapy

     CHD              <100          >100           > or=130
     2+  Risk Factors  <130        > or=130        > or=130
     0-1 Risk Factors  <160        > or=160        > or=190
RPR                              Non Reactive                Non-Reactive

LAB: MB LabCorp Birmingham          DIRECTOR: Arthur Kelly, MD
     1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT BRANCH: 334-792-09        205-581-35
                         LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

REPORT          ©2004 Laboratory Corporation of America® Hr
                                   All Rights



Moon, James
ID:   212228

D.O.B.:
Meds:
Class:
Dr:
Tech:

52 YEARS

12/01/2004 8:20:58

| | |
|---|---|
| Vent. Rate: | 55 bpm |
| RR Interval: | 1084 ms |
| PR Interval: | 178 ms |
| QRS Duration: | 104 ms |
| QT Interval: | 426 ms |
| QTc Interval: | 418 ms |
| QT Dispersion: | 28 ms |
| P-R-T AXIS: 58° | -21° 41° |

IRREGULAR SINUS BRADYCARDIA
*** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER ***
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE   * Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Must be Complete and Legible  You must Type or P.

Please send this form with the Authorization Letter to the service provider at the time the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **0845** | Patient Name: (Last, First) **Moon** | Date: (mm/dd/yy) **01/13/06** |
| Site Phone # **334-775-3610** | Alias: (Last, First) **James** | Date of Birth: (mm/dd/yy) ▆▆▆▆ |
| Site Fax # **334-775-3610** | Inmate # **212228** | PHS Custody Date: (mm/dd/yy) **08/01/2000** |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number ▆▆▆▆▆ | Potential Release Date: (mm/dd/yy) **05/27/2025** |

Responsible party: ☐PHS ☐Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☑Physician ☐NP, PA ☐Dental

Facility Medical Director Signature and Date: *Samuel Rayapati MD*

☐ Service meets criteria for "approval via protocol"

History of illness/injury/symptoms with Date of Onset:
Follow up - Chronic Benign
& mild - mod -
oesophageal Stricture

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields**

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)
  ☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other:

Specialist referred to:  Dr Jackson - GE.

Type of Consultation, Treatment, Procedure or Surgery:
EGD -
Benign oesophageal Stricture

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

Results of a complaint directed physical examination:
Kept
EGD - Recommended by
GE Specialist

Previous treatment and response (including medications):
Recent complaints of inc -
to difficulty in Swallowing

***For security and safety, please do not inform patient of possible follow-up appointments.

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:

(mm/dd/yy)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| t Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

Refused EGD 01/30/06

Refused EGD 01/06/06

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 01/31/2006 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15798902 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

#### Clinical Summary or Attached Report

Diagnosis: Esophagitis w/ esophageal stricture

Procedure: EGD w/ balloon dilation to 15mm

Recommend: Repeat dilation in 4 to 6 wks
call us to arrange (334) 265-3140
Nexium 40mg po gday

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Signature of Consulting Physician: _____    Date 2/16/06    Time 12.00

Reviewed and Signed By
Medical Director: _____    Date _____    Time _____

02/01/2006

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

**Montgomery Surgical Center**

GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC EXAM

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 02/16/06

REFERRING PHYSICIAN: Jackson Health Services / Dr. Puppet Valhala FL Nu.

ENDOSCOPIST: J. Jain

ASSISTANT(S):

PRE-OP DIAGNOSIS: Esophageal stricture

POST-OP DIAGNOSIS: Esophageal stricture due to severe erosive esophagitis

ANESTHESIA: MAC

INSTRUMENT(S): GIF 100

PROCEDURES:  ☐ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation

☐ Photo   ☐ Duodenal Drainage   ☑ Other  Balloon dilatation of esophagus

FINDINGS:

Esophagus - normal proximal 2/3 cm. Ulceration and stricture of distal 1/3. Dilated to 15mm with continuous radial expression balloon at 7Atm

Benign stricture

Stomach and duodenum are normal

NL

NL

JB 2/16/06

RECOMMENDATIONS:

Repeat dilatation in 4-6 wk. NL to average Nexium 40 mg po gday

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: ▓▓▓▓▓▓
JACKSON, JOSEPH W

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5. Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until ____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water <u>after</u> your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus.

