EXHIBIT A-3 Blumberg No. 5208

# PRISON HEAL[TH] SERVICES: AUTHORIZAT[ION] LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 08/25/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14128591 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

***** For security and safety, please do not inform patient of possible follow-up appointments. *****

Signature of Consulting Physician: Date Time

[Revie]wed and Signed By M[ed]ical Director: Date Time

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: VENTRESS-0845 | Patient Name: (Last, First,) Moore James | Date: (mm/dd/yy) 08/24/04 |
| Site Phone # 334-7758178 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) [redacted] |
| Site Fax # 334-775-8178 | Inmate # 212228 | PHS Custody Date: (mm/dd/yy) 09/11/00 |
| Will there be a charge? ☒ Yes ☐ No — Sex ☒ Male ☐ Female | SS Number ___-__-____ | Potential Release Date: (mm/dd/yy) __/__/__ |

Responsible party: ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: ☒ Physician ☐ NP, PA ☐ Dental

Gastroenterology (Dr Rayapati)

Facility Medical Director Signaure and Date:

Samuel Rayapati, M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☒ Routine ☐ Urgent

Estimated Date of Service (mm/dd/yy) 10/24/04

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy ☐ Other:

Number of Visits/Treatments: ______

Specialist referred to: Gastroenterologist Dr Whyatt

Type of Consultation, (Treatment), Procedure or Surgery:

**History of illness/injury/sypmtoms with Date of Onset:**

H/O GERD - Chronic Upper GI Series Revealed, aerophageal Stricture, and a Small duodenal diverticulum found, Enclosed Report

**Results of a complaint directed physical examination:**

Abd. Exam - NL - patient c/o feeling food Stagnating in ~~the~~ the Throat -

**Previous treatment and response (including medications):**

Zantac 300mg po HS
Reglan 10mg po Bid

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

*****For security and safety, please do not inform patient of possible follow-up appointments*****

UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

Date resubmitted: __/__/__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Regional Medical Director Signature, printed name and date required: __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 14128591 |
|---|---|---|

Faxed 8-24-04 BC



Joseph Wellington Jackson, M.D.

**DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES**

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

10-04-04

Mr. James Moon
379 Hwy 239
Clayton, AL 36016

Dear Mr. Moon:

Dr. ______________ has arranged for you to be seen by Dr. Jackson at our office in Montgomery.

The appointment has been scheduled for 10-26-04 at 345pm

We are located in the Normandie Medical Building, behind Baptist Medical Center South.

Please complete the enclosed information and bring your insurance card(s) and driver's license with you for the appointment.

You will not have a procedure during this visit that requires you to fast. However you will undergo a physical examination by Dr. Jackson.

This time has been allotted for you. If you are unable to keep your appointment, please give us at least 24 hours notice. If we do not hear from you, there will be a $25.00 charge.

We look forward to seeing you. If you have any questions, please give us a call.

Sincerely,

Cecily D. Jackson
Practice Manager

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

 **DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES**
*JOSEPH W. JACKSON, M.D.*

***PATIENT INFORMATION SHEET*** DATE: Oct 10, 2004

PATIENT: Moon (LAST NAME) James (FIRST) Moon (MIDDLE)

SOCIAL SECURITY #: [redacted]7 DATE OF BIRTH: [redacted]

SEX: (Male) Female MARITAL STATUS: Single Married (Divorced) Widowed AGE: 52

ADDRESS: Ventress Prison - 379 Hwy 239 (STREET) (APT#)

Clayton, Al, 36016 (CITY) (STATE) (ZIP)

HOME PHONE: (334) 775-8178 DRIVER'S LICENSE #: ——

REFERRED BY: Dr Rayapati

OCCUPATION: NA

EMPLOYER: NA WORK PHONE: ( )

EMPLOYER'S ADDRESS: NA (STREET) (APT#)

NA (CITY) (STATE) (ZIP)

SPOUSE'S NAME: NA

SPOUSE'S EMPLOYER: NA WORK PHONE: ( —— ) ——

SPOUSE'S EMPLOYER ADDRESS: ——

NEAREST RELATIVE OR FRIEND NOT LIVING WITH YOU: ——

RELATIONSHIP TO PATIENT: —— PHONE: ( —— ) ——

***MEDICAL INSURANCE***

PRIMARY INSURANCE COMPANY: Prison Health Services

POLICY NUMBER: GROUP NUMBER:

INSURED PARTY: DOB: / / SSN:

MEDICARE NUMBER: MEDICAID NUMBER:

SECONDARY INSURANCE COMPANY:

POLICY NUMBER: GROUP NUMBER:

INSURED PARTY: DOB: / / SSN:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

***RESPONSIBLE PARTY***

*(PLEASE COMPLETE THIS SECTION IF SOMEONE OTHER THAN THE PATIENT IS RESPONSIBLE FOR THE BILL)*

NAME: PHONE H: ( ) W: ( )

ADDRESS:

EMPLOYER: EMPLOYER ADDRESS:

I certify the above information to be accurate to the best of my knowledge. If this information is to change or is incorrect, I will notify Digestive Disorders and Liver Disease Associates.

James C. Moon (SIGNATURE OF PATIENT OR LEGAL GUARDIAN) Oct 10, 2004 (DATE)

PHS PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# EYE CHART

| | |
|---|---|
| Date / Time | 10-8-04 |
| Visual Requiremnts | |
| Other Visual Requirements | |
| Previous Eye History | |
| Chief Visual Complaints | |
| Detailed History | Glaucoma OD |
| General Health | Xalatan q hs (R) LAST LAST NGcb |
| External Examination | |
| Internal Examination | T A OD 16 OS 16 |
| Visual Field Screening | OD 20/70 s glasses OS 20/70 OU 20/40 |
| Tonometry | |
| Instrument / | OD OS |
| V.A. (Habitual) Dist. | OD OS OU |
| Near | OD OS OU |
| Dominance / Test | / |
| Pupillary Reflexes | Size / Light |
| | Consensual / Near |
| Tests for Squint | Inspection |
| | Cover |
| | Corneal Reflex |
| PD / PP Conv | |
| PP Acc | |
| ...ons | MD 10/8/04 |
| Rotations / Fixations | |

OLD RX Worn from to

| Sph. | Cyl. | Axis | Prism | Base | Add |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

OD OS

OD OS

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| | | | |

CONTINUE

Xalatan q hs OD

Xamos

Tol Ve...

