IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),   *

   Plaintiff,

                                              *

V.                                           2:06-CV-384-WKW

                                              *

SAMUEL RAYAPATI, M.D., ET AL.,

                                              *

   Defendants.

                                              *

**AFFIDAVIT OF TRAVIS NEAL MIERS, JR., D.M.D.**

     **BEFORE ME**, _____, a notary public in and for said County and State, personally appeared **TRAVIS NEAL MIERS, JR., D.M.D.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

     "My name is Travis Neal Miers, Jr., D.M.D. I am a licensed general dentist and am over twenty-one years of age. I graduated from the University Of Alabama School Of Dentistry in 1972. I received my dental license at that time. Since 2005, I have practiced dentistry with Ventress Correctional Facility located in Clayton, Alabama. My employment at Ventress is with Smallwood Prison Dental Services, Inc., the company that contracts with Prison Health Services, Inc. to provide dental services to inmates at Ventress.

     James Moon (AIS #212228) is an inmate who has been incarcerated at Ventress at all times pertinent to this lawsuit. I am familiar with Mr. Moon and have been involved with the dental services provided to him at Ventress. In addition, I have reviewed Mr. Moon's Complaint in this action as well as his medical and dental records (certified copies of which are being produced to the Court along with this Affidavit).

While it is difficult to determine from Mr. Moon's Complaint how I have acted inappropriately, it appears that Mr. Moon alleges that I have failed to provide him with timely and appropriate dental care subsequent to March 2, 2006. Mr. Moon's allegations in this regard are completely unfounded as I have provided this inmate with appropriate and timely dental care at all times.

I first examined Mr. Moon on September 14, 2005 where I determined that he was significant for bilateral mandibular lingual tori. It was my impression that these tori needed to be removed surgically prior to fitting Mr. Moon for lower partial dentures. I scheduled Mr. Moon an appointment with Dr. William Shirley on September 20, 2005 for his opinion regarding whether Mr. Moon could be fitted for lower partials without removing the tori. Dr. Shirley recommended that the tori be removed surgically.

Dr. Shirley removed Mr. Moon's tori on December 5, 2005. After he recovered from this procedure, I examined him again on March 2, 2006 and scheduled him an appointment to take impressions for lower partial dentures at the next available date.

Mr. Moon was again evaluated on March 22, 2006 where I made impressions for lower partials and the corresponding upper model. He was seen the next day, March 23, 2006, for alignment and bite registration. Mr. Moon's records indicate that he was afforded a dental cleaning on April 25, 2006. Light calculus was noted with moderate bleeding. He was encouraged to increasing flossing.

I again evaluated Mr. Moon on May 11, 2006 for a "try-in" whereby his lower partials where tested for appropriate fit. On May 25, 2006 Mr. Moon received his partials and they were appropriately adjusted. On June 1, 2006 Mr. Moon was provided follow up evaluation where his partials were adjusted a second time to ensure proper fit.

Based on my review of Mr. Moon's dental and medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his dental conditions and complaints have been evaluated and treated in a timely and appropriate fashion. Mr. Moon has been seen and evaluated by the dental staff, and has been referred to an appropriate care provider and given appropriate care, each time he has registered any dental complaints at Ventress Correctional Facility.

At all times, myself and the other dental health providers at Ventress have exercised the same degree of care, skill, and diligence as other similarly situated dental providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing dental care, evaluation, and treatment to this inmate.

At no time have I or any of the dental staff at Ventress Correctional Facility denied Mr. Moon any needed dental treatment, nor have we ever acted with deliberate indifference to any serious dental need of Mr. Moon. At all times, Mr. Moon's dental complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

Travis Neal Miers, Jr., D.M.D.

STATE OF ALABAMA    )
                    )
COUNTY OF _____ )

Sworn to and subscribed before me on this the 25th day of August, 2006.

Notary Public
My Commission Expires_____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 10, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS