EXHIBIT

E

Blumberg No. 5118

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),

      Plaintiff,                          *

V.                                       *

                                           2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., ET AL.,      *

      Defendants.                  *

                                           *

## <u>AFFIDAVIT OF NETTIE BURKS, R.N., H.S.A.</u>

**BEFORE ME,** _Charlotte Brown_ , a notary public in and for said County and State, personally appeared NETTIE BURKS, R.N., H.S.A., and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

"My name is Nettie Burks. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold an Associates Degree in nursing from Wallace College. I have been a licensed, registered nurse in Alabama since 1997. I have served as the Health Services Administrator (H.S.A.) at Ventress Correctional Facility ("Ventress") in Clayton, Alabama, since November 3, 2003. From November 3, 2003, through the present, my employment as H.S.A. has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Prison Health Services, Inc. (PHS) has established a simple three-step procedure for identifying and addressing inmate grievances at Ventress Correctional Facility. If an

inmate has a grievance regarding a healthcare issue he must submit to the healthcare unit an "Inmate Request Slip." These are standard forms that may be requested from an inmate's supervising officer in his dormitory. The inmate request slip allows an inmate to communicate any healthcare related concern by placing the request slip in the sick call box or mailbox to be forwarded to the healthcare unit. I subsequently review the request and respond to the inmate verbally.

If an inmate is unsatisfied with my response, he may request an "Inmate Grievance" form from the healthcare unit. This form allows an inmate to again voice his concerns relating to the healthcare issue addressed with the inmate request slip. I again respond to the inmate verbally.

If the inmate is still unsatisfied with my response, he or she may request from the healthcare unit an "Inmate Grievance Appeal" form. This form is again submitted to me and represents the final step of the appeal process. After an inmate submits an inmate grievance appeal, I will again meet with the inmate in a final attempt to address his concerns.

It is my understanding that James Moon has filed suit in this matter alleging that Marvin West, D.D.S., Travis Miers, D.M.D. and William Shirley, D.D.S. have failed to provide him with appropriate dental treatment. However, Mr. Moon has failed to exhaust Ventress's informal grievance procedure relating to the receipt of dental care. Specifically, as relevant to his Complaint, Mr. Moon submitted an inmate request slip with regard to dental care, but has failed to submit an Inmate Grievance or Inmate Grievance Appeal regarding the provision of dental care. Mr. Moon has failed to exhaust Ventress's informal grievance procedure. As such, the healthcare unit at Ventress has not

been afforded an opportunity to resolve Mr. Moon's dental complaints prior to filing suit."

Further affiant sayeth not.

NETTIE BURKS, R.N., H.S.A.

STATE OF ALABAMA      )
                      )
COUNTY OF _Barbour_   )

Sworn to and subscribed before me on this the ___26___ day of _September_, 2006.

_Charlotte Brown_
Notary Public – State-at-Large

My Commission Expires:

_1/10/2010_