IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),     *

    Plaintiff,     *

V.     2:06-CV-384-WKW

    *

SAMUEL RAYAPATI, M.D., ET AL.,     *

    Defendants.     *

## MOTION TO EXTEND TIME TO FILE
## SPECIAL REPORT AND ANSWER OF PRISON HEALTH SERVICES, INC.

COMES NOW Defendant, Prison Health Services, Inc. (PHS) by and through counsel of record respectfully requests that this Honorable Court extend the time period which this Defendant has to file its Answer and Special Report in this action by thirty (30) days up to and including October 26, 2006. As grounds for this Motion, Defendant shows to the Court as follows:

1. Samuel Rayapati, M.D. has a Motion to Extend Time to file Special Report and Answer currently pending before the Court.

2. Dr. Rayapati is the former Medical Director for Ventress Correctional Facility.

3. His current whereabouts are unknown.

4. Defendant PHS's Special Report will necessarily reference Dr. Rayapati's Affidavit.

5. As such, PHS requests an extension to file its Special Report and Answer in this matter corresponding with that of Dr. Rayapati.

6. This brief extension of time (in alignment with Dr. Rayapati's response) will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health Services, Inc., Samuel Rayapati, M.D., Travis Miers, D.M.D., Nettie Burks, R.N., H.S.A., Anthonette Marsh, L.P.N., Marvin West, D.D.S. and William Shirley, D.D.S.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 26th day of September, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

s/R. Brett Garrett GAR085

        Attorney for Defendants Prison Health
        Services, Inc., Samuel Rayapati, M.D.,
        Travis Miers, D.M.D., Nettie Burks, R.N.,
        H.S.A., Anthonette Marsh, L.P.N., Marvin
        West, D.D.S. and William Shirley, D.D.S.