

EXHIBIT

A-1

# A F F I D A V I T

STATE OF ALABAMA                    )
                                                         )
_Barbour_ COUNTY                       )


I, _Dorothy Stanford_, hereby certify and affirm that I am a

_Medical Records Clerk_, at _Ventress Correctional Facility_; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one _James Moon_, AIS#_212228_;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein

    I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at _Ventress Correctional_; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the 27th day of _July_, 2006.

                                                    _Dorothy Stanford_

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27th DAY OF _July_,
2004.

                    _Reba S Currie_
                    Notary Public
                    My Commission Expires: _9-8-08_

# RECEIPT OF DENTAL PROSTHETIC OR APPLIANCE

**Patient's Name:** _Moon, James_

**AIS Number:** _212 228_

I acknowledge the receipt of the following dental prosthetic/appliance:

( ) Upper Denture

( ) Lower Denture

( ) Upper Partial

(✓) Lower Partial

( ) Upper Nightguard

( ) Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I accept this prosthetic/appliance as it is functional for my use and is in good working condition.

I accept that this prosthetic/appliance has now become part of my personal belongings and I am fully responsible for any loss or damage.

I accept that the dental clinic and dental staff are not responsible for the repair or replacement of this prosthetic/appliance concerning any changes or adjustments made to it by anyone other than the dental staff.

I have read and understand all of the information provided above:

_James C. Moon_                         _MAY 25, 2006_
Patient's Signature                         Date Signed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | |
| ALLERGIES: | |
| Use Last     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / | |
| ALLERGIES: | |
| Use Fourth     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B / / | *FOR PROFESSIONAL USE ONLY* *CONFIDENTIAL RECORD* *NOT TO BE PHOTO COPIED* |
| ALLERGIES: | |
| Use Third     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Moon, James 212228 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. ▮▮▮▮ | |
| ALLERGIES: NKDA | |
| Use Second     Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Moon, James 212228 | DIAGNOSIS     and |
|---|---|
| D.O.B. ▮▮▮▮ | Prilosec 20mg 1 po a day x 90 days BB profile × am Bingay amt topka / B13 4 / mns - Ref Betimol 0.25% Eye Drops 1gtt |
| ALLERGIES: NKDA | |
| Use First     Date 7/20/06 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   [signature] Reye QDAY |

60110 (4/03)

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

---

NAME: James, Moon #212228

D.O.B
ALLERGIES: NKA

Use Last    Date  /  /

DIAGNOSIS (If Chg'd) continue Rx

D/C Xalatan OPTH

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: #212228  Moon, James

D.O.B          NKA
ALLERGIES:

Use Fourth    Date 5/12/06  /

DIAGNOSIS (If Chg'd)
DC Zantac

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: #212228   Moon James

D.O.B          NKA
ALLERGIES: NKDA

Use Third    Date 4/6/06  /

DIAGNOSIS (If Chg'd)
1) DC Soft diet
2) Resume Regular diet
3) Continue Prilosec 20mg p.o QD x 90d
4) RTC 2mo

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Moon, James 212228

D.O.B
ALLERGIES: NKDA

Use Second    Date 3/29/06

DIAGNOSIS (If Chg'd)

Flexeril 10 mg T po TID X 3 days
tylenol 325 mg TT po BID x 5 days

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

NAME: Moon, James 212228

D.O.B
ALLERGIES: NKDA

Use First    Date 3/29/06

DIAGNOSIS
① knee pain
LBP

Soft Diet X 3 months
Profile only for ® knee brace X 6 m
UA - Routine D.P for Bact/nitrit
Cough tabs 100 mg T po BID x 5 d

☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED

---

MEDICAL RECORDS COPY

60110 (4/03)

| Date/Time | Inmate's Name: | D.O.B.:  /  / |
|-----------|----------------|---------------|

5/12/06 — during Chart Review
Inmate is on Zantac and Prilosec.
probably Zantac may not be doing any thing

will d/c and F/u how im. feels

7-20-06 WT ___ B/p ___ P ___ R ___

7-20-06 WT 196   B/p 100/70   P 62   R 18   T 97.8

S. med renewal
53 wm for renewal of Prilosec 20mg c Hx of
GERD / reflux   NAD   USS   ⊖ N/V

A  GERD

P/ renew Prilosec 20mg 1 po ssg × 90 dys—
B/B Refer XLH m   renew Betimal 0.25 % ssg
Muscle Rub topical BID × 1 mm a her   ® eye
Safety   RTC PRN   Hay? Ordered

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**EMERGENCY**

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

| ADMISSION DATE 7/14/06 | TIME 1035 AM/PM | ORIGINATING FACILITY Ventress C/F ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES NKA (196#)

CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 98.6 ORAL/RECTAL  RESP 18  PULSE 114  B/P 100/78  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S- "I was hit in the jaw by another inmate, I was trying to get away from him"

| ABRASION /// | CONTUSION # | BURN xx | FRACTURE Z | LACERATION / SUTURES |

PROFILE RIGHT OR LEFT

PHYSICAL EXAMINATION

O- W/m ambulatory to HCU A&Ox3. Skin w/d to touch Resp even/unlabored. Bilat lungs noted clear. C/o the above. No injuries noted denies complaints. NAD.

RIGHT OR LEFT

ORDERS / MEDICATIONS / IV FLUIDS

P- Release to DOC
Satisfactory Condition

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIAGNOSIS: DOC Body Chart-

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/14/06 | TIME 1035 AM/PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULENCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |

NURSE'S SIGNATURE Statlis, LPN  DATE 7/14/06  PHYSICIAN'S SIGNATURE  DATE 7-19-06  CONSULTATION

INMATE NAME (LAST, FIRST, MIDDLE) Moon, James Charley  DOC# #212228  DOB  R/S Wm  FAC VCF

# D PA TMENT OF CORRECTI S
## EMERGENCY/ _Body chart_   TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY ___Ventress___ | ☐ EMERGENCY |
|---|---|---|---|
| 7-13-06 | 150 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☒ OTHER |

CONDITION ON ADMISSION
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

ALLERGIES _NKA_

VITAL SIGNS: TEMP _98.6_ ORAL/RECTAL  RESP _20_  PULSE _78_  B/P _120/90_  RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S. "I got hit by another inmate."

| ABRASION/// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION/ SUTURES |
|---|---|---|---|---|

**FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED.**

redness & dull pain

PHYSICAL EXAMINATION

0. 54 yr old w/m presents to HCU
P an altercation with another
inmate. Redness noted on (L) side of
face & slight swelling behind (L) ear
c/o dull pain.  Ice pack applied to
(L) side of face to ↓ swelling

ORDERS, MEDICATION, etc

A. DOC Body chart

P. Release to DOC.    X RAY (L) JAW to R/O Fx
Tylenol 325 T po BID x 2 days

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☒DOC ☐AMBULANCE | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7 / 13 / 06 | 200 AM/PM | (sig) Ventress | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| V. Young Lar | 7/13/06 | Taylor | 7/13/06 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Moon, Jones, Charley | 54 | | W/m | 212228 |



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: James Moon                    Date of Request: July 15, 2006
ID # 212228                        Date of Birth: ▮▮▮▮▮ Location: Segergation 9 B
Nature of problem or request: My Jaw & ear is be hurting Need
it Checked out. My Prilosec has run out on my
precription this medication is not Working I still
burn bad when I Laydown, I need surgery of the
~~Incompent Indoria~~                    James C. Moon
Incompeten Cardia                        *Signature*

