EXHIBIT A-2

Blumberg No. 4718

# INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | | Con't 9-14-05 win his case. I/M continues to complain about various medical problems. O- Sad affect, Oriented x3, Organized thoughts A- Depressed over various medical problems P- Next session is scheduled in one month.  A. Peters, MHP | |
| 10-10-05 | | Counseling Session S- Inmate Moon stated he spends the majority of his time reading from the Chapel. I/M reported compliance with medication. I/M reported his brother will come visit him this weekend. I/M stated he may be released to go to work camp soon. O- Alert, Pleasant affect, Oriented x3 A- Less depressed over medical problems P- Next session is scheduled in one month.  A. Peters, MHP | |
| 11-10-05 | | Counseling Session S- Inmate Moon reported that his family to visit him this weekend. I/M reported he still has difficulty swallowing while eating. I/M stated he needs to see the optometrist due to problems with eyes. I/M stated meds have been reduced. O- Cooperative, Alert, Organized speech + thoughts A- Complaining about medical problems P- Next session is scheduled in one month.  A. Peters, MHP | |

FOR PROFESSIONAL USE
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

F-61

## INTE′ ISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/7/05 | | I/m seen in Tx team meeting. Reviewed and discussed Tx plan c̄ I/M. He understands and agrees c̄ Tx plan. Continue care. | SBanerjee, MD |
| 7-18-05 | | Counseling Session S-Inmate Moon reported he is on a "soft food diet" due to difficulty digesting. I/M has a trial hearing scheduled for next month against PHS, medical doctor & DON. I/M reduced depression. I/M stated that he is compliant with medication O-Oriented X3, Pleasant affect Organized speech A- Improvement in mood + affect P-Next session is scheduled in one month. A. Peters, MHP |
| 8-16-05 | | Counseling Session S-Inmate Moon reports that he continues to have problems digesting + with the teeth. I/M reports occasional depressed. I/M stated he is compliant with all medication. O-Cooperative Alert Organized thought/speck. A- Doing much better P-Next session is scheduled in one month. A. Peters, MHP |
| 9/14/05 | | Counseling Session S-Inmate Moon reported he is pursuing a law suit against PHS for his digestion problems. I/M stated he believes he will |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | WM | VCF |

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/21/05 | | Counseling Session<br>S-Inmate Moon reported the same medical complaints. I/M has difficulty eating due to problems with throat. I/M denies problems sleeping. I/M continues to feel depressed.<br>O- Less agitated, Cooperative. Organized thoughts<br>A. Depressed mood<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 5/12/05 | | Counseling Session<br>S-Inmate Moon stated that he is having serious medical problems, ears are ringing + disc in back, etc. I/M continues to feel depressed. I/M reported compliance with meds.<br>O- Alert; Agitated affect<br>A. Depressed mood<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 06/02/05 | | FTS for Appt c̄ Dr Banerjee — will reschedule | P. Harris |
| 06/06/05 | | FTS for appt c̄ Dr Banerjee was told out to Court per Shift office | C Harris |
| 6-20-05 | | Counseling Session<br>S-Inmate Moon reported that he recently returned from court. I/M stated he is suing PHS for neglecting to treat his medical needs. I/M denied problems sleeping. Depressed based on medical problems<br>O- Extremely talkative, Organized speech/thoughts |  |

CONFIDENTIAL — NOT TO BE PHOTOCOPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|------|------|------|
| Moon, James | 212228 | 47 | W/M | VCF |

## INTEI SCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|

Con't 390s to go outside in morning although
him is recovering from pneumonia.
MHP encouraged him to speak
with Captin or Warden. I/M stated
he sometimes has difficulty sleeping.
O- Cooperative, Oriented x 4. Pleasant affect
A- Some depression based on medical situation
P- Next session is scheduled in
one month.                          A. Peters, MHP

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 47 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/23/04 | | to 50mg/d. Will continue Benadryl to help him sleep. Discussed Tx Plan c̄ pm. He understands and agrees c̄ Tx plan. RTC in 90 days. Continue care. | SBanerjee, MD |
| 1-24-05 | | Counseling Session<br>S-Inmate Moon reported various medical complaints. Inmate is compliant with psychotropic medication. I/M reported recurrent depression. I/M stated that his family comes to visit him once per month. Denies problems sleeping or eating.<br>O-Cooperative appropriate affect. Good eye contact<br>A-Depressed mood<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 2-2-05 | | Counseling Session<br>S-Inmate Moon reported dental problems. I/M reported compliance with medication. Stated recurrent depression based on medical complaints. I/M stated that he has difficulty sleeping & eating due to dental problems.<br>O-Agitated & angry mood, oriented X3 poor insight. Good eye contact. Anxious affect<br>A-Generalized Anxiety Disorder<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 3-9-05 | | Counseling Session<br>S-Inmate Moon reported that he was in the hospital for one week. He had pneumonia. Stated that he is feeling much better. I/M reported the officers want him | |

FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 21222B | 47 | W/M | Ventress |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Moon James_

AIS #: _212228_    LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date___ |
|------------|--------|-----------|--------------|
| Pamelor | 25 mg | | |
| Benadryl | 25 mg | | |

**PROBLEM REPORTED:**
Side effects: _____  Medication-Related Problem: _____  Non-Compliance: ✓
Explanation:

Out to court

Reported by: _Weekly MAR review_    Date: _08/09/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Follow-Up by: _____    Date: _____

**PSYCHIATRIC REVIEW/PLAN:**

Follow-Up by: _____    Date: _____

| Inmate Name Moon James | AIS # 212228 |
|---|---|

DOC Form #458-01

AR 458 -- August 30, 2001

INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-23-04 | | Counseling Session | |
| | | S: Inmate Moon reported the same dental problems. I/M is no longer having heart burn, but has difficulty digesting his food. I/M reported feeling depressed. I/M stated that he is compliant with medication. O: Alert. Sad affect. Poor insight. A: Mild Anxiety P: Next session is scheduled in one month. | A. Peters, MHP |
| 12/23/04 | | S: I/M seen. Reported of having increased anxiety. Stated he has medical problem c̄ toothache and that is making him depressed too. Feeling sad at times because of the Holidays. Denies any major sx's of mood anxiety or thought d/o. Ø thoughts to hurt himself or anyone else. Sleeping moderately well, appetite good. Voices no other issues or concerns. O: Calm, cooperative during interview. Speech: WNL. Good eye contact. Mood: anxious. Affect: Anxious affect noted at times. Thought Process: logical, Ø loose associations, Ø tangentiality. Thought content: Ø ST Ø HT, Ø HA, Ø delusions, Ø paranoia, Ø other sx's of psychosis. Cognitive: Alert, oriented x 3. Insight: Fair. A: Axis I: Generalized Anxiety D/O Depressive D/O NOS (in remission) P: I/M exhibiting some ↑ sx's and signs of anxiety. Will ↑ Vistaril | |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10-7-04 | 10:15 AM | Outpatient Treatment Review | |
| | | S/O-Inmate Moon reports feeling depressed. Reports compliance c̄ meds. Voiced numerous medical complaints such as dental problems and difficulty digesting food. Reported he has seen medical doctor, medical problem remain. Reports not getting along c̄ other inmates. Sad affect. Nurses encourage him to speak to Officers a Depressed mood | |
| | | P-Next counseling session is scheduled in two weeks. | A. Peters, MHP |
| 10/14/04 | | IM seen in Tx team meeting. Reviewed Tx plan c̄ IM. He understands and agrees c̄ Tx plan. Continue care. | |
| | | | SBanerjee, M.D. |
| 11-8-04 | 12:20 PM | Counseling Session | |
| | | S-Inmate Moon reported still having problems digesting food. Continues to have dental problems. I/M reported he will be received a disciplinary over selling merchandise. I/M reported occasial depression. Denies any other problems O-Orient x 4. Alert. Pleasant. Sad affect. A- Depressed mood. P-Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9/30/04 | | associations, Ø tangentiality, noted in thought process. Thought content: Ø SI, Ø HI, Ø HA, Ø delusions, Ø paranoia, Ø other sx's of psychosis noted. Cognitive: Alert, oriented x3. Insight: Fair to poor. Judgment: somewhat impaired.<br><br>A: Axis I - Anxiety D/O NOS, Depressive D/O NOS (in remission)<br><br>P: Will start him on Vistaril to help him c̄ his mild sx's and signs of anxiety D/O. Explained risk/benefits of being on Vistaril to him. He understands and agrees c̄ Tx plan. Benadryl to help him sleep. Spoke c̄ him about choice of other antidepressant if and only his sxs justify the use of it. I'm refusing refuses to take any other antidepressant other than Doxepin even if his sx's justify the need for antidepressant use in the future. Will continue current meds. Continue current Tx plan. Continue care. RTC in 90 days. | S Banerjee, M.D. |

CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY NOT TO BE PHOTO COPIED

The potential benefits and side effects of _Vistaril_ within the dosage range of _25 mg._ _po-qhs_ have been discussed with the inmate and the inmate has agreed to accept the medication

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

**INTERDISCIPLINARY PROGRESS NOTES**

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-9-04 | 0815 | S: Reports he's doing okay. Somewhat dejected by his legal case, had been working on having his sentence enhancement dropped due to her reported federal hearing. But judge would not hear about dropping enhancement. c/o about acid reflux. O: Polite. Good eye contact. Conversational. A: stable. Vents about medical c/o P: Continue to monitor. | S Williams |
| 9-17-04 | | Tx PLAN reviewed. | |
| 9/30/04 | | S: I'm seen. Stated that he has not been getting his Doxebin. Feeling quite anxious about not getting Doxebin. Informed him it is non-formulary and order will run out on 10/15/04. Spoke c him about alternative medications. He is not willing to take any other medicine other than Doxebin. Reports of anxious mood, unable to sleep. Denies any thoughts to hurt himself or others. Voices no other issues at this time. O: cooperative during interview. Speech: slightly fast. Good eye contact. ∅ psychomotor agitation or retardation noted. Mood: anxious Affect: Anxious (somewhat) Thought Process: logical, ∅ loose | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 212228 | 46 | W/M | VCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8-5-04 | 3:00 | S Reports he's doing okay. Spoke at length about his drug Hx. Tended to minimize some & was got into some war stories & minimizing. Therapist worked on social skill of other peoples views and consequences for others. | |
| | | O. Fair amount of conceptual rigidity. Also egocentric values. Middle toned affect. Mood neutral, hopeful. | |
| | | A. As before. | |
| | | P. Continue talking Therapy. — | S Willington |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 272228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/15/04 | | Mood: euthymic, Affect: Bright Thought Process: logical, ⊖ loose associations, ⊖ tangentiality. Thought content: ⊖SI, ⊖HI, ⊖HA, ⊖ delusions, ⊖ paranoia. ⊖ other sxs of psychosis at this time. Cognitive: Alert, oriented x 3 / Insight: Fair | |
| | | A: Axis I: Depression NOS. | |
| | | P: Im clinically stable on Doxepin. will continue current Tx plan. RTC in 90 days. PRN mental health. | |
| | | | SBanerjee, MD. |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

## TERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-19-04 | 10⁰⁰ | S: Inmate reports feeling pretty well. Discussed Lg Lobby / job of leather works. Discussed various stressors of being at VCF. Therapist let him vent & worked on report. <br> O: Down-to-earth. Neutral Affect/Mood. <br> A: Stable. <br> P: Continue supportive counseling. | S Williamson |
| 6-8-04 | 1300 | S: Reports feeling okay. Last wk a conflict c̄ peer in leather shop. Has been put out of leather shop for one week. Reports he's not getting a lot of sleep, but its adequate. No depression noted. Vented at length about medical problems. Therapist let him vent to release anger. <br> O: Polite. Matter-of-fact. <br> A: Stable <br> P: Continue supportive counseling. | S Williamson |
| 7-7-04 | 10³⁰ | S: Reports ↑ mood. His lawyer is working on his case. Talkative. Discussed variety of things. <br> O: Sun-tan. Alert. Category for swollen legs. Talkative. <br> A: Stable <br> P: Continue to monitor. | S Williamson |
| 7/15/04 | | S: Inm seen. Doing well c̄ Doxepin. Ø side-effects. No major complaints or issues voiced at this time. Sleeping well. <br> O: Cooperative during interview. Speech: wnl. Good eye contact | |

FOR PROFESSIONAL USE ONLY <br> CONFIDENTIAL RECORD <br> NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 212228 | | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/9/04 1320 | S. | No ψ C/O. Minor dry mouth. Works in leather shop. | |
| | O. | Polite. Appropriate Mildly blunted. | |
| | A. | Stable | |
| | P. | Continue Rx | Ken |
| 3-16-04 | 12:70 | S Feels okay. No depression. Responds well to meds. Complaint about KOP meds being no longer dispensed. Discussed leather shop business. | |
| | O. | Polite. A little restricted, but mood was neutral. | |
| | A. | Stable | |
| | P. | Continue to provide support. | S Wilkerson |
| 4/20/04 1320 | S. | "Structured dorm" Leathercraft. Active | |
| | O. | Euthymic          FH Mo- depression (on SSRI) | |
| | A. | Stable. | |
| | P. | Doxepin 100/d works well Counseled re fluid intake in hot weather | Ken |
| 5-6-04 | | No show | S Wilkerson |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| Moon James | 212228 | 46 | W/M | Ventress |

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Moon_ , _James_   AIS #: _212228_   R/S _W/M_

Date: _9 / 13 / 2000_   DOB: _____   AGE: _48_

Beta II _87_   WAIS _/ /_   WRAT-RL _4.8_   Last School Grade Completed _10_

MMPI Welsh Code _1* 3' 7' 824-9: 605#_   Megargee Type _KL-F/_

_No PSI_

**General Appearance**

_X_ a. Neat and generally appropriate

_____ b. Poorly groomed

_____ e. Other _S11 from bed back surgery —_
_Vertabrae - 1-5 fused._

_____ c. Flat or avoiding interaction

_____ d. Sad or worried

---

**I.   Interpersonal Functioning**

_____ a. Normal-good relationships likely

_____ b. Withdrawn / apparent loner

_____ c. Likely to ignore rights / needs

_____ d. Lacks skill or confidence

_____ e. Probably difficult to get along with

_____ 3. _____ 4. _____ 5. _____ 6. (See Copy)   *Other (Specify) _____ 1. _____ 2

_Divorced - one child_
_Not Valid at present ADL —_
_S11 did maintenance work_

---

**II.   Personality**

_____ a. Healthy

_X_ b. Antisocial _Mild_

_____ c. Paranoid

_____ d. Explosive

_____ e. Dependent

_____ f. Passive-Aggressive

Other (Specify): _____ 1. Schizoid _____ 2. Schizotypal _____ 3. Histrionic _____ 4. Narcissistic

_____ 5. Borderline _____ 6. Avoidant _____ 7. Compulsive _____ 8. Atypical/mixed

_____ 9. See Copy (Write in your wording)   _UDCS, UPCS = 25 yr._
_1980 - Statutory Rape — Limus County - 3½ yr. prob_

---

**III.   Substance Abuse**

_____ a. Alcohol addiction / abuse history _____
_none_

_X_ b. Drug addiction / abuse history _____
_Crack_
_No use since 12/99._

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

N-259

White to Central Records File
Yellow to Institutional File

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_ _____

                   LAST                    FIRST        MI

DATE OF BIRTH ████████████    SS# _212228_

**Housing Recommendations:**

General Population ____ (1) See Dr Rypath

Medical Observation Unit ____ 6-6-06 @

Lower Level/Lower Bunk ____ 800

Suicide Precautions ____ 8 am

Special Watch (15 Minute Checks) ____

Isolation ____

Initiate Universal Precautions ____

**Individual found to be:**

Frail/Elderly ____

Physically Handicapped ____

Developmentally Disabled ____

Drug/Alcohol Withdrawal ____

Special Mental Health Needs ____

Expressed Suicidal Ideation ____

History of Seizures ____

Other ____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _A Marsh, RN_ Date _4-6-06_

_James A. Moon_  212228

GLF 1005      Original/Classification      Second Copy/Booking Staff      Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon_                    _James_

                          LAST                              FIRST                              MI

**DATE OF BIRTH** _____          SS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

_Soft Knee Brace X 6 mos._

_3/29/06 — 9/29/06_

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _V. Armas lpn_                    Date _3-29-06_

_James C. Moon_

GLF 1005          Original/Classification          Second Copy/Booking Staff          Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)  Moon, James

                          LAST              FIRST           MI

DATE OF BIRTH  ███████████      ~~SS#~~ AIS#  212228

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① F/u appt c̄ Mrs. Floyd, CRNP R/t ear irrigation et ear pain on 2/1/06 @ 8:00 AM)

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Nurse A. Hricey Lp        Date 1/24/06

James C Moon   212228



PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY -- (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | ✓ | | _about 20 lbs_ |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | _glaucoma, Spinal fusion_ |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | _no med. allergies known_ |

Weight 197  Temp. 98⁸  Height 5'10  Pulse 68  Resp 20  Blood Pressure 128/80

Eye Exam: 20/30 OD   20/400 OS   20/30 OU

If greater than > 140/90, repeat in 1hour.
Refer to M.D. if remains > 140/90.

**II.    TESTING -- (LPN or RN)**

RESULTS

Finger stick blood sugar 169

Tuberculin Skin Test (q yr)
Date given 11/3/05 Site RFA
Read on 11-5-05 Results ∅ mm

Past Positive PPB Skin Test →
(Chest x-ray if clinical symptoms)
Survey Completed
Date 9-26-05 Results Neg

RPR (q 3 yrs)
Date _____ Results _____

EKG (baseline at 35, over 45 q 3 yrs)
02-27-05

Cholesterol (at 35 then q 5 yrs)
11-22-04

Tetanus/Diptheria (q 10 yrs)
Last Given 2000 Due 2010

(if done today)
Site given ____ Dose ____ Lot # ____

Optometry Exam (@ 50 if not already seen)  10-6-04

Mammogram
(females @ 40, q 2 yrs/other M.D. order)
Date _____ Results _____

**III.    PHYSICAL RESULTS -- ( RN, Mid-Level, M.D.)**

Class   1   2   ③   4   5      Restrictions SMI, Glaucoma OD, Spinal Fusion

Heart      RRR

Lungs      Clear Bil.

Breast Exam      no lumps, masses

Rectal (yearly after 45)      Results Normal prostate Exam
with Hemoccult      Results ⊗ OB

Pelvic and PAP (q 1 yr)      Date ____ Results ____

Facility VCF   Nurse Signature V. Young Lac   Date 11-3-05

M.D. or Mid-Level Signature _____   Date 11-4-05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon James | 212228 | ▆▆▆ | W/m |

CONFIDENTIAL RECORD
SEE PROFESSIONAL
NOT TO BE PHOTO

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon          James_____
                        LAST              FIRST         MI

DATE OF BIRTH _████████████_     SS# _212 2281_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*(1) Lay In from 8-25-05 till 11-25-05 as needed*

*(2) TAO to area on lip three times a day from 8-25-til 9-1-05*

CONFIDENTIAL RECORD
FOR ... USE ONLY
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

*(3) Chest X ray 8-26-05 @ 9:30 am*

Nurse _A. Marsh_____    Date _8-25-5_

_James C. Moon_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_____, _James_____

                               LAST              FIRST          MI

DATE OF BIRTH _____███████_____    SS# _____

                                                 212228

**Housing Recommendations:**

① no heavy lifting
>10 lbs with (R) arm
X 6 mo.
5-11-05 —— 11-11-05

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _✓_   X 6 months
                                    5-11-05 —— 11-11-05

④

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

NOT TO BE PHOTO COPIED

**Individual found to be:**

② Knee brace to
(L) knee X 6 mo.
5-11-05 —— 11-11-05

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

③ return to HCU
5-17-05 for
ear irrigation

⑤ Analgesic
Oint X 5-d.
K-OD
5-11-05 —— 5-16-05

Nurse _M Benefield_____    Date _5-11-05_____

                                     James C Moon



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ✓ | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | ✓ |

OTHER: _____

_____

_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Kelli 'e.l_    DATE: _3-8-05_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _James Moon_    DATE: _3/8/05_

EXPIRATION DATE: _8-13-05_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Moon, James, | 21222 | ▓▓▓ | W/M | Vel |

PHS MD-70042   (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon,_ _James_

LAST / FIRST MI

**DATE OF BIRTH** ▮▮▮▮▮▮    SS# _212228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*report to HCU on 2-16-05 @ 800Am for X-Ray*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_ _James C. Moon_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____    Date _2-14-05_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon James - 212288_

                    LAST                FIRST          MI

DATE OF BIRTH ▓▓▓▓▓▓▓▓▓▓▓      SS# _____

**Housing Recommendations:**

General Population_____     *Report to*

Medical Observation Unit_____    *HCU on Wed.*

Lower Level/Lower Bunk_____  

Suicide Precautions_____    *March 9th*

Special Watch (15 Minute Checks)_____   *@ 8 am for*

Isolation_____

Initiate Universal Precautions_____   *apt with*

                                          *M D.*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _James C. Mo___

Nurse _____    Date _1-13-05_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.  HISTORY – (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) | | ✓ | 202    9-29-23 |
| (Compare Weight Below) | | | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | restriction in esophgus |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | |

