# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

EXHIBIT
A-3

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 08/25/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14128591 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

> **The consulting physician should complete this section.**
> **The completed form will be sealed in the attached envelope and**
> **returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | | | |
|---|---|---|---|
| | | Date | Time |
| Reviewed and Signed By Medical Director: | | | |
| | | Date | Time |

08/25/2004

## UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

### DEMOGRAPHICS

**Site Name & Number:**
VENTRESS-0845

**Patient Name: (Last, First,)**
Moir　James

**Date: (mm/dd/yy)**
08,24,04

**Site Phone #**
334-7758178

**Alias: (Last, First,)**

**Date of Birth: (mm/dd/yy)**

**Site Fax #**
334-775-8178

**Inmate #**
212228

**PHS Custody Date: (mm/dd/yy)**
09,11,00

**Will there be a charge?** ☒Yes ☐No
**Sex** ☒Male ☐Female

**SS Number**
— — — — — —

**Potential Release Date: (mm/dd/yy)**
/ /

**Responsible party:** ☒PHS ☐Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):_____

### CLINICAL DATA

**Requesting Provider:** ☒Physician ☐NP, PA ☐Dental
Gastroenterology (Dr Rayapati)

**Facility Medical Director Signature and Date:**
Samuel Rayapati. M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☒ Office Visit (OV)　☐ X-ray (XR)　☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)　☐ Dialysis (DA)

☒ Routine　☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 10,24,04
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____ ☐ Other:

**Specialist referred to:** Gastroenterologist Dr Whytt

**Type of Consultation, Treatment, Procedure or Surgery:**

**History of illness/injury/sypmtoms with Date of Onset:**
H/o GERD - Chronic
upper GI Series Revealed, aerophageal stricture, and a small duodenal diverticulum found, Enclosed Report

**Results of a complaint directed physical examination:**
Abd. Exam — NL— patient com-
plains food stagnating in around the
throat —

**Previous treatment and response (including medications):**
Zantac 300mg po HS
Reglan 10mg po Bid

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

### UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

**Date resubmitted:** / /

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**
/ / (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

**Cart Type:**

**Med Class:**

**UR Auth #:** 14128591

UM Referral review form 2-05-2004

*(handwritten, right margin, vertical):* Faxed 8-24-04BL



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

10-04-04

Mr. James Moon
379 Hwy 239
Clayton, AL 36016

Dear Mr. Moon:

Dr. _____ has arranged for you to be seen by Dr. Jackson at our office in Montgomery.

The appointment has been scheduled for 10-26-04 at 3:45pm.

We are located in the Normandie Medical Building, behind Baptist Medical Center South.

Please complete the enclosed information and bring your insurance card(s) and driver's license with you for the appointment.

You will not have a procedure during this visit that requires you to fast. However you will undergo a physical examination by Dr. Jackson.

This time has been allotted for you. If you are unable to keep your appointment, please give us at least 24 hours notice. If we do not hear from you, there will be a $25.00 charge.

We look forward to seeing you. If you have any questions, please give us a call.

Sincerely,

Cecily D. Jackson
Practice Manager

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

 **DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES**
*JOSEPH W. JACKSON, M.D.*

## PATIENT INFORMATION SHEET

DATE: Oct 10, 2004

PATIENT: Moon _____ James _____ Moon
          LAST NAME          FIRST          MIDDLE

SOCIAL SECURITY #: ████████7     DATE OF BIRTH: ████████

SEX: (Male) Female    MARITAL STATUS: Single Married (Divorced) Widowed    AGE: 52

ADDRESS: Ventress Prison - 379 Hwy 239
                     STREET                APT#

Clayton, Al, 36016
     CITY                STATE          ZIP

HOME PHONE: ( 334 ) 775-8178     DRIVER'S LICENSE #: _____

REFERRED BY: Dr Rayapati

OCCUPATION: NA

EMPLOYER: NA          WORK PHONE: ( )

EMPLOYER'S ADDRESS: NA
                          STREET              APT#

                  NA
                 CITY             STATE         ZIP

SPOUSE'S NAME: NA

SPOUSE'S EMPLOYER: NA      WORK PHONE: ( )

SPOUSE'S EMPLOYER ADDRESS:

NEAREST RELATIVE OR FRIEND NOT LIVING WITH YOU:

RELATIONSHIP TO PATIENT: _____    PHONE: ( )

## MEDICAL INSURANCE

PRIMARY INSURANCE COMPANY: Prison Health Services

POLICY NUMBER: _____     GROUP NUMBER: _____

INSURED PARTY: _____     DOB: / /    SSN: _____

MEDICARE NUMBER: _____     MEDICAID NUMBER: _____

SECONDARY INSURANCE COMPANY: _____

POLICY NUMBER: _____     GROUP NUMBER: _____

INSURED PARTY: _____     DOB: / /    SSN: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RESPONSIBLE PARTY

*(PLEASE COMPLETE THIS SECTION IF SOMEONE OTHER THAN THE PATIENT IS RESPONSIBLE FOR THE BILL)*

NAME: _____    PHONE H: ( ) _____    W: ( ) _____

ADDRESS: _____

EMPLOYER: _____     EMPLOYER ADDRESS: _____

I certify the above information to be accurate to the best of my knowledge. If this information is to change or is incorrect, I will notify Digestive Disorders and Liver Disease Associates.

_James C. Moon_                   _Oct 10, 2004_
SIGNATURE OF PATIENT OR LEGAL GUARDIAN         DATE

Version 3.0                                         April 14, 2003

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
**EYE CHART**

| Date | Time | 10-8-04 | | | OLD RX Worn from | | | to | | |
|------|------|---------|---|---|---|---|---|---|---|---|
| | | | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| **Visual Requiremnts** | | | | | | | | | | |

**Other Visual Requirements**

**Previous Eye History**

**Chief Visual Complaints**

**Detailed History**

**General Health**      Glaucoma. OD

XALAZAN qhs ℞

WAS? LAST

NGall

**External Examination**

OD                                          OS

OD                                          OS

**Internal Examination**      T A⁶⁰16

OS 16

**Visual Field Screening**      OD 20/70   3 glasses   OS 20/70   OU 20/40

| | DATE | CHARGE | PAID | BAL DUE |
|---|------|--------|------|---------|
| **Tonometry** | | | | |
| **Instrument /** OD        OS | | CONTINUE | | |
| **V.A. (Habitual)** Dist. OD    OS    OU | | | | |
| Near OD    OS    OU | | | | |
| **Dominance / Test** / | | | | |
| **Pupillary Reflexes** | Size | | XALAZAN qhs OD | |
| | Consensual | | | |
| **Tests for Squint** | Inspection | | Homo 1 | |
| | Cover | | | |
| | Corneal Reflex | | | |
| **PD / PP Conv** | | | | |
| **PE Acc** | | | Jan VC | |
| **ons** | | | | |
| **Rotations / Fixations** | | CMD 10/8/6 | | |
| | | 52 yrs. | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**INMATE NAME (LAST, FIRST, MIDDLE)**      Moon, James

| DOC# | DOB | R/S | FAC |
|------|-----|-----|-----|
| 212228 | | B/m | Ventress |



# Advanced Medical
## Imaging Center

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Samuel Rayapati, MD 08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
   DOB:
   Account#: 881724
   Chart#:  70550
   Exam: UPPER GI/BARIUM SWALLOW 08-12-04

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted.

