EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228), *

   Plaintiff, *

V.                                                      2:06-CV-384-WKW

                                                              *

SAMUEL RAYAPATI, M.D., ET AL., *

   Defendants. *

**<u>ANTHONETTE MARSH, L.P.N.</u>**

STATE OF ALABAMA
COUNTY OF Barbour

**BEFORE ME**, _Reba J Currie_, a notary public in and for said County and State, personally appeared **ANTHONETTE MARSH, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

My name is Anthonette Marsh. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold a degree in nursing from Sparks Technical College. I have been a licensed, practical nurse in Alabama since 1993. I have served in this capacity at Ventress Correctional Facility ("Ventress") in Clayton, Alabama, since August 2002. At all pertinent times my employment has been with Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

James Moon (AIS# 212228) is an inmate who has been incarcerated at Ventress at all times pertinent to this lawsuit. I am familiar with Mr. Moon and have been involved with the medical services provided to him. I have reviewed Moon's Complaint in this action as well as his medical records (certified copies of which are being produced to the Court along with this Affidavit).

It is my understanding that Mr. Moon has made an allegation in this matter that I acted inappropriately in refusing to provide him with Tylenol on December 9, 2004. Mr. Moon also claims that I acted inappropriately on February 26, 2005, by taking away his food tray subsequent to suffering an attack of pancreatitis. Mr. Moon's allegations are completely unfounded, as I have provided Mr. Moon with appropriate care at all times.

A review of this inmate's medical records indicates that Dr. Rayapati issued an Order on December 9, 2004 that Mr. Moon was not to be given NSAIDS (including Tylenol). While I have no independent memory of Mr. Moon requesting Tylenol from me on December 9, 2004, I would have been unable to provide him Tylenol on this date as it would have been in direct violation of Dr. Rayapati's medical orders.

Mr. Moon's medical records further indicate that he returned to Ventress from Bullock County Hospital in the early morning hours of February 27, 2005 subsequent to being evaluated for complaints of weakness and dizziness. He was admitted to the infirmary for evaluation. At approximately 8:30 a.m. I advised Mr. Moon to refrain from eating until he could be evaluated by Dr. Rayapati. Mr. Moon voiced his understanding to me. He was seen by Dr. Rayapati at approximately 10:30 a.m.

Based on my review of Moon's medical records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his medical conditions and complaints

2

have been evaluated in a timely fashion at Ventress Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate treatment for his medical conditions from me and the other PHS personnel at Ventress. At no time has he been denied any needed medical treatment. In other words, it is my opinion that the appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate.

At no time have I or any of the medical or nursing staff at Ventress Correctional Facility denied Moon any needed medical treatment, nor have we ever acted with deliberate indifference to any serious medical need of Moon. At all times, Moon's known medical complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

*[signature]*
ANTHONETTE MARSH, L.P.N.


STATE OF ALABAMA    )
                    )
COUNTY OF Barbour   )


Sworn to and subscribed before me on this the 25th day of August, 2006.

*[signature]* Reba J Currie
Notary Public

My Commission Expires:

9-8-08

3