EXHIBIT

C

Blumberg No. 5118

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),

      Plaintiff,

V.

SAMUEL RAYAPATI, M.D., ET AL.,

      Defendants.

2:06-CV-384-WKW

\*
\*
\*
\*
\*
\*

## AFFIDAVIT OF NETTIE BURKS, R.N., H.S.A.

**BEFORE ME**, _Reba Currie_____, a notary public in and for said County

and State, personally appeared **NETTIE BURKS, R.N., H.S.A.**, and being duly sworn, deposed

and says on oath that the averments contained in the foregoing are true to the best of her ability,

information, knowledge and belief, as follows:

"My name is Nettie Burks. I am over the age of twenty-one and am personally familiar

with all of the facts set forth in this Affidavit. I hold an Associates Degree in nursing from

Wallace College. I have been a licensed, registered nurse in Alabama since 1997. I have served

as the Health Services Administrator (H.S.A.) at Ventress Correctional Facility ("Ventress") in

Clayton, Alabama, since November 3, 2003. From November 3, 2003, through the present, my

employment as H.S.A. has been with Prison Health Services, Inc. ("PHS"), the company which

currently contracts with the Alabama Department of Corrections to provide medical services to

inmates.

James Moon (AIS# 212228) is an inmate who has been incarcerated at Ventress at all times pertinent to this lawsuit. I am familiar with Mr. Moon and have been involved with the medical and dental services provided to him. I have reviewed Moon's Complaint in this action as well as his medical and dental records (certified copies of which are being produced to the Court along with this Affidavit).

While it is difficult to determine form Mr. Moon's Complaint how I have acted inappropriately, it is my understanding that Mr. Moon has made various allegations in the above matter that I have failed to respond appropriately to numerous informal grievances and that I have failed to intervene in providing him with appropriate dental treatment. Mr. Moon's allegations in this regard are completely unfounded, as I have responded to this inmate's grievances, and afforded him appropriate and timely care at all times.

As Ventresses' Health Services Administrator, I am not responsible for designing Mr. Moon's plan for dental treatment. I defer to Mr. Moon's treating dentists regarding the appropriateness and timeliness of the care and treatment he has received for his dental complaints. I have responded to each of Mr. Moon's complaints and grievances in an appropriate and timely fashion under the circumstances.

Based on my review of Moon's medical and dental records, and on my personal knowledge of the treatment provided to him, it is my opinion that all of his dental conditions and complaints have been evaluated in a timely fashion at Ventress Correctional Facility, and that his diagnosed conditions have been treated in a timely and appropriate fashion. At all times, he has received appropriate treatment for his dental conditions from me and the other PHS personnel at Ventress. At no time has he been denied any needed dental treatment. In other words, it is my

opinion that the appropriate standard of care has been adhered to at all times in providing dental care, evaluation, and treatment to this inmate.

At no time have I or any of the medical, dental or nursing staff at Ventress Correctional Facility denied Moon any needed dental treatment, nor have we ever acted with deliberate indifference to any serious dental need of Moon.  At all times, Moon's known dental complaints and conditions have been addressed as promptly as possible under the circumstances."

Further affiant sayith not.

_____
NETTIE BURKS, R.N., H.S.A.


STATE OF ALABAMA          )
                          )
COUNTY OF Barbour         )


    Sworn to and subscribed before me on this the ___25th___ day of ___August___, 2006.

_____
Notary Public

My Commission Expires:

9-8-08

3