IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228          *

    Plaintiff,                        *

    v.                                *       2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,      *

    Defendants.                       *

_____

**ORDER ON MOTION**

Upon consideration of Defendant Rayapati's fourth Motion for Extension of Time, and for good cause, it is

ORDERED that on or before October 3, 2006 counsel for Defendant Rayapati shall inform the court as to whether Dr. Rayapati was employed at the Ventress Correctional Facility at the time the complaint was purportedly served on him. It is further

ORDERED that a ruling on Defendant Rayapati's motion for extension of time be reserved pending his response to the instant order.

Done this 27th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE