IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * |
| Plaintiff, | * |
| V. | 2:06-CV-384-WKW |
| | * |
| SAMUEL RAYAPATI, M.D., ET AL., | * |
| Defendants. | * |
| | * |

## RESPONSE TO COURT ORDER DATED SEPTEMBER 27, 2006

COMES NOW Defendant, Samuel Rayapati, M.D., by and through counsel of record and in response to this Court's Order of September 27, 2006 shows as follows:

1. The Defendant, Samuel Rayapati, M.D. ceased serving as Medical Director for Ventress Correctional Facility on July 7, 2006.

2. Hutra Guice, a nurse at Ventress, signed a certified mail receipt addressed to Dr. Rayapati on May 16, 2006. Dr. Rayapati has not been personally served with the Plaintiff's Complaint, nor did he sign for the Plaintiff's Complaint when it was delivered to Ventress via certified mail.

3. Counsel for Dr. Rayapati has responded on his behalf pursuant to Court Order.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085

        Attorneys for Defendant Samuel Rayapati, M.D.

        RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
        Post Office Box 270
        Montgomery, Alabama 36101-0270
        Telephone: (334) 834-8480
        Fax: (334) 262-6277
        E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of September, 2006, to:

James Charley Moon AIS# 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

        s/R. Brett Garrett GAR085
        Attorney for Defendant Samuel Rayapati, M.D.

2