IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Upon consideration of the special reports filed by Defendants Miers, West, Shirley, Marsh, and Burks, and for good cause, it is

ORDERED that on or before October 17, 2006 each Defendant named above shall submit as an additional exhibit in support of their affidavits those specific portions of Plaintiff's medical records (as contained in Exhibits A-1, A-2, A-3 of Doc. Nos. 24 & 26) which are pertinent to and which support their specific conduct and or actions as discussed in their affidavits.

Done this 28th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00384-WKW-WC     Document 29     Filed 09/28/2006     Page 2 of 2