IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 OCT -3 A 9:45

JAMES C. MOON
  PLAINTIFF
V
SAMUEL RAYAPATTI, M.D. ET, AL.,
  DEFENDANT

CASE # 2:06-CV-384-WKW

## Motion For Production Of Documents

Comes Now, the plaintiff James C. Moon, pro-se, in the above style cause and makes this request for the defendants to produce certain documents pursuant to **Rule 34 A.R.CIV.P.** and in doing such states the following:

1). Plaintiff avers that to facilitate the issues present in this action he would require the below listed documents be produced by the defendants for inspection by this court and plaintiff. These documents are also necessary for plaintiff to present as evidence for trial either by the court or jury.

2). The following medical records and dental records requested are to be from March, 2004, to the present, ,2006, the peiord in which the issue before the court is documented.

A). Medication charts pertaining to plaintiff from 3/04 to present

B). All doctor's orders pertaining to plaintiff from 3/04 to present

C). All nurses notes pertaining to plaintiff from 3/04 to present

D). All Chronic Care evaluations and recommandations pertaining to plaintiff from 3/04 to present

E). all primary Insurance Policy's obained by the D.O.C. and Prison Health Services Ins. in it's intrity, such as Blue Cross/Blue Sheid (Insured's ID XAJ 624628106 Group 57688) and any other Insurance taking on plaintiff James C. Moon.

F). All (psy) Mental Health notes pertaining to plaintiff from 3/04 to present and treatment.

G). All contracts between Prison Health Services Inc. The Department Of Corrections on medical with the Department Of Corrections.

H.) (Need Contracts) between Prison Health Services Inc. and their Sub Contractors name's & addresses of employer.

Respectfully Submitted

*James C. Moon*

James C. Moon #212228
P.O. Box 767
Clayton, Al. 36016

## Certificate Of Service

I hereby certify that I have mailed a copy of the foregoing to the counsel of the defendants, by placing same in the U.S. Mail, postage prepaid, first class mail, on the __2__ day of __Octo__, 2006 and properly addressed as follows:

Rushton, Stakley, Johnson & Garrett, P.A.
P.O. Box 270
Montgomery, Al. 36101-0270

Attention Honorable L. Peyton Chapman III Attorney at Law
State Of Alabama
Office Of The Attorney General
11 South Union Street
Montgmery, Ala. 36130-0152
Attention Honorable Benjamin H. Albritton, Assistant Attorney General
Attorney General: Troy King