IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228           *

    Plaintiff,                                    *

    v.                                              *       2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,       *

    Defendants.                              *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Production of Documents. The record in this matter reflects that Defendants PHS, Inc., and Rayapati remain under order to file a special report to include relevant affidavits, documents, medical records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Consequently, Plaintiff's discovery request shall be denied at this time. The motion may be reconsidered if warranted by further developments in this matter.

    Accordingly, it is

ORDERED that Plaintiff's Motion for Production of Documents (Doc. No. 31), be and is hereby DENIED at this time.

Done this 5th day of October 2006.

          /s/ Vanzetta Penn McPherson
          VANZETTA PENN MCPHERSON
          UNITED STATES MAGISTRATE JUDGE