EXHIBIT

A-1

# A F F I D A V I T

STATE OF ALABAMA        )

_Barbour_ COUNTY      )
                        )

I, _Dorothy Stanford_, hereby certify and affirm that I am a

_Medical Records Clerk_, at _Ventress Correctional Facility_; that I am one

of the custodian of records at this institution; that the attached documents are

true, exact, and correct photocopies of certain documents maintained here in

the institutional medical file of one _James Moon_, AIS# _212228_;

and that I am over the age of twenty-one years and am competent to testify to

the aforesaid documents and matters stated therein

    I further certify and affirm that said documents are maintained in the usual and

ordinary course of business at _Ventress Correctional_; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events and transactions referred to therein are said to have occurred.

    This, I do hereby certify and affirm to on this the _27th_ day of _July_, 2006.

_Dorothy Stanford_

SWORN TO AND SUBSCRIBED BEFORE ME THIS _27th_ DAY OF _July_,
2004.

_Reba S Currie_

Notary Public
My Commission Expires: _9-8-08_

# RECEIPT OF DENTAL PROSTHETIC OR APPLIANCE

**Patient's Name:** _Moon, James_

**AIS Number:** _212 228_

I acknowledge the receipt of the following dental prosthetic/appliance:

( ) Upper Denture

( ) Lower Denture

( ) Upper Partial

(✓) Lower Partial

( ) Upper Nightguard

( ) Other: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I accept this prosthetic/appliance as it is functional for my use and is in good working condition.

I accept that this prosthetic/appliance has now become part of my personal belongings and I am fully responsible for any loss or damage.

I accept that the dental clinic and dental staff are not responsible for the repair or replacement of this prosthetic/appliance concerning any changes or adjustments made to it by anyone other than the dental staff.

I have read and understand all of the information provided above:

_James C. Moon_
Patient's Signature

_MAY 25, 2006_
Date Signed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

NAME:

D.O.B. / /
ALLERGIES:

Use Last    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B / /
ALLERGIES:

Use Fourth    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME:

D.O.B / /
ALLERGIES:

Use Third    Date    /    /

DIAGNOSIS (If Chg'd)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James
212228

D.O.B. ▮▮▮▮
ALLERGIES: NKDA

Use Second    Date    /    /

DIAGNOSIS (If Chg'd)

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James
212228

D.O.B. ▮▮▮▮
ALLERGIES: NKDA

Use First    Date    7/20/06

DIAGNOSIS                    find

Prilosec 20 mg T po a.m. x 90 days
BB profile & a.m.
Bing Ay ont topee / B12U / mn - Ref
Betimol 0.25% Eye Drop Tgtt
☐ GENERIC SUBSTITUTION IS NOT PERMITTED    ___ ® eye
                                            q day
                                            x 90 day



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: James, Moon #212228 | DIAGNOSIS (If Chg'd) *continue Rx* |
| D.O.B ~~~~ | *D/C XALATAN OPTM* |
| ALLERGIES: NKA | *Noted Franklin 6/13/06* |
| Use Last   Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: #212228 Moon, James | DIAGNOSIS (If Chg'd) *DC Zantac* |
| D.O.B ~~~~ NKA | FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED |
| ALLERGIES: *Noted Smith 5/12/06* | |
| Use Fourth   Date 5/12/06 / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: #212228 Moon James | DIAGNOSIS (If Chg'd) |
| D.O.B ~~~~ NKA | ① *DC Soft diet* |
| ALLERGIES: NKDA | ② *Resume Regular Diet* |
| | ③ *Continue prilosec 20 mg P.o QD x 90d* |
| | ④ *RTC 2mo* |
| Use Third   Date 4/6/06 / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Moon, James 212228 | DIAGNOSIS (If Chg'd) |
| D.O.B ~~~~ | *Flexeril 10mg 1 po TID x 3 day* |
| ALLERGIES: NKDA | *tylenol 325 mg II po BID x 5 day* |
| Use Second   Date 3/29/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| | |
|---|---|
| NAME: Moon, James 212228 | DIAGNOSIS ① *knee pain*  *LBP* |
| D.O.B ~~~~ | *Soft Diet X 3 months* |
| ALLERGIES: NKDA | *Profile only for ① knee brace X 6 mo*  *UA - Routine D/P for BR + T/nitrite*  *Cough tabs 600mg 1 po BID x 5da* |
| Use First   Date 3/29/06 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

**MEDICAL RECORDS COPY**

60110 (4/03)

| Date/Time | Inmate's Name: | D.O.B.:   /   / |
|-----------|----------------|-----------------|
| 5/12/06 | during Chart Review | |
| | Inmate is on Zantac and Prilosec. | |
| | probably Zantac may not be doing any | |
| | thing | |
| | Will DC and F/U how im. feels | |
| 7-20-06 | Wt ___ B/p ___ P ___ R ___ T ___ | |
| 07-20-06 | WT 196   B/p 100/70   P 62   R 18   T 97.8 | |
| | S. med renewal | |
| | 53 wm for renewal of Prilosec 20mg & Hx of | |
| | Gerd / reflux   NAD   USS   ⊖ N/V | |
| A | Gerd | |
| P | renew Prilosec 20mg I po a.m. x 90 dys | |
| B | BB Refill X 4 m   renew Betimol 0.25% a.m. | |
| | Muscle Rub topical BID X 1 month   ® eye | |
| | Safety   RTC PRN   Hayl Care | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSTION DATE 7/14/06 | TIME 1035 ☐ AM ☐ PM | ORIGINATING FACILITY Ventress C/F ☐ SIR ☐ PDL ☐ ESCAPEE | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKA (196#)

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 98.6 | ORAL RECTAL | RESP 18 | PULSE 114 | B/P 100/78 | RECHECK IF SYSTOLIC <100> 50 / |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I was hit in the jaw by another inmate, I was trying to get away from him"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- W/m ambulatory to HCU A/0 x 3. Skin w/D to touch. Resp even/unlabored. Bilat lungs noted clear. 0 the above. 0 injuries noted. denies complaints. NAD.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Release to DOC Satisfactory Condition | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

P- DOC Body Chart-

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/14/06 | TIME 1035 ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULENCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE Starks, LPN | DATE 7/14/06 | PHYSICIAN'S SIGNATURE Per J. Q Lo | DATE 7-19-06 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Moon, James Charles | DOC# #212228 | DOB | R/S Wm | FAC VCF |
|---|---|---|---|---|

# D PA TMENT OF CORRECTI S

## EMERGENCY/ *Body Chart* TREATMENT RECORD
(OTHER)

| DATE | TIME | FACILITY _Ventress_ | ☐ EMERGENCY |
|---|---|---|---|
| 7-13-06 | 150 AM (PM) | ☐ SIR ☐ PDL ☐ ESCAPEE ☐ ___ | ☒ OTHER |

**ALLERGIES** NKA

**CONDITION ON ADMISSION**
☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 (ORAL)/RECTAL  RESP 20  PULSE 78  B/P 120/90

RECHECK IF SYSTOLIC <100> 50

**NATURE OF INJURY OR ILLNESS**

S "I got hit by another inmate."

| | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION/ SUTURES |
|---|---|---|---|---|---|

redness & dull pain

**PHYSICAL EXAMINATION**

O. 54 yr old w/m presents to HCU
P an altercation with another
inmate. Redness noted on (L) side of
face & slight swelling behind (L) ear
c/o dull pain. Ice pack applied to
(L) side of face to ↓ swelling

**ORDERS, MEDICATION, etc**

A. Doc Body chart

P. Release to DOC.     X RAY (L) Jaw to R/o Fx
                        Tylenol 325 II po BIOK 2 days

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| RELEASE/TRANSFER DATE | TIME | RELEASE/TRANSFERRED TO ☒DOC | CONDITION ON DISCHARGE |
|---|---|---|---|
| 7 / 13 / 06 | 200 AM (PM) | ☐ AMBULANCE 7-13-06 | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| V. Young Lpn | 7/13/06 | Hal cur | 7/13/06 | |

| PATIENT'S NAME (LAST, FIRST, MIDDLE) | AGE | DATE OF BIRTH | R/S | AIS # |
|---|---|---|---|---|
| Moon, Jones, Charley | 54 | ▓▓▓▓ | W/m | 212228 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED.



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: James Moon                    Date of Request: July 15, 2006
ID # 212228                    Date of Birth: ▮▮▮▮▮ Location: Segergation 9 B
Nature of problem or request: My Jaw & ear is he hurting Need
it checked out. My Prilosec has run out on my
prescription this medication is not Working I still
burn bad When I Laydown. I need surgery of the
~~incompet Indoia~~                    James C. Moon
Incompeten Cardia                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Dr. Hackson stated patients is getting "poor H2 Antagonist therphy"
Date: 7/17/07
Time: 5735    AM PM

Allergies: NKA

RECEIVED
Date: 7-17-06
Time: 8:30
Receiving Nurse Intials DS

**(S)ubjective:**

**(O)bjective**    (V/S): T:          P:          R:          BP:          WT:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:** *See Nrt Tool*

**(P)lan:** *Report to HCU Thurs. 7/17/06 for appt with CRNP.*

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )     No ( )
Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



Nursing Evaluation Tool: General Sick Call

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Facility: Alabama Department of Corrections

Patient Name: _Moon_ _____

Inmate Number: _212 228_ _____  Last    First    MI

Date of Birth: ____ ____ ____
            MM   DD

Date of Report: _7_ / _17_ / _06_     Time Seen: _5:25_ AM / **PM** Circle One
              MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Renewal of Phidage Medication_
Onset: _I were days will keep._

Brief History: _Have made left jaw couple more_
(Continue on back if necessary) _days before it hurt but sore and jaw has_
_gone down. don't hurt any more._

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:_____ P:_54_ RR:_20_ B/P:___/___

Examination Findings: _Wt #196. O₂ 94%. no signs Trauma_
(Continue on back if necessary) _to face._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)** Preliminary Determination(s): _Alt. in Health_
                                                                _Comfort._
   ☐ Referral **NOT REQUIRED**

   ☒ Referral **REQUIRED** due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☒ Other: _Prescription Medication_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other:_____
              (Describe)

OTC Medications given ☒ NO ☐ YES (If Yes List):_____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP Floyd_     Date for referral: _7_/_19_/_06_
                                                                              MM  DD  YYYY

Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____ Time_____

X_____     Name: _____
    Nurses Signature                      Printed

Region 4

NON-FO□ ULARY **PHARMACY** REQU□ T FORM

Form must be complete and legible. **You must Type or Print.**

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 7/20/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212238 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

Diagnosis

Gerd c Hiatal Hernia c esophageal stricture

☑ Male   ☐ Female

Medication Allergies

NKDA

FOR PHS PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Requested Non-Formulary and Strength:

Prilosec 20 mg T po QDay X 90 dy

Directions:

20 mg T po QDay

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days   ☐ 10 days   ☐ 30 days   ☐ 60 days   ☑ 90 days   ☐ Other _____

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

DR Jackson - Gastro recommended
Prilosec for control of Acid
reflux

Compliance:   ☑ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practitioner Information:**   ☐ Physician   ☑ NP/PA   ☐ Dentist

Name: L Floyd CRNP        Signature: Linda Hall

Daytime Phone: 334 775 8178    Pager Number: 334 775 8178

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination: | ☐ Approved | ☐ Additional information requested | ☐ Alternative clinical rational |
|---|---|---|---|

Corporate/Regional Medical Director/Designee

Name: _____    Signature: _____

Date: _____

faxed 7-20-06 (JD)

| Facility Name: | | | | | | | | | | | | | Month/Year of Charting: 6/06 | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

*Prilosec 20 mg*

*James C. Moon*
*P.S. Tabs Sig: 2/06 mo*

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

Start Date: _____  Prescriber: _____
Stop Date: _____  RX #: _____

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | *W Johnson LPN* | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: | | | *M Benefield MD* | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

| Facility Name: Ventress Correctional Facility | | Month/Year of Charting: 06/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| Prilosec OTC 20MG Tab      2 | K | 28 tabs given 5/20/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth daily | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 04-11-2006     Prescriber: Rayapati, Samuel
Stop Date: 07-09-2006     RX #: 251393016

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xalatan 0.005% Solution      1 | K | D/C'ed 6-13-06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Place 1 drop(s) in right eye at bedtime | O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 02-16-2006     Prescriber: Murray, Daniel
Stop Date: 08-14-2006     RX #: 251179933

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Betimol 0.25% Solution      1 | K | 1 bottle 3/29/06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Place 1 drop(s) in right eye every morning | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 03-24-2006     Prescriber: Murray, Daniel
Stop Date: 06-21-2006     RX #: 251327998

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:      Prescriber:
Stop Date:      RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:      Prescriber:
Stop Date:      RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | K Lee LPN | KL | J Johnson LPN | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 212228 | | | Benfield | MD | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

(MON) JUL 17 2006 15:18/ST 14:55/NO 6312281931 P 2

~~COLORADO~~ DEPARTMENT OF CORRECTIONS    9B34

Name: Moon, James

State ID No: 212228

RADIOLOGY SERVICES REQUEST AND REPORT

DOB:

INSTITUTION: Ventress

Race: W    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| Floyd CRNP | 7-14-06 | | | | |

HISTORY/DIAGNOSIS:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| X-RAY REQUEST | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | ✓ MANDIBLE (L) | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Moon

**REPORT**

LEFT MANDIBLE: The examination consists of an AP and one lateral oblique view. There is no evidence of abnormality. If symptoms persist, a follow up would be suggested to include a full mandibular series with AP, Townes and both lateral oblique views.

