## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| | Cont'd 9-14-05 | win his case. I/M continues to complain about various medical problems.<br>O- Sad affect, Oriented x3, Organized thoughts<br>A- Depressed over various medical problems<br>P- Next session is scheduled in one month. | A. Peters, MHP |
| 10-10-05 | | Counseling Session<br>S- Inmate Moon stated he spends the majority of his time reading from the Chapel. I/M reported compliance with medication. I/M reported his brother will come visit him this weekend. I/M stated he may be released to go to work camp soon.<br>O- Alert, Pleasant affect, Oriented x3<br>A- Less depressed over medical problems<br>P- Next session is scheduled in one month. | A. Peters, MHP |
| 11-10-05 | | Counseling Session<br>S- Inmate Moon reported that his family to visit him this weekend. I/M reported he still has difficulty swallowing while eating. I/M stated he needs to see the optometrist due to problems with eyes. I/M stated meds have been reduced.<br>O- Cooperative, Alert, Organized speech + thoughts<br>A- Complaining about medical problems<br>P- Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | W/M | VCF |

F-61

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/7/05 | | I/m seen in Tx team meeting. Reviewed and discussed Tx plan c̄ I/M. He understands and agrees c̄ Tx plan. Continue care. | SBanerjee, MD |
| 7-18-05 | | Counseling Session S-Inmate Moon reported he is on a "Soft food diet" due to difficulty digesting. I/M has a trial hearing scheduled for next month against PHS, medical doctor & DON. I/M reduced depression. I/M stated that he is compliant with medication O-Oriented X3, Pleasant affect Organized speech A-Improvement in mood & affect P-Next session is scheduled in one month. | A. Peters, MHP |
| 8-16-05 | | Counseling Session S-Inmate Moon reports that he continues to have problems digesting & with the teeth. I/M reported occasional depressed. I/M stated he is compliant with all medication. O-Cooperative Alert Organized thought & speech. A-Doing much better P-Next session is scheduled in one month. | A. Peters, MHP |
| 9-14-05 | | Counseling Session S-Inmate Moon reported he is pursuing a law suit against PHS for his digestion problems. I/M stated he believes he will | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 53 | WM | VCF |

## INTERDISCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 4/21/05 | | Counseling Session<br>S-Inmate Moon reported the same medical complaints. I/M has difficulty eating due to problems with throat. I/M denies problems sleeping. I/M continues to feel depressed.<br>O- Less agitated, Cooperative, Organized thoughts<br>A- Depressed mood<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 5/2/05 | | Counseling Session<br>S-Inmate Moon stated that he is having serious medical problems, ears are ringing + disc in back, etc. I/M continues to feel depressed. I/M reported compliance with meds.<br>O- Alert, Agitated affect<br>A- Depressed mood<br>P-Next session is scheduled in one month. | A. Peters, MHP |
| 06/02/05 | | FTS for appt c Dr Banerji — will reschedule | R. Harris |
| 06/06/05 | | FTS for appt c Dr Banerji was told out to Court per Shift office | A. Harris |
| 6-20-05 | | Counseling Session<br>S-Inmate Moon reported that he recently returned from court. I/M stated he is suing PHS for neglecting to treat his medical needs. I/M denied problems sleeping. Depressed based on medical problems<br>O- Extremely talkative, Organized speech/thoughts | |

CONFIDENTIAL — NOT TO BE PHOTOCOPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 47 | W/M | VCF |

## INTEI SCIPLINARY PROGRESS NOTE

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|

Con't 3905 to go outside in morning although
him is recovering from pneumonia.
MHP encouraged him to speak
with Captin or Warden. I/M stated
he sometimes has difficulty sleeping.
O- Cooperative, Oriented x 4. Pleasant affect
A- Some depression based on medical situation
P- Next session is scheduled in
one month.                    A. Peters, MHP

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---------------------------------------|------|-----|-----|----------|
| Moon, James | 212228 | 47 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12/23/04 | | to 50mg/d. Will continue Benadryl to help him sleep. Discussed Tx plan c̄ I/M. He understands and agrees c̄ Tx plan. RTC in 90 days Continue care. | SBanerjee, MD |
| 1-24-05 | | Counseling Session. S-Inmate Moon reported various medical complaints. Inmate is compliant with psychotropic medication. I/M reported recurrent depression. I/M stated that his family comes to visit him once per month. Denies problems sleeping or eating. O-Cooperative, appropriate affect, good eye contact. A-Depressed mood. P-Next session is scheduled in one month. | A. Peters, MHP |
| 2-2-05 | | Counseling Session. S-Inmate Moon reported dental problems. I/M reported compliance with medication. Stated recurrent depression based on medical complaints. I/M stated that he has difficulty sleeping + eating due to dental problems. O-agitated + angry mood, oriented X 3 poor insight. good eye contact, anxious affect. A-Generalized Anxiety Disorder. P-Next session is scheduled in one month. | A. Peters, MHP |
| 3-9-05 | | Counseling Session. S-Inmate Moon reported that he was in the hospital for one week. He had pneumonia. Stated that he is feeling much better. I/M reported the officers want him | |

FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 47 | W/M | Ventres |

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Moon James_

AIS #: _212228_        LOCATION: _____

PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date ___ |
|------------|--------|-----------|---------------|
| Pamelor | 25mg | | |
| Benadryl | 25 Mg | | |

PROBLEM REPORTED:
Side effects: _____ Medication-Related Problem: _____ Non-Compliance: ✓
Explanation:

Out to Court

Reported by: _Weekly MAR review_        Date: _08/09/05_

MENTAL HEALTH NURSE FOLLOW-UP:

Follow-Up by: _____        Date: _____

PSYCHIATRIC REVIEW/PLAN:

Follow-Up by: _____        Date: _____

| Inmate Name | AIS # |
|-------------|-------|
| Moon James | 212228 |

DOC Form #458-01

AR 458 -- August 30, 2001

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 12-23-04 | | Counseling Session<br>S- Inmate Moon reported the same dental problems. I/M is no longer having heart burn, but has difficulty digesting his food. I/M reported feeling depressed. I/M stated that he is compliant with medication.<br>O- Alert, Sad affect, Poor insight.<br>A- Mild Anxiety<br>P- Next session is scheduled in one month. | C. Peters, MHP |
| 12/23/04 | | S: I/M seen. Reported of having increased anxiety. Stated he has medical problem c̄ toothache and that is making him depressed too. Feeling sad at times because of the Holidays. Denies any major sx's of mood anxiety or thought d/o. ∅ thoughts to hurt himself or anyone else. Sleeping moderately well, appetite good. Voices no other issues or concerns.<br>O: Calm, cooperative during interview. Speech: WNL. Good eye contact. Mood: anxious, Affect: Anxious affect noted at times. Thought Process: logical, ∅ loose associations, ∅ tangentiality. Thought content: ∅ ST ∅ HT, ∅ HA, ∅ delusions, ∅ paranoia, ∅ other sx's of psychosis. Cognitive: Alert, oriented × 3. Insight: Fair.<br>A: Axis I: Generalized Anxiety D/O<br>      Depressive D/O NOS (in remission)<br>P: I/M exhibiting some ↑ sx's and signs of anxiety. Will ↑ Vistaril | |

FOR PROFESSIONAL USE ONLY<br>CONFIDENTIAL RECORD<br>NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | | | | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 10-7-04 | 10:15 AM | Outpatient Treatment Review. &/O Inmate Moon reports feeling depressed. Reports compliance c̄ meds. Voiced numerous medical complaints such as dental problems and difficulty digesting food. Reported he has seen medical doctor, medical problem remain. Reports not getting along c̄ other inmates Sad affect. Nurses Encourage him to speak to Officers A Depressed mood P-Next counseling session is scheduled in two weeks. | A. Peters, MHP |
| 10/14/04 | | TM seen in Tx team meeting. Reviewed Tx plan c̄ TM. He understands and agrees c̄ Tx plan. Continue care. | SBanerjee, MD. |
| 11-8-04 | 12:20 PM | Counseling Session. &Inmate Moon reported still having problems digesting food. Continues to have dental problems. I/M reported he will be received a disciplinary over selling merchandise. I/M reported occasion depression. Denies any other problems O-Orient × 4. Alert. Pleasant. Sad affect. A- Depressed mood P-Next session is scheduled in one month. | A. Peters, MHP |

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon, James | 212228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 9/30/04 | | associations, Ø tangentiality, noted in thought process. Thought content: Ø SI, Ø HI, Ø HA, Ø delusions, Ø paranoia. Ø other sx's of psychosis noted. Cognitive: Alert, oriented x3. Insight: Fair to poor. Judgment: somewhat impaired. | |
| | | A: Axis I - Anxiety D/O NOS, Depressive D/O NOS (in remission) | |
| | | P: Will start him on Vistaril to help him c̄ his mild sx's and signs of anxiety D/O. Explained risk/benefits of being on Vistaril to m̄. He understands and agrees c̄ Tx plan. Benadryl to help him sleep. Spoke c̄ him about choice of other antidepressant if and only his sxs justify the use of it. m̄ refusing refuses to take any other antidepressant other than Doxepin even if his sx's justify the need for antidepressant use in the future. Will continue current meds. Continue current Tx plan. Continue care. RTC in 90 days | |

The potential benefits and side effects of _Vistaril_ within the dosage range of _25 mg._ _po-qhs_ have been discussed with the inmate and the inmate has agreed to accept the medication

S Banerjee, M.D.

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 9-9-04 | 0815 | S: Reports he's doing okay. Somewhat dejected by his legal case, had been working on having his sentence enhancement dropped due to her reported federal hearing. But judge would not hear about dropping enhancement. c/o about acid reflux. O: Polite. Good eye contact. Conversational A: Stable. Waits about medical c/o P: Continues to monitor. | S Williams |
| 9-17-04 | | Tx PLAN reviewed. | [signature] |

| 9/30/04 | | S: I'm seen. Stated that he has not been getting his Doxebin. Feeling quite anxious about not getting Doxebin. Informed him it is non-formulary and order will run out on 10/15/04. Spoke c̄ him about alternative medications. He is not willing to take any other medicine other than Doxebin. Reports of anxious mood, unable to sleep. Denies any thoughts to hurt himself or others. Voices no other issues at this time. O: cooperative during interview. speech: slightly fast. Good eye contact. ∅ psychomotor agitation or retardation noted. Mood: anxious Affect: Anxious (somewhat) Thought Process: logical, ∅ loose | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|------|------|-----|-----|----------|
| MOON, James | 212228 | 46 | W/M | VCF |

F-61

## IN[ ]RDISCIPLINARY PROGRESS N[ ]ES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 8-5-04 | 3:00 | S Reports he's doing okay. Spoke at length about his drug Hx. Tended to minimize some things and got into some war stories & minimizing. Therapist worked on social skill of other peoples views and consequences for others. O. Fair amount of conceptual rigidity. Also egocentric values. Mildly blunted affect. Mood neutral, hopeful. A. As before P. Continue talking therapy. — | S Willingham |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 272228 | 46 | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 7/15/04 | | Mood: euthymic, Affect: Bright Thought Process: logical, ∅ loose associations, ∅ tangentiality. Thought content: ∅ SI, ∅ HI, ∅ HA, ∅ delusions, ∅ paranoia. ∅ other sxs of psychosis at this time. Cognitive: Alert, oriented x 3 / Insight: Fair A: Axis I: Depression NOS. P: Im clinically stable on Doxepin. Will continue current Tx plan. RTC in 90 days. PRN mental health. | S Banerjee, MD. |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

## TERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 5-19-04 | 10:00 | S. Inmate reports feeling pretty well. Discussed Ls lobby / job of leather working. Discussed various stressors of being at VCF. Therapist let him vent & worked on report. | |
| | | O: Down-to-earth. Neutral Affect/Mood. | |
| | | A: Stable. | |
| | | P: Continue supportive counseling. | S Williams |
| 6-8-04 | 13:00 | S: Reports feeling okay. Cust into a conflict c peer in leather shop. Has been put out of leather shop for one week. Reports he's not getting a lot of sleep, but its adequate. No depression noted. Vented at length about medical problems. Therapist let him vent & release anger. | |
| | | O: Polite. Matter-of-fact. | |
| | | A: Stable | |
| | | P: Continue supportive counseling. | S Williams |
| 7-7-04 | 10:30 | S: Reports ↑ mood. His lawyer is working on his case. Talkative. Discussed variety of issues. | |
| | | O: Sun-tan. Alert. Apology from swollen legs. Talkative. | |
| | | A: Stable | |
| | | P: Continue to monitor. | S Williams |
| 7/15/04 | | S: Im seen. Doing well c Doxepin. Ø side-effects. No major complaints or issues voiced at this time. Sleeping well. | |
| | | O: Cooperative during interview. Speech: WNL. Good eye contact | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| MOON, James | 212228 | | W/M | VCF |

