EXHIBIT A-3

# PRISON HEAL SERVICES: AUTHORIZAT N LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Office Visits: Outpatient G.I. Consult | Effective Dates: | 08/25/2004 |
| Effective: | Visits authorized for 60 days from effective date | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14128591 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule") Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

***** For security and safety, please do not inform patient of possible follow-up appointments. *****

Signature of Consulting Physician: Date Time

[illegible]wed and Signed By M[illegible]ical Director: Date Time

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Moore James | 08/24/04 |
| **Site Phone #** | **Alias: (Last, First)** | **Date of Birth: (mm/dd/yy)** |
| 334-7758178 | | [redacted] |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 | 212228 | 09/11/00 |
| Will there be a charge? ☒ Yes ☐ No — Sex ☒ Male ☐ Female | **SS Number** ___-__-____ | **Potential Release Date: (mm/dd/yy)** __/__/__ |

**Responsible party:** ☒ PHS ☐ Auto Ins. ☐ Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) ☐ Other, be specific (Excludes Medicare and Medicaid):____________

## CLINICAL DATA

**Requesting Provider:** ☒ Physician ☐ NP, PA ☐ Dental

Gastroenterology (Dr Rayapati)

**Facility Medical Director Signaure and Date:**

Samuel Rayapati, M.D

☐ Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

☑ Office Visit (OV) ☐ X-ray (XR) ☐ Scheduled Admission (SA)
☐ Outpatient Surgery (OS) ☐ Dialysis (DA)

☒ Routine ☐ Urgent

Estimated Date of Service (mm/dd/yy) 1/02/4/04

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** ☐ Radiation therapy ☐ Chemotherapy
**Number of Visits/Treatments:** ______ ☐ Other:________

**Specialist referred to:** Gastroenterologist Dr Whytt

**Type of Consultation, Treatment, Procedure or Surgery:**

**History of illness/injury/sypmtoms with Date of Onset:**

H/O GERD - Chronic upper GI Series Revealed, aerophageal stricture, and a small duodenal diverticulum found, Enclosed Report.

**Results of a complaint directed physical examination:**

Abd. Exam - NL - patient c/o feeling food stagnating on ~~acro~~ the throat -

**Previous treatment and response (including medications):**

Zantac 300mg po HS
Reglan 10mg po Bid

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

☐ Pertinent Documents have been attached and faxed.

*****For security and safety, please do not inform patient of possible follow-up appointments*****

**UM DETERMINATION:** ☐ Offsite Service Recommended and Authorized

☐ Alternative Treatment Plan (explain here):

☐ More Information Requested: (See Attached)

☐ Resubmitted with requested information. Date resubmitted: __/__/__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Regional Medical Director Signature, printed name and date required:

__/__/__ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 1412859 |
|---|---|---|

Faxed 8-24-04 BL



**DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES**

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

10-04-04

Mr. James Moon
379 Hwy 239
Clayton, AL 36016

Dear Mr. Moon:

Dr. ______________ has arranged for you to be seen by Dr. Jackson at our office in Montgomery.

The appointment has been scheduled for 10-26-04 at 345pm

We are located in the Normandie Medical Building, behind Baptist Medical Center South.

Please complete the enclosed information and bring your insurance card(s) and driver's license with you for the appointment.

You will not have a procedure during this visit that requires you to fast. However you will undergo a physical examination by Dr. Jackson.

This time has been allotted for you. If you are unable to keep your appointment, please give us at least 24 hours notice. If we do not hear from you, there will be a $25.00 charge.

We look forward to seeing you. If you have any questions, please give us a call.

Sincerely,

Cecily D. Jackson
Practice Manager

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

 **DIGESTIVE DISORDERS AND LIVER DISEASE ASSOCIATES**
*JOSEPH W. JACKSON, M.D.*

***PATIENT INFORMATION SHEET*** DATE: Oct 10, 2004

PATIENT: Moon (LAST NAME) James (FIRST) Moon (MIDDLE)

SOCIAL SECURITY #: [redacted]7 DATE OF BIRTH: [redacted]

SEX: (Male) Female MARITAL STATUS: Single Married (Divorced) Widowed AGE: 52

ADDRESS: Ventress Prison - 379 Hwy 239 (STREET) (APT#)

Clayton, Al, 36016 (CITY) (STATE) (ZIP)

HOME PHONE: (334) 775-8178 DRIVER'S LICENSE #: ——

REFERRED BY: Dr Rayapati

OCCUPATION: NA

EMPLOYER: NA WORK PHONE: ( )

EMPLOYER'S ADDRESS: NA (STREET) (APT#)

NA (CITY) (STATE) (ZIP)

SPOUSE'S NAME: NA

SPOUSE'S EMPLOYER: NA WORK PHONE: ( —— ) ——

SPOUSE'S EMPLOYER ADDRESS: ——

NEAREST RELATIVE OR FRIEND NOT LIVING WITH YOU: ——

RELATIONSHIP TO PATIENT: —— PHONE: ( —— ) ——

***MEDICAL INSURANCE***

PRIMARY INSURANCE COMPANY: Prison Health Services

POLICY NUMBER: GROUP NUMBER:

INSURED PARTY: DOB: / / SSN:

MEDICARE NUMBER: MEDICAID NUMBER:

SECONDARY INSURANCE COMPANY:

POLICY NUMBER: GROUP NUMBER:

INSURED PARTY: DOB: / / SSN:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

***RESPONSIBLE PARTY***

*(PLEASE COMPLETE THIS SECTION IF SOMEONE OTHER THAN THE PATIENT IS RESPONSIBLE FOR THE BILL)*

NAME: PHONE H: ( ) W: ( )

ADDRESS:

EMPLOYER: EMPLOYER ADDRESS:

I certify the above information to be accurate to the best of my knowledge. If this information is to change or is incorrect, I will notify Digestive Disorders and Liver Disease Associates.

James C. Moon (SIGNATURE OF PATIENT OR LEGAL GUARDIAN) Oct 10, 2004 (DATE)

PHS PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# EYE CHART

| | |
|---|---|
| Date Time | 10-8-04 |
| Visual Requiremnts | |
| Other Visual Requirements | |
| Previous Eye History | |
| Chief Visual Complaints | |
| Detailed History | Glaucoma OD |
| General Health | Xalatan q hs (R) LAST LAST |
| External Examination | NGcle |
| Internal Examination | T A OD 16 OS 16 |
| Visual Field Screening | OD 20/70 OS 20/70 OU 20/40 s glasses |
| Tonometry | |
| Instrument / | OD OS |
| V.A. (Habitual) Dist. | OD OS OU |
| Near | OD OS OU |
| Dominance / Test | / |
| Pupillary Reflexes | Size / Light / Consensual / Near |
| Tests for Squint | Inspection / Cover / Corneal Reflex |
| PD / PP Conv | |
| PP Acc | |
| ...ons | |
| Rotations / Fixations | |

| OLD RX Worn from | | | | to | |
|---|---|---|---|---|---|
| Sph. | Cyl. | Axis | Prism | Base | Add |
| | | | | | |
| | | | | | |

OD OS

OD OS

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| | | | |

CONTINUE

Xalatan q hs OD

Xlamoj

IOP VC

[signature] 10/8/04

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

52 yo.

| INMATE NAME (LAST FIRST MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | [redacted] | B/M | Ventress |

PHS-MD-70000



**Advanced Medical**
**Imaging Center**

Advanced Medical Imaging Center
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
DOB: [redacted]
Account#: 881724
Chart#: 70550
Exam: UPPER GI/BARIUM SWALLOW 08-12-04

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction This is probably on the basis of reflux

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED
8-17-04

# PRISON HEA[illegible] I SERVICES: AUTHORIZAT[illegible]N LETTER

| | | | |
|---|---|---|---|
| **Patient Name:** | Moon, James | **Inmate Number:** | 212228MO |
| **Service Authorized:** | X-Ray: Upper Gi (Barium Swallow) | **Effective Dates:** | 08/06/2004 |
| **Effective:** | Visits authorized for 60 days from effective date | **Visits Authorized:** | 1 |
| **Responsible Facility:** | Ventress Correctional Facility | **Contact Name:** | Michelle Pope |
| **Authorization Number:** | 14059815 | **Telephone Number:** | (334)395-5973 Ext 14 |

