IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON, #212228, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-384-WKW |
| | ) |
| SAMUEL RAYAPATI, M.D., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is before the Court on the plaintiff's Motion for Injunctive Relief (TRO) (Doc. # 16). It is ORDERED that the Motion for a Temporary Restraining Order is DENIED.

DONE this the 13th day of October, 2006.

                      /s/   W.  Keith Watkins
                 UNITED STATES DISTRICT JUDGE