IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., ET AL., | * | |
| Defendants. | * | |
| | * | |

## RESPONSE TO COURT ORDER DATED SEPTEMBER 28, 2006

COME NOW Defendants, Anthonette Marsh, L.P.N., Nettie Burks, R.N., H.S.A. Marvin West, D.D.S., Travis Miers, D.M.D., and William Shirley, D.D.S. by and through counsel of record and in response to this Court's Order of September 28, 2006 submit the attached medical records.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Marvin West, D.D.S.,
Travis Miers, D.M.D., William
Shirley, D.D.S., Anthonette Marsh,
L.P.N. and Nettie Burks, R.N., H.S.A.

RUSHTON, STAKELY,
JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certified that I have mailed via U.S. mail, properly addressed and first-class postage prepaid, the foregoing document this 17th day of October, 2006, to the following:

James Charley Moon (AIS# 212228)
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                                                s/R. Brett Garrett
Alabama State Bar Number GAR085
Attorneys for Marvin West, D.D.S.,
Travis Miers, D.M.D., William
Shirley, D.D.S., Anthonette Marsh,
L.P.N. and Nettie Burks, R.N., H.S.A.



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: Moon, James #212228 <br> D.O.B. 8/10/52 <br> ALLERGIES: NKA <br> Use Last    Date 12/29/04 | DIAGNOSIS (If Chg'd) <br> D/C Motrin 600mg po TID x 5 days - Give Tylenol 500mg po BID x 5 days <br> P/o Dr. West / T. Starks, Lpn <br> Noted T. Starks Lpn 12/29/04 <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|
| NAME: Moon, James #212228 <br> D.O.B. 8/10/52 <br> ALLERGIES: NKDA <br> Use Fourth   Date 12/29/04 | DIAGNOSIS (If Chg'd) <br> Motrin 600mg  Tid x 5 days <br> [CONFIDENTIAL RECORD - FOR PROFESSIONAL USE ONLY - NOT TO BE PHOTO COPIED stamp] <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: MOON JAMES 212228 <br> Noted 11 AM ccnurse/p 12-23-04 <br> D.O.B. 8/10/52 <br> ALLERGIES: NKA <br> Use Third   Date 12/23/04 | DIAGNOSIS (If Chg'd) <br> A Vistaril 50 mg po q 9:00 PM <br> Benadryl 25 mg po q 9:00 PM  } x 90 days <br> S.Banerjee, MD <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Moon, James #212228 <br> Noted B.Tuly LPN 12/10/04 0930 <br> D.O.B. 8/10/52 <br> ALLERGIES: NKA <br> Use Second   Date 12/10/04 | DIAGNOSIS (If Chg'd)   clinic pop <br> 1) D/C Ranitidine  2) D/C Reglan  3) <br> D/C MOTRIN <br> 4) PRILOSEC 20mg P.O Bid x 90 days <br> 5) RTC 3mo <br> May continue Zantac until Prilosec available <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Moon, James #212228 <br> Noted A.____ 12-9-04 1530 <br> D.O.B. 8/10/52 <br> ALLERGIES: NKA <br> Use First   Date 12/09/04 | DIAGNOSIS <br> D/C to Population F/u in am; NO NSAIDS ASA, Motrin Advil ect. <br> V/O Dr. Rajapati /A Martin <br> ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
DO NOT PHOTO COPY

| Date/Time | |
|---|---|
| 2-27-05 1615 | O- Returned from to Bullock ER c/o being weak & dizzy ——— J Markum |
| 2-27-05 1630 | O- Dr Rogers notified T crew orders, noted IV started in left back of hand c 22 gauge x 2 attempts, hep lock intact D5 ½ NS @ 100cc/hr, temp 99.8, P 96, O2 sat 98%, BP 140/80, c/o nausea no vomiting noted, c/o "Gas pressure under ribs" |
| 2-27-05 1830 | O- IV hep lock site intact, no redness noted, no c/o nausea or vomiting at this time. ——— A Markum |
| 2-27-05 2003 | P/E – instructed inmate to not eat anything until seen by MD, inmate stated he understood. p |
| 2-27-05 2230 | O- D5 ½ NS infusing @ 100cc/hour, views no c/o pain or N/V @ this time. P- continue to monitor ——— J Markum |
| 2-28-05 1130 am | O: Asleep (awakened) – WM Alert & Oriented stated "I had chest pain & stomach pain – I thought I was going to die. (they) gave me some cocktail at the hospital and I felt better." – denies any tenderness around abdomen area – patient has heplock intact back of left hand (no noted infiltration) – getting |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Moon, James | 212228 | 8.10.52 | W/M | VCF |

PHS-MD-70049     Complete Both Sides Before Using Another Sheet

## CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: MOON, JAMES        ID#: 212228        RACE: W        DOB: 8-10-52

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|
| [tooth chart] | [tooth chart] |

Date of Initial Examination: 9-11-00
Initial Classification: 1-28-03 Annual exam
Oral Pathology: update annual 12-20-04
- Gingivitis
- Vincent's Infection
- Stomatis
- Other Findings

