IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Charley Moon,       *
                          *
    Plaintiff,            *
                          *
v.                        *   CIVIL ACTION NO. 2:06-CV-384-WKW
                          *
Samuel Rayapati, M.D., et al., *
                          *
    Defendant,            *

## MOTION FOR PRODUCTION OF DOCUMENTS
## AND ENLARGEMENT OF TIME

Comes now the Plaintiff, James C. Moon, pro se in the above style and cause and moves this Honorable Court for a motion to comple the Defendants to produce certain documents pursuant to Rule 34, Fed. Rules of Civ. Pro., and in doing such states the following:

1.) The Plaintiff avers that to facilitate the issues present in this action he would require the documents listed below be produced by the Defendants for inspection by this Court and the Plaintiff. These documents are also necessary for Plaintiff to present as evidence for trial either by the Court or jury.

2.) The following medical records and dental records requested are to be from June, 2004, to the present, _____, 2006, the period in which the issue before the Court is documented.

   A. All dental request slips and medical request slips from June, 2004 to present.

   B. All doctor's orders pertaining to Plaintiff from June 2004 to present.

   C. All nurses notes pertaining to Plaintiff from June 2004 to present.

   D. Dr. Jackson's evaluations and recommendations pertaining to Plaintiff

from June 2004 to present.

E.) All primary Insurance Policy's obtained by the ADOC and Prison Health Services, Inc. insurer in it's entirety, such as Blue Cross/Blue Shield (Insured's ID XAJ 624628106, Group 57688) and any other insurance taken out on Plaintiff, James C. Moon.

**WHEREFORE**, all premises considered, Plaintiff moves this Honorable Court for an enlargement of time to be supplied with the requested documents, and due to limited law library access, additional time to file his responsive pleadings.

                                        Respectfully submitted,

                                        James C. Moon, Plaintiff, pro se
                                        P.O. Box 767
                                        Clayton, AL   36016

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing to the counsel of the Defendants, by placing same in the U.S. Mail, postage prepaid, first class mail, on this _25_ day of _October_, 2006 and properly addressed as follows:

Attention:  R. Brett Garrett    L. Peyton Chapman III
               Rushton, Stakely, Johnson & Garrett, P.A.
               P.O. Box 270
               Montgomery, AL   36101-0270

Attention:  Honorable Troy King   Attn: Benjamin H. Albritton, Asst. Att. Gen.
               Attorney General of the State of Alabama
               11 South Union St.
               Montgomery, AL   36130-0152

                                        James C. Moon, Plaintiff