IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| | | (WO) |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

The court has reviewed Plaintiff's  motion for production of documents filed on October 27, 2006.  In light of that review, the undersigned concludes that the pending motion shall be denied.   The documents requested in Plaintiff's proposed discovery request are either cumulative of information already provided by Defendants, irrelevant, and/or unnecessary to a determination of the issue pending before this court. Furthermore, Rule 56, F.R.Civ.P., does not condone fishing expeditions through agency files searching for documents which might confirm a party's information and/or belief,  s*ee Lesley v. Whetsel*, 110 Fed. Appx. 851, 853 (10th Cir. 2004) or "where a plaintiff merely hopes to uncover some possible evidence of a constitutional violation." *Duffy v. Wolle*, 123 F.3d 1026, 1041 (8th Cir. 1997).  If further developments warrant the need for additional evidentiary material relative to Plaintiff's allegations, the  proposed discovery request may be reconsidered.

Accordingly, it is

ORDERED that  Plaintiff's Motion for Production of Documents (Doc. No. 38) be

and is hereby DENIED.

Plaintiff's October 27, 2006 pleading also contains a Motion for Extension of Time.

Upon consideration of the motion, and for good cause, it is ORDERED that:

1.  Plaintiff's motion (Doc No. 38) be and is hereby GRANTED; and

2.  Plaintiff is GRANTED an extension from November 10, 2006 to November 20,

2006 to file his opposition to Defendants' written reports.

Done, this 30th day of October 2006.


         /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE