N266

# STATE OF ALABAMA
Department of Corrections
*Inmate Stationery*

RECEIVED

2006 OCT 31  A 9: 38

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF ALABAMA NORTHERN DIVISION.

JAMES CHARLEY MOON, #212228          *    CASE NO. 2:06-CV-384-WKW

    PLAINTIFF.                          *

V.                                   *

SAMUEL RAYAPATI, M.D., et al.,       *

    DEFENDANTS.

## PERMISSION TO FILE ADDITIONAL PLEADINGS.

COMES NOW JAMES CHARLEY MOON, #212228, AND HE HEREBY MOVES THIS HONORABLE COURT PURSUANT TO RULE 15(A) OF THE F.R.CIV.P., AND HEREBY REQUEST PERMISSON AND/OR LEAVE TO FILE ADDITIONAL PLEADINGS, NAMELY, A REQUEST FOR AN ORDER OF PROCEDURAL DEFAULT TO BE FILED AND ADDED TO THE PROCEEDINGS. (MOTION ATTACHED HERETO), AS GOOD CAUSE SHOWN FOR PERMISSON TO BE GRANTED, THE PLAINTIFF SHOWS THAT:

1. THE DEFENDANT HAS PROCEDURALLY DEFAULTED HIMSELF AS TO THE CLAIMS AGAINST HIM PURSUANT TO RULE 55(B)(2) AND 56(A) OF THE F.R.CIV.P., AND FURTHER, HAS IGNORED THIS COURTS ORDER THAT HE FILE RESPONSIVE PLEADINGS, IN COMPLIANCE WITH COURT ORDERS BY OCTOBER 11, 2006 WHICH ON THIS OCCASSION, AND ALL PREVIOUS OCCASSIONS, HAS FAILED TO DO SO,

N266

# STATE OF ALABAMA

**Department of Corrections**
*Inmate Stationery*

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF MOVES THIS HONORABLE COURT TO FILE UPON GRANTING OF PERMISSION TO DO SO, ADDITIONAL PLEADINGS IN THIS CAUSE.

ON THIS THE 27 DAY OF OCTOBER, 2006.

*James C. Moon*

JAMES CHARLEY MOON

PLAINTIFF.

### CERTIFICATE OF SERVICE.

I HEREBY DECLARE THAT I HAVE ON THIS DATE CAUSE A COPY OF THE FOREGOING DOCUMENT TO BE SERVED UPON COUNSEL FOR DEFENDANT SAMUEL RAYAPATI BY PLACING COPIES OF THE SAME IN THE U.S. MAIL POSTAGE PREPAID BY ME.

ON THIS THE 27 DAY OF OCTOBER, 2006.

*James C. Moon*

JAMES CHARLEY MOON

ATTENTION: HON. BRETT GARRETT          P.O. BOX 767
ATTORNEY FOR DEFENDANTS          CLAYTON, ALABAMA
P.O. BOX 270                          36016
MONTGOMERY, ALABAMA
36101-0270

ATTENTION:
HON. TROY KING
ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA
36130