IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228        *

    Plaintiff,        *

    v.        *        2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,        *

    Defendants.        *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's October 31, 2006 pleading, which the court construes as a Motion for Leave to File a Motion for Default Judgment against Defendant Rayapati, and for good cause, it is

ORDERED that the motion (Doc. No. 40) be and is hereby DENIED.

To the extent Plaintiff's October 31, 2006 pleading may alternatively be construed as a Motion for Leave to File a Motion to Strike Defendant Rayapati's Answer and Special Report filed on October 11, 2006, and for good cause, it is

ORDERED that the motion (Doc. No. 40) be and is hereby DENIED.

Done, this 2nd day of November 2006.

                                        /s/Charles S. Coody
                                  CHARLES S. COODY
                                  CHIEF UNITED STATES MAGISTRATE JUDGE