IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Charley Moon, #212228,

    Plaintiff,

v.

Samuel Rayapati, M.D., et al.,

    Defendants.

CIVIL ACTION NO. 2:06-CV-384-WKW

## ANSWER AND REBUTTAL TO DEFENDANT'S SPECIAL REPORT OF TRAVIS MIERS, JR., DMD, AND WILLIAM SHIRLEY, DDS

Comes now the Plaintiff, James Charley Moon, acting pro se, and in the above styled cause presents this Answer and Rebuttal to the Defendant's Special Report.

### STATEMENT OF FACTS

On March 30, 2005 I saw Dr. William E. Shirley. He was to be our new dentist as stated in his affidavit. I told Dr. Shirley I had taken at least 30 tylenol and walked the floors all night, and I could not stand another day of this. That the medication no longer had any effect and would you please pull this tooth! I would sign a release of responsibility that I could not stand th pain anymore. Dr. Shirley states: I noted he had a chronic periapical abcess: meaning a collection of pus usually caused by an infected tooth. He also states in the Special Report of the Defendant Page 4 bottom of the page this is the same abcess previosly identified by Dr. West October 10, 2004 and October 27, 2004. Also see mar. 4th, 8th, 23 thur 30th 2005 Plaintiff was put on Antibiotics (6 times) SEE exhibit A-14, 23, 77, 78, 79

**Shannon v. Lester**, 519 F.2d 76 (6th Cir. 1975). "[W]e held that a plaintiff may recover for any injury caused by the delay in care and any concomitant pain, suffering, or mental anguish." See Exhibits (A-21) periapical abcess #29 tooth march 30 2005.

Dr. Shirley pulled #29 tooth. I told Dr. Shirley I need some partial plates to chew my food with because of my esophageal stricture that Dr. West said "I was eligible for partial plates on December 30, 2004," but I would have to wait until they hired a permanent dentist. Dr. Shirley stated: that he would have me some made, but wanted the teeth I had cleaned first I told him that I had put in a dental slip already to have them cleaned on August 18, 2004. See Exhibit #A-1. On April 10, 2005 I sent a Sick Call Request in which stated: Exposed broken tooth, very painful and need partial plates "NO" Jaw teeth to chew with See Exhibit #A-80 Dr. Shirley's signature appears on this request and Dental assistant. On April 26, 2005 tooth #9 was repaired broken tooth. I explain the problem with my esophageal stricture, That I only had .6 centimeter in diameter esophagus, that I get choked because I <u>cannot</u> chew my food properly again, Dr. Shirley said "He would handle this. On Junr 21, 2005 I sent in another dental sick call Request Slip. See Exhibits #A-81 I stated: Dental on March 30, 2005 I seen the dentist and had a tooth pulled, the dentist said "he would have me some Denture's made so I could eat properly, but wanted my teeth that remained cleaned and he would handle this, but have not been called this is now June 21, 2005. Received same day, Both Dental assistant and Dr. Shirley signature appears agains See Exhibits # A-81 P.H.S. Inc, violate their own rules and regulations See Contract A-15(+1) 14 days reasonable to answer request. This is the <u>Third</u> request. See Exhibits # A-81 80;82. See <b>Farrow v. West</b> cite 320 F.3d 1235 (11th Cir. 2003) p. 1244 (quote) See <b>Hunt v. Dental Dept.</b> 865 F.2d 198, 200 (9th Cir. 1989), <b>Ramos v. Lamm</b>, 639 F.2d 559, 576 (10th Cir. 1980) The evidence, under Farrows version of events showed such a serious medical needs. Prison officials knew of Plaintiff's condition yet "failed to take any action to relieve his pain

Page 2

or to prescribe a soft food diet until his new dentures could be fitted.

During the month of October, 2004 through the present March 21, 2005 to mental health records, will show repeated complaints of dental problems causing me severe depression due to medical problems. See Exhibit A-2 thru 12. Eventually I had to get off my medication for well being due to stricture in the esophagus because I could not swallow said medication. See A-11

On July 6, 2005 I seen C.R.N.P. Mrs. Floyd, she wrote me a soft diet due to missing teeth, See Exhibit A-82 thru 84. On August 25, 2005 I seen her again and got another soft food diet for six more months, through February 25, 2005. On 3/29/06 another profile for 90 more days, I still don't have any partial plates with a normal esophagus tube, I would still have problems eating, but I still have not had my esophagus stretched to its normal size. Dr. Shirley or Dr. Miers could have prescribed a <u>soft food diet</u> they were aware of breaking teeth and stricture. SEE A-84 Stop order 4/6/06 Plates made May 25, 2006 SEE A-113

In September of 2005, my mother called Warden J.C. Giles and tried to get some help with my dental and esophageal stricture. He did talk to Nurse Burks. I also talked to Warden Giles, he called me to his office and I explained the problems I was having with dental and medical. I told him I had <u>lost twenty-five pounds</u> due to the 1/4 inch stricture in my esophagus and **NO** partial plates because I was unable to eat properly and I also told him I was tired of eating applesauce and cream potatoes. See Exhibits # A-125, 126 "<u>weight lose</u>" Mrs. Burk called me over to talk to her. I also explained everything to her so she would understand all that was going on. She retrieved my medical records and stated "I see where Dr. Jackson **recommended a repeat endoscopy in 8 to 12 weeks.** This was on December 9, 2004 and she also read where he states whatever means necessary needed to take care of my dental problems because I had severe eshophagitis.

