IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Charley Moon,

    Plaintiff,

v.

Richard Allen, et al.,

    Defendants.

CIVIL ACTION NO. 2:06-CV-384-WKW

## AFFIDAVIT OF JAMES MOON, PLAINTIFF

Before me, Carolyn Abercrombie, a Notary Public in and for said County and the State of Alabama, personally appeared James Charley Moon, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge, or belief, as follows:

My name is James Charley Moon. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit.

This case involves a medical tort against Prison Health Services, Inc. and the Alabama Department of Corrections, the company contracted by the State of Alabama Department of Corrections to provide medical services to the inmates incarcerated therein. The Plaintiff alleges that the medical care provided him concerning his dental care and treatment of medical care was inappropriate or lacking and has therefore caused other ailments that have caused undue suffering, i.e., due to taking seven and one half months of pain medication for dental problems caused detrimental damage to Plaintiff's esophagus and delay of 14 months caused the deterioration of the esophagus

lining along with this delay Dr. Rayapati should have known that deterioration of Plaintiff's condition was possible, but that Dr. Rayapati was aware on August 12, 2004 Plaintiff had an esophageal stricture and that Plaintiff's condition was, in fact, deteriorating and still did nothing to treat this deteriorating state, but that the treatment provided was so grossly inadequate, amounting to no treatment at all.  That the ADOC and PHS were working together knew that after and even before being hospitalized at Baptist South Hospital inmate was going to cost PHS and the ADOC substantial high medical bills and took out a medical insurance policy with Blue Cross/Blue Shield but had a 270 day waiting period for pre-existing medical problems due to 1.) an esophageal stricture and 2.) severe erosive esophagitus, causing Plaintiff to suffer substantially for over 2 years.  That the State has failed to provide prisoners a level of health services reasonably designed to meet routine and emergency medical, dental and psychological or psychiatric care.  That due to overcrowding and lack of dental staff has caused Plaintiff to suffer undully.  Has presented evidence on each Defendant named in this medical tort and having rebutted and sworn to in Plaintiff's Answer that said Defendants have been deliberately indifferent to his medical needs after Plaintiff has been specifically diagnosed with serious medical problems and failed to follow the recommendations of other health professionals.

Further affiant sayith not.

*James C. Moon* (signature)
James Charley Moon, Affiant
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016-0767

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this 17th day of November, 2006.

*Carolyn R. Abercrombie*
(Notary Public)

My Commission Expires August 18, 2007
Comm. Exp. Date

Affidavit
Page 3