2:06cv384

# EVIDENTIARY SUBMISSION (Exh. A1-223)

# FILED UNDER

# SEPARATE COVER

# IS NOT SCANNED.

# IT IS FILED

# IN CONVENTIONAL FORMAT

# AND AVAILABLE FOR VIEWING

# IN THE CLERK'S OFFICE.