IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

James Charley Moon,

    Plaintiff,

v.    CASE NO. 2:06-CV-384-WKW

Richard Allen, et al.,

    Defendants.

## MOTION TO ADD DEFENDANT

Comes now the Plaintiff, James Charley Moon, acting pro se in the above style, and moves this Honorable Court to allow him to add a Defendant, for good cause.

## ADDITIONAL DEFENDANTS

Gloria Wheeler, CO1
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

Wherefore, all premises considered, Plaintiff moves this Honorable Court to grant this request to add the Defendant stated above in this cause.

Respectfully submitted,

James C. Moon, Plaintiff, pro se
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing to the Counsel of the Defendants, by placing same in the U.S. Mail, postage prepaid, first class mail, on this 10 day of December, 2006, addressed as follows:

Attention: Honorable Troy King
Attorney General of the State of Alabama
11 South Union St.
Montgomery, AL 36130-0152

James C. Moon, Plaintiff