# Advanced Medical
## Imaging Center

**Advanced Medical Imaging Center**
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Samuel Rayapati,MD 08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
    DOB: ████████
    Account#: 881724
    Chart#:   70550
    Exam: UPPER GI/BARIUM SWALLOW 08-12-04

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted.

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh

(exhibits # B)