IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228     *

    Plaintiff,     *

    v.     *     2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Amend to Name Gloria Wheeler as a defendant, and for good cause, it is

ORDERED that the motion (Doc. No. 50) be and is hereby DENIED as untimely.[1]

Done, this 14th day of December 2006.

        /s/Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE

---

[1] The court's May 15, 2006 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order . . . Any amendments or motions to amend filed after this date will be considered untimely. (Doc. No. 4, pg. 4 ¶ (4)(f).)