IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228         *

    Plaintiff,         *

v.         *    2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,         *

    Defendants.         *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint and as the motion is untimely,[1] it is

ORDERED that the motion (Doc. No. 51) be and is hereby DENIED.[2]

Done, this 14th day of December 2006.

          /s/Wallace Capel, Jr.
          WALLACE CAPEL, JR.
          UNITED STATES MAGISTRATE JUDGE

---

[1] The court's May 15, 2006 order of procedure informed Plaintiff that "[a]ll amendments to the complaint and/or motions to amend must be filed within ninety (90) days of the date of this order and the allegations contained therein must relate to the facts made the basis of the instant complaint. Any amendments or motions to amend filed after this date will be considered untimely. (Doc. No. 4, pg. 4 ¶ (4)(f).)

[2] Plaintiff is free, however, to file another civil action if he believes his constitutional rights have been violated by actions or events which have occurred since he filed the instant matter.