IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | ) | |
| Plaintiff, | ) ) ) | |
| V. | ) ) | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., ET AL., | ) ) ) | |
| Defendants. | ) ) ) | |

## MOTION TO SUPPLEMENT SPECIAL REPORT OF DEFENDANTS SAMUEL RAYAPATI, M.D. AND PRISON HEALTH SERVICES, INC. TO INCLUDE THE NOTARIZED AFFIDAVIT OF SAMUEL RAYAPATI, M.D.

COME NOW Defendants Prison Health Services, Inc. and Samuel Rayapati, M.D. and supplement their Special Report in this matter to include a notarized affidavit of Samuel Rayapati, M.D., attached hereto as Exhibit "A."

Respectfully submitted,

*s/R. Brett Garrett*
Alabama State Bar Number GAR085
Attorneys for Defendants Prison Health
Services, Inc., Samuel Rayapati, M.D.,
Dr. Travis Miers, Nettie Burks, R.N.,
H.S.A., Anthonette Marsh, L.P.N., Dr. David
West, and William Shirley, D.D.S.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 29th day of March, 2007, to:

James Charley Moon (AIS# 212228)
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

                                            *s/R. Brett Garrett GAR085*
                                            OF COUNSEL