IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228             *

    Plaintiff,                                                        *

    v.                                                                    *       2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,              *

    Defendants.                                                  *

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Supplement Special Report of Defendants Samuel Rayapati, M.D. and Prison Health Services, Inc., to Include the Notarized Affidavit of Samuel Rayapati, M.D., and for good cause, it is

ORDERED that the motion (Doc. No. 54) be and is hereby GRANTED.

Done, this 30th day of March 2007.

                                         /s/Wallace Capel, Jr.
                                     WALLACE CAPEL, JR.
                                     UNITED STATES MAGISTRATE JUDGE