IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 AUG -3  A 10: 26

P. HACKETT, CL..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| James Charley Moon, | * |
| Plaintiff, | * |
| v. | *  CIVIL ACTION NO. 2:06-CV-384-WKW |
| Dr. Samuel Rayapati, et al., | * |
| Defendant. | * |

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND/OR PRELIMINARY INJUNCTION**

   Comes now the Plaintiff, James C. Moon, pro se in the above styled cause and pursuant to Fed. Rules of Civil Pro., Rule 65(a), moves this Court for a preliminary injunction directing the Defendants, Dr. Samuel Rayapati, M.D., et al., Prison Health Services, Inc., and Richard Allen, Alabama Department of Corrections, for relief.

   1. There is a reasonable likelihood that Plaintiff will prevail on the merits. For more than three (3) months Defendants have denied Plaintiff any relief from pain suffered for tooth problems. Defendants have acted with deliberate indifference to a substantial risk of serious harm in violation of Plaintiff's rights under the Eighth Amendment.

   2. There is a substantial threat of irreparable harm if the injunction is not granted. As a result of constantly taking pain medication which Dr. Jackson has indicated on December 9, 2004, that was bad on Plaintiff's esophagus in which Plaintiff was taking for dental problems for seven and one half (7 1/2) months has started up again. Plaintiff has suffered and continues to suffer serious physical and mental injuries. Any remedy at law for Pliantiff's injuries would be inadequate.

3. The threatened injury to Plaintiff outweighs any harm the proposed injunction may cause Defendants. The relief Plaintiff seeks is an order compelling the Defendants to perform dental repair and stop the Defendants from retaliating against Plaintiff for exercising the right of free speech.

4. The public interest will not be disserved by a grant of a preliminary injunction. To the contrary, the public interest is well served by protecting the Constitutional rights of all its members.

**WHEREFORE**, Plaintiff requests that upon consideration of this motion and their supporting memorandum of law, this Court order Defendants, their successors, agents, employees, and all persons acting in concert with theme to provide Plaintiff with badly needed teeth repair in which Plaintiff suffers pain daily.

Respectfully submitted on this 2nd day of August, 2007.

*/s/ James C. Moon*
James C. Moon, Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I have mailed via U.S. Mail properly addressed and first class postage prepaid, the foregoing document this 2nd day of August, 2007.

Attention:  S/R Brett Garrett
            Rushton, Stakely, Johnson and Garrett, P.A.
            P.O. Box 270
            Montgomery, AL  36101-0270

            Attention: Hon. Troy King
            Office of the Attorney General
            11 South Union St.
            Montgomery, AL  36130

*/s/ James C. Moon*
James C. Moon, Plaintiff  E 4-38
P.O. Box 767
Clayton, AL  36016

-2-

## NOTARY BLOCK

STATE OF ALABAMA
COUNTY OF BARBOUR

Subscribed and sworn to before me this

2nd day of August, 2007

_____
Notary Public

_____
Comm. Exp. Date



James C. Moon - 212228 E4-88
Ventress Correction facility
P.O. Box 767
Clayton, AL 36014

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION.