EXhibit A



PRISON HEALTH SERVICES, INC.  2 sec Request
SICK CALL REQUEST

Print Name: JAMES MOON     Date of Request: July 29, 2007
ID # 212228     Date of Birth: 8/10/52  Location: E4-38ª
Nature of problem or request: I have (2) Abcessed TEEth
I sent A request on 21st July - The PAIN medication
is Bad on my ESOPHAgeAl STRicture. I hAving
"Problem With medication Sticking in the Esophagus
NEED To SEE Medical Dr. Present" James
                                            Signature

**DO NOT WRITE BELOW THIS LINE**

Date: 7-30-07
Time: 10:30 (AM) PM
Allergies: NKA

RECEIVED
Date:
Time:
Receiving ~~Nurse~~ Intials  DS

(S)ubjective:

(O)bjective  (V/S):  T:___  P:___  R:___  BP:___  WT:___

(A)ssessment: [illegible]

(P)lan: H[illegible] thursday 8/2/07 @ 7am [illegible]
MD appt.

Refer to:  (MD)/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE (X)   EMERGENCY ( )
    If Emergency was PHS supervisor notified:  Yes ( )   No ( )
           Was MD/PA on call notified:  Yes ( )   No ( )

                                            [signature] RN
                                SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT