INMATE REQUEST SLIP

Name JAmes Moon Quarters E4-38 Date 7/28/07

AIS # 212228

( ) Telephone Call        ( ) Custody Change     ( ) Personal Problems
( ) Special Visit         ( ) Time Sheet         ( ) Other Dental

Briefly Outline Your Request- Then Drop in Mail Box

Capt. Monk;
Hope All is well, I need some Help seeing Dentist, I have sent (2) Requst for (2) Abcessed Teeth Repair, "No" Responce

Thank You
James Moon

Do Not Write Below This Line – For Reply Only

A copy of your request has been forwarded to Nurse Hunter (Ben)

His/Her decision is final.

M. Terry Monk

Approved       Denied       . Pay Phone       Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public   ( ) Record Office

N176