IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON, #212228, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-384-WKW |
| | ) |
| SAMUEL RAYAPATI, M.D., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

It is ORDERED that the plaintiff's Motion for a Temporary Restraining Order (Doc. # 56) is DENIED.

DONE this 3rd day of August, 2007.

　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE