IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON, #212228, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-384-WKW |
| | ) |
| SAMUEL RAYAPATI, M.D., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

It is ORDERED that the court's order (Doc. # 58) entered on August 3, 2007, shall be AMENDED to read as follows:

    It is ORDERED that the plaintiff's Motion for a Temporary Restraining Order (Doc. # 56) is DENIED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for prompt consideration of the motion for preliminary injunction and for all other appropriate proceedings.

DONE this 10th day of August, 2007.

                    /s/ W. Keith Watkins
                    UNITED STATES DISTRICT JUDGE