IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228        *

    Plaintiff,        *

v.        *        2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,        *

    Defendants.        *

_____

**ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, it is

ORDERED that on or before September 5, 2007 the medical defendants file a response to Plaintiff's motion. The response should include affidavits and medical records relevant to the specific claims presented in the request for preliminary injunctive relief.

Done, this 16th day of August 2007.

                        /s/ Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE