

## DEPARTMENT OF CORRECTIONS
## DENTAL RECORD TREATMENT

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 2-12-04 | 13 | M | Composite 1.8 Lido 2% Epi 10⁻⁵ | WB | |
| 10-27-04 | 8 | ex crown came off | [illegible clinical notes re: abscess, RCT, Rx glucos ORA DCF given NV pt #29] | | |
| 12-20-04 | | | annual exam done | RT | |
| 12-29-04 | 17 | NKC; NKDA; Denies heart murmur; 2 carps 2% x 1:100,000 epi used; Mand. long buccal; block; crown fractured, tooth separated, roots removed; Rx gly "N/V tx; crown #8 cemented w/ [illeg] | | RT | |
| 3/17/05 | 29 | periapical abscess | N/S dental screening | wB | |
| 3-30-05 | 29 | periapical abscess | X-R, extraction | | |
| 4/15/05 | | | dental screening | RT | |
| 4-26-05 | 9 | MFLS caries | MFLS composite; tooth non-vital; told him it needed RCT but refused | WB | |
| 9/14/05 | | | Appt made with Dr Shirley to evaluate bilateral mand. tori in preparation for partial /P | | |
| 9-20-05 | | Bilat. Tori | as per request of Dr. Mears I examined James [illeg] & concur the tori need to be removed; will be scheduled | WB | |
| 12-5-05 | | Bilat. Tori | incisions made, tori removed and incisions closed w/ 8 sutures using 4.0 gut [illeg] & 4.0 silk | WB | |
| 12-12-05 | | | all sutures removed | WB | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| Moon | James | | 8/10/52 | W/M | 212225 |

PHS-MD-70022

EXHIBIT B



**PRISON HEALTH SERVICES INCORPORATED**

## DEPARTMENT OF CORRECTIONS
## DENTAL RECORD TREATMENT

| Services Rendered | | | Treatment | Initials | Class |
|---|---|---|---|---|---|
| Date | Tooth # | Diagnosis | | | |
| 3/2/06 | | | Exam — Appt. made for | | |
| | | | imp. for L.P. upper model | | |
| 3/12/06 | | | Adj. L.P. upper model | | |
| 3/23/06 | | | Bite | | |
| 4/26/06 | | | OH reviewed prophy floss OHI given | BR? | |
| | | | Pott — light calculus = moderate bleeding, encouraged pt to floss more | | |
| 5/11/06 | | | Try-in | | |
| 5/25/06 | | | Insert L/P recvd from signed | | |
| 5/25/06 | | | Adj L/P | | |
| 6/1/06 | | | Adj L/P | | |
| ?/06 | 14 | caries + malposed | MO amalgam (Valux) told him may still trap food between 13-14 due to mal- alignment (extruded) of # | used | |
| 4/12/07 | | | Re exam — pt states no adjustment needed for L/P | | |
| | | | extract — do — trio to save | | |
| 8-6-07 | 13 | caries | MO amalgam (8g+disp - Dyract low) | W?? | |
| 8-14-07 | 4 | caries | not an ?posure | | |

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| Moon, | James | | 8/10/52 | W/M | 212228 |

PHS-MD-70022

DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES



# DENTAL RECORD

## DENTAL EXAMINATION

## RESTORATIONS AND TREATMENTS

Date of Initial Examination

Initial Classification

Oral Pathology .................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .................. Periapical
Bitewing
Other

### Health Questionnaire

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☒ | Rheumatic Fever | ☐ | ☒ | V.D. |
| ☐ | ☒ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☒ | Hepatitis |
| ☒ | ☐ | Present Medication  PRELOSEC | ☐ | ☒ | Anemia or Bleeding Problems |
| ☐ | ☒ | Epilepsy | ☐ | ☒ | Heart Disease   PREV HX PANCREAT |
| ☐ | ☒ | Asthma | ☐ | ☒ | High Blood Pressure |
| ☐ | ☒ | Diabetes | ☐ | ☒ | Kidney Disease |
| ☐ | ☒ | HIV | ☒ | ☐ | Other Disease   GLAUCOMA |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 3/2/06 | | | A slaw | ʒw | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| MOON, JAMES | | | | |

