IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 SEP 11  A 9:46

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James Charley Moon,

    Plaintiff,

v.                       CIVIL ACTION NO. 2:06-CV-384-WKW

Samuel Rayapati, M.D., et al.,

    Defendants.

### PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff, James Charley Moon, pro se in the above styled cause and respectfully petitions this Honorable Court pursuant to Rule 26 and Rule 34 of the Fed. Rules of Civil Proc. and requests that the Defendants allow Plaintiff to inspect documents critical to inmate's motion for preliminary injunction. For example, to provide legible, clearly readable medical records in this case.

1.) That Medical Defendants have submitted an extensive medical hitory of Plaintiff as part of the record. Exhibit __B__.

2.) That there are about seven (7) pages of said medical records that are highly relevant and entirely pertinent to these proceedings that contain language that is illegible or scrawled to point that Plaintiff is unable to ascertain exactly what was written.

3.) That part of the claim in this §1983 action involves the "deliberate indifference to serious medical needs" on the part of this Defendant and Plaintiff, at some point, will have to show proof that his claim is indeed valid. In order to do so, legible medical records are an absolute necessity.

4.) That by being permitted to copy said documents at Plaintiff's own expense pay for said documents copied by the front offices copying machine, for Prison Health Services, Inc. copying machine distorts the medical records to a point they are not legible.

5.) That all other documents, items of evidence may be copied also, to show proof that Plaintiff's claim is indeed valid. In order to do so, legible medical records are an absolute necessity.

**WHEREFORE**, Plaintiff, as stated herein, the Defendants grant a time for Plaintiff to view and copy said documents.

Respectfully submitted on this 10th day of September, 2007.

*/s/ James C. Moon*
James C. Moon, Plaintiff, pro se
AIS #212228, Dorm E4
Ventress Correctional Facility
P.O. Box 767
Clayton, AL   36016-0767

### CERTIFICATE OF SERVICE

ATTN:   R. Brett Garrett
        Rushton, Stakely, Johnston & Garrett, P.A.
        P.O. Box 270
        Montgomery, AL   36101-0270

Troy King, Attorney General
Office of the Attorney General
11 South Union St.
Montgomery, AL   36130

*/s/ James C. Moon*
James C. Moon, Plaintiff, pro se

-2-

NAME James C. Moon    AIS # 212228    DORM # E4
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

MONTGOMERY AL 361
10 SEP 2007 PM 9 L

Office of the Clerk
U.S. District Court, Middle Dist.
P.O. Box 711
Montgomery, AL  36101-0711

36101+0711