IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228          *

    Plaintiff,                        *

    v.                                *       2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,      *

    Defendants.                       *

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Production of Documents. Plaintiff complains that the medical records submitted by the medical defendants in response to his request for a preliminary injunction are not legible, and thus, Plaintiff is unable to determine exactly what was written. ( Doc. No. 62.) Plaintiff asks that he be allowed to review the medical records in question and copy these documents, at his own expense, at the front office because, he claims, Prison Health Services, Inc.'s, copying machine distorts the medical records to the point that they are not legible. (*Id*.) Plaintiff further requests "that all other documents, items of evidence may be copied also, to show proof that Plaintiff's claims [are] indeed valid." (*Id*.)

Upon consideration of Plaintiff's motion seeking production of those medical/dental records submitted as Exhibit B of Document Number 61, and for good cause, it is

    ORDERED that:

1. The motion (Doc. No. 62) be and is hereby GRANTED to the extent that Plaintiff seeks *access* to the prison medical/dental records in question.

2. On or before October 2, 2007, medical/dental personnel at the Ventress Correctional Facility shall allow Plaintiff to inspect and/or copy his prison medical/dental file. **Plaintiff is hereby informed that neither prison officials nor dental/medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies**. Thus, if Plaintiff seeks to obtain photocopies of his records, he must make prepayment to the appropriate official of all costs related to producing the copies. Plaintiff is advised that he may utilize any means available to him to produce the requisite copies including but not limited to handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court.

The Clerk is DIRECTED to furnish a copy of this order to Dr. Shirley, counsel for Prison Health Care Services, Inc., and General Counsel for the Alabama Department of Corrections.

Done, this 12th day of September 2007.

                                      /s/ Wallace Capel, Jr.
                                      WALLACE CAPEL, JR.
                                      UNITED STATES MAGISTRATE JUDGE