```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000559
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES CHARLEY MOON
 Case/Party: D-ALM-2-05-CV-000330-001
 Amount:          $24.07
PLRA CIVIL FILING FEE
 For: JAMES CHARLEY MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:          $24.73
------------------------------------------------
CHECK
 Check/Money Order Num: 19570
 Amt Tendered:    $48.80
------------------------------------------------
Total Due:       $48.80
Total Tendered:  $48.80
Change Amt:       $0.00
```