IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

2007 OCT -2 A 9:56

James Charley Moon #212228      DEBRA P. HACKETT
                                 U.S. DISTRICT COURT
   Plaintiff                    MIDDLE DISTRICT ALA

   V.                                )        2:06-CV-384-WKW

Samuel Rayapati, M.D., et.al.     )

   Defendants                        )

### ORDER FOR COMPLIANCE DOCUMENT #63-1

### DATE FILED: 09/12/2007

Comes now the Plaintiff, James C. Moon, in the above styled cause and respectfully requests this Honorable Court to grant the order for compliance on a order by this Honorable Court.

Plaintiff is unable to determine exactly what was written ( Doc. No. 62). Plaintiff asks that he be allowed to review the medical records in question and copy the documents, at his own expense, at the Front Office because, he claims Prison Health Services, Inc.'s copying machine <u>distorts</u> the medical records to the point they are not legible.(Id) Plaintiff further requests that all other documents, items of evidence, may be copied also.

Plaintiff alleges that Prison Health Services, Inc. is not in compliance with the Honorable Court, that Prison Health Services, Inc. intends to copy these records on the same copying machine at PHS and <u>not at the front office</u> as ordered, where they only charge .50 per copy. Plaintiff has funds for the (42) pages, at this rate, and would receive legible copies.

Prison Health Services, Inc. is charging Plaintiff an unreasonable rate for half the records which were ordered by this Honorable Court in Plaintiff's original complaint and allegations which Defendant would not comply with because," They knew there was damaging evidence that would make a prima facia showing proof that Plaintiff's claims [are] indeed valid".

PAGE 1

PHS states there will be a $5.00 retrieval fee, plus $1.00 each for the first 25 pages, and $.50(50 cents) for each page in excess of 25 pages a total of (42) pages for a total amount billed of $38.50. Please submit payment to Prison Health Services, Inc.

This is not the Front Office as ordered by this honorable court. Plaintiff asks that this Honorable Court grant Reasonable Sanctions against PHS for their continuing not to comply with said Court orders and nuisance costs and litigations, see exhibit #<u>A</u>.

### CONCLUSION

For these reasons set out herein, that PHS come within the order set out in Document#:63-1, filed: 09/12/2007. Plaintiff prays this Honorable Court grant this motion.

*James C. Moon*
James Charley Moon

I, James C. Moon, Plaintiff in this action, hereby certify that I have served a copy of the foregoing. Plaintiff serves the following parties by U.S. Mail to the listed addresses on the 31st day of September, 2007.

Attention: Brett Garrett

Rushton, Stakely, Johnson, and Garrett, P.A.

P.O. Box 270 Montgomery, AL 36101-0270

Attention: Hon. Troy King

Office of the Attorney General

11 South Union St.

Montgomery, AL 36130

*James C. Moon*
James Charley Moon, Plaintiff
A.I.S. 212228 Dorm E4-38
V.C.F.
P.O.Box 767
Clayton, AL 36016

PAGE 2



MONTGOMERY AL 361
01 OCT 2007 PM 3 T

James Charley Moon 212228 ATS Dorm E4-38
Ventress Corr. Facility
P.O. Box 767
Clayton, AL 36016

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION