IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| James Charley Moon #212228 | ) |
| Plaintiff, | ) |
| V. | ) Case Action No. 2:06-CV-384-WKW |
| Dr. Samuel Rayapati, et. al., | ) |
| Defendants | ) |

RECEIVED
2007 OCT -5 A 9: 53
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF'S FIRST REQUEST FOR

PRODUCTION OF DOCUMENTS BLUE CROSS/ BLUE SHIELD

Pursuant to Rule 26 and Rule 34 of the Federal Rules of Civil Procedure, plaintiff requests that Blue Cross/ Blue Shield produce the following documents: Please produce the documents plaintiff (James Charley Moon) at Ventress Correctional Facility, Clayton, Alabama P.O. Box 767, S.S.#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, Zip 36016. Please note that the term 'document' is defined broadly in Federal Rules of Procedure 34(a)(1) and includes regulations, s.o.p.'s, memoranda, correspondence, and e-mails.

1) All documents that contain, mention, construe, or refer to the policies taken out on James Moon by the Department of Corrections or Prison Health Services Inc. Patient information mrn:009912 ID# 120342, s.s.#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 Policy #XAJ 624628106 Group # 57688.

2) All documents that contain, mention, construe, or refer to any per-exiting restrictions or ailments time frame for waiting periods.

3) Date that said policy was taken out.

4) A copy of insurance policy.

*James C. Moon*
James Charley Moon

CERTIFICATE OF SERVICE

I hereby certify that I have mailed, via U.S. Mail, properly addressed

PAGE 1

and first class postage pre-paid, the foregoing documents this  3  day of October, 2007.

Attention: Brett Garrett

Rushton, Stakely, Johnson, P.A.

P.O. Box 270

Montgomery, AL 36101-0270

Hon. Troy King

Office of the Attorney General

11 South Union Street

Montgomery, AL 36130

Blue Cross/ Blue Shield

P.O. Box 2294

Birmingham, AL 35201

*/s/ James C. Moon*

James C. Moon A.I.S.#212228 E4-38

Ventress Correctional Facility

P.O. Box 767

Clayton, AL 36016-0767

James C. Moon AIS 212228 Dorm E4-38
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016



MONTGOMERY AL 361
04 OCT 2007 PM 2 L

OFFICE OF THE CLERK
United STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711