IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228          *

    Plaintiff,                                          *

    v.                                                        *          2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,           *

    Defendants.                                      *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's *First Request for Production of Document [to] Blue Cross/Blue Shield*. Plaintiff's discovery request directed to a non-party is construed as a motion for subpoena duces tecum.

Plaintiff is advised that when requesting that this court issue a subpoena he must provide an address for the person or entity to be served. If the subpoena is addressed to an entity other than a person, he must provide the name of a person upon whom it may be served. A subpoena for documents must be specific as to the documents being sought (date or time frame, title or description, *etc.*). Plaintiff is further advised that in a request for subpoenas he must describe the documents being sought and explain why he needs them.[1]

---

[1] The court retains discretion to deny a request for issuance of a subpoena where a review of the requested material indicates that production of the document(s) would be inappropriate, irrelevant or unnecessary to a resolution of the issue(s) before the court, and/or cumulative of information heretofore filed. It should noted that any subpoena duces tecum can only require production of the documents for inspection. Plaintiff is not entitled to a copy of any document without payment of an appropriate copy

He also should explain the efforts he has made to obtain the documents through other means and what was the result of those efforts. Plaintiff's attention is directed to Rule 45 of the *Federal Rules of Civil Procedure*.

Accordingly, it is

ORDERED that Plaintiff's Motion for Subpoena Duces Tecum and/or Motion for Production of Records (*Doc. No. 67*), is DENIED at this time subject to reconsideration pending his compliance with the directives outlined above regarding issuance of a subpoena to a non-party.

Done, this 10th day of October 2007.

                                         /s/ Wallace Capel, Jr.
                                   WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE

---

cost, if required. *See generally, Wright v. United States,* 948 F. Supp. 61 (M.D. Fla.1996).