

ALABAMA STATE BAR
THE DISCIPLINARY COMMISSION
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

FAX: 334/261-6311

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

June 13, 2007

Mr. James Moon
AIS No. 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

Re:   CSP No. 07-20 (A)
      Complaint against Joe Morgan Reed

Dear Mr. Moon:

Enclosed please find a copy of a letter, received from Mr. Reed in this office on June 13, 2007. Mr. Reed states in his letter that he returned your entire file sometime last year. Please advise our office if this file was returned to you and if so, provide our office with a copy of the file.

Please submit this information to our office on or before July 9, 2007.

Sincerely,

Laurie Blazer
Investigator/Paralegal
For the Office of General Counsel

Enclosure

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.