Name: James Moon   Quarters: E4-38   Date: 6/26/07

AIS #: 21228

( ) Telephone Call     ( ) Custody Change    ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet         ( ) Other _____

Briefly Outline Your Request - Then Drop in Mail Box

Capt. Monk,

Hope all is well, I need to get some copies make and sent in by my mother. What I need is ~~pre-paress~~ premission to recieve these court documments.

Thank You
James C Moon

Do Not Write Below This Line - For Reply Only

It is normal procedure for you to be given any pertinent court documents, not to have items mailed in.

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public   ( ) Record Office

N176