INMATE REQUEST SLIP

Name **James Moon**  Quarters **E4-38**  Date **Oct 2/07**

AIS # **212228**

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        (✓) Other **Medical Records**

Briefly Outline Your Request - Then Drop In Mail Box

Capt. Monk,

Hope all is well, 3 months ago I sent my medical files and paper work on my case I am currently serving on Home, because I though I was going to community correction, but was denied by my sentencing Judge, I need premission to have this papper work sent back, so I can file Appeal on Rule 32, An medical suit.

Do Not Write Below This Line - For Reply Only

*[signature] M Larry Monk*

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

1176