IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's request for a court order prohibiting prison officials from impeding his ability to access the courts.  Upon consideration of the motion, it is

ORDERED that the motion for court order (*Doc. No. 70*) be and is hereby DENIED.[1]

Done, this 12th day of  October 2007.

_____/s/ Wallace Capel, Jr._____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1]If Plaintiff believes the actions described in his motion amount to a violation of his constitutional rights, he is free to file another civil action with respect to those allegations.