## PRISON HEALTH SERVICES: AUTHORIZATION LETTER

| Patient Name: | Moon, James | Inmate Number: | 212228MO |
|---|---|---|---|
| Service Authorized: | Outpatient Surgery: Endoscopy - High Cost | Effective Dates: | 11/02/2004 |
| Effective: | Visits authorized for 60 days from effective date. | Visits Authorized: | 1 |
| Responsible Facility: | Ventress Correctional Facility | Contact Name: | Michelle Pope |
| Authorization Number: | 14353607 | Telephone Number: | (334)395-5973 Ext 14 |

**Note to Provider of Services:**
- Medicare/Medicaid do not cover any health services provided to an inmate in custody, except in certain circumstances not applicable to this inmate.
- Authorization is diagnosis and procedure specific. Any additional tests, procedures, and inpatient or outpatient services must receive prior authorization to ensure benefit eligibility and payment. (Use above contact name and telephone number)
- Authorization for payment of service is guaranteed only if service is provided during the actual time of confinement to the referring correctional facility.
- HIPAA: Please be advised Prison Health Services, Inc. ("PHS") is not a covered entity under HIPAA's Rule on the Privacy of Individually Identifiable Health Information Standard ("Privacy Rule"). Because PHS does not engage in electronic transactions under HIPAA's Electronic Transactions and Code Set Standards ("Transaction Standards"), HIPAA's Privacy Rule does not apply to PHS.
- Payment will not be processed until we receive a clinical summary.

For Payment Please Submit Claims To:

Prison Health Services
P.O. Box 967
Brentwood, TN 37024-0967

**FOR PROFESSIONAL USE ONLY**
**CONFIDENTIAL RECORD**
NOT TO BE PHOTOCOPIED

---

The consulting physician should complete this section.
The completed form will be sealed in the attached envelope and returned with an officer to the correctional facility.

**Clinical Summary of Attached Report:**

Dx: Severe erosive esophagitis / esophageal stricture

Plan: Recommend intensive PPI therapy - (Nexium, Aciphex etc.)
twice daily for 8 to 12 wks
Discontinue NSAID's
Repeat EGD in 8 to 12 wks

*** For security and safety, please do not inform patient of possible follow-up appointments. ***

Signature of Consulting Physician: [signature]   Date: 12/9/04   Time: 1205

Reviewed and Signed By Medical Director: [signature]   Date:   Time: