855 East South Boulevard MONTGOMERY SURGICAL CENTER Phone (334) 284-9600
Montgomery, Alabama 36116 Fax (334) 284-4233

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: MOON, JAMES | MRN: 0009912 | ID#: 120342 | DOB: 08/10/1952 [54]  SEX: M |
| ADDRESS: PO BOX 767 | | CITY: CLAYTON | STATE: AL   ZIP: 36016 |
| SS#: 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 | | HOME#: 334-775-3331 | WORK#: |
| EGCY. CONTACT NAME: | | | PHONE#: |

*PRISON*

## GUARANTOR INFORMATION

| | | |
|---|---|---|
| NAME: MOON, JAMES | RELATIONSHIP: 01-Self | EMPLOYER: |
| ADDRESS: PO BOX 767 | CITY: CLAYTON | STATE: AL   ZIP: 36016 |
| SS#: 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 | HOME#: 334-775-3331 | WORK#: |

## PRIMARY INSURANCE

| | | | |
|---|---|---|---|
| PAYER: Blue Cross/Blue Shield | Phone #: | | |
| PAYER ADDRESS: PO Box 2294 | CITY: Birmingham | STATE: AL | ZIP: 35201 |
| INSURED'S NAME: JAMES MOON | DOB: 08/10/52 | RELATIONSHIP: 01-Patient is Insured | |
| SS#: 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 | INSURED'S ID#: XAJ624628106 | GROUP#: 57688 | |

## SECONDARY INSURANCE

| | | | |
|---|---|---|---|
| PAYER: | Phone #: | | |
| PAYER ADDRESS: | CITY: | STATE: | ZIP: |
| INSURED'S NAME: | DOB: | RELATIONSHIP: | |
| SS#: | INSURED'S ID#: | GROUP#: | |

## SURGERY

| | | |
|---|---|---|
| SURGERY DATE/TIME: Thursday, Sep 21 2006 | SURGEON: JOSEPH JACKSON MD | ANESTHESIA TYPE: MAC |
| Dx1: | Dx2: | Dx3: |
| PROCEDURES (1-3): | | |
| 1) EGD  EGD w/ DILATATION | | |

## DISCHARGE SUMMARY & REMARKS

PATIENT'S CONDITION AT CONCLUSION OF PROCEDURE: ✓ STABLE __ UNSTABLE
COMPLICATIONS ✓ NONE __ YES _____    ALLERGIES ✓ NONE / YES

Esophageal stricture
Esophageal ulcer (prison)

__ POST-OP INSTRUCTIONS GIVEN ✓ POST-OP APPOINTMENT GIVEN  PHYSICIAN SIGNATURE: _____ 1345  9/28/06
POST-DISCHARGE TELEPHONE FOLLOW-UP: DATE: 9/27/06 TIME (1) 13 40 a.m./p.m. (2) ___ a.m./p.m.  Card Sent __
INTERVIEWERS SIGNATURE _____ R.N. SIGNATURE _____
RESPONDENT: Mrs. Smith  ORAL INTAKE ✓ ADEQUATE __ PROBLEM
FEVER __ YES ✓ NO _____  NAUSEA/VOMITING ✓ NO __ YES
PAIN ✓ NONE __ CONTROLLED __ OTHER _____
IF BLOCKING RETURN OF SENSATION __ FULL __ PARTIAL __ PROBLEM
DRAINAGE ✓ NONE __ OTHER
OTHER PROBLEM ✓ NONE __ YES
REMIND RESPONDENT TO SEND IN PATIENT SATISFACTION SURVEY __ YES (NO)