# MONTGOMERY SURGICAL CENTER

**855 East South Boulevard**
**Montgomery, AL 36116**
**(334) 284-9600**

chart
ordered
fil3

ADVANCE VERIFICATION

MOON, JAMES
MRN: 0009912   ID#120342
DOS: 09/21/2006
DOB: 08/10/1952
JACKSON, JOSEPH W

Date: _____

Patient Name: _____

Insurance Name: BC   (Inmate)   Ventress                    RSJ

Phone #: _____

Contact Person: _____

Benefits: E. 1-1-06

_____

Co-Pay: 0

Deductible: _____

Pre-Cert # _____

Verifier Initials: BC

530.3
530.85

| Trans. # | | |
|---|---|---|
| CPT Code | | Charge |
| 43220 | | 1452ᵒᵒ |
| | | |
| | | |
| | | |

MS-182   Rev. 4/98

Biller ID  gd