

# Advanced Medical Imaging Center

**Advanced Medical Imaging Center**
525 S Lawrence Street
Montgomery, AL 36104
334-262-7226
Toll Free: 800/844-7226
Fax: 334-261-2641

*FOR PROFESSIONAL USE ONLY*
*CONFIDENTIAL RECORD*
*NOT TO BE PHOTO COPIED*

Samuel Rayapati, MD  08/12/2004
Po Box 767
Clayton, AL 36016

Re: MOON, JAMES
DOB: 8/10/1952
Account#: 881724
Chart#: 70550
Exam: UPPER GI/BARIUM SWALLOW 08-12-04

**BARIUM SWALLOW:**
INDICATION: Dysphasia.

FINDINGS: The patient swallowed gas crystals and barium without difficulty. There are no abnormalities of deglutition or peristalsis and there is no mass or asymmetry within the pharynx or cervical esophagus. There is a stricture of the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This stricture is approximately 1.0 cm in length and never exceeds 0.6 cm diameter. There was free gastroesophageal reflux to the level of the thoracic inlet and this is probably a peptic stricture. No hiatal hernia was noted.

*or ¼"*

IMPRESSION:
Gastroesophageal reflux.
Stricture in the distal esophagus approximately 5 cm proximal to the gastroesophageal junction. This is probably on the basis of reflux.

**AIR CONTRAST UPPER GI:**
The gastric fold patterns, secretions, and peristalsis are normal. The duodenal bulb is normal. There is a 2 cm diverticulum in the second portion of the sweep. The sweep is otherwise normal.

IMPRESSION:
Duodenal diverticulum but otherwise normal air contrast Upper GI series.

DONALD H. DAHLENE, MD

DHD/lgh