IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228      *

    Plaintiff,      *

    v.      *      2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al*.,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's renewed request seeking production of documents from a non-party. Plaintiff requests that he be allowed to inspect or receive a copy of an insurance policy taken out on him by the prison health care provider which he contends will show that he was improperly denied timely medical care until the insurance policy at issue went into effect.

The court has carefully reviewed Plaintiff's discovery request. Upon review of the request as well as a review of the pleadings, documents, and records previously filed herein, the court, in the exercise of its discretion, shall deny the motion. The request may be reconsidered if warranted by further developments in this matter.

Accordingly, it is

ORDERED that the motion for production of documents from a non-party (*Doc. No. 72*) be and is hereby DENIED.

Done, this 19th day of October 2007.

                              /s/ Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE