IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228            *

    Plaintiff,                                      *

    v.                                              *            2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,           *

    Defendants.                                   *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion to Reconsider filed October 22, 2007, it is

ORDERED that on or before October 31, 2007 Defendants file a response to the

allegations asserted in the pending motion.

Done, this 22nd  day of  October 2007.


          /s/ Wallace Capel, Jr.
         WALLACE CAPEL, JR.
         UNITED STATES MAGISTRATE JUDGE