IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228        *

    Plaintiff,        *

v.        *        2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,        *

    Defendants.        *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's October 22, 2007, pleading (*Doc. No. 74*), which contains a request for additional time to file objections to the court's October 10, 2007 Recommendation of the Magistrate Judge, it is

ORDERED that:

1. The motion for extension of time (*Doc. No. 74*) be and is hereby GRANTED; and

2. Plaintiff is GRANTED an extension from October 23, 2007 to November 2, 2007 to file his objections.

Done, this 22nd day of October 2007.

        /s/ Wallace Capel, Jr.
    WALLACE CAPEL, JR.
    UNITED STATES MAGISTRATE JUDGE