IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:06-CV-384-WKW |
| RICHARD ALLEN, ET AL. | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL SPECIAL REPORT**

COME NOW the Defendants, **Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter**, (referred to below as "the DOC defendants") by and through undersigned counsel, and in accordance with this Honorable Court's October 22, 2007, Order, offer the following written report.

**PARTIES**

1. The Plaintiff, James Charley Moon, is an inmate of the Alabama Prison System.

2. Defendant Richard Allen is Commissioner of the Alabama Department of Corrections.

3. Defendant Ruth Naglich is the Health Services Commissioner for the Alabama Department of Corrections.

4. Defendant J.C. Giles is a Warden III for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

1

5. Defendant Sherwin Carter is a Sergeant for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

6. Defendant Larry Monk is a Captain for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

## EXHIBITS

EXHIBIT 1 – Affidavit of J.C. Giles.

EXHIBIT 2 – Affidavit of Marshall L. Monk.

EXHIBIT 3 – Affidavit of Reba T. Currie with attachments.

## PLAINTIFF'S CLAIMS

Plaintiff claims that he did not receive proper dental care, which in turn led to a variety of other problems. He claims that the medication he was given for pain caused damage to his esophagus and that he has suffered from depression due to the lack of care. The Plaintiff seeks a recovery of over $6,000,000, injunctive relief and lifetime medical care.

Plaintiff has recently alleged that he was denied access to legal materials.

## DEFENDANTS' RESPONSE

1. These Defendants deny that they violated the Plaintiff's constitutional rights.

2. These Defendants deny each and every material allegation not specifically admitted herein and demand strict proof thereof.

3. The Plaintiff has failed to state a claim upon which relief may be granted against these Defendants.

4. The Plaintiff makes no specific allegations against Commissioner Allen, Assistant Commissioner Naglich, Warden Giles, Captain Monk or Sergeant Carter.

5. The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

6. The Defendants are immune from suit due to qualified immunity.

## SUPPLEMENTAL STATEMENT OF FACTS

In addition to the facts submitted in their original Special Report, the DOC Defendants specifically respond to the allegations in the pending Motion to Reconsider (Doc. 74) as follows. Plaintiff did send Captain Monk a request slip to approve the receipt of legal materials *from Plaintiff's home that Plaintiff had mailed out from Ventress*. Captain Monk denied that request Because Administrative Regulation 448 defines Legal Mail in Section III, Item G, as follows:

> Legal Mail: Letters to and from attorneys, courts, judges, clerks and other officials of the courts and governmental agencies.

In accordance with DOC regulations, materials mailed from home are not considered "legal mail", therefore there was no allowance for an inmate to be approved to receive legal mail from home. Plaintiff does not need special approval to receive legitimate legal mail. See, Exhibits 1, 2 & 3. Warden Giles has never received a request slip from Plaintiff at any time in reference to a request for copies of legal materials or stating that he was having trouble getting any materials. See, Exhibit 1.

## ARGUMENT

The allegations in the Motion to Reconsider add nothing new to any allegation against any of the DOC defendant. Plaintiff is not prohibited from receiving any legitimate legal mail.

3

## CONCLUSION

There are no genuine issues of material fact, and the Defendants Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter are entitled to judgment as a matter of law.

WHEREFORE, Defendants Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter respectfully request that this Honorable Court dismiss the claims against them.

    Respectfully submitted,
TROY KING
Attorney General

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton (ASB-0993-R67B)
Assistant Attorney General

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 242-2433 – Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 31st day of October, 2007, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Charley Moon, AIS 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36106

/s/ *Benjamin H. Albritton*
Benjamin H. Albritton