IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Charley Moon, #212228 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-384-WKW |
| | ) | |
| Samuel Rayapati, M.D., et. al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Jesse C. Giles, who being duly sworn, deposes and presents the following affidavit.

My name is Jesse C. Giles and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Warden III. I have read the complaint in the above styled cause and note that inmate James Charley Moon, #212228 alleges that he sent me a request slip asking for permission to have some legal materials sent from home. I make this affidavit in the defense thereof.

I deny that I have received a request slip from Inmate James Moon, #212228 at **any time** in reference to a request for a copy of his legal materials or stating that he was having a problem getting any materials.

All inmates are allowed to receive legal material when it is in compliance with Administrative Regulation 448, in which Mr. Moon should be familiar with. In

Page 2
Affidavit -- J. C. Giles

regard to his other complaint, all inmates are allowed to pay and receive a copy of any items in their medical files when requested through the Health Care Unit. There is nothing mentioned about being allowed to write by hand on another sheet of paper what is in the file.

    The beforementioned facts are true and correct to the best of my knowledge.

                          _____ 10-23-07
                          Jesse C. Giles      Date

State of Alabama )

Barbour County  )

Sworn to and subscribed before me this 23rd day of October, 2007

                          Reba J Currie
                          Notary Public

                          My Commission Expires 9-8-08