IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Charley Moon, #212228 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06-CV-384-WKW |
| | ) | |
| Samuel Rayapati, M.D., et. al | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

AFFIDAVIT

Before me, the undersigned Notary Public, did personally appear Marshall L. Monk, who being duly sworn, deposes and presents the following affidavit.

My name is Marshall L. Monk and I am an individual over the age of twenty-one years. I am employed with the State of Alabama Department of Corrections at Ventress Correctional Facility, Clayton, Alabama. I am employed in this capacity as a Correctional Captain. I have read the complaint in the above styled cause and note that inmate James Charley Moon, #212228 alleges that he sent me a request slip asking for permission to have some legal materials sent from home. I make this affidavit in the defense thereof.

Inmate James Moon, W/M, #212228 did send me a request slip to be approved to receive some legal materials **from home that he had mailed out from Ventress**.

I did deny the request because Administrative Regulation 448, defines Legal Mail in Section III. Item G., Legal Mail. "Letters to and from attorneys, courts,

Page 2
Affidavit – Marshall L. Monk

judges, clerks and other officials of the courts and government agencies." In accordance with Administrative Regulation 448, materials mailed from home are not defined as or considered legal mail. Therefore, there was no allowance for an inmate to be approved to receive legal mail from home.

If Inmate Moon needed the items in question for legal work, had them in his possession, then he should have retained them and not sent them home.

It should be noted that Inmate Moon does not need special approval to receive legitimate legal mail. All inmates at Ventress are allowed to receive Legal Mail that meets the parameters defined by Administrative Regulation 448.

The beforementioned facts are true and correct to the best of my knowledge.

_M. L. M._  10-24-07
Marshall L. Monk   Date


State of Alabama )

Barbour County )

Sworn to and subscribed before me this 24th day of October, 2007

_Reba J Currie_
Notary Public

My Commission Expires: 10-8-08