IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-384-WKW |
| | * | |
| SAMUEL RAYAPATI, M.D., ET AL., | * | |
| Defendants. | * | |
| | * | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO RECONSIDER

COME NOW Defendants, Samuel Rayapati, M.D.; Nettie Burks, R.N.; Travis Miers, D.M.D.; William E. Shirley, D.D.S.; Anthonette Marsh, L.P.N.; and Prison Health Services, Inc. (hereinafter "PHS"), and respectfully request that this Honorable Court for an additional fifteen (15) days, up to and including November 15, 2007, to respond to Plaintiff's Motion to Reconsider. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to scheduling conflicts, counsel for this Defendant has been unable to conduct the appropriate meetings in order to prepare a response to Plaintiff's Motion.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

Respectfully submitted this the 31st day of October, 2007.

                                                *s/ R. Brett Garrett*
                                                R. Brett Garrett (GAR085)
                                                Attorney for Defendant Prison Health
                                                Services, Inc.

<u>Of Counsel</u>:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 31st day of October, 2007, to:

James Charley Moon AIS# 212228
VENTRESS CORRECTIONAL FACILITY
P.O. Box 767
Clayton, AL 36016

<u>s/ R. Brett Garrett</u><br>
Of Counsel