IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendant's October 31, 2007 request for additional time to respond to the court's October 22, 2007 order, and for good cause, it is ORDERED that:

1. The motion for extension of time (*Doc. No. 78*) be and is hereby GRANTED; and

2. Defendants are GRANTED an extension from October 31, 2007 to November 15, 2007 to file their response.

Done, this 1st day of November 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE