IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228          *

    Plaintiff,          *

v.          *          2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,          *

    Defendants.          *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for reconsideration of the court's October 12, 2007 order denying his request for a court order. The court, having read and considered the pending motion, concludes that it is due to be denied.

Accordingly, it is ORDERED that the motion for reconsideration (*Doc. No. 80*) be and is hereby DENIED. (*See Doc. No. 71 at n.1.*)

Done, this 2nd day of November 2007.

                                  /s/ Wallace Capel, Jr.
                                WALLACE CAPEL, JR.
                                UNITED STATES MAGISTRATE JUDGE