# A F F I D A V I T

## Declaration Under Penalty Of Perjury

I <u>James C. Moon</u>, being competent to make this declaration and having personal knowledge of the matters stated therein, declare pursuant to 28 U. S. C. § 1746 that:

This Plaintiff has read defendant's <u>Marshall L. Monk's</u> Affidavit that he denied a request slip to be approved to receive some legal materials from home that he had mailed home from Ventress because of Administrative Regulation 448, materials mailed from home are not defined as, or considered legal mail, therefore, there was no allowance made for inmates to be approved to receive legal mail from home.

<u>Marshall L. Monk did not tell the truth, for captain Monk had pre-approved Plaintiff's legal mail from home on several previous ocassions</u>, one such time was in exhibit's # __E__ . This was done through regular mail. The Administrative regulation 448, states: In pages 2 of 10 V. PROCEDURES... A. general Guidelines at 2.

> " <u>There is no limit on the volume</u> of letters the inmate can receive, or on the language content, or <u>source of mail</u>, except when there is reasonable belief that limitation is necessary to protect the public safety or maintain institutional order.

Plaintiff had been receiving copies of legal mail: such as letters to and from attorneys, courts, judges, clerks, and other officials of the courts and governmental agencies, <u>"for years through regular mail,"</u> It was captain Monk in exhibits' __E__ that started this procedure. Quote....

> "...Any future items such as this received without pre-approval, and you will get a mail rejection notice."

and then for some reason stopped Plaintiff from getting these same

1

documents back from home. The mail clerk here at the Staton Correctional Facility stated there would be " <u>NO</u>" problem receiving these documents in which I have been trying to get from home from Captain Monk and Warden Giles. It is very clear and specific, captain Monk has perjured himself. Plaintiff would take a polygraph test given by I & I, if he would submit to take the test also.

Pursuant to 28 U. S. C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, executed on this the __13__ day of __November__, 2007.

_____
         AFFIANT

2