## DECLARATION UNDER PENALTY OF PERJURY

I <u>James C. Moon</u>, being competent to make this declaration and having personal knowledge of the matters stated therein, declare pursuant to 28 U. S. C. § 1746 that:

This Plaintiff has read defendant's <u>Jesse C. Giles</u>' affidavit that he denied that he received a request slip from James Moon #212228 at <u>anytime</u> in reference to a request for a copy of his legal materials or stating that he was having a problem getting any materials. Warden J. C. Giles did not tell the truth, this Plaintiff did send Warden J. C. Giles a copy of the motion for retaliation claim that the Plaintiff sent to Attorney general Troy King's Office, also three (3) other exhibits marked as exhibits A, B, C, and D in which the Plaintiff is also sending this Honorable Court. Warden J. C. Giles sent these documents back to Plaintiff circling the words **(sent Back)** in <u>Red Ink</u> showing the Plaintiff he received said documents, but would not mark request whether he would <u>approve</u> the Plaintiff's request or deny the request.

I received these documents through the mail call procedure. Also, if he would have read the court order I sent to the front office, 'that was requested by Ms. Ross', he would have known that the Plaintiff was allowed to copy and/or write down anything out of Plaintiff's medical files. See doc. No. 63 at 2) quote... " **the clerk is directed to furnish a copy of this order to Dr. Shirley, counsel for Prison Health Care Services, Inc., <u>and general Counsel for the Alabama Department of Corrections</u>. Done on this the 12th day of September, 2007."** It is very clear and specific, Warden Giles has perjured himself. Plaintiff would take a Polygraph Test given by I & I if he would submit to take one also.

Pursuant to 28 U.S.C § 1746, I declare under the penalty of perjury that the foregoing is true and correct. Executed on November 13, 2007.

_____
A F F I A N T