INMATE REQUEST SLIP    Arthur d

Name **JAMES MOON** Quarters **E4-38** Date **10/17/07**

AIS # **212228**

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problems
( ) Special Visit     ( ) Time Sheet        ( ) Other **Legal Papper Work**

Briefly Outline Your Request- Then Drop in Mail Box

WARden Giles;
  Hope. All is well, On 10/2/2007 6/13/2007 I sent A Requests, Asking capt. monk for premission to have my Legal work sent back in were I had sent it Home, I need These documents to file on my LAW suit witha The D.O.C. And P.HS. And ALABAMA STATE BAR SEE exhibits A,B,C,D, AS You Know I have exhaust MY Administrative Remedys CAN you Help with this Problem    James C. Moon 212228

Do Not Write Below This Line – For Reply Only

_____
_____
_____
_____
_____

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden       ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary  ( ) Record Office
                                   Public

N

Exhibits A



ALABAMA STATE BAR
### THE DISCIPLINARY COMMISSION
TELEPHONE 334-269-1515
P.O. BOX 671
MONTGOMERY, AL 36101

DELIVERY ADDRESS:
415 DEXTER AVENUE
MONTGOMERY, AL 36104

FAX: 334/261-6311

June 13, 2007

Mr. James Moon
AIS No. 212228
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36016

Re:   CSP No. 07-20 (A)
      Complaint against Joe Morgan Reed

Dear Mr. Moon:

Enclosed please find a copy of a letter, received from Mr. Reed in this office on June 13, 2007. Mr. Reed states in his letter that he returned your entire file sometime last year. Please advise our office if this file was returned to you and if so, provide our office with a copy of the file.

Please submit this information to our office on or before July 9, 2007.

Sincerely,

Laurie Blazer
Investigator/Paralegal
For the Office of General Counsel

Enclosure

RULE 30. ALABAMA RULES OF DISCIPLINARY PROCEDURE OF THE ALABAMA STATE BAR, ADOPTED BY THE SUPREME COURT OF ALABAMA, PROVIDES THAT ALL DISCIPLINARY PROCEEDINGS SHALL REMAIN CONFIDENTIAL UNTIL A PLEA OF GUILTY OR THE DISCIPLINARY BOARD OR DISCIPLINARY COMMISSION MAKES A FINDING OF GUILTY.