Exhibits # C

INMATE REQUEST SLIP

Name <u>James Moon</u>   Quarters <u>E4-38</u>   Date <u>Oct 2/07</u>
AIS # <u>212228</u>

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet       (✓) Other <u>Medical Records</u>

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

Capt. Monk,

Hope all is well, 3 months ago I sent my medical files and paper work on my case I am currently serving on Home, because I though I was going to community Correction, but was denied by my sentencing Judge. I need premission to have this papper work sent back, so I can file Appeal on Rule 32, An Medical suit.

Do Not Write Below This Line - For Reply Only

_M. Larry Monk_

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden                ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

1176