# INMATE REQUEST SLIP

Name: James Moon   Quarters: E4-38   Date: MAY 31, 07

AIS # 212228

( ) Telephone Call   ( ) Custody Change   (✓) Personal Problem
( ) Special Visit   ( ) Time Sheet   ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Capt. Monk;
 Hope all is well, my mother (Earline Moon) sent some copies of ~~court~~ COURT Records in my lawsuit with D.O.C and P.H.S. the court's have Requested. I would like Premission to Recieve these materials. They are ~~[struck out]~~ court copies.   Thank you
                                    James Moon 212228

Do Not Write Below This Line - For Reply Only

An future items such as this recewed without pre-approval and you will get a mail rejection notice.

/s/ Timmy Monk

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

1176