**Please Return my Court Order!**

# INMATE REQUEST SLIP

Name: **James Moon**  Quarters: **E4-38**  Date: **10/4/07**

AIS #: **212228**

( ) Telephone Call  ( ) Custody Change  ( ) Personal Problem
( ) Special Visit   ( ) Time Sheet      (✓) Other **Copies**

---

Briefly Outline Your Request - Then Drop In Mail Box

*[margin notes: 212228 James Moon corry $38.50 this]*

Ms. Ross;

Would you please take off ~~$20.50~~ for copies ordered by United States Magistrate Judge for (42) pages of my medical records, I believe this the cost for (42) pg at .50 cent a copy. H.C.U. Has the Records Requested. Their copy machine distorts the medical records to the point that they are not legible. See court order attached.

*[margin: The money is on my account. James Moon 212228]*

---

Do Not Write Below This Line - For Reply Only

The total is $38.50. When we receive the court order we will comply. At this time we don't have a court order.

mS. Ross

---

Approved    Denied    Pay Phone    Collect Call

---

Request Directed To: (Check One)

( ) Warden                     ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer - Notary Public   ( ) Record Office

1176

1. The motion (Doc. No. 62) be and is hereby GRANTED to the extent that Plaintiff seeks *access* to the prison medical/dental records in question.

2. On or before October 2, 2007, medical/dental personnel at the Ventress Correctional Facility shall allow Plaintiff to inspect and/or copy his prison medical/dental file. **Plaintiff is hereby informed that neither prison officials nor dental/medical personnel are required to provide him with copies of documents without prepayment of all costs associated with producing the copies.** Thus, if Plaintiff seeks to obtain photocopies of his records, he must make prepayment to the appropriate official of all costs related to producing the copies. Plaintiff is advised that he may utilize any means available to him to produce the requisite copies including but not limited to handwritten copies of the evidentiary materials he seeks to retain for himself and/or submit to this court.

The Clerk is DIRECTED to furnish a copy of this order to Dr. Shirley, counsel for Prison Health Care Services, Inc., and General Counsel for the Alabama Department of Corrections.

Done, this 12th day of September 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

**ORDER ON MOTION**

Before the court is Plaintiff's Motion for Production of Documents. Plaintiff complains that the medical records submitted by the medical defendants in response to his request for a preliminary injunction are not legible, and thus, Plaintiff is unable to determine exactly what was written. ( Doc. No. 62.) Plaintiff asks that he be allowed to review the medical records in question and copy these documents, at his own expense, at the front office because, he claims, Prison Health Services, Inc.'s, copying machine distorts the medical records to the point that they are not legible. (*Id.*) Plaintiff further requests "that all other documents, items of evidence may be copied also, to show proof that Plaintiff's claims [are] indeed valid." (*Id.*)

Upon consideration of Plaintiff's motion seeking production of those medical/dental records submitted as Exhibit B of Document Number 61, and for good cause, it is

ORDERED that:

# INMATE REQUEST SLIP

**Third Request**

Name: JAmes Moon   Quarters: E4-38   Date: 10/11/07

AIS # 212228

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem
( ) Special Visit       ( ) Time Sheet          ( ) Other Copies made medical Records

Briefly Outline Your Request - Then Drop In Mail Box

Ms. Ross,
   Would you please take $38.50 off my P. mod Account and pay to Prison Health service for copys of my medical Records for (42) pages.

Thank you
James C. Moon
212228

Do Not Write Below This Line - For Reply Only

Approved      Denied      Pay Phone      Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public   ( ) Record Office

1176


SEE BACK side Request    4th Request

INMATE REQUEST SLIP

Name JAmes Moon  Quarters E4-38  Date Oct 14, 2007

AIS # 212228

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problems
( ) Special Visit     ( ) Time Sheet        ( ) Other_____

Briefly Outline Your Request- Then Drop in Mail Box

Ms. Ross:
  I Have sent several Request for you to take $38.50 off my account because of delays, I NO LONGER Need This done. PLEASE DO NOT tAKE this Money oFF MY ACCOUNT. I have ALSO Told Ms. Burks Not To make This copy's. This Civil Court Of Alabama Has Ruled on My INJunction. James Moon 212228

Do Not Write Below This Line – For Reply Only

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden         ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public   ( ) Record Office

N176