Exhibit's G — SEE Back side To.

Date: 9-28-07

RE: Copy of Medical Jacket

Moon, James

AIS# 212228

_____ Hospital record photocopies are enclosed as requested. This information is confidential and is furnished upon the condition that it will not be disclosed to third parties.

_____ We have no record of this individual having been at this institution under the given name.

_____ Medical information is confidential and only released upon written consent. Please date, sign, and return the attached form and we will forward the information to the necessary person(s).

_____ We are unable to locate the requested information.

_____ No mental health records available.

_____ Additional information is needed.

_____ We are unable to accept a copy of Claimant/Patient signature. It must be the original signature.

_____ Medical records are only maintained for a period of six years after the inmate's release and we are therefore unable to provide the requested information.

___✓___ There will be a $5.00 retrieval fee plus $1.00 for each page of the first 25 pages, and $.50 (50 cents) for each page in excess of 25 pages. A total of __48__ pages for a total amount billed of $ __38.50__. Please submit payment to Prison Health Services, Inc. Ventress Correctional Facility

379 Hwy 239 Clayton, AL 36016
Name and address of facility

Attn: Nettie Burks

If further information is needed, please contact our office at (334) 775-3610
Phone #

Thank you,