```
ALABAMA DEPARTMENT OF CORRECTIONS - PROGRESS REVIEW FORM - SEPTEMBER 5, 2007
================================(COU122)======================================
AIS #: 002122285     SSN: [REDACTED]        RACE/SEX: W/M    DATE OF BIRTH: [REDACTED]
NAME: MOON, JAMES CHARLEY            CUSTODY:  MED9    SECURITY LEVEL: 4
INST: VENTRESS CORRECTIONAL CENTER   TIME SRVD: 07Y03M07 LAST DISC: 07 18 2006
CRME: DIST CONTROL SUBSTANCE         MIN REL DT: 05/27/2025 ACTIVE DET: 0

DISC: INT. CREATE SECURITY/SAFETY/HE PRL CONS: 09/01/2008 EDUCAT LEV: 10
```

WL/PGM: Dum Jan 3rd                        PRIM OCCUP: LABORER - GENERAL

RECOMMENDED INSTITUTION: Ventress          RECOMMENDED CUSTODY: Med

JUSTIFICATION: APR Sex offender. Srvng 25 years for UPCS-cocaine and UPCS-cocaine. PSI avail. (S) sold crack cocaine to informant. Offered to sell stimulant of cocaine to informant. After informant entered residence (S) wanted sexual favors in exchange for crack cocaine. Prior GA Convs. (Concealed Weapon, arrest agg. Assault-weapon offense, Poss/Manuf/Sell Marij), DUI x5, Obstruct. of officer, poss. of firearm, and arrest wildendly weapon-no bill. 1980 Rape II - (V) was 15yr old. 2/02 CB srp completion. 14 month clear record. 8/28/07 AM completion. 8/7/03 A/C trade completion. Recommend M/C due to Sex offender status. Remain @ Ventress for family ties.

I CERTIFY ENEMY LIST WAS REVIEWED AND UPDATED: NKE (DR) 9/13/07    APP. S/L: ___

[signature] DWM McRae   9/12/2007        [signature] Darrell Park 9/12/07
CLASSIFICATION SPECIALIST  DATE          WARDEN OR DESIGNEE  DATE

[signature]  9/12/07                     [signature] Rebecca Plowman 9/14/07
PSYCHOLOGIST/PSYCHOLOGIST'S ASSOC. DATE  CLASSIFICATION COORDINATOR DATE

                        CENTRAL REVIEW BOARD ACTION

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                              CRB MEMBER              DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                              CRB MEMBER              DATE

___ APPROVED ___ DENIED; DIVERTED TO: _____   REASONS: _____

                                              CRB MEMBER              DATE

FINAL DECISION: INST VCF  CUSTODY Med  DATE _____

DATE INMATE INFORMED: _____   INMATE'S SIGNATURE: No Show

Last APR: 9/06/Med/VCC
Skills: A/C
Diabetic
ntyle
ADL

9-18-07
LY