IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| James Charley Moon, 212228, | § | |
| Plaintiff, | § | |
| vs. | § | Case No.: 2:06-CV-WKW |
| Samuel Rayapati, Et Al., | § | 2:06cv384 -WKW |
| Defendants. | § | |

RECEIVED
2007 NOV 16 A 10: 37
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PLAINTIFF'S FIRST SET OF INTERROGATORIES TO
DEFENDANT Dr. David West

Pursuant to **Rule 26 and Rule 33 of the federal Rules of Civil Procedures**, the Plaintiff request that defendant Dr. David West answer the following Interrogatories:

1]. Please identify all positions and titles, with corresponding dates of employment that you have held as an employee with Prison **Health** Services, Inc., and/or NAPA Care within the Alabama Department of Corrections.

2]. Please identify place of employment during June of 2004 thru March of 2005, both full-time and part-time employment at the Ventress Correctional Facility, how many hours or days did you work at the V.C.F. during this time frame.

3]. Please identify, and/or furnish the policy for emergency dental **body** charts for at care at the Ventresss Correctional Facility.

4]. Please identify all staff members in the dental department that worked full-time and/or part-time during June of 2004 thru March of 2005 at the Ventress Correctional facility.

1

5]. Please identify how many times you prescribed antiboctics for Plaintiff for absessed teeth #8 and #29.

6]. Please identify how long from the time of August 18, 2004 request for replacement of filing by Plaintiff of tooth # 29 did it take you to repair or pull siad tooth after you put Plaintiff on antibotics on two (2) ocassion in October 2004.

7]. Please identify or furnish the policy for three (3) missing teeth in a row for partial plates, and whether you made partial plate's for the Plaintiff.

8]. Please identify any lawsuits where the standard of care was breeched for a deliberate indifference and caused the death of another or found guilty of a deliberate indifference and/or judgment was entered against you.

9]. Please identify these persons and dates of judgments and what the deliberate indifference were about in detail.

10]. Please identify whether there was a <u>lack of Staff</u> in the dental department at the Ventress Correctional Facility from June 2004 thru March of 2005, and if not name the full-time dentist during this time frame that worked at the Ventress Correctional Facility.

11]. Please explain why it took from August 18, 2004 requesting for repairs where fillings that came out of tooth #29 til March 30, 2005 to be pulled 7½ months later.

12]. Please identify where the locations of your full-time employment was at, and the name of the company you were employed by from January of 2004 thru January of 2005.

Done on this the 15 day of NOVEMBER, 2007.

Respectfully Submitted,

James C. Moon
James Charley Moon, Plaintiff pro se

2

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Defendants by placing a copy of the same in the United States mail properly stamped and addressed on this the 15 day of NOVEMEbER, 2007.

```
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
           ATTORNEYS AT LAW
           1 8 4 COMMERCE STREET
           POST OFFICE BOX 2 7 0
MONTGOMERY, ALABAMA        36101-0270
```

_James Moon_
PLAINTIFF

```
JAMES CHARLEY MOON
AIS# 212228        UNIT# F-1-20-B
STATON CORRECTIONAL FACILITY
POST OFFICE BOX 5 6
ELMORE, ALABAMA      3 6 0 2 5
```

NAME: James Moon  AIS # 212228  DORM # B-32 A
STATON ███████ CORRECTIONAL FACILITY
P. O. BOX ██ 56
ELMORE, ██ AL ██ 36025 ZIP

MONTGOMERY AL 361
15 NOV 2007 PM 3 T

LOUIS COMFORT TIFFANY

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711