IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

James Charley Moon, 212228, §
                                §
        Plaintiff,              §
                                §
vs.                             §   Case No.: 2:06-CV-WKW
                                §
Samuel Rayapati, Et Al.,        §   2:06cv384-WKW
                                §
        Defendants.             §
                                §

## PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ASSOCIATE COMMISSIONER RUTH NAGLICH

Pursuant to **Rule 26 and Rule 33 of the federal Rules of Civil Procedures**, Plaintiff request that Defendant Ruth Naglich answer the following Interrogatories:

1]. Please identify all positions and titles with corresponding dates of employment, that you have held as an employee with the Alabama Department of Corrections, and/or with Prison Health Services.

2]. Please identify any complaints or any documents with James Moon's name on said documents sent to you from 2004 thru the present.

3]. Please identify and/or furnish the policy for Emergency Dental Treatment and/or any type Dental treatment in contracts with Prison Health Services from 2004 thru present.

4]. Please identify all staff members in the dental Department that were D.M.D. and D.D.S. that were full-time dentist or part-time, and state whether they were full-time or part-time from June 28, 2004 thru February 28, 2005 at the ventress Correctional Facility.

5]. Please identify whether there was a <u>Lack of Staff</u> during the period

1

of June 28, 2004 thru February 28, 2005.

6]. Please identify whether Prison Health services, <u>due to lack of staff</u>, was fined and/or monies deducted under their contracts for lack of Staff at the Ventress Correctional Facility from June 28, 2004 thru February 28, 2005.

7]. Please identify the dentist that got **killed in June** of 2004 that was at the Ventress Correctional Facility under Prison Health Services contract, and/or sub-contract, his position and title with corresponding dates of employment that he held as an employee.

Done on this the 13 day of Nov., 2007.

Respectfully Submitted,

James C. Moon
James Charley Moon
Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the defendants by placing a copy of the same in the United States mail properly stamped and addressed to: **Honorable Troy King, Office of the Attorney General 11 South Union Street, Montgomery, Alabama 36130-152** on this the 15 day of Nov., 2007.

James C. Moon
James Charley Moon,
AIS# 212228    Unit# F-1-20-B
Staton Correctional Facility
Post Office Box 56
Elmore, Alabama 36025

NAME James Moon  AIS # 212228  DORM # B-32A
STATON CORRECTIONAL FACILITY
P. O. BOX 56
ELMORE AL 36025 ZIP

MONTGOMERY AL 361
15 NOV 2007 PM 3 T



OFFiCE OF The CLERK
UNiTED STATES DisTRicT CoURT
P.O. Box 711
Montgomery, AL 36101-0711

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711