Exhibit A

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 Staton Correctional Facililty
OCT. 29, 2007         INMATE DEPOSITS          RECEIPT#: 2008001997

RECEIVED OF: MOON, JAMES              AIS#: 212228    BED ID: F01020B
    $36.00    PREVIOUS BALANCE    DEPOSIT SENT BY: INST. TRANSFER
   $101.03    NET DEPOSIT         DEPOSIT DOCUMENT: IN. TRANSFER CK
     $0.00    C.O.P. DEDUCTED     CASE#:   N/A      DOC.#: 19654
     $0.00                        CASE#:   N/A      MAIL LOG#: N/A

   $137.03    CURRENT BALANCE     POSTED BY: TRACI BAKKE
```

```
                    STATE OF ALABAMA
                DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC
SEP. 13, 2007           INMATE DEPOSITS           RECEIPT#: 2007032105

RECEIVED OF: MOON, JAMES CHARLEY      AIS#: 212228      BED ID: E4 038A
   $25.82    PREVIOUS BALANCE    DEPOSIT SENT BY:  EARLINE L. MOON**
   $32.00    NET DEPOSIT         DEPOSIT DOCUMENT: TRAVELERS EXPRE
    $8.00    C.O.P. DEDUCTED     CASE#: 2006CV384W   DOC.#: 57129630536
    $0.00                        CASE#:   N/A        MAIL LOG#: N/A

   $57.82    CURRENT BALANCE     POSTED BY: GLENDA ROSS
```

```
                        STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                        VENTRESS CORR FAC
OCT. 18, 2007            INMATE DEPOSITS          RECEIPT#: 2008001679

RECEIVED OF: MOON, JAMES CHARLEY       AIS#: 212228      BED ID: E4 038A
   $50.34    PREVIOUS BALANCE    DEPOSIT SENT BY: EARLINE L. MOON**
   $20.80    NET DEPOSIT         DEPOSIT DOCUMENT: TRAVELERS EXPRE
    $5.20    C.O.P. DEDUCTED     CASE#: 2006CV384W   DOC.#: 57143000992
    $0.00                        CASE#:   N/A        MAIL LOG#: N/A

   $71.14    CURRENT BALANCE     POSTED BY: GLENDA ROSS
```



```
                              STATE OF ALABAMA
                         DEPARTMENT OF CORRECTIONS
                         Staton Correctional Facililty
NOV. 07, 2007             MISCELLANEOUS PROD DEPOSIT        TRANS#: 2008002651

NAME: MOON, JAMES                    AIS#: 212228           BED ID: F01020B

   $103.97    _PREVIOUS BALANCE      SENT BY: EARLINE MOON
    $20.80    _NET DEPOSIT           DEPOSIT DOCUMENT: MONEY GRAM
     $5.20    _C.O.P. DEDUCTED       CASE1#: 2006CV384W   DOC#: 5714397551
     $0.00                           CASE2#:  N/A         LOG#: N/A

   $124.77    _CURRENT BALANCE
```