

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: James Moon   Date of Request: Aug 24, 2007
ID #: 212228   Date of Birth: 8/10/52   Location: E4-38

Nature of problem or request: 1) Need to see the Dentist - Filling didn't take. 2) My omeprazole (for Prilosec) has run out, also my eye-drops for Glucoma (Betimol) has run out. I was sopose to see the Doctor before they run out but I allways have to pay to see the Doctor before they will be fill.

Signature: James C. Moon

**DO NOT WRITE BELOW THIS LINE**

Date: 8/26/07
Time: 5:36 AM/PM
Allergies: NKDA

RECEIVED
Date: 8/26/07
Time: 5:36 P
Receiving Nurse Initials: BB

(S)ubjective: See N/L+

(O)bjective (V/S):  T:____  P:____  R:____  BP:____  WT:____

(A)ssessment:

(P)lan: Return to HCU on Wednesday 8/29/07 @ 7:30 AM for MD appt.

Refer to: (MD)/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One: ROUTINE (X)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

Signature: B Brannon LPN
SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)