# Prison Health Services, Inc.

## Inmate Grievance

Exhibit C  9-19-07
8:11 am
T.S.

**NAME:** James C. Moon     **AIS #:** 212228     **UNIT:** E4-38     **DATE:** Sept 18, 2007

---

**PART A – Inmate Grievance**

ON 8/26/07 I was seen by Nurse B. Brannon LPN. I was to Return on 8/25/07 to see the Dr. Pleasant my omeprazole (for Prilosec) Had Run out and my eye-drops for Glycoma (Betimol) also had Run out. I was sopose to see the Dr. before They Run out, but it seems I always have to pay (3) dollars before They get filled. I saw Nurse Marsh which AFTER WAiting (3) hours was told by Nurse Marsh That Dr. Pleasant did not want to see me, That my precription had been filled, but the thing was I had been Without medication for (2) wks and I needed my avacid medication bad or some Replacement till they could be filled. I Never seen the doctor, so I want my (3) dollars put back on my books because He Refused to see me.

**INMATE SIGNATURE:** James C. Moon

---

**PART B – RESPONSE**     **DATE RECEIVED** 9-19-07

On 8/30/07 the mp ordered your prilosec. Sometimes the doctor can review your chart and re-order your medication without seeing you.
On 9-5-07 the doctor ordered you Zantac 300 mg until your prilosec come in.
On 9-8-07 your prilosec came in and you picked up 60 tabs for Rx.

**P.H.S. Department Head Signature**

**DATE**

If you wish to appeal this review you may request a <u>Grievance Appeal</u> form from the Health Services Administrator. Return the completed form to the attention of the; Health Service Administrator. You may place the form in the sick call request box or give it to the segregation sick call nurse on rounds.

**H.S.A. Selection:**

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I Dissatisfied with Quality of Medical Care | ✓ | | VI Delay in Health Care Provided | ✓ | |
| II Dissatisfied with Quality of Dental Care | | | VII Problems with Medication | ✓ | |
| III Dissatisfied with Quality of Mental Health Care | | | VIII Request to be seen | ✓ | |
| IV Dissatisfied with Response to Non-Medical Request | | | IX Request for Off-site Specialty Care | | |
| V Conduct of Healthcare Staff | | | X Other | | |

Committee Review of Data Collection

11/03 – Alabama
Revised 5/16/05

60534-AL     White-Administration Copy     Yellow-Response Copy     Pink-Notary Copy