

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 9/20/07 11ᵃᵐ | Inmate was called to HCU to review medical/dental records. After explaining to inmate he will have to pay for copies before receiving the copies, he stated "I don't have any money in my account now. I'll have to wait until I have some sent in." ——N Burks, RN |
| 9/27/07 230 | Inmate in infirmary NPO status as ordered. Ambulate to TX area for VS 130/70, 72, 18, 97.4 02 sat 95%. Will continue to monitor & maintain NPO status. ——K Lee, LPN |
| 9/28/07-12 | To HCU for review of medical/dental record of five volume. After review inmate indicated he wants copies of 42 pages for a total of 205 $38.50. He will receive copies & payment to PHS from business office from his account. ——N Burks, RN |
| 10/16/07 | Received a request from inmate on OMR stating he no longer needs copies of medical records. ——N Burks, RN |

INMATE NAME (LAST, FIRST, MIDDLE): Moon, James   DOC# 202228   DOB 8/10/53   R/S M/B

PHS-MD-70049

EXHIBIT C