IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS # 212228),

    Plaintiff,

v.                                   CASE NO. 2:06-cv-384-WKW

Samuel Rayapati, M.D., et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Nettie Burks, R.N., H.S.A., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Prison Health Services, Inc. | This Defendant was an employee of Prison Health Services, Inc. at certain times made the basis of Plaintiff's Complaint. |

11/29/2007
Date

(Signature)

R. Brett Garrett (GAR085)
(Counsel's Name)

Defendant Nettie Burks, R.N., H.S.A.
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3260
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, R. Brett Garrett_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th____ day of November_____ 20 07, to:

James Charley Moon (AIS # 212228), Ventress Correctional Facility  P.O. Box 767  Clayton, AL 36016

11/29/2007
_____                      _____
Date                                          Signature