IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS # 212228),

    Plaintiff,

v.

Samuel Rayapati, M.D., et al.,

    Defendants,

CASE NO. 2:06-cv-384-WKW

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Marvin West, D.D.S., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [■] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Smallwood Dental Services | This Defendant was employed by Smallwood Dental Services at certain times made the basis of Plaintiff's Complaint. |

11/29/2007
Date

(Signature)

R. Brett Garrett (GAR085)
(Counsel's Name)

Defendant Marvin West, D.D.S.
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3260
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, R. Brett Garrett, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 29th day of November 20 07, to:

James Charley Moon (AIS # 212228), Ventress Correctional Facility  P.O. Box 767  Clayton, AL 36016

11/29/2007
Date

[signature]
Signature