IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228        *

    Plaintiff,        *

v.        *        2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al*.,        *

    Defendants.        *

_____

**ORDER**

For good cause, it is

ORDERED that on or before December 13, 2007 the ADOC defendants file a supplemental special report in response to Plaintiff's allegation that he was placed on restriction for 45 days and during such time he was denied toothpaste and/or the ability to purchase toothpaste. Defendants supplemental special report should also include any and all documents, regulations, records, *etc*., regarding Plaintiff's violation of Administrative Regulation 403 and the subsequent freeze placed on his inmate account as a result of his involvement in the rules violation.

It is further ORDERED that Plaintiff may file a response to the supplemental special report within fifteen (15) days of the filing of the supplemental special report and said response shall be filed in accordance with the provisions contained in the court's October 23, 2006 order. (*See Doc. No. 37.*)

Done, this 29th day of November 2007.

   /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE