IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228          *

    Plaintiff,          *

    v.          *          2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,          *

    Defendants.          *

_____

**ORDER ON MOTION**

Upon consideration of the Motion to Reconsider filed October 22, 2007 and in light of Defendants' responses to the order and Plaintiff's replies to the responses as well as an independent review of the record, documents, and pleadings before the court, it is

ORDERED that the motion (*Doc. No. 74*) be and is hereby DENIED.[1]

Done, this 5th day of December 2007.

                                   /s/ Wallace Capel, Jr.
                                   WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] It is noted that Plaintiff is no longer housed at the Ventress Correctional Facility.