```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001403
Cashier ID: cstrecke
Transaction Date: 12/05/2007
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
  For: JAMES MOON
  Case/Party: D-ALM-2-06-CV-000384-001
  Amount:         $10.00
------------------------------------
CHECK
  Remitter: STATON CORRECTIONAL FAC
  Check/Money Order Num: 5457
  Amt Tendered: $10.00
------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:       $0.00
```

DALM206CV000384-W

STATON CORR FAC

FOR JAMES MOON

P O BOX 56
ELMORE, AL  36025