IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

JAMES C. MOON )
                                           , )
    Plaintiff, )
                                              )
v. ) CASE NO. <u>2:06-cv-384-WKW</u>
                                              )
Samuel Rayapati, M.D., et al. )
                                           , )
    Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>All ADOC Defendants *</u>, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| n/a | |
| | |
| | |

12/10/2007
Date

/s/ Benjamin H. Albritton
(Signature)

Benjamin H. Albritton
(Counsel's Name)

All ADOC Defendants
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 353-4484
Telephone Number

*ADOC Defendants include:
Richard Allen, Ruth Naglich,
J.C. Giles, Larry Monk, and
Sherwin Carter

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Benjamin H. Albritton, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 10th day of December 20 07, to:

James C. Moon, AIS 212228

Staton Correctional Facility

PO Box 56

Elmore, AL 36025


12/10/2007
Date

/s/ Benjamin H. Albritton
Signature