**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JAMES CHARLY MOON** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:06-CV-384-WKW |
| ) | |
| **RICHARD ALLEN, et al.** ) | |
| ) | |
| **Defendants.** ) | |

**MOTION FOR EXTENSION OF TIME**

Come now the Defendants, **Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J. C. Giles, Captain Larry Monk and Sergeant Sherwin Carter**, by and through the undersigned counsel, and move for an extension of time of thirty-five (35) days to file their supplemental Special Report in this cause and for grounds states as follows:

1.  The Defendants' supplemental Special Report in this cause is due December 13, 2007.

2.  Undersigned counsel has not received all of the information necessary to file Defendants' supplemental Special Report.

5.  The Defendants' supplemental Special Report cannot be prepared without these affidavits and records.

6.  This is said Defendants first request for an extension.

7.  This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the Plaintiff.

WHEREFORE, based on the foregoing, Defendants respectfully request an enlargement of time for thirty-five (35) additional days, up to and including **January 17, 2008**, to file their supplemental Special Report.

Respectfully Submitted,

/s/ Benjamin H. Albritton
Benjamin H. Albritton (ALB008)
Assistant Attorney General
Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7300
(334) 242-2433 (fax)

**CERTIFICATE OF SERVICE**

      I certify that I have on this the 12th day of December, 20007, electronically filed the foregoing with the Clerk of the Court, using the CM/ECF filing system, which will send notification of such filing to the following counsel:

Lewis Payton Chapman, III        lpc@rsjg.com
Richard Brett Garrett            bg@rsjg.com

and that I have further served a copy of the foregoing on the Plaintiff, by placing same in the United States Mail, postage prepaid, and properly addressed as follows:

James Charles Moon, #212228
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL  35146

                /s/  Benjamin H. Albritton
                OF COUNSEL