IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' motion for extension of time filed December 12, 2007, and for good cause, it is ORDERED that:

1. The motion for extension of time (*Doc. No. 101*) is GRANTED; and

2. Defendants are GRANTED an extension from December 13, 2007 to January 16, 2008 to file their supplemental special report.

Done, this 12th day of December 2007.

                                              /s/ Wallace Capel, Jr.
                                              WALLACE CAPEL, JR.
                                              UNITED STATES MAGISTRATE JUDGE