```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001621
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: STATON CORR FACILITY
--------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $20.00
--------------------------------------
CHECK
 Check/Money Order Num: 5481
 Amt Tendered:  $20.00
--------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00
```