```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003011
Cashier ID: brobinso
Transaction Date: 01/07/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $21.60
------------------------------------
CHECK
 Check/Money Order Num: 5554
 Amt Tendered:   $21.60
------------------------------------
Total Due:      $21.60
Total Tendered: $21.60
Change Amt:     $0.00
```