IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 2:06-CV-384-WKW |
| RICHARD ALLEN, ET AL. | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL SPECIAL REPORT**

COME NOW the Defendants, **Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter**, (referred to below as "the DOC defendants") by and through undersigned counsel, and in accordance with this Honorable Court's November 29, 2007 Order, offer the following supplemental written report.

**PARTIES**

1. The Plaintiff, James Charley Moon, is an inmate of the Alabama Prison System.

2. Defendant Richard Allen is Commissioner of the Alabama Department of Corrections.

3. Defendant Ruth Naglich is the Health Services Commissioner for the Alabama Department of Corrections.

4. Defendant J.C. Giles is a Warden III for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

5. Defendant Sherwin Carter is a Sergeant for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

6. Defendant Larry Monk is a Captain for the Alabama Department of Corrections and is currently assigned to Ventress Correctional Facility.

### EXHIBIT

EXHIBIT 1 –Supplemental Affidavit of Marshall Monk with attachments.

### PLAINTIFF'S SUPPLEMENTED CLAIMS

In addition to his original allegations, Plaintiff now alleges that he was placed on restriction for 45 days, that a freeze was placed on his account and during such time he was denied toothpaste and/or the ability to purchase toothpaste.

### DEFENDANTS' RESPONSE

1. These Defendants deny that they violated the Plaintiff's constitutional rights.

2. These Defendants deny each and every material allegation not specifically admitted herein and demand strict proof thereof.

3. The Plaintiff has failed to state a claim upon which relief may be granted against these Defendants.

4. The Defendants are immune from suit under the Eleventh Amendment to the United States Constitution.

5. The Defendants are immune from suit due to qualified immunity.

### SUPPLEMENTAL STATEMENT OF FACTS

Plaintiff admits the prison supplied him with toothpaste, but claims what he received was old. Plaintiff does not need canteen privileges to receive toothpaste as it is included in the regular issue of hygiene items. Plaintiff alleges that on February 15,

2

2006, he was placed on restriction and not allowed to buy items from the canteen. Although Plaintiff states that he requested toothpaste from Captain Monk and received "old" toothpaste, he does not state when this request took place. It is interesting to note, however, that Plaintiff made over $186 worth of purchases from the canteen between February 2, 2006, and February 14, 2006. Plaintiff states that he notified prison officials twice in mid March of his need for toothpaste. On April 3-4, 2006, Plaintiff made purchases from the canteen totaling over $95. Plaintiff had more than adequate ability to purchase toothpaste if he did not like the toothpaste included in the regular issue of hygienic items. A copy of all of Plaintiff's transactions since October of 2005 is attached to the affidavit supporting this supplemental report.

## ARGUMENT

These allegations add nothing to the Plaintiff's claims. The allegations, even if they were true, do not rise to the level necessary to create a claim for the deprivation of a constitutional right. These defendants would reassert the law cited to the Court in their original Special Report.

## CONCLUSION

There are no genuine issues of material fact, and the Defendants are entitled to judgment as a matter of law. WHEREFORE, the Defendants respectfully request that this Honorable Court dismiss the claims against them.

          Respectfully submitted,

          TROY KING (KIN047)
          Attorney General


          s/ Benjamin H. Albritton
          Benjamin H. Albritton (ALB008)
          Assistant Attorney General


ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7555
(334) 242-2433


**CERTIFICATE OF SERVICE**

I hereby certify that I have, this the 16th day of January, 2008, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

James Charley Moon
Ventress Correctional Facility
P.O. Box 767
Clayton, AL 36106

          s/ Benjamin H. Albritton
          Benjamin H. Albritton
          Assistant Attorney General