IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228      *

    Plaintiff,      *

    v.      *      2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al*.,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's January 23, 2008 pleading, construed as a motion to strike as untimely and inappropriate Defendants' December 12, 2007 motion for extension of time and Defendants' January 16, 2008 supplemental special report, it is

ORDERED that the motion (*Doc. No. 106*) be and is hereby DENIED. It is further

ORDERED that on or before January 30, 2008 counsel for the ADOC Defendants shall serve a copy of the January 16, 2008 supplemental special report on Plaintiff.[1]

Plaintiff is GRANTED an extension to and including February 13, 2008 to file a response to the January 16, 2008 supplemental special report in accordance with the provisions contained it the court's October 23, 2006 order. (*See Doc. No. 37*.)

---

[1] Plaintiff is currently incarcerated at the Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025.

Done, this 24th day of January 2008.

                                  /s/ Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE