```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003567
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES C MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $32.00
------------------------------------
CHECK
 Check/Money Order Num: 5626
 Amt Tendered:  $32.00
------------------------------------
Total Due:      $32.00
Total Tendered: $32.00
Change Amt:     $0.00
```