```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003851
Cashier ID: khaynes
Transaction Date: 02/12/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES CHARLEY MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $15.80
------------------------------------
CHECK
 Check/Money Order Num: 5662
 Amt Tendered:   $15.80
------------------------------------
Total Due:      $15.80
Total Tendered: $15.80
Change Amt:     $0.00
```