# AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

Henry Holtzclaw, being competent to make this declaration and having personal knowledge of matters stated therein declares pursuant to 28 U.S.C. 1746:

In 2006, I was incarcerated at Ventress Correctional Facility at Clayton, Alabama with James Charley Moon. I slept next to Moon in Dorm 9-B and had many discussions about the problems he was continually having with P.H.S. and the D.O.C.

I will be able to testify to the following facts if called upon to do so.

On one occasion I had ran out of toothpaste and went to the shift office to ask for a hygene kit. In the shift office there was a sign posted stating "out of toothpaste don't ask." Well I asked anyway "when to come back to get a hygene kit" and was cursed and verbally abused. Upon returning to the dorm I asked Moon if he had any toothpaste I could borrow Moon began to laugh and said "I have just what you need" and then, showed me a tube of 9 year old toothpaste given to him by Capt. Monk. Moon also, took me up to the bulletin board and showed me an newspaper article which stated that a jail in Spokane, Washington had stopped using the toothpaste because it was contaminated with chemicals which caused damage to your kidneys and liver and has been condemned by the F.D.A. the D.O.C. at Ventress Corr. Facility only gives out toothpaste once every two months. Each small tube may last approximately two weeks the remainder of the time you do without.

I have lost several teeth since being incarcerated at Ventress due to the lack of toothpaste and proper dental care. I was put on a waiting list to receive a partial plate. And an now on a waiting list at Staton Corr. However, here at Staton they give out toothpaste at the laundry and I have not had any problems getting toothpaste since being transferred here in December 2007.

Pursuant to 28 U.S.C. 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7th day of 2008.

*Henry K. Holtzclaw*
Henry K. Holtzclaw
AIS 195347 Dorm B-47
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025