ANti-freeze iN Toothpaste

## AmerFresh

EXCLUSIVE DISTRIBUTOR
AMERCARE PRODUCTS, INC. SEATTLE, WA 98165-2226
**ACTIVE INGREDIENT :** Sodium Monofluorophosphate .76%.  **OTHER**
**INGREDIENTS:** Calcium Carbonate, Sorbitol, Treated Water, Silica,
Sodium Lauryl Sulphate, Flavor, Sodium Carboxy Methyl Cellulose,
Sodium Silicate, Sodium Benzoate, Methyl Paraben, Sodium Sacchanin,
Propyl Paraben. Fluoride Content: 1000 PPM.
MADE IN CHINA    NET WT.3oz(85g)



## AmerFresh ®

FLUORIDE TOOTHPASTE    NET WT.3oz (85 g)