# INMATE REQUEST SLIP

Name: JAmes C. moon    Quarters: 9B-34B    Date: 3/13/06

AIS #: 212228

( ) Telephone Call    ( ) Custody Change    (✓) Personal Problem
( ) Special Visit    ( ) Time Sheet    ( ) Other medical

**Briefly Outline Your Request - Then Drop In Mail Box**

Capt. monK:
I was put on Restriction 15th Feb. 2006 for Citation, this is my first since 2000. I have learned my Lesson, I need some ancid tabs for Reflux Condition I have, and tooth paste & Razors, Shampoo and things. Would you Consider taking me off, So I can make store. Thank you

James Moo[n]

**Do Not Write Below This Line - For Reply Only**

I only help out when asked by the arresting officer.

M. [signature]

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain
( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176