INMATE REQUEST SLIP

Name  JAmes Moon   Quarters QB-34 B   Date 3/20/06

AIS # 212228

( ) Telephone Call   ( ) Custody Change   (✓) Personal Problems
( ) Special Visit    ( ) Time Sheet       (✓) Other medical

Briefly Outline Your Request- Then Drop in Mail Box

Sgt. Carter:
I was one of the 8 people that got a citation for recieving a money order from SHannon Crump's mother. most of them has already been taken off their restriction. I need some acid tablets for Acid reflux, and tooth paste. This was my "first" citation in almost 6 yr. This want happen again. Thank you for Your Concidration.  James Moon

Do Not Write Below This Line – For Reply Only

Restrictions end on 4-1-06
Stop Violating.
Sgt. Carter
3/21/06

Approved   (Denied)   Pay Phone   Collect Call

Request Directed To: (Check One)

( ) Warden              ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer- Notary Public  ( ) Record Office

N176