| Number 502 | AUTHORIZED PUNISHMENTS FOR MINOR VIOLATIONS |
|---|---|

When you are convicted of a minor violations, you will not lose any good time. You will be afforded due process and be notified of the charge, when the hearing will be held, and the results of the hearing. Loss of privileges may include any combination of the sanctions below, but are not limited to :

1. Loss of visiting privileges for a maximum of 30 days.   Plaintiff Received 45days
2. Loss of store privileges for a maximum of 30 days.   Plaintiff Received 45days
3. Loss of pass and leave privileges for a maximum of six months.
4. Loss of television, radio, or movie privileges, or any combination thereof, for a maximum of 30 days.
5. Loss of telephone privileges (except for emergencies) for a maximum of 30 days.   Plaintiff recieved 45
6. Extra duty not to exceed three hours per day for a maximum of 30 days.
7. More restrictive custody status.

Inmate Handbook, page 48