

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|---|---|---|---|---|---|
| 3/2/06 | | | Exam – Appt made for imp fu T/P | [illegible] | |
| 3/12/06 | | | old Imp to new model | [illegible] | |
| 3/23/06 | | | Bite | [illegible] | |
| 4/05/06 | | | OH reviewed prophy floss OHI given Post- Light calculus c moderate bleeding encouraged pt to floss more | BnRDH | |
| 5/11/06 | | | Try-in | [illegible] | |

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| PATIENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO. |
|---|---|---|---|---|---|
| | | | | | |

PHS-MD-70022