STATE OF ALABAMA                                        INMACP
DEPARTMENT OF CORRECTIONS
VENTRESS CORR FAC


TRANSACTION INFORMATION BY AIS# FROM OCT. 01, 2005 THRU SEP. 31, 2006


AIS#: 212228            NAME: MOON, JAMES CHARLEY         BED NBR:              PMOD BALANCE:       $.00

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C.O.P. DEDUCTED | CURRENT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| 02/07/2006 | $ 1.72 | TRACY NEFF | 2006012638 | MISC RECEIPTS | $ 67.00 | $ .00 | $ 68.72 | money deposited |
| 02/08/2006 | $ 68.72 | TRACY NEFF | 2006012803 | MISC RECEIPTS | $ 110.00 | $ .00 | $ 178.72 | money deposited |
| 02/08/2006 | $ 178.72 | PMOD ACCOUNT | 2006048871 | CANTEEN SALES | $ 31.68 | N/A | $ 147.04 | |
| 02/09/2006 | $ 147.04 | PMOD ACCOUNT | 2006049120 | CANTEEN SALES | $ 21.48 | N/A | $ 125.56 | |
| 02/10/2006 | $ 125.56 | PMOD ACCOUNT | 2006050213 | CANTEEN SALES | $ 15.52 | N/A | $ 110.04 | Freeze |
| 02/13/2006 | $ 110.04 | EARLINE L. MOON* | 2006013273 | MISC RECEIPTS | $ 30.00 | $ .00 | $ 140.04 | |
| 02/14/2006 | $ 140.04 | PMOD ACCOUNT | 2006051242 | CANTEEN SALES | $ 12.78 | N/A | $ 127.26 | |
| 02/14/2006 | $ 127.26 | PMOD ACCOUNT | 2006051253 | CANTEEN SALES | $ 11.50 | N/A | $ 115.76 | |
| 02/14/2006 | $ 115.76 | PMOD ACCOUNT | 2006051265 | CANTEEN SALES | $ 5.10 | N/A | $ 110.66 | FReeze |
| 02/16/2006 | $ 110.66 | EARLINE L. MOON* | 2006013863 | MISC RECEIPTS | $ 30.00 | $ .00 | $ 140.66 | |
| 02/22/2006 | $ 140.66 | DENISE GORDON, CT. REPORTER | 2006003349 | MISC WITHDRAWAL | $ 80.00- | N/A | $ 220.66 | |
| 02/24/2006 | $ 220.66 | EARLINE L. MOON* | 2006014550 | MISC RECEIPTS | $ 25.00 | $ .00 | $ 245.66 | |
| 03/06/2006 | $ 245.66 | EARLINE L. MOON* | 2006015398 | MISC RECEIPTS | $ 30.00 | $ .00 | $ 275.66 | |
| 03/10/2006 | $ 275.66 | EARLINE L. MOON* | 2006016149 | MISC RECEIPTS | $ 25.00 | $ .00 | $ 300.66 | |
| 03/14/2006 | $ 300.66 | EARLINE L. MOON* | 2006016400 | MISC RECEIPTS | $ 50.00 | $ .00 | $ 350.66 | |
| 03/22/2006 | $ 350.66 | MEDICAL COPAY (03/20/2006) | 2006004207 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 347.66 | |
| 03/23/2006 | $ 347.66 | EARLINE L. MOON* | 2006017351 | MISC RECEIPTS | $ 40.00 | $ .00 | $ 387.66 | |
| 04/03/2006 | $ 387.66 | PMOD ACCOUNT | 2006071037 | CANTEEN SALES | $ 53.95 | N/A | $ 333.71 | |
| 04/03/2006 | $ 333.71 | PMOD ACCOUNT | 2006071337 | CANTEEN SALES | $ 26.54 | N/A | $ 307.17 | |
| 04/04/2006 | $ 307.17 | PMOD ACCOUNT | 2006071554 | CANTEEN SALES | $ 15.34 | N/A | $ 291.83 | |

Annotations in middle of table: "Restriction For (45) days" / "Their Are No Canteen Sell for (47) days" / "Only deposits" / "Shop (47)"

PAGE:   7          X = C.O.P. ESCROW     * = ERROR IN BALANCES

2/14/2006 WAS the LAST CAnteeN SAle before 45 day Restriction STArted, becAuse moon's Freeze stoP Him At #110.00 ANd The the Next sAle Starts AFTER Restriction is over 04/03/2006.