# OPERATIVE NOTE

PATIENT: MOON, JAMES          120342          DATE: 2-16-06

PRE-ENDOSCOPIC DIAGNOSIS:   ESOPHAGEAL STRICTURE

POST-ENDOSCOPIC DIAGNOSIS:  1) ESOPHAGEAL STRICTURE DUE TO SEVERE
                              EROSIVE ESOPHAGITIS
                           2) SEVERE EROSIVE ESOPHAGITIS
                                                ASSISTANT:

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.

REFERRING PHYSICIAN: DR. RAYAPATI AT VENTRESS CORRECTIONAL FACILITY
                     CLAYTON, AL 36016

PROCEDURE PERFORMED:    1) ESOPHAGOGASTRODUODENOSCOPY
                        2) BALLOON DILATATION OF THE ESOPHAGUS

ANESTHESIA: Managed anesthesia care.

INSTRUMENT USED: Olympus GIF100.

INDICATION FOR PROCEDURE: This patient is a 53-year-old male presenting with recurrent episodes of severe dysphagia. The patient had no nausea or vomiting. He has regurgitation and pyrosis. He has a history of chronic pancreatitis.

DESCRIPTION OF PROCEDURE: This patient was taken to Endoscopy where he was given sedation per Anesthesiology. The Olympus GIF100 endoscope was introduced into the esophagus and passed into the stomach. On passage of the endoscope the patient was found to have normal mucosa in the proximal two thirds of the esophagus. In the distal two thirds there was ulceration and stricture. The stricture measured approximately 10-11 mm. <u>The endoscope was forced through the stricture and into the stomach.</u> In the stomach the cardia, fundus, body, antrum and pylorus were normal. The patient had a normal duodenum.

The radial expansion balloon was passed into the esophagus and inflated at 7 atmospheres of pressure. The patient was noted to have good dilatation of the esophagus with no evidence of esophageal perforation. He tolerated the procedure and was taken to Recovery for observation.

RECOMMENDATIONS:
1) Repeat dilatation in 4-6 weeks.
2) Recommended prison call and arrange this procedure.
3) Nexium 40 mg orally each day.

                                          JOSEPH W. JACKSON, M.D.

JWJ:dli
D:2-16-06
T:2-17-06
Job #41520
CC: Dr. Rayapati
    Ventress Correctional Facility
    379 Highway 239
    Clayton, AL  36106                              exhibits #

MONTGOMERY SURGICAL CENTER