

# OPERATIVE NOTE

PATIENT: MOON, JAMES  120342  DATE: 4-6-06

PRE-ENDOSCOPY DIAGNOSIS: ESOPHAGEAL STRICTURE WITH SEVERE EROSIVE ESOPHAGITIS

POST-ENDOSCOPY DIAGNOSIS: ESOPHAGEAL STRICTURE WITH SEVERE EROSIVE ESOPHAGITIS POST DILATATION

ASSISTANT:

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.

REFERRING PHYSICIAN: DR. RAYAPATI, VENTRESS CORRECTIONAL FACILITY, CLAYTON, AL

PROCEDURE PERFORMED:
1) ESOPHAGOGASTRODUODENOSCOPY
2) BALLOON DILATATION OF THE ESOPHAGUS

ANESTHESIA: Managed anesthesia care.

INSTRUMENT USED: Olympus GIF100.

INDICATION FOR PROCEDURE: This patient is a 54-year-old Caucasian male presenting with severe erosive esophagitis and dysphagia. The patient has had a poor response to H2 antagonist therapy.

DESCRIPTION OF PROCEDURE: The patient was taken to Endoscopy where he was given sedation per Anesthesiology. When adequate sedation was obtained, the Olympus GIF100 endoscope was introduced into the esophagus and passed into the stomach. On passage of the endoscope the patient was noted to have ulcer and stricture of the esophagus at approximately 25-30 cm from the lip. The esophageal stricture was dilated incrementally to 12, 13.5, 15 and 18 mm. There were no untoward effects from this dilatation, no evidence of esophageal perforation.

In the stomach the cardia, fundus, body, antrum and pylorus were normal. The duodenum was …normal. Pylorus was also normal.

RECOMMENDATIONS:
1) Nexium 40 mg orally each day.
2) Repeat dilatation at 6-8 weeks.

JOSEPH W. JACKSON, M.D.

JWJ:dli
D:4-6-06
T:4-7-06
Job #43017

CC: Dr. Rayapati