of his Precribed medication which was 40 mgs. Exhibits # I
Plaintiff was Recieving 20mg Plaintiff only Recieved (½)

**PHS**
PRISON HEALTH SERVICES INCORPORATED

PHYSICIANS' ORDERS

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| NAME: Moon, James #212228 D.O.B. 8/10/52 ALLERGIES: NKA Use Last  Date 12/29/04 | DIAGNOSIS (If Chg'd) D/C Motrin 600mg po TID x 5 days Give Tylenol 500mg po BID x 5 days P/O Dr. West / T. Starkes, LPN Noted T. Starkes LPN 12/29/04 ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
|---|---|
| NAME: Moon, James #212228 D.O.B. 8/10/52 ALLERGIES: NKDA Use Fourth  Date 12/29/04 | DIAGNOSIS (If Chg'd) Motrin 600mg ÷ tid x 5 days ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: MOON JAMES 212228 Noted 11 AM Cotarush 12-23-04 D.O.B. 8/10/52 ALLERGIES: NKA Use Third  Date 12/23/04 | DIAGNOSIS (If Chg'd) 1) Vistaril 50mg po q 9:00 PM Benadryl 25 mg po q 9:00 PM } x 90 day SBanerjee, MD ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Moon James #212228 Noted B Sutton 12/10/04 0930 D.O.B. 8/10/52 ALLERGIES: NKA Use Second  Date 12/10/04 | DIAGNOSIS (If Chg'd) dispo POP 1) DC Ranitidine 2) DC Reglan (3) 3) DC MOTRIN 4) PRILOSEC 20mg P.O Bid x 90day 5) RTC 3mo 6) May continue Zantac until Prilosec available ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Moon, James #212228 Noted Amur 12/9/04 1830 D.O.B. 8/10/52 ALLERGIES: NKA 1st  Date 12/9/04 | DIAGNOSIS D/C to Population, F/u in am; NO NSAIDS ASA, Motrin Advil ect. V/O Dr Rajapati / A Martin ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

Region 4    NON-FORMULARY **PHARMACY** REQUEST FORM    PHS

Form must be complete and legible. You must Type or Print.

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 1-13-06 |
| **Site Phone #** | **Inmate #** | **Date of Birth:** (mm/dd/yy) |
| (334) 775-8178 | 212228 | [redacted] |
| **Site Fax #** | **SPP ID #** | **PHS Custody Date** |
| (334) 775-8178 | A-473 | |

RECEIVED JAN 17 2006

Diagnosis: Benign aesophageal stricture    ☒ Male  ☐ Female

Medication Allergies: NKA

Requested Non-Formulary and Strength: Prilosec (Omeprazole)

Directions: 20 mg p.o. daily - HS -

Duration of Therapy: (Maximum approval is 90 days per request)

☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☒ 90 days  ☐ Other ____

Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.

Zantac 150mg not effective

Compliance:  ☐ > 80%   ☐ < 80%   (Determined by Review of MAR)

**Practioner Information:**  ☐ Physician  ☐ NP/PA  ☐ Dentist

Name: ____    Signature: Samuel Rzepela, M.D.
Daytime Phone: ____    Pager Number: ____

*It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.*

Determination:  ☒ Approved   ☐ Additional Information requested   ☐ Alternative clinical rational

Corporate/Regional Medical Director/Designee

Name: ____    Signature: ____ 01/17/06
Date: ____

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

Region 4 NON-FORMULARY **PHARMACY** REQUEST FORM 
Form must be complete and legible. You must Type or Print.

**Site Name and Number:** Ventress Correctional Facility - 0845
**Site Phone #:** (334) 775-8178
**Site Fax #:** (334) 775-8178

**Patient Name: (Last, First):** Moon, James
**Inmate #:** 212228
**SPP ID #:** A-473

**Todays Date: (mm/dd/yy):** 4-6-06
**Date of Birth: (mm/dd/yy):** [redacted]
**PHS Custody Date:**

☒ Male   ☐ Female

**Diagnosis:** esophagitis c̄ benign stricture
**Medication Allergies:** NKA

**Requested Non-Formulary and Strength:** PRILOSEC. 20mg
**Directions:** P.O. QD

**Duration of Therapy:** (Maximum approval is 90 days per request)
☐ 7 days  ☐ 10 days  ☐ 30 days  ☐ 60 days  ☒ 90 days  ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**
Recommended by GI

**Compliance:** ☐ > 80%  ☐ < 80%  (Determined by Review of MAR)

**Practitioner Information:** ☒ Physician  ☐ NP/PA  ☐ Dentist
**Name:** DR Samuel Rayapati
**Signature:** Samuel Rayapati M.D.
**Daytime Phone:** 334-397- 775-3331
**Pager Number:**

**Determination:** ☒ Approved   ☐ Additional Information requested   ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**
**Name:** DR Sylvia McQueen
**Signature:** [signed] 040706
**Date:** 4-7-06

*CONFIDENTIAL RECORD - FOR PROFESSIONAL USE ONLY - NOT TO BE PHOTOCOPIED*

# NON-FORMULARY PHARMACY REQUEST FORM

Form must be complete and legible. You must Type or Print.

PHS

| Site Name and Number | Patient Name: (Last, First) | Todays Date: (mm/dd/yy) |
|---|---|---|
| Ventress Correctional Facility - 0845 | Moon, James | 7/20/06 |
| **Site Phone #** (334) 775-8178 | **Inmate #** 212228 | **Date of Birth:** (mm/dd/yy) |
| **Site Fax #** (334) 775-8178 | **SPP ID #** A-473 | **PHS Custody Date** |

**Diagnosis:** GERD c̄ Hiatal Hernia c̄ esophageal stricture

☒ Male    ☐ Female

**Medication Allergies:** NKDA

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

**Requested Non-Formulary and Strength:** Prilosec 20 mg 1 po q day x 90 dy

**Directions:** 20 mg 1 po q day

**Duration of Therapy:** (Maximum approval is 90 days per request)

☐ 7 days    ☐ 10 days    ☐ 30 days    ☐ 60 days    ☒ 90 days    ☐ Other

**Justification for this non-formulary drug. Include previous therapeutic interventions including lifestyle changes.**

Dr Jackson - Gastro recommended Prilosec for control of acid reflux

**Compliance:** ☒ > 80%    ☐ < 80%    (Determined by Review of MAR)

**Practitioner Information:** ☐ Physician    ☒ NP/PA    ☐ Dentist

**Name:** L Floyd CRNP    **Signature:** Linda Hall

**Daytime Phone:** 334 775 8178    **Pager Number:** 334 775 8178

It is the prescribing practitioner's personal responsibility to legibly fill out all of the above fields. Incomplete non-formulary requests will not be reviewed. Any delay in therapy caused by an incomplete/illegible non-formulary request is the responsibility of the prescribing practitioner. Verbal approval is acceptable if the prescribing practitioner is not available.

**Determination:** ☐ Approved    ☐ Additional information requested    ☐ Alternative clinical rational

**Corporate/Regional Medical Director/Designee**

**Name:**    **Signature:**

**Date:**

Faxed 7-20-06