# IDENTIFICATION OF SPECIAL NEEDS

NAME (PLEASE PRINT) __Moon_____  __James_____  _____
                                      LAST                     FIRST                 MI

DATE OF BIRTH __8-10-52__  SS# __218228__

**Housing Recommendations:**

    General Population ____

    Medical Observation Unit ____

    Lower Level/Lower Bunk ____

    Suicide Precautions ____

    Special Watch (15 Minute Checks) ____

    Isolation ____

    Initiate Universal Precautions ____

*(handwritten notes: 1) See Dr Peasant Oct 25, 2006 at 7:30 am. 2) Take Prilosec 40 mg every day for 90 days (if you have Prilosec 20mg caps, take two to equal 40mg))*

**Individual found to be:**

    Frail/Elderly ____

    Physically Handicapped ____

    Developmentally Disabled ____

    Drug/Alcohol Withdrawal ____

    Special Mental Health Needs ____

    Expressed Suicidal Ideation ____

    History of Seizures ____

    Other ____

Specify _____

Nurse __M. Marsh__ (signature)  Date __9-21-06__

X __James C. Moon__ (signature)

GLF 1005    Original/Classification    Second Copy/Booking Staff    Third Copy/Medical Unit