# OPERATIVE NOTE

PATIENT: MOON, JAMES                    120342           DATE: 9-21-06

PRE-ENDOSCOPY DIAGNOSIS:    ESOPHAGEAL STRICTURE

POST-ENDOSCOPY DIAGNOSIS:   ESOPHAGEAL STRICTURE AND ESOPHAGEAL ULCER

ASSISTANT:

ENDOSCOPIST: JOSEPH W. JACKSON, M.D.

REFERRING PHYSICIAN: DR. RAYAPATI, CLAYTON CORRECTIONAL FACILITY

PROCEDURE PERFORMED:     EGD

ANESTHESIA: Monitored anesthesia care.

INSTRUMENT USED: Olympus GIF100 and continuous radial expansion balloon.

INDICATION FOR PROCEDURE:

DESCRIPTION OF PROCEDURE: The patient was taken to Endoscopy and given sedation per Anesthesiology. The Olympus GIF100 endoscope was introduced into the esophagus and passed distally into the stomach. On passage of the endoscope the patient had normal mucosa in the proximal esophagus. In the distal esophagus there was an ulceration and stricture at the Z line. A continuous radial expansion balloon was passed across the stricture and inflated to 15 mm initially and dilatation was achieved. We advanced the diamond into the balloon according to the guidelines flap of the manufacturer. We went to 16.5 mm and 18 mm to dilate the esophagus. There was no evidence of ulcer and no evidence of perforation.

JOSEPH W. JACKSON, M.D.

JWJ:dli
D:9-21-06
T:9-22-06
Job #4125

CC: Dr. Rayapati
    Clayton Correctional Facility

MONTGOMERY SURGICAL CENTER