## INMATE REQUEST SLIP

Name: James Moon     DORM# 9B-34B     Date 4/6/06

AIS # 212228

( ) Telephone Call     ( ) Custody Change     (✓) Personal Problem
( ) Special Visit      ( ) Time Sheet         ( ) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Capt. Monk,
I have $283.00 on my pmod Account Ms. Ross say I have $173.00 available to me. The $110.00 that I Recieved from Sherman Crumps mother is being blocked. I have finished my restriction can you please let me know why I have a hold on $110 because I need to send money out for my attorneys fees.

Do Not Write Below This Line - For Reply Only

Because any money gotten illegally is put on your Account and frozen until your release. /s/ Jerry Monk, Capt.

Approved     Denied     Pay Phone     Collect Call

Request Directed To: (Check One)

( ) Warden                      ( ) Deputy Warden                  ( ) Captain
( ) Classification Supervisor   ( ) Legal Officer - Notary Public  ( ) Record Offic

N176