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks.

2. <u>Do not</u> take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
   _____
   _____
   _____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s): _____
   NO Rx   Recommend ____
   Nexium 40 mg PO q day
   Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS

Repeat dilatation in 4-6 weeks. Call to arrange.

☑ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr. _____ Date: _____ Time: _____
Dr. _____ Date: _____ Time: _____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _____
Office # 288-8880
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____    Consult Note
NAME / RELATIONSHIP
Glen Greenfigh. 11225

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

-0.75-1.75 X 060
+1.00-1.25 X 070

## EYE EXAMINATION SHEET

| Facility: | Date of Request: |
|---|---|

Facility: *Ventress*

Date of Request: *1-12-06*

Subjective: *Headache, eye hurts, 2 wks ago trusted bt wood. Rt eye*

Past History: *Glaucoma, Blurred vision; 7 lashes in Rt eye*

### CONSULTATION REPORT

**Snelling:**

|  | W/Glasses | W/O Glasses |
|---|---|---|
| OD | 20/25 | 20/200 |
| OS | 20/25 | 20/200 |

OPHTH & EXT:
Dilated Eye Exam (YES) NO *(circle one)*

testmtn @ 1020-04

RUL bf

+1   +4
OS    OO

X A / A f A N + g + OD  QHS

**New RX:**

OD −0.50 −1.50 X 070   20/20

OS +1.50 −0.50 X 080   20/20

Glaucoma: (YES) NO *(circle one)*

IOP:  17    25
Details:    24 #2

+2.00

A)  P O A G = ↑ I OP OD

P)  Add 0.25 Betino/
    ↓ gtt OD QAM
    IK OP

K A / A f A N / K OP  #150 2 tNS − OS
    FOL − OD

Cataracts: (YES) NO *(circle one)*  2/14/6

Details:

Frame: PD − 66/63
Size:
Color:
Seg Ht: eyesize − 52

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Optometrist Signature/Date    2/14/6

| Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| 'N | James | | | W/m. | 212228 |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Please send this form* — m must be Complete and Legible  You must Type or
*the Authorization Letter to the service provider at t*  e of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| Venar VCF | Moon James | 09 12 05 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334 775-8128 | | ▆▆▆▆▆▆ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334 775-8178 | 212228 | 04 01 2000 |
| **Will there be a charge?** Yes ☑ No ☐ | **Sex** ☑ Male ☐ Female | **SS Number** | **Potential Release Date: (mm/dd/yy)** 05 27 2025 |

**Responsible party:** ☐ PHS  ☐ Auto Ins.  ☐ Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

**Requesting Provider:** ☐ Physician  ☐ NP, PA  ☐ Dental

**Facility Medical Director Signature and Date:**
Samuel Rayapati M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☑ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** ___ / ___ / ___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other: _____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Consult for EGD
previous
aerophageal Benign Stricture

**Diagnosis:**
**ICD-9 code:**

**History of Illness/injury/sypmtoms with Date of Onset:**
Previous Benign aerophageal
Stricture,
Endo Scopy was done.

**Results of a complaint directed physical examination:**
Recent Complaint of
difficulty in Swallowing
especially Meat ETC.

**Previous treatment and response (including medications):**
on Zantac — (non-Compliant)

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form

☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** ___ / ___ / ___

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**

_____ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

# INPA ENT NOTIFICATION FORM

Form must be c mplete and Legible prior to processing. YOU MUST PRIN
This form will be returned to you unless all starred (*) fieds are completed



## GENERAL

| Site Name & Number: | Site Phone # | Site Fax # |
|---|---|---|
| VENTRESS-0845 | 334-775-8178 | 3334-775-8178 |

**\*Inmate name**

Last _Moon_    First _James_    M.I.

**\*Today's Date (mm/dd/yy)**  _02.27.05_

**Alias Inmate Name**

Last    First    M.I.