52 yo.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | [redacted] | B/m | Ventress |

PHS-MD-70000



**Advanced Medical Imaging Center**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
DOB: [redacted]
Account#: 881724
Chart#: 70550
Exam: UPPER GI/BARIUM SWALLOW 08-12-04

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction This is probably on the basis of reflux

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
8-17-04

# PRISON HEA' I SERVICES: AUTHORIZAT 'N LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | X-Ray: Upper Gi (Barium Swallow) | **Effective Dates:** | 08/06/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14059815 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: Date Time

Reviewed and Signed By
Medical Director: Date Time

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

Site Name & Number: VENTRESS-0845

Patient Name: (Last, First,) Moon James

Date: (mm/dd/yy) 08/05/04

Site Phone #: 334-7758178

Alias: (Last, First,)

Date of Birth: (mm/dd/yy) [redacted]

Site Fax #: 334-775-8178

Inmate #: 212228

PHS Custody Date: (mm/dd/yy) 09/11/02

Will there be a charge? [X] Yes [ ] No

Sex: [X] Male [ ] Female

SS Number: ___-___-___

Potential Release Date: (mm/dd/yy) 05/27/2025

Responsible party: [X] PHS [ ] Auto Ins. [ ] Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) [ ] Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

Requesting Provider: [X] Physician [ ] NP, PA [ ] Dental

Radiology

Facility Medical Director Signaure and Date:

Samuel Rayapati MD

[ ] Service meets criteria for "approval via protocol"

History of illness/injury/sypmtoms with Date of Onset:

Chr. Case of PUD - Go choking foreign body feeling in the throat, c vomitings
I/M observed in infirmary for

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

[ ] Office Visit (OV) [X] X-ray (XR) [ ] Scheduled Admission (SA)
[ ] Outpatient Surgery (OS) [ ] Dialysis (DA)

[X] Routine [ ] Urgent

Estimated Date of Service (mm/dd/yy) 08/12/04

(This starts the approval window for the "open authorization period")

Results of a complaint directed physical examination:

vomitings but none recorded -
I/M Nutritional status unchanged

Multiple Visits/Treatments: [ ] Radiation therapy [ ] Chemotherapy [ ] Other:___

Number of Visits/Treatments: ___

Specialist referred to:

Type of Consultation, Treatment, Procedure or Surgery:

UGI Series - c Esophagogram -

Previous treatment and response (including medications):

on antacids - and Reglan - but I/M continue to complain as above -

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

[ ] Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

UM DETERMINATION: [ ] Offsite Service Recommended and Authorized

[ ] Alternative Treatment Plan (explain here):

[ ] More Information Requested: (See Attached)

[ ] Resubmitted with requested information. Date resubmitted: __/__/__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Regional Medical Director Signature, printed name and date required: __/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 14059815 |
|---|---|---|

Faxed 8-05-04 BL



DEPARTMENT OF CORRECTIONS

# EYE CHART

| ate Time | |
|---|---|
| Visual Requiremnts | |
| Other Visual Requirements | |
| Previous Eye History | Blood vessel burst (R) eye |
| Chief Visual Complaints | |
| Detailed History | Glaucoma OD |
| General Health | |
| External Examination | Xalatan<br>got drops last night |
| Internal Examination | |
| Visual Field Screening | OD 20/70 OS 20/50 |
| Tonometry | |
| Instrument / | OD OS |
| V.A. (Habitual) Dist. | OD OS OU |
| Near | OD OS OU |
| Dominance / Test | / |
| Pupillary Reflexes | Size / Light |
| | Consensual / Near |
| Tests for Squint | Inspection |
| | Cover |
| | Corneal Reflex |
| PD / PP Conv | |
| [illegible]c | |
| Versions | |
| Rotations / Fixations | |

MG 6/11/4

| OLD RX Worn from | | | | to | |
|---|---|---|---|---|---|
| Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | |
| | | | | | |

Ta 17/17

continue meds as noted

OD OS

OD OS

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

IOP ✓
< 6 mo

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| [illegible] James | 21 [illegible] | [redacted] | W/M | VCF |

3/22

# I[illegible]TITUTIONAL EYE CA[illegible]E

P.O. [illegible] 390
Lewisburg, PA [illegible]
(570) 523-34[illegible]
FAX (570) 524-2817

PATIENT: MOON, JAMES

NUMBER: 21228

DATE: 3/22/2004

VENT

INSTITUTION: VENTRESS CORRECTIONAL

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -0 75 | -1 75 | 60 | 0 | |
| OS | 1.00 | -1.25 | 70 | 0 | |

| | ADD | HEIGHT | DIST PD | NEAR PD |
|---|---|---|---|---|
| OD | 2.25 | 23 | 66 | 63 |
| OS | 0.00 | 0 | 0 | 0 |

LENS COLOR/COATINGS: Clear

FRAME: NICK

STYLE:

FRAME COLOR: GREY

SIZ: 52

DROP BALL:

FINAL INSPECTION:

LENSES: $9 86

FRAME: $3.49

OVERSIZE: $0 00

TINT/PGX:

POLYCARB: $0 00

DIOPTERS: $0 00

PRISM: $0.00

CASE:

OTHER:

S/H: $1 35

TOTAL DUE ($): $14.70

[illegible]ETY NOTICE:
[illegible]s meet or exceed American National Standard Z80.1 and FDA 21CFR Sec 801 410 for impact resistance but are not [illegible] or shatterproof. Of all the materials that lenses can be made [illegible] the most impact resistant [illegible] force, the lenses can break into sharp pieces that can [illegible] injury to the eye, or blindness. Even if the lenses do not break [illegible]pact may cause the lenses or spectacle frame to contact the [illegible] area causing injury

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately

- If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Moon, James # 212228
(Print Name) (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
(X) Eyeglasses
( ) Dentures
( ) Prothesis describe ______________
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other describe ______________

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition

X James Moon — 4-14-04
(Inmate) (Date)

J. Smith Jr — 4-14-04
(Witness) (Date)

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | | | VCF |

PHS-MD-70005 (White – Medical File, Yellow – Security Property Officer)

# EYE EXAMINATION SHEET

TO: (Service Physician) Dr. Bradford

FROM: (Requesting Ward, Med Fac Phys.) Ventress

Date of Request: 3/12/04

Reason For Request: (Complaints and Finding)

IOP ✓

Xalatan
last drops: last night
QHS OD

Past History Glaucoma OD

Old Rx

Signature C. Hunter, LPN

Type of Consult ☐ Emergency ☒ Routine

CONSULTATION REPORT

Subjective: OD 20/100 OS 20/40

OPHTH: R 50% c/d / WNL
L 30% c/d / WNL

New Rx: OD OS

Seg. Ht. 23

Ext:
Date Dispensed & Initials:

Seg. Type: −075 170 +100 −125 ×060 070 / +200 add 66/63

IDP & Time:

Frame:
Size:
Color:

Ta 15/16

continue meds as noted

52/18/145

3/12/04

OPTOMETRIST'S SIGNATURE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Patients Last Name | First | Middle | Age | R/S | I D No. |
|---|---|---|---|---|---|
| Moon, James | | | 57 | W/M | 212228 |

F-65 Rev. (1-95)