**DO NOT WRITE BELOW THIS LINE**

Dr. Jackson stated patients is getting "poor H2 Antagonist therphy"
Date: 7/17/07
Time: 5735 AM (PM)
Allergies: NKA

```
RECEIVED
Date: 7-17-06
Time: 8:30
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective** (V/S): T:          P:          R:          BP:          WT:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**(A)ssessment:** *See Nct tool*

**(P)lan:** *Rept to HCU. Thurs. 7/17/06 for appt with CRNP.*

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                        CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
                        *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool: ~~PROFESSIONAL USE ONLY~~ General Sick Call

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Moon_

Inmate Number: _212 238_    Last    First ▮▮▮▮▮ MI

Date of Birth: _MM_ _DD_ ▮▮▮▮▮

Date of Report: _7_ / _17_ / _06_    Time Seen: _5:25_ AM / **PM** Circle One
MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Renewal of Phidage Medication_
Onset: _I were days will keep._

Brief History: _have maybe left for couple more_
(Continue on back if necessary) _days before it run out. Sore and jaw has_
_gone down. don't hurt any more._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:____ P: _54_ RR: _20_ B/P: ____ / ____

Examination Findings: _Wt #196. O2 94% no signs trauma_
(Continue on back if necessary) _to face._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)** Preliminary Determination(s): _Alt. in Health_
☐ Referral **NOT REQUIRED** _Comfort._

☒ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: _Prescription Medication_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP Floyd_    Date for referral: _7_/_19_/_06_
MM  DD  YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time ____

X _____    Name: _____
    Nurses Signature                        Printed

Region 4

NON-FO~~RM~~ULARY **PHARMACY** REQU~~ES~~T FORM

Form must be complete and legible. **You must Type or Print**.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 7/20/06 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| **(334) 775-8178** | 212228 | |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| **(334) 775-8178** | **A-473** | |

**Diagnosis**

GERD c Hiatal Hernia c esophageal stricture

☑ Male  ☐ Female

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**Medication Allergies**

NKDA

**Requested Non-Formulary and Strength:**

Prilosec 20 mg 1 po QD X 90 dy

**Directions:**

20 mg 1 po QD

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☑ 90 days  ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

DR Jackson – Gastro recommended
Prilosec for control of Acid
reflux

**Compliance:** ☑ > 80%  ☐ < 80%  (Determined by Review of MAR)

**Practitioner Information:**  ☐ Physician  ☑ NP/PA  ☐ Dentist

| Name: | L Floyd CRNP | Signature: | Linda Hall |
|---|---|---|---|
| Daytime Phone: | 334 775 8178 | Pager Number: | 334 775 8178 |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**  ☐ Approved  ☐ Additional information requested  ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

| Name: | |
|---|---|
| Signature: | |
| Date: | |

faxed 7-20-06

| Facility Name: | | | | | | | | | | | | | | | Month/Year of Charting: 6/06 | | | | | | | | | | | | | | | | | |

*Prilosec 20 mg*

*James C. Moon*
*28 Tabs June 21-06 mo*

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date:    Prescriber:
Stop Date:    RX #:



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies | | | *W Johnson LPN* | | 1 Discontinued Order / 2 Refused / 3 Patient out of facility / 4 Charted in Error / 5 Lock Down / 6 Self Administered |
| Housing Unit: | | | | | 7 Medication out of Stock |
| Patient ID Number: | | | *M Benefield MD* | | 8 Medication Held |
| Patient Name: | | | | | 9 No Show |

| Facility Name: Ventress Correctional Facility | | Month/Year of Charting: 06/06 | | |

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Prilosec OTC 20MG Tab     2**

Take 1 tablet(s) by mouth daily

K  *28 tabs given 5/20/06*
O
P

Start Date: 04-11-2006   Prescriber: Rayapati, Samuel
Stop Date: 07-09-2006   RX #: 251393016

**Xalatan 0.005% Solution     1**

Place 1 drop(s) in right eye at bedtime

K  *D/Ced 6-13-06*
O
P

Start Date: 02-16-2006   Prescriber: Murray, Daniel
Stop Date: 08-14-2006   RX #: 251179933

**Betimol 0.25% Solution     1**

Place 1 drop(s) in right eye every morning

K  *1 bottle 3/29/06*
O
P

Start Date: 03-24-2006   Prescriber: Murray, Daniel
Stop Date: 06-21-2006   RX #: 251327998

Start Date:   Prescriber:
Stop Date:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:   Prescriber:
Stop Date:   RX #:

Start Date:   Prescriber:
Stop Date:   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K. Lee LPN | KL | J. Johnson LPN | JJ | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 212228 | | | M. Benfield | MD | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

(MON) JUL 17 2006 15:18/ST 14:55/NO 6312281931 P 2

~~COOLINA~~ DEPARTMENT OF CORRECTIONS          9B34

Name: _Moon, James_

RADIOLOGY SERVICES REQUEST AND REPORT

State ID No: _212228_

DOB:

INSTITUTION: _Ventress_

Race: _W_     Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| _Floyd CRNP_ | 7-14-06 | | | | |

HISTORY/DIAGNOSIS:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**X-RAY REQUEST**

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FEMURS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | ✓ MANDIBLE (L) | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Moon

**REPORT**

LEFT MANDIBLE: The examination consists of an AP and one lateral oblique view. There is no evidence of abnormality. If symptoms persist, a follow up would be suggested to include a full mandibular series with AP, Townes and both lateral oblique views.

D & T: 07-17-06  Howard P. Schiele, M.D./dc Board Certified Radiologist  (Signature on file)

Mb 9-19-06

TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE

7-14-06

DATE, TIME EXAM PERFORMED

DATE SIGNED

~~WHITE-CHART COPY  CANARY-PHYSICIAN'S COPY  PINK-FILE COPY~~

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  Moor                James
                     LAST                FIRST              MI

DATE OF BIRTH ███████████        SS# 212228

(1)

**Housing Recommendations:**

KOP
Ben gay oint ;
BID X 1mo.

General Population _____

Medical Observation Unit_____

Lower Level/Lower Bunk ✓    X 6 mo
                            7-20-06 — 1-20-07

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

(3)

(2)

KOP
Bitimol 0.25%
eye drops ; gtt
(R) eye @ day X
    90 tarp
7-20-06 — 10-20-06

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs _____

Expressed Suicidal Ideation_____

History of Seizures _____

Other _____

Specify_____

Nurse  M Benefield      Date 7-20-06

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

To be opened by Medical
Personnel Only!

INFIRMARY

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James          # 212228 |

6/3/04 1957  S - "I'm alright just this reflux"
D - ambulatory to HCU, skin w/d, alert & oriented x3
admitted that he feels better after the antacid
tablets. no signs of nausea, resp even lungs
clear bilateral heart rate & rhythm is regular
bowel sounds presence x4 VS T 98. B/P 124/96
P 64 R 24, no edema noted
A - alteration in comfort
P - continue to monitor
E - notify nurse c̄ concern                    B Thompson

12/12  O - lying in bed, head of bed ↑, resp even, no
distress noted
P - report to oncoming shift                 B Thompson

6-3-04  O - Asleep (awakened) Alert & Oriented AWM
1130 pm  lying in bed - covered with blanket
skin warm & dry. Abdomen soft - non tender -
good bowel sounds. States "I have problems
with acid reflux, Hiatal hernia - it seems
like I have a pocket or fold left
that need to let out - My vomiting has
stopped - B/P 130/88 P.76 R18 T, 974 no
noted signs of abdominal discomfort at this
time - patient was left lying comfortable
on R side - (cont'd)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

To be opened by Medical Personnel Only!

PHS
PRISON HEALTH SERVICES INCORPORATED



## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James    # 212228 |

S- "I'm alright just this reflux"

D- ambulatory to HCU, skin w/d, alert & oriented x3 tablets, admitted that he feels better after the antacid tablets, no signs of nausea, resp even lungs clear bilateral heart rate & rhythm is regular bowel sounds present x4 VS T 98. B/P 124/96 P 64 R 24, No edema noted

A- alteration in comfort

P- continue to monitor

E- notify nurse c̄ concern _____ B Dumpwar

12/12  O - lying in bed, head of bed ↑, resp even, no distress noted

P- report to oncoming shift _____ B Dumpwar

6-3-04  O: Asleep (awakened) Alert & Oriented  AWM
1130p  lying in bed - covered with blanket - skin warm & dry - Abdomen soft - non tender - good bowel sounds - stated "I have problems with acid reflux, Hiatal hernia - It seems like I have a pocket or food that need to let out - My vomiting has stopped. B/P 130/88 P 76 R 18 T 97.9 - No noted signs of abdominal discomfort at this time - patient was left lying comfortably on R side - (cont'd)



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Moon James_     DOC# _212228_

ADMISSION DATE: _6/3/04_

ADMITTING DIAGNOSIS: _vomiting_

ADMITTING PHYSICIAN: _[signature]_

ESTIMATED LENGTH OF STAY: _____

To be opened by Medical
Personnel Only! DS

INFIRMARY



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD


FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /.
ALLERGIES:

Use Last    Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

DIAGNOSIS (If Chg'd)

D.O.B.   /   /
ALLERGIES:

Use Fourth    Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

*To be opened by Medical Personnel Only!*

DIAGNOSIS (If Chg'd)

*INFIRMARY*

D.O.B.   /
ALLERGIES:          DS

Use Third    Date   /   /

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James
#212228

D.O.B.
ALLERGIES: NKA

Use Second    Date 6/4/04

DIAGNOSIS (If Chg'd)
① continue Xalatan 1 drop
each eye QHS
② IOP ✓ 6 months

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James
#212228

D.O.B.
ALLERGIES: NKA

Use First    Date 6/4/04

DIAGNOSIS          d/c'd  P.O.P
Zantac 300 mg  hs — Cancel d/c
Zantac 150 mg  p.o. bid — 90 d
RTC PRN

☐ GENERIC SUBSTITUTION IS NOT PERMITTED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: ▇▇▇▇ |
|---|---|---|

6-4-04  WT 209½  T98⁴  P 101  R 20  B/P 120/80

0710  S. "I thought I was going to throw up
after I ate breakfast but it never
did come up" ———— MBenefield/

6/4/04  Reviewed Nurse Note —
practically no not vomitting
P/E. Unchanged —
(A)  PUD
P)  Cont zantac  F/U
any vomitting - show medical.

_[signature]_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INFIRMARY



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES   INFIRMARY

| Date/Time | |
|---|---|
| 6-4-04 0715 | S" I feel a lot better than yesterday" O, WM ambulated up hallway for VS To see MD. — T 98⁴ P 101 R 20 B/p 120/80 — WT. 209½ — respirations even and unlabored — skin warm et dry to touch — denies any vomiting @ this time — M Benefield ʃ |
| 6-4-04 1010 | O — WM ambulates to see MD — no acute distress noted — new orders received and noted — M Benefield ʃ |
| 6-4-04 1100 | O — Inmate to be released back to pop — M Benefield ʃ |