*(stamped: CONFIDENTIAL RECORD FOR PROFESSIONAL USE ONLY NOT TO BE PHOTO COPIED)*

Weight 205 3/4# Temp 98.6 Height 5'9" Pulse 58 Resp 20 Blood Pressure 112/84
**If greater than > 140/90, repeat in 1hour.**
Eye Exam: 20/100 OD  20/40 OS  20/40 OU 5 glasses  **Refer to M.D. if remains > 140/90.**

**II.  TESTING – (LPN or RN)**                    RESULTS

Tuberculin Skin Test (q yr)
Date given 11-20-04 Site R FA
Read on 11-23-04 Results Ø mm

Past Positive TB Skin Test  →  **Survey Completed**
(Chest x-ray if clinical symptoms)   Date _____ Results _____
RPR (q 3 yrs) ordered   Date 11-22-04 Results _____
EKG (baseline at 35, over 45 q 3 yrs) Scheduled
Cholesterol (at 35 then q 5 yrs) ordered
Tetanus/Diptheria (q 10 yrs)   Last Given Sept. 2000 Due 2010
(if done today)   Site given N/A Dose _____ Lot # _____
Optometry Exam (@ 50 if not already seen)
Mammogram   Date _____ Results _____
(females @ 40, q 2 yrs/other M.D. order)

**III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**
Class  1  2  ③  4  5   Restrictions SMI, Glaucoma OD, Spinal fusion
Heart   RRR
Lungs   CTA
Breast Exam   WNL's per pt. & instructed self exam
Rectal (yearly after 45) Scheduled 12-06-04 Results Normal Prostate Exam
with Hemocult   Results OB ⊗
Pelvic and PAP (q 1 yr)   Date N/A Results _____

Facility Ventress Nurse Signature M. Benefield LPN/B. LuluP Date 11-20-04

M.D. or Mid-Level Signature _____ Date 12/6/04

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon, James | 212228 | ▬▬▬ | W/M |

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon,_ _James_ _212228_
                        LAST              FIRST              MI

**DATE OF BIRTH** _██████████_          SS# _____

**Housing Recommendations:**

General Population _____          *Bottom bunk profile X six months 11/18/04 — 5/18/05*

Medical Observation Unit _____

Lower Level/Lower Bunk _____          *Limited standing No greater than 15 min X six months 11/18/04 - 5/8/05*

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____          *Left Knee Brace X six Months (inmate already has Knee Brace) 11/18/04 5/18/05*

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _G Johnson RN_          Date _11/18/04_

_James E Moon_
_212228_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# Special Diet Request

Inmate's Name: _Moore, James_     Date: _3-29-06_

Housing Location: _____

Type of Diet: _Soft Diet X 3 mos._

Start Date: _3-29-06_     Stop Date: _6-29-06_

Start Date / Stop Date: _3-29-06 — 6-29-06_

Special Instructions (if needed): _____

_____

_____

Date Requested: _3/29/06_     Signature: _Mfg Floyd CRNP / J. Chestnut_

_James C. Moore_

60130 (10/98)

CONFIDENTIAL
NOT TO BE PHOTO COPIED

White - Kitchen Copy, Yellow - Patient File Copy)

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 09/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15474741 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, IN 37024-0967

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| Diagnosis - Erosive esophagitis w/ stricture |
| Pancreatitis unclear etiology |
| Plan: EGD |
| Monitor for recurrent Pancreatitis |

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____  Date 11/3/06 / 11/28/05  Time _____

Reviewed and Signed By
Medical Director: _____  Date _____  Time _____

## EGD AND ERCP INSTRUCTIONS

You have been scheduled for an EGD or ERCP. The examination is on_____ at **7:00 AM**. The procedure will be performed at _____. We advise that you go to be pre-admitted prior to the day of your procedure.

### SPECIAL INSTRUCTIONS:
1. Do not eat, drink, or chew anything after midnight on the day before your procedure.
2. Please report to the hospital admissions desk or outpatient department by 7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart disease should take the morning dosage the day of the procedure with a **very small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin, Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and others) please stop taking them **5 days before the test**. If a polyp is removed or biopsy is taken during your procedure, you should resume your Blood thinners _____ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of your procedure.

**If you have any questions, call our office at (334) 288-8840**

**JOSEPH W. JACKSON, M.D.**
**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES**
**2055 NORMANDIE DR., SUITE 200**
**MONTGOMERY, AL 36111**

DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



# PRISON HE    SERVICES: AUTHORIZ/    LETTER *Dr. Garlson Nov, 27 @ 2*

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Office Visits: Outpatient G I. Consult | **Effective Dates:** | 09/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15474741 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | | |
|---|---|---|---|
| Signature of Consulting Physician: | | Date | Tim |
| ___ewed and Signed By Medical Director: | | Date | Tir |

# PROBLEM LIST

Name _Moon, James_

ID# _212228_

D.O.B. ████████

Medication Allergies _NKDA    MH = Ø  SB, MD._
_5/11/06_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical / Surgical Capital Letters for Psychiatric / Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 9/14/00 | Mentor (cocain abuse) / Dysthymia | | |
| 1991 | LS-S1 fusion  2/00 | | |
| 2-28-00 | MVA (rib Fx) | | |
| | Injury → L knee (MVC)  2/00 | | |
| | L ribs fracture  2/02 | | |
| | GERD and Hiatal Hernia by B swallow  6/14/02 | | |
| | Cerumen Impaction | | |
| | Herpes Simplex I (labialis). | | |
| 28 June 02 | Depressive Disorder Nos (hstx) | | |
| | Substance Abuse | | |
| | [SMI] | | |
| 10/18/02 | Glaucoma  OD | | |
| 6-8-04 | MH Code (SMI) | | |
| 9/30 | M.H. Dx. Anxiety D/O NOS | | |
| | Depression  D/O NOS | | |
| 1-19-05 | R elbow tendinitis | | |
| 5/11/06 | MH Code Δ to Zero | SB, MD. | |

CMS 7189

04/10/2006 09:35 FAX 3343958156    REGIONAL OFFICE    ☑ 001
VENTRESS CORR. FACILITY    ☑ 002

Region 4

# NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. **You must Type or Print**

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 4-6-06 |
| Site Phone # **(334) 775-8178** | Inmate # 212228 | Date of Birth: (mm/dd/yy) |
| Site Fax # **(334) 775-8178** | SPP ID # **A-473** | PHS Custody Date |

Diagnosis

_de so phagitis e benign stricture_

Medication Allergies

NKA

RECEIVED APR 06 2006

☑ Male   ☐ Female

Requested Non-Formulary and Strength:

PRILOsec.   20mg

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO-COPIED**

Directions:

P.o    QD

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 50 days   ☑ 90 days   ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

_Recommended by Gi_

Compliance:   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

Practioner Information:   ☑ Physician   ☐ NP/PA   ☐ Dentist

Name: DR Samuel Rayapati    Signature: _Samuel Rayapati MD_

Daytime Phone: 334-397-775-3331    Pager Number:

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

Determination:   ☑ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name: DR Sylvia McQueen    Signature: _Sylvia 040706_