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PRISON HEA⸍ I SERVICES: AUTHORIZAT ⸍N LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | X-Ray: Upper Gi (Barium Swallow) | **Effective Dates:** | 08/06/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14059815 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| | | |
|---|---|---|
| Signature of Consulting Physician: | Date | Time |
| Reviewed and Signed By Medical Director: | Date | Time |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

08/06/2004

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**Form must be Complete and Legible. You must Type or Print**
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0845 | **Patient Name: (Last, First,)** Meron James | **Date: (mm/dd/yy)** 08/05/04 |
| **Site Phone #** 334-7758178 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ~~████~~ |
| **Site Fax #** 334-775-8178 | **Inmate #** 212228 | **PHS Custody Date: (mm/dd/yy)** 09/11/00 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** _____ | **Potential Release Date: (mm/dd/yy)** 05/27/2025 |

**Responsible party:** ☒PHS ☐Auto Ins. ☐Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☒Physician ☐NP, PA ☐Dental

Radiology

**Facility Medical Director Signature and Date:**

Samuel Rayapat. MD

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☒ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☒ Routine   ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 08/12/04
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:**  ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:_____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

UGI Series — c̄
Aerophagogram —

**History of illness/injury/sypmtoms with Date of Onset:**

Chr. Care of PUD - Go Choking
foreign body feeling in the
throat, c̄ vomiting;
in Observed in infirmary for

**Results of a complaint directed physical examination:**

vomiting, but none recorded —
in Nutritional Status unchanged

**Previous treatment and response (including medications):**

on antacids — and Reglan —
but in continue to complain as above

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**
☐ Pertinent Documents have been attached and faxed.

**\*\*\*For security and safety, please do not inform patient of possible follow-up appointments\*\*\***

## UM DETERMINATION:

☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.
☐ Offsite Service Recommended and Authorized

**Date resubmitted:** __/__/__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**

__/__/__ (mm/dd/yy)

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| Cert Type: | Med Class: | UR Auth #: 14059815 |
|---|---|---|

UM Referral review form 2-05-2004

Faxed 8-0504 BC



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS
### EYE CHART

| | te        Time | | OLD RX Worn from | | to | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Sph. | Cyl. | Axis | Prism | Base | Add |
| Visual Requiremnts | | | | | | | | |
| | | | | | | | | |

| Other Visual Requirements | |
| Previous Eye History | *Blood vessel burst @ eye* |
| Chief Visual Complaints | |

Ta -17/17

continue
meds
as
noted

| Detailed History | *Glaucoma OD* |
| General Health | |

| External Examination | *Xalatan*<br>*got drops last night* |

OD                                                    OS

OD                                                    OS

| Internal Examination | |

| Visual Field Screening | OD 20/70        OS 20/50 |

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|

| Tonometry | |
| Instrument / | OD            OS |
| V.A. (Habitual)  Dist. | OD        OS        OU |
| Near | OD        OS        OU |
| Dominance / Test | / |

IOP ✓
< 6 wks

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Pupillary Reflexes | Size |
| | Consensual |
| Tests for Squint | Inspection |
| | Cover |
| | Corneal Reflex |
| PD / PP Conv | |
| cc | |
| Versions | 6/14/4 |
| Rotations / Fixations | |

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| *Moss, James* | 212220 | ▮▮▮▮ | W/m | VCF |

3/00

# INSTITUTIONAL EYE CARE

P.O.F _390
Lewisburg, PA :

(570) 523-34__
FAX (570) 524-2817

**PATIENT**  MOON, JAMES

**DATE**  3/22/2004

**NUMBER**  21228

VENT

**INSTITUTION**  VENTRESS CORRECTIONAL

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -0 75 | -1 75 | 60 | 0 | |
| OS | 1.00 | -1.25 | 70 | 0 | |

| | ADD | HEIGHT | DIST PD | NEAR PD | |
|---|---|---|---|---|---|
| OD | 2.25 | 23 | 66 | 63 | |
| OS | 0.00 | 0 | 0 | 0 | |

**LENS COLOR/COATINGS**  Clear

**FRAME**  NICK

**STYLE**

**FRAME COLOR**  GREY

**SIZ**  52

**DROP BALL**

**FINAL INSPECTION**

| | |
|---|---|
| LENSES: | |
| FRAME: | $9 86 |
| OVERSIZE: | $3.49 |
| TINT/PGX: | $0 00 |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0 00 |
| PRISM: | $0 00 |
| CASE: | $0.00 |
| OTHER: | |
| S/H: | $1 35 |
| TOTAL DUE ($): | $14.70 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_SETY NOTICE._
s meet or exceed American National Standard Z80.1 and FDA
21CFR Sec 801 419 for impact resistance but are not
or shatterproof.  Of all the materials that lenses can be made
__ __e most impact resistant

__ __orce, the lenses can break into sharp pieces that can
__, __ the eye  or blindness.  Even if the lenses do not break
__pact may cause the lenses or spectacle frame to contact the
__ding area causing injury

- The continued impact resistance of your lenses depends on how well
you protect them from physical shocks and abuse.  For your own
protection  scratched or pitted lenses should be replaced immediately
-If your occupational or recreational activities expose you to the risk of
flying objects or physical impacts, your eye safety requires special
safety spectacles with safety lenses, side shields, goggles and/or a full
face shield



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Moon, James # 212228_____

   (Print Name)                                                      (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )     Splint

(X)     Eyeglasses

(   )     Dentures

(   )     Prothesis        describe _____

(   )     Wheelchair

(   )     Cane

(   )     Crutches

(   )     Other           describe _____

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition

X _James Moon_____      _4-14-04_____
   (Inmate)                                            (Date)

_J. Smith Jr_____      _4-14-04_____
   (Witness)                                           (Date)

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | | | VCF |

      (White – Medical File, Yellow – Security Property Officer)

## EYE EXAMINATION SHEET

| TO: (Service Physician) Dr. Bradford | FROM: (Requesting Ward, Med Fac Phys) Ventress | Date of Request: 3/12/04 |
|---|---|---|

Reason For Request: (Complaints and Finding)

IOP ✓

Xalatan
last drops: last night
QHS OD

Past History  Glaucoma OD

Old Rx

Signature  C. Hunter, LPN          Type of Consult ☐ Emergency ☒ Routine

### CONSULTATION REPORT

Subjective:  OD 20/100   OS 20/40

OPHTH: 50% c/d / WNL (R)
30% c/d / WNL (L)

New Rx:  OD    Seg Ht. 23    Ext:
OS                              Date Dispensed & Initials:

Seg. Type:  — 075 — 175 ↓ 060
+100 — 125 ↓ 070  / +226

IDP & Time:              ulu 66/63

Frame:
Size:
Color:
Ta 15/16      continue meds as noted      52/18/145

3/12/04
OPTOMETRIST'S SIGNATURE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Patients Last Name  Moon, Jas | Age 57 | R/S W/M | I D No. 212228 |
|---|---|---|---|

F-65 Rev. (1-95)

Facility Name: _VCF_

Month/Year of Charting:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cough tab loosing! p
Bid x 5 days

3Am

3Pm

Start Date: 3/29/06    Prescriber: Rayyaputi
Stop Date: 4/02/06    RX #:

Prilosec OTC 20mg
tab take 1 po
qhs x 90d

9pm

28 tabs given 4/15/06

gave to c-row

Start Date: 4-6-06    Prescriber: Dr Ryyaputi/sv
Stop Date: 7-6-06    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