D & T: 07-17-06  Howard P. Schiele, M.D./dc Board Certified Radiologist  (Signature on file)

MD 7-19-06

TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    7/14/06

DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)    RADIOLOGIST'S SIGNATURE

WHITE-CHART COPY  CANARY-PHYSICIAN'S COPY  PINK-FILE COPY    DATE SIGNED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _M oor_        _James_
                   LAST               FIRST         MI

DATE OF BIRTH ████████████        SS# _212 228_

**Housing Recommendations:**

① _Kof_
_Ben gay oint ;_
_BID X /mo._

General Population _____
Medical Observation Unit _____
Lower Level/Lower Bunk _✓_   _X 6 mo_
Suicide Precautions _____   _7-20-06 — 1-20-07_
Special Watch (15 Minute Checks) _____
Isolation _____
Initiate Universal Precautions _____

③

② _Kof_
_Betimol 0.25 %_
_eye drops ; gtt_
_(R) eye @ day X_
_90 taip_
_7-20-06 — 10-20-06_

**Individual found to be:**

Frail/Elderly _____
Physically Handicapped _____
Developmentally Disabled _____
Drug/Alcohol Withdrawal _____
Special Mental Health Needs _____
Expressed Suicidal Ideation _____
History of Seizures _____
Other _____

Specify _____

Nurse _MBenefield_        Date _7-20-06_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



To be opened by Medical
Personnel Only!

**PHS**
PRISON HEALTH SERVICES INCORPORATED

INFIRMARY

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James    # 212228 |

6/3/04 1957 — S - "I'm alright just this reflux"
D - ambulating to HCU, skin w/d, alert & oriented x3 admitted that he feels better after the antacid tablets, no signs of nausea, resp even lungs clear bilateral, heart rate & rhythm is regular bowel sounds present x 4 VS T 98. B/P 124/96 P 64 R 24, no edema noted
A - alteration in comfort
P - continue to monitor
E - notify nurse c̄ concern                    B. Thompson

12:12 — O - lying in bed, head of bed ↑, resp even, no distress noted
P - report to oncoming shift                   B. Thompson

6-3-04 — O: Asleep (awakened) Alert & Oriented AWM
11:30 pm lying in bed— covered with blanket— skin warm & dry— Abdomen soft- non tender— good bowel sounds— states" I have problems with acid reflux, Hiatal hernia — it seems like I have a pocket or food that need to let out— My vomiting has stopped— B/P 130/88 P. 76 R 18, T. 97.4 no noted signs of abdominal discomfort at this time — patient was left lying comfortable on R side— (cont'd)



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

To be opened by Medical Personnel Only!

**PHS**
PRISON HEALTH SERVICES INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6/3/04 1957 | Moon, James  #212228<br>S - "I'm alright just this reflux"<br>O - ambulatory to HCU, skin w/d, alert & oriented x 3<br>admitted that he feels better after the antacid<br>tablets. no signs of nausea, resp even, lungs<br>clear bilateral, heart rate & rhythm is regular,<br>bowel sounds present x 4  VS T 98. B/P 124/96<br>P 64 R 24, No edema noted<br>A - alteration in comfort<br>P - continue to monitor<br>E - notify nurse c̄ concern ——— S. Thompson |
| 12/12 | O - lying in bed, head of bed ↑, resp even, no<br>distress noted<br>P - report to oncoming shift ——— S. Thompson |
| 3-04<br>1130 pm | O! Asleep (awakened) Alert & Oriented  AWM<br>lying in bed— covered with blanket=<br>skin warm & dry— Abdomen soft, non tender—<br>good bowel sounds— Stated " I have problems<br>with acid reflux, Hiatal hernia— it seems<br>like I have a pocket or food left<br>that need to let out— My vomiting has<br>stopped— B/P 130/88  P 76  R 18  T 97.4°  No<br>noted signs of abdominal discomfort at this<br>time— patient was left lying comfortably<br>on R side— (cont'd) |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Moon James_    DOC# _212228_

ADMISSION DATE: _6/3/04_

ADMITTING DIAGNOSIS: _vomiting_

ADMITTING PHYSICIAN: _Lindsey_

ESTIMATED LENGTH OF STAY: _____



To be opened by Medical
Personnel Only! DS

INFIRMARY

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD



SEE PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PHYSICIANS' ORDERS

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Last     Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / <br> ALLERGIES: | |
| Use Fourth     Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: *To be opened by Medical Personnel Only!* | DIAGNOSIS (If Chg'd)   INFIRMARY |
|---|---|
| D.O.B. / <br> ALLERGIES:  DS | |
| Use Third     Date / / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Moon, James #212228 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. <br> ALLERGIES: NKA | ① continue Xalatan 1 drop each eye QHS <br> ② IOP ✓ 6 months |
| Use Second     Date 6/4/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

| NAME: Moon, James #212228 | DIAGNOSIS            disc PO P |
|---|---|
| D.O.B. <br> ALLERGIES: NKA | Zantac 300 mg  hs — Continue <br> Zantac 150 mg p.o bid — 90 d <br> RTC PRN |
| Use First     Date 6/4/04 | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

MEDICAL RECORDS COPY



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: ▓▓▓▓ |
|---|---|---|

6-4-04  WT 209½  T 98⁴  P 101  R 20  B/p 120/80

0710  S "I thought I was going to throw up after I ate breakfast but it never did come up" ——— M Benefield ✓

6/4/04  Reviewed nurse note —
practically no not vomiting
O) P/E. unchanged —
(A) PUD
P) Cont zantac FIO
any vomiting - show medical.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

INFIRMARY



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES   INFIRMARY

| Date/Time | |
|---|---|
| 6-4-04 0715 | S" - I feel a lot better than yesterday" O, WM ambulated up hallway for VS to see MD. — T 98⁴ P 101 R 20 B/p 120/80 — WT. 209½ — respirations even and unlabored — skin warm et dry to touch — denies any vomiting @ this time ————— mBenefield ↓ |
| 6-4-04 1010 | O — WM ambulates to see MD — no acute distress noted — new orders received and noted ———— mBenefield ↓ |
| 6-4-04 1100 | O — Inmate to be released back to pop — ————— mBenefield ↓ |
| 6-4-04 1125 | O — nurse was advised that inmate was throwing up again — nurse went to check on how much he had thrown up and before she could get to the infirmary inmate had flush the emeses down the toilet — Inmate stated "He's not going to do anything for me anyway" ———— mBenefield ↓ |
| 6-4-04 1140 | Inmate was released from infirmary to return to population — mBenefield ↓ |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| | | | | | |

PHS-MD-70049          **Complete Both Sides Before Using Another Sheet**



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 6-3-04 11³⁰ | A) Alteration in comfort<br>P) Continue to monitor /closely  R. Morris RN |
| 6-4-04 1⁵⁹ | O) Asleep-eyes closed - lying on L side - Skin warm & dry (Awakened) denies any problem with vomiting & no c/o of any problems with abdominal discomfort - Rest well on L side  Morris RN |
| 6-4-04 3⁴⁰ | O) Alert (Awakened) - Stated "I'm trying to keep my food down (it seems) like it want to come up I'm alright now" - Patient to contact Nurse at once if problem with vomiting starts - Stated had consumed about 70% of breakfast.<br>P) Continuing to monitor,  Morris RN |
| 6-4-04 5⁵⁹ | O) Asleep (awakened) — Voiced no problem of abdominal distress - Food did not return (vomit) from patient — No c/o of nausea or discomfort - Left lying in bed on back No noted distress -<br>A) Alteration in Comfort —<br>P) Continue to monitor closely / Report to oncoming Nurse —  Morris RN |

INFIRMARY

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | ▓▓▓ | W/M | VCR |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY DISCHARGE

INMATE NAME: _Moor, Jamie_ DOC# _242228_

DISCHARGE DATE: _03/07/05_

DISCHARGING DIAGNOSIS: _acute Pancreatitis_

DISCHARGING PHYSICIAN: _Dr. Robbins_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY ADMISSION

INMATE NAME: _Moen, Genus_    DOC# _012228_

ADMISSION DATE: _03/04/05_

ADMITTING DIAGNOSIS: _Acute Pancreatitis_

ADMITTING PHYSICIAN: _Dr. Robbins_

ESTIMATED LENGTH OF STAY: _Undetermined_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PRISON HEALTH SERVICES INCORPORATED**

## PROGRESS NOTES

| Date/Time | Inmate's Name: Moon, James | D.O.B.: / / |
|---|---|---|

**3/7/05**
**0652**

52 yo wm recently in hospital for "acute pancreatitis". No records presently available.

PMHx: ? esophageal stricture.
          H/o back surgery ~

VSS. afebrile. Mild abdominal "soreness", otherwise no c/o. Alert/oriented
Lungs clear.
Heart RRR s (m).
Abdomen soft s organomegaly / mass. (±) tenderness.
Neuro s gross deficit.


A/P 1) Pancreatitis, resolving. Clinically stable.
      Get records.
      OK to return to prior facility.
      √ labs n/ wk.

                                        RBL

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



## DAILY PATIENT ASSESSMENT SHEET

**PRISON HEALTH SERVICES INCORPORATED**

Date: **3-7-05**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | | 11-7 | 7-3 | 3-11 | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|
| Time | | 05 | | | Time | 05 | | |
| Assessed by (initials): | | AJ | | | Assessed by (initials): | AJ | | |

### RESPIRATORY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Quality | | | |
| Normal | ✓ | | |
| Shallow | | | |
| Deep | | | |
| Labored | | | |
| Rate - WNL | ✓ | | |
| Slow | | | |
| Rapid | | | |
| Sounds - Clear | ✓ | | |
| Abnormal | | | |
| Cough - Productive | | | |
| Non-Productive | | | |
| Humidified O2 Therapy | | | |
| L/Minute | | | |
| Incentive Spirometer | | | |
| Suctioning-Oral/NI/Trach | | | |

### ABDOMEN

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Abdomen soft & nondistended | ✓ | | |
| Abnormal | | | |
| Bowel sounds - Active | ✓ | | |
| Abnormal | | | |
| Pain-Tenderness | | | |

### PULSE/RATE

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Regular | ✓ | | |
| Irregular | | | |
| Strong | ✓ | | |
| Weak | | | |
| Apical | | | |
| Radial | ✓ | | |
| Patient Teaching | | | |

### WOUNDS/ULCERS/DRESSINGS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Wound healing S inflammation | | | |
| Dressing Dry & Intact | | | |
| Dressing Changed | | | |
| Size | | | |
| Type | | | |
| Location | | | |

### TREATMENTS

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|

### IV THERAPY

| | 11-7 | 7-3 | 3-11 |
|---|---|---|---|
| Bottle #/Rate | | | |
| Site and Rate checked every two hours | | | |

| NURSE'S SIGNATURE: | RN 11-7 A. Jackson, R.N. | LPN 11-7 | | 11-7 |
|---|---|---|---|---|
| | 7-3 | 7-3 | | 7-3 |
| | 3-11 | | | |