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/9/04 1320 | | S. No 4 C/O. Minor dry mouth. Works in leather shop. O. Polite. Appropriate Mildly blunted. A. Stable P. Continue Rx | Ken |
| 3-16-04 | 12:20 | S Feels okay. No depression. Responds well to meds. Complaint about KOP meds being no longer dispensed. Discussed leather shop business. O. Polite. A little restricted, but mood was neutral. A. Stable P. Continue to provide support. | S Williams |
| 4/20/04 1320 | | S. "Structured dorm" Leathercraft. Active O. Euthymic      FH Mo- depression (on SSRI) A. Stable. P. Doxepin 100/d works well Counseled re fluid intake in hot weather | Ken |
| 5-6-04 | | No show | S Williams |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Moon James | 212228 | 46 | W/M | Ventress |

## PSYCHOLOGICAL INTERVIEW / DATA ENTRY FORM

Name: _Moon        , James S_     AIS #: _212228_     R/S _W/M_

Date: _9 / 13 / 2000_   DOB: _[redacted]_     AGE: _48_

Beta II _87_     WAIS _/ /_     WRAT-RL _4.8_     Last School Grade Completed _10_

MMPI Welsh Code _1*3"7'824-9'.60S#_     Megargee Type _K'L-F'_

_No PSI_

### General Appearance

_X_ a. Neat and generally appropriate          ___ c. Flat or avoiding interaction

___ b. Poorly groomed                          ___ d. Sad or worried

___ e. Other _S/I has had back surgery -_
_Vertabrae - 1-5 fused._

---

**I.  Interpersonal Functioning**

___ a. Normal-good relationships likely          ___ d. Lacks skill or confidence

___ b. Withdrawn / apparent loner                ___ e. Probably difficult to get along with

___ c. Likely to ignore rights / needs           *Other (Specify) ___ 1. ___ 2

___ 3. ___ 4. ___ 5. ___ 6. (See Copy) _Divorced - one child -_
_Not valid at present ADL ——_
_S/I did maintenance work_

**II.  Personality**

___ a. Healthy                                   ___ d. Explosive

_X_ b. Antisocial _Mild_                          ___ e. Dependent

___ c. Paranoid                                  ___ f. Passive-Aggressive

Other (Specify): ___ 1. Schizoid ___ 2. Schizotypal ___ 3 Histrionic ___ 4. Narcissistic

___ 5 Borderline ___ 6. Avoidant ___ 7. Compulsive ___ 8. Atypical/mixed

___ 9 See Copy (Write in your wording) _UDCS, UPCS = 25 yr._
_1980 - Statutory Rape — Limas County - 3½ yr. prob_

**III  Substance Abuse**

___ a. Alcohol addiction / abuse history _none_

_X_ b. Drug addiction / abuse history _Crack_
_No use since 12/99._

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

N-259

White to Central Records File
Yellow to Institutional File

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_ _____
                     LAST        FIRST        MI

DATE OF BIRTH ████████████    SS# _212228_

**Housing Recommendations:**

General Population ___ (1) See Dr Rypatr

Medical Observation Unit ___ 6-6-06 @

Lower Level/Lower Bunk ___ 800

Suicide Precautions ___ 8am

Special Watch (15 Minute Checks) ___

Isolation ___

Initiate Universal Precautions ___

**Individual found to be:**

Frail/Elderly ___

Physically Handicapped ___

Developmentally Disabled ___

Drug/Alcohol Withdrawal ___

Special Mental Health Needs ___

Expressed Suicidal Ideation ___

History of Seizures ___

Other ___

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _A Marsh, RN_    Date _4-6-06_

_James a. Moon_    212228

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon_ _James_

LAST                    FIRST                    MI

**DATE OF BIRTH** ▓▓▓▓▓▓▓▓    SS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____    *Soft Knee*

Lower Level/Lower Bunk _____    *Brace X 6 mos.*

Suicide Precautions _____

Special Watch (15 Minute Checks) _____    *3/29/06 – 9/29/06*

Isolation _____

Initiate Universal Precautions _____

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _V. Armstrong lpn_    Date _3-29-06_

_James C. Moon_

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit

# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_____
　　　　　　　　　　　LAST　　　　　FIRST　　　　　MI

DATE OF BIRTH ████████_____　AIS#　212228
　　　　　　　　　　　　　　　　　　~~SS#~~

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① F/u appt c̄ Mrs. Floyd, CRNP R/t ear irrigation et ear pain on 2/1/06 @ 8:00 Am)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

Nurse _A. Huice, Lp_____　Date _1/24/06_

_James Moon_　212228

GLF 1005　　Original/Classification　　Second Copy/Booking Staff　　Third Copy/Medical Unit



PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY -- (LPN or RN)**

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | ✓ | | about 20 lbs. — Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | | ✓ | |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | | ✓ | |
| Other Illnesses (Details) | ✓ | | glaucoma, spinal fusion |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | | ✓ | no med. allergies known |

Weight 197  Temp. 98^8  Height 5'10  Pulse 68  Resp 20  Blood Pressure 128/80

If greater than > 140/90, repeat in 1 hour.
Refer to M.D. if remains > 140/90.

Eye Exam: 20/30 OD  20/40 OS  20/30 OU

**II.    TESTING -- (LPN or RN)**

RESULTS
Finger stick blood sugar 169

Tuberculin Skin Test (q yr)
Date given 11/3/05  Site RFA
Read on 11-5-05  Results ∅  mm

Past Positive TB Skin Test →
(Chest x-ray if clinical symptoms)
Survey Completed.
Date 5-26-05  Results Neg

RPR (q 3 yrs)
Date _____  Results _____

EKG (baseline at 35, over 45 q 3 yrs)
02-27-05

Cholesterol (at 35 then q 5 yrs)
11-22-04

Tetanus/Diptheria (q 10 yrs)
Last Given 2000  Due 2010
(if done today)
Site given _____  Dose _____  Lot # _____

Optometry Exam (@ 50 if not already seen) 10-6-04

Mammogram
(females @ 40, q 2 yrs/other M.D. order)
Date _____  Results _____

**III.    PHYSICAL RESULTS -- (RN, Mid-Level, M.D.)**

Class  1  2  ③  4  5    Restrictions SMI, Glaucoma OD, Spinal Fusion

Heart    RRR
Lungs    Clear Bil.
Breast Exam    No lumps, masses
Rectal (yearly after 45)    Results Normal Prostate Exam
with Hemoccult    Results ✗ OB
Pelvic and PAP (q 1 yr)    Date _____  Results _____

PRE

Need Dent. Exam

Facility VCF    Nurse Signature V. Young Lpn    Date 11-3-05

M.D. or Mid-Level Signature _____    Date 11-4-05

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon James | 212228 | ▓▓▓ | W/M |

SEE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTOCOPIED

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_ _James_ _____
                               LAST                     FIRST         MI

DATE OF BIRTH ▓▓▓▓▓▓▓▓▓▓▓▓   SS# _212228/_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

① Lay In from 8-25-05 till 11-25-05 as needed

② TMO to area on lip Three times a day from 8-25 til 9-1-05

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

③ Chest X-ray 8-26-05 @ 9:30 am

Nurse _A Mark_      Date _8-25-5_

_James C. Moon_

CONFIDENTIAL RECORD FOR MEDICAL USE ONLY NOT TO BE PHOTO COPIED

GLF 1005     Original/Classification     Second Copy/Booking Staff     Third Copy/Medical Unit

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon_____, _James_____

                        LAST                   FIRST        MI

DATE OF BIRTH ____████████████____    SS# _____

                                                     212228

**Housing Recommendations:**

(1) no heavy lifting >10 lbs with (R) arm X 6 mo.
5-11-05 ——— 11-11-05

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _✓_   X 6 months   (4)
5-11-05 ——— 11-11-05

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

NOT TO BE PHOTO COPIED

**Individual found to be:**

(2) Knee brace to (L) knee X 6 mo.
5-11-05 ——— 11-11-05

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _____

(3) return to HCU 5-17-05 for ear irrigation

(5) analgesic Oint X 5 d, KOP    5-16-05
5-11-05

Nurse _M Benefield_____    Date _5-11-05_____

                                   James C. Moon



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | ____ | ✓ |
| TB TEST CURRENT | ✓ | ____ |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | ____ | ✓ |

OTHER: _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _____    DATE: 3 - 8 - 05

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: James Moon    DATE: 3/ 8/ 05

EXPIRATION DATE: 8 - 13 - 05

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Moon/ James | 2/222 | | M | VCf |

PHS MD-70042 (White - Medical File, Yellow - Kitchen Supervisor, Pink - Classification Administrator (Inmate))

## IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon,_ _James_

LAST / FIRST MI

**DATE OF BIRTH** ███████    SS# _212228_

**Housing Recommendations:**

General Population _____

Medical Observation Unit _____

Lower Level/Lower Bunk _____

Suicide Precautions _____

Special Watch (15 Minute Checks) _____

Isolation _____

Initiate Universal Precautions _____

*report to HCU on 2-16-05 @ 800Am for X-Ray*

**Individual found to be:**

Frail/Elderly _____

Physically Handicapped _____

Developmentally Disabled _____

Drug/Alcohol Withdrawal _____

Special Mental Health Needs _____

Expressed Suicidal Ideation _____

History of Seizures _____

Other _____

Specify _James C. Moon_

Nurse _[signature]_    Date _2-14-05_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# IDENTIFICATION OF SPECIAL NEEDS

**NAME (PLEASE PRINT)** _Moon, James - 212288_
                        LAST                        FIRST           MI

**DATE OF BIRTH** ████████████      **SS#** _____

**Housing Recommendations:**

General Population_____

Medical Observation Unit_____

Lower Level/Lower Bunk_____

Suicide Precautions_____

Special Watch (15 Minute Checks)_____

Isolation_____

Initiate Universal Precautions_____

_Report to ACU on Wed. March 9th @ 8 am for Apt. With M.D._

**Individual found to be:**

Frail/Elderly_____

Physically Handicapped_____

Developmentally Disabled_____

Drug/Alcohol Withdrawal_____

Special Mental Health Needs_____

Expressed Suicidal Ideation_____

History of Seizures_____

Other_____

Specify _James C. Moon_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Nurse _____  Date _1-13-05_



**PHS**
PRISON HEALTH SERVICES, INC.

# YEARLY HEALTH EVALUATION

**I.    HISTORY – (LPN or RN)**

|  | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) |  | ✓ | 202    9-29-23 |
| (Compare Weight Below) |  |  | Last weight at least 6 months ago |
| Persistent Cough |  | ✓ |  |
| Chest Pain |  | ✓ |  |
| Blood in Urine or Stool |  | ✓ |  |
| Difficult Urination |  | ✓ |  |
| Other Illnesses (Details) | ✓ |  | restriction in esophgus |
| Smoke, Dip or Chew |  | ✓ |  |
| ALLERGIES |  | ✓ |  |

*CONFIDENTIAL RECORD — PROFESSIONAL USE ONLY — NOT TO BE PHOTO COPIED*

Weight 205¾# Temp 98.⁶ Height 5'9" Pulse 58 Resp 20 Blood Pressure 112/84
**If greater than > 140/90, repeat in 1hour.**
Eye Exam: 20/100 OD  20/40 OS  20/40 OU ☞ glasses **Refer to M.D. if remains > 140/90.**

**II.   TESTING – (LPN or RN)**          RESULTS

Tuberculin Skin Test (q yr)
   Date given 11-20-04 Site RFA
   Read on 11-23-04 Results Ø mm