**Note to Provider of Services:**

- **Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.**
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

**For Payment Please Submit Claims To:**

Prison Health Services
P O Box 967
Brentwood, TN 37024-0967

**The consulting physician should complete this section.**
**The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.**

**Clinical Summary or Attached Report**

***** For security and safety, please do not inform patient of possible follow-up appointments. *****

Signature of Consulting Physician: ____________ Date ____________ Time

Reviewed and Signed By Medical Director: ____________ Date ____________ Time

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

# UTILIZATION MANAGEMENT REFERRAL REVIEW FORM

PHS

Form must be Complete and Legible. You must Type or Print

*Please send this form with the Authorization Letter to the service provider at the time of the Appointment*

## DEMOGRAPHICS

| Site Name & Number: | Patient Name: (Last, First,) | Date: (mm/dd/yy) |
|---|---|---|
| VENTRESS-0845 | Moon James | 08 05 04 |
| **Site Phone #** | **Alias: (Last, First,)** | **Date of Birth: (mm/dd/yy)** |
| 334-7758178 | | [redacted] |
| **Site Fax #** | **Inmate #** | **PHS Custody Date: (mm/dd/yy)** |
| 334-775-8178 | 212228 | 09 11 02 |
| **Will there be a charge?** [X] Yes [ ] No — **Sex** [X] Male [ ] Female | **SS Number** ___-__-____ | **Potential Release Date: (mm/dd/yy)** 05 27 2025 |

**Responsible party:** [X] PHS [ ] Auto Ins. [ ] Health Ins.(Excludes Medicare/Medicaid Managed Care alternative plans ) [ ] Other, be specific (Excludes Medicare and Medicaid):

## CLINICAL DATA

**Requesting Provider:** [X] Physician [ ] NP, PA [ ] Dental

Radiology

**Facility Medical Director Signaure and Date:**

Samuel Rayapati MD

[ ] Service meets criteria for "approval via protocol"

**Place a check mark (✓) in the Service Type requested (one only) and complete additional applicable fields.**

[ ] Office Visit (OV) [X] X-ray (XR) [ ] Scheduled Admission (SA)

[ ] Outpatient Surgery (OS) [ ] Dialysis (DA)

[X] Routine [ ] Urgent

Estimated Date of Service (mm/dd/yy) 08 12 04

(This starts the approval window for the "open authorization period")

**Multiple Visits/Treatments:** [ ] Radiation therapy [ ] Chemotherapy [ ] Other:_______

**Number of Visits/Treatments:** _____

**Specialist referred to:**

**Type of Consultation, Treatment, Procedure or Surgery:**

UGI Series — c̄ Esophagogram —

**You must include copies of pertinent reports such as lab results, x-ray interpretations and specialty consult reports with this form.**

[ ] Pertinent Documents have been attached and faxed.

**History of illness/injury/sypmtoms with Date of Onset:**

Chr. Case of PUD - c/o choking foreign body feeling in the throat, c̄ vomitings - IM observed in infirmary for

**Results of a complaint directed physical examination:**

vomitings but none recorded — IM Nutritional Status unchanged

**Previous treatment and response (including medications):**

on antacids — and Reglan — but IM continue to complain as above —

*****For security and safety, please do not inform patient of possible follow-up appointments*****

**UM DETERMINATION:** [ ] Offsite Service Recommended and Authorized

[ ] Alternative Treatment Plan (explain here):

[ ] More Information Requested: (See Attached)

[ ] Resubmitted with requested information. Date resubmitted: __/__/__

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Regional Medical Director Signature, printed name and date required:**

___/___/___ (mm/dd/yy)

Do not write below this line. For Case Manager and Corporate Data Entry ONLY.

| Cert Type: | Med Class: | UR Auth #: 14059815 |
|---|---|---|

Faxed 8-05-04 BL

UM Referral review form 2-05-2004



PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS

# EYE CHART

| Field | Entry |
|---|---|
| Date Time | |
| Visual Requiremnts | |
| Other Visual Requirements | |
| Previous Eye History | Blood vessel burst (R) eye |
| Chief Visual Complaints | |
| Detailed History | Glaucoma OD |
| General Health | |
| External Examination | Xalatan got drops last night |
| Internal Examination | |
| Visual Field Screening | OD 20/70 OS 20/50 |
| Tonometry Instrument / | OD OS |
| V.A. (Habitual) Dist. | OD OS OU |
| Near | OD OS OU |
| Dominance / Test | / |
| Pupillary Reflexes | Size; Consensual; Light; Near |
| Tests for Squint | Inspection; Cover; Corneal Reflex |
| PD / PP Conv | |
| [illegible]c | |
| Versions | |
| Rotations / Fixations | |

OLD RX Worn from to

| Sph. | Cyl. | Axis | Prism | Base | Add |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

Ta 17/17 continue meds as noted

OD OS

OD OS

| DATE | CHARGE | PAID | BAL DUE |
|---|---|---|---|
| | | | |

IOP ✓ < 6 wks

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTO COPIED

[signature] 6/11/4

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| [handwritten name] James | [illegible] | [redacted] | W/M | VCF |

3/22

# IN TITUTIONAL EYE CA E

P.O. F .. 390
Lewisburg, PA
(570) 523-34..
FAX (570) 524-2817

PATIENT: MOON, JAMES

NUMBER: 21228

DATE: 3/22/2004

VENT

INSTITUTION: VENTRESS CORRECTIONAL

| | SPHERE | CYLINDER | AXIS | PRISM | BASE |
|---|---|---|---|---|---|
| OD | -0.75 | -1.75 | 60 | 0 | |
| OS | 1.00 | -1.25 | 70 | 0 | |

| | ADD | HEIGHT | DIST PD | NEAR PD |
|---|---|---|---|---|
| OD | 2.25 | 23 | 66 | 63 |
| OS | 0.00 | 0 | 0 | 0 |

LENS COLOR/COATINGS: Clear

FRAME: NICK

STYLE:

FRAME COLOR: GREY

SIZ: 52

DROP BALL:

FINAL INSPECTION:

| | |
|---|---|
| LENSES: | $9.86 |
| FRAME: | $3.49 |
| OVERSIZE: | $0.00 |
| TINT/PGX: | |
| POLYCARB: | $0.00 |
| DIOPTERS: | $0.00 |
| PRISM: | $0.00 |
| CASE: | |
| OTHER: | |
| S/H: | $1.35 |
| TOTAL DUE ($): | $14.70 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

-ETY NOTICE:
s meet or exceed American National Standard Z80.1 and FDA 21CFR Sec 801 410 for impact resistance but are not or shatterproof. Of all the materials that lenses can be made co... ...e most impact resistant

... force, the lenses can break into sharp pieces that can inju... the eye, or blindness. Even if the lenses do not break ...pact may cause the lenses or spectacle frame to contact the ...ing area causing injury

- The continued impact resistance of your lenses depends on how well you protect them from physical shocks and abuse. For your own protection, scratched or pitted lenses should be replaced immediately

-If your occupational or recreational activities expose you to the risk of flying objects or physical impacts, your eye safety requires special safety spectacles with safety lenses, side shields, goggles and/or a full face shield.