Occlusion

Roentgenograms:
- Periapical
- Bitewing
- Panarex

| TOOTH | PRIORITY LIST |
|---|---|
| | +=F |
| | 9=F |

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL — NOT TO BE PHOTOCOPIED*

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | | ✓ | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | ✓ | |
| Anemia | | ✓ | Glaucoma | | ✓ |
| Asthma or other respiratory problems | | ✓ | Heart disease or murmur | | ✓ |
| Blood pressure conditions | | ✓ | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

## SERVICES RENDERED

| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
|---|---|---|---|
| 1/16/01 | | | N/S for dental screening |
| 2/27/01 | | cc | "I need a tooth fill on the top", a pi fx comp given |
| 3-20-01 | 9 | ML composite | 1 carp. 2% x/o 1:100,000 F used in buccal infiltration, Dycal used; PTA for O.K. |
| 1-10-02 | | | Apt made for apt 1-30-02 |
| 2-7-02 | 15 | Ext. | Reviewed Med Hx, 2% lidocaine HCl 1.8cc (x4) c̄ Epi 1:100,000, Pt c/o pain from #15, tooth has lots of decay with a large carious lesion on distal, Dx irreversible pulpitis Tx extrxn, complicated ext, tooth fractured crown distal, removed all 3 root tips, compressed, post-op instructions given — El-C/I Butt NS |
| 7-9-02 | 29 | OD | Reviewed Med Hx, 2% lidocaine HCl 1.8cc (x3) c̄ Epi 1:100,000 Condensed and carved OD amal #29, Pt does not want the tooth extracted, Ck occlusion, released Pt back to population El-Ca BuhAtnos |
| 1-28-03 | | | annual exam, OHI given — MRitchi |
| 8-27-03 | 29 | MOD | Amalgam, kpd Deep excavtn. 1.8cc (x2) Lido 2% Epi 1:105 MBA |
| 12-31-03 | | | N/S for dental appointment R.T.dA |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE ...



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS

### DENTAL RECORD TREATMENT

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 2-20-04 | 13 | M | Composite, 1 Carp lido 2% Epi 10⁻⁵ | WSR | |
| 10-27-04 | 8 | cc crown came off ~ 2 mos ago; abscess on bottom tooth #29 had RC tx; recurrent decay on crown; abscess noted distal to #29. Rx. given; OHI prof given; NV w/ #29 | | W | |
| 12-20-04 | | | annual exam done | R.T. | |
| 12-29-04 | 17 | NRC; NKDA; denies heart murmur; 2 carps 2% xylo 1:100,000 epi used in mand. block & buccal infil; crown fractured; tooth sectioned & roots removed; Rx given; NV tx crown on #8 c/w/o | | W | |
| 3/17/05 | 29 | periapical abscess | n/s dental screening | R.T. | |
| 3-30-05 | 29 | periapical abscess | x-r & extraction | WSR | |
| 4/15/05 | | | dental screening | R.T. | |
| 4-26-05 | 9 | MFLI caries | MFLI composite - tooth non-vital told him it needed ext but refused | WSR | |
| 9/14/05 | | | Appt made with Dr Shirley to evaluate bilateral mand tori in preparation for possible P/P | W | |
| 1-20-05 | | Bilat. tori | as per request of Dr Myers I examined James Moon & concur the tori need to be removed will schedule | W | |
| 2-5-05 | | bilat tori | incisions made, tori removed and incisions closed c/ 8 sutures using 4-0 gut & 2-0 c/ 4-0 silk | WSR | |
| -12-05 | | | silk sutures removed | WSR | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| Moon | James | | 8/10/52 | W/M | 212228 |

PHS-MD-70022

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

## DENTAL EXAMINATION

[Tooth chart with teeth numbered 1-16 (top) and 32-17 (bottom), RIGHT to LEFT]

Date of Initial Examination _____

## RESTORATIONS AND TREATMENTS

[Tooth chart with teeth numbered 1-16 (top) and 32-17 (bottom), RIGHT to LEFT]

Initial Classification _____

Oral Pathology .................. Gingivitis _____
                                  Vincent's Infection _____
                                  Stomatitis _____
                                  Other Findings _____

Occlusion _____

Roentgenograms ............... Periapical _____
                                Bitewing _____
                                Other _____

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication  PRELOSEC | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure  PREV Hx PANCREATITIS |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☐ | Other Disease  GLAUCOMA |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 3/2/06 | | | A Exam | | |

*FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED*

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MOON, JAMES | | | | |

PHS-MD-70015



PRISON HEALTH SERVICES INCORPORATED

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 3/2/06 | | | Exam — Appt made for | | |
| 3/12/06 | | | imp — for P/P | zw | |
| 3/23/06 | | | old Imp to new model Bite | zw | |
| 4/25/06 | | | O/X reviewed prophy floss OHI given Pott- light calculus c̄ moderate bleeding encouraged pt to floss more | BW/DH | |
| 5/11/06 | | | Try-in | zw | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| | | | | | |

PHS-MD-70022