Page 3

On November 1, 2005 I wrote another inmate grievance. In this grievance I stated: That I still have not had my partial plates made so I can eat proper and also stated: It had been over 11 months since Dr. Rayapati knew I was to return for a repeat E.G.D. that has not occured. See Exhibits # A-89 thur 92. But she does not respond about my request for partial plates. On two occasions I spoke with the dental assistant, but I kept being put off for oral surgery. Finally, on Dec. 3, 2005 the surgery was performed. Both Dr. Miers and Dr. Shirley knew that I had an esophagus stricture and I told them that my esophagus was only 1/4 inch in diameter and that I needed partial plates to chew my food. **Tilly v. Owens**, 719 F.Supp. 1256, at p. 1309 (W.D.Pa.1989). order aff's at 3. Dental Services. (delay of a year regardless of seriousness of the condition) for denture stated claim. Moon alleges he has been eligible since Dec. 2004 where the contract with PHS states (3) missing teeth in a row inmate is eligible for dentures or partial. See Exhibit A-15(F). See DOC Contracts.

In Feb. of 2006, I saw Dr. Miers in the hallway of the HCU and spoke to him about making my plates. He made an appointment for March 2, 2006. I made this appointment and he told me "The room where they had the plates in was full and did not have any room to make my molds." At this point, he said "we will do an annual and we will bring you back in three weeks." See Exhibit #A-147 On March 13, 2006 I put Warden Giles on notice of the there wrong- SEE A 115 thur 120 doings. I also sent a copy to Richard Allen, DOC Comm. and a copy to Ruth Naglich, Assoc. Comm. I also sent, in Dec. 2004, and Oct. 2005 letters SEE A-86,87,88 addressing my dental and health problems, which I have copies of. **Ramos v. Lamm**, 639 F.2d 559 (10th Cir. 1980).

P. 576 on site coverage of 40 hours a week sufficient for 800-1000 inmates but not 1,400 according to the State witness Ventress Correctional Facility has 1,700 inmates with court transfers and this dental department was set up with (2) chairs with a population of 600 inmates. The

Page 4

population is now at triple compacity should have at least (4) chairs with (2.) full time dentists. We have (2) part time dentists that work only 2 days a piece leaving **NO** dentist Friday through Sunday and in June of 2004 thru March, 2005 10 months only came 3 or 4 days a month Dr. West came from Kilby Corr. Fac. for which Plaintiff suffered dearly, and almost died due to **Lack of Staff**. Also because of delay causing infections and abcesses leading to continued and unnecessary pain and loss of teeth.

On March 22, 2006 Dr. Miers made my lower impressions the next day March 23, 2006 for alignment and bite registration. All of a sudden the ball is rolling. On April 25, 2006 I had my teeth cleaned after my request on August 18, 2004 this was my first teeth cleaning since May 27, 2000. When I was incarcerated contract says annual cleaning. See Exhibit # A-15(I) Contracts.

On May 11, 2006 I was seen for "try-in" and on May 25, 2006 I received SEE A-113 my partials and adjusted and on June 1, 2006 I had final adjustment for proper fit. 17 months to make partial plates there appears to be something wrong with dental department. See **Farrow v. West**, 320 F.3d 1235, at page 1242 [6-9]. Although the United States Constitution does not require comfortable prisons, neither does it permit inhumane ones (11th Cir. 2003). Not only have I suffered without partials to eat with, I had an esophageal stricture too, which required Plaintiff to have his food chew to almost a liquid form and drink lots of water for 18 months.

## CONCLUSION

The Plaintiff's requests for relief are with merit, and furthermore, has proven by the evidence now before the Court. That Plaintiff has demonstrated both through substantial evidence and appropriate precedent that there is genuine issue of material facts relating to Constitutional violations, and that Plaintiff is, therefore, entitled to judgment in his favor as a matter of law. The Plaintiff has went above and beyond the administrative

remedies available to him at Ventress C.F. and to Commissioner's Office and Associated Comm. See Exhibits #A-115 thur 120 A-86 thur 88 A-35 thur 37 (D.O.N.) Mrs. Burks and Warden J.C. Giles.

Accordingly, the Plaintiff requests that this Answer and Rebuttal to their Special Report be treated and denominated as a Motion for Summary Judgment and enter a judgment in his favor.

Done this 20 day of NOV, 2006.

James C. Moon

James Charley Moon, pro se
AIS #212228, Dorm 8A
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016-0767

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed via U.S. Mail, properly addressed and first class postage prepaid, the foregoing document this 20 day of NOV, 2006, to the following:

Attention: S/R. Brett Garrett
Rushton, Stakely, Johnson and Garrett, P.A.
P.O. Box 270
Montgomery, AL  36101-0270

Attention: Honorable Troy King
Office of the Attorney General
11 South Union St.
Montgomery, AL  36130

James C. Moon

James Charley Moon, pro se

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this 2nd day of November, 2006.

*Carolyn R. Abercrombie*
Notary Block
My Commission Expires August 18, 2007
Comm. Exp. Date

*James C. [signature]*