PHS-MD-70015



PRISON HEALTH SERVICES INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR ORAL SURGERY OR EXTRACTION

Patient Name _____ AIS# _____

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 4, 8 9 | Extractions | 9-4-07 |

_____    9/4/07
Patient's Signature                              Date

___ E. Dudley, D.D.S.                        9-4-07
Dentist's Signature                             Date


PRISON HEALTH SERVICES INCORPORATED

## PATIENT CONSENT AND AUTHORIZATION FOR ORAL SURGERY OR EXTRACTION

Patient Name: Moon, James       AIS# 212228

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

### SPECIFIC TREATMENT

| Tooth Number | Procedure | Date |
|---|---|---|
| 4 | MOD amalgam | 8-14-07 |

_James C. Moon_
Patient's Signature                  8/14/07  Date

_Dr. Shirley, DDS_
Dentist's Signature                  8-14-07  Date



PRISON HEALTH SERVICES INCORPORATED

# PATIENT CONSENT AND AUTHORIZATION FOR ORAL SURGERY OR EXTRACTION

Patient Name __Moon, James__   AIS# __212 228__

1. I understand that there are risks, and possible complications of oral surgery including swelling, bleeding, pain, loss of tooth parts or fillings, bone fragments, sinus involvement, infection, jaw fracture, temporary or permanent numbness or tingling of the lips, tongue, skin, gums, cheek or teeth. Some complications may require further treatment and or surgery.

2. I consent to the use of local anesthetics or other medications and that there are possible side effects, including allergic reactions and these have been explained to me.

3. I have had the opportunity to ask questions which have been answered to my satisfaction.

4. I understand there is no guarantee of success or permanence of the treatment.

5. I authorize the disposal of any tissues, which, in the course of treatment, may be removed.

**SPECIFIC TREATMENT**

| Tooth Number | Procedure | Date |
|---|---|---|
| 13 | extraction - tried to numb | 8-6-07 |

__James C. Moon__
Patient's Signature                      __8-6-07__  Date

__W. E. Shirley, D.D.S.__
Dentist's Signature                     __8-6-07__  Date



DEPARTMENT OF CORRECTIONS

MENTAL HEALTH SERVICES

# DENTAL RECORD

## DENTAL EXAMINATION

## RESTORATIONS AND TREATMENTS

Date of Initial Examination

Initial Classification

Oral Pathology .................... Gingivitis
Vincent's Infection
Stomatitis
Other Findings

Occlusion

Roentgenograms .................... Periapical
Bitewing
Other

**Health Questionnaire**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| ☐ | ☑ | Rheumatic Fever | ☐ | ☑ | V.D. |
| ☐ | ☑ | Allergy (Novocaine, penicillin, etc.) | ☐ | ☑ | Hepatitis |
| ☑ | ☐ | Present Medication  eye drops / Prilosec | ☐ | ☑ | Anemia or Bleeding Problems |
| ☐ | ☑ | Epilepsy | ☐ | ☑ | Heart Disease |
| ☐ | ☑ | Asthma | ☐ | ☑ | High Blood Pressure  (PREV HX |
| ☐ | ☑ | Diabetes | ☐ | ☑ | Kidney Disease   PANCREATITIS) |
| ☐ | ☑ | HIV | ☐ | ☐ | Other Disease        GLAUCOM |

### SERVICES RENDERED

| Date | Tooth # | DX | TX | Initials | Class |
|---|---|---|---|---|---|
| 4/12/07 | | | A Exam | | |
| 4-?-07 | 4,8,9 | [illegible] | 4 extractions | WGR | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Moon, James | 212228 | 8/10/52 | W/M | VCF |

PHS-MD-70015