**\*Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓

| **\*Inmate Number** | **\*SS Number** | **\*PHS Custody Date (mm/dd/yy)** |
|---|---|---|
| _212228_ | ▓▓▓▓▓▓ | __/__/__ |

**\*Sex**  ☒ Male  ☐ Female

**\*Potential Release Date (mm/dd/yy)**  __/__/__

**\*Responsible party:**  ☐ PHS  ☐ Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## DIAGNOSIS

### MEDICAL

☐ Acute Coronary Syndrome    ☐ Chemotherapy    ☐ Congestive Heart Failure    ☐ Hemorrhage of GI Tract
☐ HIV Disease    ☐ Acute Pancreatitis    ☐ Acute Renal Failure    _Chest pain ? epigastric_
☐ Seizure Disorder    ☐ Pneumonia    ☐ Alcohol Withdrawal Delirium

### SURGERY

☐ Abdominal Pain    ☐ Pneumothorax    ☐ Intestinal Obstruction
☐ Acute Appendicitis    ☐ Biliary Disease

### OB/GYN

☐ Labor    ☐ Ectopic Pregnancy
☐ Menorrhagia

### TRAUMA

☐ Facial Fracture    ☐ Long Bone Fracture

### OTHER (Less common Medical, Surgical and OB/GYN diagnosis)

## REFERRAL INFORMATION

**\*Referring or Authorizing provider:** _Dr Kayapati_
**\*Hospital:** _Bullock County Hospital_    **\*Hospital Telephone Number:** _334 775-3531_
**\*Location:** _Union Springs, AL_

## SERVICE

**\*Primary Diagnosis:**

**\*Transportation (check one):** ☐ 911 ☐ Ambulance  ☐ Custody  ☐ Air Ambulance ☐ Other (specify)_____

**\*Date of Admission: (mm/dd/yy)** __/__/__

## OTHER COMMENTS

**\*Recent History of Illness/Injury, etc.**

_FOR PROFESSIONAL USE ONLY_
_CONFIDENTIAL RECORD_
_NOT TO BE PHOTO COPIED_

Signature:    Printed Name:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| UR Auth #: | Notes: | Initials: |
|---|---|---|

Inpatient notification form 2-05-20041



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840  *334-265-31 M0*

December 9, 2004

Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:  Medical Records, Ventress Correctional Facility

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Moon, James C.
379 Hwy 239
P.O.Box 767
Clayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**Montgomery Surgical C**
GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC

## ESOPHAGO GASTRODUODENOSCOPY

DATE: 12·9·04

REFERRING PHYSICIAN: Dr Rzyzoti

ENDOSCOPIST: S Snih

ASSISTANT(S):

PRE-OP DIAGNOSIS: Esophgeal stricture

POST-OP DIAGNOSIS: Severe erosive esophgts / esophgeal Stricture

ANESTHESIA: MAC

INSTRUMENT(S): GIF 100

PROCEDURES: [✓] Biopsy   [ ] Cytology   [ ] Polypectomy   [ ] Electrocoagulation

[ ] Photo   [ ] Duodenal Drainage   [ ] Other

FINDINGS:

Esophgus - ulceration and
stricture of the distal
esophgus.

Stomach - normal

Duodenus - normal

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

1. Intensive anti reflux therapy with PPI's
   for 3 months

2. Repeat EGD in 3 month after        Joseph W Jackson
   beginning therapy

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Outpatient Surgery: Endoscopy - High Cost | **Effective Dates:** | 11/02/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14353607 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

Dx: Severe erosive esophagitis / esophageal stricture

Plan: Recommend intensive PPI therapy — (Nexium, Aciphex etc.)
twice daily for 8 to 12 wks

Discontinue NSAID's

Repeat EGD in 8 to 12 wks

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date 12/9/04 | Time 1205P |
| Reviewed and Signed By Medical Director: | Date | Time |



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

December 9, 2004



Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:    Medical Records, Ventress Correctional Facility