Facility Name: VCF

Month/Year of Charting:

| Order | Hour | 1–31 |
| --- | --- | --- |
| Cough tab losing (?) BID x 5 days | 3Am / 3Pm | [marked days 3–9 / 3–10] |
| Start Date: 3/29/06 | Prescriber: Rajagopal | |
| Stop Date: 4/02/06 | RX # | |
| Prilosec OTC 20mg tab take 1 po qhs x 90d | 9pm | 28 tabs given 4/15/06 James E. Moore |
| Start Date: 4-6-06 | Prescriber: Dr Rajagopal/tw | |
| Stop Date: 7-6-06 | RX #: | |
| | Hour | |
| Start Date: | Prescriber: | |
| Stop Date: | RX #: | |
| | Hour | |
| Start Date: | Prescriber: | |
| Stop Date: | RX #: | |
| | Hour | |
| Start Date: | Prescriber: | |
| Stop Date: | RX #: | |
| | Hour | |
| Start Date: | Prescriber: | |
| Stop Date: | RX #: | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis: [illegible]

Allergies:

Housing Unit:

Patient ID Number: 212228

Patient Name: [illegible]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
| --- | --- | --- | --- |
| K. Reebok (?) | KR | J M Carly | JG |
| | | H Johnson (?) IPN | |
| | | M Bonifield | MB |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 04/06

| Medication | Hour | 1–31 |
|---|---|---|
| zantac 150MG Tab 90.00<br>Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime | K 9Am<br>O<br>P 9Pm | |
| Start Date: 11-07-2005 | Prescriber: Rayapati, Samuel | |
| Stop Date: 05-05-2006 | RX #: 250857772 | |
| Prilosec OTC 20MG Tab 2<br>Take 1 tablet(s) by mouth at bedtime | K<br>9p<br>P | #28 given 3/23/06<br>See MAR #7 |
| Start Date: 01-19-2006 | Prescriber: Rayapati, Samuel | |
| Stop Date: 04-18-2006 | RX #: 251086375 | |
| Xalatan 0.005% Solution 1<br>Place 1 drop(s) in right eye at bedtime | K<br>O<br>P | |
| Start Date: 02-16-2006 | Prescriber: Murray, Daniel | |
| Stop Date: 08-14-2006 | RX #: 251179933 | |
| 0.25 Betemol opth i gtt OD @ Am x 180 days | K<br>O<br>P | 1 bottle given 3/29/06 |
| Start Date: 2-16-06 | Prescriber: Rayapati | |
| Stop Date: 8-14-06 | RX #: | |
| Flexeril 10mg i PO TId x 3 days | 3A<br>9A<br>3P | |
| Start Date: 3-29-06 | Prescriber: Rayapati | |
| Stop Date: 4-01-06 | RX #: | |
| Tylenol 325 ii PO BID x 5 days | 3A<br>3P | |
| Start Date: 3-29-06 | Prescriber: Rayapati | |
| Stop Date: 4-02-06 | RX #: | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|---|
| PgI q II | K. Lee LPN | K | [signature] | [initials] |
| Allergies | | | [signature] Johnson LPN | |
| Housing Unit: Population | | | | |
| Patient ID Number: 212228 | | | [signature] | MB |
| Patient Name: | | | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Sh...
... Other

Date of Birth: [redacted]

Moon, James



Facility Name: Ventress Correctional Facility

Month/Year of Charting: 03/06

| Medication | Hour | Notes | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|---|---|
| zantac 150MG Tab 90.00 — Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime | 9Pm | | 11-07-2005 | 05-05-2006 | Rayapati, Samuel | 250857772 |
| Prilosec OTC 20MG Tab 2 — Take 1 tablet(s) by mouth at bedtime | KOP 9PM | 28# given 3/23/06 FV; X James C. Moon | 01-19-2006 | 04-18-2006 | Rayapati, Samuel | 251086375 |
| Xalatan 0.005% Solution 1 — Place 1 drop(s) in right eye at bedtime | KOP | | 02-16-2006 | 08-14-2006 | Murray, Daniel | 251179933 |
| 0.25 Betimol opth — i gtt OD @ hs x 180 days | KOP | 1 Bottle given 3/29/06 FV; X James C Moore 212228 | 2-16-06 | 8-14-06 | Murray | |
| Flexeril 10mg i po Tid x 3 d | 3A 9A 3P | | 3-29-06 | 4-01-06 | ~~Rayapati M.D~~ Floyd CRNP | |
| Tylenol 325mg ii po Bid x 5d | 3A 3P | | 3-29-06 | 4-02-06 | Floyd CRNP | |

Hours: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, James

Date of Birth: [redacted]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Leeon | KL | [signature] | [illegible] |
| | | [signature] | [illegible] |
| | | [signature] | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: VCF

Month/Year of Charting: 3/06

Cough tab 600mg ī po Bid x 5d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3/29/06 Prescriber: Floyd CRNP

Stop Date: 4/02/06 RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:

Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis:

Allergies: NKDA

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, Tanya

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | [signature] | [illegible] |
| | | [signature] | MB |
| | | [signature] | [illegible] |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Region 4

# NON-FORMULARY PHARMACY REQUE... FORM

Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | [redacted] |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

**Diagnosis:** Glaucoma

☑ Male ☐ Female

**Medication Allergies:** ∅

**Requested Non-Formulary and Strength:** Betimol 0.25% ophth

**Directions:** 1 gt OU Qam

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other ____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Glaucoma.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Compliance:** ☐ > 80% ☐ < 80% (Determined by Review of MAR)

**Practioner Information:** ☒ Physician ☐ NP/PA ☐ Dentist

**Name:** Danie E Murry Jr **Signature:** [signature] OD

**Daytime Phone:** 334-585-9626 **Pager Number:** 334-701-3705

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☐ Approved ☐ Additional information requested ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

**Name:** ____ **Signature:** ____

**Date:** ____

FAXED

faxed D McQueen

Facility Name: VCF

Month/Year of Charting: 02/06

0.25 Betimol opth
1gtt OD QAM
X 180 DAYS

Hour: K O P

Start Date: 021406
Stop Date: 081406
Prescriber: Murray
RX #:

Xalatan opth
1gtt OD QHS
X 180 DAYS

Hour: K O P

James C. Moore 212228
1 container given 2-28-06

Start Date: 021406
Stop Date: 081406
Prescriber: Murray
RX #:

Hour

Start Date:
Stop Date:
Prescriber:
RX #:

Hour

Start Date:
Stop Date:
Prescriber:
RX #:

Hour

Start Date:
Stop Date:
Prescriber:
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Hour

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis

Allergies: NKDA

Housing Unit:
Patient ID Number: 212228
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [signature] | G | | |
| | | | |
| | | | |
| | | | |
| | | M Benefield | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 01/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| zantac 150MG Tab 90.00<br>Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime<br>*Continue until Prilosec arrives* 1-13-06 | 9Am | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9Pm | 0 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 11-07-2005; Stop Date: 05-05-2006; Prescriber: Rayapati, Samuel; RX #: 250857772 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Xalatan 0 005% Solution 1<br>Place 1 drop(s) in affected eye(s) at bedtime | 9Pm | 0 | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 11-07-2005; Stop Date: 05-05-2006; Prescriber: Rayapati, Samuel; RX #: 250857773 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 50mg ÷ PO q HS x 90day | 9Pm | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | | | | | | | | | | | | | | | | | | | | | |
| Start Date: 12-19-05; Stop Date: 03-19-06; Prescriber: Dr. Banerjee; RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| *Starts when arrives*<br>Prilosec 20mg P.O. Qd x 90d | 9Pm | → | | | | | | | | | | | | → | | | | | [illegible] | | | | | | | | | | | | | |
| Start Date: 1-13-06; Stop Date: 4-13-06; Prescriber: Dr Rayapati / [illegible]; RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date:; Stop Date:; Prescriber:; RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Start Date:; Stop Date:; Prescriber:; RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DC 1/19/06