| 6-4-04 1125 | O — Nurse was advised that inmate was throwing up again — nurse went to check on how much he had thrown up and before she could get to the infirmary inmate had flush the emesis down the toilet — Inmate stated "He's not going to do anything for me anyway" — M Benefield ʃ |
| 6-4-04 1140 | Inmate was released from Infirmary To return to population — M Benefield ʃ |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | | |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-3-04 11³⁰ | A) alteration in comfort. P) Continue to monitor /closely. R. Morris RN |
| 6-4-04 1⁵⁹ | O) Asleep – eyes closed – lying on Ⓡ side – skin warm + dry (Awakened) denies any problem with vomiting & No c/o of any problems with abdominal discomfort – Rest well on Ⓛ side. R Morris RN |
| 6-4-04 3⁴⁰ | O) Alert (Awakened) – Stated "I'm trying to keep my food down (it seems) like it want to come up. I'm alright now" – Patient to contact Nurse at once if problem with vomiting starts – Stated had consumed about 70% of breakfast. P) Continuing to monitor. R Morris RN |
| 6-4-04 5⁵⁹ | O) Asleep (awakened) – Voiced no problems of abdominal distress – Food did not return (vomit) from patient – No c/o of nausea or discomfort – left lying in bed on back No noted distress – A) Alteration in comfort – P) Continue to monitor closely / Report to On coming Nurse – R Morris RN |

INFIRMARY

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | | W/M | VCF |



PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY DISCHARGE

INMATE NAME: _Moor, Jamie_ DOC# _212228_

DISCHARGE DATE: _03/07/05_

DISCHARGING DIAGNOSIS: _acute Pancreatitis_

DISCHARGING PHYSICIAN: _Dr. Robbins_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY ADMISSION

INMATE NAME: _Moan, Ginus_     DOC# _012228_

ADMISSION DATE: _03/04/05_

ADMITTING DIAGNOSIS: _Acute Pancreatitis_

ADMITTING PHYSICIAN: _Dr. Robbins_

ESTIMATED LENGTH OF STAY: _Undetermined_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: / / |
|---|---|---|

**3/7/05**
**0652**

52 yo wm recently in hospital for "acute pancreatitis". No records presently available.

PMHx: ? esophageal stricture.
            H/o back surgery ~

VSS. afebrile. Mild abdominal "soreness", otherwise no c/o. Alert/oriented
Lungs clear.
Heart RRR s̄ (m).
Abdomen soft s̄ organomegaly / mass. ⊕ tenderness.
Neuro s̄ gross deficit.

A/P 1) Pancreatitis, resolving. Clinically stable.
        Get records.
        Ok to return to prior facility.
        ✓ labs w̄ī wk.

(signature)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

60111 (5/85)    **Complete Both Sides Before Using Another Sheet**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# DAILY PATIENT ASSESSMENT SHEET

Date: 3-7-05

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | 05 | | | | Time | 05 | | |
| Assessed by (initials): | AJ | | | | Assessed by (initials): | AJ | | |

| RESPIRATORY | Quality | | | | | WOUNDS/ULCERS/DRESSINGS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Normal | ✓ | | | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | ✓ | | | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | | Wound healing S inflammation | | | | |
| | Sounds - Clear | | | | | Dressing Dry & Intact | | | | |
| | Abnormal | | | | | Dressing Changed | | | | |
| | Cough - Productive | | | | | Size | | | | |
| | Non-Productive | | | | | Type | | | | |
| | Humidified O2 Therapy | | | | | Location | | | | |
| | L/Minute | | | | | | | | | |
| | Incentive Spirometer | | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | | |

| ABDOMEN | Abdomen soft & nondistended | ✓ | | | | TREATMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | ✓ | | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |

| PULSE/RATE | Regular | ✓ | | | | IV THERAPY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Irregular | | | | | Bottle #/Rate | | | | |
| | Strong | ✓ | | | | | | | | |
| | Weak | | | | | | | | | |
| | Apical | | | | | | | | | |
| | Radial | ✓ | | | | | | | | |

| | Patient Teaching | | | | | | Site and Rate checked every two hours | | | | |

| NURSE S SIGNATURE: | RN 11-7 a. Jackson, R.N | LPN 11-7 | 11-7 |
|---|---|---|---|
| | 7-3 | 7-3 | 7-3 |
| | 3-11 | | |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date: 3/6/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | 05 | 10 | 20 | Time | | 09 | 1015 | 20 |
| Assessed by (initials): | | ag | EJ | ag | Assessed by (initials): | | oj | | ag |

**RESPIRATORY**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Quality | | | |
| Normal | ✓ | ✓ | ✓ |
| Shallow | | | |
| Deep | | | |
| Labored | | | |
| Rate - WNL | ✓ | ✓ | ✓ |
| Slow | | | |
| Rapid | | | |
| Sounds - Clear | ✓ | ✓ | ✓ |
| Abnormal | | | |
| Cough - Productive | | | |
| Non-Productive | | | |
| Humidified O2 Therapy | | | |
| L/Minute | | | |
| Incentive Spirometer | | | |
| Suctioning-Oral/NI/Trach | | | |

**ABDOMEN**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Abdomen soft & nondistended | ✓ | ✓ | ✓ |
| Abnormal | | | |
| Bowel sounds - Active | ✓ | | ✓ |
| Abnormal | | | |
| Pain-Tenderness | | | |

**PULSE/RATE**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Regular | ✓ | ✓ | ✓ |
| Irregular | | | |
| Strong | ✓ | | ✓ |
| Weak | | | |
| Apical | | | |
| Radial | ✓ | ✓ | ✓ |

**RALS** | Patient Teaching | | | |

**TUBES AND DRAINAGE**
Wound healing s̄ inflammation

**WOUND/DRESSINGS**
Dressing Dry & Intact
Dressing Changed
Size
Type
Location

**TREATMENTS**

**I.V. THERAPY**
Bottle #/Rate
Site and Rate checked every two hours

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| NURSES SIGNATURE: | RN 11-7 | LPN 11-7 | | 11-7 |
|---|---|---|---|---|
| | 7-3 | 7-3 | | 7-3 |
| | 3-11 | 3-11 | | 3-11 |

# PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date 3/5/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0010 | 0905 | 2100 | | Time | 0010 | 0905 | 2100 |
| | Assessed by (initials): | MB | EG | Q1 | | Assessed by (initials): | MB | EG | eg |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing S̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | | **WOUNDS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning -Oral/Nl/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | | | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | ✓ | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | | | | | |
| | Irregular | | | | | Bottle #/Rate | | | |
| | Strong | ✓ | | ✓ | **I.V. THERAPY** | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **?RALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NURSE S SIGNATURE: | RN  11-7 | M Bango | LPN  11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | E. Fielder RN | 7-3 | | 7-3 | |
| | 3-11 | ?ackson RN | 3-11 | | 3-11 | |

# DAILY PATIENT ASSESSMENT SHEET

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

Date 03/04/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| Time | | | | | Time | | | | |
| Assessed by (initials): | | | | | Assessed by (initials): | | | | |

| RESPIRATORY | Quality | | | | | TUBES AND DRAINAGE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Normal | | ✓ | / | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | | ✓ | | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | | | | | | |
| | Sounds - Clear | | ✓ | / | | Wound healing $ inflammation | | | | |
| | Abnormal | | | | | | Dressing Dry & Intact | | | |
| | Cough - Productive | | | | | | Dressing Changed | | | |
| | Non-Productive | | | | | | Size | | | |
| | Humidified O2 Therapy | | | | | | Type | | | |
| | L/Minute | | | | | | Location | | | |
| | Incentive Spirometer | | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | | |

| ABDOMEN | Abdomen soft & nondistended | | ✓ | ✓ | | TREATMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | | ✓ | / | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |

| PULSE/RATE | Regular | | ✓ | / | | I.V. THERAPY | Bottle #/Rate | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Irregular | | | | | | | | | |
| | Strong | | ✓ | | | | | | | |
| | Weak | | | | | | | | | |
| | Apical | | | | | | | | | |
| | Radial | | | | | | | | | |

| PL...IALS | Patient Teaching | | | | | | Site and Rate checked every two hours | | | |
|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| NURSE S SIGNATURE: | RN 11-7 | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|
| | 7-3 | 7-3 | | 7-3 | |
| | 3-11 | 3-11 | | 3-11 | |



Moon, James

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | S: No C/o voiced @ this time. |
| 3/5/05 2100 | O: Alert & coherent. Resp even + @ ease. Good skin color. Denies pain + discomfort c this time. General condition appears stable. A: Pat alt in comfort RT DX P: Cont POC ————— a. Jackson, R.N. |
| 3/6/05 0500 | S: No C/o voiced @ present. O: Resting in bed; Easily aroused (Resp even + @ ease. Good skin color. Denies pain + discomfort. No acute distress noted. A: Pat alt in comfort CRT DX P: Cont POC ————— a. Jackson, R.N. |
| 3/6/05 1015 | S- No nurse c/o. O- Alert, ex neutral. Up ad lib on ward, PO intake good. Output good. No N+V. NAD, nsg assessment done. A- Altered health status Rt dx P- Monitor ex follow MD Order. E. Fuller |
| 3/6/05 2000 | S- No c/o voiced @ present. O- Alert & coherent. Resp even c @ ease. Good skin color. General condition appears stable. A- Pat alt in comfort RT DX. P: Cont POC ————— a. Jackson, R.N. |
| 3/7/05 0500 | S- No C/o voiced @ this time. O- Resting in bed. Easily aroused (Resp even + @ ease. Good skin color. General condition appears |

# INFIRMARY ASSESSMENT

DATE: _03/04/05_     PATIENT: _Moon, Glennes_

**KEY/DIRECTIONS:**

☑ Assessment done; No changes found within established criteria.

\* Assessment done; changes found outside established criteria, details in progress notes.

# Notation in progress notes (indicate in signature/title block)

PC Assessment done; changes found outside established criteria; secondary to pre-existing condition.

**PHYSICAL ASSESSMENT:**

| | | 7-3 | | | 3-11 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/AO, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | 04a | ✓ | | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA + SENSATION) | | ✓ | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | ✓ | | | | | | | |
| CARDIOVASCULAR (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS; SKIN WARM/DRY) | | ✓ | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | ✓ | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | ✓ | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN NO RED AREAS) | | ✓ | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS WEAKNESS) | | ✓ | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | ✓ | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | | | | | | | | |

**IV THERAPY:     TYPE**

HL-HEPLOCK          C-D-INT JUGULAR
IV-INTRAVENOUS    #15-16 - EXT JUGULAR
A-B-CVP

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | N/A | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |
| **INCISIONAL/WOUND CARE:** | | | |
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |

RIGHT  LEFT     LEFT  RIGHT
ANTERIOR        POSTERIOR

**SIGNATURES/TITLES:**

# PATIENT CARE NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: _____
Date of Birth: _____





**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _03/04/05_

To: _ADOC_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