Date: 4-7-06

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO              0950
CONNECTION TEL                13343958156
SUBADDRESS
CONNECTION ID         REGIONAL OFFICE
ST. TIME              04/06 15:12
USAGE T               00'14
PGS. SENT                 1
RESULT                OK
```

PRISON HEALTH SERVICES
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
379 HWY 239
CLAYTON, AL 36016
PHONE  334-775-3610
FAX      334-775-3610
INSTITUTION #  334-775-3331

**PRISON HEALTH SERVICES, INC.**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# Fax

**To:** 334-395-8156  Michelle

**From:** Ventress

**Fax:** 8

**Pages:**

**Phone:**

**Date:**

**Re:**

**CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Region 4    NON-FORMULARY **PHARMACY** REQUEST FORM    

Form must be complete and legible. You must Type or Print

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 4-6-06 |
| Site Phone # (334) 775-8178 | Inmate # 212228 | Date of Birth: (mm/dd/yy) ▓▓▓▓▓▓▓ |
| Site Fax # (334) 775-8178 | SPP ID # A-473 | PHS Custody Date |

**Diagnosis**
esophagitis c benign stricture

☑ Male    ☐ Female

**Medication Allergies**
NKA

---

**Requested Non-Formulary and Strength:**
PRILO Sec. 20mg

**Directions:**
P.o    QD

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Recommended by Gi

**Compliance:**   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☑ Physician   ☐ NP/PA   ☐ Dentist

Name: _____   Signature: *Samuel Rayapati MD*

Daytime Phone: _____   Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

---

**Determination:**   ☐ Approved   ☐ Additional information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name: _____

Signature: _____

Date: _____

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### Special Diet Request

Inmate's Name: _Moon James_

Housing Location: _9b 34_          Date: _4-6-06_

Type of Diet: _Reg Diet_

Start Date: _4-6-06_

Special Instructions (if needed): _Step Soft Diet order_          Stop Date: _Continues_

Date Requested: _4-6-06_    Signature: _A Munky per Dr Pryapati_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

60130 (10/89)

(White - Kitchen Copy, Yellow - Patient File Copy)



MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ████████████
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

\_\_\_\_OPHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: *Rayaph*

ENDOSCOPIST: *J Jack*

ASSISTANT(S):

PRE-OP DIAGNOSIS: *Esophageal strictures/severe erosive esophagitis*

POST-OP DIAGNOSIS: *Same*

ANESTHESIA: *MAC*

INSTRUMENT(S): *GIF 100*

PROCEDURES:  ☐ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation
☐ Photo   ☐ Duodenal Drainage   ☒ Other *Balloon dilation*

FINDINGS:

*Esophagus — there was a stricture of the esophagus at 25 to 30 cm from the lips. Stricture dilated incrementally to 12, 13.5 15 and 18 mm*

*Stomach and Duodenum are WNL*

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

RECOMMENDATIONS:

*Nexium 40 mg po qd or equivalent dose of PPI Repeat EGD and dilation in 6-8 wks*

*Ṛ 4/6/06*

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ▮▮▮▮▮▮▮
JACKSON, JOSEPH W

**Montgomery Surgical Center**
GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC EXAM

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: _Rajapsh_

ENDOSCOPIST: _J Jackson_

ASSISTANT(S):

PRE-OP DIAGNOSIS: _Esophageal stricture / severe erosive esophagitis_

POST-OP DIAGNOSIS: _Same_

ANESTHESIA: _MAC_

INSTRUMENT(S): _GIF 100_

PROCEDURES:
☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation
☐ Photo  ☐ Duodenal Drainage  ☒ Other _Balloon dilation_

FINDINGS:

_Esophagus ulcer and stricture_
_of the esophagus at_
_25 to 30 cm from the_
_lips. Stricture dilated_
_incrementally to 12, 13.5_
_15 and 18 mm_

_Stomach & duodenum_
_are ⊘_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

_Nexium 40 mg PO gdy or equivalent dose of PPI_
_Repeat EGD and dilation in 6-8 wks_

_JJ  4/6/06_

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 03/22/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15963710 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|
| Esophageal stricture and esophagitis |
| Dilated to 18mm |
| Recommend repeat dilatation in 6-8 wks |

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date 4/6/00 | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

4/6/06 @ 8

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 03/22/2006 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15963710 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

| Clinical Summary or Attached Report |
|---|

Esophageal stricture and esophagitis
Dilated to 18 mm
Recommend repeat dilatation in 6-8 wks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____    Date: 4/6/00    Time: ____

Reviewed and Signed By
Medical Director: _____    Date: _____

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5. Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing.
   c. Fever – 100 or above.
   d. Persistant nausea and vomiting.

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus.

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks.

2. Do not take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
   _____
   _____
   _____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s): _____
   _____
   _____

   Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS

_Repeat EGD – Dilatation in 6-8 wks_

☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date: _____ Time: _____
Dr _____ Date: _____ Time: _____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _Jackson_
Office # _288- 8840_
Montgomery Surgery Center - 284-9600
I hereby acknowledge and understand these written and verbal discharge instructions given.

_____ / _office_
NAME / RELATIONSHIP

_____ / _4-6-04_
NURSE / TIME

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

03/22/2006 17:41 FAX 3343958156    REGIONAL OFFICE    ☑001
VENTRESS CORR FACILITY    ☑00

Region 4

## NON-FORMULARY **PHARMACY** REQUE___FORM

Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

RECEIVED MAR 22 2006

☑ Male    ☐ Female

**Diagnosis**
Glaucoma

**Medication Allergies**
∅

**Requested Non-Formulary and Strength:**
Betimol    0.25%    ophth

**Directions:**
1 gt OD Qam

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☒ 90 days    ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Glaucoma

**Compliance:**    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practioner Information:**    ☒ Physician    ☐ NP/PA    ☐ Dentist

Name: Daniel E Murray Jr    Signature: [signature] OD

Daytime Phone: 334-585-9626    Pager Number: 334-701-3705

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**    ☒ Approved    ☐ Additional information requested    ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name:

Signature: [signature]

Date: 3/22/06

RECEIVED MAR 23 2006

Jared D. McGhee  3/14/06

**UTILIZATION MANAGEMENT REFERRAL REVIEW FORM**

must be Complete and Legible. You must Type or Pr...
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

PHS

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First) | Date: (mm/dd/yy) |
|---|---|---|
| VCF | Moon James | 03.21.06 |
| Site Phone # 334 725-3610 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ▓▓▓▓▓ |
| Site Fax # 334 725-3610 | Inmate # 212228 | PHS Custody Date: (mm/dd/yy) 08.01.00 |
| Will there be a charge? ☑Yes ☐No | Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) 05.27.25 |

Responsible party: ☑ PHS ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services): _____

## CLINICAL DATA

Requesting Provider:  ☑ Physician   ☐ NP, PA   ☐ Dental

Dr Rayapati

Facility Medical Director Signature and Date:

Samuel Rayapati MD

☐ Service meets criteria for "approval via protocol"

History of Illness/Injury/sypmtoms with Date of Onset:

PW - Veif ē Gi Consult for dilatation of oesophageal Stricture

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

| | |
|---|---|
| ☐ Office Visit (OV) | ☐ X-ray (XR)   ☐ Scheduled Admission (SA) |
| ☐ Outpatient Surgery (OS) | ☐ Dialysis (DA) |
| ☑ Routine | ☐ Urgent |

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:  ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other: _____

Specialist referred to:  GI  Dr Jackson

Type of Consultation, Treatment, Procedure or Surgery:

Benign oesophageal Stricture

Diagnosis:
ICD-9 code:

Results of a complaint directed physical examination:

Last procedure was done on 2-16-06

Repeat procedure recommended in 6 weeks

Previous treatment and response (including medications):

we are Treating IM's Benign oesophageal Stricture ē PPI and Stricture dilatation.

***For security and safety, please do not inform patient of possible follow-up appointment***

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| UM DETERMINATION: | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | Date resubmitted: ___/___/___ |

Regional Medical Director Signature,
printed name and date required:                                              ___/___/___  (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | | UR Auth #: |
|---|---|---|---|---|

05a – UM Referral review form

FAXED
3-22-06

Alabama Department of Corrections Mental Health Services
Treatment Plan:  Outpatient Care  *(Review)*

*Treatment Plan Reviewed on:* 4/4/06
*Inmate's Current Housing Location:*

*Treatment Plan Initiated on:* 7/31/02
*Institution:*    VCF

CURRENT STATUS

---

**Problem # 1**  Inmate is displaying signs and symptoms of depression as evidenced by social withdrawal, poor concentration , and sad affect.

Target Date for Resolution:  one month
Status:    Resolved          No Change X          Modified

Outcome/Modification Elimination and minimization of depressive symptoms.  Inmate's mental stability and medication compliance will be monitored by MHP, Psychiatrist, and Nurses. Inmate will be referred to psychiatrist for 90dys  follow-up. Inmate will continue to receive monthly counseling to address problem.

Frequency: quarterly and monthly

---

Problem # 2
Target Date for Resolution:  one month
Status:    Resolved          No Change X          Modified

Outcome/Modification:
Frequency:

---

Problem # 3

Target Date for Resolution:
Status:    Resolved          No Change          Modified

Outcome/Modification:

Frequency:

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Psychiatrist: _SBanerjee, M.D._          Date: 4/13/06
Mental Health Nurse: _C. Harris LPN_          Date: 04/17/06
Treatment Coordinator: _M. Peters, MHP_          Date: 4/17/06

Inmate Agreement: _James C. Moon_          Date: 4/13/06
Next Treatment Plan Review to be Conducted by:          (within six months)

| Inmate Name:  Moon, James | AIS # 212228 |

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE  (REVIEW)**

Treatment Plan Reviewed on: 7-7-05 _____ Treatment Plan Initiated on _____

Inmate's Current Housing Location: _____  Institution: VCF

### CURRENT STATUS

#### Problem #1

Inmate reported feeling depressed frequently.

Target Date for Resolution:

Status:          Resolved ☐        No Change ☐        Modified ☐

Outcome/Modification: — Will reduce the occurrence of depression
Nurse will monitor compliance with medication, MHP
will provide supportive counseling, psychiatrist will evaluate if
3 mon

#### Problem #2

Target Date for Resolution:

Status:          Resolved ☐        No Change ☐        Modified ☐

Outcome/Modification:

#### Problem #3

Target Date for Resolution:

Status:          Resolved ☐        No Change ☐        Modified

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Outcome/Modification:

**Comments:**

Second Page attached:    Yes ☐    No ☑