Diagnosis: PG II & IV

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| K. Keckler | Ka | AMarly | | 1 Discontinued Order |
| | | Johnson APN | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | Mansfield | MD | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |
| | | | | 10 Other |

Allergies

Housing Unit:
Patient ID Number: 212228
Patient Name:
Date of Birth:

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 04/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab    90.00**

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

K 9Am
O 9pm
P

Start Date: 11-07-2005
Stop Date: 05-05-2006
Prescriber: Rayapati, Samuel
RX #: 250857772

---

**Prilosec OTC 20MG Tab    2**

Take 1 tablet(s) by mouth at bedtime

K
P
#28 given 3/23/06
SOO MAR H

Start Date: 01-19-2006
Stop Date: 04-18-2006
Prescriber: Rayapati, Samuel
RX #: 251086375

---

**Xalatan 0.005% Solution    1**

Place 1 drop(s) in right eye at bedtime

K
O
P

Start Date: 02-16-2006
Stop Date: 08-14-2006
Prescriber: Murray, Daniel
RX #: 251179933

---

0.25 Betenol opth
½ gtt OD @ Am x 180 days

K
O
P
1 gtt given 3/29/06

Start Date: 2-16-06
Stop Date: 8-14-06
Prescriber: Rayapati
RX #:

---

Flexeril 10mg - i PO
TId x 3 days

3A
9A
3P

Start Date: 3-29-06
Stop Date: 4-01-06
Prescriber: Rayapati
RX #:

---

Tylenol 325 ii PO
BID x 5 days

3A
3P

Start Date: 3-29-06
Stop Date: 4-02-06
Prescriber: Rayapati
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

Diagnosis: Pg I of II

Allergies:

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| K. Lee LPN | ke | | Sm | 1 Discontinued Order |
| | | Johnson LPN | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | Mansfield | MB | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |



Facility Name: Ventress Correctional Facility

Month/Year of Charting: 03/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**zantac 150MG Tab      90.00**

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime — *9pm*

Start Date: 11-07-2005    Prescriber: Rayapati, Samuel
Stop Date: 05-05-2006    RX #: 250857772

**Prilosec OTC 20MG Tab      2**

Take 1 tablet(s) by mouth at bedtime — *OP / 9pm*

*K  2# given 3/23/06 TV*
*James C. Moon*

Start Date: 01-19-2006    Prescriber: Rayapati, Samuel
Stop Date: 04-18-2006    RX #: 251086375

**Xalatan 0.005% Solution      1**

Place 1 drop(s) in right eye at bedtime — *K / OP*

Start Date: 02-16-2006    Prescriber: Murray, Daniel
Stop Date: 08-14-2006    RX #: 251179933

**0.25 Betenol opth ÷ gtt OD @ hw x 180 days**

*K  1 Bottle given 3/29/06 TV*
*6p  James C Moon  212228*

Start Date: 2-16-06    Prescriber: Murray
Stop Date: 8-14-06    RX #:

**Flexeril 10mg ÷ PO Tid x 3d**
*3A / 9A / 3P*

Start Date: 3-29-06    Prescriber: Floyd CRNP  Rayapati MD
Stop Date: 4-01-06    RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Tylenol 325mg Ti PO Bid x 5d**
*3A / 3P*

Start Date: 3-29-06    Prescriber: Floyd CRNP
Stop Date: 4-02-06    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K Queen | KC | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 212228 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| Moon, James | Date of Birth: | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: VCF

Month/Year of Charting: 3/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Cough tab 600mg ŧ
po Bid x 5d

3A

3P

Start Date: 3/29/06    Prescriber: Floyd CRNP
Stop Date: 4/02/06     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:        Prescriber:
Stop Date:         RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:        Prescriber:
Stop Date:         RX #:

Diagnosis

Allergies  NKDA

Housing Unit: Population
Patient ID Number: 212228
Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| R Johnson LPN | RJ | | |
| M Benefield LPN | MB | | |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth:

Region 4

# NON-FORMULARY **PHARMACY** REQUEST FORM
Form must be complete and legible.  You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | ▓▓▓▓▓▓ |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

**Diagnosis**

Glaucoma

☒ Male    ☐ Female

**Medication Allergies**

∅

**Requested Non-Formulary and Strength:**

Betimol    0.25%    ophth

**Directions:**

1 gt OU Qam

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☒ 90 days    ☐ Other _____

**Justification for this non-formulary drug.  Include previous therapeutic interventions including lifestyle changes.**

Glaucoma

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Compliance:**    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

| **Practioner Information:** | ☒ Physician    ☐ NP/PA    ☐ Dentist | |
|---|---|---|
| Name:  Danie E Murry  Jr | Signature: | |
| Daytime Phone:  334-585-9626 | Pager Number:  (334-701-3705 | |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields.  Incomplete non-formulary requests will not be reviewed.  Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner.  Verbal approval is acceptable if the prescribing practitioner is not available.

| **Determination:**    ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|
| | | |

**Corporate/Regional Medical Director/Designee**

Name: _____    Signature: _____

Date: _____

Facility Name: JCF

C of C 15

Month/Year of Charting: 02/06

0.25 Betimolol OPH K
Tgtt OD QAM
X 180 DAYS

Start Date: 021406    Prescriber: Murray
Stop Date: 081406    RX #:

Xalatun OPH K
Tgtt OD QHS
X 180 DAYS

James C Mow 212228
(children given 2-28-06 #)

Start Date: 021406    Prescriber: Murray
Stop Date: 081406    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

Start Date:    Prescriber:
Stop Date:    RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies: NKDA

Nurse's Signature    Initial    Nurse's Signature    Initial

Housing Unit:
Patient ID Number: 212228
Patient Name:

| Documentation Codes |
| --- |
| 1 Disconlinued Order |
| 2 Refused |
| 3 Patient out of facility |
| 4 Charted In Error |
| 5 Lock Down |
| 6 Self Administered |
| 7 Medication out of Stock |
| 8 Medication Held |

WBenefield NP

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 01/06

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**zantac 150MG Tab    90.00**

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

*Continue until Prilosec arrives -13th

Start Date: 11-07-2005
Stop Date: 05-05-2006
Prescriber: Rayapati, Samuel
RX #: 250857772

**Xalatan 0 005% Solution    1**

Place 1 drop(s) in affected eye(s) at bedtime

Start Date: 11-07-2005
Stop Date: 05-05-2006
Prescriber: Rayapati, Samuel
RX #: 250857773

*Pamelor 50mg: PO*
*q HS X 90 days*

D/C'd 01/12/06

Start Date: 12-19-05
Stop Date: 03-19-06
Prescriber: Dr. Banerjee
RX #:

*Starting When arrives* 9pm

*Prilosec 20 mg*
*P.O. Qd X 90 d*

Start Date: 1-13-06
Stop Date: 4-13-06
Prescriber: Dr Rayapati

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1 Discontinued Order |
| | | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |

Diagnosis

Allergies

Housing Unit: Population
Patient ID Number: 212228
Patient Name:

**Moon, James**

Region 4

# NON-FORMULARY **PHARMACY** REQUEST FORM
### Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| **(334) 775-8178** | 212228 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| **(334) 775-8178** | **A-473** | |

**Diagnosis**

Benign aerodigestal Stricture

☒ Male ☐ Female

**Medication Allergies**

NKA

**Requested Non-Formulary and Strength:**

Prilosec (Omeprazole)