**PHS**
PRISON
HEALTH
ERVICES
ORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date: 3/6/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 05 | 10 | 20 | Time | 09 | 1015 | 20 |
| | Assessed by (initials): | ag | Ey | ag | Assessed by (initials): | ag | | ag |

| RESPIRATORY | | | | | | TUBES AND DRAINAGE | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Quality | | | | | | | | | |
| | Normal | ✓ | ✓ | ✓ | | | | | | |
| | Shallow | | | | | | | | | |
| | Deep | | | | | | | | | |
| | Labored | | | | | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | | |
| | Slow | | | | | | | | | |
| | Rapid | | | | | | | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | | Wound healing s̄ inflammation | | | | |
| | Abnormal | | | | | | | | | |
| | Cough - Productive | | | | | | | | | |
| | Non-Productive | | | | | Dressing Dry & Intact | | | | |
| | Humidified O2 Therapy | | | | | Dressing Changed | | | | |
| | L/Minute | | | | | Size | | | | |
| | Incentive Spirometer | | | | | Type | | | | |
| | Suctioning-Oral/NI/Trach | | | | ✓ | Location | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ABDOMEN | | | | | | WOUNDS/DRESSINGS TREATMENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abdomen soft & nondistended | ✓ | ✓ | | | | | | | |
| | Abnormal | | | | | | | | | |
| | Bowel sounds - Active | ✓ | | ✓ | | | | | | |
| | Abnormal | | | | | | | | | |
| | Pain-Tenderness | | | | | | | | | |

| PULSE/RATE | | | | | | I.V. THERAPY | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Regular | ✓ | ✓ | ✓ | | | | | | |
| | Irregular | | | | | | | | | |
| | Strong | ✓ | | ✓ | | Bottle #/Rate | | | | |
| | Weak | | | | | | | | | |
| | Apical | | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | | |

| RALS | | | | | | | Site and Rate checked every two hours | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Patient Teaching | | | | | | | | | |

| NURSE S SIGNATURE: | RN 11-7 | E. Jackson, R.N. | LPN 11-7 | | 11-7 | |
|---|---|---|---|---|---|---|
| | 7-3 | E. Fielder | 7-3 | | 7-3 | |
| | 3-11 | | 3-11 | | 3-11 | |

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DAILY PATIENT ASSESSMENT SHEET

Date 3/5/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0010 | 0905 | 2100 | | Time | 0010 | 0905 | 2100 |
| | Assessed by (initials): | MB | EF | QT | | Assessed by (initials): | MB | EF | CJ |
| **RESPIRATORY** | Quality | | | | **TUBES AND DRAINAGE** | | | | |
| | Normal | ✓ | ✓ | | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | ✓ | | ✓ | | | | | |
| | Rate - WNL | ✓ | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing S̄ inflammation | | | |
| | Sounds - Clear | ✓ | ✓ | ✓ | **WOUNDS/DRESSINGS** | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| **ABDOMEN** | Abdomen soft & nondistended | ✓ | ✓ | ✓ | **TREATMENTS** | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | ✓ | | | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | ✓ | | | | | |
| **PULSE/RATE** | Regular | ✓ | ✓ | ✓ | **I.V. THERAPY** | Bottle #/Rate | | | |
| | Irregular | | | | | | | | |
| | Strong | ✓ | | ✓ | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | | | | | |
| | Radial | ✓ | ✓ | ✓ | | | | | |
| **?PALS** | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NURSE S SIGNATURE: | RN  11-7 | M? | LPN  11-7 | | 11-7 | |
| | 7-3 | E. Fiedler RN | 7-3 | | 7-3 | |
| | 3-11 | ?rickson RN | 3-11 | | 3-11 | |



**PRISON
HEALTH
SERVICES
INCORPORATED**

# DAILY PATIENT ASSESSMENT SHEET

Date 03/04/05

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| **Time** | | | | | **Time** | | | | |
| **Assessed by (initials):** | | | | | **Assessed by (initials):** | | | | |
| RESPIRATORY | Quality | | | | TUBES AND DRAINAGE | | | | |
| | Normal | | ✓ | ✓ | | | | | |
| | Shallow | | | | | | | | |
| | Deep | | | | | | | | |
| | Labored | | | | | | | | |
| | Rate - WNL | | ✓ | ✓ | | | | | |
| | Slow | | | | | | | | |
| | Rapid | | | | | Wound healing & inflammation | | | |
| | Sounds - Clear | | ✓ | ✓ | WOUNDS/ULCERS/DRESSINGS | Dressing Dry & Intact | | | |
| | Abnormal | | | | | Dressing Changed | | | |
| | Cough - Productive | | | | | Size | | | |
| | Non-Productive | | | | | Type | | | |
| | Humidified O2 Therapy | | | | | Location | | | |
| | L/Minute | | | | | | | | |
| | Incentive Spirometer | | | | | | | | |
| | Suctioning-Oral/NI/Trach | | | | | | | | |
| ABDOMEN | Abdomen soft & nondistended | | ✓ | ✓ | TREATMENTS | | | | |
| | Abnormal | | | | | | | | |
| | Bowel sounds - Active | | ✓ | ✓ | | | | | |
| | Abnormal | | | | | | | | |
| | Pain-Tenderness | | | | | | | | |
| PULSE/RATE | Regular | | ✓ | ✓ | | | | | |
| | Irregular | | | | | Bottle #/Rate | | | |
| | Strong | | ✓ | | | | | | |
| | Weak | | | | | | | | |
| | Apical | | | | I.V. THERAPY | | | | |
| | Radial | | | | | | | | |
| VITALS | Patient Teaching | | | | | Site and Rate checked every two hours | | | |

FOR PROFESSIONAL
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| NURSE S SIGNATURE: | RN | 11-7 | | LPN | 11-7 | | | 11-7 | |
| | | 7-3 | | | 7-3 | | | 7-3 | |
| | | 3-11 | | | 3-11 | | | 3-11 | |



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Moon, James

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | S: No C/o voiced @ this time. |
| 3/5/05 | O: Alert & coherent. Resp even + @ ease. Good |
| 2100 | skin color. Denies pain + discomfort c this time. |
| | General condition appears stable. |
| | A: Pot alt in comfort RT DX |
| | P: Cont POC ————— a. Jackson, R.N |
| 3/6/05 | S: No C/o voiced @ present. |
| 0500 | O: Resting in bed, easily aroused. (Resp) |
| | even +@ ease. Good skin color. Denies |
| | pain + discomfort. No acute distress noted. |
| | A: Pot alt in comfort RT DX |
| | P: Cont POC ————— a. Jackson, R.N |
| 3/6/05 | S- No nurse c/o. |
| 1015 | O- Alert, ex neutral. Up ad lib on ward, PO intake good. |
| | Output good. No C/o N+V. NAD, nsg assessment done. |
| | A- Altered health status Rt/dx |
| | P- Maint ex follow MD order. E. Fulmer |
| 3/6/05 | S- No C/o voiced @ present. |
| 2000 | O- Alert & coherent. Resp even & @ ease. Good skin |
| | color. General condition appears stable. |
| | A- Pot alt in comfort RT DX. |
| | P- Cont POC ————— a. Jackson, R.N. |
| 3/7/05 | S- No C/o voiced @ this time. |
| 0500 | O- Resting in bed. Easily aroused (Resp) even |
| | +@ ease. Good skin color. General condition appears |

# INFIRMARY ASSESSMENT

DATE: 03/04/05    PATIENT: Moon, Glennes

## KEY/DIRECTIONS:

- [✔] Assessment done; No changes found within established criteria.
- [*] Assessment done; changes found outside established criteria, details in progress notes.
- [#] Notation in progress notes (indicate in signature/title block)
- [PC] Assessment done; changes found outside established criteria; secondary to pre-existing condition.

## PHYSICAL ASSESSMENT:

| | | 7-3 | | | 3-11 | | | 11-7 | |
|---|---|---|---|---|---|---|---|---|---|
| | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL | TIME | SYMBOL | INITIAL |
| NEUROLOGICAL (A/A/O, MEMORY INTACT, PEARL, ACTIVE ROM TO ALL EXTREMITIES, SPEECH CLEAR) | 06p | ✔ | | | | | | | |
| NEUROVASCULAR (SKIN WARM, DRY, PINK + PERIPHERAL PULSES PALPABLE, NO EDEMA + SENSATION) | | ✔ | | | | | | | |
| RESPIRATORY (RATE 10-20 B/MIN AT REST, QUIET, REGULAR, CLEAR SPUTUM, PINK NAILBEDS, NORMAL BREATH SOUNDS) | | ✔ | | | | | | | |
| CARDIOVASCULAR (S₁ S₂ AUDIBLE, + APICAL PULSE, HR REGULAR, VSS, SKIN WARM/DRY) | | ✔ | | | | | | | |
| GASTROINTESTINAL (ABDOMEN SOFT, + BOWEL SOUNDS IN ALL FOUR QUADRANTS) | | ✔ | | | | | | | |
| GENTIOURINARY (URINE CLEAR, YELLOW TO AMBER, NO PAIN, VOID) (NO VAG/PENILE DISCHARGE) | | ✔ | | | | | | | |
| INTEGUMENTATION (NO RASHES, NO BREAKDOWN NO RED AREAS) | | ✔ | | | | | | | |
| MUSCULOSKELETAL (NO JOINT SWELLING/TENDERNESS WEAKNESS) | | ✔ | | | | | | | |
| PSYCH/SOCIAL (APPEARANCE, BEHAVIOR, VERBALIZATION APPROPRIATE TO SITUATION) | | ✔ | | | | | | | |
| PAIN (IF RELIEVED BY MEDS, INDICATE IN PROGRESS NOTES) | | | | | | | | | |

## IV THERAPY:    TYPE

HL-HEPLOCK    C-D-INT JUGULAR
IV-INTRAVENOUS    #15-16 - EXT JUGULAR
A-B-CVP

| | 7-3 | 3-11 | 11-7 |
|---|---|---|---|
| SITE #1 | N/A | | |
| TYPE | | | |
| CONDITION | | | |
| SITE #2 | | | |
| TYPE | | | |
| CONDITION | | | |
| TIME DRESSING CHANGED | | | |
| TIME TUBING CHANGED | | | |
| RESTART: CATH GAUGE | | | |
| TIME | | | |
| LOCATION # | | | |
| INCISIONAL/WOUND CARE: | | | |
| LOCATION/IDENTIFY SITE | | | |
| SUTURES/CLIPS | | | |
| DRAINS, TYPE | | | |
| DRAINAGE TYPE | | | |
| TIME DRSG. CHANGED | | | |



RIGHT  LEFT    LEFT  RIGHT
ANTERIOR    POSTERIOR

## SIGNATURES/TITLES:

## PATIENT CARE NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## *Vital Signs Flow Sheet*

Patient Name: _____

Date of Birth: _____



**TEMPERATURE**

| Date | 1/5 | 3/5 | 3/7 | | | | | | | | | | | | |
|------|-----|-----|-----|--|--|--|--|--|--|--|--|--|--|--|--|
| Time | | | | | | | | | | | | | | | |
| 104 | | | | | | | | | | | | | | | |
| 102 | | | | | | | | | | | | | | | |
| 100 | 98.8 | 97 | | | | | | | | | | | | | |
| 98 | 98.9 | | | | | | | | | | | | | | |
| 96 | | | | | | | | | | | | | | | |

**BLOOD PRESSURE**

| 260 | | | | | | | | | | | | | | | |
|-----|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 240 | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | |
| 140 | | 130 | | | | | | | | | | | | | |
| 120 | 120/? | | | | | | | | | | | | | | |
| 100 | | 110 | 110 | | | | | | | | | | | | |
| 80 | | 80 | 80 | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | |

**PULSE**

| 160 | | | | | | | | | | | | | | | |
|-----|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 140 | | | | | | | | | | | | | | | |
| 120 | | | | | | | | | | | | | | | |
| 100 | | 100 | | | | | | | | | | | | | |
| 80 | 82 | | | | | | | | | | | | | | |
| 60 | | 72 | | | | | | | | | | | | | |
| 40 | | | | | | | | | | | | | | | |

**RESPIRATIONS**

| 40 | | | | | | | | | | | | | | | |
|----|--|--|--|--|--|--|--|--|--|--|--|--|--|--|--|
| 20 | 18 | 20 | 20 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: _03/04/05_

To: _ADOC_

From: _West Ward_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Inmate Name: _Moen, Glenne_    ID#: _21 22 28_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_Admit to West Ward Bed #23_

_____

_____

_____

_____

Date: _03/04/05_  MD Signature: _R. Robbin / B. Hublen_  Time: _230p_

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print.

Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First.) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Meow James. | 2 12 8 10 5 |
| **Site Phone #** | **Alias: (Last, First.)** | **Date of Birth: (mm/dd/yy)** |
| 334-7758178 | | ▇▇▇▇▇ |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 | 212228 | __ / __ / __ |
| **Will there be a charge?** **Sex** | **SS Number** | **Potential Release Date: (mm/dd/yy)** |
| ☑Yes ☐No  ☑Male ☐Female | __ __ __ | __ / __ / __ |

Responsible party: ☑ PHS  ☐ Auto Ins.   ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare and Medicaid)

## CLINICAL DATA

**Requesting Provider:** ☑Physician  ☐NP, PA  ☐Dental

DR S RAYARM

**Facility Medical Director Signature and Date:**

Samuel Ray opal M.D.

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☑ Urgent

**Estimated Date of Service (mm/dd/yy)** 2 12 8 10 5

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

Transfer to home for IP - Rx
for acute pancreatitis

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**

Dx acute Pancreatitis to NPO
IVF therapy Around the clock
and needs pain Management
Nsaids / Naarctics p.o. du Counsed
2° Oerophageal Benign Stricture

**Results of a complaint directed physical examination:**

Amy lase > 500
Serum abd pain
Stable at this point
Ct abd neg for Gallstones
Was not now Complaint to priletec

**Previous treatment and response (including medications):**

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:

☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.

**Date resubmitted:** __ / __ / __

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.     (mm/dd/yy)

| Type: | Med Class: | UR Auth #: |
|---|---|---|
| | | |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 03/01/05 @ 0850m | S- coming from the hospital |
| | O- alert i oriented x3 © distress noted |
| | resp ā ease. small scant amount of swelling |
| | noted to ankles. VS WNL |
| | A- alt health status R/T DX |
| | P- continue to monitor ___ E. Hacker RN |
| 3/4/05 | S- No complaints voiced. |
| 1800 | O- Alert x3. Respirations c ease. Resting quietly |
| | in bed c eyes open. No distress noted. |
| | A- Altered health status RtT dx. |
| | P- Continue to monitor. ___ C. DeLaay RN |
| 3/5/05 000 | S- "I'm o/c" |
| | O- Patient resting quietly in bed. Alert & oriented x3. |
| | Respiration even & unlabored I. BS x 4 quads. No |
| | complaints voiced. |
| | A- Altered health status R/T dx |
| | P- Continue to monitor ___ M Bangs |
| 3/5/05 | S- "My stomach feels icke" |
| 0905 | O- Alert verbal & oriented. Up ad lib on open ward. |
| | C/o feeling nauseated, no vomiting, denies pain in |
| | abdomen. Output good. |
| | A- Altered health status Rt dx |
| | P- Monitor & follow MD Orders. E Freeman |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moor, James | 212228 | | W/M | KCF |



**PRISON
HEALTH
SERVICES
INCORPORATED**

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| | Stable |
| | a. Pat alt in comfort per Dr |
| | P. Cont POC                          a. Jackson, RN |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | | 11-7 | 7-3 | 3-11 | | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Time | | 265A | 1800 | | Time | | 265p | 180 |
| | Assessed by (initials): | | BH | Qa | | Assessed by (initials): | | BH | Qa |

| BEHAVIOR/MENTAL STATUS | | 11-7 | 7-3 | 3-11 | SKIN | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Alert | | ✓ | ✓ | | Temperature: Warm | | ✓ | ✓ |
| | Oriented x 3 | | ✓ | | | Hot | | | |
| | Disoriented | | | | | Cool | | | |
| | Lethargic | | | | Turgor: Good | | | ✓ | ✓ |
| | | | | | | Fair | | | |
| | Cooperative | | ✓ | ✓ | | Poor | | | |
| | Combative/Uncooperative | | | | Moisture: Dry | | | ✓ | ✓ |
| | Anxious | | | | | Moist | | | |
| | Depressed | | | | Color: WNL | | | ✓ | ✓ |
| | | | | | | Pale | | | |
| SPEECH | Clear | | ✓ | ✓ | | Flushed | | | |
| | Slurred | | | | | Cyanotic | | | |
| | Rambling | | | | | Jaundice | | | |
| | Aphasic | | | | | | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | |
| | | | | | | slight (ankles) | | ✓ | ✓ |
| SENSATION/MOVEMENT | Moves all extremities | | ✓ | ✓ | | Free of pressure/irritation | | | |
| | Weakness | | | ✓ | TUBE FEEDINGS | Tube feeding/Type: | | | |
| | Paralysis | | | | | | | | |
| | Paresthesia | | | | | Bottle changed | | | |
| | CMS intact | | | | | Tubing changed | | | |
| ACTIVITIES | Bedrest | | | | SAFETY | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | | | | | Call light in reach | | ✓ | ✓ |
| | OOB (chair) | | | | | Bed in low position | | | |
| | BRP | | | | | Siderails: up x 4 2 | | ✓ | ✓ |
| | Bedside commode | | | | | Ambularm | | | |
| | Ambulate | | ✓ | ✓ | | | | | |
| HYGIENE | Complete/Assist/Partial | | | | OTHER | Decub. mattress/pad | | | |
| | Shower/Shampoo | | | | | TED hose: knee hi/thigh hi | | ✓ | ✓ |
| | Oral Care | | | | | Remove 30 q 8 hours | | | |
| | P.M. Care | | | | NURSING ROUNDS | Checked on rounds | | ✓ | ✓ |
| | Peri-Care | | | | | Respirations unchanged | | | |
| | Doctor's visits | Jeff | ✓ | ✓ | | | | | |

✓ Acceptable normal    X  Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212278 | | W/M | KCF |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 0000 | 0905 | 2100 | | Time | 0000 | 0905 | 2100 |
| | Assessed by (initials): | MW | EF | AJ | | Assessed by (initials): | MW | EF | AJ |
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ | **SKIN** | Temperature: Warm | ✓ | ✓ | |
| | Oriented x 3 | ✓ | ✓ | ✓ | | Hot | | | |
| | Disoriented | | | | | Cool | | | |
| | Lethargic | | | | | Turgor: Good | ✓ | ✓ | ✓ |
| | | | | | | Fair | | | |
| | Cooperative | ✓ | ✓ | ✓ | | Poor | | | |
| | Combative/Uncooperative | | | | | Moisture: Dry | ✓ | ✓ | ✓ |
| | Anxious | | | | | Moist | | | |
| | Depressed | | | | | Color: WNL | ✓ | ✓ | ✓ |
| **SPEECH** | Clear | ✓ | ✓ | ✓ | | Pale | | | |
| | Slurred | | | | | Flushed | | | |
| | Rambling | | | | | Cyanotic | | | |
| | Aphasic | | | | | Jaundice | | | |
| | Inappropriate | | | | | Edema (location/amount) | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | | | Free of pressure/irritation | | | |
| | Weakness | | | | **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Paralysis | | | | | Bottle changed | | | |
| | Paresthesia | | | | | Tubing changed | | | |
| | CMS intact | | | | | | | | |
| **ACTIVITIES** | Bedrest | | | | **SAFETY** | Restraints: soft wrist/posey | | | |
| | Turn q 2 hours | | | | | Call light in reach | | | |
| | OOB (chair) | | | | | Bed in low position | ✓ | ✓ | ✓ |
| | BRP | ✓ | ✓ | ✓ | | Siderails: up x 4 | X2✓ | | ✓ |
| | Bedside commode | | | | | Ambularm | | | |
| | Ambulate | ✓ | ✓ | ✓ | **OTHER** | Decub mattress/pad | | | |
| **HYGIENE** | Complete/Assist/Partial | | | | | TED hose: knee hi/thigh hi | | | |
| | Shower/Shampoo | | | | | Remove 30 q 8 hours | | | |
| | Oral Care | | | | **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | ✓ |
| | PM Care | | | | | Respirations unchanged | | | |
| | Peri-Care | | | | | | | | |
| | Doctor's visits | | | | | | | | |

✓ Acceptable normal    X Within normal limits

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 21 2228 | | W/m | ref |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| | | 11-7 | | 7-3 | | 3-11 | |
|---|---|---|---|---|---|---|---|
| | Time | 05 | | 1015 | | 1400 | |
| | Assessed by (initials): | 6g | | EY | | AJ | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| **BEHAVIOR/MENTAL STATUS** | Alert | ✓ | ✓ | ✓ |
| | Oriented x 3 | | ✓ | |
| | Disoriented | | | |
| | Lethargic | | | |
| | Cooperative | ✓ | ✓ | ✓ |
| | Combative/Uncooperative | | | |
| | Anxious | | | |
| | Depressed | | | |
| **SPEECH** | Clear | ✓ | ✓ | ✓ |
| | Slurred | | | |
| | Rambling | | | |
| | Aphasic | | | |
| | Inappropriate | | | |
| **SENSATION/MOVEMENT** | Moves all extremities | ✓ | ✓ | ✓ |
| | Weakness | | | |
| | Paralysis | | | |
| | Paresthesia | | | |
| | CMS intact | | | |
| **ACTIVITIES** | Bedrest | | | |
| | Turn q 2 hours | | | |
| | OOB (chair) | | | |
| | BRP | ✓ | | ✓ |
| | Bedside commode | | | |
| | Ambulate | | ✓ | |
| **HYGIENE** | Complete/Assist/Partial | | | |
| | Shower/Shampoo | | | |
| | Oral Care | | | |
| | P.M. Care | | | |
| | Peri-Care | | | |
| | Doctor s visits | self | | |

| | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|
| | Time | 05 | 1015 | 1400 |
| | Assessed by (initials): | AJ | EY | AJ |
| **SKIN** | Temperature: Warm | ✓ | ✓ | ✓ |
| | Hot | | | |
| | Cool | | | |
| | Turgor: Good | ✓ | ✓ | ✓ |
| | Fair | | | |
| | Poor | | | |
| | Moisture: Dry | ✓ | ✓ | ✓ |
| | Moist | | | |
| | Color: WNL | ✓ | ✓ | ✓ |
| | Pale | | | |
| | Flushed | | | |
| | Cyanotic | | | |
| | Jaundice | | | |
| | Edema (location/amount) | | | |
| | Free of pressure/irritation | | | |
| **TUBE FEEDINGS** | Tube feeding/Type: | | | |
| | Bottle changed | | | |
| | Tubing changed | | | |
| **SAFETY** | Restraints: soft wrist/posey | | | |
| | Call light in reach | | | |
| | Bed in low position | ✓ | ✓ | ✓ |
| | Siderails: up x 4 | x2 | | x2 |
| | Ambularm | | | |
| **OTHER** | Decub. mattress/pad | | | |
| | TED hose: knee hi/thigh hi | | | |
| | Remove 30 q 8 hours | | | |
| **NURSING ROUNDS** | Checked on rounds | ✓ | ✓ | ✓ |
| | Respirations unchanged | ✓ | | ✓ |

| ✓ Acceptable normal | X Within normal limits |
|---|---|

FOR PROFESSIONAL USE
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC |
|---|---|---|---|---|---|
| Moon, | James | 212228 | | W/M | KCF |

| | | 11-7 | 7-3 | 3-11 | | | 11-7 | 7-3 | 3-11 |
|---|---|---|---|---|---|---|---|---|---|
| | Time | 05 | | | | Time | 05 | | |
| | Assessed by (initials): | by | | | | Assessed by (initials): | ag | | |

**BEHAVIOR/MENTAL STATUS**

| Alert | ✓ | | |
|---|---|---|---|
| Oriented x 3 | ✓ | | |
| Disoriented | | | |
| Lethargic | | | |
| Cooperative | ✓ | | |
| Combative/Uncooperative | | | |
| Anxious | | | |
| Depressed | | | |

**SPEECH**

| Clear | ✓ | | |
|---|---|---|---|
| Slurred | | | |
| Rambling | | | |
| Aphasic | | | |
| Inappropriate | | | |

**SENSATION/MOVEMENT**

| Moves all extremities | | | |
|---|---|---|---|
| Weakness | | | |
| Paralysis | | | |
| Paresthesia | | | |
| CMS intact | | | |

FOR PROFESSIONAL MEDICAL
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**ACTIVITIES**

| Bedrest | | | |
|---|---|---|---|
| Turn q 2 hours | self | | |
| OOB (chair) | | | |
| BRP | ✓ | | |
| Bedside commode | | | |
| Ambulate | ✓ | | |

**HYGIENE**

| Complete/Assist/Partial | | | |
|---|---|---|---|
| Shower/Shampoo | | | |
| Oral Care | | | |
| P.M. Care | | | |
| Peri-Care | | | |
| Doctor's visits | self | | |

**SKIN**

| Temperature: Warm | ✓ | | |
|---|---|---|---|
| Hot | | | |
| Cool | | | |
| Turgor:  Good | ✓ | | |
| Fair | | | |
| Poor | | | |
| Moisture:  Dry | ✓ | | |
| Moist | | | |
| Color:  WNL | ✓ | | |
| Pale | | | |
| Flushed | | | |
| Cyanotic | | | |
| Jaundice | | | |
| Edema (location/amount) | | | |