Past Positive TB Skin Test  →  **Survey Completed**
(Chest x-ray if clinical symptoms)   Date_____ Results_____
RPR (q 3 yrs) ordered          Date 11-22-04 Results_____
EKG (baseline at 35, over 45 q 3 yrs) Scheduled
Cholesterol (at 35 then q 5 yrs) ordered
Tetanus/Diptheria (q 10 yrs)   Last Given Sept. 2000 Due 2010
   (if done today)            Site given N/A Dose____ Lot #__
Optometry Exam (@ 50 if not already seen)
Mammogram                 Date_____ Results_____
   (females @ 40, q 2 yrs/other M.D. order)

**III.  PHYSICAL RESULTS – ( RN, Mid-Level, M.D.)**

Class  1  2  ③  4  5      Restrictions SMI, Glaucoma OD, Spinal fusion
Heart                    RRR
Lungs                    CTA
Breast Exam              WNL's per pt. & instructed self exam
Rectal (yearly after 45) Scheduled 12-06-04 Results Normal Prostate Exam
   with Hemoccult         Results OB Ø
Pelvic and PAP (q 1 yr)  Date N/A Results_____

Facility Ventress Nurse Signature M. Benefield LPN / B. Lulull Date 11-20-04

M.D. or Mid-Level Signature _____ Date 12/6/04

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Moon, James | 212228 | ▮▮▮▮ | W/M |

## IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) _Moon, James_ _212228_
LAST            FIRST            MI

DATE OF BIRTH ~~████████~~_____        SS# _____

**Housing Recommendations:**

General Population ___

Medical Observation Unit ___

Lower Level/Lower Bunk ___

Suicide Precautions ___

Special Watch (15 Minute Checks) ___

Isolation ___

Initiate Universal Precautions ___

*Bottom bunk profile X six months 11/18/04 – 5/18/05*

*Limited standing No greater than 15 min X six months 11/18/04-5/8/05*

*Left Knee Brace X six months (inmate already has knee brace) 11/18/04-5/18/05*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Individual found to be:**

Frail/Elderly ___

Physically Handicapped ___

Developmentally Disabled ___

Drug/Alcohol Withdrawal ___

Special Mental Health Needs ___

Expressed Suicidal Ideation ___

History of Seizures ___

Other ___

Specify _____

Nurse _G Johnson) RN_            Date _11/18/04_

_James R Moon_
_212228_

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## Special Diet Request

Inmate's Name: _Moore, Jessie_    Date: _3-29-06_

Housing Location: _____

Type of Diet: _Soft Diet X 3 mos. 3-29-06 — 6-29-06_

Start Date: _3-29-06_    Stop Date: _6-29-06_

Special Instructions (if needed): _____

_____

_____

Date Requested: _3/29/06_    Signature: _Mr. Floyd CRNP/T.Y. Sharg (MD)_

_James C. Moore_

60130 (10/98)

CONFIDENTIAL
NOT TO BE PHOTO COPIED

White - Kitchen Copy, Yellow - Patient File Copy)

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Office Visits: Outpatient G.I. Consult | **Effective Dates:** | 09/22/2005 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15474741 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, IN 37024-0967

PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| |
|---|
| **The consulting physician should complete this section.** |
| **The completed form will be sealed in the attached envelope and** |
| **returned with an officer to the correctional facility.** |

**Clinical Summary or Attached Report**

Diagnosis - Erosive aspity to w/ stricture
Pancreatitis unclear etiology

Plan: EGD

Monitor for recurrent Pancreatitis

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

Signature of Consulting Physician: _____   Date 11/3/06   11/28/05   Time

iewed and Signed By
Medical Director: _____   Date _____   Time

*(handwritten notes across top of page)*

## EGD AND ERCP INSTRUCTIONS

You have been scheduled for an EGD or ERCP. The examination is on_____ at **7:00 AM**. The procedure will be performed at _____. We advise that you go to be pre-admitted prior to the day of your procedure.

### SPECIAL INSTRUCTIONS:
1. Do not eat, drink, or chew anything after midnight on the day before your procedure.
2. Please report to the hospital admissions desk or outpatient department by 7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart disease should take the morning dosage the day of the procedure with a **very small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin, Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and others) please stop taking them **5 days before the test**. If a polyp is removed or biopsy is taken during your procedure, you should resume your Blood thinners _____ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of your procedure.

**If you have any questions, call our office at (334) 288-8840**

JOSEPH W. JACKSON, M.D.
DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES
2055 NORMANDIE DR., SUITE 200
MONTGOMERY, AL 36111

*(vertical text, left margin)* DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



# PRISON HE       SERVICES: AUTHORIZ      LETTER  *Dr. Gaulson Nov, 27 @ 2*

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 09/22/2005 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15474741 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date | Tim |
|---|---|---|

| ...ewed and Signed By Medical Director: | Date | Tim |
|---|---|---|

# PROBLEM LIST

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Name _Moon, James_

ID# _212228_

D.O.B. ▆▆▆▆▆▆

Medication Allergies _NKDA     MH = 0  SB, MD._

_5/11/06_

| Date Identified | Chronic (Long-Term) Problems Roman Numerals for Medical / Surgical Capital Letters for Psychiatric / Behavioral | Date Resolved | Health Care Practitioner Initial |
|---|---|---|---|
| 9/14/00 | Newton (cocain Abuse) / Dysthymia | | |
| 1991 | L5-S1 fusion  2/00 | | |
| 2-28-00 | MVA (with fx) | | |
| | Injury to knee (MVC)  2/00 | | |
| | L ribs fracture  2/02 | | |
| | GERD and Hiatal Hernia by B swallow 6/14/02 | | |
| | Cerumen Impaction | | |
| | Herpes Simplex I (labialis). | | |
| 28 June 02 | Depressive Disorder Nos (hx/tx) | | |
| | Substance Abuse | | |
| | [SMI] | | |
| 10/15/02 | Glaucoma OD | | |
| 6-8-04 | MH Code (SMI) | | |
| 9/30 | M.H. Dx. Anxiety D/O NOS | | |
| | Depression D/O NOS | | |
| 1-19-05 | R elbow tendinitis | | |
| 5/11/06 | MH Code Δ to Zero | SB, MD. | |

CMS 7189

04/10/2006 09:35 FAX 3343958156    REGIONAL OFFICE    ☐001
04/06/2006 15:13 FAX 334 775 8 78    VENTRESS CORR. FACILITY    ☐002

Region 4

## NON-FORMULARY **PHARMACY** REQUEST FORM

Form must be complete and legible. **You must Type or Print**

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon James | 4-6-06 |
| **Site Phone #** | Inmate # | **Date of Birth: (mm/dd/yy)** |
| **(334) 775-8178** | 212228 | |
| **Site Fax #** | SPP ID # | PHS Custody Date |
| **(334) 775-8178** | A-473 | |

Diagnosis

*ae so phagitis c lunign stricture*

☑ Male    ☐ Female

Medication Allergies

NKA

---

Requested Non-Formulary and Strength:

PRILo Sec.    20mg

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

Directions:

P.o    QD

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 50 days    ☑ 90 days    ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

*Recommended by GI*

Compliance:    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

| **Practioner Information:** | ☑ Physician    ☐ NP/PA    ☐ Dentist | |
|---|---|---|
| Name: DR Samuel Rayapati | Signature: Samuel Rayapati MD | |
| Daytime Phone: 334-397-775-3331 | Pager Number: | |

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

| Determination:    ☑ Approved    ☐ Additional information requested    ☐ Alternative clinical rational |
|---|

Corporate/Regional Medical Director/Designee

| Name: DR Sylvia McQueen | Signature: Sylvia McQueen 040706 |
|---|---|
| Date: 4-7-06 | |