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

# RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, Moon, James # 212228
(Print Name) (Doc#)

acknowledge receipt of the following medical equipment or appliance:

( ) Splint
(X) Eyeglasses
( ) Dentures
( ) Prothesis describe ______
( ) Wheelchair
( ) Cane
( ) Crutches
( ) Other describe ______

CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition

X James Moon 4-14-04
(Inmate) (Date)

F. Smith [signature] 4-14-04
(Witness) (Date)

| INMATE NAME (LAST FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | | | VCF |

PHS-MD-70005 (White – Medical File, Yellow – Security Property Officer)

# EYE EXAMINATION SHEET

| TO: (Service Physician) | FROM: (Requesting Ward, Med Fac Phys.) | Date of Request: |
|---|---|---|
| Dr. Bradford | Ventress | 3/12/04 |

Reason For Request: (Complaints and Finding)

IOP ✓

Xalatan
last drops: last night
QHS OD

Past History Glaucoma OD

Old Rx

Signature C. Hunter, LPN

Type of Consult ☐ Emergency ☒ Routine

CONSULTATION REPORT

Subjective: OD 20/100
OS 20/40

OPHTH: R 50% c/d / wnL
L 30% c/d / wnL

New Rx: OD
OS

Seg Ht. 23

Ext:
Date Dispensed & Initials:

Seg. Type: -075 -175 +060
+100 -125 +070 / +206
uld 66/63

IOP & Time:

Frame:
Size:
Color:

Ta 15/16

continue meds as noted

52/18/145

[signature] 3/12/04

OPTOMETRIST'S SIGNATURE

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| Patients Last Name | First | Middle | Age | R/S | I D No. |
|---|---|---|---|---|---|
| Moon, Ja[illegible] | | | 57 | W/M | 212228 |

F-65 Rev. (1-95)

Facility Name: VCF

Month/Year of Charting:

Cough tab 600mg i po BID x 5 days

Hour: 3Am, 3Pm (line drawn from day 2 through day 9/10)

Start Date: 3/29/06
Stop Date: 4/02/06
Prescriber: Rajagopal
RX #

Prilosec OTC 20mg tab take 1 po qhs x 90d.

Hour: 9pm (arrow from day 1 to day 6)

28 tabs given 4/15/06
James E. Moore

Start Date: 4-6-06
Stop Date: 7-6-06
Prescriber: Dr Rajagopal/tw
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

Start Date:
Stop Date:
Prescriber:
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date:
Stop Date:
Prescriber:
RX #:

Diagnosis: PGII QII

Allergies:

Housing Unit:
Patient ID Number: 212228
Patient Name: [illegible]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Reeker | KR | JM Cody | JM |
| | | K Johnson NP | KJ |
| | | M Barefield | MB |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 04/06

| Medication | Hour | Dates 1–31 |
|---|---|---|
| zantac 150MG Tab 90.00<br>Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime | K 9Am<br>O<br>P 9Pm | |
| Start Date: 11-07-2005<br>Stop Date: 05-05-2006 | Prescriber: Rayapati, Samuel<br>RX #: 250857772 | |
| Prilosec OTC 20MG Tab 2<br>Take 1 tablet(s) by mouth at bedtime | K<br>O<br>P | #28 given 3/23/06<br>See MAR #7 |
| Start Date: 01-19-2006<br>Stop Date: 04-18-2006 | Prescriber: Rayapati, Samuel<br>RX #: 251086375 | |
| Xalatan 0.005% Solution 1<br>Place 1 drop(s) in right eye at bedtime | K<br>O<br>P | |
| Start Date: 02-16-2006<br>Stop Date: 08-14-2006 | Prescriber: Murray, Daniel<br>RX #: 251179933 | |
| 0.25 Betamol opth i gtt OD @ Am x 180 days | K<br>O<br>P | 1 bottle given 3/29/06 |
| Start Date: 2-16-06<br>Stop Date: 8-14-06 | Prescriber: Rayapati<br>RX #: | |
| Flexeril 10mg i PO TId x 3 days | 3A<br>9A<br>3P | |
| Start Date: 3-29-06<br>Stop Date: 4-01-06 | Prescriber: Rayapati<br>RX #: | |
| Tylenol 325 ii PO BID x 5 days | 3A<br>3P | |
| Start Date: 3-29-06<br>Stop Date: 4-02-06 | Prescriber: Rayapati<br>RX #: | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|---|
| Pg I q II | K. Lee LPN | K | [signature] | [initials] |
| Allergies | | | T Johnson LPN | |
| | | | M Manyfield | MB |

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James
Date of Birth: [redacted]

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
Other



Facility Name: Ventress Correctional Facility

Month/Year of Charting: 03/06

**zantac 150MG Tab 90.00**

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

Hour: 9Pm

Start Date: 11-07-2005
Stop Date: 05-05-2006
Prescriber: Rayapati, Samuel
RX #: 250857772

**Prilosec OTC 20MG Tab 2**

Take 1 tablet(s) by mouth at bedtime

Hour: K, O, P, 9PM

28# given 3/12/3/06 FV
X James C. Moon

Start Date: 01-19-2006
Stop Date: 04-18-2006
Prescriber: Rayapati, Samuel
RX #: 251086375

**Xalatan 0.005% Solution 1**

Place 1 drop(s) in right eye at bedtime

Hour: K, 9P

Start Date: 02-16-2006
Stop Date: 08-14-2006
Prescriber: Murray, Daniel
RX #: 251179933

**0.25 Betimol opth i gtt OD @ AM X 180 days**

Hour: K, 6P

1 Bottle given 3/29/06 FV
X James C Moore 212228

Start Date: 2-16-06
Stop Date: 8-14-06
Prescriber: Murray
RX #:

**Flexeril 10mg i po Tid X 3d**

Hour: 3A, 9A, 3P

Start Date: 3-29-06
Stop Date: 4-01-06
Prescriber: ~~Rayapati M.D~~ Floyd CRNP
RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Tylenol 325mg ii po Bid X 5d**

Hour: 3A, 3P

Start Date: 3-29-06
Stop Date: 4-02-06
Prescriber: Floyd CRNP
RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|---|
| | K. Leon | KL | [signature] | [illegible] |
| Allergies | | | [signature] | [illegible] |
| | | | [signature] | MB |

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James
Date of Birth: [redacted]

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

Facility Name: VCF

Month/Year of Charting: 3/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cough tab 600mg ☐ po Bid x 5d | 3A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 3P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 3/29/06 Prescriber: Floyd CRNP

Stop Date: 4/02/06 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:

Stop Date: RX #:

Diagnosis

Allergies: NKDA

Housing Unit: population

Patient ID Number: 212228

Patient Name: [illegible]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| | | J Johnson LPN | JJ |
| | | M Benefield | MB |
| | | [illegible] | [illegible] |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Region 4

# NON-FORMULARY PHARMACY REQUE... FORM

Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 03/14/06 |

| Site Phone # | Inmate # | Date of Birth: (mm/dd/yy) |
|---|---|---|
| (334) 775-8178 | 212228 | [redacted] |

| Site Fax # | SPP ID # | PHS Custody Date |
|---|---|---|
| (334) 775-8178 | A-473 | |

Diagnosis: Glaucoma

☑ Male ☐ Female

Medication Allergies: Ø

Requested Non-Formulary and Strength: Betimol 0.25% ophth

Directions: 1 gt OU Qam

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Glaucoma.