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0845 | **Patient Name: (Last, First.)** Moon James | **Date: (mm/dd/yy)** 10.28.04 |
| **Site Phone #** 334-7758178 | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** ▓▓▓▓▓▓ |
| **Site Fax #** 334-775-8178 | **Inmate #** 212228 | **PHS Custody Date: (mm/dd/yy)** 09.11.00 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** ___-___-___ | **Potential Release Date: (mm/dd/yy)** 5 27 25 |

**Responsible party:** ☒PHS  ☐Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☒Physician  ☐NP, PA  ☐Dental

GE — Smith MD/Dr Jackson

**Facility Medical Director Signature and Date:**

Dr Rayafati 10-28-04

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☒ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 12 09 04
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**
☐ Radiation therapy
☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:** Dr Jackson-Digestive
Gastroenterologist                    Disorders
**Type of Consultation, Treatment, Procedure or (Surgery):**

EGD c̄ Dilatation

**History of illness/injury/sypmtoms with Date of Onset:**

Dx: aesophageal Stricture
lower end - FW visit to GE
for EGD and Dilation of
Stricture.

**Results of a complaint directed physical examination:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Previous treatment and response (including medications):**

Zantac 300mg ī po Qhs
Reglan 10mg ī po Bid

---

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.    **Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**
_____  ___/___/___ (mm/dd/yy)

Faxed 10-28-04 BC

---

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| **Cert Type:** | **Med Class:** | **UR Auth #:** 143536007 |
|---|---|---|

UM Referral review form 2-05-2004

Moon, James C.
379 Hwy 239
P. O. Box 767
ayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600

**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I.  GENERAL INSTRUCTIONS

1  The medication given to you will slow your reaction time even though you make think your reaction time is normal.  Also, you may feel light-headed for several hours.  You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure

5  Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

### ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks)

*(Can eat or drink Now)*

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3  You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned.

4. Notify your physician if you experience any of the following:
a. Chest or abdominal pain.
b. Difficulty swallowing
c. Fever - 100 or above
d. Persistant nausea and vomiting

### III.  COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus

3  Notify your physician if you experience any of the following:
a. abdominal discomfort that worsens
b. fever - 100 or greater
c  rectal bleeding

## IV.  POLYPECTOMY

1  You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days.

3  Blood may be seen in your first bowel movement.  Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding.

## V.  DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2  Special Diet Instructions (if applicable):
_____
_____

## VI.  MEDICATION

1. Resume your home medications

2. Your physician has written you a prescription for the following medication(s):_____
_____
_____

Have the prescription(s) filled and take as directed

## VII.  ADDITIONAL INSTRUCTIONS

_____
☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII.  PHONE NUMBER

In case of an emergency call:
Dr. _____
Office# _____ 288-8840
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____
NAME / RELATIONSHIP

_____
NURSE / TIME

*Don't take ASA*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
DO NOT PHOTO COPY

12/9/04

MS-114    1/03    PRINTED BY CREATIVE PRINTING - 281-1315

**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**

# CONSULTATION REQUEST

DATE: _10-26-04_

PATIENT: _Moon_ _James_ _C_
                LAST NAME    FIRST    MIDDLE

SSN: _____    DOB: ____/____/____

INSURANCE: _____    POLICY #: _____

GROUP #: _____    OTHER: _____

Consult Requested With: _Joseph W. Jackson_

Provisional Diagnosis: _Esophageal Stricture_

Reason for Request: _This patient was referred_
_for evaluation. He has symptoms_
_of esophageal stricture. Please contact_
_my office to schedule for EGD_
_and dilatation_

Tests that have been ordered:

    Labs: _____

    X-rays: _____

    Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Appointment: _____

Please notify this office if the patient is unable to keep his or her appointment for any reason.

Please fax copies of the initial consultation report to (334) 288-4465.
If you require additional information, contact us at (334) 288-8840.