DC'd 01/12/06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies

Housing Unit: Population

Patient ID Number: 212228

Patient Name: **Moon, James**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | D. Beal | [illegible] |
| [illegible] | [illegible] | [illegible] Johnson LPN | [illegible] |
| [illegible] LPN | TA | [illegible] | [illegible] |
| [illegible] LPN | [illegible] | M. Berry[illegible] | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

01/17/2006 07:24 FAX 334 775 8178 REGIONAL OFFICE VENTRESS CORR. FACILITY 001/001 001

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. You must Type or Print.

PHS

RECEIVED JAN 17 2006

**Site Name and Number:** Ventress Correctional Facility - 0845

**Patient Name: (Last, First):** Moon, James

**Todays Date: (mm/dd/yy):** 1-13-06

**Site Phone #:** (334) 775-8178

**Inmate #:** 212228

**Date of Birth: (mm/dd/yy):** [redacted]

**Site Fax #:** (334) 775-8178

**SPP ID #:** A-473

**PHS Custody Date:**

**Diagnosis:** Benign aesophageal stricture

☒ Male ☐ Female

**Medication Allergies:** NKA

**Requested Non-Formulary and Strength:** prilosec / (Omeprazole)

**Directions:** 20 mg p.o daily - HS -

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Zantac Tums not effective

**Compliance:** ☐ > 80% ☐ < 80% (Determined by Review of MAR)

**Practioner Information:** ☐ Physician ☐ NP/PA ☐ Dentist

**Name:**

**Signature:** Samuel Rayapati, M.D.

**Daytime Phone:**

**Pager Number:**

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☒ Approved ☐ Additional information requested ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:**

**Signature:** [signature] 01/17/06

**Date:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Region 4      NON-FO___ULARY **PHARMACY** REQU___ST FORM

Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
| (334) 775-8178 | 212228 | ▓▓▓▓▓▓▓▓ |
| Site Fax # | SPP ID # | PHS Custody Date |
| (334) 775-8178 | A-473 | |

Diagnosis

Benign aerophageal Stricture

☑ Male   ☐ Female

Medication Allergies

NKA

---

Requested Non-Formulary and Strength:

Prilosec / (Omeprazole)

Directions:

20 mg   po   daily - HS -

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☑ 90 days  ☐ Other _____

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Zantec Sums Not effective

Compliance:  ☐ > 80%  ☐ < 80%  (Determined by Review of MAR)

---

Practioner Information:  ☐ Physician  ☐ NP/PA  ☐ Dentist

Name: _____   Signature: _Samuel Rayapati, M.D._

Daytime Phone: _____   Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

---

Determination:  ☐ Approved  ☐ Additional Information requested  ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name: _____   Signature: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Date: _____

FAXED

01/14/2006 07:24 FAX 334 775 8178    VENTRESS CORR. FACILITY    ☑001

```
********************
***   TX REPORT   ***
********************


TRANSMISSION OK

TX/RX NO            0442
CONNECTION TEL          13343958156
SUBADDRESS
CONNECTION ID      REGIONAL OFFICE
ST. TIME           01/14 07:24
USAGE T            00'23
PGS. SENT              2
RESULT             OK
```

Region 4          NON-FORMULARY **PHARMACY** REQUEST FORM          **PHS**

Form must be complete and legible. You must Type or Print

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | *Moon, James* | 1-13-06 |
| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
| (334) 775-8178 | *A12228* | ▓▓▓▓▓▓▓▓▓ |
| Site Fax # | SPP ID # | PHS Custody Date |
| (334) 775-8178 | A-473 | |

Diagnosis
*Benign aerophageal stricture*

☑ Male   ☐ Female

Medication Allergies
*NKA*

Requested Non-Formulary and Strength:
*Prilosec (Omeprazole)*

Directions:
*20 mg    po    daily - HS*

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.
*Zantac, Pepcid not effective*

Compliance:   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

| Practioner Information: | ☐ Physician   ☐ NP/PA   ☐ Dentist | |
|---|---|---|
| Name: | | Signature: *Samuel Rapath M.D* |

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 12/05

Pamelor 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

9pm — See New Order

Start Date: 09-24-2005
Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005
RX #: 250661133

Benadryl 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

9pm — D/C'd 12/19/05

Start Date: 09-24-2005
Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005
RX #: 250661135

zantac 150MG Tab 90.00

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

9am
9pm

Start Date: 11-07-2005
Prescriber: Rayapati, Samuel
Stop Date: 05-05-2006
RX #: 250857772

Xalatan 0.005% Solution 1

Place 1 drop(s) in affected eye(s) at bedtime

9pm

Start Date: 11-07-2005
Prescriber: Rayapati, Samuel
Stop Date: 05-05-2006
RX #: 250857773

Percocet 1/1 qid prn pain x 3days

3am
9am
3pm
9pm

Start Date: 12-5-05
Prescriber:
Stop Date: 12-8-05
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Pamelor 50mg po qhs x 90 days

9pm

Start Date: 12/19/05
Prescriber: Dr Banerjee
Stop Date: 03/19/06
RX #

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K Reel | KL | RN | |
| Appling LPN | TA | Johnson CRN | |
| | | | |
| | | M'Benefield | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name:
Moon, James

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 11/05

**Pamelor 25MG Cap 30.00**
Take 1 capsule(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9Am | [illegible] | See below | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9PM | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-24-2005 | Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005 | RX #: 250661133

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Benadryl 25MG Cap 30.00**
Take 1 capsule(s) by mouth at bedtime

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9pm | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Start Date: 09-24-2005 | Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005 | RX #: 250661135

**Pamelor ÷ cap 25 Mg Po @ HS**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9pm | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Start Date: 9/22/05 | Prescriber: Banerjee
Stop Date: 12/22/05 | RX #:

**Zantac 150mg ÷ Po q Am x 6mos**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | → | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 9 | 9 | [illegible] | [illegible] | | 9 | [illegible] | | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |

Start Date: 11-4-05 | Prescriber: Rayapati
Stop Date: 5-4-06 | RX #:

**Zantac 300mg ÷ Po q HS**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | ← | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9p | → | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Ranitidine HCl 150MG Tab #90.00
Prescriber: Rayapati, Samuel
Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime
Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857772
Moon, James 212228

Start Date: 11-4-05 | Prescriber: Rayapati
Stop Date: 5-4-06 | RX #:

**Xalatan ÷ gtts in (R) eye @ bedtime**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9p | → | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