From: _West Ward_

Inmate Name: _Moen, Glenne_     ID#: _21 22 28_

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

_Admit to West Ward Bed #73_

_____

_____

_____

Date: _03/04/05_   MD Signature: _R. Robbins / B. Hubler_   Time: _230 pm_

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Meow James. | 2 . 12 8 . 0 5 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-7758178 | | ▓▓▓▓▓▓▓ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 | 212228 | ___ / ___ / ___ |
| **Will there be a charge?  Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑Yes ☐No   ☑Male ☐Female | ___ - ___ - ___ | ___ / ___ / ___ |

Responsible party: ☑PHS  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐Auto Ins.  ☐Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** ☑Physician ☐NP, PA ☐Dental

DR S RAYARAM

**Facility Medical Director Signature and Date:**

Samuel Ray apol MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)  ☐Dialysis (DA)
☐Routine  ☑Urgent

Estimated Date of Service (mm/dd/yy): 2 12 9 1 05
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐Radiation therapy
☐Chemotherapy
Number of Visits/Treatments: _____  ☐Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

Transfer to Bone for IP - Rx
for acute pancreatitis

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

Dx acute Pancreatitis So NPO
IV Therapy Around the clock
and needs pain management
Nsaids / Narcotics pio dr Counceled
2° Oesophageal Benign Stricture

**Results of a complaint directed physical examination:**

Amy lase > 500
Serum abd Pain
Stable at this point
Er abd neg for Gallstones
Was not non Compliant to prilosec

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested:  (See Attached)

☐ Resubmitted with requested information.  Date resubmitted: ___ / ___ / ___

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Type: | Med Class: | UR Auth #: | (mm/dd/yy) |
|---|---|---|---|
| | | | |

UM Referral review form 2-05-2004



FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

**PRISON HEALTH SERVICES INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 03/01/05 @ 2050 | S- coming from the hospital |
| | O- alert & oriented x3 @ distress noted. Resp. & ease. small scant amount of swelling noted to ankles. VS WNL |
| | A- alt health status R/T DX |
| | P- continue to monitor. E Hadin RN |
| 3/4/06 1800 | S- No complaints voiced. |
| | O- Alert x3. Respirations c ease. Resting quietly in bed c eyes open. No distress noted. |
| | A- Altered health status RT DX. |
| | P- Continue to monitor. A. DeLong RN |
| 3/5/05 0000 | S- "I'm ok" |
| | O- Patient resting quietly in bed. Alert & oriented x3. Respirations even & unlabored I. BS x 4 quads. No complaints voiced. |
| | A- Altered health status R/T dx |
| | P- Continue to monitor. M Berge |
| 3/5/05 0905 | S- "My stomach feels sick" |
| | O- Alert verbal & oriented. Up ad lib on open ward. C/o feeling nauseated, no vomiting, denies pain in abdomen. Output good. |
| | A- Altered health status R/t dx |
| | P- Monitor & follow MD orders. E Freeman |

| INMATE NAME (LAST, FIRST, MIDDLE) Moor, James | DOC# 212228 | DOB | R/S N/A | FAC KCF |
|---|---|---|---|---|

PHS-MD-70049          mplete Both Sides Before Using Another



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | Stable |
| | a. Pat alt in comfort per Dr |
| | P. Cont POC                    a Jackson, RN |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | | 2850 | 1800 | Time | | | 28p | 180 |
| Assessed by (initials): | | BH | Qa | Assessed by (initials): | | | BH | Qa |

**BEHAVIOR/MENTAL STATUS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Alert | | ✓ | ✓ |
| Oriented x 3 | | ✓ | |
| Disoriented | | | |
| Lethargic | | | |
| Cooperative | | ✓ | ✓ |
| Combative/Uncooperative | | | |
| Anxious | | | |
| Depressed | | | |

**SPEECH**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Clear | | ✓ | ✓ |
| Slurred | | | |
| Rambling | | | |
| Aphasic | | | |
| Inappropriate | | | |

**SENSATION/MOVEMENT**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Moves all extremities | | ✓ | ✓ |
| Weakness | | ✓ | ✓ |
| Paralysis | | | |
| Paresthesia | | | |
| CMS intact | | | |

**ACTIVITIES**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bedrest | | | ✓ |
| Turn q 2 hours | | | |
| OOB (chair) | | | |
| BRP | | | |
| Bedside commode | | | |
| Ambulate | | ✓ | ✓ |

**HYGIENE**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Complete/Assist/Partial | | | |
| Shower/Shampoo | | | |
| Oral Care | | | |
| P.M. Care | | | |
| Peri-Care | | | |
| Doctor's visits | | ✓ | |

**SKIN**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Temperature: Warm | | ✓ | |
| Hot | | | |
| Cool | | | |
| Turgor: Good | | ✓ | ✓ |
| Fair | | | |
| Poor | | | |
| Moisture: Dry | | ✓ | |
| Moist | | | |
| Color: WNL | | ✓ | ✓ |
| Pale | | | |
| Flushed | | | |
| Cyanotic | | | |
| Jaundice | | | |
| Edema (location/amount) slight (ankles) | | ✓ | ✓ |
| Free of pressure/irritation | | | |

**TUBE FEEDINGS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Tube feeding/Type: | | | |
| Bottle changed | | | |
| Tubing changed | | | |

**SAFETY**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Restraints: soft wrist/posey | | | |
| Call light in reach | | | |
| Bed in low position | | | |
| Siderails: up x 4 2 | | ✓ | |
| Ambularm | | | |

**OTHER**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Decub. mattress/pad | | | |
| TED hose: knee hi/thigh hi | | ✓ | |
| Remove 30 q 8 hours | | | |

**NURSING ROUNDS**

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Checked on rounds | | ✓ | ✓ |
| Respirations unchanged | | ✓ | |

✔ Acceptable normal          X  Within normal limits

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212278 | | W/M | KCF |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0600 | 0905 | 2100 | | Time | 0600 | 0905 | 2100 |
| | Assessed by (initials): | MW | EJ | W | | Assessed by (initials): | MW | EJ | KJ |
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ | **SKIN** | Temperature: Warm | ✓ | ✓ | |
| | Oriented x 3 | ✓ | ✓ | ✓ | | Hot | | | |
| | Disoriented | | | | | Cool | | | |
| | Lethargic | | | | | Turgor: Good | ✓ | ✓ | ✓ |
| | | | | | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ | | Poor | | | |
| | Combative/Uncooperative | | | | | Moisture: Dry | ✓ | | ✓ |
| | Anxious | | | | | Moist | | | |
| | Depressed | | | | | Color: WNL | ✓ | ✓ | ✓ |
| | | | | | | Pale | | | |
| **SPEECH** | Clear | ✓ | ✓ | ✓ | | Flushed | | | |
| | Slurred | | | | | Cyanotic | | | |
| | Rambling | | | | | Jaundice | | | |
| | Aphasic | | | | | | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | ✓ | | Free of pressure/irritation | | | |
| | Weakness | | | | | | | | |
| | Paralysis | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Paresthesia | | | | | Bottle changed | | | |
| | CMS intact | | | | | Tubing changed | | | |
| **ACTIVITIES** | Bedrest | | | | **SAFETY** | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | | | | | Call light in reach | | | |
| | OOB (chair) | | | | | Bed in low position | ✓ | ✓ | ✓ |
| | BRP | ✓ | ✓ | ✓ | | Siderails: up x 4 | x2✓ | | x2✓ |
| | Bedside commode | | | | | Ambularm | | | |
| | Ambulate | ✓ | ✓ | ✓ | | | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | **OTHER** | Decub mattress/pad | | | |
| | Shower/Shampoo | | | | | TED hose: knee hi/thigh hi | ✓ | ✓ | |
| | Oral Care | | | | | Remove 30 q 8 hours | | | |
| | P M Care | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | |
| | Peri-Care | ✓ | ✓ | ✓ | | Respirations unchanged | | | |
| | Doctor's visits | | | | | | | | |

✓ Acceptable normal     X Within normal limits

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 217228 | | WM | KCF |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| Time | | 05 | 1015 | WP |
| Assessed by (initials): | | bg | EY | NJ |

| BEHAVIOR/MENTAL STATUS | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Alert | ✓ | ✓ | ✓ |
| | Oriented x 3 | | ✓ | |
| | Disoriented | | | |
| | Lethargic | | | |
| | Cooperative | ✓ | ✓ | ✓ |
| | Combative/Uncooperative | | | |
| | Anxious | | | |
| | Depressed | | | |

| SPEECH | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Clear | ✓ | ✓ | ✓ |
| | Slurred | | | |
| | Rambling | | | |
| | Aphasic | | | |
| | Inappropriate | | | |

| SENSATION/MOVEMENT | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Moves all extremities | ✓ | ✓ | ✓ |
| | Weakness | | | |
| | Paralysis | | | |
| | Paresthesia | | | |
| | CMS intact | | | |

| ACTIVITIES | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Bedrest | | | |
| | Turn q 2 hours | | | |
| | OOB (chair) | | | |
| | BRP | ✓ | | ✓ |
| | Bedside commode | | | |
| | Ambulate | | ✓ | |

| HYGIENE | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Complete/Assist/Partial | | | |
| | Shower/Shampoo | | | |
| | Oral Care | | | |
| | P.M. Care | | | |
| | Peri-Care | | | |
| | Doctor's visits | | | |

| SKIN | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Temperature: Warm | ✓ | ✓ | ✓ |
| | Hot | | | |
| | Cool | | | |
| | Turgor: Good | ✓ | ✓ | ✓ |
| | Fair | | | |
| | Poor | | | |
| | Moisture: Dry | ✓ | ✓ | ✓ |
| | Moist | | | |
| | Color: WNL | ✓ | ✓ | ✓ |
| | Pale | | | |
| | Flushed | | | |
| | Cyanotic | | | |
| | Jaundice | | | |
| | Edema (location/amount) | | | |
| | Free of pressure/irritation | | | |

| TUBE FEEDINGS | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Tube feeding/Type: | | | |
| | Bottle changed | | | |
| | Tubing changed | | | |

| SAFETY | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Restraints: soft wrist/posey | | | |
| | Call light in reach | | | |
| | Bed in low position | ✓ | ✓ | ✓ |
| | Siderails: up x 4 | x2 | | x2 |
| | Ambularm | | | |

| OTHER | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Decub. mattress/pad | | | |
| | TED hose: knee hi/thigh hi | | | |
| | Remove 30 q 8 hours | | | |

| NURSING ROUNDS | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Checked on rounds | ✓ | ✓ | ✓ |
| | Respirations unchanged | | | ✓ |

✓ Acceptable normal        X  Within normal limits

FOR PROFESSIONAL
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | | W/M | KCF |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 05 / Uy | | | | Time | 05 / ay | | |
| | Assessed by (initials): | | | | | Assessed by (initials): | | | |
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | | | | Temperature: Warm | ✓ | | |
| | Oriented x 3 | ✓ | | | | Hot | | | |
| | Disoriented | | | — | | Cool | | | |
| | Lethargic | | | | Turgor: Good | ✓ | | |
| | | | | | | Fair | | | |
| | Cooperative | ✓ | | | | Poor | | | |
| | Combative/Uncooperative | | | | Moisture: Dry | ✓ | | |
| | Anxious | | | | Moist | | | |
| | Depressed | | | | Color: WNL | ✓ | | |
| | | | | | **SKIN** | Pale | | | |
| **SPEECH** | Clear | ✓ | | | | Flushed | | | |
| | Slurred | | | | Cyanotic | | | |
| | Rambling | | | | Jaundice | | | |
| | Aphasic | | | | | | | |
| | Inappropriate | | | | Edema (location/amount) | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | | | | | | | |
| | Weakness | | | | Free of pressure/irritation | | | |
| | Paralysis | | | | **TUBE/FEEDINGS** | Tube feeding/Type: | | | |
| | Paresthesia | | | | Bottle changed | | | |
| | CMS intact | | | | Tubing changed | | | |