**Treatment Team Members**

Psychiatrist: S Banerjee, M.D.            Date: 7/7/05
Mental Health Nurse: E Harris RN          Date: 07/07/05
Treatment Coordinator: Ms. Febra, MHP     Date: 7-7-05

Inmate Agreement: K James C. moon        Date: 7-7-05

Next Treatment Plan/Review to be Conducted by: _____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Moon, James | 212228 |

ALDOC F
Page

AR 463 -- Der

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed On: 10-14-04    Treatment Plan Initiated On: 7-31-04

Inmate's Current Housing Location: 3-4/3    Institution: VCF

CURRENT STATUS:

**Problem #1**  S/S of depression (difficulty sleeping, sadness)

Target Date for Resolution: 4/7/05
Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification: —Maintain compliance c̄ meds —psy evaluation
—Cognitive therapy              every 3 months

Staff Member Responsible: Ms. Peters Psychiatrist  Frequency: ongoing

**Problem #2**  Feeling increased stress over long term prison
                                                    sentence
Target Date for Resolution: 4/7/05
Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification: — Supportive counseling, monthly, Refer to
Stress Mge Group → when available

Staff Member Responsible: Ms. Peters, MHP    Frequency: ongoing

**Problem #3**

Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible:    Frequency:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comments:

Second Page attached:    Yes ☐  No ☐

Treatment Team Members
Psychiatrist: SBanerjee, M.D.    Date: 10/14/04
Mental Health Nurse: C. Harris LP    Date: 10/14/04
Treatment Coordinator: Ms. Peters, MHP    Date: 10-14-04

Inmate Agreement: James Moon    Date: 10-14-04
Next Treatment Plan Review by:    (within six months)

Inmate Name  Moon, James    AIS # 212228

ALDOC Form 462-62

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)***

Treatment Plan Reviewed on: 4-13-04     Treatment Plan Initiated on: 7/31/02

Inmate's Current Housing Location: 3-43     Institution: VCF

## CURRENT STATUS

**Problem #1** Depression in clinical remission
- as documented in progress notes!

Target Date for Resolution: 5¾ months [DD]
Status:     Resolved ☐     No Change ☑     Modified ☒

Outcome/Modification: Manage depressive sxs via med compliance & supportive counseling - continue to take medication as ordered. Nurse to monitor. Depression stable, affect

**Problem #2** ongoing medical complaints & failure to gain resolution health

Target Date for Resolution: six months
Status:     Resolved ☐     No Change ☐     Modified ☒

Outcome/Modification: 1. Seek help - improve social skill (assertiveness) and improve assertiveness     Refer to medical

9-9-04 added S. Williams

**Problem #3** Passive character traits relate to low self-esteem / depression

Target Date for Resolution: six months
Status:     Resolved ☐     No Change ☐     Modified ☒

Outcome/Modification: 1. Learn assertiveness skills. 2 Attend scheduled MH Groups.

added 9-9-04 S. Williams

**Comments:** Numerous physical complaints. Some ongoing mild mood disturbance/ongoing.

Second Page attached:     Yes ☐     No ☐
**Treatment Team Members**

Psychiatrist: _____     Date: 4/13/04
Mental Health Nurse: _____     Date: 4/13/04
Treatment Coordinator: S Williams     Date: 4-13-04

Inmate Agreement: James C. Moon     Date: April 13, 2004
Next Treatment Plan Review to be Conducted by: _____ (within six months)

Inmate Name: MOON, James     AIS # 212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALDOC Form 463-02
Page ____ of ____

AR 463 – December 11, 2001

MA DEPARTMENT OF CORRE
MENTAL HEALTH SERVICES
REATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed on: 10/08/03    Treatment Plan Initiated on: 07/31/02

Inmate's Current Housing Location: 3 B43    Institution: VCF

## CURRENT STATUS

**Problem #1** Depression

Target Date for Resolution: ON-GOING
Status:          Resolved ☐          No Change ☒          Modified ☐

Outcome/Modification: Manage depressive sxs via medication compliance

Staff Member Responsible: MHM Psychiatrist          Frequency: as prescribed/prn

**Problem #2**                          NONE

Target Date for Resolution:
Status:          Resolved ☐     :     No Change ☐          Modified ☐

Outcome/Modification:

Staff Member Responsible:                          Frequency:

**Problem #3**                          NONE

Target Date for Resolution:
Status:          Resolved ☐          No Change ☐          Modified ☐

Outcome/Modification:

Staff Member Responsible:                          Frequency:

Comments: Pt's mood is euthymic - Depression is resolved thru med. compliance.

Second Page attached:    Yes ☐   No ☐
Treatment Team Members

Psychiatrist: _____          Date: 10/15/03
Mental Health Nurse: C. Harris LPN          Date: 10/15/03
Treatment Coordinator: _____ Psy.D.          Date: 10-08-03

Inmate Agreement: James C. Moon          Date: 10/20/03
Next Treatment Plan Review to be Conducted by: 4/8/04    (within six months)

Inmate Name
MOON, James          AIS # 212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALA DEPARTMENT OF CORRECT___
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE   (*REVIEW*)

Treatment Plan Reviewed on: __01/17/03__ Treatment Plan Initiated on: __07/31/02__

Inmate's Current Housing Location: _____ Institution: __VENTRES__

CURRENT STATUS

Problem #1 _Depression_

Target Date for Resolution: __07/30/03__
Status:              Resolved ☐       No Change ☑       Modified ☐

Outcome/Modification: _individual counseling; medication strategies_

Staff Member Responsible: _MHM_              Frequency: _Monthly - PRN_

Problem #2 _Medication strategies_

Target Date for Resolution: __07/30/03__
Status:              Resolved ☐    :    No Change ☑       Modified ☐

Outcome/Modification: _Elavil; medication monitor_

Staff Member Responsible: _MHM_              Frequency: _Daily - PRN_

Problem #3

Target Date for Resolution:
Status:              Resolved ☐       No Change ☐       Modified ☐

Outcome/Modification:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Staff Member Responsible:

Comments: _Inmate appears to be enjoying in prison areas._

Second Page attached:     Yes ☐   No ☑
Treatment Team Members

Psychiatrist: _____              Date: _1/17/3_
Mental Health Nurse: _____              Date: _1/17/3_
Treatment Coordinator: _____              Date: _1/17/3_

Inmate Agreement: _James C. Moon_              Date: _1/17/3_
Next Treatment Plan Review to be Conducted by: _____   (within six months)

| Inmate Name | AIS # |
|---|---|
| MOON, JAMES | 212228 |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: Moon, James    ID#: 212228    RACE: W    DOB: 8-10-52

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|
|  |  |

Date of Initial Examination: 9-11-00

Initial Classification: 1-28-03 Annual exam

Oral Pathology: updated annual 12-20-04

| | TOOTH | PRIORITY LIST |
|---|---|---|
| Gingivitis | | |
| Vincent's Infection | | 7 = F |
| Stomatis | | 9 = F |
| Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
| Periapical | | |
| Bitewing | | |
| Panarex | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | | ✓ | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | ✓ | |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | | ✓ |

CMS 7103 REV. 10/94

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|------|-------|---------|--------------------------|
| 1/16/01 | | | N/S for dental screening (T) |
| 2/27/01 | | cc | cl need a tooth fill on the top, api for comp given (T) |
| | | | |
| 3-20-01 | 9 | ML | (app. 220 x| 0 1:100,000 fe used in buccs) in (Hatron) Dycal used; PTR for O.X |
| | | composite | |
| 1-10-02 | | | Apt made for appt 1-30-02 (T) |
| 2-7-02 | 15 | Ext. | Reviewed Med Hx, 2% lidocaine HCl 1.8cc(x4) c̄ Epi 1:100,000, pt c/o pain from # 15, tooth has lots of decay with a large carious lesion on distal, Dx reversible pulpitis Tx ext/rx, complicated ext, tooth fractured crown dd, removal all 3 root tips, compressed socket, post op instructions given |
| | | | ————————————— El Cur Buht MD |
| 7-9-02 | 29 | OD | Reviewed Med Hx, 2% lidocaine HCl 1.8cc (x3) c̄ Epi 1:100,000 ——— Condensed and carved OD amal # 29, Pt does not want the tooth extracted Ck occlusion, released Pt back to population El Cul Buhht mos |
| | | | |
| 1-28-03 | | | annual exam, OHI given —————— |
| 8-27-03 | 29 | MOD | Amalgam, U.P. Deep excavation. 1.8cc(x2) Li Ho 2% c̄ Epi 10⁵ |
| | | | |
| 12-31-03 | | | N/S for dental appointment (RTdA) |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE ...

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIET CARD

NO. 212228

NAME Moon James          WARD ICF

Soft diet

DIAGNOSIS REQUIRING DIET Esophageal Stricture

START DATE 5-25-05    STOP DATE 2-25-08

PHYSICIAN / BY Ms. Plasko/lempom

James & ___

Original-Dietary, Ivory-Inmate

BV 1-94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _____ BCDC#: _____

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

X _James C nor_ _____   X _4/25/06_____
Patient's Signature                              Date

_____   _____
Dentist's Signature                              Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090

*Copies to dental*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: **James C. moon**          Date of Request: **3/19/06**
ID # **212228**          Date of Birth: ▓▓▓▓          Location: **9B·34B**
Nature of problem or request: **Need SEE mRS. FLOYD to RENEW Knee**
**Brace, And soft food diet "NO" JAW teeth to chew food.**

_____

                          **James C. moon**
                          *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date: 3/20/06               │
│ Time: 9:00                  │
│ Receiving Nurse Intials: DS │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                          CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                 Was MD/PA on call notified:   Yes ( )    No ( )

_____
                          *SIGNATURE AND TITLE*



**PRISON HEALTH SERVICES INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_     **BCDC#:** _212228_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_
Patient's Signature

_12/15/05_
Date


_M. E. Shirley, D.D.S._
Dentist's Signature

_12-5-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_    BCDC#: _212228_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_                          _9/20/05_
Patient's Signature                      Date


_W. E. Shirley, D.S_                     _9-20-05_
Dentist's Signature                      Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_ _____ BCDC#: _212228_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_ _____        _4/26/05_ _____
Patient's Signature                                      Date

_w. Es Shirley_ _____          _4-26-05_ _____
Dentist's Signature                                    Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_     **BCDC#:** _212 228_

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

_James C. Moon_
Patient's Signature

_3/30/05_
Date

_W. E. Shirley_
Dentist's Signature

_3-30-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 3/2/06 | | | Exam — Appt made for | | |
| 3/12/06 | | | mp — fu /8 | Zw | |
| 3/23/06 | | | old Imp /8 new model | Zw | |
| 4/05/06 | | | Bite | Zw | |
| | | | O/H reviewed prophy floss OHI given | | |
| | | | Post- slight calculus = moderate | RwOH | |
| | | | bleeding, encouraged pt to floss more | | |
| 5/1/06 | | | Try-in | Zw | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
| | | | | | |

PHS-MD-70022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