**Directions:**

20 mg po daily - HS -

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Zantec Pepcid not effective

**Compliance:** ☐ > 80% ☐ < 80% (Determined by Review of MAR)

**Practioner Information:** ☐ Physician ☐ NP/PA ☐ Dentist

| Name: | Signature: | Samuel Engelhardt M.D. |
|---|---|---|
| Daytime Phone: | Pager Number: | |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☒ Approved ☐ Additional information requested ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

| Name: | Signature: | |
|---|---|---|
| Date: | | 01/17/2006 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Region 4

# NON-FO ULARY **PHARMACY** REQU ST FORM
Form must be complete and legible. **You must Type or Print.**

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| **(334) 775-8178** | 212328 | ▓▓▓▓▓▓▓▓ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| **(334) 775-8178** | A-473 | |

**Diagnosis**

Benign aerophageal Stricture

☒ Male   ☐ Female

**Medication Allergies**

NKA

**Requested Non-Formulary and Strength:**

Prilosec / (Omeprazole)

**Directions:**

20 mg    po    daily - HS -

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☒ 90 days    ☐ Other _____

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Zantac Zums Not effective

**Compliance:**    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practioner Information:**    ☐ Physician    ☐ NP/PA    ☐ Dentist

| Name: | Signature: | Samuel Reyapat, MD |
|---|---|---|
| Daytime Phone: | Pager Number: | |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**    ☐ Approved    ☐ Additional Information requested    ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

Name:

Signature:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

Date:

FAXED
1-14-06

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              0442
CONNECTION TEL              13343958156
SUBADDRESS
CONNECTION ID         REGIONAL OFFICE
ST. TIME              01/14 07:24
USAGE T               00'23
PGS. SENT             2
RESULT                OK
```

Region 4          NON-FORMULARY **PHARMACY** REQUEST FORM          **PHS**

Form must be complete and legible. You must Type or Print

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| **(334) 775-8178** | 212228 | ███████████ |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| **(334) 775-8178** | **A-473** | |

**Diagnosis**
Benign aerophageal Stricture          ☑ Male    ☐ Female

**Medication Allergies**
NKA

**Requested Non-Formulary and Strength:**
Prilosec / (Omeprazole)

**Directions:**
20 mg      po      daily - HS

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Zantac Luns not effective

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Compliance:**   ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**   ☐ Physician   ☐ NP/PA   ☐ Dentist

Name: _____   Signature: Samuel Rapat, M.D.

| Facility Name: | Ventress Correctional Facility | | | | | | | | | | | | | | Month/Year of Charting: | | | | | 12/05 | | | | | | | | | | |

**Pamelor 25MG Cap    30.00**

Take 1 capsule(s) by mouth at bedtime

9pm (handwritten charting markings) — See New Order

Start Date: 09-24-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005    RX #: 250661133

**Benadryl 25MG Cap    30.00**

Take 1 capsule(s) by mouth at bedtime

9pm (handwritten charting markings) — D/c'd 12/19/05

Start Date: 09-24-2005    Prescriber: Banerjee MHM, Sreelekha
Stop Date: 12-22-2005    RX #: 250661135

**zantac 150MG Tab    90.00**

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

9am (handwritten charting markings)
9pm (handwritten charting markings)

Start Date: 11-07-2005    Prescriber: Rayapati, Samuel
Stop Date: 05-05-2006    RX #: 250857772

**Xalatan 0.005% Solution    1**

Place 1 drop(s) in affected eye(s) at bedtime

9pm (handwritten charting markings)

Start Date: 11-07-2005    Prescriber: Rayapati, Samuel
Stop Date: 05-05-2006    RX #: 250857773

Percocet # 1 qid prn pain x 3 days

3pm
9am
3pm
9pm

Start Date: 12-5-05    Prescriber:
Stop Date: 12-8-05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Pamelor 50mg po qhs x 90 days

9am

Start Date: 12/19/05    Prescriber: Dr Banerjee
Stop Date: 03/19/06    RX #:

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|
| | | K Reed LPN | KR | (signature) RN | | 1 Discontinued Order |
| Allergies | NKA | (signature) LPN | TA | (signature) RN | | 2 Refused |
| | | (signature) | | (signature) | | 3 Patient out of facility |
| | | | | | | 4 Charted In Error |
| Housing Unit: | Population | | | | | 5 Lock Down |
| Patient ID Number: | 212228 | | | (signature) | | 6 Self Administered |
| Patient Name: | | | | (signature) | | 7 Medication out of Stock |
| Moon, James | | | | | | 8 Medication Held |
| | | | | | | 9 No Show |

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 11/05

**Pamelor 25MG Cap 30.00**

Take 1 capsule(s) by mouth at bedtime

9Am 9 9

9PM

Start Date: 09-24-2005
Stop Date: 12-22-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250661135

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Benadryl 25MG Cap 30 00**

Take 1 capsule(s) by mouth at bedtime

9Pm

Start Date: 09-24-2005
Stop Date: 12-22-2005
Prescriber: Banerjee MHM, Sreelekha
RX #: 250661135

**Pamelor : Cap 25 Mg Po @ HS**

9 Pm

Start Date: 9/22/05
Stop Date: 12/22/05
Prescriber: Banerjee
RX #:

**Zantac 150mg : PO q Am x 6 mos**

9A

Start Date: 11-4-05
Stop Date: 5-4-06
Prescriber: Rayapati
RX #:

**Zantac 300mg : PO q HS**

9p

Ranitidine HCl 150MG Tab #90.00
Prescriber: Rayapati, Samuel
Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime
Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857772
Moon, James 212228

Start Date: 11-4-05
Stop Date: 5-4-06
Prescriber: Rayapati
RX #:

**Xalatan : gtts (R) eye @ bedtime**

9p

Xalatan 0.005% Solution #1
Prescriber: Rayapati, Samuel
Place 1 drop(s) in affected eye(s) at bedtime
Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857773
Moon, James 212228

Start Date: 11-4-05
Stop Date: 5-4-06
Prescriber: Rayapati
RX #:

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name
Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | TC | 1 Discontinued Order |
| | JM | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| Johnson LPN | | Banefield | MB | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |

| Facility Name: | Ventress Correctional Facility | | | | | | | | | | | | | | | Month/Year of Charting: | | | 10/05 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Ranitidine HCl 150MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

| Start Date: | 07-08-2005 | Prescriber: | Floyd, Linda |
|---|---|---|---|
| Stop Date: | 10-05-2005 | RX #: | 250156774 |

**Ranitidine HCl 150MG Tab    60.00**

Take 2 tablet(s) by mouth every evening

| Start Date: | 07-08-2005 | Prescriber: | Floyd, Linda |
|---|---|---|---|
| Stop Date: | 10-05-2005 | RX #: | 250156777 |

Pamelor 1 Cap 25mg
PO @ HS

| Start Date: | 9/22/05 | Prescriber: | Banerjee |
|---|---|---|---|
| Stop Date: | 12/22/05 | RX #: | |

Alanton opth solution
2.5cc q HS

| Start Date: | 3-21-05 | Prescriber: | Rayapati |
|---|---|---|---|
| Stop Date: | 10-21-05 | RX #: | |

Benadryl 25mg Cap
1 po @ bedtime

| Start Date: | 9-27-05 | Prescriber: | Rayapati |
|---|---|---|---|
| Stop Date: | 12-22-05 | RX #: | |

| Start Date: | | Prescriber: | |
|---|---|---|---|
| Stop Date: | | RX #: | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies  NKA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit:  Population | | | | | 5 Lock Down |
| Patient ID Number:  212228 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| Moon, James | | | | | 8 Medication Held |
| | | | | | 9 No Show |

Facility Name: Ventress Correctional Facility

Month/Year or Charting: 09/05

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Pamelor Oral Cap 25 MG 25MG Cap 30.00**

Take 1 capsule(s) by mouth at bedtime

Start Date: 07-02-2005  9/22/05
Stop Date: 09-29-2005  12/22/05
Prescriber: Banerjee MHM, Sreelekha
RX #: 250113445

**Diphenhydramine HCl 25MG Cap 30.00**
Benadryl
Take 1 capsule(s) by mouth at bedtime

Start Date: 07-02-2005  9/22/05
Stop Date: 09-29-2005  12/22/05
Prescriber: Banerjee MHM, Sreelekha
RX #: 250113447

**Ranitidine HCl 150MG Tab    30.00**

Take 1 tablet(s) by mouth every morning

Start Date: 07-08-2005
Stop Date: 10-05-2005
Prescriber: Floyd, Linda
RX #: 250156774

**Ranitidine HCl 150MG Tab    60.00**

Take 2 tablet(s) by mouth every evening

2 Antac

Start Date: 07-08-2005
Stop Date: 10-05-2005
Prescriber: Floyd, Linda
RX #: 250156777

Xalantan opth Solution
25 c c q HS

Start Date: 3-21-05
Stop Date: 10-21-05
Prescriber: Rayapoti
RX #:

Sudafed 30mg 1 PO
Bid x 7days

Start Date: 8-25-05
Stop Date: 9-02-05
Prescriber: Rayapoti
RX #:

CONFIDENTIAL RECORD
NOT FOR PUBLIC USE ONLY
NOT TO BE PHOTO COPIED

**Diagnosis**

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name:

**Moon, James**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Kodie LPN | KL | Johnson LPN | | 1 Discontinued Order |
| R. Sluice Lp | JH | St Aille LPN | | 2 Refused |
| | W | LPN | Sa | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**CTM ÷ PO Bid x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05  Prescriber: Rayapati
Stop Date: 9-02-05  RX #:

**Cough tab ÷ PO Bid x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05  Prescriber: Rayapati
Stop Date: 9-02-05  RX #:

**Tylenol 500mg #1 Bid x 10 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05  Prescriber: Rayapati
Stop Date: 9-02-05  RX #:

**TAO ÷ to lip Tid x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05  Prescriber: Rayapati
Stop Date: 9-02-05  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:  Prescriber:
Stop Date:  RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K. Lee LPN | KL | DWhite RN | | 1 Discontinued Order |
| Allergies NKA | R. Amix | AM | St. Allen LPN | | 2 Refused |
| | V. Young | VY | JGoolin LPN | Ja | 3 Patient out of facility |
| Housing Unit: | J. Jean | | M. Binefield | MB | 4 Charted in Error |
| Patient ID Number: | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| M. Ann | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

# MEDICATION ADMINISTRATION RECORD



STDT01

| MEDICATIONS | HOUR |
|---|---|
| Sudafed 30mg 1 po BID x 7days | 9am / 9pm |
| Msflagl CRNP/ AMart 8-25-05 - 9-2-05 | |
| CTM 1 po BID x 7days | 9am / 9pm |
| Msflagl CRNP/ AMart 8-25-05 - 9-2-05 | |
| Cough tab 1 po BID x 10d | 9am / 9pm |
| Msflagl CRNP/ AMart 8-25-05 - 9-2-05 | |
| Tylenol 500mg 1i BID x 10d | 9am / 9pm |
| Msflagl CRNP/ AMart 8-25-05 - 9-2-05 | |
| TAO 1 to lip TID x 7days | 1p / 9p |

| MEDICATIONS | HOUR |
|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 8-25-05 | THROUGH | 8-31-05 | | |
|---|---|---|---|---|---|
| Physician | | | | Telephone No. | Medical Record No. 812228, |
| Alt. Physician | | | | Alt. Telephone | |
| ...gies | | IDFT | | Rehabilitative Potential | |
| Diagnosis | Moon James | | | | |
| Medicaid Number | Medicare Number | Complete if not checked | | | |
| PATIENT | Moon | | | Title: | Date: |

FOR PHOTOGRAPHIC USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RFC 8/24/05

| Facility Name: | Ventress Correctional Facility | Month/Year of Charting: | 08/05 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Pamelor Oral Cap 25 MG 25MG Cap 30.00 <br><br> Take 1 capsule(s) by mouth at bedtime | | |
| | Start Date: 07-02-2005 | Prescriber: Banerjee MHM, Sreelekha |
| | Stop Date: 09-29-2005 | RX #: 250113445 |
| Diphenhydramine HCl 25MG Cap 30.00 <br><br> Take 1 capsule(s) by mouth at bedtime | | |
| | Start Date: 07-02-2005 | Prescriber: Banerjee MHM, Sreelekha |
| | Stop Date: 09-29-2005 | RX #: 250113447 |
| Ranitidine HCl 150MG Tab 30.00 <br><br> Take 1 tablet(s) by mouth every morning | | |
| | Start Date: 07-08-2005 | Prescriber: Floyd, Linda |
| | Stop Date: 10-05-2005 | RX #: 250156774 |
| Ranitidine HCl 150MG Tab 60.00 <br><br> Take 2 tablet(s) by mouth every evening | | |
| | Start Date: 07-08-2005 | Prescriber: Floyd, Linda |
| | Stop Date: 10-05-2005 | RX #: 250156777 |
| Nyalanton opth solution 2.5 cc q HS | | |
| | Start Date: 3-21-05 | Prescriber: Rayopoti |
| | Stop Date: 10-21-05 | RX #: |
| Zantac 150 mg ī PO q AM | | |
| | Start Date: 7-08-05 | Prescriber: |
| | Stop Date: 10-05-05 | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K. Lee GN | KL | | | 1 Discontinued Order |
| Allergies NKA | AM auth | AM | | | 2 Refused <br> 3 Patient out of facility |
| | B. Shisa Cp | | | | 4 Charted in Error <br> 5 Lock Down |
| Housing Unit: Population | | | | | 6 Self Administered |
| Patient ID Number: 212228 | | | | | 7 Medication out of Stock <br> 8 Medication Held |
| Patient Name: | | | | | 9 No Show |
| Moon, James | | | | | |

# MEDICATION ADMINISTRATION RECORD

Country Vil

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|

Zantac 150mg
Q AM — AM

Zantac 300mg
Q PM — PM

Benadryl 25mg
Q PM — PM

Xalatan Opth Sol
Q HS — PM

Nortiptyline HCl
25mg 1 po a hs — PM

Visteril 50mg
1 PO HS — PM

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767    FORM A-55    STOCK #506423

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
DO NOT PHOTO COPY

STARTING FOR _____ THROUGH _____

Physician _____

Physician _____  Telephone No. _____  Medical Record No _____

Allergies  NKDA  Alt. Telephone _____

Rehabilitative Potential _____

Diagnosis  GERD, GLAUCOMA, ANXIETY/DEPRESSION

Medicaid Number _____  Medicare Number _____  Approved By Doctor: _____

By: _____  Title: _____  Date: _____

RESIDENT  Allen, James  DOB _____  Sex _____  Room # _____  Patient Code _____  Admission Date _____

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Xalatan Opth Solution 2.5cc qhs 3-21-05 — 10-21-05 Rayapati | 9PM | |
| Zantac 300mg po q hs 3/30/05 - 6/30/05 | 9pm | |
| Benadryl 25mg po qhs x 90 days Dr Banerjee / Cstarris lpn 06/30/05   09/30/05 | 9PM | |
| Pamelor 25mg po qhs x 90 days Dr Banerjee / Cstarris lpn 06/30/05   09/30/05 | 9PM | |
| Zantac 150mg ÷ po q AM 3/30/05 - 6/30/05 | 9A | |
| Percogisic ÷ PO BID X 5 days 7/6/05 - 7/11/05 L Haygood lpn | 9A 9P | |
| Zantac 150mg PO 8 AM X 90 days 7/6/05 - 7/6/05 L Haygood NP | 9A | |
| Zantac 300mg po hs x 90 days 7/6/05 - 7/6/05 L Haygood lpn | 9A 9P | |

CONFIDENTIAL RECORD
FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 07/01/05 | THROUGH | 07/31/05 | | |
|---|---|---|---|---|---|
| Physician | Rayapati | | | Telephone No. | |
| Alt. Physician | Dr Banerjee | | | Alt. Telephone | Medical Record No. 212228 |
| ...gies | NKA | | | Rehabilitative Potential | |
| Diagnosis | | | | | |
| Medicaid Number | Medicare Number | Complete Entries Checked: By: C. Narris | | Title: LPN | Date: |
| PATIENT Moon James | | | PATIENT CODE 212228 | ROOM NO. | BED | FACILITY |

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xalantan Opth sol 2.5cc qHS expires 10-21-05 3-21-05 Rayapati/80 | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 300mg qHS 3-30-05  6-30-05 Rayapati/80 | 9p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg qAm 3-30-05- 6-30-05 Rayapati/80 | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg ÷ po qHS 3-26-05- 6-23-05 Rayapati/80 | 9p | | | | Out to Court | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 50mg ÷ qHS 3-26-05  6-23-05 Rayapati/80 | 9p | | | | Out to Court | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg÷po qhs x 2Weeks Dr Banerjee/Cotanis lp 06/21/05 | 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 50mg ÷ poqhs x 2Weeks Dr Banerjee/Cotanis lp 06/21/05 | 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Pamelor 25mg poqhs x90day Dr Banerjee/Cotanis lp 06/30/05    09/30/05 | 9Pm | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR 6-1-05 | THROUGH 6-30-05 | |
|---|---|---|
| Physician Rayapati | Telephone No. | Medical Record No |
| Alt. Physician Banerjee | Alt. Telephone | |
| orgies NKDA | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Compiled Entries Checked: By / SDhompu | Title: lpn | Date 5-26-0 |
|---|---|---|---|---|

PATIENT  Mann  James

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Xalantan Ophth sol 2.5cc
8 HS 3-21-05 · 10-21-05
Rayapat /80
9p

Vistaril 50mg po q HS x 90 dys
3-24-05 · 6-24-05
Banerjee /80
9p

Benadryl 25mg po q HS
3-24-05 · 6-24-05
Banerjee / 80
9p

Zantac 300mg q HS
3-30-05 · 6-30-05
Rayapati /80
9p

Zantac 150mg q AM
3-30-05 · 6-30-05
Rayapati /80
9A

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M.
RX: 7156328 BANERJEE, M.D. (MHM), SREELEKHA,
START: 03/26/2005    STOP: 06/23/2005
MOON, JAMES
212228
9p

HYDROXYZINE-PAM (VISTARIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M.
RX: 7156324 BANERJEE, M.D. (MHM), SREELEKHA,
START: 03/26/2005    STOP: 06/23/2005
MOON, JAMES
212228
9p

CONFIDENTIAL RECORD
FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05    THROUGH 5-31-05

| | |
|---|---|
| Physician Rayapati | Telephone No. |
| Alt. Physician Banerjee | Alt. Telephone |
| gies NKDA | Rehabilitative Potential |
| Diagnosis | |

Medicaid Number    Medicare Number    Complete Entries Checked:
By: _____    Title: _____    Date: 4/28/05

PATIENT    PATIENT CODE    ROOM NO.    BED    FACILITY CC

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg 廿 BID x 2wks 9 layd CRNP/mb 5-11-05 — 5-25-05 | 9A 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dilroy gtts each ear TID 9 layd CRNP/mb x 5 d. 5-11-05 — 5-16-05 | 9A 3P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| irrigate | 630p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| analgesic Oint. (R) elbow BID KOP 9 layd CRNP/mb x 5-11-05 — 5-25-05 2wks | 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR ... USE ...