**TUBE FEEDINGS**

| Free of pressure/irritation | | | |
|---|---|---|---|
| Tube feeding/Type: | | | |
| Bottle changed | | | |
| Tubing changed | | | |

**SAFETY**

| Restraints: soft wrist/posey | | | |
|---|---|---|---|
| Call light in reach | | | |
| Bed in low position | ✓ | | |
| Siderails: up x 4 | x 2 | | |
| Ambularm | | | |

**OTHER**

| Decub. mattress/pad | | | |
|---|---|---|---|
| TED hose: knee hi/thigh hi | | | |
| Remove 30 q 8 hours | | | |

**NURSING ROUNDS**

| Checked on rounds | ✓ | | |
|---|---|---|---|
| Respirations unchanged | ✓ | | |

| ✓ | Acceptable normal | X | Within normal limits |
|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Moon, | James | 212298 | | Wm | KCF |

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon        James_____
　　　　　　　　　　　LAST　　　　　　FIRST　　　　MI

DATE OF BIRTH ████████████    SS# _212228_

**Housing Recommendations:**

(3) Betton Bunk    General Population _____
Profile from        Medical Observation Unit _____
1-18-06 till        Lower Level/Lower Bunk _____
3-18-06             Suicide Precautions _____
                    Special Watch (15 Minute Checks) _____
                    Isolation _____
                    Initiate Universal Precautions _____

(1) "Muscle rub KOP
to left knee
twice a day for
30d 1-18-06 till
2-18-06

(2) Use Ear
drops both
~~both~~ ears
use four drops
three x a day for
7 days then
report to HCu
@ 6¹⁵ for ears
irrigation
1-26-06

**Individual found to be:**

　　　　　　　　　　　Frail/Elderly _____
　　　　　　　　　　　Physically Handicapped _____
　　　　　　　　　　　Developmentally Disabled _____
　　　　　　　　　　　Drug/Alcohol Withdrawal _____
　　　　　　　　　　　Special Mental Health Needs _____
　　　　　　　　　　　Expressed Suicidal Ideation _____
　　　　　　　　　　　History of Seizures _____
　　　　　　　　　　　Other _____

Specify _____

Nurse _A Marsh__ Date _1-18-05_

_James Moon_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

GLF 1005　　　Original/Classification　　　Second Copy/Booking Staff　　　Third Copy/Medical Unit



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PRISON
HEALTH
SERVICES
INCORPORATED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _____ Moon James _____

Date of Birth: ████████  Social Security No.: _2/2228_

Date: _1-13-06_  Time: _11:15_  A.M. / P.M.

This is to certify that I, _____ Moon James _____ , currently in
(Print Inmate's Name)

custody at the _____ VCF _____ , am refusing to
(Print Facility's Name)

accept the following treatment/recommendations: _Inmate admitted to infirmy per_
(Specify in Detail)
_Dr Ryppath for observation per remnity - after being advised_
_of importante - Inmate refuse to be admitted to infirmy_
_after observation - remitly against medical advise_

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks
involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional
personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this
action/refusal and I personally assume all responsibility for my welfare.

_James C. Moon_ _____ _N Machen_ _____
(Signature of Inmate)**                      (Signature of Medical Person)

_J. Smith Jr_ _____ _V. Young Lpn_ _____
(Witness)                                    (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

60115 (5/85)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

Attachment E, IMPP 10-127
Effective 3-22-91

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## DEPARTMENT OF CORRECTIONS

## REFUSAL TO SUBMIT TO TREATMENT

Date: _____11·21·05_____          Time: __0900__ A.M. / P.M.

I have been advised by Medical Staff _Ventress Correctional_

that it is necessary for me to undergo the following treatment:

_Hepatitis B Vaccination_

(Describe Operation Or Treatment)

The effect and nature of this treatment have been explained to me.

Although my failure to follow the advice I have received may seriously imperil my life or health, I

nevertheless refuse to submit to the recommended treatment. I assume the risks and consequences

involved and release the above named Medical Personnel, the _____,

(Name of Facility)

and its agents and employees from any liability.

_had Series 2000_

Inmate: _James C. Moon_          Date: _11/21/05_

Witness: _L Cooth MN_          Date: _11·21·05_

Witness: _T. Smith Za_          Date: _11/21/05_

**DOC # 010-127-004**

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James Charly | 212228 | ▓▓▓ | W/M | |

PHS-MD-70032                                    DOC # 010-127-004



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _Montgomery Co. CJ_
(Agency)

_____
(Address)

_____

From: _Ventress Correctional Facility_
(Institution)

_P.O. Box 767 Clayton, Al._
(Address)

_(334) 775-8128_
(Telephone)

Inmate's Name: _Moon, James_

a/k/a: _____

DOB: ▓▓▓▓▓▓  SS #: _212228_
**Person Completing Form**

Name: _V. Young, Lp_

Signature: _V. Young Lp_

Date: _8-5-05_

---

**MEDICAL PROBLEM(S):**

Anxty d/o Nos

Depression d/o Nos

**TREATMENTS/MEDICATIONS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

Allergies: _NKDA_

| | | |
|---|---|---|
| TB Skin Test: | NEG  POS | Date _11-20-04_ |
| CXR: | NEG  POS | Date __ __ __ |

**Pregnant:**

Yes  (No)  Unknown

Other Lab Data:

| Test | | Treated | Date |
|---|---|---|---|
| RPR: | NEG  POS | Yes  No | _11-20-04_ |
| VDRL: | NEG  POS | Yes  No | " " |
| GC: | NEG  POS | Yes  No | " " |
| Other: ____ | | Yes  No | " " |



**SPECIAL NEEDS COMMUNICATION FORM**

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 9/21/05

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**To:** ADOC

**From:** P1

DIET CARD

NO 213228

**Inmate Name**

NAME Moon, James     WARD VCF     8

**The following a**

DIET Soft

DIAGNOSIS REQUIRING DIET difficulty swallowing

1. House in     START DATE 9-21-05   STOP DATE 3-21-06

2. Medical I:     PHYSICIAN / BY Dr. Raippati / Hmelly

3. Work restr    F-54 Rev 1-94   James C. Moon   Original-Dietary, Ivory-Imate

4. May have extra_____until_____

5. Other_____

**Comments:**

Please allow inmate to go to
pill call + eat with the
diabetics 9/21/05 - 3/21/06

_____

**Date:** 9/21/05 **MD Signature:** Dr. Raippati / Hmelly **Time:** 12⁰⁰ pm

X James C. Moon

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 9-14-05

**To:** DOC

**From:** HCU

**Inmate Name:** Moon, James          **ID#:** 212228

The following action is recommended for medical reasons:

1.  House in _____

2.  Medical Isolation_____ FOR PROFESSIONAL USE ONLY _____

3.  Work restrictions _____ CONFIDENTIAL RECORD _____
                              NOT TO BE PHOTO COPIED

4.  May have extra_____until_____

5.  Other _____

**Comments:** TO HCU on 9/19/05 @ 8ᴬᴹ for Apt. With MD.

_____

_____

**Date:** 9-14-05    **MD Signature** Dr Ragupati /Burke    **Time:** 12 PM

James C. Moon

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: *Montgomery County Court*
(Agency)

_____
(Address)

From: *PHS / Ventress Correctional Facility*
(Institution)

*P.O. Box 767 Clayton*
(Address)

*(334) 775 - 3331 Ext 307*
(Telephone)

Inmate's Name: *Moon, James*

a/k/a: _____ - NA -

D.O.B.: ████████  SS #: ████████

**Person Completing Form**
Name: *Frances Smith*

Signature: *F. Smith*

Date: *8/4/05*

---

**MEDICAL PROBLEM(S):**

1) Hiatal Hernia

2) & ERD

3) Glaucoma

4) Hx Anxiety / Depression

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**TREATMENTS/MEDICATIONS:**

Zantac 150mg ; PO q AM
Zantac 300mg PO @ HS
Pamelor 25mg PO @ HS
Benadryl 25mg PO @ HS
Xalatan Opth Solution
@ HS

---

**Allergies:**

N K D A

**Pregnant:**   Yes   (No)   N/A Unknown

Other Lab Data:

**TB Skin Test:** (NEG)   POS   Date *11-20-04*
**CXR:**   NEG   POS   Date _____

| Test | | | Treated | | Date |
|------|---|---|---------|---|------|
| RPR: | NEG | POS | Yes No | | *11-24-04* |
| VDRL: | NEG | POS | Yes No | | |
| GC: | NEG | POS | Yes No | | |
| Other: | | | Yes No | | |

DIET CARD

NO. 266222

NAME _Kevin James_    WARD _ICF_

DIET _Reg_

DIAGNOSIS REQUIRING DIET _Irianum teeth_

START DATE _7/6/05_    STOP DATE _8/5/05_

PHYSICIAN / BY _D. Gehrgi (Cert / Smith) jr_

X _James Linton_

F-54 (Rev 1-94)

Original-Dietary, Ivory-Inmate

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 7/6/05

**To:** ADOC

**From:** PHS / Ventress

**Inmate Name:** Moon, James    **ID#:** 213228

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____

5. Other _____✓_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

NO prolong Standing 7 15 min x6

months 7/6/05 - 1/6/06

_____

_____

**Date:** 7/6/05    **MD Signature:** L Floyd CRNP / Whitley    **Time:** 9:30 AM

60418



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _____     Inmate's Name: _____
(Agency)

_____     a/k/a: _____
(Address)

_____     D.O.B: ███████  SS #: ███████
                            **Person Completing Form**

From: _____     Name: _____
(Institution)

_____     Signature: _____
(Address)

_____     Date: _____
(Telephone)

---

**MEDICAL PROBLEM(S):**

**TREATMENTS/MEDICATIONS:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

**Allergies:**

| | | | |
|---|---|---|---|
| TB Skin Test: | NEG | POS | Date 11-26-04 |
| CXR: | NEG | POS | Date |

**Pregnant:**
Yes    No    Unknown

**Other Lab Data:**

| Test | | | Treated | Date | |
|---|---|---|---|---|---|
| RPR: | NEG | POS | Yes No | | |
| VDRL: | NEG | POS | Yes No | | |
| GC: | NEG | POS | Yes No | | |
| Other: | | | Yes No | | |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James H 21228_
LAST                    FIRST              MI

DATE OF BIRTH _____    SS# _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation___

Initiate Universal Precautions_____

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _F. Smith z_    Date _3/23/05_

X James C. Moon

*Report to [illegible] Wednesday 3/30/05 at 8:00 am for F/U appt. c MH Pill Call at 9A, 3p, +9pm*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## INFORMED CONSENT TO MEDICAL SERVICES

Inmate's Name: _Moon, James # 212228_

Date Of Birth: ▓▓▓▓▓▓▓▓  Social Security No.: _____

Date: _____ Time: _1200_  A.M. / P.M.

I hereby authorize Prison Health Service, Inc. and _Dr. Rayapati_ ,
(Print Physician's Name)
his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s), _drain cyst on head_ ,necessary to treat my condition has been fully
(State in Layman's terms)

explained to me by Dr _Rayapati_ and I understand the nature of, and risks assiciated with,
this procedure(s). Briefly stated, they are: (Benefits) _____

_____

(Risks) _Scar, hair loss, bleeding_ _____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have

been made to me as to the results of this procedure(s). Alternate treatment methods and their consequences as

well as the risks of refusing the described treatments(s) (if applicable) have been fully explained to me.