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0950
CONNECTION TEL               13343958156
SUBADDRESS
CONNECTION ID        REGIONAL OFFICE
ST. TIME             04/06 15:12
USAGE T              00'14
PGS. SENT               1
RESULT               OK
```

PRISON HEALTH SERVICES
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
379 HWY 239
CLAYTON. AL 36016
PHONE  334-775-3610
FAX      334-775-3610
INSTITUTION #  334-775-3331

**PRISON HEALTH SERVICES, INC.**

# Fax

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**To:** 334-395-8156  *Michelle*     **From:** *Ventress*

**Fax:** 3     **Pages:**

**Phone:**     **Date:**

**Re:**     **CC:**

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

Region 4    NON-FORI    LARY **PHARMACY** REQUE    FORM

Form must be complete and legible. You must Type or Print

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | *Moon James* | 4-6-06 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 775-8178 | *212228* | ▓▓▓▓▓▓▓ |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| (334) 775-8178 | A-473 | |

Diagnosis

*aeso phagitis c benign stricture*

☑ Male    ☐ Female

Medication Allergies

*NKA*

---

Requested Non-Formulary and Strength:

*PRILO See.    20mg.*

Directions:

*P.o    QD*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Duration of Therapy:

(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☑ 90 days    ☐ Other _____

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

*Recommended by GI*

Compliance:    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practioner Information:**    ☑ Physician    ☐ NP/PA    ☐ Dentist

Name: _____    Signature: *Samuel Rayapati MD*

Daytime Phone: _____    Pager Number: _____

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

---

Determination:    ☐ Approved    ☐ Additional information requested    ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name: _____    Signature: _____

Date: _____

**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### Special Diet Request

Inmate's Name: _Moon     James_

Housing Location: _9b   34_                                    Date: _4-6-06_

Type of Diet: _Reg Diet_

Start Date: _4-6-06_

Special Instructions (if needed): _Step Soft Diet order_     Stop Date: _Continues_

Date Requested: _4-6-06_  Signature: _A Munley per Dr Ryspath_

60130 (10/89)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(White - Kitchen Copy, Yellow - Patient File Copy)



MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ▓▓▓▓▓▓▓
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

___ PHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: _Rajesh_

ENDOSCOPIST: _J Jack_

ASSISTANT(S): ˋ

PRE-OP DIAGNOSIS: _Esophageal stricture/severe erosive esophagitis_ ↓↓

POST-OP DIAGNOSIS: _Same_

ANESTHESIA: _MAC_

INSTRUMENT(S): _GIF 100_

PROCEDURES:  ☐ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation

☐ Photo   ☐ Duodenal Drainage   ☒ Other _Balloon dilation_

FINDINGS:

_Esophagus — clean and ≥ 5 stricture
of the esophagus at
25 to 30 cm from the
lips. Stricture dilated
incrementally to 12, 13.5
15 and 18 mm_

_Stomach & duodenum
are WD_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

_Nexium 40 mg po qd or equivalent dose of PPI
Repeat EGD and dilation in 6-8 wks_

℞ 4/6/06

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 04/06/2006
DOB: ▓▓▓▓▓▓▓▓
JACKSON, JOSEPH W

**Montgomery Surgical Center**
**GASTROINTESTINAL**
**ENDOSCOPY & DIAGNOSTIC EXAM**

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 4/4/06

REFERRING PHYSICIAN: *Rogopsh*

ENDOSCOPIST: *J Jack*

ASSISTANT(S):

PRE-OP DIAGNOSIS: *Esophageal stricture / severe erosive esophagitis*

POST-OP DIAGNOSIS: *Same*

ANESTHESIA: *MAC*

INSTRUMENT(S): *GIF 100*

PROCEDURES: ☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation

☐ Photo  ☐ Duodenal Drainage  ☒ Other *Balloon dilation*

FINDINGS:

*Esophagus ulcer and stricture
of the esophagus at
25 to 30 cm from the
lips. Stricture dilated
incrementally to 12, 13.5
15 and 18mm*

*Stomach & duodenum
are np*

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

*Nexium 40 mg PO qday or equivalent dose of PPI
Repeat EGD and dilation in 6-8 wks*

*R* *4/6/06*

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| **Service Authorized:** | Outpatient Surgery: Egd - High Cost | **Effective Dates:** | 03/22/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15963710 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967



FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and
### returned with an officer to the correctional facility.

#### Clinical Summary or Attached Report

*Esophageal stricture and esophagitis*

*Dilated to 18mm*

*Recommend repeat dilatation in 6-8 wks*

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

| Signature of Consulting Physician: | Date 4/6/00 | Time |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date | Time |

## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

*4/6/06 @ 8*

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | Outpatient Surgery: Egd - High Cost | **Effective Dates:** | 03/22/2006 |
| **Effective:** | Visits authorized for 60 days from effective date. | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 15963710 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility
- HIPAA: Please be advised Prison Health Services, Inc ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O Box 967
Brentwood, TN 37024-0967

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

---

### The consulting physician should complete this section.
### The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

**Clinical Summary or Attached Report**

Esophageal stricture and esophagitis
Dilated to 18mm
Recommend repeat dilatation in 6-8 wks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: _____ Date 4/6/00 Time

Reviewed and Signed By
Medical Director: _____ Date _____

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5. Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water after your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing.
   c. Fever – 100 or above.
   d. Persistant nausea and vomiting.

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus.

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
   _____
   _____
   _____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s): _____
   _____
   _____

   Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS

Repeat EGD – Dilatation wk. 8wks

☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. Jackson
Office # 288- 8840
Montgomery Surgery Center - 284-9600

I hereby acknowledge and understand these written and verbal discharge instructions given.

_____
NAME / RELATIONSHIP

_____
NURSE / TIME

CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

MS-114    1/03    PRINTED BY CREATIVE PRINTING - 281-1315

03/22/2006 17:41 FAX 3343958156    REGIONAL OFFICE    ☑001
                                   VENTRESS CORR  FACILITY    ☑00

Region 4

## NON-FORMULARY **PHARMACY** REQUEST FORM

### Form must be complete and legible. You must Type or Print.

**PHS**

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

RECEIVED MAR 22 2006

☑ Male    ☐ Female

**Diagnosis**
Glaucoma

**Medication Allergies**
∅

**Requested Non-Formulary and Strength:**
Betimol   0.25%   ophth

**Directions:**
1 gt OD Qam

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☒ 90 days    ☐ Other:

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Glaucoma

**Compliance:**    ☐ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practitioner Information:**    ☒ Physician    ☐ NP/PA    ☐ Dentist

**Name:** Daniel E Murray Jr    **Signature:** [signature] DP

**Daytime Phone:** 334-585-9626    **Pager Number:** 334-701-3705

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:**    ☒ Approved    ☐ Additional information requested    ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:**

**Signature:** [signature]

**Date:** 3/22/06

RECEIVED MAR 23 2006

Jared D. McQueen  3/14 0/6

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

must be Complete and Legible  You must Type or Print
Please send this form with the Authorization Letter to the service provider at the time of the Appointment

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: VCF | Patient Name: (Last, First) Moon James | Date: (mm/dd/yy) 03.21.06 |
| Site Phone # 334 725-3610 | Alias: (Last, First) | Date of Birth: (mm/dd/yy) ▆▆▆▆ |
| Site Fax # 334 725-3610 | Inmate # 212229 | PHS Custody Date: (mm/dd/yy) 08.01.00 |
| Will there be a charge? ☑Yes ☐No   Sex ☑Male ☐Female | SS Number | Potential Release Date: (mm/dd/yy) 05.27.25 |

Responsible party: ☑ PHS   ☐ Auto Ins.   ☐ Health Ins (Excludes Medicare/Medicaid Managed Care alternative plans )   ☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):_____

## CLINICAL DATA

**Requesting Provider:** ☑ Physician   ☐ NP, PA   ☐ Dental

Dr Rayapati

**Facility Medical Director Signature and Date:**
Samuel Rayapati MD

☐ Service meets criteria for "approval via protocol"

Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.

☐ Office Visit (OV)   ☐ X-ray (XR)   ☐ Scheduled Admission (SA)
☑ Outpatient Surgery (OS)   ☐ Dialysis (DA)

☑ Routine   ☐ Urgent

Estimated Date of Service (mm/dd/yy) ___/___/___

(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments: ☐ Radiation therapy ☐ Chemotherapy
Number of Visits/Treatments: _____ ☐ Other:_____

Specialist referred to: GI   Dr Jackson

Type of Consultation, Treatment, Procedure or Surgery:

Benign aero phageal Stricture

**Diagnosis:**
ICD-9 code:

You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form.

☐ Pertinent Documents have been attached and faxed.

**History of Illness/Injury/Sypmtoms with Date of Onset:**

PV- Vesil c GI Consult for dilatation of aerophageal Stricture

**Results of a complaint directed physical examination:**

last procedure was done on 2-16-06 Repeat procedure recommended in 6 weeks

**Previous treatment and response (including medications):**

we are Treating IM's Benign aerophageal Stricture c PPI and Stricture dilatation.

***For security and safety, please do not inform patient of possible follow-up appointments***

## UM DETERMINATION:
☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):_____

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information.   Date resubmitted: ___/___/___

**Regional Medical Director Signature, printed name and date required:**
___/___/___ (mm/dd/yy)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | | UR Auth #: |
|---|---|---|---|---|
| | | | | |

FAXED
3-22-06

Alabama Department of Corrections Mental Health Services
Treatment Plan: Outpatient Care *(Review)*

*Treatment Plan Reviewed on:* 4/4/06
*Inmate's Current Housing Location:*

*Treatment Plan Initiated on:* 7/31/02
*Institution:* VCF

CURRENT STATUS

Problem # 1  Inmate is displaying signs and symptoms of depression as evidenced by social withdrawal, poor concentration , and sad affect.

Target Date for Resolution:  one month
Status:    Resolved            No Change X                Modified

Outcome/Modification Elimination and minimization of depressive symptoms. Inmate's mental stability and medication compliance will be monitored by MHP, Psychiatrist, and Nurses. Inmate will be referred to psychiatrist for 90dys follow-up. Inmate will continue to receive monthly counseling to address problem.

Frequency: quarterly and monthly

Problem # 2
Target Date for Resolution:  one month
Status:    Resolved            No Change X                Modified
Outcome/Modification:
Frequency:

Problem # 3
Target Date for Resolution:
Status:    Resolved            No Change                Modified
Outcome/Modification:
Frequency:

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Psychiatrist: _SBanerjee, M.D._  Date: 4/13/06
Mental Health Nurse: _C. Harris LPN_  Date: 04/17/06
Treatment Coordinator: _M. Peters, MHP_  Date: 4/17/06

Inmate Agreement: _James C. Moon_  Date: 4/13/06
Next Treatment Plan Review to be Conducted by:          (within six months)

Inmate Name: Moon, James                          AIS # 212228

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed on: 7-7-05    Treatment Plan Initiated on:

Inmate's Current Housing Location: _____    Institution: VCF

CURRENT STATUS

### Problem #1

Inmate reported feeling depressed frequently.

Target Date for Resolution:

Status:     Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification: — Will reduce the occurrence of depression
Nurse will monitor compliance with medication, MHP
will provide supportive counseling, psychiatrist will evaluate in
3 mon

### Problem #2

Target Date for Resolution:

Status:     Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification:

### Problem #3

Target Date for Resolution:

Status:     Resolved ☐     No Change ☐     Modified ☐

Outcome/Modification:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Comments:**

Second Page attached:  Yes ☐  No ☑

Treatment Team Members

Psychiatrist: S Banerjee, M.D.    Date: 7/7/05
Mental Health Nurse: E Harris ____    Date: 07/07/05
Treatment Coordinator: Ms. Peoples, MHP    Date: 7-7-05

Inmate Agreement: X James C. Moon    Date: 7-7-05
Next Treatment Plan Review to be Conducted by: _____ (within six months)

| Inmate Name | AIS # |
|---|---|
| Moon, James | 212228 |

ALDOC F
Page

AR 463 -- Der

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE** *(REVIEW)*

Treatment Plan Reviewed On: 10-14-04    Treatment Plan Initiated On: 7-31-04

Inmate's Current Housing Location: 3-4/3    Institution: VCF

CURRENT STATUS:

Problem #1  S/S of depression (difficulty sleeping, sadness)
Target Date for Resolution: 4/7/05
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification: — Maintain compliance c̄ meds — psy evaluation
— Cognitive therapy                        every 3 months
Staff Member Responsible: Ms. Peters Psychiatrist  Frequency: ongoing

Problem #2  Feeling increased stress over long term prison sentence
Target Date for Resolution: 4/7/05
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification: — Supportive counseling, monthly, Refer to
stress Mge Group → when available
Staff Member Responsible: Ms. Peters MHP    Frequency: ongoing

Problem #3
Target Date for Resolution:
Status:    Resolved ☐    No Change ☐    Modified ☐
Outcome/Modification:

Staff Member Responsible:    Frequency:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Comments:

Second Page attached:    Yes ☐  No ☐

Treatment Team Members
Psychiatrist: SBanerjee, M.D.    Date: 10/14/04
Mental Health Nurse: C. Harris LP    Date: 10/14/04
Treatment Coordinator: Ms. Peters, MHP    Date: 10-14-04

Inmate Agreement: James Moon    Date: 10-14-04
Next Treatment Plan Review by:    (within six months)

Inmate Name    AIS #
Moon, James    212228

ALDOC Form 462-02

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN: OUTPATIENT CARE** *(REVIEW)*

*Treatment Plan Reviewed on:* 4-13-04  *Treatment Plan Initiated on:* 7/31/02

Inmate's Current Housing Location: 3-43    Institution: VCF

## CURRENT STATUS

### Problem #1    Depression in clinical remission
- as documented in progress notes!

Target Date for Resolution: 5¼ months ___
Status:    Resolved ☐    No Change ☑    Modified ☒

Outcome/Modification: _____ Sxs via med compliance & supportive counseling - continue to take medication as ordered - Nurse to monitor. Depression dysphoria, affect,

### Problem #2    Ongoing medical complaints & failure to govt resolution health

Target Date for Resolution: Six months
Status:    Resolved ☐    No Change ☐    Modified ☒

Outcome/Modification: 1. Seek help - Improve social skill (assertiveness) and improve assertiveness    Refer to PRN

9-9-04 added S. William

### Problem #3    Passive character traits relate to low self-esteem/depression

Target Date for Resolution: Six months
Status:    Resolved ☐    No Change ☐    Modified ☒

Outcome/Modification: 1. Learn assertiveness skills. ② Attend scheduled MH Groups.

added 9-9-04 S. William

**Comments:** Numerous physical complaints. Some ongoing mild mood disturbance/ongoing.

Second Page attached:    Yes ☐    No ☐

### Treatment Team Members

Psychiatrist: _____    Date: 4/13/04
Mental Health Nurse: _____    Date: 4/13/04
Treatment Coordinator: S Williams    Date: 4-13-04

Inmate Agreement: James C. Moon    Date: April 13, 2004
Next Treatment Plan Review to be Conducted by:    (within six months)

Inmate Name: MOON, James    AIS # 212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

ALDOC Form 463-02
Page ___ of ___

AR 463 – December 11, 2001

MA DEPARTMENT OF CORRF
MENTAL HEALTH SERVICES
REATMENT PLAN: OUTPATIENT CARE  _(REVIEW)_

Treatment Plan Reviewed on: _10/08/03_    Treatment Plan Initiated on: _07/31/02_

Inmate's Current Housing Location: _3 B43_    Institution: _VCF_

## CURRENT STATUS

Problem #1 _Depression_

Target Date for Resolution: _ON-GOING_
Status:        Resolved ☐        No Change ☒        Modified ☐

Outcome/Modification: _Manage depressive Sxs via medication compliance_

Staff Member Responsible: _MHM Psychiatrist_        Frequency: _as prescribed/prn_

Problem #2                _NONE_

Target Date for Resolution:
Status:        Resolved ☐    :    No Change ☐        Modified ☐

Outcome/Modification:

Staff Member Responsible:                Frequency:

Problem #3                _NONE_

Target Date for Resolution:
Status:        Resolved ☐        No Change ☐        Modified ☐

Outcome/Modification:

Staff Member Responsible:                Frequency:

Comments: _Pt's mood is euthymic - Depression is resolved thru med. compliance._

Second Page attached:    Yes ☐   No ☐
### Treatment Team Members
Psychiatrist: _____        Date: _10/15/03_
Mental Health Nurse: _W Harris LPN_        Date: _10/15/03_
Treatment Coordinator: _M Worth Psy.D._        Date: _10-08-03_

Inmate Agreement: _James C. Moon_        Date: _10/20/03_
Next Treatment Plan Review to be Conducted by: _4/8/04_    (within six months)

Inmate Name                        AIS #
MOON, James                        212228

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

AMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  (*REVIEW*)

Treatment Plan Reviewed on: _01/17/03_  Treatment Plan Initiated on: _07/31/02_

Inmate's Current Housing Location: _____  Institution: _VENTRESS_

CURRENT STATUS

**Problem #1** Depression

Target Date for Resolution: 07/30/03
Status:                    Resolved ☐      No Change ☑      Modified ☐

Outcome/Modification: _Emotional Counseling; medication strategy_

Staff Member Responsible: MHM          Frequency: Monthly — PRN

**Problem #2** Medication strategy

Target Date for Resolution: 07/30/03
Status:                    Resolved ☐   :   No Change ☑      Modified ☐

Outcome/Modification: _Elavil; medication monitor_

Staff Member Responsible: MHM          Frequency: Daily — PRN

**Problem #3**

Target Date for Resolution:
Status:                    Resolved ☐      No Change ☐      Modified ☐

Outcome/Modification:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Staff Member Responsible:

Comments: _Inmate appears to be engaging in proper areas._

Second Page attached:   Yes ☐   No ☑
Treatment Team Members

Psychiatrist: _____                    Date: 1/17/3
Mental Health Nurse: _____             Date: 1/17/3
Treatment Coordinator: _____           Date: 1/17/3

Inmate Agreement: _James C Moon_               Date: 1/17/3
Next Treatment Plan Review to be Conducted by: _____   (within six months)

| Inmate Name | AIS # |
|---|---|
| MOON, JAMES | 212228 |

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: MOON, JAMES    ID#: 212228    RACE: W    DOB: 8-10-52

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|

Date of Initial Examination: 9-11-00

Initial Classification: 1-28-03 Annual exam

Oral Pathology: update annual 12-20-04

| | |
|---|---|
| Gingivitis | |
| Vincent's Infection | |
| Stomatis | |
| Other Findings | |
| Occlusion | |
| Roentgenograms: | |
| Periapical | |
| Bitewing | |
| Panarex | |

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | |
| 7 = F | |
| 9 = F | |
| | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | | ✓ | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | ✓ | |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

CMS 7103 REV. 10/94

| SERVICES RENDERED | | | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
| 1/16/01 | | | N/S for dental screening ⊕ |
| 2/27/01 | | CC | I need a tooth fill on the top, api for comp given ⊕ |
| | | | |
| 3-20-01 | 9 | ML | (cap, 2% xylo 1:100,000 fl used 1 bucca) |
| | | Composite | in inferfaction! Dycal used; PTA for o... |
| 1-10-02 | | | Apt made for ext 1-30-02 ⊕ |
| 2-7-02 | 15 | Ext. | Reviewed MedHx, 2% lidocaine HCl 1.8cc (x4) c̄ Epi 1:100,000, Pt c̄ pain from #15, tooth has lots of decay with a large carious lesion OD distal, Dx irreversible pulpitis Tx extract, complicated ext, tooth fractured crown dbl, removal all 3 root tips, compressed seal, post op instructions given |
| | | | ⎯⎯⎯⎯⎯⎯⎯⎯ El Cl Bright MD |
| 7-9-02 | 29 | OD | Reviewed Med Hx, 2% lidocaine HCl 1.8cc (x3) c̄ Epi 1:100,000 ⎯⎯ Condensed and carved OD amal #29, Pt does not want the tooth extract Ck occlusion, released Pt back to population El Cl Bright MD |
| | | | |
| 1-28-03 | | | annual exam, OHI given ⎯⎯ M...r... |
| 8-27-03 | 29 | MOD | Amalgam, Wet Deep excavation. 1.8cc (x2)/ Lidocaine Epi 10⁵ MBA |
| | | | |
| 12-31-03 | | | N/S for dental appointment (RTdA) |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE ...

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

DIET CARD

NO. 212228

NAME Moon James    WARD ICF

Soft diet

DIAGNOSIS REQUIRING DIET Esophageal Stricture

START DATE 5-25-05    STOP DATE 2-25-06

PHYSICIAN / BY Ms Flagtemp

James

Original-Dietary, Ivory-Inmate

8V 1-94



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _____ BCDC#: _____

1.    I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2    I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.    I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.    I have had the opportunity to ask questions which have been answered to my satisfaction.

5.    I understand there is no guarantee of success or permanence of the treatment.

X _James C noo_____       X 4/25/06
Patient's Signature                         Date

_____      _____
Dentist's Signature                         Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090

*Refer to dental*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: James C. Moon          Date of Request: 3/19/06
ID # 212228          Date of Birth: ██████          Location: 9B-34B
Nature of problem or request: Need see Mrs. Floyd to Renew Knee
Brace, And soft food diet "No" Jaw teeth to chew food.

_____

James C. Moon
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date: 3/20/06
Time: 9:00
Receiving Nurse Intials DS
```