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Compliance: ☐ > 80% ☐ < 80% (Determined by Review of MAR)

Practioner Information: ☒ Physician ☐ NP/PA ☐ Dentist

Name: Danie E Murry Jr

Signature: [signature] OD

Daytime Phone: 334-585-9626

Pager Number: 334-701-3705

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

Determination: ☐ Approved ☐ Additional information requested ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name:

Signature:

Date:

FAXED 3/20/06

faxed D McGhee 3/14/06

Facility Name: VCF

Month/Year of Charting: 02/06

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.25 Betimol opth 1 gtt OD QAM X 180 DAYS | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 021406 Prescriber: Murray
Stop Date: 081406 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xalatan opth 1 gtt OD QHS X 180 DAYS | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

James C. Moon 212228
1 container given 2-28-06

Start Date: 021406 Prescriber: Murray
Stop Date: 081406 RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date: Prescriber:
Stop Date: RX #:

Diagnosis

Allergies: NKDA

Housing Unit:

Patient ID Number: 212228

Patient Name:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| G. [illegible] | G | | |
| | | M Benefield | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 01/06

zantac 150MG Tab 90.00

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

9Am / 9Pm — D/C 1/19/06

Start Date: 11-07-2005 Prescriber: Rayapati, Samuel

Stop Date: 05-05-2006 RX #: 250857772

*Continue until Prilosec 1-13-06 arrives*

Xalatan 0.005% Solution 1

Place 1 drop(s) in affected eye(s) at bedtime

9Pm

Start Date: 11-07-2005 Prescriber: Rayapati, Samuel

Stop Date: 05-05-2006 RX #: 250857773

Pamelor 50mg ÷ PO q HS x90day

9Pm 2 2 2 2 2 2 2 2 2 2 2 — D/C'd 01/12/06

Start Date: 12-19-05 Prescriber: Dr. Banerjee

Stop Date: 03-19-06 RX #:

*Start when arrives*

Prilosec 20mg P.O. Qd x 90d

9Pm →

Start Date: 1-13-06 Prescriber: Dr Rayapati

Stop Date: 4-13-06 RX #:

Start Date: Prescriber:

Stop Date: RX #:

Start Date: Prescriber:

Stop Date: RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | D. Deal | DD |
| [illegible] | [illegible] | B. Johnson LPN | BJ |
| [illegible] LPN | TA | A. Glucey | AG |
| [illegible] LPN | [illegible] | M. Berenfield | MB |

Documentation Codes

1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

01/17/2006 ... FAX 334 775 8178 REGIONAL OFFICE VENTRESS CORR. FACILITY 001/001 001

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. You must Type or Print.

PHS

RECEIVED JAN 17 2006

Site Name and Number: Ventress Correctional Facility - 0845

Patient Name: (Last, First) Moon, James

Todays Date: (mm/dd/yy) 1-13-06

Site Phone #: (334) 775-8178

Inmate #: 212228

Date of Birth: (mm/dd/yy) [redacted]

Site Fax #: (334) 775-8178

SPP ID #: A-473

PHS Custody Date:

Diagnosis: Benign esophageal stricture

☒ Male ☐ Female

Medication Allergies: NKA

Requested Non-Formulary and Strength: prilosec / (Omeprazole)

Directions: 20 mg p.o. daily - HS -

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Zantac Tums not effective

Compliance: ☐ > 80% ☐ < 80% (Determined by Review of MAR)

Practioner Information: ☐ Physician ☐ NP/PA ☐ Dentist

Name:

Signature: Samuel Engelhardt, M.D.

Daytime Phone:

Pager Number:

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

Determination: ☒ Approved ☐ Additional information requested ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name:

Signature: [signature] 01170006

Date:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Region 4

# NON-FO ULARY PHARMACY REQU_ST FORM

PHS

Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | [redacted] |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

Diagnosis: Benign aerophageal Stricture

☑ Male ☐ Female

Medication Allergies: NKA

Requested Non-Formulary and Strength: Prilosec/(Omeprazole)

Directions: 20 mg p o daily - HS -

Duration of Therapy:
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other ______

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Zantac Seems not effective

Compliance: ☐ > 80% ☐ < 80% (Determined by Review of MAR)

Practioner Information: ☐ Physician ☐ NP/PA ☐ Dentist

Name: ______ Signature: Samuel Rayapati, M.D.

Daytime Phone: ______ Pager Number: ______

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

Determination: ☐ Approved ☐ Additional information requested ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name: ______ Signature: ______

Date: ______

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

FAXED 1-20-06 [initials]

01/14/2006 07:24 FAX 334 775 8178 VENTRESS CORR. FACILITY 001

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 0442 |
| CONNECTION TEL | 13343958156 |
| SUBADDRESS | |
| CONNECTION ID | REGIONAL OFFICE |
| ST. TIME | 01/14 07:24 |
| USAGE T | 00'23 |
| PGS. SENT | 2 |
| RESULT | OK |

Region 4

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. **You must Type or Print**

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| **Site Phone #** | **Inmate #** | **Date of Birth: (mm/dd/yy)** |
| (334) 775-8178 | 212228 | [redacted] |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

**Diagnosis**

Benign esophageal stricture

☑ Male ☐ Female

**Medication Allergies**

NKA

**Requested Non-Formulary and Strength:**

prilosec / (Omeprazole)

**Directions:**

20 mg p.o. daily - HS

**Duration of Therapy:**
(Maximum approval is 90 days per request)

☐ 7 days ☐ 10 days ☐ 30 days ☐ 60 days ☒ 90 days ☐ Other

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Zantac Tums not effective

**Compliance:** ☐ > 80% ☐ < 80% (Determined by Review of MAR)

**Practioner Information:** ☐ Physician ☐ NP/PA ☐ Dentist

**Name:**

**Signature:** Samuel Rayapati M.D.

Daytime Phone:

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 12/05

**Pamelor 25MG Cap** 30.00

Take 1 capsule(s) by mouth at bedtime

9pm — See New Order

Start Date: 09-24-2005 | Prescriber: Banerjee MHM, Sreelekha

Stop Date: 12-22-2005 | RX #: 250661133

**Benadryl 25MG Cap** 30.00

Take 1 capsule(s) by mouth at bedtime

9pm — D/c'd 12/19/05

Start Date: 09-24-2005 | Prescriber: Banerjee MHM, Sreelekha

Stop Date: 12-22-2005 | RX #: 250661135

**zantac 150MG Tab** 90.00

Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime

9am, 9pm

Start Date: 11-07-2005 | Prescriber: Rayapati, Samuel

Stop Date: 05-05-2006 | RX #: 250857772

**Xalatan 0.005% Solution** 1

Place 1 drop(s) in affected eye(s) at bedtime

9pm

Start Date: 11-07-2005 | Prescriber: Rayapati, Samuel

Stop Date: 05-05-2006 | RX #: 250857773

Percocet 1 qid prn pain x 3 days

3am, 9am, 3pm, 9pm

Start Date: 12-5-05 | Prescriber:

Stop Date: 12-8-05 | RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Pamelor 50mg po qhs x 90 days

9pm

Start Date: 12/19/05 | Prescriber: Dr Banerjee

Stop Date: 03/19/06 | RX #

Diagnosis

Allergies: NKA

Housing Unit: Population

Patient ID Number: 212228

Patient Name: Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K Reed LPN | KL | [illegible] RN | [illegible] |
| [illegible] LPN | TA | Johnson CRN | [illegible] |
| [illegible] | | [illegible] | [illegible] |
| | | McBenefield | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 11/05

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Pamelor 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

9Am — See below

9PM

Start Date: 09-24-2005 Prescriber: Banerjee MHM, Sreelekha

Stop Date: 12-22-2005 RX #: 250661133

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Benadryl 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

9pm [illegible initials]

Start Date: 09-24-2005 Prescriber: Banerjee MHM, Sreelekha

Stop Date: 12-22-2005 RX #: 250661135

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Pamelor i cap 25 Mg Po @ HS

9pm [illegible initials]

Start Date: 9/22/05 Prescriber: Banerjee

Stop Date: 12/22/05 RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Zantac 150mg i Po q Am x 6mos

9A [illegible initials]

Start Date: 11-4-05 Prescriber: Rayapati

Stop Date: 5-4-06 RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Zantac 300mg i PO q HS

9A

9p [illegible initials]

Ranitidine HCl 150MG Tab #90.00

Prescriber: Rayapati, Samuel
Take 1 tablet(s) by mouth in the morning & take 2 tablet(s) by mouth at bedtime
Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857772
Moon, James 212228

Start Date: 11-4-05 Prescriber: Rayapati

Stop Date: 5-4-06 RX #:

Hour 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Xalatan i gtts (R) Eye @ bedtime

9p [illegible initials]

Xalatan 0.005% Solution #1

Prescriber: Rayapati, Samuel
Place 1 drop(s) in affected eye(s) at bedtime

Start: 11/7/2005 Stop: 5/5/2006 1
RX: 250857773
Moon, James 212228

Start Date: 11-4-05 Prescriber: Rayapati

Stop Date: 5-4-06 RX #:

Allergies NKA

Housing Unit: Population

Patient ID Number 212228

Patient Name

Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| Kolee LPN | KL | [illegible] LPN | TC |
| [illegible] LPN | Jm | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| Johnson LPN | [illegible] | [illegible] | MB |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 10/05

**Ranitidine HCl 150MG Tab** 30.00

Take 1 tablet(s) by mouth every morning

Hour: 9AM — daily administration initials [illegible]

Start Date: 07-08-2005 | Prescriber: Floyd, Linda
Stop Date: 10-05-2005 | RX #: 250156774

**Ranitidine HCl 150MG Tab** 60.00

Take 2 tablet(s) by mouth every evening

Hour: 9Am / 9p — daily administration initials [illegible]

Start Date: 07-08-2005 | Prescriber: Floyd, Linda
Stop Date: 10-05-2005 | RX #: 250156777

**Pamelor ī Cap 25mg PO @ HS**

Hour: 9pm — daily administration initials [illegible]

Start Date: 9/22/05 | Prescriber: Banerjee
Stop Date: 12/22/05 | RX #:

**Xalantan Opth Solution 2.5cc q HS**

Hour: 9pm — daily administration initials [illegible]

Start Date: 3-21-05 | Prescriber: Rayapati
Stop Date: 10-21-05 | RX #:

**Benadryl 25mg Cap 1 po @ bedtime**

Hour: 9pm — daily administration initials [illegible]

Start Date: 9-27-05 | Prescriber: Rayapati
Stop Date: 12-22-05 | RX #:

Start Date: | Prescriber:
Stop Date: | RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis:

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | KW | [illegible] | [illegible] |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | MB | [illegible] | EB |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 09/05

Pamelor Oral Cap 25 MG 25MG Cap 30.00

Take 1 capsule(s) by mouth at bedtime

9pm

Start Date: ~~07-02-2005~~ 9/22/05 Prescriber: Banerjee MHM, Sreelekha

Stop Date: ~~09-29-2005~~ 12/22/05 RX #: 250113445

Diphenhydramine HCl 25MG Cap 30.00 Benadryl

Take 1 capsule(s) by mouth at bedtime

9pm

Start Date: ~~07-02-2005~~ 9/22/05 Prescriber: Banerjee MHM, Sreelekha

Stop Date: ~~09-29-2005~~ 12/22/05 RX #: 250113447

Ranitidine HCl 150MG Tab 30.00

Take 1 tablet(s) by mouth every morning

9Am

9pm

Start Date: 07-08-2005 Prescriber: Floyd, Linda

Stop Date: 10-05-2005 RX #: 250156774

Ranitidine HCl 150MG Tab 60.00

Take 2 tablet(s) by mouth every evening

Zantac

9pm

Start Date: 07-08-2005 Prescriber: Floyd, Linda

Stop Date: 10-05-2005 RX #: 250156777

Xalantan opth solution 2.5cc q HS

9P

Start Date: 3-21-05 Prescriber: Rayapati

Stop Date: 10-21-05 RX #:

Sudafed 30mg i PO Bid x 7days

9A

9P

Start Date: 8-25-05 Prescriber: Rayapati

Stop Date: 9-02-05 RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies NKA

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| R. Lee LPN | KL | J. Johnson LPN | [illegible] |
| [illegible] LPN | [illegible] | [illegible] LPN | [illegible] |
| [illegible] LPN | W | [illegible] LPN | Da |
| [illegible] | [illegible] | [illegible] RN | |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

Housing Unit: Population

Patient ID Number: 212228

Patient Name:

Moon, James

Date of Birth

Facility Name:

Month/Year of Charting:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CTM ī PO Bid x 7 days | 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9Pm | | 2 [initials] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cough tab ī PO Bid x 7 days | 9A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9P | | 2 [initials] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol 500mg ii Bid x 10 days | 9Am | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9Pm | | [initials] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TAO ī to lip Tid x 7 days | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-25-05 Prescriber: Rayapati
Stop Date: 9-02-05 RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: Prescriber:
Stop Date: RX #:

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Start Date: Prescriber:
Stop Date: RX #:

Diagnosis

Allergies NKA

Housing Unit:
Patient ID Number:
Patient Name: M... [illegible]

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | J. Johnson LPN | JJ |
| [illegible] | [illegible] | [illegible] LPN | [illegible] |
| V. Young LPN | VY | J. Gipling LPN | Ja |
| D. [illegible] | | M. Benefield [illegible] | MB |

Date of Birth:

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|
| Sudafed 30mg i po BID x 7days | 9am | → | | | | | |
| | 9pm | → | | | | | |
| Ms Floyd CRNP / A Mack | | 8-25-05 – 9-2-05 | | | | | |
| CTM i po BID x 7days | 9am | → | | | | | |
| | 9pm | → | | | | | |
| Ms Floyd CRNP / A Mack | | 8-25-05 – 9-2-05 | | | | | |
| Cough tab i po BID x 10d | 9am | → | | | | | |
| | 9pm | → | | | | | |
| Ms Floyd CRNP / A Mack | | 8-25-05 – 9-2-05 | | | | | |
| Tylenol 500mg ii BID x 10d | 9am | → | | | | | |
| | 9pm | → | | | | | |
| Ms Floyd CRNP / A Mack | | 8-25-05 – 9-2-05 | | | | | |
| TAO i 10 lip TID x 7days | | | | | | | |

MEDICATIONS HOUR 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 8-25-05 THROUGH 8-31-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No. 612228

Allergies IOFT

Rehabilitative Potential

Diagnosis Moon James

Medicaid Number

Medicare Number

Complete Entries Checked

By

Title:

Date:

PATIENT Moon

PATIENT CODE

ROOM NO

BED

FACILITY C

RC 8/12/05

Facility Name: Ventress Correctional Facility

Month/Year of Charting: 08/05

**Pamelor Oral Cap 25 MG 25MG Cap 30.00**

Take 1 capsule(s) by mouth at bedtime

Hour: 9pm — Out to Court (days 3–10)

Start Date: 07-02-2005 | Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-29-2005 | RX #: 250113445

**Diphenhydramine HCl 25MG Cap 30.00**

Take 1 capsule(s) by mouth at bedtime

Hour: 9pm — Out to Court (days 3–10)

Start Date: 07-02-2005 | Prescriber: Banerjee MHM, Sreelekha
Stop Date: 09-29-2005 | RX #: 250113447

~~**Ranitidine HCl 150MG Tab 30.00**~~

~~Take 1 tablet(s) by mouth every morning~~

See Below

Start Date: 07-08-2005 | Prescriber: Floyd, Linda
Stop Date: 10-05-2005 | RX #: 250156774

**Ranitidine HCl 150MG Tab 60.00**

Take 2 tablet(s) by mouth every evening

Hour: 9pm — Out to court

Start Date: 07-08-2005 | Prescriber: Floyd, Linda
Stop Date: 10-05-2005 | RX #: 250156777

**Xalantan opth solution 2.5cc q HS**

Hour: 9pm — Out to Court

Start Date: 3-21-05 | Prescriber: Rayapati
Stop Date: 10-21-05 | RX #:

**Zantac 150 mg i PO q AM**

Hour: 9A — Out to Court

Start Date: 7-08-05 | Prescriber:
Stop Date: 10-05-05 | RX #:

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Diagnosis

Allergies: NKA

Housing Unit: Population
Patient ID Number: 212228
Patient Name: Moon, James

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| K. Lee LPN | KL | [illegible] | [illegible] |
| A. Mack | am | [illegible] | [illegible] |
| J. Huie | JH | [illegible] RN | [illegible] |
| [illegible] | | [illegible] LPN | Da |