**JOSEPH W. JACKSON, M.D.**
**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**
**2055 NORMANDIE DR., SUITE 200**
**MONTGOMERY, AL 36111**



DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES, PC
DR. JOSEPH W. JACKSON
<u>ENDOSCOPY ADMISSION ORDERS</u>

Date: _____  Name: _Mond, James_

Allergies: _NKA_

Admitting MD:  Dr. Joseph W. Jackson

Admitting Diagnosis: _Dysphigia / Esophageal Reflux_

Condition: _Stable_

**<u>Please follow the orders that have been checked.</u>**

Procedure:

☑ EGD        ☐ Colonoscopy        ☐ ERCP        ☐ Small bowel endoscopy
☐ Esophageal motility        ☐ Esophageal motility with Tensilon stimulation
☐ Other: _____

Please obtain a permit for the procedure(s) checked above.

Vital signs: On admissions and q _30_   ☐ minutes or ☐ hours.

Admission Laboratory
☐ 1. CBC
☐ 2. PT/PTT
☐ 3. Electrolytes, BUN, Creatinine, Calcium, Magnesium, Phosphorus
☐ 4. SGOT(AST), SGPT(ALT), ALK PHOS, GGT, Albumin, Total protein, T. Bilirubin
☐ 5. Amylase, Lipase
☐ 6. Pre procedure Ultrasound of Gallbladder, liver and pancreas
      Diagnosis: _____
☐ 7. Chest X-ray PA and lateral
☐ 8. EKG

IV Fluid:
☐ D5W          ☐ Normal saline          ½ Normal saline
☐ Other: _____
Infusion rate:  ☐ KVO          _____ cc/hr
Add: _____

Pre-procedure medication:
☐ _____
☐ _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Pre-procedure antibiotics:
☐ Ampicillin: _____
☐ Gentamicin: _____
☐ Vancomycin: _____
☐ Other: _____

Signed: _Joseph W Jackson / MD_

*Please read* (handwritten)

## EGD AND ERCP INSTRUCTIONS

You have been scheduled for an EGD or ERCP. The examination is on *please call* _____ at **7:00 AM**. The procedure will be performed at *Montgomery Surgical Center*. We advise that you go to be pre-admitted prior to the day of your procedure.

**SPECIAL INSTRUCTIONS:**
1. Do not eat, drink, or chew anything after midnight on the day before your procedure.
2. Please report to the hospital admissions desk or outpatient department by 7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart disease should take the morning dosage the day of the procedure with a **very small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin, Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and others) please stop taking them **5 days before the test**. If a polyp is removed or biopsy is taken during your procedure, you should resume your Blood thinners ___10___ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of your procedure.

**If you have any questions, call our office at (334) 288-8840**

JOSEPH W. JACKSON, M.D.
DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES
2055 NORMANDIE DR., SUITE 200
MONTGOMERY, AL 36111

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**

# MONTGOMERY SURGICAL CENTER
855 East South Boulevard
Montgomery, Al 36116
(334) 284-9600

Name _James Moon_ Date _____

## HISTORY AND PHYSICAL EXAMINATION

Chief Complaint _Dysphagia_

History of Present Illness: _Patient with 2yr hx of dysphagia, regurgitation and syncope. He has no wt loss_

_Hx of etoh abuse & alcohol abuse_

| Past Medical History | Yes | No | Comment |
|---|---|---|---|
| Renal Failure | | ✓ | |
| Diabetes | | ✓ | |
| Heart Disease | | ✓ | |
| Asthma | | ✓ | |
| High Blood Pressure | | ✓ | |
| Cancer | | ✓ | |
| Other | ✓ | | Glaucoma / Depression |
| Surgeries | | ✓ | |
| Hospitalization | | | |

| Family History: | Yes | No | Comment |
|---|---|---|---|
| Anesthetic Complications | | ✓ | |
| Bleeding Tendencies | | | |

Medication Patient Presently Taking: _Reglan / Vistaril / Zantac_

Allergies: _NKA_

## PHYSICAL EXAMINATION:

Ht _____ Wt _____ BP _____ / _____ Pulse _____ Resp _____ Temp _____

HEENT _N_
Neck _N_
Chest _N_
Heart _N_
Abdomen _N_
Genitalia
Rectal
Extremities
Neurological
Other
General Appearance

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis: _Esophageal stricture_

Plan of Treatment: _EGD_

_____ M D

MSC-117    Printed by Creative Printing 281-1315