Xalatan 0.005% Solution #1
Prescriber: Rayapati, Samuel
Place 1 drop(s) in affected eye(s) at bedtime
Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857773
Moon, James 212228

Start Date: 11-4-05 | Prescriber: Rayapati
Stop Date: 5-4-06 | RX #:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | [illegible] LPN | TC |
| J. Massey LPN | JM | [illegible] | [illegible] |
| J. Hueey LPN | [illegible] | [illegible] | [illegible] |
| Johnson LPN | [illegible] | Manifield | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 10/05

| Medication | Hour | Start Date | Stop Date | Prescriber | RX # |
|---|---|---|---|---|---|
| Ranitidine HCl 150MG Tab 30.00 — Take 1 tablet(s) by mouth every morning | 9AM | 07-08-2005 | 10-05-2005 | Floyd, Linda | 250156774 |
| Ranitidine HCl 150MG Tab 60.00 — Take 2 tablet(s) by mouth every evening | 9PM | 07-08-2005 | 10-05-2005 | Floyd, Linda | 250156777 |
| Pamelor cap 25mg PO @ HS | 9pm | 9/22/05 | 12/22/05 | Banerjee | |
| Xalantan opth solution 2.5cc q HS | 9pm | 3-21-05 | 10-21-05 | Rayapati | |
| Benadryl 25mg Cap 1 po @ bedtime | 9pm | 9.27.05 | 12.22.05 | Rayapati | |
| | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis:

Allergies: NKA

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | KW | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | MB | [illegible] | EB |

Documentation Codes

1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 09/05

**Pamelor Oral Cap 25 MG 25MG Cap 30.00**
Take 1 capsule(s) by mouth at bedtime
Hour: 9pm
Start Date: ~~07-02-2005~~ 9/22/05 Prescriber: Banerjee MHM, Sreelekha
Stop Date: ~~09-29-2005~~ 12/22/05 RX #: 250113445

**Diphenhydramine HCl 25MG Cap 30.00** Benadryl
Take 1 capsule(s) by mouth at bedtime
Hour: 9pm
Start Date: ~~07-02-2005~~ 9/22/05 Prescriber: Banerjee MHM, Sreelekha
Stop Date: ~~09-29-2005~~ 12/22/05 RX #: 250113447

**Ranitidine HCl 150MG Tab 30.00**
Take 1 tablet(s) by mouth every morning
Hour: 9Am, 9pm
Start Date: 07-08-2005 Prescriber: Floyd, Linda
Stop Date: 10-05-2005 RX #: 250156774

**Ranitidine HCl 150MG Tab 60.00**
Take 2 tablet(s) by mouth every evening
2 Antac
Hour: 9pm
Start Date: 07-08-2005 Prescriber: Floyd, Linda
Stop Date: 10-05-2005 RX #: 250156777

**Xalantan opth solution 2.5cc q HS**
Hour: 9P
Start Date: 3-21-05 Prescriber: Rayapati
Stop Date: 10-21-05 RX #:

**Sudafed 30mg i PO Bid x 7days**
Hour: 9, 9P
Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name: **Moon, James**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| R. Lee LPN | KL | J. Johnson LPN | JJ |
| A. Hurce LPN | AH | Stallworth LPN | JS |
| [illegible] LPN | W | Appling LPN | Da |
| D. [illegible] | DS | [illegible] | |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9. No Show

Date of Birth

Facility Name:

Month/Year of Charting:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM i PO Bid X7 days | 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9Pm | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cough tab i PO Bid X7 days | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9P | | 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg ii Bid X10days | 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAO i to lip Tid X7days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number:
Patient Name: [illegible]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | J. Johnson LPN | JJ |
| [illegible] | [illegible] | [illegible] LPN | [illegible] |
| V. Young LPN | VY | J. Gipling LPN | Ja |
| D. [illegible] | | M. Benefield | MB |
| [illegible] | | | |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD

STDT01

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Sudafed 30mg i po BID x 7days | 9am | → |
| | 9pm | → |
| MsFloyd CRNP / A.Mark | | 8-25-05 – 9-2-05 |
| CTM i po BID x 7days | 9am | → |
| | 9pm | → |
| MsFloyd CRNP / A.Mark | | 8-25-05 – 9-2-05 |
| Cough tab i po BID x 10d | 9am | → |
| | 9pm | → |
| MsFloyd CRNP / A.Mark | | 8-25-05 – 9-2-05 |
| Tylenol 500mg ii BID x 10d | 9am | → |
| | 9pm | → |
| MsFloyd CRNP / A.Mark | | 8-25-05 – 9-2-05 |
| TAO i to lip TID x 7days | K/P | |
| | Op | |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8-25-05 THROUGH 8-31-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 812228

Allergies IOFTT

Rehabilitative Potential

Diagnosis Moon James

Medicaid Number

Medicare Number

Complete Entries Checked

By

Title:

Date:

PATIENT Moon

PATIENT CODE

ROOM NO

BED

FACILITY C

RC 8/1/05

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 08/05

Pamelor Oral Cap 25 MG 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

Hour: 9pm — out to court

Start Date: 07-02-2005 Prescriber: Banerjee MHM, Sreelekha

Stop Date: 09-29-2005 RX #: 250113445

Diphenhydramine HCl 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

Hour: 9pm — Out to Court

Start Date: 07-02-2005 Prescriber: Banerjee MHM, Sreelekha

Stop Date: 09-29-2005 RX #: 250113447

~~Ranitidine HCl 150MG Tab 30.00~~

~~Take 1 tablet(s) by mouth every morning~~

See Below

Start Date: 07-08-2005 Prescriber: Floyd, Linda

Stop Date: 10-05-2005 RX #: 250156774

Ranitidine HCl 150MG Tab 60.00

Take 2 tablet(s) by mouth every evening

Hour: 9pm — Out to court

Start Date: 07-08-2005 Prescriber: Floyd, Linda

Stop Date: 10-05-2005 RX #: 250156777

Xalantan opth solution 2.5cc g HS

Hour: 9pm — out to court

Start Date: 3-21-05 Prescriber: Rayapati

Stop Date: 10-21-05 RX #:

Lantac 150 mg i PO q AM

Hour: 9A — Out to Court

Start Date: 7-08-05 Prescriber:

Stop Date: 10-05-05 RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies: NKA

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, James

Date of Birth:

Nurse's Signature / Initial / Nurse's Signature / Initial (handwritten signatures)

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
No Show
Other

# MEDICATION ADMINISTRATION RECORD

County jail

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg QAM | AM | X | X | X | X | Kal | K | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 300mg Q PM | PM | X | X | X | X | | | | | | GK | GK | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg QPM | PM | X | X | X | X | | | | | | GK | GK | | | | | | | | | | | | | | | | | | | | |
| Xalanta Opth Sol Q HS | PM | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Nortriptyline HcL 25mg i po @ hs | pm | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Visteril 50mg 1/1 PO HS | pm | X | X | X | X | | | | | | GK | GK | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767 FORM A-55 STOCK #506423