| **ACTIVITIES** | Bedrest | | | | | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | See O | | | | Call light in reach | | | |
| | OOB (chair) | | | | **SAFETY** | Bed in low position | ✓ | | |
| | BRP | ✓ | | | | Siderails: up x 4 | x 2 | | |
| | Bedside commode | | | | Ambularm | | | |
| | Ambulate | ✓ | | | | | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | **OTHER** | Decub. mattress/pad | | | |
| | Shower/Shampoo | | | | TED hose: knee hi/thigh hi | | | |
| | Oral Care | | | | Remove 30 q 8 hours | | | |
| | P.M. Care | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | | |
| | Peri-Care | | | | Respirations unchanged | ✓ | | |
| | Doctor s visits | See O | | | | | | | |

| ✓ | Acceptable normal | | X | Within normal limits |
|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | | Wm | KCF |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_

LAST                    FIRST                    MI

DATE OF BIRTH _____    SS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

(3) Bottom Bunk Profile from 1-18-06 till 7-18-06

(1) "Muscle rub KOP to left knee twice a day for 30d 1-18-06 till 2-18-06

(2) Use Ear drops both ~~both~~ ears use four drops three x a day for 7 days then report to HCU @ 615 for ears irrigation 1-26-06

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _A Marsh_    Date _1-18-05_

_James Moon_

GLF 1005        Original/Classification        Second Copy/Booking Staff        Third Copy/Medical Unit



**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Moon          James_

Date of Birth: ████████          Social Security No: _2/2228_

Date: _1-13-06_          Time: _11 15_          A.M.  P.M.

This is to certify that I, _Moon          James_, currently in
(Print Inmate's Name)

custody at the _VCF_, am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Inmate admitted to infirmy per_
(Specify in Detail)
_Dr Ryppath for observation per remmrtty - after being advised_
_of importante - Inmate refuse to be admitted to infirm_
_after observation - remmtty against medical refuse_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.


_James C. Moon_                              _N Mackin_
(Signature of Inmate)**                      (Signature of Medical Person)

_F. Smitt Jr_                                _N. Young Lpn_
(Witness)                                    (Witness)


**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____11·21·05_____          Time: __0900__ A M. P M

I have been advised by Medical Staff _Ventress Correctional_

that it is necessary for me to undergo the following treatment:

_Hepatitis B Vaccination_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _____,

(Name of Facility)

and its agents and employees from any liability.

_had Series 2000_

Inmate: _James C. Moon_          Date: _11/21/05_

Witness: _S. Castello MN_          Date: _11·21·05_

Witness: _T. Smith Za_          Date: _11/21/05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James Charley | 212228 | ▓▓▓ | W/M | |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Montgomery Co. CT_
(Agency)

_____
(Address)

From: _Ventress Correctional Facility_
(Institution)

_P.O. Box 767 Clayton, Al._
(Address)

_(334) 775-8128_
(Telephone)

Inmate's Name: _Moon, James_

a/k/a: _____

DOB: ██████████  SS #: _212228_
**Person Completing Form**

Name: _V. Young Jr_

Signature: _V. Young Jr_

Date: _8-5-05_

---

**MEDICAL PROBLEM(S):**

Anxiety d/o Nas
Depression d/o Nas

**TREATMENTS/MEDICATIONS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

Allergies: _NKDA_

| TB Skin Test: | NEG | POS | Date _11-20-04_ |
| CXR: | NEG | POS | Date _" "_ |

Pregnant:     Yes    (No)    Unknown

Other Lab Data:

| Test | | | Treated | Date |
|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | _11-20-04_ |
| VDRL | NEG | POS | Yes No | _" "_ |
| GC: | NEG | POS | Yes No | _" "_ |
| Other: | | | Yes No | _" "_ |



**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

Date: _9/21/05_

To: _ADAC_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

From: _P1_

DIET CARD

NO _213228_

**Inmate Name**

NAME _Moon, James_    WARD _VCF_    _8_

**The following a**

DIET _Soft_

DIAGNOSIS REQUIRING DIET _difficulty Swallowing_

1.    House in    START DATE _9-21-05_    STOP DATE _3-21-06_

PHYSICIAN / BY _Dr. Raippati / Hmett h_

2    Medical I:

3.    Work restr    F-54 Rev 1-94    _James C. Moor_    Original-Dietary, Ivory-Imate

4.    May have extra_____until_____

5    Other_____

**Comments:**

_Please allow inmate to go to pill call + eat with the diabetics 9/21/05 - 3/21/06_

Date: _9/21/05_ MD Signature: _Dr. Raippati / Hmett_ Time: _12 00 pm_

_James C. Moon_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-14-05

**To:** DOC

**From:** HCU

**Inmate Name:** Moon, James    **ID#:** 212228

## The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDENTIAL RECORD~~
~~NOT TO BE PHOTO COPIED~~

4. May have extra_____until_____

5. Other _____

**Comments:** TO HCU on 9/19/05 @ 8AM for Apt. with MD.

_____

_____

**Date:** 9-14-05    **MD Signature** A Rajyapati /Burk    **Time:** 12'PM

James C. Moon

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Montgomery County Court_
(Agency)

_____
(Address)

Inmate's Name: _Moon, James_

a/k/a: _____ -NA-_

D.O.B.: ██████████    SS #: ██████████
**Person Completing Form**

From: _PHS/Ventress Correctional Facility_
(Institution)

_P.O. Box 767 Clayton_
(Address)

_(334) 775 - 3331 Ext. 307_
(Telephone)

Name: _Frances Smith_

Signature: _F. Smith Lpn_

Date: _8/4/05_

---

**MEDICAL PROBLEM(S):**

1) Hiatal Hernia

2) 3 ERD

3) Glaucoma

4) Hx. Anxiety / Depression

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

**TREATMENTS/MEDICATIONS:**

Zantac 150mg ; PO q AM

Zantac 300mg PO @ HS

Pamelor 25mg PO @ HS

Benadryl 25mg PO @ HS

Xalantan Opth Solution
@ HS

---

**Allergies:** _N K D A_

**Pregnant:**   Yes   (No)   _N/A_ Unknown

Other Lab Data:

**TB Skin Test:** (NEG)   POS    Date _11-20-04_
**CXR:**              NEG   POS    Date _____

| Test | | | Treated | | Date |
|------|---|---|---------|---|------|
| RPR: | NEG | POS | Yes | No | _11-24-04_ |
| VDRL: | NEG | POS | Yes | No | _____ |
| GC: | NEG | POS | Yes | No | _____ |
| Other: | _____ | | Yes | No | _____ |

DIET CARD

NO. 26228

NAME _Mari Grimes_ WARD _VCF_

DIET _Soft_

DIAGNOSIS REQUIRING DIET _Spasm Teeth_

START DATE _7/6/05_   STOP DATE _8/5/05_

PHYSICIAN / BY _L. Pehogal Carr / A. Smith Jr._

X _James Linton_

F-54 @ev 1-94

Original-Dietary, Ivory-Inmate

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/6/05

**To:** ADOC

**From:** PHS / Ventress

**Inmate Name:** Moon, James     **ID#:** 213228

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

5. Other _____✓_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

NO prolong Standing > 15 min x6 months 7/6/05 - 1/6/06

**Date:** 7/6/05     **MD Signature:** L Floyd CRNP / Thrittly     **Time:** 9³⁰ Am

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _____
     (Agency)

_____
     (Address)

_____

From: _____
     (Institution)

_____
     (Address)

_____
     (Telephone)

Inmate's Name: _____

a/k/a: _____

D O B: ████████████    SS #: ████████████

**Person Completing Form**

Name: _____

Signature: _____

Date: _____

---

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**Allergies:**

| | | | |
|---|---|---|---|
| TB Skin Test: | NEG | POS | Date 11-26-04 |
| CXR: | NEG | POS | Date |

---

**Pregnant:**    Yes    No    Unknown

| Test | | | Treated | Date | |
|---|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | | |
| VDRL: | NEG | POS | Yes No | | |
| GC: | NEG | POS | Yes No | | |
| Other: | | | Yes No | | |

**Other Lab Data:**

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James H 21228_

LAST                    FIRST                    MI

DATE OF BIRTH _____     SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _____     Date _3/23/05_

X _James C. Moon_

*[handwritten notes:]* Report to HU on Wednesday 3/30/05 at 8:00 AM for F/U appt. c MD

Pill Call at 9A, 3p, +9pm



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# INFORMED CONSENT TO MEDICAL SERVICES

Inmate's Name: _Moon, James # 212228_

Date Of Birth: _[redacted]_    Social Security No.: _____

Date: _____    Time: _1200_    A.M. / P.M.

I hereby authorize Prison Health Service, Inc. and _Dr. Rayapati_ ,
(Print Physician's Name)

his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), _drain cyst on head_ ,necessary to treat my condition has been fully
(State in Layman's terms)

explained to me by Dr. _Rayapati_ and I understand the nature of, and risks assiciated with,
this procedure(s). Briefly stated, they are: (Benefits) _____

_____

(Risks) _Scar, hair loss, bleeding_

_____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have

been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as

well as the risks of refusing the described treatments(s) (if applicable) have been fully explained to me.

_James C. Moon_    _J. Smith_
(Signature of Inmate)    (Witness)

_[signature]_    _A. Burton_
(Signature & Title of Provider)    (Witness)

286-3343  *Transport Cost*   **PHS** PRISON HEALTH SERVICES INCORPORATED

*Witness*
FAX (334) 215-9126
Phone (334) 215-6678



### DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: __BMCS__

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDE        CORD~~
~~NOT TO          COPY~~

Patient: __JAMES MOON__

Alias: _____ ▮▮▮▮▮

Date of Birth: ▮▮▮▮▮▮▮

From: __Kilby Prison__
__P.O. Box 11__
__Mt. Meigs, Al 36057__

Inmate ID No.: __212228__

Social Security No.: ▮▮▮▮▮▮▮▮

Date(s) of Service: __2-28-05 - 3-04-05__

I hereby authorize the above named provider to release to Prison Health Services, Inc and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

| | | |
|---|---|---|
| [ ✓ ] Admission | [ ] Discharge | [ ] Operative Summary Reports |
| [ ✓ ] X-Ray | [ ] Special Studies Reports | [ ] HIV Test |
| [ ✓ ] Laboratory Reports | [ ] Immunization History | [ ] Dental Treatment Records |
| [ ] Psychiatric Summary Report | [ ] Drug Treatment History & Counseling Reports | |
| [ ] Other Records _____ | | |

(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _James C. Moon_
(Patient's Signature)

_Annie P. Pine_
(Witness' Signature)

X _March 7, 2005_
(Date)

_3/7/05_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_     _3/7/05_
(Signature and Title for PHS)     (Date)

2005 15:11 FAX 8512109120

05900489
376256

286-3393

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



FAX (334) 215-9126
Phone (334) 215-6678

### DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: _Bmcs_     From: _Kilby Prison_
_P.O. Box 11_
_Mt. Meigs, Al 36057_

Patient: _JAMES MOON_     Inmate ID No.: _212228_

Alias: _____     Social Security No.: ▊▊▊▊▊

Date of Birth: ▊▊▊▊▊     Date(s) of Service: _2-28-05 - 3-04-05_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments prognosis and recent care

[✓] Admission           [✓] Discharge                    [ ] Operative Summary Reports
[✓] X-Ray               [ ] Special Studies Reports       [ ] HIV Test
[✓] Laboratory Reports  [ ] Immunization History          [ ] Dental Treatment Records
[ ] Psychiatric Summary Report  [ ] Drug Treatment History & Counseling Reports