| | | |
|---|---|---|
| Oral Pathology | Gingivitis | |
| | Vincent's Infection | |
| | Stomatitis | |
| | Other Findings | |
| Occlusion | | |
| Roentgenograms | Periapical | |
| | Bitewing | |
| | Other | |

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication   PRELOSEC | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure   PREV Hx PANCREATITIS |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☐ | Other Disease   GLAUCOMA |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 3/2/06 | | | A Exam | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MOON, JAMES | | | | |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

### DENTAL RECORD TREATMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 2-2-04 | 13 | M | Composite, Lidocid 2% Epi 10⁻⁵ | RtSn | |
| 10-27-04 | 8 | ce crown came off ~ 2 mos. ago + abscess on bottom tooth; #8 NAD RT Tx; recemented old crown; abscess noted dist to #29; Rx. given; ORA Pt given; NV ×/#29 | | | |
| 12-20-04 | | | annual exam done | R.T. | |
| 12-24-04 | 17 | NRC ; NKDA; Denies heart murmur; 2 carps. 2% × 1:0 1:100,000 epi used in mand long buccal n. block; crown fractured, tooth fractured + roots removed; Rx. given; NV Tx. ; crown on #8 came off w | | | |
| 3/17/05 | 29 | periapical abscess | N/S dental screening | R.T. | |
| 3-30-05 | 29 | periapical abscess | 4-R + extraction | W2S | |
| 4/13/05 | | | dental screening | R.T. | |
| 4-26-05 | 9 | MFLI caries | MFLI composite - tooth non-vital told him it needed ext but refused | W2S | |
| 9/18/05 | | | Appt made with Dr. Shirley to evaluate Bilateral Mand. Tori in preparation for possible /P | Jw | |
| 9-20-05 | | Bilat. Tori | as per request of Dr. Mann I examined James Moon & concur the tori need to be removed + will schedule | W2S | |
| 12-5-05 | | Bilat. Tori | incisions made tori removed and incisions closed c R sutures using 4 0 gut + 4 0 silk | W2S | |
| 2-12-05 | | | silk sutures removed | W2S | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| moon, | James | | | W/M | 212228 |

PHS-MD-70022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: JAMES MooN      Date of Request: April 10, 2005
ID # 212228      Date of Birth: ▮▮▮▮ Location: 11-78B
Nature of problem or request: exposed broken tooth, very painful, and need paxshell plate "No" Jaw teeth to chew with.

_James C. Moon_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 4/15/05
Time: 855 (AM) PM
Allergies: NKDA

| RECEIVED |
| Date: 4-11-05 |
| Time: 1220 |
| Receiving Nurse Intials  CH |

**(S)ubjective:** Toothache

**(O)bjective  (V/S): T:          P:          R:          BP:          WT:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:** Dental appointment scheduled on 4-26-05

Refer to:   MD/PA   Mental Health  (Dental)  Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )                        wEd
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_R. Thompkins DA_
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _James Charley Moon_    Date of Request: _June 21, 2005_
ID # _212228_____    Date of Birth: ▮▮▮▮▮ Location: _8A·51_
Nature of problem or request: _Dental on march 30, 2005 I seen dentist_
_and had a tooth pull, the Dentist said he would have_
_me some Denture's made so I could EAt, but wanted_
_my tEEth that remained Cleaned and he would handle_
_this, but have not been Called_ _James C. Moon_
_this is No W June 21, 2005_            _Signature_

#### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

> **RECEIVED**
> Date: 6-21-05
> Time: 12.45
> Receiving Nurse Intials _DS_

**(S)ubjective:**

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
    Was MD/PA on call notified:   Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: James C. Moon          Date of Request: 2 - 25 - 05
ID # 212228                        Date of Birth: ▆▆▆▆ Location: 8 A · 55
Nature of problem or request: I seen the Dentist Dec. 29, 2004, He pulled A
Tooth, but Left part of the tooth. It is coming through My Gum
He was to pull another tooth, but told me to put in another
sick call slip, So I did Dec. 30, 2004, So I am puting in another sick
Call slip again Feb 26, 2005          James C. Moon
                                              *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: 3 / 17 / 05
Time: _____ AM PM            ┌─────────────────────────┐
Allergies: NKDA                   │        RECEIVED          │
                                  │ Date: 2-28-05            │
                                  │ Time: 12 30              │
                                  │ Receiving Nurse Intials  DS │
                                  └─────────────────────────┘

**(S)ubjective:**

Out to Baptist South Hospital 3-1-05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(O)bjective**    (V/S):  T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:** No Show dental sickcall Screening 3-17-05

**(P)lan:** Dental appointment Scheduled on 3-21-05
Re Scheduled appointment for 3/30/05
Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment     Return to Clinic PRN
                                    CIRCLE ONE

Check One:  ROUTINE (✓)   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )    No ( )
State of Alabama        Was MD/PA on call notified:   Yes ( )    No ( )
County of Baroue       Subscribed and sworn before me on this 26th day of Feb. 2005
                        my commission expires   My Commission Expires August 18, 2007
Evelyn R. Abercrombie
Notary public          R. Thompkins DA

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

8A-55

**☒☒☒☒☒ DEPARTMENT OF CORRECTIONS**

*Pull chart*

Name: Moon, James

State ID No: 212228

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Ventress

DOB:

Race: W     Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati | 2-7-05 | 8:40 am | | X | |

HISTORY/DIAGNOSIS:

Altercation c̄ another inmate c/o being hit (R) Jaw.

**X-RAY REQUEST**

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | ✓ MANDIBLE (R) | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Moon

**REPORT**

MANDIBLE: Views of the mandible are incomplete. On one of the views, the right zygomatic arch is not well seen and fracture cannot be excluded.

IMPRESSION: POSSIBLE RIGHT ZYGOMATIC ARCH FRACTURE. SUBMENTAL VERTEX VIEWS OF THE ZYGOMATIC ARCH ARE RECOMMENDED AS WELL AS ADDITIONAL VIEWS OF THE MANDIBLE.

D & T: 02-11-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

*repeat x-ray*

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

**DEPARTMENT OF CORRECTIONS**

Name: *Moon, James*

State ID No: *212228*

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB: [redacted]

INSTITUTION: *VCF*

Race: *W*     Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Rayapati / Floyd* | *2-14-05* | *502 pm* | | X | |

HISTORY/DIAGNOSIS:

*Best to Ft ability*

*(R) zygomatic arch and mandible*

**X-RAY REQUEST**

| | | | | | |
|---|---|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | | SOFT TISSUE STUDIES | |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | | STERNUM | |
| ANKLE | HAND | OS CALCIS (HEEL) | | TEMPORO-MANDIBULAR JOINTS | |
| CERVICAL SPINE | HIP | PELVIS | | THORACIC SPINE | |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | | TIBIA/FIBULA | |
| COCCYX | KNEE | RIBS | | TOES | |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | | WRIST | |
| ELBOW | MANDIBLE X | SCAPULA | | ZYGOMA | |
| FACIAL BONES | MAXILLA | SHOULDER | | ZYGOMATIC ARCH (R) X | |
| FEMUR | NASAL BONES | SKULL | | | |

**REPORT**

Moon

RIGHT ZYGOMATIC ARCH: A zygomatic arch fracture cannot be detected on this study.

MANDIBLE: The mandible appears intact. A definite mandibular fracture is not identified.

D: & T: 02-17-05 Thomas J. Payne, III, M.D /jhi Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: 3-29-06

#### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _Normal_

PROTEIN _neg_

pH _5_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _neg_

GLUCOSE _normal_

HCG _/_

(Add: Final Labs Here)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(P) 3/29/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | | W/m | VCF |

PHS-MD-70012

### LABORATORY REPORTS

**DEPARTMENT OF CORRECTIONS**

**RADIOLOGY SERVICES REQUEST AND REPORT**

INSTITUTION: _VCF_

Name: _Moon James_

State ID No: _212 ___ 28_

DOB: ___

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| | | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| X CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Moon

PA CHEST: The chest is unremarkable except that the lower portion of the right hilum appears slightly dense. This is probably due to superimposed hilar vessels but follow-up is suggested to include PA, lateral, and both shallow oblique views.

D & T: 08-29-05  Howard P. Schiele, M.D./jh  Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

X-RAY TECHNOLOGIST'S NAME (PRINT) _____    X-RAY TECHNOLOGIST'S SIGNATURE _____    DATE, TIME EXAM PERFORMED _8-26-05_

RADIOLOGIST'S NAME (PRINT) _____    RADIOLOGIST'S SIGNATURE _____    DATE SIGNED



ID:
#STAT#0502271114844

02/27/2005 11:48:44

D.O.B.:
Meds:
Class:
Dr.:
Tech:

| Vent. Rate: | 63 | bpm |
|---|---|---|
| RR Interval: | 936 | ms |
| PR Interval: | 218 | ms |
| QRS Duration: | 106 | ms |
| QT Interval: | 414 | ms |
| QTc Interval: | 421 | ms |
| QT Dispersion: | 60 | ms |
| P-R-T AXIS: | 65° -21° | 48° |

SINUS ARRHYTHMIA
PREMATURE VENTRICULAR CONTRACTIONS
BORDERLINE FIRST DEGREE A-V BLOCK
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
 Q waves in inferior leads
OLD INFERIOR INFARCTION

Summary: ABNORMAL ECG

* Unconfirmed Analysis

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED





Mooon JAMES
ID: 212228

02/27/2005 11:50:44

SINUS RHYTHM
Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY

Summary: BORDERLINE ECG

D.O.B.:
MALE
Meds:
Class:
Dr:        Dr Rayapati
Tech:      G Johnson LPN

52 YEARS

| | |
|---|---|
| Vent. Rate: | 60 bpm |
| RR Interval: | 992 ms |
| PR Interval: | 186 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 432 ms |
| QTc Interval: | 432 ms |
| QT Dispersion: | 48 ms |
| P-R-T AXIS: 63° -22° 52° |

* Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

BULLOCK COUNTY HOSPITAL

27022

02/27/2005  01:27:23 PM  MOON, JMES

Rx:
Dx:

52 years    Male    White

Dept: ER
Room:
Oper: CJJ

BP:

| --AXIS-- | |
|---|---|
| Rate | 93 |
| PR | 164 |
| QRSD | 112 |
| QT | 350 |
| QTc | 435 |
| P | 65 |
| QRS | -52 |
| T | 39 |

Normal sinus rhythm, rate 93............................Normal P axis, PR, rate & rhythm
Incomplete RBBB and LAFB.............................LAD & QRS 110 mS, term forces rt
Right ventricular hypertrophy.......................Large R V1 & large S I, V6
Consider left atrial enlargement...................P V1 -.10 mV or more negative
Probable Old Anteroseptal infarct..................Q waves in V1, V2
$ Artifact in lead(s) V1,V2,V3,V4,V5,V6

- ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW

Requested by ·
SIDDIA

aVR   aVL   aVF   V1   V2   V3   V4   V5   V6

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

LOC: 00000 00000   Speed: 25 mm/sec   Limb: 10 mm/mV   Chest: 10 mm/mV   F: 60~ 0.15-150 Hz W   EP 708  00:03:52

# LabCorp®

| | | | | | |
|---|---|---|---|---|---|
| Specimen # | Type | Primary L | Status | | ZP |

Additional Information

ID: 5164244765?

| Name | Sex | Age (Yr/Mo) |
|---|---|---|
| MOOR, JAMES | M | 252/05 |

Patient Address

Clinical Information    02/01/05  07:11 P

| Physician ID | Patient ID |
|---|---|
| | 0102809 |

Account

Ventress Correctional Facility 21488350
Prison Health Services
379 Hwy 239
Clayton        , AL  36016-0767