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05    THROUGH 5-31-05

| | |
|---|---|
| Physician | Telephone No. |
| Alt. Physician | Alt. Telephone |
| ...rgies | Rehabilitative Potential |
| Diagnosis | |

Medical Record No 212228

| Medicaid Number | Medicare Number | Complete Entries Checked: By: M Banefield | Title: | Date: 5/11/05 |
|---|---|---|---|---|

PATIENT ... | | PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg ī po BID x 30 dys 3-4-05 - 4-4-05 | 9A BCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reglan 10mg ī pe Q6 prn x 30dys 3-4-05 - 4-4-05 | PRN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Xalatan Ophth sol 2.5cc q HS 10-16-04 - 4-13-05 Rayapati | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vistaril 50mg po qHS ē 9pm x 90 dys 3-24-05 - 6-24-05 Banerjee | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg po qHS ē 9pm x 90dys 3-24-05 - 6-24-05 Banerjee | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 300mg q HS x90dys 3-30-05 - 6-30-05 Dr Rayapati /88 | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg po qAM x90dys 3-30-05 - 6-30-05 Rayapati /80 | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR **4-1-05**     THROUGH **4-31-05**

| Physician | Rayapati | | |
|---|---|---|---|
| Alt. Physician | Banerjee | Telephone No. | Medical Record No |
| Allergies | NKDA | Alt. Telephone | |
| | | Rehabilitative Potential | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked: |
|---|---|---|
| | | By _____ | Title: _____ | Date: 3-29-2 |

PATIENT  Mann    James

PATIENT CODE      ROOM NO      BED  FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Seroquel 500mg 1 PO
QP X 5 days   start after
03/04/05        Cheadelle

Zantac 150 mg 1 PO
BID X 30 days       900
03/04/05    04/04/05   9pm

Reflux 10mg 1 PO Q6°
PRN X 30 days
03/04/05   04/04/05

Vistaril 50mg 1 PO
QHS
03/24/05   03/27/05

Benadryl 25 mg 1 PO
QHS
03/04/05   03/27/05

Xalatan Op 64h (2.5 cc)
50mcg 1cc drop uses
directly @ QHS
04/13/05

Keflex 500mg PO TID   9A
X 7 days            3P
3/13/05 - 3/30/05 Banerjee 9P

Vistaril 50mg po qhs   9PM
@ 9PM X 90 days
Dr Banerjee / C Bタarris lpn
03/24/05   06/24/05

Benadryl 25 mg po qhs   9PM
@ 9PM X 90 days
Dr Banerjee / C Bタarris lpn
03/24/05   06/24/05

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03 / 04 / 05    THROUGH 03 / 31 / 05

Physician  A. Robbins

Alt. Physician                    Telephone No.                Medical Record No.

                                  Alt. Telephone

Allergies  NKA                    Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Completed Entries Checked By:                Title  LPN    Date 03/24/05

PATIENT  MMoss

CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

03/01/2005

STD101

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCB/CC DROP USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR (((  RX: 6379301 RAYAPATI, SAM, AW  START - 10/16/2004  STOP - 04/13/2005 | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY KMMON FORMULARY APPROVED UNTIL 03/11/05  RX: 6647162 RAYAPATI, SAM, AW  START - 12/12/2004  STOP - 03/11/2005 | 9P 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.  RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA AW  START - 12/28/2004  STOP - 03/27/2005 | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.  RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA AW  START - 12/28/2004  STOP - 03/27/2005 | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg PO Q AMX 90D 3.30.05 - 6.30.05 Dr Raypati / Gibbnson LPN | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 300mg PO HSX 90D 3.30.05 - 6.30.05 Dr Rayapati / Gibbnson LPN | 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrix 400mg PO TID X 2D 3.30.05 - 4.1.05 Dr Rayppati / Gibbnson LPN | 9A 9P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 03/01/2005 | THROUGH | 03/31/2005 | | |
|---|---|---|---|---|---|
| Physician | BANERJEE, M.D. (MHM), SREELEKHA | | Telephone No. | | Medical Record No |
| Alt Physician | | | Alt Telephone | | |
| Allergies | NO KNOWN DRUG ALLERGY | | Rehabilitative Potential | | |

Diagnosis

| Medicaid Number | Medicare Number | Complete Entries Checked | | | |
|---|---|---|---|---|---|
| | | By | Title | Date 2-25-0 | |

| PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY CD |
|---|---|---|---|---|
| HOON, JAMES | 212222 | | | |

# MEDICATION ADMINISTRATION RECORD

02/01/2005
STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| CATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME    >>> KEEP IN
REFRIGERATOR CCC
RX: 6379301 RAYAPATI, SAM,
START - 10/16/2004    STOP - 04/13/2005

PRILOSEC OTC (14 TABS PER BOX) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY
**NTH FORMULARY APPROVED UNTIL 03/11/05
RX: 6347162 RAYAPATI, SAM,
START - 12/12/2004    STOP - 03/11/2005

HYDROXYZINE-PAM (VISTARIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT 9 P.M.

RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA
START - 12/28/2004    STOP - 03/27/2005

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT 9 P.M.

RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA
START - 12/28/2004    STOP - 03/27/2005

Tylenol 500mg. # po. BID
X 21 days
1-9-05 / 2-9-05
Ms. Glowa - CRNP

HYDROXYZINE-PAM (VISTARIL) 50MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT 9 P.M.
RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA
START: 12/28/2004    STOP: 03/27/2005
MOON, JAMES                     212320

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT 9 P.M.
RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA
START: 12/28/2004    STOP: 03/27/2005
MOON, JAMES                     212320

| DICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

HARTING FOR        02/01/2005        THROUGH        02/28/2005

| hysician | BANERJEE, M.D. (MHM), SREELEKHA | Telephone No. | | Medical Record No |
| t Physician | | Alt. Telephone | | |
| e | NO KNOWN DRUG ALLERGY | Rehabilitative Potential | | |
| agnosis | | | | |
| dicaid Number | Medicare Number | By: | Title: | Date: 1-27-05 |

Moon James

NOW CONFIDENTIAL RECORD
TOO POOR TO BE PHOTO COPIED

# MEDICATION ADMINISTRATION RECORD



02/01/2005
STDT01

(VEN-473) VENTRESS CORRECTI

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prilosec 20 g day 01 9 am
9120° (Must
Dr Sudding /Dr Rampati /A Nun  9 pm

Phergan 25mg Im  3 am
960 (Prn)  9 am
Dr Baddig /Dr Rampati /A Nun  3 pm

Phenyges 4 tab Hi P.O. q  3A
6 hrs + PRN - Give @ now  9A
W/O dr Rampati / Monscap  3pm

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-27-05    THROUGH 2-28-05

| | |
|---|---|
| Physician | |
| Alt. Physician | Telephone No. |
| | Alt. Telephone |
| ...gies | Rehabilitative Potential |

Diagnosis    Moon James

Medicaid Number   Medicare Number   Complete Entries Checked:

Medical Record No 212228

PATIENT   Moon James

By: ___   Title: ___   Date: ___

PATIENT CODE 212228   ROOM NO.   BED  FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Prednisone 20mg ÷ PO QDX5 days 1-19-05/1-24-05 Ms. Floyd, CRNP & Ms. Aluice 4 | 9A | | | | | | | | | | | | | | | | | | | | →D/C 1-19-05 | | | | | | | | | |
| label | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prednisone 20mg ÷ PO QDX 10 days 1-25-05/2-3-05 Ms. Floyd, CRNP & Ms. Aluice 4 | 9A | | | | | | | | | | | | | | | | | | | | D/C 1-19-05 | | | | | | | | | |
| label | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  1-19-05          THROUGH  1-31-05

Physician

Alt. Physician  Dr. Rayapati

Telephone No.
Alt. Telephone

Medical Record No.  212228

...ies  NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Complete Entries Checked:
By: A. Aluice

Title: Upn

Date: 1-19-0:

PATIENT
Nixon (Charles)