_James C. Moon_
(Signature of Inmate)

_J. Smith_
(Witness)

_____
(Signature & Title of Provider)

_A. Burleson_
(Witness)

286-3343 

*witness*

 **PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FAX (334) 215-9126
Phone (334) 215-6678

## DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: BMCS

From: Kilby Prison
P.O. Box 11
Mt. Meigs, AL 36057

~~FOR PROFESSIONAL USE ONLY~~
~~CONFIDENTIAL RECORD~~
~~NOT TO BE PHOTOCOPIED~~

Patient: JAMES MOON

Alias: _____

Date of Birth: ███████

Inmate ID No.: 212228

Social Security No.: ███████

Date(s) of Service: 2-28-05 – 3-04-05

I hereby authorize the above named provider to release to Prison Health Services, Inc and Kansas Department of Corrections the following confidential information:

[ ✓ ] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care
[ ✓ ] Admission     [ ] Discharge     [ ] Operative Summary Reports
[ ✓ ] X-Ray     [ ] Special Studies Reports     [ ] HIV Test
[ ✓ ] Laboratory Reports     [ ] Immunization History     [ ] Dental Treatment Records
[ ] Psychiatric Summary Report     [ ] Drug Treatment History & Counseling Reports
[ ] Other Records _____
(Specify information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X James C. Moon
(Patient's Signature)

X March 7, 2005
(Date)

Annie P. Pines
(Witness' Signature)

3/7/05
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

Charlotte Foster     3/7/05
(Signature and Title for PHS)     (Date)

PHS-MD-70037

2005 15:11 FAX 331213120

~05900489
376256

286-3343

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

FAX (334) 215-9126
Phone (334) 215-6678



PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR RELEASE OF INFORMATION

To: _BmcS_

From: _Kilby Prison_
_P.O. Box 11_
_Mt. Meigs, Al 36057_

Patient: _JAMES MOON_

Inmate ID No.: _212228_

Alias: _____

Social Security No.: ▓▓▓▓▓

Date of Birth: ▓▓▓▓

Date(s) of Service: _2-28-05 – 3-04-05_

I hereby authorize the above named provider to release to Prison Health Services, Inc. and Kansas Department of Corrections the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[✓] Admission [✓] Discharge [ ] Operative Summary Reports
[✓] X-Ray [ ] Special Studies Reports [ ] HIV Test
[✓] Laboratory Reports [ ] Immunization History [ ] Dental Treatment Records
[ ] Psychiatric Summary Report [ ] Drug Treatment History & Counseling Reports
[ ] Other Records _____

(Specify Information requested)

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

X _James C Moo_
(Patient's Signature)

X _March 7, 2005_
(Date)

_Jennie P Tanne_
(Witness' Signature)

_3/7/05_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment the named patient.

_Charlottes Foster_    _3/7/05_
(Signature and Title for PHS)    (Date)

PHS-MD-70037

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

99% O2    B/P 125/ Pulse O2 99%

| ADMISSION DATE | TIME | ORIGINATING FACILITY | | |
|---|---|---|---|---|
| 2/27/05 | 1150 AM/PM | VCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL | ☐ EMERGENCY |
| | | | ☒ OUTPATIENT | |

☐ SICK CALL ☐ EMERGENCY ☒ OUTPATIENT

**ALLERGIES** NKDA    WH

| | CONDITION ON ADMISSION |
|---|---|
| | ☐ GOOD ☐ FAIR ☒ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

**VITAL SIGNS: TEMP** 96.8 AX  ORAL/RECTAL AX  **RESP** 20  **PULSE** 63  **B/P** 130/90  RECHECK IF SYSTOLIC <100> 50 ___/___

### NATURE OF INJURY OR ILLNESS

S: I'm having pain in my left chest et my right arm. I'm having spasms in my legs. The pain started Friday. I drank a coke et ate a couple pk oz mustard et it eased up. I can't pee ↓. I can't breath. I've gotta sit ↑.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

Pain

RIGHT OR LEFT

### PHYSICAL EXAMINATION

O: A+O x 3. N/V in dorm. Observed by nurse. Escorted to HCU via ER wagon. Wheeled into ER via W/C. Bowel sound ⊕ x 4. Lungs Clear. Oral breathing, left leg jerking. Yes. No SOB noted.

A: Alt in comfort

P: EKG. Notify Dr Rayapati

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1207 Send via ER ambulance to Bullock ER for evaluation TO Dr Rayapati / CJohnson LPN | | |

### DIAGNOSIS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

### INSTRUCTIONS TO PATIENT

| DISCHARGE DATE | TIME | RELEASED / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 02/27/05 | 1230 AM/PM | ☒ DOC ☒ AMBULANCE ☐ | ☒ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
| | | Bullock County ER | |

**NURSE'S SIGNATURE** C. Johnson LPN  **DATE** 2/27/05  **PHYSICIAN'S SIGNATURE** ___ **DATE** ___ **CONSULTATION** ___

| INMATE NAME (LAST, FIRST MIDDLE) | DOC# | / DOB | R/S | FAC. |
|---|---|---|---|---|
| | 212228 | | W/M | VCF |

N610

# ALABAMA DEPARTMENT OF CORRECTIONS

ω/21228

### RECEIVING SCREENING FORM

Inmate's Name: _Moon, James_    Date: _3-8-05_ Time: _4:17_

DOB: ██████    Officer: _____    Institution: _VCF_

*Receiving Officer's Visual Opinion*

|  | Yes | No |
|---|---|---|
| 1. Is the inmate conscious? | ✓ | |
| 2. Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. Are there any visible signs of alcohol or drug withdrawl? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. Is the inmate carrying any medication or report that he is on any medication which must be continuously administered or available? | ✓ | |
| 10. Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any questions from 2-10 above, specify WHY in section below.*

| | | |
|---|---|---|
| 11. Are you presently taking medication for diabetes, heart disease, seizure, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | ✓ | |
| 12. Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. Have you ever attempted suicide? | | ✓ |
| (If YES, When? _____ How? _____ | | |
| 16. Do you want to do any harm to yourself now? | | ✓ |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

99% O2    12:25P Pulse of 99%

VCF - 99% O2

| ADMISSION DATE 2/27/05 | TIME 1150 ☐ AM ☑ PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA        Wt Not done        20

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

| VITAL SIGNS: TEMP 96.8 AX | ORAL/RECTAL AX | RESP 20 | PULSE 63 | B/P 130/90 | RECHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S: I'm having pain in my ☐ chest et ↓ my right arm. I'm having spasms in my legs. The pain started Friday. I drank a coke et ate a couple pk. of mustard et it eased up. I can't pee ↓. I can't breath. I've gotta sit ↑.

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

Pain

RIGHT OR LEFT

PHYSICAL EXAMINATION

O: A+O x 3. N/V in derm. Observed by nurse. Escorted to HCU via ER wagon. Wheeled into ER via W/C. Bowel sound ⊕ x 4. Lungs Cl/Cl. Oral breathing. Left leg jerking/Leg. No SOB noted

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1207 Sent via ⓡ ambulance to Bullock ER for evaluation | | |
| TO Dr Rayapati / G Johnson LPN | | |

A: Alt in comfort

P: EKG. Notify Dr Rayapati

DIAGNOSIS

INSTRUCTIONS TO PATIENT As Written above

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DISCHARGE DATE 02/27/05 | TIME 1230 ☐ AM ☑ PM | RELEASE/ TRANSFERRED TO Bullock County ER | CONDITION ON DISCHARGE |
|---|---|---|---|

☑ DOC ☑ AMBULENCE ☐
CONDITION ON DISCHARGE
☑ SATISFACTORY ☐ POOR
☐ FAIR ☐ CRITICAL

| NURSE'S SIGNATURE G Johnson LPN | DATE 2/27/05 | PHYSICIAN'S SIGNATURE /8 | DATE | CONSULTATION |
|---|---|---|---|---|

INMATE NAME (LAST, FIRST, MIDDLE)

| DOC# | / DOB | R/S | FAC. VCF |
|---|---|---|---|



**PRISON HEALTH SERVICES INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 3.9.05

**To:** ADC

**From:** Dr Rayapati / G Johnson LPN

**Inmate Name:** Moon James          **ID#:** 212228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until ___
5. Other _____

**Comments:**

1. Lay in times one week 3/9/05 - 3/16/05

2. Follow up with MD in two weeks 3/23/05

**Date:** 3/9/05    **MD Signature:** Dr Rayapati / G Johnson LPN    **Time:** ___

James C. Moon    212228    60418

# VENTRESS CORRECTIONAL FACILITY

# VERIFICATION OF ACESS TO HEALTHCARE

THIS IS TO CERTIFY THAT I HAVE RECEIVED VERBAL AND WRITTEN ACESS TO HEALTH CARE INSTRUCTIONS, TO INCLUDE ORAL HYGIENE INSTRUCTIONS.  I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS AND TO HAVE MY QUESTIONS ANSWERED.

_James C. Moon_
SIGNATURE

_212228_
AIS NUMBER

_[witness signature]_
WITNESS

_3-8-05_
DATE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



# SPECIAL NEEDS COMMUNICATION FORM

PRISON
HEALTH
SERVICES
INCORPORATED

**Date:** 03/04/05

**To:** ADOC

**From:** West Ward

**Inmate Name:** Moen, Jane          **ID#:** 212228

**The following action is recommended for medical reasons:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:** Admit to West Ward Bed #23

_____

_____

_____

_____

**Date:** 03/04/05  **MD Signature:** Dr. Robbins / B. Hudith  **Time:** 230 pm

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 03/07/05

**To:** ADOC

**From:** West Ward

**Inmate Name:** Moon, James    **ID#:** 412228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

Discharge from West Ward - No Medical Hold - may return to prior facility or population

**Date:** 03/07/05    **MD Signature:** Dr Robbins / BS Fuchier    **Time:** 705 PM

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY    *Ventress*

| ADMISSTION DATE 2/7/05 | TIME 8²⁵ ☐AM ☑PM | ORIGINATING FACILITY ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL  ☐EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKA | wt. 203# | CONDITION ON ADMISSION ☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|---|

| VITAL SIGNS: TEMP 98.4 ☑ORAL ☐RECTAL | RESP 20 | PULSE 55 | B/P 120/80 | RECHECK IF SYSTOLIC <100> 50 ___ |
|---|---|---|---|---|

NATURE OF INJURY OR ILLNESS

S- "I got hit in the jaw and mouth by another inmate. I wasn't fighting. I'm throwing up blood.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ABRASION /// | CONTUSION # | BURN ˣˣ ˣˣ | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

cut on lip
cut on tongue.

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- w/m escorted to HCU. A&O x3. Skin warm + dry to touch. Respirations even + unlabored. Inmate noted, noted spitting out bright red blood from oral cavity. Small laceration noted to tongue. Bruise noted to R side of face underneath R Eye. Sm. laceration noted to lip. Abrasion also noted to R lw forearm. Heart noted

DIAGNOSIS

????. Lungs clear.

INSTRUCTIONS TO PATIENT

RTC if bleeding reoccurs. Sick call

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| A-DOC Body chart | | |
| P. Released to Doc in satisfactory condition. | | |

| SCHARGE DATE 2/7/05 | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO | ☐DOC ☐AMBULENCE | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE F. Smith ___ | DATE 2/7/05 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S w/m | FAC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1-19-05

**To:** ADOC

**From:** PHS/ Ventress

**Inmate Name:** Moore, James          **ID#:** 212228

The following action is recommended for medical reasons:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

① No heavy lifting c̄ ® arm x 90 days

Start 1-19-05 / 4-19-05

② Pill call-time 9A/9P

**Date:** 1-19-05    **MD Signature:** NS. Hoyd, CRNP & A Alvia, ypn    **Time:** 2:35 p

James C. Moore



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

Date: 12-10-04

To: VCF

From: HCU

Inmate Name: Moon, James          ID#: 212228

The following action is recommended for medical reasons:

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comments:

① Follow up appointment to see MD on March 11, 2005 (Friday).

② Do Not take any Motrin or Aspirin products.