**(S)ubjective:**

**(O)bjective**   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_          **BCDC#:** _212128_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.


_James C. Moon_                          _12 15 05_
Patient's Signature                      Date

_W. E. Shirley, D.D.S_                   _12-5-05_
Dentist's Signature                      Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_ _____ BCDC#: _212 228_____

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.

_James C. Moon_ _____      _9/20/05_____
Patient's Signature                                          Date

_W. E. Shirley, D.D.S_ _____      _9-20-05_____
Dentist's Signature                                         Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Moon, James_ **BCDC#:** _212228_

1.   I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.

_James C. Moon_
**Patient's Signature**

_4/26/05_
**Date**

_W. E. Shirley_
**Dentist's Signature**

_4-26-05_
**Date**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

PHS MD-70090



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Moon, James_     BCDC#: _212 228_

1. I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2. I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3. I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4. I have had the opportunity to ask questions which have been answered to my satisfaction.

5. I understand there is no guarantee of success or permanence of the treatment.


_James C Moon_
Patient's Signature

_3 / 30 / 05_
Date

_W. E. Shirley_
Dentist's Signature

_3-30-05_
Date

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 3/2/06 | | | Exam — Appt made for | | |
| 3/22/06 | | | imp for 1/P  self Imp LP upper model | ew | |
| 3/23/06 | | | Bite | 2w | |
| 4/05/06 | | | Tx reviewed prophy floss OH I given Rott- slight calculus ō moderate bleeding, encouraged pt to floss more | EwRDH | |
| 5/1/06 | | | Try-in | 2w | |
| | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO |
|-------------------|-------|--------|-----|-----|-------|
| | | | | | |

PHS-MD-70022



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## MENTAL HEALTH SERVICES

## DENTAL RECORD

| DENTAL EXAMINATION | RESTORATIONS AND TREATMENTS |
|---|---|

Date of Initial Examination

Initial Classification

Oral Pathology _____ Gingivitis _____
Vincent's Infection _____
Stomatitis _____
Other Findings _____

Occlusion _____

Roentgenograms _____ Periapical _____
Bitewing _____
Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☒ | ☐ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication  PRELOSEC | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure  PREV Hx PANCREATITIS |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☐ | Other Disease  GLAUCOMA |

| SERVICES RENDERED | | | | | |
|---|---|---|---|---|---|
| Date | Tooth # | DX | TX | Initials | Class |
| 3/2/06 | | | A Exam | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MOON, JAMES | | | | |

PHS-MD-70015



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Services Rendered

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 2-2-04 | 13 | M | Composite, Lidocaine 2% ē epi 10⁻⁵ | RiS2 | |
| 10-27-04 | 8 | ex crown came off | ex crown came off ē 2 mo. ago + abscess on buccal tooth; # 9 had RCT fx; lack abutment to crown; abscess noted distal to #29; Rx. given; ORA ppt given; NV pt #29 | | |
| 12-20-04 | | | annual exam done | R.T. | |
| 12-24-04 | 17 | NRC | NRC ; NKDA; Denies heart murmur; 2 carps. 2% x 1:0 1:100000 epi used in mand. long buccal n. block; crown fractured, tooth ē broken + roots removed; Rx given; NV pt; crown on #8 came off w | | |
| 3/17/05 | 29 | periapical abscess | N/B dental screening | R.T. | |
| 3-30-05 | 29 | periapical abscess | 4-R + extraction | w28 | |
| 4/13/05 | | | dental screening | R.T. | |
| 4-26-05 | 9 | MFLI caries | MFLI composite - tooth non-vital - told him it needed rct but refused | w28 | |
| 9/14/05 | | | Appt. made with Dr. Shirley to evaluate bilateral mand. tori in preparation for possible P | | |
| 9-20-05 | | Bilat. Tori | as per request of Dr. Mann I examined James Moon & concur the tori need to be removed + will schedule | w28 | |
| 12-5-05 | | bilat. tori | incisions made, tori removed and incisions closed ē R sutures using 4-0 gut + 2-0 4-0 silk | w28 | |
| 2-12-05 | | | silk sutures removed | w28 | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|-------------------|-------|--------|-----|-----|--------|
| moon, | James | | | w/m | 212228 |

PHS-MD-70022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: JAMES Moon                    Date of Request: April 10, 2005
ID # 212228                    Date of Birth: ▓▓▓▓    Location: 11-78B
Nature of problem or request: exposed broken tooth, very painful,
and need partshell plate "No" Jaw teeth to chew
with.

_James C. Moon_
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: 4/15/05
Time: 855   (AM) PM
Allergies: NKDA

| RECEIVED |
| --- |
| Date: 4-11-05 |
| Time: 12:20 |
| Receiving Nurse Intials  CH |

**(S)ubjective:** Toothache

**(O)bjective** (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(A)ssessment:**

**(P)lan:** Dental appointment scheduled on 4-26-05

Refer to:   MD/PA   Mental Health   (Dental)  Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( ✓ )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )        wed
Was MD/PA on call notified:   Yes ( )    No ( )

_R. Thompkins DA_
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _James Charley Moon_  Date of Request: _June 21, 2005_
ID # _212228_ _____  Date of Birth: ▓▓▓▓ Location: _8A-57_
Nature of problem or request: _Dental on march 30, 2005 I seen dentist and had a tooth pull, the Dentist said he would have me some Denture's made so I could EAt, but wanted my tEEth that remained CleAned and he would handle this, but have not been Called_   _James C. Moon_
_this is No W June 21, 2005_                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM PM
Allergies: _____

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 6-21-05              │
│  Time: 12.45                │
│  Receiving Nurse Intials DS │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**   (V/S): T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )

                        _____
                        *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: James C. Moon ___ Date of Request: 2-25-05

ID # 212228 ___ Date of Birth: ▮▮▮▮ Location: 8 A-55

Nature of problem or request: I seen the Dentist Dec. 29, 2004, He pulled A Tooth, but left part of the tooth. It is coming through My Gum He was to pull another tooth, but told me to Put in another Sick call slip. So I did Dec. 30, 2004, So I am puting in another sick call slip again Feb 26, 2005

James C. Moon
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: 3/17/05
Time: _____ AM PM
Allergies: NKDA

> **RECEIVED**
> Date: 2-28-05
> Time: 12:30
> Receiving Nurse Intials: DS

**(S)ubjective:**

Out to Baptist South Hospital 3-1-05

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

**(O)bjective** **(V/S):** T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:** No Show dental sickcall Screening 3-17-05

**(P)lan:** Dental appointment Scheduled on 3-21-05 Re Scheduled appointment for 3/30/05

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

State of Alabama
County of Barour
Subscribed and sworn before me on this 26 day of Feb. 2005
my commission expires   My Commission Expires August 16, 2007

Carolyn R. Abercrombie
Notary public

R. Thompkins DA
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

8A-55

**DEPARTMENT OF CORRECTIONS**

Name: Moon, James

State ID No: 212228

DOB:

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: Ventress

Race: W    Sex: M

Pull chart

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati | 2-7-05 | 8:40 am | | X | |

HISTORY/DIAGNOSIS:

Altercation c̄ another inmate c/o being hit
(R) Jaw.

### X-RAY REQUEST

| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
|---|---|---|---|
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW ✓ | MANDIBLE (R) | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

Moon

**REPORT**

MANDIBLE: Views of the mandible are incomplete. On one of the views, the right zygomatic arch is not well seen and fracture cannot be excluded.

IMPRESSION: POSSIBLE RIGHT ZYGOMATIC ARCH FRACTURE. SUBMENTAL VERTEX VIEWS OF THE ZYGOMATIC ARCH ARE RECOMMENDED AS WELL AS ADDITIONAL VIEWS OF THE MANDIBLE.