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
No Show
Other

# MEDICATION ADMINISTRATION RECORD

County Jail

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Zantac 150mg QAM | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | AM | ~~1 2 3 4~~ [initials] 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Zantac 300mg Q PM | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | PM | ~~1 2 3 4~~ 5 6 7 8 9 [initials] 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Benadryl 25mg QPM | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | PM | ~~1 2 3 4~~ 5 6 7 8 9 [initials] 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Xalanta Opth Sol Q HS | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | PM | ~~1 2 3 4~~ 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Nortriptyline HcL 25mg i po @ hs | pm | ~~1 2 3 4~~ 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| Vistaril 50mg i PO HS | pm | ~~1 2 3 4~~ 5 6 7 8 9 [initials] 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

REORDER FROM INTEGRAL SOLUTIONS GROUP • 1-800-235-0767 FORM A-55 STOCK #506423

CHARTING FOR | THROUGH

Physician

Alt. Physician | Telephone No. | Alt. Telephone | Medical Record No

Allergies: NKDA | Rehabilitative Potential

Diagnosis: GERD, GLAUCOMA, ANXIETY/DEPRESSION

Medicaid Number | Medicare Number | Approved By Doctor: | By: | Title: | Date:

RESIDENT: Mc?, James | DOB | Sex | Room # | Patient Code | Admission Date

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Xalantan Opth Solution 2.5cc q hs 3-21-05 – 10-21-05 Rayapati | 9PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Zantac 300mg po q hs 3/30/05 – 6/30/05 | 9pm | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Benadryl 25mg po q hs x 90 days Dr Banerjee / C Harris lpn 06/30/05 09/30/05 | 9PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Pamelor 25mg po q hs x 90 days Dr Banerjee / C Harris lpn 06/30/05 09/30/05 | 9PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Zantac 150mg i po q AM 3/30/05 – 6/30/05 | 9A | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Percogesic ii PO BID x 5 days 7/6/05 – 7/11/05 L. Hayd CRNP | 9A 9P | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | | | | | | | | | | | | | |
| Zantac 150mg PO q AM x 90 days 7/6/05 – 10/6/05 L. Hayd CRNP | 9A 9P | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Zantac 300mg PO q Hs x 90 days 7/6/05 – 10/6/05 L. Hayd CRNP | 9A 9P | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

Thank you

error

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 07/01/05 THROUGH 07/31/05

Physician Rayapati

Alt. Physician Dr Banerjee

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: C Harris Title: lpn Date:

PATIENT Moon James

PATIENT CODE 212228

ROOM NO

BED

FACILITY

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| Xalantan Opth sol 2.5cc qHS expires 10-21-05 3-21-05 Rayapati/80 | 9p | [illegible initials] |
| Zantac 300mg q HS 3-30-05 6-30-05 Rayapati/80 | 9p | [illegible initials] |
| Zantac 150mg q AM 3-30-05 - 6-30-05 Rayapati/80 | 9A | [illegible initials] |
| Benadyrl 25mg ÷ po q HS 3-26-05 - 6-23-05 Rayapati/80 | 9p | Out to Court — [illegible] X X |
| Vistaril 50mg ÷ q HS 3-26-05 6-23-05 Rayapati/80 | 9p | Out to Court — [illegible] X X |
| Benadryl 25mg ÷ po qhs x 2 Weeks Dr Banerjee / Cotarris lpn 06/21/05 | 9PM | → [illegible initials] |
| Vistaril 50mg ÷ poqhs x 2 Weeks Dr Banerjee / Cotarris lpn 06/21/05 | 9PM | → [illegible initials] |
| Pamelor 25mg poqhs x 90 days Dr Banerjee / Cotarris lpn 06/30/05 09/30/05 | 9PM | → 9 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 6-1-05 THROUGH 6-30-05

Physician: Rayapati
Alt. Physician: Banerjee
Telephone No.
Alt. Telephone
Medical Record No.
Allergies: NKDA
Rehabilitative Potential
Diagnosis
Medicaid Number
Medicare Number
Complete Entries Checked:
By: [signature] Title: lpn Date: 5-26-0[illegible]

PATIENT: Moon, James
PATIENT CODE | ROOM NO | BED | FACILITY C[ODE]

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR |
|---|---|
| Xalantan Ophth sol 2.5cc qHS 3-21-05 - 10-21-05 Rayapati /180 | 9p |
| Vistaril 50mg po qHS x 90 dys 3-24-05 - 6-24-05 Banerjee /180 | 9p |
| Benadryl 25mg po q HS 3-24-05 - 6-24-05 Banerjee /180 | 9p |
| Zantac 300mg q HS 3-30-05 - 6-30-05 Rayapati /180 | 9p |
| Zantac 150mg q AM 3-30-05 - 6-30-05 Rayapati /180 | 9A |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M. RX: 7156328 BANERJEE, M.D. (MHM), SREELEKHA, START: 03/26/2005 STOP: 06/23/2005 MOON, JAMES 212228 | 9P |
| HYDROXYZINE PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH DAILY AT 9 P.M. RX: 7156324 BANERJEE, M.D. (MHM), SREELEKHA, START: 03/26/2005 STOP: 06/23/2005 MOON, JAMES 212228 | 9P |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05 THROUGH 5-31-05

Physician: Rayapati

Alt. Physician: Banerjee

Allergies: NKDA

Telephone No.

Alt. Telephone

Medical Record No

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: [illegible] Date: 4/28/05

PATIENT: [illegible]

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| --- | --- | --- |
| Tylenol 500mg ii BID x 2wks Floyd CRNP/MD 5-11-05 — 5-25-05 | 9A 9P | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| Debrox gtts each ear TID x 5 d. Floyd CRNP/MD 5-11-05 — 5-16-05 | 9A 3P 9P | |
| irrigate | 630p | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| analgesic oint. (R) elbow BID KOP x 2wks Floyd CRNP/MD 5-11-05 — 5-25-05 | Kop | James C. Moore |
| | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| | | |
| | | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
| | | |
| | | |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 5-1-05 THROUGH 5-31-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: [illegible] Date: 5/11/05

PATIENT Moore James

PATIENT CODE | ROOM NO | BED | FACILITY C

FOR PROFESSIONAL USE ONLY CONFIDENTIAL RECORD NOT TO BE PHOTOCOPIED

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zantac 150mg i po BID x 30dys 3-4-05 - 4-4-05 | 9a | BCH | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 9p | [illegible] | see below | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Reglan 10mg i po Q6 prn x 30dys 3-4-05 - 4-4-05 | PRN | BCH | [illegible] | B | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Xalantan Ophth Sol 2.5cc q HS 10-16-04 - 4-13-05 Rayapati | 9p | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Visteril 50mg po q HS @ 9pm x 90 dys 3-24-05 - 6-24-05 Banerjee | 9p | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Benadryl 25mg po q HS @ 9pm x 90dys 3-24-05 - 6-24-05 Banerjee | 9p | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Zantac 300mg q HS x 90dys 3-30-05 - 6-30-05 Dr Rayapati /80 | 9p | — | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Zantac 150mg po q AM x 90dys 3-30-05 - 6-30-05 Rayapati /80 | 9A | — | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 4-1-05 THROUGH 4-31-05

Physician Rayapati

Alt. Physician Banerjee

Telephone No.

Alt. Telephone

Medical Record No

Allergies NKDA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By [signature] Title: [illegible] Date: 3-29-[illegible]

PATIENT Moon James

PATIENT CODE

ROOM NO

BED

FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levaquin 500mg i PO QD x 5days start after Cefadroxil 03/04/05 | | | | | | | | | | [illegible] | | | | | | | | | | | | | | | | | | | | | | |
| Zantac 150mg i PO BID x 30days 03/04/05 04/04/05 | 900 / 9PM | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Reglan 10mg i PO Q6° PRN x 30days 03/04/05 04/04/05 | P / R / N | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Vistaril 50mg i PO QHS @3/24/05 03/27/05 | 9PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | see new order | | | | | | | |
| Benadryl 25mg i PO QHS 03/01/05 03/27/05 | 9PM | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | see new order | | | | | | | |
| Xalatan Ophth (2.5cc) 50mcg/cc drop use as directed @ QHS 04/13/05 | 9PM | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Keflex 500mg PO TID x 7 days 3/23/05 - 3/30/05 [illegible] | 9A / 3P / 9P | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Vistaril 50mg po qhs @9PM x 90days Dr Banerjee / C. Harris lpn 03/24/05 06/24/05 | 9PM | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Benadryl 25mg po qhs @9PM x 90days Dr Banerjee / C. Harris lpn 03/24/05 06/24/05 | 9PM | | | | | | | | | | | | | | | | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

FOR TREATMENT TEAM USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/04/05 THROUGH 03/31/05

Physician Dr. Robbins

Telephone No.