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

CHARTING FOR | THROUGH

Physician

Physician | Telephone No. | Medical Record No

Alt. Telephone

Allergies: NKDA

Rehabilitative Potential

Diagnosis: GERD, GLAUCOMA, ANXIETY/DEPRESSION

Medicaid Number | Medicare Number | Approved By Doctor:

By: | Title: | Date:

RESIDENT: Moon, James | D.O.B | Sex | Room # | Patient Code | Admission Date

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Xalantan Opth Solution 2.5cc qhs 3-21-05 - 10-21-05 Rayapati | 9PM | [initials] |
| Zantac 300mg po q hs 3/30/05 - 6/30/05 | 9pm | [initials] |
| Benadryl 25mg po q hs x 90 days Dr Banerjee / C Harris LPN 06/30/05 09/30/05 | 9PM | [initials] |
| Pamelor 25mg po q hs x 90 days Dr Banerjee / C Harris LPN 06/30/05 09/30/05 | 9PM | [initials] |
| Zantac 150mg i PO q AM 3/30/05 - 6/30/05 | 9A | [initials] |
| Percogesic ii PO BID x 5 days 7/6/05 - 7/11/05 L. Hazel CRNP | 9A / 9P | [initials] |
| Zantac 150mg PO q AM x 90 days 7/6/05 - 10/6/05 L. Hazel RNP | 9A / 9P | [initials] Thank you |
| Zantac 300mg PO q HS x 90 days 7/6/05 - 10/6/05 L. Hazel RNP | 9A / 9P | [initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/05 THROUGH 07/31/05

Physician Rayapati

Alt. Physician Dr Banerjee

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: C Harris Title: LPN Date:

PATIENT Moon, James

PATIENT CODE 212228

ROOM NO

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Xalantan Opth sol 2.5cc qHS expires 10-21-05 3-21-05 Rayapati/80 | 9p | [initials] |
| Zantac 300mg qHS 3-30-05 6-30-05 Rayapati/80 | 9p | [initials] |
| Zantac 150mg qAM 3-30-05 - 6-30-05 Rayapati/80 | 9A | [initials] |
| Benadryl 25mg ÷ po qHS 3-26-05 - 6-23-05 Rayapati/80 | 9p | Out to Court — [illegible] X X |
| Vistaril 50mg ÷ qHS 3-26-05 6-23-05 Rayapati/80 | 9p | Out to Court — [illegible] X X |
| Benadryl 25mg ÷ po qhs x 2 weeks Dr Banerjee / Cotarris lpn 06/21/05 | 9PM | → [initials] |
| Vistaril 50mg ÷ poqhs x 2 weeks Dr Banerjee / Cotarris lpn 06/21/05 | 9PM | → [initials] |
| Pamelor 25mg poqhs x 90 days Dr Banerjee / Cotarris lpn 06/30/05 09/30/05 | 9PM | → 9 |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6-1-05 THROUGH 6-30-05

Physician: Rayapati

Alt. Physician: Banerjee

Allergies: NKDA

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No.

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: lpn Date: 5-26-0

PATIENT: Moon, James

PATIENT CODE

ROOM NO

BED

FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1-31 |
|---|---|---|
| Xalantan Ophth sol 2.5cc q HS 3-21-05 - 10-21-05 Rayapati /80 | 9p | [initials] |
| Vistaril 50mg po q HS x 90 dys 3-24-05 - 6-24-05 Banerjee /80 | 9p | [initials] See below |
| Benadryl 25mg po q HS 3-24-05 - 6-24-05 Banerjee / 80 | 9p | [initials] See below |
| Zantac 300mg q HS 3-30-05 - 6-30-05 Rayapati /80 | 9p | [initials] |
| Zantac 150mg q AM 3-30-05 - 6-30-05 Rayapati /80 | 9A | [initials] |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M. RX: 7156328 BANERJEE, M.D. (MHM), SREELEKHA, START: 03/26/2005 STOP: 06/23/2005 MOON, JAMES 212228 | 9P | [initials] B B B B B B B B B B B |
| HYDROXYZINE PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M. RX: 7156324 BANERJEE, M.D. (MHM), SREELEKHA, START: 03/26/2005 STOP: 06/23/2005 MOON, JAMES 212228 | 9P | [initials] B B B B B B B B B B B B B |
| | | |
| | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05 THROUGH 5-31-05

Physician: Rayapati
Alt. Physician: Banerjee
Telephone No.
Alt. Telephone
Medical Record No
Allergies: NKDA
Rehabilitative Potential
Diagnosis
Medicaid Number
Medicare Number
Complete Entries Checked: By: [signature] Title: LPN Date: 4/28/05
PATIENT: Moon, J
PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg ii BID Floyd CRNP/MD x 2wks 5-11-05 — 5-25-05 | 9A 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Debrox gtts each ear TID Floyd CRNP/MD x 5 d 5-11-05 — 5-16-05 | 9A 3P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| irrigate | 630p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| analgesic Oint. (R) elbow BID Floyd CRNP/MD KOP x 2wks 5-11-05 — 5-25-05 | kop | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

James C. Moon

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05 THROUGH 5-31-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: M Benefield Title: [illegible] Date: 5/11/05

PATIENT Moon, James

PATIENT CODE

ROOM NO

BED

FACILITY C

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Zantac 150mg i po BID x 30 dys 3-4-05 - 4-4-05 | 9a / 9p | BCH / see below |
| Reglan 10mg i po Q6 prn x 30dys 3-4-05 - 4-4-05 | PRN | [illegible initials] |
| Xalantan Ophth sol 2.5cc q HS 10-16-04 - 4-13-05 Rayapati | 9p | [initials] |
| Visteril 50mg po q HS @ 9pm x 90 dys 3-24-05 - 6-24-05 Banerjee | 9p | [initials] |
| Benadryl 25mg po q HS @ 9pm x 90dys 3-24-05 - 6-24-05 Banerjee | 9p | [initials] |
| Zantac 300mg q HS x 90dys 3-30-05 - 6-30-05 Dr Rayapati | 9p | [initials] |
| Zantac 150mg po q AM x 90dys 3-30-05 - 6-30-05 Rayapati | 9A | [initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-1-05 THROUGH 4-31-05

Physician: Rayapati
Alt. Physician: Banerjee
Allergies: NKDA
Telephone No.
Alt. Telephone
Medical Record No
Rehabilitative Potential
Diagnosis
Medicaid Number | Medicare Number
Complete Entries Checked: By [signature] Title: [illegible] Date: 3-29-[illegible]
PATIENT: Moon, James
PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Levaquin 500mg i PO QP x 5days start after Cefadroxil 03/04/05 | | [illegible initials] |
| Zantac 150mg i PO BID x 30days 03/04/05 04/04/05 | 900 / 9pm | [illegible initials] |
| Reglan 10mg i PO Q6° PRN x 30days 03/04/05 04/04/05 | PRN | [illegible initials] |
| Vistaril 50mg i PO QHS 03/24/05 03/27/05 | 9PM | in hospital [illegible initials] see new order |
| Benadryl 25mg i PO QHS 03/04/05 03/27/05 | 9PM | in hospital [illegible initials] see new order |
| Xalantan Opth (2.5cc) 50mcg/cc drop use as directed @ QHS 04/13/05 | 9PM | [illegible initials] |
| Keflex 500mg PO TID x 7days 3/23/05 - 3/30/05 | 9A / 3P / 9P | [illegible initials] |
| Vistaril 50mg po qhs @9PM x 90days Dr Banerjee / CBHarris LPN 03/24/05 06/24/05 | 9PM | [illegible initials] |
| Benadryl 25mg po qhs @9PM x 90days Dr Banerjee / CBHarris LPN 03/24/05 06/24/05 | 9PM | [illegible initials] |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |

FOR [illegible] USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/04/05 THROUGH 03/31/05

Physician Dr. Robbins

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked By: [signature] Title LPN Date 03/04/05

PATIENT [illegible] PATIENT CODE ROOM NO BED FACILITY C

# MEDICATION ADMINISTRATION RECORD

03/01/2005

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<< RX: 6379301 RAYAPATI, SAM, AW START - 10/16/2004 STOP - 04/13/2005 | 9P | new pg II |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY ***NON-FORMULARY APPROVED UNTIL 03/11/05 RX: 6647162 RAYAPATI, SAM, AW START - 12/12/2004 STOP - 03/11/2005 | 9A 9P | B B B B B B B B CH... X X |
| HYDROXYZINE PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P M. RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA AW START - 12/28/2004 STOP - 03/27/2005 | 9P | new pg II X X |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P M. AW RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA START - 12/28/2004 STOP - 03/27/2005 | 9P | new pg II X X |
| Zantac 150mg PO q AMX 90D 3.30.05 - 6.30.05 Dr Rayapati / GJohnson LPN | 9A | |
| Zantac 300mg PO HS X 90D 3.30.05 - 6.30.05 Dr Rayapati / GJohnson LPN | 9P | |
| Motrin 400mg PO TID X 2D 3.30.05 - 4.1.05 Dr Rayapati / GJohnson LPN | 9A 3P 9P | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2005 THROUGH 03/31/2005

Physician BANERJEE, M.D. (MHM), SREELEKHA

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number | Medicare Number

Complete Entries Checked: By: [signature] Title: [illegible] Date: 2-25-05

PATIENT MOON, JAMES | PATIENT CODE | ROOM NO | BED | FACILITY CD

# MEDICATION ADMINISTRATION RECORD

02/01/2005 (VEN-473) VENTRESS CORRECTIONAL FAC

STDT01

| MEDICATIONS | HOUR |
|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<< RX: 6379301 RAYAFATI, SAM, START - 10/16/2004 STOP - 04/13/2005 | 9pm |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY **NON FORMULARY APPROVED UNTIL 03/11/05 RX: 6547162 RAYAFATI, SAM, START - 12/12/2004 STOP - 03/11/2005 | 9a / 9p |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA START - 12/28/2004 STOP - 03/27/2005 | 9p |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA START - 12/28/2004 STOP - 03/27/2005 | 9p |
| Tylenol 500mg ii p.o. BID x 21 days 1-19-05 / 2-9-05 Ms. Flowers CRNP | 9a / 9p |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA START: 12/28/2004 STOP: 03/27/2005 MOON, JAMES 212228 | 9p |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA START: 12/28/2004 STOP: 03/27/2005 MOON, JAMES 212228 | 9p |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2005 THROUGH 02/28/2005

Physician: BANERJEE, M.D. (MHM), SREELEKHA

Telephone No.

Medical Record No

Alt. Physician

Alt. Telephone

Allergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: Date: 1-27-05

Patient: Moon, James

PATIENT CODE | ROOM NO | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

02/01/2005
STDT01

(VEN-473) VENTRESS CORRECTI

MEDICATIONS — HOUR

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<
RX: 6379301 RAYAPATI, SAM ;
START - 10/16/2004 STOP - 04/13/2005 — 9pm

PRILOSEC OTC (14 TABS PER BOX) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
**NON-FORMULARY APPROVED UNTIL 03/11/05
RX: 6647162 RAYAPATI, SAM ;
START - 12/12/2004 STOP - 03/11/2005 — 9a / 9p

HYDROXYZINE-PAM (VISTARIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M
RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA
START - 12/28/2004 STOP - 03/27/2005 — 9p

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M
RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA
START - 12/28/2004 STOP - 03/27/2005 — 9p

Tylenol 500mg ii p.o. BID x21 days
1-19-05 / 2-9-05
Ms. Floyd — CRNP — 9a / 9p

HYDROXYZINE-PAM (VISTARIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M
RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA
START 12/28/2004 STOP 03/27/2005
MOON, JAMES — 9p

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M
RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA
START 12/28/2004 STOP 03/27/2005
MOON, JAMES — 9p

D5 1/2NS @ 100cc/hr x 10 days
Dr. Saddy / Dr. Rayapati / A. Manh — 2-27-05 — 3-9-05
7-3 / 3-11 / 11-7

NPO Except for meds

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| | | | |
|---|---|---|---|
| CHARTING FOR 02/01/2005 THROUGH 02/28/2005 | | | |
| Physician: BANERJEE, M.D. (MHM), SREELEKHA | Telephone No. | | Medical Record No |
| Alt. Physician | Alt. Telephone | | |
| Allergies: NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |
| Diagnosis | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: | Title: | Date: 1-27- |
| PATIENT: MOON, JAMES | PATIENT CODE | ROOM NO | BED | FACILITY CO |

Moon, James

# MEDICATION ADMINISTRATION RECORD

STDT01

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Prilosec 20 q day or q12° (must) 9am 9pm
Dr Sadding/Dr Rayapati/A Minn

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

Phergan 25mg IM q6° (prn) 3am 9am 3pm 9pm
Dr Baddig/Dr Rayapati/A Minn

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Phenygesic tab ii P.O. q 6hrs + PRN - Give (2) now 3A 9A 3pm 9pm
V/O Dr Rayapati/ [illegible]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-27-05 THROUGH 2-28-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies

Rehabilitative Potential

Diagnosis Moon James

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT Moon James

PATIENT CODE 212228

ROOM NO.