[ ] Other Records _____
                              (Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _James C. Moon_          X _March 7, 2005_
(Patient's Signature)                (Date)

_Jennie P. Ann_            _3/7/05_
(Witness' Signature)                 (Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_Charlotte Foster_     _3/7/05_
(Signature and Title for PHS)     (Date)

PHS-MD-70037

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

VCF = 99% O2    B/P Pulse Ox 99%

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | | |
|---|---|---|---|---|---|
| 2/27/05 | 1150 AM/PM | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES: NKDA  WH

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 96.8 AX  ORAL/RECTAL AX  RESP 20  PULSE 63  B/P 130.90
RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S: I'm having pain in my left chest et my right arm. I'm having spasms in my legs. The pain started Friday. I drank a coke et ate a couple pk of mustard et it eased up. I can't pley. I can't breath. I've gotta sit.

ABRASION /// CONTUSION # BURN xx FRACTURE Z LACERATION / SUTURES

PROFILE RIGHT OR LEFT

Pain

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: AOX3. N/V in dorm. Observed by nurse. Escorted to HCU via ER wagon. Wheeled into ER via W/C. Bowel sound ⊕ X4. Lungs CTA bil. Oral breathing. left leg jerking. Yes. No SOB noted.

A: Alt in comfort

P: EKG. Notify Dr Rayapati

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1207 Lead via ER ambulance to Bullock ER for evaluation | | |
| TO Dr Rayapati / C Johnson LPN | | |

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASED / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 02/27/05 | 1230 AM/PM | Bullock County ER | ☐ DOC ☑ AMBULANCE ☐ | ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

NURSE'S SIGNATURE: C Johnson LPN  DATE: 2/27/05
PHYSICIAN'S SIGNATURE  DATE  CONSULTATION

INMATE NAME (LAST, FIRST MIDDLE)  DOC# 212228  DOB  R/S W/M  FAC. VCF

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

w/212258

## *RECEIVING SCREENING FORM*

Inmate's Name: *Moon, James*    Date: 3-8-05  Time: 4:14

DOB: ▮▮▮▮    Officer: _____    Institution: VCF

*Receiving Officer's Visual Opinion*                     Yes      No

1.  Is the inmate conscious? — ✓ / —

2.  Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? — / ✓

3.  Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? — / ✓

4.  Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? — / ✓

5.  Is the skin in poor condition or show signs of vermin or rashes? — / ✓

6.  Does the inmate appear to be under the influence of alcohol or drugs? — / ✓

7.  Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) — / ✓

8.  Is the inmate making any verbal threats to staff or other inmates? — / ✓

9.  Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? ✓ / —

10. Does the inmate have any obvious physical handicaps? — / ✓

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? ✓ / —

12. Are you on any special diet prescribed by a physician? (if YES, what type?) — / ✓

13. Do you have a history of venereal disease or abnormal discharge? — / ✓

14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? — / ✓

15. Have you ever attempted suicide? — / ✓

    (If YES, When? _____ How? _____

16. Do you want to do any harm to yourself now? — / ✓

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**EMERGENCY**  99% O2    12:25P Pulse of 99%

| ADMISSION DATE 2/27/05 | TIME 1150 ☐AM ☒PM | ORIGINATING FACILITY VCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☐ SICK CALL   ☐ EMERGENCY ☒ OUTPATIENT |

ALLERGIES NKDA    Ht Not done

| CONDITION ON ADMISSION ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

| VITAL SIGNS: TEMP 96.8 AX | ORAL RECTAL AX | RESP 20 | PULSE 63 | B/P 130/90 | RECHECK IF SYSTOLIC <100> 50 ___ |

NATURE OF INJURY OR ILLNESS

S: I'm having pain in my [?] chest et in my right arm. I'm having spasms in my legs. The pain started Friday. I drank a coke et ate a couple pk of mustard et it eased up. I can't pee [?]. I can't breath. I've gotta sit [?].

| ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / SUTURES |



PROFILE RIGHT OR LEFT

Pain

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: A+O x3. N/V in dorm. Observed by nurse. Escorted to HCU via ER wagon. Wheeled into ER via W/C. Bowel sound ⊕ X4. Lungs clear. Oral breathing. Left leg jerking occ. No SOB noted.

A: Alt in comfort

P: EKG. Notify Dr Rayapati

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

1207 Lead via ⊕ ambulance to Bullock ER for Evaluation. TO Dr Rayapati/ G Johnson LPN

DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INSTRUCTIONS TO PATIENT
As Written above

| DISCHARGE DATE 02/27/05 | TIME 1230 ☐AM ☒PM | RELEASE/ TRANSFERRED TO Bullock County ER | ☒ DOC ☒ AMBULENCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE G Johnson LPN | DATE 2/27/05 | PHYSICIAN'S SIGNATURE ___ | DATE ___ | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | / DOB | R/S | FAC. VCF |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3·9·05

**To:** ADC

**From:** Dr Rajapati/G Johnson LPN

**Inmate Name:** Moni James          **ID#:** 212228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

1. Lay in times one week 3/9/05 - 3/16/05

2. Follow up with MD in two weeks 3/23/05

**Date:** 3/9/05    **MD Signature:** Dr Rajapati/G Johnson LPN    **Time:** _____

James C. Moon    212228    60418

# VENTRESS CORRECTIONAL FACILITY

# VERIFICATION OF ACESS TO HEALTHCARE

## THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS. I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

_James C. Moon_
SIGNATURE

_212228_
AIS NUMBER

_[signature]_
WITNESS

_3-8-05_
DATE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 03/04/05

**To:** ADOC

**From:** West Ward

**Inmate Name:** Moon, Jane     **ID#:** 212228

The following action is recommended for medical reasons:

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** Admit to West Ward Bed #23

_____

_____

_____

**Date:** 03/04/05  **MD Signature:** Dr. Robbins /Bhudith  **Time:** 230pm

60418



**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

Date: _03/07/05_

To: _ADOC_

From: _West Ward_

Inmate Name: _Moon, James_    ID#: _412228_

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _____

**Comments:**

_Discharge from West Ward - No Medical_
_Hold - may return to prior facility_
_Or population_

Date: _03/07/05_   MD Signature: _Dr Robbins / B Fletcher_ Time: _105 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 2/17/05 | TIME 8:25 AM PM | ORIGINATING FACILITY _Ventress_ ☐ SIR ☐ PDL ☐ ESCAPEE ☐_____ | ☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | wt. 203# | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.4 ☒ORAL ☐RECTAL | RESP 20 | PULSE 55 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50 _____ |
|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

S - "I got hit in the jaw and mouth by another inmate. I wasn't fighting. I'm throwing up blood."

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

cut lip cut on tongue.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - w/m escorted to HCU. A&O x 3. Skin warm + dry to touch. Respirations even + unlabored. Inmate noted, noted spitting out bright red blood from oral cavity. Small laceration noted to tongue. Bruise noted to (R) side of face underneath (R) eye. Sm. laceration noted to lip. Abrasion also noted to (R) lower forearm. Heart noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| A - DOC Body chart | | |
| P. Released to Doc in satisfactory condition. | | |

DIAGNOSIS
full. Lungs clear.

INSTRUCTIONS TO PATIENT
RTC if bleeding reoccurs. Sick call

| SCHARGE DATE 2/7/05 | TIME AM PM | RELEASE / TRANSFERRED TO | ☐ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE F. Smith | DATE 2/17/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S w/m | FAC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-19-05

**To:** ADOC

**From:** PHS / Ventress

**Inmate Name:** Moor, James          **ID#:** 212228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:**

① Ø heavy lifting c̄ ® arm x 90 days

start 1-19-05 / 4-19-05

② Pill call - time 9A/9P

**Date:** 1-19-05    **MD Signature:** NS. Floyd, CRNP & J. Alvez, LPN    **Time:** 2:35 p

James C. Moor

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12-10-04

**To:** VCF

**From:** HCU

**Inmate Name:** Moon, James     **ID#:** 212228

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

**Comments:**

① Follow up appointment to see MD on March 11, 2005 (Friday).

② Do Not take any Motrin or Aspirin products.

_____

**Date:** 12-10-04     **MD Signature:** B. Lule RN     **Time:** 0915

James C. Moon

60418

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) ___*Moon*___ ___*James*___ ___*MI*___
                          LAST            FIRST           MI

DATE OF BIRTH ▮▮▮▮▮▮▮▮    SS# _2 1 2 2 2_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

(4) No Aspirin
no Motrin
Advil, Tylenol
Ibuprofen

(3) See
Dr Rayapati
12-10-04
@ 900/am

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____  Date _12-9-04_

_James C. Moon_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _11-20-04_

**To:** _VCF_

**From:** _HCU_

**Inmate Name:** _Moon, James_          **ID#:** _212228_

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _Appointment to see MD on Monday December_

**Comments:** _6, 2004 (12-06-04) at 8:00Am RIT physical_
_rectal exam with hemocult, Lesion on back_

_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_____

_____

**Date:** _11-20-04_  **MD Signature:** _B. Leibe RN_          **Time:** _1000_

_James C. Moon_
_212228_



**SEGREGA1.** ᵀHEALTH LOG

Name: _Moon, James_   AIS# _2/228_   Cell _____

Name Key: NC No Complaints
C Complaint (Provide Documentation in Complaint Section)

| Year | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL RECORD
FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTO COPIED

Nurse's Signature and Initials:

_Ruth O'Neal_


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Pulse ox 95%*

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _VCF_ | ☐ SICK CALL   ☐ EMERGENCY |
| 11/03/04 | 1015 ☐AM ☑PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐_____ | ☑ OUTPATIENT |

ALLERGIES  _NKDA_     Wt 209¾ lbs

CONDITION ON ADMISSION
☑GOOD  ☐FAIR  ☐POOR  ☐SHOCK  ☐HEMORRHAGE  ☐COMA

| VITAL SIGNS: TEMP 97.2 ☐ORAL ☐RECTAL | RESP 20 | PULSE 92 | B/P 140/100 | RECHECK IF SYSTOLIC <100> 50 ____ |

NATURE OF INJURY OR ILLNESS

S/I/H here for a DOC Body
Chart I.R. Jackson.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHYSICAL EXAMINATION

O: No broken skin or bones
noted. Skin is W&D. A&O x3
Top left great toe near distal
joint is redden. No swelling
noted. Escorted to HCU (by officer)
Cargle

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |

A: DOC Body Chart
P/E Release to the custody of DOC
officers, K Cargle, for any
Medical C/O sign up for sick call

DIAGNOSIS

INSTRUCTIONS TO PATIENT  _As written above_

| DISCHARGE DATE | TIME | RELEASE/ TRANSFERRED TO | CONDITION ON DISCHARGE |
| 11/03/04 | 1020 ☐AM ☑PM | ☑DOC  ☐AMBULENCE  ☐ | ☑SATISFACTORY ☐POOR  ☐FAIR ☐CRITICAL |