334-775-3131    ALN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 02/28/05 | 02/28/05 | 03/01/05 | 2932 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Amylase, Serum | 238 | H | U/L | 0 - 99 | MB |

LAB: MB LabCorp Birmingham        DIRECTOR: John Elgin, MD
     1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                        LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED



©2004 Laboratory Corporation of America® Hold
All Rights R

LabCorp®

| Specimen 2 | Type | Prima | Report Status | | | |
|---|---|---|---|---|---|---|

Additional Information

Clinical Information

Physician ID | Patient ID

Patient Name: JOE | Print ID: | Age/Sex: 41 | Account | SPEC DATE: 11/23/2004

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|

11/24/04   06:23

DOB:

CD- 51640754151   FASTING Y                    RAYAPATI      212288

MOON, JAMES                    M    052/03    Ventress Correctional Facility 014888
                                              Prison Health Services            1
                                              379 Hwy 239                        1
                                              Clayton            , AL   36016-0767
11/22/04    11/23/04   11/24/04    2004        334-775-3331    ALN

Lipid Panel
  Cholesterol, Total                 206       H  mg/dL       100 - 199
  Triglycerides              101           mg/dL          0 - 149
  HDL Cholesterol            43            mg/dL         40 - 59
  VLDL Cholesterol Cal       20            mg/dL          5 - 40
   DL Cholesterol Calc              143       H  mg/dL        0 - 99
  .omment
      If initial LDL-cholesterol result is >100 mg/dL, assess for
      risk factors and refer to the AIP-III table below.

      Risk Category   LDL Goal   LDL Level (mg/dL)   LDL Level (mg/dL)
                      mg/dL      at which to initiate   at which to
                                 Therapeutic Lifestyle   consider Drug
                                 Changes (TLC)        Therapy

      CHD              <100         >100              >or=130
      2+  Risk Factors <130         >or=130           >or=130
      0-1 Risk Factors <160         >or=160           >or=190
RPR                                 Non Reactive              Non-Reactive

  LAB: MB LabCorp Birmingham            DIRECTOR: Arthur Kelly, MD
       1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT BRANCH: 334-792-09    205-581-35
                        LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

REPORT

©2004 Laboratory Corporation of America® Hr
All Rights r



Moon, James
ID:   212228

D.O.B.:
Meds:
Class:
Dr:
Tech:

52 YEARS

12/01/2004 8:20:58

| | | |
|---|---|---|
| Vent. Rate: | 55 | bpm |
| RR Interval: | 1084 | ms |
| PR Interval: | 178 | ms |
| QRS Duration: | 104 | ms |
| QT Interval: | 426 | ms |
| QTc Interval: | 418 | ms |
| QT Dispersion: | 28 | ms |
| P-R-T AXIS: | 58° | -21° 41° |

IRREGULAR SINUS BRADYCARDIA
*** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER ***
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE   * Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: `0845` | Patient Name: (Last, First) `Moon` | Date: (mm/dd/yy) `01/13/06` |
| Site Phone # `334/775-3610` | Alias: (Last, First) `James` | Date of Birth: (mm/dd/yy) ▌▌ |
| Site Fax # `334/775-3610` | Inmate # `212228` | PHS Custody Date: (mm/dd/yy) `08/01/0000` |
| Will there be a charge? ☑Yes ☐No    Sex ☑Male ☐Female | SS Number ▌▌▌▌ | Potential Release Date: (mm/dd/yy) `05/27/0025` |

Responsible party: ☐PHS ☐Auto Ins.    ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☑Physician  ☐NP, PA  ☐Dental

Facility Medical Director Signature and Date: *Samuel Rayapati MD*

☐ Service meets criteria for "approval via protocol"

**History of Illness/injury/symptoms with Date of Onset:**
Follow up - chronic Benign
& mild-mod -
oesophageal stricture

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields:**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)  ☐ Dialysis (DA)
☐ Routine  ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy  ☐ Chemotherapy
Number of Visits/Treatments: _____  ☐ Other: _____

Specialist referred to: *Dr Jackson - GE*

Type of Consultation, Treatment, Procedure or Surgery:
*EGD -*
*Benign oesophageal stricture*

Diagnosis:
ICD-9 code:

You must include copies of pertinent reports such as lab results, x-ray Interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**Results of a complaint directed physical examination:**
Kept
EGD - Recommended by
GE Specialist

**Previous treatment and response (including medications):**
Recent complaints of inc -
to difficulty in swallowing

***For security and safety, please do not inform patient of possible follow-up appointments.**

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

# PRISON HEA‌  H SERVICES: AUTHORIZA‌  ‍N LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 01/31/2006 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15798902 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and
returned with an officer to the correctional facility.**

### Clinical Summary or Attached Report

Diagnosis: Esophagitis w/ Esophageal Stricture

Procedure: EGD w/ balloon dilation to 15mm

Recommend: Repeat dilation in 4 to 6 wks

call us to arrange (334) 265-3140

Nexium 40mg po qdry

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____

Date: 8/16/06    Time: 12.00

Reviewed and Signed By
Medical Director: _____    Date: _____    Time: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

02/01/2006

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

**Montgomery Surgical Center**

GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC EXAM

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 02/16/06

REFERRING PHYSICIAN: Jackson Health Services / D. Puppett Venkatesan, Jr.

ENDOSCOPIST: J. Jack

ASSISTANT(S):

PRE-OP DIAGNOSIS: Esophageal stricture

POST-OP DIAGNOSIS: Esophageal stricture due to severe erosive esophagitis

ANESTHESIA: MAC

INSTRUMENT(S): GIF 100

PROCEDURES:  ☐ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation
☐ Photo   ☐ Duodenal Drainage   ☑ Other  Balloon dilatation of esophagus

FINDINGS:

Esophagus normal proximal
2/3 cm. Ulceration and
stricture of distal 1/3
Dilated to 15 mm
with continuous
radial expansion
balloon at 7 atm

Stomach and duodenum
are normal

Benign stricture



N/
IB 2/16/06

RECOMMENDATIONS:

Repeat dilatation in 4-6 wk. N/ to arrange
Nexium 40 mg po q day

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: ▮▮▮▮▮
JACKSON, JOSEPH W

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day

3. You should remain in the presence of a responsible person today

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5. Do not drink alcoholic beverages for at least 24 hours

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water <u>after</u> your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1. It is common to expel flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. <u>Do not</u> take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician

2. Special Diet Instructions (if applicable):
_____
_____
_____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s): _Recommended_ !
NO Rx   _Nexium 40 mg PO q day_
Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS
_Repeat dilatation in 4-6 weeks. Call to arrange._

☑ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _Jackson_
Office # _288-8880_
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____   | _Consultation ok_
NAME / RELATIONSHIP
_Steve Greenwich_ / 1225

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

−0.75 −1.75 X 060
+1.00 −1.25 X 070

# EYE EXAMINATION SHEET

Facility: _Dortress_  Date of Request: 1-12-06

Subjective: Headache, eye hurts, 2 wks ago knust/t lt wised. Rt eye

Past History: Glaucoma, Blurred vision; status in lt eye

### CONSULTATION REPORT

| | W/Glasses | W/O Glasses |
|---|---|---|
| Snelling: OD | 20/25 | 20/200 |
| OS | 20/25 | 20/200 |

OPHTH & EXT:
Dilated Eye Exam (YES) (NO) (circle one)

tx tmtn @ 1020-04

New RX: OD −0.50 −1.50 X 070   20/20

OS +1.50 −0.50 X 080   20/20

Glaucoma (YES) NO (circle one)

IOP: 17    25
Details: 24 #2

+2.00

A) POAG c ↑IOP OU

P) Add 0.25 Betinol
↓ gtt OD QAM
IC OP

Cataracts: (YES) (NO) (circle one)
Details:

KA/AtAN/COP t/so 2tns −OS
FOL-OD

Frame: PD − 66/63
Size:
Color:
Seg Ht: eyesize · 52

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Optometrist Signature/Date

| Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| N | James | | | W/m. | 212228 |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Please send this form* — m must be Complete and Legible  You must Type or *the Authorization Letter to the service provider at t* — e of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: *Venh VCF* | Patient Name: (Last, First) *Moon James* | Date: (mm/dd/yy) *09 12 2 05* |
| Site Phone # *334 775-8128* | Alias:  (Last, First) | Date of Birth: (mm/dd/yy) ▮▮▮▮▮ |
| Site Fax # *334 775-8179* | Inmate # *212228* | PHS Custody Date: (mm/dd/yy) *04.01.2000* |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) *05.27.2025* |

Responsible party: ☐PHS  ☐Auto Ins.  ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services);

## CLINICAL DATA

| | |
|---|---|
| Requesting Provider: ☐Physician ☐NP, PA ☐Dental | History of Illness/injury/sypmptoms with Date of Onset: *Previous Benign aenphageal Stricture, Endo Seopy was done -* |
| Facility Medical Director Signature and Date: *Samuel Rayapoti M.D* ☐ Service meets criteria for "approval via protocol" | |
| **Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.** | Results of a complaint directed physical examination: *Recent Complaint of difficulty in Swallowing especially Meat ETC.* |
| ☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA) ☐Outpatient Surgery (OS)  ☐Dialysis (DA) ☑Routine  ☐Urgent | |
| Estimated Date of Service (mm/dd/yy) __/__/__ (This starts the approval window for the "open authorization period") | |
| Multiple Visits/Treatments:  ☐Radiation therapy ☐Chemotherapy Number of Visits/Treatments: _____  ☐Other:___ | Previous treatment and response (including medications): *on Zantac - (non-Compliant)* |
| Specialist referred to: | |
| Type of Consultation, Treatment, Procedure or Surgery: *Consult For EGD previous aenphageal Benign Stricture* | |
| Diagnosis: ICD-9 code: | |
| You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form ☐ Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |

| UM DETERMINATION:  ☐Offsite Service Recommended and Authorized | |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested:  (See Attached) | Date resubmitted: __/__/__ |
| ☐ Resubmitted with requested information | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Regional Medical Director Signature, printed name and date required: _____ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|
| | | | |

05a - UM Referral review form

## INPATIENT NOTIFICATION FORM

Form must be complete and Legible prior to processing. YOU MUST PRIN
This form will be returned to you unless all starred (*) fieds are completed



### GENERAL

**Site Name & Number:**
VENTRESS-0845

**Site Phone #**
334-775-8178

**Site Fax #**
3334-775-8178

**\*Inmate name**
Last _Moon_    First _James_    M.I.

**\*Today's Date (mm/dd/yy)**
_02.27.05_

**Alias Inmate Name**
Last    First    M.I.

**\*Date of Birth:  (mm/dd/yy)**

**\*Inmate Number**
_212228_

**\*SS Number**

**\*PHS Custody Date (mm/dd/yy)**
_/      /_

**\*Sex**
☒ Male    ☐ Female

**\*Potential Release Date (mm/dd/yy)**
_/      /_

**\*Responsible party:**
☐ PHS
☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans)
☐ Other, be specific (Excludes Medicare and Medicaid):_____

### DIAGNOSIS

**MEDICAL**

☐ Acute Coronary Syndrome    ☐ Chemotherapy    ☐ Congestive Heart Failure    ☐ Hemorrhage of GI Tract
☐ HIV Disease    ☐ Acute Pancreatitis    ☐ Acute Renal Failure    _Chest pain ? epigastric_
☐ Seizure Disorder    ☐ Pneumonia    ☐ Alcohol Withdrawal Delirium

**SURGERY**

☐ Abdominal Pain    ☐ Pneumothorax    ☐ Intestinal Obstruction
☐ Acute Appendicitis    ☐ Biliary Disease

**OB/GYN**

☐ Labor    ☐ Ectopic Pregnancy
☐ Menorrhagia

**TRAUMA**

☐ Facial Fracture    ☐ Long Bone Fracture

**OTHER (Less common Medical, Surgical and OB/GYN diagnosis)**

### REFERRAL INFORMATION

**\*Referring or Authorizing provider:** _Dr Rajapati_
**\*Hospital:** _Bullock County Hospital_    **\*Hospital Telephone Number:** _334 775-3331_
**\*Location:** _Union Springs, AL_

### SERVICE

**\*Primary Diagnosis:**

**\*Transportation (check one):** ☐ 911 ☐ Ambulance    ☐ Custody ☐ Air Ambulance ☐ Other (specify) _____
**\*Date of Admission: (mm/dd/yy)** ___/___/___

### OTHER COMMENTS

**\*Recent History of Illness/Injury, etc.**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

**Signature:**

**Printed Name:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

UR Auth #:    Notes:    Initials:



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840 *334-265-31 MO*

December 9, 2004

Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:   Medical Records, Ventress Correctional Facility

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Moon, James C.
379 Hwy 239
P.O. Box 767
Clayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**Montgomery Surgical C**

GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC

### ESOPHAGO GASTRODUODENOSCOPY

DATE: *12.9 04*

REFERRING PHYSICIAN: *Dr Rzyzeti*

ENDOSCOPIST: *J Jach*

ASSISTANT(S):

PRE-OP DIAGNOSIS: *Esophegeal Stricture*

POST-OP DIAGNOSIS: *Severe erosive esophytis / esophageal Stricture*

ANESTHESIA: *MAC*

INSTRUMENT(S): *GIF 100*

PROCEDURES:  ☑ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation

☐ Photo   ☐ Duodenal Drainage   ☐ Other

FINDINGS:

*Esophagus - Ulceration and Stricture of the distal esophagus.*

*Stomach - normal*

*Duodenum - normal*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

RECOMMENDATIONS:

1. *Intensive anti-reflux therapy with PPI's for 3 months*

2. *Repeat EGD in 3 month after beginning therapy*

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Outpatient Surgery: Endoscopy - High Cost | **Effective Dates:** | 11/02/2004 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14353607 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

Dx: Severe erosive esophagitis / esophageal stricture

Plen: Recommend intensive PPI therapy — (Nexium, Aciphex etc.) twice daily for 8 to 12 wks

Discontinue NSAID's

Repeat EGD in 8 to 12 wks

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| | | |
|---|---|---|
| Signature of Consulting Physician: | 12/9/04 Date | 1205 Time |
| Reviewed and Signed By Medical Director: | Date | Time |



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

December 9, 2004



Dr. Rayapati
Ventress Correctional Facility
P.O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:    Medical Records, Ventress Correctional Facility

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Moon James | 10.28.04 |

| Site Phone # | Alias: (Last, First,) | Date of Birth: (mm/dd/yy) |
|---|---|---|
| 334-7758178 | | ▇▇▇▇▇▇ |

| Site Fax # | Inmate # | PHS Custody Date: (mm/dd/yy) |
|---|---|---|
| 334-775-8178 | 212228 | 09.11.00 |

| Will there be a charge? [X]Yes [ ]No | Sex [X]Male [ ]Female | SS Number ___-__-____ | Potential Release Date: (mm/dd/yy) 5.27.25 |
|---|---|---|---|

Responsible party: [X]PHS  [ ]Auto Ins.  [ ]Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  [ ]Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

| Requesting Provider: [X]Physician  [ ]NP, PA  [ ]Dental | History of illness/injury/sypmtoms with Date of Onset: |
|---|---|
| GE Emtry MD/Dr Jackson | Dx: aesophageal stricture lower end - F/W vi/sft t GE for EGD and dilation of stricture |

Facility Medical Director Signature and Date:

Dr Rayafati 10-28-04

[ ] Service meets criteria for "approval via protocol"

**Place a check mark (√) in the Service Type requested (one only) and complete additional applicable fields.**

[ ] Office Visit (OV)   [ ] X-ray (XR)   [ ] Scheduled Admission (SA)
[X] Outpatient Surgery (OS)   [ ] Dialysis (DA)

[ ] Routine   [ ] Urgent

Estimated Date of Service (mm/dd/yy)  12.09.04
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: _____
[ ] Radiation therapy
[ ] Chemotherapy
[ ] Other:_____

Specialist referred to: Dr Jackson-Digestive
Gastroenterologist                         Disorders
Type of Consultation, Treatment, Procedure or (Surgery):

EGD c̄ Dilation

Results of a complaint directed physical examination:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Previous treatment and response (including medications):
Zantac 300mg ī po Qhs
Reglan 10mg ī po Bid

| You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form [ ] Pertinent Documents have been attached and faxed. | ***For security and safety, please do not inform patient of possible follow-up appointments*** |
|---|---|

**UM DETERMINATION:**   [ ] Offsite Service Recommended and Authorized

[ ] Alternative Treatment Plan (explain here):

[ ] More Information Requested: (See Attached)

[ ] Resubmitted with requested information.   Date resubmitted: ___/___/___

Regional Medical Director Signature, printed name and date required:

_____   ___/___/___ (mm/dd/yy)

*Faxed 10-28-04 BC*

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 143536 07 |
|---|---|---|

Moon, James C.
379 Hwy 239
P. O. Box 767
ayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure

5. Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

### ESOPHAGOGASTRODUODENOSCOPY

(CAN eat or drink Now)

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks)

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

### III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
   _____
   _____

## VI. MEDICATION

1. Resume your home medications

2. Your physician has written you a prescription for the following medication(s):_____
   _____
   _____

   Have the prescription(s) filled and take as directed

## VII. ADDITIONAL INSTRUCTIONS

_____

☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _Jackson_
Office # _288-8840_
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____
NAME / RELATIONSHIP        12/9/04

_____
NURSE / TIME

MS-114    1/03    PRINTED BY CREATIVE PRINTING - 281-1315

Don't take ASA

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
DO NOT PHOTO COPY

**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**

# CONSULTATION REQUEST

DATE: _10-26-04_

PATIENT: _Moon_ _James_ _C_
        LAST NAME     FIRST     MIDDLE

SSN: _____   DOB: ___/___/___

INSURANCE: _____   POLICY #: _____

GROUP #: _____   OTHER: _____

Consult Requested With: _Joseph W. Jackson_

Provisional Diagnosis: _Esophageal Stricture_

Reason for Request: _This patient was referred_
_for evaluation. He has symptoms_
_of esophageal stricture. Please contact_
_my office to schedule for EGD_
_and dilatation_

Tests that have been ordered:

    Labs: _____

    X-rays: _____

    Other: _____

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

Appointment: _____

Please notify this office if the patient is unable to keep his or her appointment for any reason.

Please fax copies of the initial consultation report to (334) 288-4465.
If you require additional information, contact us at (334) 288-8840.

**JOSEPH W. JACKSON, M.D.**
**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**
**2055 NORMANDIE DR., SUITE 200**
**MONTGOMERY, AL 36111**



DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES, PC
DR. JOSEPH W. JACKSON
<u>ENDOSCOPY ADMISSION ORDERS</u>

Date: _____    Name: _Mond, James_

Allergies: _NKA_

Admitting MD:  Dr. Joseph W. Jackson

Admitting Diagnosis: _Dysphagia / Esophageal Reflux_

Condition: _Stable_

## Please follow the orders that have been checked.

Procedure:

    ☑ EGD    ☐ Colonoscopy    ☐ ERCP    ☐ Small bowel endoscopy

    ☐ Esophageal motility    ☐ Esophageal motility with Tensilon stimulation

    ☐ Other: _____

Please obtain a permit for the procedure(s) checked above.

Vital signs: On admissions and q _30_ ☐ minutes or ☐ hours.

Admission Laboratory
☐ 1. CBC
☐ 2. PT/PTT
☐ 3. Electrolytes, BUN, Creatinine, Calcium, Magnesium, Phosphorus
☐ 4. SGOT(AST), SGPT(ALT), ALK PHOS, GGT, Albumin, Total protein, T. Bilirubin
☐ 5. Amylase, Lipase
☐ 6. Pre procedure Ultrasound of Gallbladder, liver and pancreas
      Diagnosis: _____
☐ 7. Chest X-ray PA and lateral
☐ 8. EKG

IV Fluid:
    ☐ D5W    ☐ Normal saline    ½ Normal saline
    ☐ Other: _____
    Infusion rate: ☐ KVO    _____ cc/hr
    Add: _____

Pre-procedure medication:
☐ _____
☐ _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Pre-procedure antibiotics:
☐ Ampicillin: _____
☐ Gentamicin: _____
☐ Vancomycin: _____
☐ Other: _____

Signed: _Joseph W. Jackson  MD_

*Please read*

## EGD AND ERCP INSTRUCTIONS

You have been scheduled for an EGD or ERCP. The examination is on *please call* _____ at **7:00 AM**. The procedure will be performed at *Montgomery Surgical Center*. We advise that you go to be pre-admitted prior to the day of your procedure.

### SPECIAL INSTRUCTIONS:

1. Do not eat, drink, or chew anything after midnight on the day before your procedure.
2. Please report to the hospital admissions desk or outpatient department by 7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart disease should take the morning dosage the day of the procedure with a **very small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin, Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and others) please stop taking them **5 days before the test**. If a polyp is removed or biopsy is taken during your procedure, you should resume your Blood thinners _10_ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of your procedure.

**If you have any questions, call our office at (334) 288-8840**

JOSEPH W. JACKSON, M.D.
DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES
2055 NORMANDIE DR., SUITE 200
MONTGOMERY, AL 36111

DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# MONTGOMERY SURGICAL CENTER
855 East South Boulevard
Montgomery, Al 36116
(334) 284-9600

Name _James Moon_ _____ Date _____

### HISTORY AND PHYSICAL EXAMINATION

Chief Complaint _Dysphage_

History of Present Illness: _Patient with 2yr hx of dysphagia, regurgitation and Pyrosis. He has no wt loss_
_Hx of tobacco abuse & alcohol abus_

| Past Medical History | Yes | No | Comment |
|---|---|---|---|
| Renal Failure | | ✓ | |
| Diabetes | | ✓ | |
| Heart Disease | | ✓ | |
| Asthma | | ✓ | |
| High Blood Pressure | | ✓ | |
| Cancer | | ✓ | |
| Other | ✓ | | Glaucoma / Depression |
| Surgeries | | ✓ | |
| Hospitalization | | | |

| Family History: | Yes | No | Comment |
|---|---|---|---|
| Anesthetic Complications | | ✓ | |
| Bleeding Tendencies | | ✓ | |

Medication Patient Presently Taking: _Reglan / Vistoril // Zantac_

Allergies: _NKA_

### PHYSICAL EXAMINATION:

Ht _____ Wt _____ BP _____ / _____ Pulse _____ Resp _____ Temp _____

HEENT _N_
Neck _N_
Chest _N_
Heart _N_
Abdomen _N_
Genitalia
Rectal
Extremities
Neurological
Other
General Appearance

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis: _Esophageal stricture_

Plan of Treatment: _EGD_

_____ M D

MSC-117    Printed by Creative Printing 281-1315