PATIENT CODE  212228

ROOM NO

BED  FACILITY

# MEDICATION ADMINISTRATION RECORD
01/01/2005

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RANITIDINE (ZANTAC) 300MG TAB
TAKE 1 TABLET(S) BY MOUTH AT BEDTIME

RX: 6339993 RAYAPATI, SAM ,
START - 10/06/2004    STOP - 01/05/2005

*DC'ed 12-13-04*

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH EVERY MORNING

RX: 6339993 RAYAPATI, SAM ,
START - 10/08/2004    STOP - 01/05/2005

*DC'ed 12-13-04*

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME    >>> KEEP IN
REFRIGERATOR <<<
RX: 6379301 RAYAPATI, SAM ,
START - 10/16/2004    STOP - 04/13/2005

PRILOSEC D/C (14 TABS PER BOX) 20MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY
**NON-FORMULARY APPROVED UNTIL 03/11/05
RX: 6647162 RAYAPATI, SAM ,
START - 12/12/2004    STOP - 03/11/2005

Vistaril 50mg. p.o. q.d.
@ 9pm x 90d.
12-23-04 / 3-23-04
Banerjee 1 Dr.

Benedryl 25mg. p.o.
q 9pm x 90 days
12-23-04 / 3-23-05
Banerjee 1 Dr.

Tylenol 500mg. p.o.
BID x 5 days
12-29-04 / 1-3-05
West.

[illegible] 500mg. po
BID x 21 days (PRN)
1-9-05 / 2-9-05
ms Lloyd CRNP [illegible]

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/2005 THROUGH 01/31/2005

Physician RAYAPATI, SAM
Alt. Physician
Allergies NO KNOWN DRUG ALLERGY

Telephone No.
Alt. Telephone
Medical Record No
Rehabilitative Potential

Diagnosis

Medicaid Number    Medicare Number    Complete Entries Checked
By:

Moon James

PATIENT
MOON, JAMES

PATIENT CODE    ROOM NO    BED / FACILITY CO
Title: LP    Date: 12-27

# MEDICATION ADMINISTRATION RECORD

12/01/2004
STDY01

(VEH-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

METOCLOPRAMIDE (REGLAN) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY — 9a / 9p
RX: 5815895 RAYAPATI, SAM ,
START - 06/25/2004    STOP - 12/21/2004
D/C'd 12-10-04

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS — 9p
RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA
START - 10/03/2004    STOP - 12/31/2004
See New Order Below

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS — 9p
RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA
START - 10/03/2004    STOP - 12/31/2004
See New Order Below

RANITIDINE (ZANTAC) 300MG TAB
TAKE 1 TABLET(S) BY MOUTH AT BEDTIME — 9p
RX: 6339993 RAYAPATI, SAM ,
START - 10/08/2004    STOP - 01/05/2005
D/C'd 12-13-04
* Continue until Prilosec available

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH EVERY MORNING — 9a
RX: 6339999 RAYAPATI, SAM ,
START - 10/08/2004    STOP - 01/05/2005
D/C'D 12-13-04
* Continue until Prilosec available

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<< — 9p
RX: 6379301 RAYAPATI, SAM ,
START - 10/16/2004    STOP - 04/13/2005

Prednisone 20mg. † p.o
qd x 14 days
11-26-04 / 12-10-04
Ms. Floyd — 9a

Motrin 200mg. † p.o.
tid PRN x 30 days
11-18-04 / 12-18-04
Ms. Ang — 9a / 3p / 9p
Hold for surgery on 9th
D/C'd 12-10-04

No blood thinners or
NSAID 5 days prior to
12-09-04 *

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION INSTRUCTIONS ON REVERSE SIDE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

CHARTING FOR    12/01/2004    THROUGH    12/31/2004

| | |
|---|---|
| Physician    RAYAPATI, SAM | Telephone No. |
| Alt. Physician | Alt. Telephone |
| ...gies    NO KNOWN DRUG ALLERGY    I of II | Medical Record No |
| | Rehabilitative Potential |
| Diagnosis | |
| Medicaid Number    Medicare Number | Completed & Checked By: | Title: | Date: 11-27 |

Moon, James

PATIENT

# MEDICATION ADMINISTRATION RECORD

STD 01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Prilosec 20mg po Bid
x90 day      Rayapati
12-14-04  to 03-14-05
9A
9p

Vistaril 50mg po q 9PM x
90day
Dr Banerjee / C.Harris hp
12/23/04        03/23/05
9PM

Benadryl 25mg po q PM @
9PM x 90 days
Dr Banerjee / C.Harris hp
12/23/04        03/23/05
9PM

Tylenol 500mg po (2)
BID x 5 days
12/29/04 → 1-3-05
9A
9p

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-10-04    THROUGH 12-31-04

Physician Rayapati

Alt Physician

Allergies NKDA          II of II

Diagnosis

| | Telephone No. | Medical Record No |
|---|---|---|
| | Alt. Telephone | |
| | Rehabilitative Potential | |

Medical Record Number        Facility & Number

Complete Entries Checked:
By: B Luke          Title: RN          Date: 12-10-04

PATIENT
Moon    Jerry          PATIENT CODE          ROOM NO          BED / FACILITY C

# MEDICATION ADMINISTRATION RECORD

11/01/2004

STDTO:

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

METOCLOPRAMIDE (REGLAN) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY    9a / 9p

RX:  5815895 RAYAPATI, SAM ,
START – 06/25/2004    STOP – 12/21/2004

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME FOR 90 DAYS    9p
RX:  6314321 BANERJEE, M.D. (MHM), SREELEKHA
START – 10/03/2004    STOP – 12/31/2004

DIPHENHYDRAMINE (BENADRYL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME FOR 90 DAYS    9p
RX:  6314322 BANERJEE, M.D. (MHM), SREELEKHA
START – 10/03/2004    STOP – 12/31/2004

RANITIDINE (ZANTAC) 300MG TAB
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME    9p

RX:  6339993 RAYAPATI, SAM ,
START – 10/08/2004    STOP – 01/05/2005

RANITIDINE (ZANTAC) 150MG TAB
TAKE 1 TABLET(S) BY MOUTH  EVERY MORNING    9a

RX:  6339999 RAYAPATI, SAM ,
START – 10/08/2004    STOP – 01/05/2005

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME    >>> KEEP IN REFRIGERATOR <<<    9pm
RX:  6379301 RAYAPATI, SAM ,
START – 10/14/2004    STOP – 04/13/2005

Prednisone 20 mg ÷ PO TID    9A / 9p
X 7 days  11/18/04 – 11/25/04
MS Floyd CRNP/G Johnson    4pm

Prednisone 20mg ÷ PO qd    9A
X 14 days 11/26/04 – 12/10/04
MS Floyd CRNP/G Johnson

Motrin 200mg ÷ PO TID PRN    9A / 3P / 9P
X 30D  11-18-04 – 12.18.04
MS Floyd CRNP/G Johnson

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR    11/01/2004    THROUGH    11/30/2004

| | | |
|---|---|---|
| Physician  RAYAPATI, SAM | Telephone No. | Medical Record No |
| Alt. Physician | Alt. Telephone | |
| NO KNOWN DRUG ALLERGY | Rehabilitative Potential | |
| Allergies | | |
| Diagnosis | | *Moon, James* |
| Medical Number    Medical Number | Complete these through: By: ___ | Title: ___   Date: 10-21 |

PATIENT

# MEDICATION ADMINISTRATION RECORD

10/01/2004

STDTG:

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
INSTILL 1 DROP(S)  IN EACH EYE AT BEDTIME
FOR 180 DAYS   >>> KEEP IN REFRIGERATOR
<<<
9p

XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP
USE AS DIRECTED AT BEDTIME   >>> KEEP IN
REFRIGERATOR <<<          9p
10-8-04 ———— 4-8-05
MOON, JAMES  Rx #6379301  212228

RANITIDINE (ZANTAC) 300MG TAB
TAKE 1 TABLET(S) BY MOUTH  AT BEDTIME    9p

RX:  5815888 RAYAPATI, SAM ,
START - 06/25/2004    STOP - 12/21/2004

METOCLOPRAMIDE (REGLAN) 10MG TAB
TAKE 1 TABLET(S) BY MOUTH  TWICE DAILY    9a
9p

RX:  5815375 RAYAPATI, SAM ,
START - 06/25/2004    STOP - 12/21/2004

DOXEPIN (SINEQUAN-ADAPIN) 100MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME    9p

RX:  5931128 BANERJEE, M D (MHM), SREELEKHA
START - 07/17/2004    STOP - 10/14/2004

*label*

Vistaril 25mg PO qhs
x 90 days          9PM
Dr Banerjee / Cotarris hp
09-30-04      12-30-04

HYDROXYZINE-PAM (VISTARIL) 25MG CAP
TAKE 1 CAPSULE(S) BY MOUTH  AT BEDTIME FOR 90
DAYS                9p
9-30-04 ———— 12-30-04
MOON, JAMES              212228

Benadryl 25mg PO q
hs. x 90 days        9PM
Dr Banerjee / Cotarris hp
09-30-04      12-30-04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

| CHARTING FOR | 10/01/2004 | THROUGH | 10/31/2004 |

| Physician | BANERJEE, M D (MHM), SREELEKHA | | | Telephone No. | | Medical Record No |
| Alt. Physician | | | | Alt Telephone | | |
| ...glas | NO KNOWN DRUG ALLERGY | | | Rehabilitative Potential | | |
| Diagnosis | | | | | | |

Moon James

| Medicaid Number | | Medicare Number | | Controlled Drugs Checked |
| PATIENT | | | | By: | Teal | | Title: LP | | Date: 9-24-0 |

HOON, JAHES

PATIENT CODE    ROOM NO    BED  FACILITY CODE