_____

Date: 12-10-04   MD Signature: B. Luly RN          Time: 0915

James C. Moon

60418

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_____ _James_____

LAST                    FIRST              MI

DATE OF BIRTH ████████████    SS# _21222___

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

(1) No Aspirin
no Motrin
Advil, Tylenol
Ibuprofen

(2) See
Dr Rayapati
12-10-04
@ 900 am

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

Nurse _A Marsh_____ Date _12-9-04_

_James C. Moon_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 11-20-04

**To:** VCF

**From:** HCU

**Inmate Name:** Moon, James          **ID#:** 212228

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other  Appointment to see MD on Monday December

**Comments:** 6, 2004 (120604) at 8:00Am RIT physical
rectal exam with hemocult. Lesion on back

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Date:** 11-20-04  **MD Signature:** B. Liche RN          **Time:** 1000

James C Moon
212228

60418

**PHS** (logo)

SEGREGA1.    ⊤HEALTH LOG

Name: _Moon, James_    AIS# _2/228_    Cell _____

Name Key: NC No Complaints
C Complaint (Provide Documentation in Complaint Section)

| Year ___ Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December Nurse | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurse's Signature and Initials:

CONFIDENTIAL RECORD
FOR PROFESSIONAL USE ONLY
NOT TO BE PHOTO COPIED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

*Pulse ox 95%*

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY ___VCF___ | | ☐ SICK CALL  ☐ EMERGENCY |
|---|---|---|---|---|
| 11/03/04 | 1015 AM/~~PM~~ | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | | ☑ OUTPATIENT |

ALLERGIES  **NKDA**        Wt 209 3/4 lbs

CONDITION ON ADMISSION
☑ GOOD  ☐ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP **97.2** ☐ ORAL ☐ RECTAL   RESP **20**   PULSE **92**   B/P **140/100**

RECHECK IF SYSTOLIC <100> 50  ___/___

**NATURE OF INJURY OR ILLNESS**

Sid'h here for a DOC Body
Chart I back on.

| | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE z z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|---|

*(FOR PROFESSIONAL USE ONLY  CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED)*

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: No broken skin or bones
noted. Skin is W&D. A+OX3
Top left great toe near distal
joint is redden. No swelling
noted. Escorted to HCU (by officer)
Cargle

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

A: DOC Body Chart
P: Release to the custody of DOC
Officers, & Cargle. If any
Medical C/o sign up for sick call

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**  As written above

| DISCHARGE DATE | TIME | RELEASE/TRANSFERRED TO | CONDITION ON DISCHARGE | |
|---|---|---|---|---|
| 11/03/04 | 1020 AM/~~PM~~ | ☑ DOC  ☐ AMBULENCE  ☐ | ☑ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL | |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| G. Johnson LPN | 11/3/04 | | | |

| INMATE NAME (LAST, FIRST  MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| | | | W/M | VCF |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| | | ORIGINATING FACILITY _Ventress_ | ☐ SICK CALL   ☐ EMERGENCY |
|---|---|---|---|
| ADMISSION DATE  10 /10 /04 | TIME  0830  (AM) PM | ☐ SIR   ☐ PDL   ☐ ESCAPEE ☐ | ☒ OUTPATIENT |

ALLERGIES _NKA_    Wt 209#    CONDITION ON ADMISSION
☐ GOOD  ☒ FAIR  ☐ POOR  ☐ SHOCK  ☐ HEMORRHAGE  ☐ COMA

VITAL SIGNS: TEMP _99²_  (ORAL) RECTAL   RESP. _20_   PULSE _176_   B/P _118 , 176_   RECHECK IF SYSTOLIC <100> 50

| NATURE OF INJURY OR ILLNESS | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|

S- My tooth has been killing me
for 3-4 days. I ran out of Motrin.
Yellowish drainage from gum.
O- Ambulated to HCU. A10 x's 3
Broken & decayed tooth front upper
c̄ swelling to gum above. Redness to
gum & edema seen only. A0 2.5 cm
Swelling to R̄ jaw line on outer
face. C/O pain to R̄ side tooth.
Tooth has filling in place. No swelling
seen @ this gum area; redness only.
No drainage seen. No redness or ↑ heat
to outer face seen or palpated. Pain

PHYSICAL EXAMINATION

& soreness d/t condition of teeth/gums.
A- Alteration comfort R/T infection
P- Medication as ordered
E- Pill call times, ↑ po H₂0, take
all medication as ordered, newsletter
for dental appointment.



(stamp) FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| V.O. Dr West;    10 days | | |
| Pen VK 500 mg ī po tid | 0900 | BL |
| Tylenol 500 mg īī po tid PRN  7 days | 0900 | BL |

DIAGNOSIS

INSTRUCTIONS TO PATIENT
_See above_

| DISCHARGE DATE  10 /10 /04 | TIME  0910  (AM) PM | RELEASE / TRANSFERRED TO  ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE  ☒ SATISFACTORY  ☐ POOR  ☐ FAIR  ☐ CRITICAL |
|---|---|---|---|
| NURSE'S SIGNATURE  B. Lube RN | DATE  10-10-04  0910 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC#  212228 | DOB | R/S  W/M | FAC  VCF |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## RELEASE OF RESPONSIBILITY

Inmate's Name: _Moon, James #212228_

Date of Birth: ████████    Social Security No: _____

Date: _10-6-04_    Time: _____    A.M. P.M.

This is to certify that I, _____, currently in
                                (Print Inmate's Name)

custody at the _Venters C.F._, am refusing to
                        (Print Facility's Name)

accept the following treatment/recommendations: _sick call on 10-6-04_
                                                    (Specify in Detail)

_____

_____

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, all correctional personnel, Prison Health Services, Inc. and all medical personnel from all responsibility and any ill effects which, may result from this action/refusal and I personally assume all responsibility for my welfare

_____    _Willingham R_
(Signature of Inmate)**              (Signature of Medical Person)

_Kimberly K. White CO_    _Jenkins RN_
(Witness)                        (Witness)

**A refusal by the inmate to sign requires the signature of at least one witness in addition to that of the medical staff member.

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_____
                                LAST                          FIRST                          MI

DATE OF BIRTH ████████_____        SS# _212228_____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

*Appointment to see Dr Rayapate 10-01-04 at 9:00A RIT GI problem*

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _B. Little, RN_____        Date _9-30-04_____

_James Moon_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Nixon James -212228_

                         LAST          FIRST       MI

DATE OF BIRTH ████████████     SS# _____

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*To HCU on 8/20 @ 8ᵃᵐ for apt. with MD.*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____ Date 8-19-04



**Advanced Medical Imaging Center**

**Advanced Medical Imaging Center**
525 S Lawrence Street
Montgomery, AL  36104
334-262-7226
Toll Free: 800/844-7226
Fax:  334-261-2641

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL  36016

Re: MOON, JAMES
DOB:
Account#:  881724
Chart#:   70550
Exam: UPPER GI/BARIUM SWALLOW 08-12-04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted.

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

**PHS**

# Health Fair

BLOOD PRESSURE: _100/70_

GLUCOSE: _FSBS @ 1305 — 133_

CARDIAC SCREEN:

1) Do you have a history of heart disease?            Yes____ No ✓

2) Do you smoke?                                      Yes____ No ✓

3) Do you have a family history of heart disease?    Yes____ No ✓

4) Do you have high cholesterol?                     Yes____ No ✓

5) Do you have chest pain when you exert yourself?   Yes____ No ✓

TUBERCULOSIS SCREENING SHEET: _____

NAME _Moon, James_            AIS _212298_ DATE _8/26/04_



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

May participate by completing
survey within three months of
Health Fair.

Reviewed by Dr. Will Mosier, State Medical Director_____
                                                              Date



**PRISON HEALTH SERVICES, INC.**

## T.B. SCREENING FORM

Skin Test Positive Date _____ mm   Today's Date _8-26-04_

Any Symptoms of:                          Yes        No

Loss of Appetite                          _____      ✓
Fever/Chills                              _____      ✓
Hoarseness                                _____      ✓
Chest Pain                                _____      ✓
Weight Loss                               _____      ✓
    Usual Weight _196_
    Present Weight _212_

Night Sweats                              _____      ✓
Excessive Fatique                         _____      ✓
Dyspnea                                   _____      ✓
Productive Cough ( more than 3 weeks)     _____      ✓

  IF YES:
  Sputum Production _____ Color _____

  Consistency _____

Hemoptysis _NO_

HIV Positive _NO_

Nurse Signature _N. Burks, RN_ _____ Date _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

*Refer to MD or Mid-Level Provider if any YES answers.*

| INMATE NAME | AIS # | D.O.B. | FACILITY |
|---|---|---|---|
| Moon, James | 212228 | ▉▉▉▉ | VCF |

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon_ _____ _James_ _____

LAST        FIRST        MI

**DATE OF BIRTH** ████████████        SS# _2/2228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

report to HCU on 8-5-04 to see Dr. Rayapati @ 900 AM

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_James Moon_

Nurse _____        Date _8-4-04_



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 8 /4 /04 | TIME 510 AM PM | ORIGINATING FACILITY VCF ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |
|---|---|---|---|

ALLERGIES NKDA    $O_2$ 97% Sat wt 208

CONDITION ON ADMISSION ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98.6 ORAL RECTAL    RESP 20    PULSE 102    B/P 28/90    RECHECK IF SYSTOLIC <100> 50

NATURE OF INJURY OR ILLNESS

S- I was choking trying to swallow something. I ate some corn today. It feel like something is in the pocket.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O- ambulatory to HCU alone steady gait skin w/D alert + oriented x 3 no distress noted c̄ no signs of choking pt. talkative no signs of nausea or vomiting

A alteration in comfort

P- to see Dr. Rayapati in the A.M.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

DIAGNOSIS

INSTRUCTIONS TO PATIENT
Keep appointment as schedule

| DISCHARGE DATE 8 /4 /04 | TIME 520 AM PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULENCE | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE | DATE 8/4/04 | PHYSICIAN'S SIGNATURE | DATE 8/5/04 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST MIDDLE) | | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|---|

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James - 212229_
LAST _____ FIRST _____ MI

DATE OF BIRTH ████████████     SS# _____

**Housing Recommendations:**

General Population_____        _Jo HCU @_
Medical Observation Unit_____     _8 Am on June_
Lower Level/Lower Bunk_____       _22nd for_
Suicide Precautions_____
Special Watch (15 Minute Checks)_____     _M D apt._
Isolation_____
Initiate Universal Precautions_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____
Physically Handicapped_____
Developmentally Disabled_____
Drug/Alcohol Withdrawal_____
Special Mental Health Needs_____
Expressed Suicidal Ideation_____
History of Seizures_____
Other_____
Specify_____

Nurse _____     Date _6/17/04_

_James C. Moon_

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) Moon, James
                     LAST          FIRST          MI

DATE OF BIRTH ~~████████~~          SS# _____

                                         # 212228

**Housing Recommendations:**

General Population_____          (1) Bottom Bunk
Medical Observation Unit_____    Profile X 6mo.
Lower Level/Lower Bunk_____
Suicide Precautions_____         5-20-04 ---- 11-20-04
Special Watch (15 Minute Checks)_____
Isolation_____                   (2) as prolonged
Initiate Universal Precautions_____   standing profile
                                      X 6mo.
**Individual found to be:**           5-20-04 ----- 11-20-04

Frail/Elderly_____
Physically Handicapped_____
Developmentally Disabled_____
Drug/Alcohol Withdrawal_____
Special Mental Health Needs_____
Expressed Suicidal Ideation_____
History of Seizures_____
Other_____

Specify_____

Nurse _MBenefield_____          Date  5-20-04

X James C. Moon

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT)   _Moon, James_
                          LAST          FIRST          MI

DATE OF BIRTH _____   SS# _212228_

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify_____

*Report to HCU on Wednesday 12/10/03 @ 1:30pm for follow-up appt —*

Nurse _Starlis, Lpn_          Date _12/03/03_

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| DATE: 5/11/06 | TIME: | Behavioral Rating Scale 0-None | | Day vs Before |
|---|---|---|---|---|
| Target Symptoms | | | | |
| Depressed mood | | | | 0 / 0 |
| Poor sleep | | | | 0 / 0 |
| Low energy | | | | 0 / 0 |
| Anxiety / worry | | | | 0 / 0 |
| Feelings of nervousness | | | | 0 / 0 |

Medications: Pamelor D/C'd as of 1/12/06. I'm doing well clinically.

Compliance: Inmate report ___% vs MAR ___%        Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am good, I am not depressed, I am not anxious. I am doing fine without taking any medicines. My esophagus is stretched twice. I can eat much better now." Reports of other S&S of mood, anxiety or thought d/o, & thoughts to hurt himself or anyone else.

Side effects:

**O** ∅SI, ∅HI, ∅HA, ∅delusions, ∅paranoia ∅S&S of anxiety/depression noted

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | |
| Serious Depression | ✓ | | |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted ) at present time. |
| Situational Upset | ✓ | | None noted |

Lab info: None from mental health at this time.   Labs Ordered:   Labs Reviewed:   AIMS:?

**ASSESSMENT**/Diagnosis (DSM-IV)
Dysthymia (in remission)
GAD ∅ (in remission)

**PLAN:** I'm clinically stable. Doing well without being on any psychotropic meds since 1/12/06. Exhibits ∅ S&S of signs of mental illness at present. Discussed ē tx plan to change his

Return to Clinic: RTC PRN    Print Last Name: DR. BANERJEE   Sign: SBanerjee MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon, James | 212228 | | W/M | MH = 0 | Ventress |

Disposition: Medical File

* mental health code to zero at this time. Discussed tx plan ē Inm. He understands and agrees ē tx plan. DTO

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Voices
no
other
concerns

A+O×3,
Good
eye
contact.