D & T: 02-11-05 Maurice H. Rowell/rr Board Certified Radiologist (Signature on File)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

repeat x-ray

X-RAY TECHNOLOGIST'S NAME (PRINT)     X-RAY TECHNOLOGIST'S SIGNATURE     DATE, TIME EXAM PERFORMED    2-9-05

RADIOLOGIST'S NAME (PRINT)     RADIOLOGIST'S SIGNATURE     DATE SIGNED

DEPARTMENT OF CORRECTIONS

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: VCF

Name: Moon, James

State ID No: 212228

DOB:

Race: W        Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| Rayapati / Floyd | 2-14-05 | 502 pm | | X | |

HISTORY/DIAGNOSIS:

✱ Best to PT ability ✱

(R) zygomatic arch and mandible

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN-KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE X | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH (R) X |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Moon

RIGHT ZYGOMATIC ARCH: A zygomatic arch fracture cannot be detected on this study.

MANDIBLE: The mandible appears intact. A definite mandibular fracture is not identified.

D: & T: 02-17-05 Thomas J. Payne, III, M.D /jhi Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

X-RAY TECHNOLOGIST'S NAME (PRINT)        X-RAY TECHNOLOGIST'S SIGNATURE        DATE, TIME EXAM PERFORMED

RADIOLOGIST'S NAME (PRINT)        RADIOLOGIST'S SIGNATURE        DATE SIGNED



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: 3-29-06

#### URINALYSIS

LEUKOCYTES  neg

NITRITE  neg

UROBILINOGEN  Normal

PROTEIN  neg

pH  5

BLOOD  neg

SPEC. GRAVITY  1.015

KETONE  neg

GLUCOSE  normal

HCG  /

(Add: Final Labs Here)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

(P) 3/29/06

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | ▓▓▓▓ | W/m | VCF |

PHS-MD-70012

### LABORATORY REPORTS

**DEPARTMENT OF CORRECTIONS**

Name: _Moon James_

State ID No. _212 28_

**RADIOLOGY SERVICES REQUEST AND REPORT**

DOB: _____

INSTITUTION: _VCF_

Race: _W_    Sex: _M_

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation of special needs |
|---|---|---|---|---|---|
| | | | | | |

HISTORY/DIAGNOSIS:

### X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/W/O WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS ( HEEL ) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| X CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN STELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Moon

PA CHEST: The chest is unremarkable except that the lower portion of the right hilum appears slightly dense. This is probably due to superimposed hilar vessels but follow-up is suggested to include PA, lateral, and both shallow oblique views.

D & T: 08-29-05  Howard P. Schiele, M.D./jh  Board Certified Radiologist (Signature on file)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| X-RAY TECHNOLOGIST'S NAME (PRINT) | X-RAY TECHNOLOGIST'S SIGNATURE | DATE, TIME EXAM PERFORMED |
|---|---|---|
| | _(R)_ | _8-26-05_ |

| RADIOLOGIST'S NAME (PRINT) | RADIOLOGIST'S SIGNATURE | DATE SIGNED |
|---|---|---|
| | | |

WHITE CHART COPY  CANARY PHYSICIAN'S COPY  PINK FILE COPY



ID:

#STAT#050227114844

02/27/2005  11:48:44

D.O.B.:
Meds:
Class:
Dr:
Tech:

| Vent. Rate: | 63 | bpm |
| RR Interval: | 936 | ms |
| PR Interval: | 218 | ms |
| QRS Duration: | 106 | ms |
| QT Interval: | 414 | ms |
| QTc Interval: | 421 | ms |
| QT Dispersion: | 60 | ms |
| P-R-T AXIS: | 65° | -21° | 48° |

SINUS ARRHYTHMIA
PREMATURE VENTRICULAR CONTRACTIONS
BORDERLINE FIRST DEGREE A-V BLOCK
** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER/AGE
  Q waves in inferior leads
OLD INFERIOR INFARCTION

Summary: ABNORMAL ECG

* Unconfirmed Analysis

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



Mooon JAMES
ID:    212228

02/27/2005 11:50:44

SINUS RHYTHM
Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY

D.O.B.:
MALE
Meds:
Class:
Dr:    Dr Rayapati
Tech:  G Johnson LPN

52 YEARS

| Vent. Rate: | 60 bpm |
| RR Interval: | 992 ms |
| PR Interval: | 186 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 432 ms |
| QTc Interval: | 432 ms |
| QT Dispersion: | 48 ms |
| P-R-T AXIS: 63° -22° 52° | |

Summary:  BORDERLINE ECG

* Unconfirmed Analysis

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



Mooon JAMES
ID:    212228

D.O.B.:
MALE                    52 YEARS
Meds:
Class:
Dr:     Dr Rayapati
Tech:   G Johnson LPN

02/27/2005 11:50:44

SINUS RHYTHM
Broad P waves
CONSIDER LEFT ATRIAL ABNORMALITY

Summary: BORDERLINE ECG

| | |
|---|---|
| Vent. Rate: | 60 bpm |
| RR Interval: | 992 ms |
| PR Interval: | 186 ms |
| QRS Duration: | 102 ms |
| QT Interval: | 432 ms |
| QTc Interval: | 432 ms |
| QT Dispersion: | 48 ms |
| P-R-T AXIS: 63°  -22°  52° | |

* Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

277022

Rx:
Dx:

02/27/2005   01:27:23 PM   MOON, JMES
52 Years   Male   White

BULLOCK COUNTY HOSPITAL
Dept: ER
Room:
Oper: CJJ

BP:

| | |
|---|---|
| Rate | 93 |
| PR | 164 |
| QRSD | 112 |
| QT | 350 |
| QTc | 435 |

--AXIS--
P      65
QRS   -52
T      39

Normal sinus rhythm, rate  93...........Normal P axis, PR, rate & rhythm
Incomplete RBBB and LAFB................LAD & QRS 110 mS, term forces rt
Right ventricular hypertrophy...........Large R V1 & large S I, V6
Consider left atrial enlargement........P V1 -.10 mV or more negative
Probable Old Anteroseptal infarct.......Q waves in V1, V2
$ Artifact in lead(s) V1,V2,V3,V4,V5,V6

- ABNORMAL ECG -

PRELIMINARY-MD MUST REVIEW

Requested by:
SIDDIA

aVR   aVL   aVF
V1   V2   V3
V4   V5   V6

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

LOC: 00000/00000   Speed: 25 mm/sec   Limb:10 mm/mV   Chest:10 mm/mV

F 60~ 0.5-150 Hz W   HP 708   00:52

**LabCorp®**

| Specimen # | Type | Primary L | Status |
| --- | --- | --- | --- |

Additional Information

Name: MOON, JAMES

| Sex | Age (Yr/Mo) |
| --- | --- |
| M | 52/05 |

Patient Address

| Date Collected | Date Entered | Date Reported |
| --- | --- | --- |
| 02/28/05 | 02/28/05 | 03/01/05 | 2932 |

Clinical Information

Physician ID

Patient ID

Account

Ventress Correctional Facility
Prison Health Services
379 Hwy 239
Clayton          , AL   36016-0767
334-775-3131     ALN

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
| --- | --- | --- | --- | --- | --- |
| Amylase, Serum | 238 | H | U/L | 0 - 99 | MB |

LAB: MB LabCorp Birmingham          DIRECTOR: John Elgin, MD
     1801 First Avenue South Birmingham, AL 35233-0000

OR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 334-792-0902 LAB: 205-581-3500
                    LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
(NOT TO BE PHOTO COPIED)

©2004 Laboratory Corporation of America® Hold
All Rights R

**LabCorp®**

| Specimen 2 | Type | Prime | Report Status | | | |
|---|---|---|---|---|---|---|

Additional Information

Clinical Information

Physician ID | Patient ID

Patient Name: JOE    Prack ID: GTPN41   Age:   Account   SPEC DATE: 11/23/2004

Patient Address

| Date Collected | Date Entered | Date Reported |
|---|---|---|

| SPEC # | TESTS | LIB | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|---|---|

11/24/04    06:23

DOB:

CD- 51640754151    FASTING Y              RAYAPATI       212288

MOON, JAMES              M    052/03    Ventress Correctional Facility 014888
                                         Prison Health Services               1
                                         379 Hwy 239                          1
                                         Clayton            , AL  36016-0767
11/22/04    11/23/04    11/24/04    2004    334-775-3331    ALN

Lipid Panel
Cholesterol, Total                    206        H  mg/dL        100 - 199
Triglycerides              101               mg/dL          0 - 149
HDL Cholesterol            43                mg/dL         40 - 59
VLDL Cholesterol Cal       20                mg/dL          5 - 40
LDL Cholesterol Calc                  143        H  mg/dL          0 - 99
 Comment
    If initial LDL-cholesterol result is >100 mg/dL, assess for
    risk factors and refer to the ATP-III table below.

    Risk Category  LDL Goal  LDL Level (mg/dL)   LDL Level (mg/dL)
                   mg/dL     at which to initiate  at which to
                             Therapeutic Lifestyle  consider Drug
                             Changes (TLC)         Therapy

    CHD            <100        >100              > or =130
    2+  Risk Factors  <130     > or =130           > or =130
    0-1 Risk Factors  <160     > or =160           > or =190
RPR                           Non Reactive                Non-Reactive

LAB: MB LabCorp Birmingham         DIRECTOR: Arthur Kelly, MD
      1801 First Avenue South Birmingham, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT BRANCH: 334-792-09        205-581-35
                          LAST PAGE OF REPORT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

©2004 Laboratory Corporation of America® Hr
All Rights



Moon, James
ID: 212228

D.O.B.:
Meds:
Class:
Dr:
Tech:

52 YEARS

12/01/2004 8:20:58

| | | |
|---|---|---|
| Vent. Rate: | 55 | bpm |
| RR Interval: | 1084 | ms |
| PR Interval: | 178 | ms |
| QRS Duration: | 104 | ms |
| QT Interval: | 426 | ms |
| QTc Interval: | 418 | ms |
| QT Dispersion: | 28 | ms |
| P-R-T AXIS: 58° | -21° | 41° |

IRREGULAR SINUS BRADYCARDIA
*** INTERPRETATION MADE WITHOUT KNOWING PATIENT'S GENDER **
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE   * Unconfirmed Analysis *

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

**PHS**

Must be Complete and Legible. You must Type or P...
Please send this form with the Authorization Letter to the service provider at the tim... the Appointment

## DEMOGRAPHICS

| | | |
|---|---|---|
| Site Name & Number: **0845** | Patient Name: (Last, First) **Moon** | Date: (mm/dd/yy) **01/13/06** |
| Site Phone # **334/775-3610** | Alias: (Last, First) **James** | Date of Birth: (mm/dd/yy) ▓▓▓▓▓ |
| Site Fax # **334/775-3610** | Inmate # **212228** | PHS Custody Date: (mm/dd/yy) **08/01/0000** |
| Will there be a charge? ☑ Yes ☐ No   Sex ☑ Male ☐ Female | SS Number ▓▓▓▓▓ | Potential Release Date: (mm/dd/yy) **05/27/0025** |

Responsible party: ☐ PHS  ☐ Auto Ins.
☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )
☐ Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services):

## CLINICAL DATA

Requesting Provider: ☑ Physician ☐ NP, PA ☐ Dental

Facility Medical Director Signature and Date:
*Samuel Rayapati MD*

☐ Service meets criteria for "approval via protocol"

**History of Illness/injury/symptoms with Date of Onset:**
Follow up - Chronic / Benign
& mild - mod -
Oesophageal Stricture

Place a check mark (√) in the Service Type requested (one only) and complete additional applicable fields:

| | |
|---|---|
| ☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA) | |
| ☑ Outpatient Surgery (OS)  ☐ Dialysis (DA) | |
| ☑ Routine  ☐ Urgent | |

Estimated Date of Service (mm/dd/yy) __/__/__
(This starts the approval window for the "open authorization period")

Multiple Visits/Treatments:
Number of Visits/Treatments: _____
☐ Radiation therapy
☐ Chemotherapy
☐ Other: _____

Specialist referred to: Dr Jackson - GE.

Type of Consultation, Treatment, Procedure or Surgery:
EGD -
Benign oesophageal
Stricture

Diagnosis:
ICD-9 code: _____

You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.
☐ Pertinent Documents have been attached and faxed.

**Results of a complaint directed physical examination:**
Kept
EGD - Recommended by
GE Specialist

**Previous treatment and response (including medications):**
Recent complaints of inc -
Go difficulty in Swallowing

***For security and safety, please do not inform patient of possible follow-up appointments.**

## UM DETERMINATION:
☐ Alternative Treatment Plan (explain here):
☐ More Information Requested: (See Attached)
☐ Resubmitted with requested information.