Medical Record No.

Alt. Physician

Alt. Telephone

Allergies NKA

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Completed Entries Checked By: [signature] Title: LPN Date: 03/04/05

PATIENT [illegible] | PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

03/01/2005

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM , AW<br>START - 10/16/2004 STOP - 04/13/2005 | 9P | new pg II |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>**NON FORMULARY APPROVED UNTIL 03/11/05<br>RX: 6647162 RAYAPATI, SAM , AW<br>START - 12/12/2004 STOP - 03/11/2005 | 9A<br>9P | B B B B B B B B CH ... X X<br>B B B B B B B B B B X X |
| HYDROXYZINE PAM (VISTARIL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P M. AW<br>RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 12/28/2004 STOP - 03/27/2005 | 9P | new pg II ... X X |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P M. AW<br>RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 12/28/2004 STOP - 03/27/2005 | 9P | new pg II ... X X |
| Zantac 150mg PO q AMX 90D 3.30.05 - 6.30.05<br>Dr Rayapati / GJohnson LPN | 9A | → |
| Zantac 300mg PO HS X 90D 3.30.05 - 6.30.05<br>Dr Rayapati / GJohnson LPN | 9P | → |
| Motrin 400mg PO TID X2D 3.30.05 - 4.1.05<br>Dr Rayapati / GJohnson LPN | 9A<br>3P<br>9P | → |
| | | |
| | | |
| MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 03/01/2005 THROUGH 03/31/2005

Physician: BANERJEE, M.D. (MHM), SREELEKHA

Alt. Physician:

Telephone No.: | Alt. Telephone: | Medical Record No:

Allergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential:

Diagnosis:

Medicaid Number: | Medicare Number:

Complete Entries Checked By: [signature] Title: [illegible] Date: 2-25-05

PATIENT: MOON, JAMES | PATIENT CODE | ROOM NO | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

02/01/2005 (VEN-473) VENTRESS CORRECTIONAL FAC
STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RATAFATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9pm | [handwritten initials] |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>**NON FORMULARY APPROVED UNTIL 03/11/05<br>RX: 6547162 RATAFATI, SAM ,<br>START - 12/12/2004 STOP - 03/11/2005 | 9a<br>9p | [handwritten initials] |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.<br>RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 12/28/2004 STOP - 03/27/2005 | 9p | [handwritten initials] D/C Below |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.<br>RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 12/28/2004 STOP - 03/27/2005 | 9p | [handwritten initials] D/C Below |
| Tylenol 500mg. ii p.o. BID x 21 days 1-19-05 / 2-9-05 Ms. Flowd CRNP | 9a<br>9p | [handwritten initials] |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.<br>RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA<br>START: 12/28/2004 STOP: 03/27/2005<br>MOON, JAMES 212228 | 9p | [handwritten initials] |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M.<br>RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA<br>START: 12/28/2004 STOP: 03/27/2005<br>MOON, JAMES 212228 | 9p | [handwritten initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2005 THROUGH 02/28/2005

Physician: BANERJEE, M.D. (MHM), SREELEKHA — Telephone No. — Medical Record No

Alt. Physician — Alt. Telephone

Allergies: NO KNOWN DRUG ALLERGY — Rehabilitative Potential

Diagnosis

Medicaid Number — Medicare Number — Complete Entries Checked: By: [signature] Title: — Date: 1-27-05

PATIENT: Moon, James — PATIENT CODE — ROOM NO — BED — FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

02/01/2005
STDT01

(VEN-473) VENTRESS CORRECTI

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<< RX: 6379301 RAYAPATI, SAM ; START - 10/16/2004 STOP - 04/13/2005 | 9pm | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY **NON-FORMULARY APPROVED UNTIL 03/11/05 RX: 6647152 RAYAPATI, SAM ; START - 12/12/2004 STOP - 03/11/2005 | 9a / 9p | A | A | A | A | | A | A | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | | | |
| HYDROXYZINE-PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA START - 12/28/2004 STOP - 03/27/2005 | 9p | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT 9 P.M. RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA START - 12/28/2004 STOP - 03/27/2005 | 9p | [illegible] | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 500mg ii p.o. BID x21 days 1-19-05 / 2-9-05 Ms. Floyd CRNP | 9a / 9p | A | A | A | A | A | A | A | A | A | | | | | | | | | | | | | | | | | | | | | | |
| HYDROXYZINE PAM (VISTARIL) 50MG CAP TAKE 1 CAPSULE(S) [illegible] RX: 6711979 BANERJEE, M.D. (MHM), SREELEKHA START 12 28 2004 STOP 03 27 05 MOON JAMES | 9p | | | | | | | | | | | | [illegible] | | | | | | | | | | | | | | | | | | | |
| [illegible] TAKE 1 CAPSULE(S) [illegible] RX: 6711983 BANERJEE, M.D. (MHM), SREELEKHA START 12 28 2004 STOP 03 27 2005 MOON JAMES | 9p | | | | | | | | | | | | [illegible] | | | | | | | | | | | | | | | | | | | |
| D5 ½NS @ 100cc/hr x 10 days D. Sadly / M Rayapati / A Mark 2-27-05 - 3-9-05 | 7-3 / 3-11 / 11-7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NPO Except for meds | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 02/01/2005 THROUGH 02/28/2005

Physician: BANERJEE, M.D. (MHM), SREELEKHA
Telephone No.
Medical Record No
Alt. Physician
Alt. Telephone
Allergies: NO KNOWN DRUG ALLERGY
Rehabilitative Potential
Diagnosis
Medicaid Number
Medicare Number
Complete Entries Checked: By: [signature] Title: LPN Date: 1-27-

PATIENT: Moon, James

MOON JAMES

| PATIENT CODE | ROOM NO | BED | FACILITY CODE |
|---|---|---|---|
| | | | |

# MEDICATION ADMINISTRATION RECORD

STDT01

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Prilosec 20 q day or 9am 9pm
912° (must)
DrSadding/DrRayapati/ [illegible]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

Phergan 25mg IM 3am 9am 3pm 9pm
960 (prn)
DrBaddig/DrRayapati/ [illegible]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28

Phenergan [illegible] tab PO q 6hrs + PRN - Give (2) now 3A 9A 3pm 9pm
[illegible] Dr Rayapati/ [illegible]

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 3

1 2 3 4 5 6 7 8 9 [illegible] 19 20 21 22 23 24 25 26 27 28 29 30

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

MEDICATIONS | HOUR | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 2-27-05 THROUGH 2-28-05

Physician

Alt. Physician

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies

Rehabilitative Potential

Diagnosis Moon James

Medicaid Number

Medicare Number

Complete Entries Checked:

By:

Title:

Date:

PATIENT Moon James

PATIENT CODE 212228

ROOM NO.

BED

FACILITY CO

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Prednisone 20mg ii PO QD X 5 days 1-19-05 / 1-24-05 Ms. Floyd, CRNP / S. Huice, LPN | 9A | → D/C 1-19-05 |
| label | | |
| Prednisone 20mg i PO QD X 10 days 1-25-05 / 2-3-05 Ms. Floyd, CRNP / S. Huice, LPN | 9A | → D/C 1-19-05 |
| label | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 1-19-05 THROUGH 1-31-05

Physician

Alt. Physician Dr. Rayapati

Telephone No.