BED

FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Prednisone 20mg ÷ PO QD×5 days 1-19-05/1-24-05 Ms. Floyd, CRNP / S. Huice, LPN | 9A | D/C 1-19-05 |
| label | | |
| Prednisone 20mg ÷ PO QD×10 days 1-25-05/2-3-05 Ms. Floyd, CRNP / S. Huice, LPN | 9A | D/C 1-19-05 |
| label | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-19-05 THROUGH 1-31-05

Physician

Alt. Physician Dr. Rayapati

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies NKDA

II of II

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: S. Huice Title: LPN Date: 1-19-05

PATIENT Moore, Charles

PATIENT CODE 212228

ROOM NO

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

01/01/2005

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6337993 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | | DC'ed 12-13-04 |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | | DC'ed 12-13-04 |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9pm | [initials] |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>**NON-FORMULARY APPROVED UNTIL 03/11/05<br>RX: 6647162 RAYAPATI, SAM ,<br>START - 12/12/2004 STOP - 03/11/2005 | 9a<br>9p | [initials] |
| Vistaril 50mg p.o. q.d. @ 9pm x 90 d.<br>12-23-04 / 3-23-04<br>Banerjee / Dr. | 9p | [initials] |
| Benadryl 25mg p.o. q 9pm x 90 days<br>12-23-04 / 3-23-05<br>Banerjee / Dr. | 9p | [initials] |
| Tylenol 500mg p.o. ii BID x 5 days<br>12-29-04 / 1-3-05<br>West | 9a<br>9p | [initials] |
| Tylenol 500mg ii p.o. BID x 21 days (PRN)<br>1-19-05 / 2-9-05<br>Ms. Lloyd, CRNP / [signature] (PRN) | 9A<br>9p | [initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/2005 THROUGH 01/31/2005

Physician RAYAPATI, SAM

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: LP Date: 12-27

PATIENT MOON, JAMES

Moon, James

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

12/01/2004
STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815395 RAYAPATI, SAM .<br>START - 06/25/2004 STOP - 12/21/2004 | 9a<br>9p | A A A A BL [illegible] A H BL<br>D/C'd 12-10-04 |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [illegible] See New Order below |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [illegible] See New Order below |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6339993 RAYAPATI, SAM .<br>START - 10/08/2004 STOP - 01/05/2005 | 9p | [illegible] D'CD 12-13-04<br>* continue until Prilosec available |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM .<br>START - 10/08/2004 STOP - 01/05/2005 | 9a | A A A A BL A A H BL D'CD 12-13-04<br>* continue until Prilosec available |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM .<br>START - 10/16/2004 STOP - 04/13/2005 | 9p | [illegible] |
| Prednisone 20mg. i p.o. qd x 14 days 11-26-04 / 12-10-04 Ms. Floyd / | 9a | A A A A BL A A A H H |
| Motrin 200mg. ii p.o. tid PRN x 30 days 11-18-04 / 12-18-04 Ms. Floyd | 9a<br>3p<br>9p | A A A A H H H H H H H H H H H H H H H H H<br>A A A A H H H H H H H H H H H H H H H H H<br>[illegible] H H H H H H H H H H H H H H H<br>D/C'd 12-10-04<br>Hold for surgery on 9th |
| No blood thinners or NSAID 5 days prior to 12-09-04 * | | |

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE REPRODUCED

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

Physician RAYAPATI, SAM

Alt. Physician

Allergies NO KNOWN DRUG ALLERGY

Telephone No.

Alt. Telephone

Rehabilitative Potential

Medical Record No

Diagnosis

I of II

Moon, James

Medicaid Number

Medicare Number

Complete Chart Checked By: D Jean Title: LPN Date: 11-27

PATIENT

PATIENT CODE ROOM NO BED FACILITY C

# MEDICATION ADMINISTRATION RECORD

STD701

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prilosec 20mg po Bid X90 days Rayapati 12-14-04 to 03-14-05 | 9A | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | A | A | A | A | A | | | |
| | 9p | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| Vistaril 50Mg po q 9PM x 90days Dr Banerjee / C Harris hpr 12/23/04 03/23/05 | 9PM | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| Benadryl 25mg po q PM @ 9PM x 90days Dr Banerjee / C Harris hp 12/23/04 03/23/05 | 9PM | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | |
| Tylenol 500mg po (2) BID x 5 days 12/29/04 → 1-3-05 | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | → | | |
| | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | → | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-10-04 THROUGH 12-31-04

Physician Rayapati

Alt Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies NKDA

II of II

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: B Luke Title: RN Date: 12-10-[illegible]

PATIENT Moon, [illegible]

PATIENT CODE [illegible]

ROOM NO

BED

FACILITY C[illegible]

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# MEDICATION ADMINISTRATION RECORD

11/01/2004

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815895 RAYAPATI, SAM ,<br>START - 06/25/2004 STOP - 12/21/2004 | 9a<br>9p | [handwritten initials] |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [handwritten initials] |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [handwritten initials] |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6339993 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9p | [handwritten initials] |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9a | [handwritten initials] |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9pm | [handwritten initials] |
| Prednisone 20 mg ÷ PO BID<br>X 7 days 11/18/04 – 11/25/04<br>MS Floyd CRNP / G. Johnson LPN | 9A<br>9P | [handwritten initials] |
| Prednisone 20mg ÷ PO qd<br>X 14 days 11/26/04 – 12/10/04<br>MS Floyd CRNP / G. Johnson LPN | 9A | [handwritten initials] |
| Motrin 800mg ÷ PO TID PRN<br>X 30D 11-18-04 – 12-18-04<br>MS Floyd CRNP / G. Johnson LPN | 9A<br>3P<br>9p | [handwritten initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004

Physician RAYAPATI, SAM

Telephone No. | Medical Record No

Alt. Physician | Alt. Telephone

Allergies NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Moon, James

Medicaid Number | Medicare Number | Complete Entries Checked:

By: [signature] Title: LPN Date: 10-21

PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

10/01/2004

STDT0:

(VEN-473) VENTRESS CORRECTIONAL FAC

MEDICATIONS — HOUR — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

| MEDICATIONS | HOUR |
|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>INSTILL 1 DROP(S) IN EACH EYE AT BEDTIME<br>FOR 180 DAYS >>> KEEP IN REFRIGERATOR <<< | 9p |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN<br>REFRIGERATOR <<<<br>10-8-04 — 4-8-05<br>MOON, JAMES Rx #6379301 212228 | 9p |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 5815888 RAYAPATI, SAM,<br>START - 06/25/2004 STOP - 12/21/2004 | 9p |
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815895 RAYAPATI, SAM,<br>START - 06/25/2004 STOP - 12/21/2004 | 9a<br>9p |
| DOXEPIN (SINEQUAN-ADAPIN) 100MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME<br>RX: 5931128 BANERJEE, M D (MHM), SREELEKHA<br>START - 07/17/2004 STOP - 10/14/2004 | 9p |
| label | |
| Vistaril 25mg po qhs x 90 days<br>Dr Banerjee / C Harris Lp<br>09-30-04 12-30-04 | 9pm |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>9-30-04 — 12-30-04<br>MOON, JAMES 212228 | 9p |
| Benadryl 25mg po q h.s. x 90 days<br>Dr Banerjee / C Harris Lp<br>09-30-04 12-30-04 | 9pm |

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 3

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MEDICATIONS — HOUR — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2004 THROUGH 10/31/2004

Physician BANERJEE, M D (MHM), SREELEKHA

Alt. Physician

Allergies NO KNOWN DRUG ALLERGY

I of III

Telephone No.

Alt Telephone

Medical Record No

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature]

Moon, James

Title: LPN

Date: 9-24-0

PATIENT

MOON, JAMES

PATIENT CODE

ROOM NO

BED

FACILITY CODE