| NURSE'S SIGNATURE G Johnson LPN | DATE 11/3/04 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | DOB | R/S W/M | FAC. VCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 10/10/04 | TIME 0830 ☐AM ☐PM | ORIGINATING FACILITY Ventress ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY X OUTPATIENT |

ALLERGIES NKA Wt 209#

CONDITION ON ADMISSION ☐ GOOD X FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 99² (ORAL) RECTAL   RESP. 20   PULSE 176   B/P 118/76   RECHECK IF SYSTOLIC <100> 50 ____

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / _____ SUTURES |

S- My tooth has been killing me
for 3-4 days. I ran out of Motrin.
Yellowish drainage from gum.
O- Ambulated to HCU. A10 x's 3
Broken & decayed tooth front upper
c̄ swelling to gum above. Redness to
gum & edema seen only. A̅o 2.5 cm
swelling to Rt jaw line on outer
face. C/o pain to Rt side tooth.
Tooth has filling in place. No swelling
seen @ this gum area; redness only.
No drainage seen. No redness or ↑ heat

PHYSICAL EXAMINATION

to outer face seen or palpated. Pain
& soreness d/t condition of teeth/gums.
A- Alteration comfort R/T x̄ infection
P- Medication as ordered
E- Pill call times, ↑ po H₂O, take
all medication as ordered, newsletter
for dental appointment.

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| V.O. Dr West; 10 days | | |
| Pen VK 500 mg ī po tid | 0900 | BL |
| Tylenol 500 mg īī po tid PRN 7 days | 0900 | BL |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
See above

| DISCHARGE DATE 10/10/04 | TIME 0910 ☐AM ☐PM | RELEASE / TRANSFERRED TO X DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE X SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| NURSE'S SIGNATURE B. Lube RN | DATE 10-10-04 0910 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# 212228 | DOB | R/S W/m | FAC VCF |

In the drawing area: "swelling to gum", "Swelling outer jaw", "PROFILE RIGHT OR LEFT", "RIGHT OR LEFT"



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Moon, James #212228_

Date of Birth: ▓▓▓▓▓▓▓    Social Security No: _____

Date: _10-6-04_    Time: _____ A.M. / P.M

This is to certify that I, _____ , currently in
(Print Inmate's Name)

custody at the _Venters C.F._ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _sick call on 10-6-04_
(Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_____ _(signature)_
(Signature of Medical Person)

_____
(Signature of Inmate)**

_____ Kimberly K. White COI _____ _(signature)_ RN
(Witness) (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_____
                      LAST         FIRST           MI

DATE OF BIRTH ████████_____    SS# _212228_____

**Housing Recommendations:**

General Population_____
Medical Observation Unit_____
Lower Level/Lower Bunk_____
Suicide Precautions_____
Special Watch (15 Minute Checks)_____
Isolation_____
Initiate Universal Precautions_____

*Appointment to see Dr Rayapati 10-01-04 at 9:00A RIT GI problem*

**Individual found to be:**

Frail/Elderly_____
Physically Handicapped_____
Developmentally Disabled_____
Drug/Alcohol Withdrawal_____
Special Mental Health Needs_____
Expressed Suicidal Ideation_____
History of Seizures_____
Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _B. Lile, RN_____     Date _9-30-04_____

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Nixon James - 212228*

                       LAST           /        FIRST             MI

DATE OF BIRTH ████████████████      SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*To HCU on 8/20 @ 8ᵃᵐ for apt. with MD.*

**Individual found to be:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse *[signature]*  Date *8-19-04*



**Advanced Medical
Imaging Center**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
DOB:
Account#: 881724
Chart#: 70550
Exam: UPPER GI/BARIUM SWALLOW 08-12-04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no
abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx
or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal
to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never
exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic
inlet and this is probably a peptic stricture. No hiatal hernia was noted.

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction.
This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal.
There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise
normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

# PHS

# Health Fair

BLOOD PRESSURE: _100/70_

GLUCOSE: _FSBS @ 1305 — 133_

CARDIAC SCREEN:

1)  Do you have a history of heart disease?    Yes____ No ✓

2)  Do you smoke?    Yes____ No ✓

3)  Do you have a family history of heart disease?    Yes____ No ✓

4)  Do you have high cholesterol?    Yes____ No ✓

5)  Do you have chest pain when you exert yourself?    Yes____ No ✓

TUBERCULOSIS SCREENING SHEET: _____

NAME _Moon, James_    AIS _212228_ DATE _8/26/04_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

May participate by completing
survey within three months of
Health Fair.

Reviewed by Dr. Will Mosier, State Medical Director_____
                                                                        Date



**PRISON HEALTH SERVICES, INC.**

## T.B. SCREENING FORM

Skin Test Positive Date _____ mm  Today's Date _8-26-04_

Any Symptoms of:                                    Yes          No

Loss of Appetite                                     _____        ✓
Fever/Chills                                         _____        ✓
Hoarseness                                           _____        ✓
Chest Pain                                           _____        ✓
Weight Loss                                          _____        ✓
    Usual Weight _196_
    Present Weight _212_

Night Sweats                                         _____        ✓
Excessive Fatique                                    _____        ✓
Dyspnea                                              _____        ✓
Productive Cough ( more than 3 weeks)                _____        ✓

IF YES:
Sputum Production _____ Color _____

Consistency _____

Hemoptysis _NO_____

HIV Positive _NO_____

Nurse Signature _N. Burke, RN_____ Date _____

*Refer to MD or Mid-Level Provider if any YES answers.*

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Moon, James | 212228 | ▆▆▆▆ | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon_        _James_

LAST                FIRST                MI

**DATE OF BIRTH** _____        SS# _2/2228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*report to HCU on 8-5-04 to see Dr. Rayapati @ 900 AM*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

*James Moon*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____        Date _8-4-04_


**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 /4 /04 | TIME 510 ☐ AM ☐ PM | ORIGINATING FACILITY VCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA  D₂ 97% Sat wt 208

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ☐ ORAL ☐ RECTAL    RESP 20    PULSE 102    B/P 28/90    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**

S- I was choking trying to swallow something. I ate some corn today. It feel like something is in the pocket.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O- ambulatory to HCU alone steady gait skin w/D alert + oriented x 3 no distress noted c no signs of choking pt. talkative no signs of nausea or vomiting

A alteration in comfort

P- to see Dr. Rayapati in the A.M.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**
Keep appointment as schedule

| DISCHARGE DATE 8 /4 /04 | TIME 520 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Thompson | DATE 8/4/04 | PHYSICIAN'S SIGNATURE | DATE 8/5/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) *Moon, James - 212229*

LAST                    FIRST                    MI

DATE OF BIRTH ████████████████          SS# _____

**Housing Recommendations:**

General Population_____          *Jo HCU @*

Medical Observation Unit_____   *8 AM on June*

Lower Level/Lower Bunk_____     *22nd for*

Suicide Precautions_____        *M D apt.*

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

**Individual found to be:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _____          Date *6/17/04*

*James C. Moon*

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_
LAST                FIRST                MI

DATE OF BIRTH ███████████    SS# _____

# 212228

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

① Bottom Bunk Profile X 6 mo.
5-20-04 ——— 11-20-04

② as prolonged standing profile X 6 mo.
5-20-04 ——— 11-20-04

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _Benefield_    Date _5-20-04_

X _James C. Moon_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_____

    LAST              FIRST              MI

DATE OF BIRTH _____  SS# _212228_____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

*Report to HCU
on wednesday
12/10/03 @ 1:30pr
for follow-up
appt —

Nurse _Staalis, Lpn_____  Date _12/03/03_____

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DATE: 5/11/06    TIME:

| Target Symptoms | Behavioral Rating Scale: 0-None ... | Day vs Before |
|---|---|---|
| Depressed mood | | 0 / 0 |
| Poor sleep | | 0 / 0 |
| Low energy | | 0 / 0 |
| Anxiety / Worry | | 0 / 0 |
| Feelings of nervousness | | 0 / 0 |

Medications: Pamelor D/C'd as of 1/12/06. I'm doing
well clinically.

Compliance: Inmate report _____ % vs MAR _____ %    Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S "I am good, I am not depressed, I am
not anxious, I am doing fine without
taking any medicines. My esophagus is
stretched twice. I can eat much
better now." Reports of other sxs of mood,
anxiety or thought d/o, & thoughts to
hurt himself or anyone
else.

Side effects:

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ⊘SI, ⊘HI, ⊘HA, ⊘delusions, ⊘paranoia, |
| Serious Depression | ✓ | | ⊘ sxs of anxiety/depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present time. |
| Situational Upset | ✓ | | None noted |

O

Voices
no
other
Concerns

Lab info: None from mental health at this time.    Labs Ordered:    Labs Reviewed:    AIMS?:

A&O×3,
good
eye
contact.

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia (in remission)
Gc A ⊘ (in remission)

PLAN: I'm clinically stable. Doing well without
being on any psychotropic meds since 1/12/06.
Exhibits ⊘ sxs or signs of mental illness at
present. Discussed c Tx Plan to change his

Mood:
euthymic
Affect:
Appropriate

Return to clinic: RTC PRN    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MOON, James | 212228 | | W/M | MH = 0 | Ventress |

Disposition: Medical File

* mental health code to zero
at this time. Discussed Tx plan c Inm. He
understands and agrees c Tx plan. D/C

Thought
process
logical
& coherent

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 1/12/06   TIME:

Target Symptoms — Behavioral Rating Scale 0=No problem 5=worst

*CONFIDENTIAL RECORD — FOR PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED*

Depressed mood
Poor sleep
Low energy
anxiety/worry
Feelings of nervousness

Medications: I'm refusing meds. 100% med noncompliant at present. Pamelor D/c'd.

Compliance: Inmate report ___% vs MAR ___%

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am fine, I am not taking the medicine. I am doing good without it. Right now I have to take care of my medical problem. I have problem with my esophagus. I don't want to take any mental medicines now."