Mood
euthymia

Affect
appropriate

Thought
process
logical
& clear

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 1/12/06    TIME:

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
**NOT TO BE PHOTO COPIED**

| Target Symptoms | Behavioral Rating Scale 0=No problem 5=worst | | Now | Before |
|---|---|---|---|---|
| Depressed mood | | | 0 | 1 |
| Poor sleep | | | 0 | 1 |
| Low energy | | | 0 | 1 |
| Anxiety/worry | | | 0 | 1 |
| Feelings of nervousness | | | 0 | 1 |

Medications: I'm refusing meds. 100% med noncompliant at present. Pamelor D/C'd

Compliance: Inmate report ___% vs MAR ___%    -Informed Consent

In addition to the information in the tables above and below, then inmate-patient:

S "I am fine, I am not taking the medicine. I am doing good without it. Right now I have to take care of my medical problem. I have problem with my esophagus. I don't want to take any mental medicines now."

Reports & other Sx's of mood, anxiety or thought db. & thoughts to hurt himself

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | Ø Sx's of psychosis, Ø SI, Ø H-I, Ø HA | or anyone else. |
| Serious Depression | ✓ | | Ø Sx's of anxiety or Ø delusion | |
| Self-Injurious Thoughts | ✓ | | Denies ⌐depression⌐ noted | |
| Suicidal Intent | ✓ | | Denies | |
| Aggressive | ✓ | | None noted | Voices no |
| Seriously Impulsive | ✓ | | None noted / at present time | other concern |
| Situational Upset | ✓ | | None noted | |

Labs Info: None.    Labs Ordered:    Labs Reviewed:    AIMS:?

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia (in remission)
GAD (in remission)

A to B 3.
Mood: euthymic

PLAN: Pt. clinically stable. Has been med non-compliant. Refusing all psychotropic meds at present time. Exhibit Ø Sx's or signs of mental illness at present. Will DC Pamelor. RTC 90 days

Affect: Appropriate
Thought Process logical & loose

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: S Banerjee, MD

Patient's Name: (Last, First, Middle): MOON, James    AIS #: 212222B    Age: N/U    R/S: N/U    Code: 3mI    Institution: Ventress

Association noted

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

Disposition: Medical File
Will be followed up c̄ counseling
RTC 90 days for follow up. Discussed

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Moon James

AIS #: 212228          LOCATION:

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Pamelor | 50 mg | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**PROBLEM REPORTED:**
Side effects: _____  Medication-Related Problem: ✓  Non-Compliance: _____
Explanation:

S- I want to stop the Medicine - Since the
dr. increased the dosage - My tongue has
been sticking to the roof of my mouth & I don't
like the way it makes me feel

Reported by: CO Harris Lpn          Date: 1-09-06

**MENTAL HEALTH NURSE FOLLOW-UP:**

O- Alert to surroundings c̄ NO complaints - denies
harm to self / others

A- Side effect c̄ Medication

P- Schedule to F/u c̄ Dr Banerjee for Medication re-evaluation

Follow-Up by: CO Harris Lpn          Date: 1-09-06

**PSYCHIATRIC REVIEW/PLAN:**

Please review progress notes dated 1/12/06

SBanerjee, MD.

| Follow-Up by: | | Date: |
|---|---|---|
| Inmate Name | | |
| Moon James | AIS # | 212228 |

DOC Form #458-01

AR. 458 ~ August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
PSYCHIATRIC PROGRESS NOTES

DATE: 12/19/05    TIME:
Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | Today vs Before

Depressed mood — 1 / 0-1
Poor sleep — 1 / 0-1
Low energy — 1 / 0
anxiety / worry — 1 / 0
Feelings of nervous — 1 / 0

Medications: *FOR PROFESSIONAL USE ONLY* *CONFIDENTIAL RECORD* *NOT TO BE PHOTO COPIED*    Informed Consent
Pamelor
Benadryl D/C'd

Compliance: Inmate report 100 0% vs MAR ____ %
In addition to the information in the tables above and below, then inmate-patient:

S   "I have problem with my teeth. I have problem with my esophagus and that is making me more depressed. I was seen by a free world Doctor for problems with my esophagus". Reports of other sxs of mood, anxiety or thought d/o, & thought to hurt himself or anyone else, voices no other issues.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Ø sxs of psychosis, ØSI, ØHI, Ø HA |
| Serious Depression | ✓ | | mildly increased sxs of delusion |
| Self-Injurious Thoughts | ✓ | | Denies   depression and anxiety |
| Suicidal intent | ✓ | | Denies ✓   noted at this time. |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | ✓ | | None noted mildly upset c̄ this medical problem |

Lab info: None from mental | Labs Ordered: | Labs Reviewed: health at this time.

ASSESSMENT/Diagnosis (DSM-IV)
Dysthymia
G.A.D

PLAN: I'm exhibits mildly increased sxs of anxiety and depression. Will increase Pamelor to 50 mg/d. D/C Benadryl at this time. Discussed Tx plan c̄ Im. He understands and agrees c̄ Tx plan. Continue care.

Return to clinic: RTC  90 days | Print Last Name: DR. BANERJEE | Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | | W/M | SMI | Ventress |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 4/22/05    TIME:

| Target Symptoms | Behavioral Rating Scale 0=No problem 5= worst | | Today vs Before |
|---|---|---|---|
| Depressed mood | | | 1-0 / 1-2 |
| Poor sleep | | | 1 / 1-2 |
| Low energy | | | 1 / 1-2 |
| anxiety / worry | | | 0 / 0 |
| Feelings of nervousness | | | 0 / 0 |

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Medications: Pamelor, Benadryl

Compliance: Inmate report 100 % vs MAR 100 %

Informed Consent: ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "My depression is because of my medical problems. I have problem with my teeth, my esophagus, I am not anxious but I feel sad occasionally when I think of my medical problems". Reports of other sx & of mood, anxiety or thought d/o. & thoughts

**Side effects:**

**O**

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | to hurt himself or anyone else |
| Serious Depression | ✓ | | &sx of psychosis, &SI, &HI |
| Self-Injurious Thoughts | ✓ | | &sx of depression impairing &HA &delusion |
| Suicidal Intent | ✓ | | Denies —&sx of anxiety noted. |
| Aggressive | ✓ | | Denies |
| Seriously Impulsive | ✓ | | None noted |
| Situational Upset | | 4 | None noted at present time. Re: his medical issues. |

Lab info: None    Labs Ordered:    Labs Reviewed:    AIMS:?

**ASSESSMENT/Diagnosis (DSM-IV)**
Dysthymia ( in partial remission)
Generalized anxiety d/o (in remission)

**PLAN:** I'm responding well to his current psychotropic meds. Will continue current meds. Continue current Tx plan. RTC in 90 days for follow up. Continue care.

Return to clinic: RTC 90 days    Print Last Name: DR. BANERJEE    Sign: SBanerjee, MD

| Patient's Name: (Last, First, Middle) | AIS# | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| MOON James | 212228 | | W/M | SMI | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 6/30/05   TIME:

**Target Symptoms**
Behavioral Rating Scale 0=No problem 5=worst

Depressed mood
Poor sleep
Low energy
Anxiety / Worry
Feelings of nervousness

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Today vs Before
5/0
0/0
0/0

**Medications:** Pamelor, Benadryl, Mistanil.

**Compliance:** Inmate report 100 % vs MAR 100 %   Informed Consent ✓

In addition to the information in the tables above and below, then inmate-patient:

**S** "I am not anxious anymore but I feel depressed at times. I have lots of medical problems with my esofiagus and that makes me depressed." Reports

**O** Ø other sxs of mood, anxiety or thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other issues or concerns at this time. A+O×3.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | Mood: somewhat sad mood noted |
| Serious Depression | ✓ | | Ø sxs of psychosis, ØSI, ØHI, ØHA. mild sxs of depression noted. Affect: |
| Self-Injurious Thoughts | ✓ | | Denies mildly depressed |
| Suicidal Intent | ✓ | | Denies affect |
| Aggressive | ✓ | | None noted noted. |
| Seriously Impulsive | ✓ | | None noted Thought |
| Situational Upset | | ✓ | Re: current situation. Process: logical. |

**Lab Info:** None at this time from mental health   Labs Ordered:   Labs Reviewed:   AIMS?

**ASSESSMENT/Diagnosis (DSM-IV)**
Depressive D/O NOS
Generalized anxiety D/O (in remission)

**PLAN:** Im exhibiting mild sxs and signs of depression. Ø sxs of anxiety noted. Will start him on Pamelor. D/C Mistanil, continue Benadryl. Discussed Tx plan ē Im who understands and agrees ē Tx plan. Continue care.
Return to clinic: RTC 90 days

**Print Last Name:** DR. BANERJEE  **Sign:** Banerjee, M.D.

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | 47 | W M | SMI | Ventress |

Disposition: Medical File

ADOC AR. 632, 633, 623,615
ADOC Form MH-025 March 2, 2005

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## PSYCHIATRIC PROGRESS NOTES

DATE: 3/24/05    TIME:

| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | Today vs Before |
|---|---|---|
| Anxiety/Worry | | 0/3 |
| Feelings of nervousness | | 0/3 |
| Depressed mood | | 0/2 |
| Poor sleep | | 0/2 |
| Low Energy | | 0/2 |

Medications: Vistaril, Benadryl

Informed Consent ✓

Compliance: Inmate report 100 % 0 % vs MAR 100 % 0 %

In addition to the information in the tables above and below, then inmate-patient:

S "I am doing fine. Vistaril helps me control my anxiety. Benadryl helps me sleep. I have lot of medical problems" Reports ∅ S/Ss of

Side effects:

O mood or thought d/o. ∅ side effects reported from meds A+O x 3. Speech: WNL. Mood: euthymic, Affect: Appropriate Thought Process: logical, ∅ loose associations, Insight: Fair.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ∅ S/Ss of psychosis noted |
| Serious Depression | ✓ | | S/Ss of anxiety improved ∅ S/Ss of depression noted |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted |
| Seriously Impulsive | ✓ | | None noted } at present |
| Situational Upset | ✓ | | None noted |

Lab info: None    Labs Ordered: from mental health    Labs Reviewed:    AIMS:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ASSESSMENT/Diagnosis (DSM-IV)
Generalized Anxiety D/o
Depressive D/o NOS (in remission)

PLAN: Pm clinically stable. Doing well on current meds will continue current meds. Continue current Tx plan. RTC in 90 days for follow up on his

Return to clinic: RTC 90 days  Print Last Name: DR. BANERJEE  Sign: SBanerjee, MD) clinical status

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| Moon James | 212228 | 47 | W/M | 9MI | Ventress |

Disposition: Medical File

ADOC AR 632, 633, 623,615
ADOC Form MH-025  March 2, 2005

## ITERDISCIPLINARY PROGRESS OTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3 21 06 | | Counseling Session. S- Inmate Moon stated that he still has dental problems, but the dentist will assist him with this soon. I/M stated he has Glucoma in his right eye, it's condition is getting worse. Also, he complained about other medical problems. I/M will speak to the DON today concerning his medical issues. S- Cooperative. A- Depressed mood. P- Next session is scheduled in one month.    A. Peters MHP | |
| '/13 06 | | Im seen for TX team meeting. Reviewed and discussed TX plan c̄ Im. He understands and agrees c̄ TX plan. Continue care.    SBanerjee, MD. | |
| 4 18 06 | | Counseling Session. S- Inmate Moon reported he is waiting to get his teeth cleaned. I/M stated some of his medical problems have been resolved, therefore, he is eating better. I/M stated that his eye medication came in. O- Cooperative, organized speech & thoughts. A- Euphoric mood. P- Next session is scheduled in one month.    A. Peters MHP | |

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | Vcf |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-23-05 | | Counseling Session S-Inmate Moon stated, "I still haven't got my teeth fixed." I/M's family came to visit him this month. I/M reported recurrent past & present medical problems. O-Cooperative, Oriented X3 Sad affect A- Depression based on medical condition P-Next session is scheduled in one month. | |
| 1-3-06 | | Counseling Session S-Inmate Moon reported difficulty swallowing medication & food due to problems with throat. I/M stated he has medical complaints & reported going to court soon. I/M reported that he is sleeping better now. O-Cooperative, Organized speech & thoughts Alert A- Difficulty digesting meds P Next session is scheduled in one month. | A. Peters, MHP |
| 2-20-06 | | Counseling Session S-Inmate Moon stated he continues to experience medical problems. I/M has to eat soft foods. I/M reported he is unable to take his medication due to difficulty swallowing. O-Frustrated affect Oriented X3 A- Difficulty swallowing meds P-Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 53 | W/M | VCF |

F-61