☐ Offsite Service Recommended and Authorized

Date resubmitted: __/__/__

Regional Medical Director Signature, printed name and date required:

(mm/dd/yy)

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| t Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

Refused 01/30/06 cl

Refused 01/06/06 cl

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Egd - High Cost | Effective Dates: | 01/31/2006 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 15798902 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and**
**returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

Diagnosis: Esophagitis w/ Esophageal Stricture

Procedure: EGD w/ balloon dilatation to 15mm

Recommend: Repeat dilatation in 4 to 6 wks

call us to arrange (334) 265-3140

Nexium 40mg po qday

\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\*

Signature of Consulting Physician: _____

Date ___8/16/06___    Time ___12.00___

Reviewed and Signed By
Medical Director: _____    Date _____    Time _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

02/01/2006

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

**Montgomery Surgical Center**

**GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC EXAM**

### ESOPHAGO GASTRODUODENOSCOPY

DATE: 02/16/06

REFERRING PHYSICIAN: Jackson Health Services / Dr. Puppit Verbascom Jn.

ENDOSCOPIST: J. Jackson

ASSISTANT(S):

PRE-OP DIAGNOSIS: Esophgeal stricture

POST-OP DIAGNOSIS: Esophageal stricture due to severe erosive esophagitis

ANESTHESIA: MAC

INSTRUMENT(S): GIF 100

PROCEDURES:  ☐ Biopsy  ☐ Cytology  ☐ Polypectomy  ☐ Electrocoagulation

☐ Photo  ☐ Duodenal Drainage  ☑ Other   Balloon dilatation of esophagus

FINDINGS:

Esophagus  normal proximal
2/3 cm. Ulceration and
stricture of distal 1/3
Dilated to 15 mm
with continuous
radial expression
balloon at 7atm

Stomach and duodenum
are normal

Benign stricture

IP 2/16/06

RECOMMENDATIONS:

Repeat dilatation in 4-6 wk. PPI to manage
Nexium 40 mg po qday

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MOON, JAMES
MRN: 0009912 ID#120342
DOS: 02/16/2006
DOB: ▮▮▮▮▮▮
JACKSON, JOSEPH W

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery AL 36116
(334) 284-9600
**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours You may even experience some amnesia of the procedure

2. You are advised to rest and relax for the remainder of the day

3. You should remain in the presence of a responsible person today

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure.

5. Do not drink alcoholic beverages for at least 24 hours

6. Do not sign important documents or make important decisions for the next 24 hours.

## II. ESOPHAGOGASTRODUODENOSCOPY

1. Do not eat or drink anything until _now_ am/pm then you may begin sipping clear liquids (water, tea, soft drinks).

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water _after_ your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week. Aspirin increases the possibility of bleeding

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician

2. Special Diet Instructions (if applicable):
_____
_____
_____

## VI. MEDICATION

1. Resume your home medications.

2. Your physician has written you a prescription for the following medication(s): _recommendation_ !
   NO RX _nexium 40 mg PO q day_
   Have the prescription(s) filled and take as directed.

## VII. ADDITIONAL INSTRUCTIONS
_Repeat dilatation in 4-6 weeks. Call to arrange._

☒ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____ Date:_____ Time:_____
Dr _____ Date:_____ Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _various_
Office # _280-8880_
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____  I _Connie Dowdle_
NAME / RELATIONSHIP
_Glen Green Jr._ 1225

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

−0.75 −1.75 X 060
+1.00 −1.25 X 070

## EYE EXAMINATION SHEET

**Facility:** Ventress

**Date of Request:** 1-12-06

**Subjective:** Headache, eye hurts, 2 wks ago thrustd Lt wrist Rt eye

**Past History:** Glaucoma, Blurred vision, flatus in Lt eye

### CONSULTATION REPORT

**Snelling:**

| | W/Glasses | W/O Glasses |
|---|---|---|
| OD | 20/25 | 20/200 |
| OS | 20/25 | 20/200 |

**OPHTH & EXT:**
**Dilated Eye Exam** (YES) NO (circle one)

tectmtn @ 1030-on

RU Lat

$\uparrow 1_{OS}$  $\uparrow 4_{OO}$

X A / A t A n i g t o D  QHS

**New RX:**

OD −0.50 −1.50 X 070   20/20

OS +1.50 −0.50 X 080   20/20

**Glaucoma:** (YES) NO (circle one)

IOP: 17    25
Details:      24 #2

+2.00

A) POAG c ↑ IOP OD

P) Add 0.25 B&Lino/
↓ yrt OD QAM
K OP

K A / A t A n / C O P t/so 2 tns −OS
FOL-OO

**Cataracts:** (YES) NO (circle one) 2/14/6
**Details:**

**Frame:** PD − 66/63
**Size:**
**Color:**
**Seg Ht:** eyesize . 52

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

_____ 2/14/6
Optometrist Signature/Date

| Name | First | Middle | DOB | R/S | AIS Number |
|---|---|---|---|---|---|
| N | James | | | W/m. | 212228 |

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

*Please send this form* — m must be Complete and Legible. You must Type or — *e of the Appointment*
*the Authorization Letter to the service provider at t*

**PHS**

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| Venic VCF | Moon James | 09 22 05 |
| **Site Phone #** 334 775-8128 | **Alias:** (Last, First,) | **Date of Birth:** (mm/dd/yy) ▇▇▇▇▇ |
| **Site Fax #** 334 775-8179 | **Inmate #** 212228 | **PHS Custody Date:** (mm/dd/yy) 04,01,2000 |
| **Will there be a charge?** ☑Yes ☐No  **Sex** ☑Male ☐Female | **SS Number** | **Potential Release Date:** (mm/dd/yy) 05,27,2025 |

**Responsible party:** ☐PHS  ☐Auto Ins.    ☐Health Ins. (Excludes Medicare/Medicaid Managed Care alternative plans )    ☐Other, be specific (Excludes Medicare, Medicaid and Veterans Administration Services);

## CLINICAL DATA

**Requesting Provider:** ☐Physician  ☐NP, PA  ☐Dental

**Facility Medical Director Signature and Date:**
*Samuel Rayapati M.D.*
☐ "Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☐Office Visit (OV)  ☐X-ray (XR)  ☐Scheduled Admission (SA)
☐Outpatient Surgery (OS)  ☐Dialysis (OA)
☑Routine  ☐Urgent

**Estimated Date of Service (mm/dd/yy)** ___/___/___
**(This starts the approval window for the "open authorization period")**

**Multiple Visits/Treatments:** ☐Radiation therapy ☐Chemotherapy
**Number of Visits/Treatments:** _____ ☐Other: _____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**
Consult for EGD
previous aerophageal Benign Stricture

**Diagnosis:**
**ICD-9 code:**
You must include copies of pertinent reports such as lab results, x ray interpretations and specialty consult reports with this form
☐ Pertinent Documents have been attached and faxed.

**History of Illness/injury/sypmtoms with Date of Onset:**
Previous Bengw aerophageal Stricture,
Endo Scopy was done.

**Results of a complaint directed physical examination:**
Recent Complaint of difficulty in Swallowing especially Meat ETC.

**Previous treatment and response (including medications):**
on Zantac - (non-Compliant)

***For security and safety, please do not inform patient of possible follow-up appointments***

**UM DETERMINATION:**  ☐Offsite Service Recommended and Authorized
☐Alternative Treatment Plan (explain here):
☐More Information Requested: (See Attached)
☐Resubmitted with requested information.
**Date resubmitted:** ___/___/___

**Regional Medical Director Signature, printed name and date required:**

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | CPT code: | UR Auth #: |
|---|---|---|---|

05a - UM Referral review form

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

## INPA     ENT NOTIFICATION FORM

Form must be complete and Legible prior to processing. YOU MUST PRIN
This form will be returned to you unless all starred (*) fieds are completed



### GENERAL

| Site Name & Number: | Site Phone # | Site Fax # |
|---|---|---|
| VENTRESS-0845 | 334-775-8178 | 3334-775-8178 |

| *Inmate name | | | *Today's Date (mm/dd/yy) |
|---|---|---|---|
| Last *Moon* | First *James* | M.I. | 02.27.05 |

| Alias Inmate Name | | | *Date of Birth: (mm/dd/yy) |
|---|---|---|---|
| Last | First | M.I. | ▓▓▓▓▓▓▓ |

| *Inmate Number | *SS Number | *PHS Custody Date (mm/dd/yy) |
|---|---|---|
| 212228 | ▓▓▓▓▓▓▓ | __ / __ / __ |

| *Sex | *Potential Release Date (mm/dd/yy) |
|---|---|
| ☒ Male   ☐ Female | __ / __ / __ |

| *Responsible party: | ☐ PHS  ☐ Auto Ins. | ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans) ☐ Other, be specific (Excludes Medicare and Medicaid):_____ |
|---|---|---|

### DIAGNOSIS

**MEDICAL**

☐ Acute Coronary Syndrome   ☐ Chemotherapy   ☐ Congestive Heart Failure   ☐ Hemorrhage of GI Tract

☐ HIV Disease   ☐ Acute Pancreatitis   ☐ Acute Renal Failure   *Chest pain ? epigastric*

☐ Seizure Disorder   ☐ Pneumonia   ☐ Alcohol Withdrawal Delirium

**SURGERY**

☐ Abdominal Pain   ☐ Pneumothorax   ☐ Intestinal Obstruction

☐ Acute Appendicitis   ☐ Biliary Disease

**OB/GYN**

☐ Labor   ☐ Ectopic Pregnancy

☐ Menorrhagia

**TRAUMA**

☐ Facial Fracture   ☐ Long Bone Fracture

**OTHER** (Less common Medical, Surgical and OB/GYN diagnosis)

### REFERRAL INFORMATION

*Referring or Authorizing provider: *Dr Rajapati*

*Hospital: *Bullock County Hospital*   *Hospital Telephone Number: *334 775-3351*

*Location: *Union Springs, Al*

### SERVICE

*Primary Diagnosis:

*Transportation (check one): ☐ 911 ☐ Ambulance   ☐ Custody ☐ Air Ambulance ☐ Other (specify) _____

*Date of Admission: (mm/dd/yy) ___ / ___ / ___

### OTHER COMMENTS

*Recent History of Illness/Injury, etc.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO-COPIED

Signature:                              Printed Name:

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| UR Auth #: | Notes: | Initials: |
|---|---|---|



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840    334-265-31 M O

December 9, 2004

Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:    Medical Records, Ventress Correctional Facility

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Moon, James C.
379 Hwy 239
P.O.Box 767
Clayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**Montgomery Surgical C**
GASTROINTESTINAL
ENDOSCOPY & DIAGNOSTIC ,

### ESOPHAGO GASTRODUODENOSCOPY

DATE: _12.9 04_

REFERRING PHYSICIAN: _Dr Rzyzoti_

ENDOSCOPIST: _S Smith_

ASSISTANT(S):

PRE-OP DIAGNOSIS: _Esophgeal Stricture_

POST-OP DIAGNOSIS: _Severe erosive esophgtis / esophgeal Stricton_

ANESTHESIA: _MAC_

INSTRUMENT(S): _GIF 100_

PROCEDURES:  ☑ Biopsy   ☐ Cytology   ☐ Polypectomy   ☐ Electrocoagulation

☐ Photo   ☐ Duodenal Drainage   ☐ Other

FINDINGS:

_Esophgus - Ulceration and_
_Stricture of the distal_
_esophgus,_

_Stomach - normal_

_Duodenus - normal_

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

RECOMMENDATIONS:

1. _Intensive Anti reflux therapy with PPI's_
   _for 3 months_

2. _Repeat EGD in 3 month after_
   _beginning therapy_

_Joseph W Jackson_

# PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Endoscopy - High Cost | Effective Dates: | 11/02/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14353607 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

---

## The consulting physician should complete this section.
## The completed form will be sealed in the attached envelope and
## returned with an officer to the correctional facility.