Alt. Telephone

Medical Record No 212228

Allergies NKDA

II of II

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: S. Huice

Title: LPN

Date: 1-19-05

PATIENT Moor, Charles

PATIENT CODE 212228

ROOM NO

BED

FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

01/01/2005

STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6337993 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | | DC'ed 12-13-04 |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | | DC'ed 12-13-04 |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9pm | [initials] |
| PRILOSEC OTC (14 TABS PER BOX) 20MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>**NON-FORMULARY APPROVED UNTIL 03/11/05<br>RX: 6647162 RAYAPATI, SAM ,<br>START - 12/12/2004 STOP - 03/11/2005 | 9a<br>9p | [initials] |
| Vistaril 50mg p.o. q.d. @ 9pm x 90d.<br>12-23-04 / 3-23-04<br>Banerjee / Dr. | 9p | [initials] |
| Benadryl 25mg p.o. q 9pm x 90 days<br>12-23-04 / 3-23-05<br>Banerjee / Dr. | 9p | [initials] |
| Tylenol 500mg p.o. ii BID x 5 days<br>12-29-04 / 1-3-05<br>West. | 9a<br>9p | [initials; remaining crossed out] |
| Tylenol 500mg ii po BID x 21 days (PRN)<br>1-19-05 / 2-9-05<br>ms. Lloyd, CRNP / Wallace, LPN (PRN) | 9A<br>9p | [initials] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 01/01/2005 THROUGH 01/31/2005

Physician: RAYAPATI, SAM

Alt. Physician

Telephone No.

Medical Record No

Alt. Telephone

Allergies: NO KNOWN DRUG ALLERGY

I of II

Rehabilitative Potential

Diagnosis

Moon, James

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: LPN Date: 12-27

PATIENT: MOON, JAMES

PATIENT CODE | ROOM NO. | BED | FACILITY CODE

# MEDICATION ADMINISTRATION RECORD

12/01/2004
STDT01

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1–29 |
|---|---|---|
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815895 RAYAPATI, SAM ,<br>START - 06/25/2004 STOP - 12/21/2004 | 9a<br>9p | D/C'd 12-10-04 |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | See New Order below |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | See New Order below |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6339993 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9p | D/CD 12-13-04<br>* continue until Prilosec available |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9a | D/CD 12-13-04<br>* continue until Prilosec available |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9p | |
| Prednisone 20mg. i p.o. qd x 14 days<br>11-26-04 / 12-10-04<br>Ms. Floyd | 9a | |
| Motrin 200mg. ii p.o. tid PRN x 30 days<br>11-18-04 / 12-18-04<br>Ms. Floyd | 9a<br>3p<br>9p | Hold for surgery on 9th<br>D/C'd 12-10-04 |
| No blood thinners or NSAID 5 days prior to 12-09-04 * | | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12/01/2004 THROUGH 12/31/2004

Physician: RAYAPATI, SAM
Alt. Physician:
Allergies: NO KNOWN DRUG ALLERGY
Diagnosis:
Medicaid Number:
Medicare Number:
Telephone No.:
Alt. Telephone:
Rehabilitative Potential:
Medical Record No:

I of II

Moon, James

Complete Chart Checked By: [signature] Title: LPN Date: 11-27

PATIENT | PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1–31 |
|---|---|---|
| Prilosec 20mg po Bid X90days Rayapati 12-14-04 to 03-14-05 | 9A<br>9p | [illegible] |
| Vistaril 50mg po q 9PM x 90days Dr Banerjee / C Harris lpn 12/23/04 03/23/05 | 9PM | [illegible] |
| Benadryl 25mg po q PM @ 9PM x 90days Dr Banerjee / C Harris lpn 12/23/04 03/23/05 | 9PM | [illegible] |
| Tylenol 500mg po (2) BID x 5 days 12/29/04 → 1-3-05 | 9A<br>9p | [illegible] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 12-10-04 THROUGH 12-31-04

Physician Rayapati

Alt Physician

Telephone No.

Alt. Telephone

Medical Record No

Allergies NKDA

II of II

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: B Luke Title: RN Date: 12-10-[illegible]

PATIENT Moon [illegible]

PATIENT CODE [illegible]

ROOM NO

BED

FACILITY C[illegible]

# MEDICATION ADMINISTRATION RECORD

11/01/2004

STDT0)

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | Days 1–29 |
|---|---|---|
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815895 RAYAPATI, SAM ,<br>START - 06/25/2004 STOP - 12/21/2004 | 9a<br>9p | [illegible] |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [illegible] |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004 STOP - 12/31/2004 | 9p | [illegible] |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6339993 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9p | [illegible] |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM ,<br>START - 10/08/2004 STOP - 01/05/2005 | 9a | A A A A A A A A A A A A A A A A A A A [illegible] |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM ,<br>START - 10/16/2004 STOP - 04/13/2005 | 9pm | [illegible] |
| Prednisone 20 mg ÷ PO BID<br>x 7 days 11/18/04 – 11/25/04<br>Ms Floyd CRNP / G Johnson LPN | 9A<br>9P | [illegible] |
| Prednisone 20 mg ÷ PO qd<br>x 14 days 11/26/04 – 12/10/04<br>Ms Floyd CRNP / G Johnson LPN | 9A | [illegible] |
| Motrin 400 mg ÷ PO TID PRN<br>x 30 D 11-18-04 – 12-18-04<br>Ms Floyd CRNP / G Johnson LPN | 9A<br>3P<br>9P | [illegible] |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 11/01/2004 THROUGH 11/30/2004

Physician: RAYAPATI, SAM

Telephone No.

Medical Record No

Alt. Physician

Alt. Telephone

Allergies: NO KNOWN DRUG ALLERGY

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked: By: [signature] Title: LPN Date: 10-21

PATIENT: Moon, James

PATIENT CODE | ROOM NO | BED | FACILITY C

# MEDICATION ADMINISTRATION RECORD

10/01/2004

STDTO:

(VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR |
|---|---|
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP INSTILL 1 DROP(S) IN EACH EYE AT BEDTIME FOR 180 DAYS >>> KEEP IN REFRIGERATOR <<< | 9p |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP USE AS DIRECTED AT BEDTIME >>> KEEP IN REFRIGERATOR <<< 10-8-04 — 4-8-05 MOON, JAMES Rx #6379301 212228 | 9p |
| RANITIDINE (ZANTAC) 300MG TAB TAKE 1 TABLET(S) BY MOUTH AT BEDTIME RX: 5815888 RAYAPATI, SAM, START - 06/25/2004 STOP - 12/21/2004 | 9p |
| METOCLOPRAMIDE (REGLAN) 10MG TAB TAKE 1 TABLET(S) BY MOUTH TWICE DAILY RX: 5815895 RAYAPATI, SAM, START - 06/25/2004 STOP - 12/21/2004 | 9a 9p |
| DOXEPIN (SINEQUAN-ADAPIN) 100MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME RX: 5931128 BANERJEE, M D (MHM), SREELEKHA START - 07/17/2004 STOP - 10/14/2004 | 9p |
| label | |
| Vistaril 25mg po qhs x 90 days Dr Banerjee / C Harris lp 09-30-04 12-30-04 | 9PM |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS 9-30-04 — 12-30-04 MOON, JAMES 212228 | 9P |
| Benadryl 25mg po q h.s. x 90 days Dr Banerjee / C Harris lp 09-30-04 12-30-04 | 9PM |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR 10/01/2004 THROUGH 10/31/2004

Physician BANERJEE, M D (MHM), SREELEKHA

Alt. Physician

Telephone No.

Alt Telephone

Medical Record No

Allergies NO KNOWN DRUG ALLERGY

I of III

Rehabilitative Potential

Diagnosis

Medicaid Number

Medicare Number

Complete Entries Checked:

By: [signature] Title: LPN Date: 9-24-0

Moon, James

PATIENT MOON, JAMES

PATIENT CODE ROOM NO BED FACILITY CODE