**O** Reports & other Sx's of mood, anxiety or thought db. & thoughts to hurt himself or anyone else.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø Sx's of psychosis, Ø SI, Ø HI, Ø HA |
| Serious Depression | ✓ | | Ø Sx's of anxiety be 7 Ø delusion |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted / at present time |
| Situational Upset | ✓ | | None noted |

Voices no other concern

Labs: None.   Labs Ordered:   Labs Reviewed:   AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)**
Dysthymia (in remission)
GAD (in remission)

A to x3. Mood: euthymic Affect: Appropriate

**PLAN:** Inm clinically stable. Has been med noncompliant. Refusing all psychotropic meds at present time. Exhibit Ø Sx's of signs of mental illness at present. Will DC Pamelor. RTC 90 days.

Thought Process: logical Ø loose association noted

Print Last Name: DR. BANERJEE  Sign: S Banerjee, MD

Patient's Name: (Last, First, Middle) MOON JAMES  AIS# 212228  Age  R/S N/u  Code 3m II  Institution Ventress

Disposition: Medical File  ADOC AR 632,633,623,615  ADOC Form MH-025 March 2, 2005

Will be followed up c counseling RTC 90 days for follow up. Discussed

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Moon James

AIS #: 212228                    LOCATION:

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Pamelor | 50 mg | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROBLEM REPORTED:
Side effects:_____  Medication-Related Problem: ✓  Non-Compliance:_____
Explanation:

S - I want to stop the Medicine - Since the
dr increased the dosage - My tongue has
been sticking to the roof of my Mouth and I don't
like the way it makes me feel

Reported by: _____ Otarris Lpn     Date: 1-09-06

MENTAL HEALTH NURSE FOLLOW-UP:

O - Alert to surroundings c̄ No complaints - denies
harm to self/others

A - Side effect c̄ Medication

P - Schedule to F/u c̄ Dr Banerjee for Medication re-evaluation

Follow-Up by: OO arris Lpn.     Date: 1-09-06

PSYCHIATRIC REVIEW/PLAN:

Please review progress notes dated 1/12/06

SBanerjee, MD.

| Follow-Up by: | | Date: |
|---|---|---|
| Inmate Name | | AIS # |
| Moon James | | 212228 |

DOC Form #458-01

3 of 4

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 12/19/05   TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Depressed mood | | 1 / 0-1 |
| Poor sleep | | 1 / 0-1 |
| Low energy | | 1 / 0 |
| anxiety / worry | | 1 / 0 |
| Feelings of nervous | | 1 / 0 |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Medications: Pamelor     Informed Consent
Benadryl D/C'd

Compliance: Inmate report 100% 0% vs MAR _____ %
In addition to the information in the tables above and below, then inmate-patient:

S   "I have problem with my teeth. I have problem with my esophagus and that is making me more depressed. I was seen by a free world Doctor for problems with my esophagus". Reports of other sxs of mood, anxiety or thought d/o, & thought to hurt himself or anyone else, voices no other issues.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sxs of psychosis, ØSI, ØHI, ØHA |
| Serious Depression | ✓ | | mildly increased sxs of no delusion |
| Self-Injurious Thoughts | ✓ | | Denies   depression and anxiety |
| Suicidal intent | ✓ | | Denies ✓ noted at this time. |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted mildly upset c̄ his medical problems |

Side effects: 0

Lab info: None from mental   Labs Ordered:   Labs Reviewed: health at this time.

ASSESSMENT/Diagnosis (DSM-IV):
Dysthymia
GAD

PLAN: Im exhibits mildly increased sxs of anxiety and depression. Will increase Pamelor to 50 mg/d. D/c Benadryl at this time. Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. Continue care
Return to clinic: RTC 90 days   Print Last Name: DR. BANERJEE   Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212 228 | | W/M | SMI | Ventress |

Disposition: Medical File

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

| DATE: 4/22/05 TIME: | Behavioral Rating Scale 0=No problem 5= worst | | Today vs Before |
|---|---|---|---|
| Target Symptoms | | | |
| Depressed mood | | | 1-0 / 1-2 |
| Poor sleep | | | 1 / 1-2 |
| Low energy | | | / |
| anxiety / worry | | | 0 / 0 |
| Feelings of nervousness | | | 0 / 0 |
| Medications: | | | Informed Consent |
| Pamelor | | | |
| Benadryl | | | ✓ |

Compliance: Inmate report 100% % vs MAR 100% %

In addition to the information in the tables above and below, then inmate-patient:

**S** "My depression is because of my medical problems. I have problem with my teeth, my esophagus, I am not anxious but I feel sad occasionally when I think of my medical problems". Reports of other sx's of mood, anxiety or thought d/o. & thoughts

Side effects:

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings to hurt himself or anyone |
|---|---|---|---|
| Psychosis | ✓ | | sx's of psychosis, SI, HI else |
| Serious Depression | ✓ | | sx's of depression improving & HA & delusion |
| Self-Injurious Thoughts | ✓ | | Denies + sx's of anxiety noted. |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted at present time |
| Situational Upset | | 4 | Re: his medical issues. |

Lab info: None    Labs Ordered:    Labs Reviewed:    AIMS:?

**ASSESSMENT**/Diagnosis (DSM-IV)
Dysthymia (in partial remission)
Generalized anxiety d/o (in remission)

**PLAN:** I'm responding well to his current psychotropic meds, will continue current meds. Continue current tx plan. RTC in 90 days for follow up. Continue care.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | | W/M | Sm I | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 6/30/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Depressed mood | | 0/0 |
| Poor sleep | | |
| Low energy | | |
| Anxiety/Worry | | 0/0 |
| Feelings of nervousness | | 0/0 |
| Medications: | | 0/0 |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO-COPIED*

Compliance:  Inmate report 100 % vs MAR 100 %    Pamelor, Benadryl, Restoril.    Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am not anxious anymore but I feel depressed at times. I have lots of medical problems with my esophagus and that makes me depressed." Reports

**O** ∅ other sxs of mood, anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Voices no other issues or concerns at this time. A+O×3.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Mood: somewhat sad |
| Serious Depression | ✓ | | ∅ sxs of psychosis, ∅SI, ∅HI, ∅HA |
| Self-Injurious Thoughts | ✓ | | mild sxs of depression noted. |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | Denies |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | ✓ | None noted |
| | | | Re: current situation. |

Mood noted. Affect: mildly depressed affect noted. Thought Process: logical.

Lab Info:    Labs Ordered:    Labs Reviewed:    AIMS?
None at this time from mental health.

**ASSESSMENT/Diagnosis (DSM-IV)**
Depressive D/O NOS
Generalized anxiety D/O (in remission)

**PLAN:** Pt is exhibiting mild sxs and signs of depression ∅ sxs of anxiety noted. Will start him on Pamelor. D/C Restoril. Continue Benadryl. Discussed Tx plan c Pt. He understands and agrees c Tx plan. Continue care.

Return to clinic:  RTC 90 days

Print Last Name: DR. BANERJEE    Sign: Banerjee, M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | | Code | Institution |
|---|---|---|---|---|---|---|
| Moon James | 212228 | 47 | W | M | SME | Ventress |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 3/24/05  TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | Today vs Before |
|---|---|---|
| Anxiety/Worry | | 0/3 |
| Feelings of nervousness | | 0/3 |
| Depressed mood | | 0/2 |
| Poor sleep | | 0/2 |
| Low Energy | | 0/2 |

Medications: Vistaril, Benadryl

Informed Consent ✓

Compliance: Inmate report 100 % vs MAR 100 %

In addition to the information in the tables above and below, then inmate-patient:

S "I am doing fine. Vistaril helps me control my anxiety. Benadryl helps me sleep. I have lot of medical problems." Reports ∅ Sxs of

Side effects:

O  mood or thought d/o. ∅ side effects reported from meds A+O x 3. Speech: WNL. Mood: euthymic, Affect: Appropriate Thought Process: logical, ∅ loose associations, Insight: Fair.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ Sxs of psychosis noted |
| Serious Depression | ✓ | | Sxs of anxiety improved ∅ Sxs of depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present |
| Situational Upset | ✓ | | None noted |

Lab info: None  Labs Ordered: from mental health  Labs Reviewed:

CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY NOT TO BE PHOTO COPIED

ASSESSMENT/Diagnosis (DSM-IV)
Generalized Anxiety D/O
Depressive D/O NOS (in remission)

PLAN: Im clinically stable. Doing well on current meds will continue current meds. Continue current TX plan. RTC in 90 days for follow up on his
Return to clinic: RTC 90 days  Print Last Name: DR. BANERJEE  Sign: SBanerjee, MD) clinical status

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | 47 | W/M | SMI | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## ITERDISCIPLINARY PROGRESS OTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/2/06 | | S Counseling Session | |

S- Inmate Moon stated that he still has dental problems, but the dentist will assist him with this soon. S/M stated he has Glucoma in his right eye + it's condition is getting worse. Also, he complained about other medical problems. S/M will speak to the DON today concerning his medical issues.
S- Cooperative
A- Depressed mood
P- Next session is scheduled in one month.          A. Peters, MHP

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

/13/06  Im seen for TX team meeting. Reviewed and discussed TX plan c̄ Im. He understands and agrees c̄ TX plan. Continue care.
                    S Banerjee, MD.

4/8/06    Counseling Session
S- Inmate Moon reported he is waiting to get his teeth cleaned. S/M stated some of his medical problems have been resolved, therefore, he is eating better. S/M stated that his eye medication came in.
O- Cooperative, organized speech + thoughts
A- Euphoric mood
P- Next session is scheduled in one month.          A. Peters, MHP

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | Vcf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-23-05 | | Counseling Session<br>S- Inmate Moon stated, "I still have n't got my teeth fixed." I/M's family came to visit him this month. I/M reported recurrent past & present medical problems.<br>O- Cooperative, Oriented x3, Sad affect<br>A- Depression based on medical condition<br>P- Next session is scheduled in one month. | |
| 1-13-06 | | Counseling Session<br>S- Inmate Moon reported difficulty swallowing medication & food due to problems with throat. I/M stated he has medical complaints & reported going to court soon. I/M reported that he is sleeping better now.<br>O- Cooperative, Organized speech & thoughts, Alert<br>A- Difficulty digesting meds<br>P- Next session is scheduled in one month. | A. Peters, MHP |
| 2-20-06 | | Counseling Session<br>S- Inmate Moon stated he continues to experience medical problems. I/M has to eat soft foods. I/M reported he is unable to take his medication due to difficulty swallowing.<br>O- Frustrated affect, Oriented x3<br>A- Difficulty swallowing meds<br>P- Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

F-61