### Clinical Summary or Attached Report

Dx: Severe erosive esophagitis / esophageal stricture

Plan: Recommend intensive PPI therapy — (Nexium, Aciphex etc.)
twice daily for 8 to 12 wks

Discontinue NSAID's

Repeat EGD in 8 to 12 wks

NOT FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**\*\*\* For security and safety, please do not inform patient of possible follow-up appointments. \*\*\***

| Signature of Consulting Physician: | Date: 12/9/04 | Time: 1205 |
|---|---|---|
| Reviewed and Signed By Medical Director: | Date: | Time: |



# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

December 9, 2004



Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:    Medical Records, Ventress Correctional Facility

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

Form must be Complete and Legible. You must Type or Print
*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

**PHS**

## DEMOGRAPHICS

| | | |
|---|---|---|
| **Site Name & Number:** VENTRESS-0845 | **Patient Name: (Last, First,)** Moon James | **Date: (mm/dd/yy)** 10.28.04 |
| **Site Phone #** 334-7758178 | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** ███████ |
| **Site Fax #** 334-775-8178 | **Inmate #** 212228 | **PHS Custody Date: (mm/dd/yy)** 09.11.00 |
| **Will there be a charge?** ☒Yes ☐No  **Sex** ☒Male ☐Female | **SS Number** _____ | **Potential Release Date: (mm/dd/yy)** 5.27.25 |

**Responsible party:** ☒PHS  ☐Auto Ins.  ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans )  ☐ Other, be specific (Excludes Medicare and Medicaid):_____

## CLINICAL DATA

**Requesting Provider:** ☒Physician  ☐ NP, PA  ☐ Dental

GE — Smith M.D./Dr Jackson

**Facility Medical Director Signature and Date:**

Dr Rayafati 10-28-04

☐ Service meets criteria for "approval via protocol"

**Place a check mark (√) in the Service Type requested (one only)
and complete additional applicable fields.**

☐ Office Visit (OV)  ☐ X-ray (XR)  ☐ Scheduled Admission (SA)
☒ Outpatient Surgery (OS)  ☐ Dialysis (DA)

☐ Routine  ☐ Urgent

**Estimated Date of Service (mm/dd/yy)** 12.09.04
(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:**  ☐ Radiation therapy  ☐ Chemotherapy
**Number of Visits/Treatments:** _____  ☐ Other:____

**Specialist referred to:** Dr Jackson-Digestive Gastroenterologist Disorders
**Type of Consultation, Treatment, Procedure or (Surgery):**

EGD c̄ Dilatation

**History of illness/injury/sypmtoms with Date of Onset:**
Dx: aesophageal stricture lower end— MW visit to GE for EGD and Dilatation of stricture.

**Results of a complaint directed physical examination:**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Previous treatment and response (including medications):**
Zantac 300mg ī po Qhs
Reglan 10mg ī po Bid

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form**
☐ Pertinent Documents have been attached and faxed.

***For security and safety, please do not inform patient of possible follow-up appointments***

| **UM DETERMINATION:** | ☐ Offsite Service Recommended and Authorized |
|---|---|
| ☐ Alternative Treatment Plan (explain here): | |
| ☐ More Information Requested: (See Attached) | |
| ☐ Resubmitted with requested information. | **Date resubmitted:** ___/___/___ |

**Regional Medical Director Signature, printed name and date required:**
_____ ___/___/___ (mm/dd/yy)

*Faxed 10-28-04 BC*

**Do not write below this line. For Case Manager and Corporate Data Entry ONLY.**

| **Cert Type:** | **Med Class:** | **UR Auth #:** 14353607 |
|---|---|---|

UM Referral review form 2-05-2004

Moon, James C.
379 Hwy 239
P. O. Box 767
ayton AL 36016

12-09-04
10120342
JACKSON, M.D.,

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, AL 36116
(334) 284-9600

**POST -ENDOSCOPY CARE**
DISCHARGE INSTRUCTIONS - GASTROENTEROLOGY

## I. GENERAL INSTRUCTIONS

1. The medication given to you will slow your reaction time even though you make think your reaction time is normal. Also, you may feel light-headed for several hours. You may even experience some amnesia of the procedure.

2. You are advised to rest and relax for the remainder of the day.

3. You should remain in the presence of a responsible person today.

4. Do not drive a motor vehicle, operate hazardous equipment or appliances for at least 24 hours following the procedure

5. Do not drink alcoholic beverages for at least 24 hours.

6. Do not sign important documents or make important decisions for the next 24 hours.

## ESOPHAGOGASTRODUODENOSCOPY

*(CAN eat or drink Now)*

1. Do not eat or drink anything until _____ am/pm then you may begin sipping clear liquids (water, tea, soft drinks)

2. If you are not experiencing any difficulty in swallowing the liquids, your gag reflex has returned and you may begin eating.

3. You may have a sore throat for a few hours but may use throat lozenges or gargle with warm water _after_ your gag reflex has returned.

4. Notify your physician if you experience any of the following:
   a. Chest or abdominal pain.
   b. Difficulty swallowing
   c. Fever - 100 or above
   d. Persistant nausea and vomiting

## III. COLONOSCOPY

1. It is common to expell flatus (gas or air) following this procedure.

2. Lying on your left side or walking often aids in expelling flatus

3. Notify your physician if you experience any of the following:
   a. abdominal discomfort that worsens
   b. fever - 100 or greater
   c. rectal bleeding

## IV. POLYPECTOMY

1. You should not strain or lift for 2 weeks

2. Do not take any laxatives or use an enema for at least 14 days.

3. Blood may be seen in your first bowel movement. Call your physician if the bleeding is excessive or persistent.

4. Avoid the use of aspirin products for at least one week Aspirin increases the possibility of bleeding.

## V. DIET

1. You may resume a normal diet unless a special diet has been prescribed by your physician.

2. Special Diet Instructions (if applicable):
   _____
   _____
   _____

## VI. MEDICATION

1. Resume your home medications

2. Your physician has written you a prescription for the following medication(s):_____
   _____
   _____

   Have the prescription(s) filled and take as directed

## VII. ADDITIONAL INSTRUCTIONS

_____

☐ No specimen was taken
☐ A specimen was taken
Your physician will discuss with you the results of specimens taken.

Please keep your follow-up appointment(s):
Dr _____Date:_____Time:_____
Dr _____Date:_____Time:_____

## VIII. PHONE NUMBER

In case of an emergency call:
Dr. _Jackson_
Office # _288-8840_
Montgomery Surgery Center - 284-9600
I hereby acknoledge and understand these written and verbal discharge instructions given

_____
NAME / RELATIONSHIP          12/9/04

_____
NURSE / TIME

*Don't take ASA FOR PROFESSIONAL USE ONLY CONFIDENTIAL — DO NOT PHOTO COPY*

MS-114    1/03    PRINTED BY CREATIVE PRINTING - 281-1315

**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**

# CONSULTATION REQUEST

DATE: _10-26-04_

PATIENT: _Moon_ _James_ _C_
            LAST NAME       FIRST       MIDDLE

SSN: _____     DOB: ___/___/___

INSURANCE: _____     POLICY #: _____

GROUP #: _____     OTHER: _____

Consult Requested With: _Joseph W. Jackson_

Provisional Diagnosis: _Esophageal Stricture_

Reason for Request: _This patient was referred
for evaluation. He has symptoms
of esophageal stricture. Please contact
my office to schedule for EGD
and dilatation_

Tests that have been ordered:

Labs: _____

X-rays: _____

Other: _____

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Appointment: _____

Please notify this office if the patient is unable to keep his or her appointment for any reason.

Please fax copies of the initial consultation report to (334) 288-4465.
If you require additional information, contact us at (334) 288-8840.

**JOSEPH W. JACKSON, M.D.**
**DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC**
**2055 NORMANDIE DR., SUITE 200**
**MONTGOMERY, AL 36111**



DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES, PC
DR. JOSEPH W. JACKSON
<u>ENDOSCOPY ADMISSION ORDERS</u>

Date: _____    Name: *Mond, James*

Allergies: *NKA*

Admitting MD:  Dr. Joseph W. Jackson

Admitting Diagnosis: *Dysphiga / Esophageal Reflux*

Condition: *Stable*

**<u>Please follow the orders that have been checked.</u>**

Procedure:
- ☑ EGD    ☐ Colonoscopy    ☐ ERCP    ☐ Small bowel endoscopy
- ☐ Esophageal motility    ☐ Esophageal motility with Tensilon stimulation
- ☐ Other: _____

Please obtain a permit for the procedure(s) checked above.

Vital signs: On admissions and q *30*  ☐ minutes or ☐ hours.

Admission Laboratory
- ☐ 1. CBC
- ☐ 2. PT/PTT
- ☐ 3. Electrolytes, BUN, Creatinine, Calcium, Magnesium, Phosphorus
- ☐ 4. SGOT(AST), SGPT(ALT), ALK PHOS, GGT, Albumin, Total protein, T. Bilirubin
- ☐ 5. Amylase, Lipase
- ☐ 6. Pre procedure Ultrasound of Gallbladder, liver and pancreas
     Diagnosis: _____
- ☐ 7. Chest X-ray PA and lateral
- ☐ 8. EKG

IV Fluid:
- ☐ D5W    ☐ Normal saline    ½ Normal saline
- ☐ Other: _____
- Infusion rate: ☐ KVO    _____ cc/hr
- Add: _____

Pre-procedure medication:
- ☐ _____
- ☐ _____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Pre-procedure antibiotics:
- ☐ Ampicillin: _____
- ☐ Gentamicin: _____
- ☐ Vancomycin: _____
- ☐ Other: _____

Signed: *Joseph W Jackson    MD*

*Please read*

## EGD AND ERCP INSTRUCTIONS

*Please call*

You have been scheduled for an EGD or ERCP. The examination is on _Please call_ _____ at **7:00 AM**. The procedure will be performed at _Montgomery Surgical Center_. We advise that you go to be pre-admitted prior to the day of your procedure.

**SPECIAL INSTRUCTIONS:**
1. Do not eat, drink, or chew anything after midnight on the day before your procedure.
2. Please report to the hospital admissions desk or outpatient department by 7:00 AM on the day of your procedure.
3. You must have an adult present in the building throughout your procedure until your discharge.
4. Be prepared to stay at the hospital or outpatient center until at least 1:00 PM.
5. Make sure you have an adult to drive you home after your procedure

Patients on medication for hypertension (high blood pressure), seizures, or heart disease should take the morning dosage the day of the procedure with a **very small amount** of water.

If you are taking Arthritis Medication or Blood thinners (such as: Aspirin, Coumadin, Plavix, Aggrenox, Heparin, Motrin, Ticlid, Pletal, Lovenox, Ecotrin, and others) please stop taking them **5 days before the test**. If a polyp is removed or biopsy is taken during your procedure, you should resume your Blood thinners __10__ days after your test.

If you are a diabetic taking insulin, take **1/2** of your morning dosage on the day of your procedure.

**If you have any questions, call our office at (334) 288-8840**

JOSEPH W. JACKSON, M.D.
DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES
2055 NORMANDIE DR., SUITE 200
MONTGOMERY, AL 36111

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED



DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES, PC

**MONTGOMERY SURGICAL CENTER**
855 East South Boulevard
Montgomery, Al 36116
(334) 284-9600

Name _James Moon_ _____ Date _____

### HISTORY AND PHYSICAL EXAMINATION

Chief Complaint _Dysphagia_

History of Present Illness: _Patient with 2yr hx of dysphagia, regurgitation and heartburn. He has no wt loss_
_Hx of ethos abuse & alcohol abuse_

Past Medical History: | Yes | No | Comment
--- | --- | --- | ---
Renal Failure | | ✓ |
Diabetes | | ✓ |
Heart Disease | | ✓ |
Asthma | | ✓ |
High Blood Pressure | | ✓ |
Cancer | | ✓ |
Other | ✓ | | _Glaucoma / Depression_
Surgeries | | ✓ |
Hospitalization | | |

Family History: | Yes | No | Comment
--- | --- | --- | ---
Anesthetic Complications | | ✓ |
Bleeding Tendencies | | ✓ |

Medication Patient Presently Taking: _Reglan / Vistaril / Zantac_

Allergies: _NKA_

PHYSICAL EXAMINATION:

Ht _____ Wt _____ BP _____ / _____ Pulse _____ Resp _____ Temp _____
HEENT _N_
Neck _N_
Chest _N_
Heart _N_
Abdomen _N_
Genitalia
Rectal
Extremities
Neurological
Other
General Appearance

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis: _Esophageal stricture_

Plan of Treatment: _EGD_

_____ M.D.

MSC-117    Printed by Creative Printing 261-1315