Exhibits # N

```
                              STATE OF ALABAMA                                    INMACP
                          DEPARTMENT OF CORRECTIONS
                              VENTRESS CORR FAC


              TRANSACTION INFORMATION BY AIS# FROM OCT. 01, 2005 THRU SEP. 31, 2006


     AIS#: 212228         NAME: MOON, JAMES CHARLEY      BED NBR:        PMOD BALANCE:     $.00
```

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| | | *Frozen* | | | | | |
| 05/08/2006 | $ 110.00 | EARLINE L. MOON* | 2006021687 | MISC RECEIPTS | $ 100.00 | $ .00 | $ 210.00 |
| 05/08/2006 | $ 210.00 | PMOD ACCOUNT | 2006085290 | CANTEEN SALES | $ 15.57 | N/A | $ 194.43 |
| 05/08/2006 | $ 194.43 | PMOD ACCOUNT | 2006085295 | CANTEEN SALES | $ .48 | N/A | $ 193.95 |
| 05/08/2006 | $ 193.95 | PMOD ACCOUNT | 2006085408 | CANTEEN SALES | $ 14.95 | N/A | $ 179.00 |
| 05/09/2006 | $ 179.00 | PMOD ACCOUNT | 2006085736 | CANTEEN SALES | $ 4.73 | N/A | $ 174.27 |
| 05/09/2006 | $ 174.27 | PMOD ACCOUNT | 2006086098 | CANTEEN SALES | $ 2.09 | N/A | $ 172.18 |
| 05/10/2006 | $ 172.18 | CLERK, U.S. DISTRICT COURT | 2006005419 | MISC WITHDRAWAL | $ 43.36 | N/A | $ 128.82 |
| 05/10/2006 | $ 128.82 | PMOD ACCOUNT | 2006086399 | CANTEEN SALES | $ 1.28 | N/A | $ 127.54 |
| 05/11/2006 | $ 127.54 | PMOD ACCOUNT | 2006086559 | CANTEEN SALES | $ 3.18 | N/A | $ 124.36 |
| 05/11/2006 | $ 124.36 | PMOD ACCOUNT | 2006087396 | CANTEEN SALES | $ 14.25 | N/A | $ 110.11 *FReeze* |
| 05/31/2006 | $ 110.11 | MEDICAL COPAY (05/24/2006) | 2006005830 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 107.11 |
| 06/07/2006 | $ 107.11 | DENISE GORDON, CT. REPORTER | 2006005963 | MISC WITHDRAWAL | $ 80.00- | N/A | $ 187.11 |
| 06/07/2006 | $ 187.11 | DENISE GORDON, CT. REPORTER | 2006005964 | MISC WITHDRAWAL | $ 80.00 | N/A | $ 107.11 |
| 06/07/2006 | $ 107.11 | DENISE GORDON, CT. REPORTER | 2006005965 | MISC WITHDRAWAL | $ 80.00 | N/A | $ 27.11 |
| 07/19/2006 | $ 27.11 | MEDICAL COPAY (07/17/2006) | 2006006962 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 24.11 |
| 09/27/2006 | $ 24.11 | MEDICAL COPAY (09/25/2006) | 2006008758 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 21.11 |

*Handwritten annotation next to 05/11/2006 row:* "This was LAST Time I made canteen before they Took my money"

```
                                            TOTALS:   $ 3,203.52    $ .00
```

*Handwritten at bottom:*

This were Plaintiff's money dis Appeared I couldn't spend it, but was held for when ADOC made A mistake and took $80.00 dollars. And "Held For Prison Health services Co-Pay."
This is were the Frozen Money went, they never Alowed Plaintiff to enjoy said money.

LAST PAGE!    * = C/O.P. ESCROW    * = ERROR IN BALANCES

```
                         STATE OF ALABAMA                              INMACP
                       DEPARTMENT OF CORRECTIONS
                         VENTRESS CORR FAC


           TRANSACTION INFORMATION BY AIS# FROM OCT. 01, 2006 THRU SEP. 31, 2007


   AIS#: 212228        NAME: MOON, JAMES CHARLEY       BED NBR:          PMOD BALANCE:     $.00

   DATE OF      PREVIOUS    NAME OF PAYEE       TRANS.      TYPE OF          TRANSACTION   C. O. P.    CURRENT
   TRANSACTION  BALANCE     OR SENDER           NUMBER      TRANSACTION      AMOUNT        DEDUCTED    BALANCE
```

| Date of Transaction | Previous Balance | Name of Payee or Sender | Trans. Number | Type of Transaction | Transaction Amount | C.O.P. Deducted | Current Balance | |
|---|---|---|---|---|---|---|---|---|
| (12/21/2006) | $ 21.11 | *Freeze* JAMES EDWARD MOON | 2007007651 | MISC RECEIPTS | $ 40.00 | $ 10.00 | $ 61.11 | |
| 12/22/2006 | $ 61.11 | PMOD ACCOUNT | 2007030045 | CANTEEN SALES | $ 7.43 | N/A | $ 53.68 | |
| 12/27/2006 | $ 53.68 | PMOD ACCOUNT | 2007031512 | CANTEEN SALES | $ 7.58 | N/A | $ 46.10 | |
| 12/28/2006 | $ 46.10 | MEDICAL COPAY (12/27/2006) | 2007001895 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 43.10 | |
| 12/28/2006 | $ 43.10 | PMOD ACCOUNT | 2007032534 | CANTEEN SALES | $ 21.58 | N/A | $ 21.52 | |
| 12/29/2006 | $ 21.52 | PMOD ACCOUNT | 2007032675 | CANTEEN SALES | $ 6.45 | N/A | $ 15.07 | |
| 01/02/2007 | $ 15.07 | PMOD ACCOUNT | 2007033353 | CANTEEN SALES | $ 5.58 | N/A | $ 9.49 | |
| 01/02/2007 | $ 9.49 | GENERAL FUND | 2007001993 | MISC WITHDRAWAL | $ 1.00 | N/A | $ 8.49 | |
| 01/03/2007 | $ 8.49 | PMOD ACCOUNT | 2007034073 | CANTEEN SALES | $ 7.95 | N/A | $ .54 | |
| 01/09/2007 | $ .54 | PMOD ACCOUNT | 2007036151 | CANTEEN SALES | $ .52 | N/A | $ .02 | |
| 01/23/2007 | $ .02 | FEDERAL FILING FEE CASE | 2007010465 | MISC RECEIPTS | $ 2.00 | $ 2.00- | $ 2.02 | |
| 01/23/2007 | $ 8.00 | CASE #2006-CV384W | 2007002385 | C.O.P. DISB.-01 | $ 8.00 | N/A | $ .00 | X |
| 01/24/2007 | $ 2.02 | EARLINE L. MOON* | 2007010562 | MISC RECEIPTS | $ 24.00 | $ 6.00 | $ 26.02 | |
| 01/24/2007 | $ 26.02 | PMOD ACCOUNT | 2007042138 | CANTEEN SALES | $ 7.26 | N/A | $ 18.76 | |
| 01/25/2007 | $ 18.76 | PMOD ACCOUNT | 2007042587 | CANTEEN SALES | $ 1.90 | N/A | $ 16.86 | |
| 01/25/2007 | $ 16.86 | PMOD ACCOUNT | 2007042973 | CANTEEN SALES | $ 16.02 | N/A | $ .84 | |
| 01/29/2007 | $ .84 | EARLINE L. MOON** | 2007010817 | MISC RECEIPTS | $ 24.00 | $ 6.00 | $ 24.84 | |
| 01/29/2007 | $ 24.84 | PMOD ACCOUNT | 2007043893 | CANTEEN SALES | $ 3.94 | N/A | $ 20.90 | |
| 01/30/2007 | $ 20.90 | PMOD ACCOUNT | 2007044050 | CANTEEN SALES | $ 4.50 | N/A | $ 16.40 | |
| 01/30/2007 | $ 16.40 | PMOD ACCOUNT | 2007044054 | CANTEEN SALES | $ 1.90 | N/A | $ 14.50 | |

*Handwritten annotation next to 12/21/2006 row:* "Next SAle AFTER 7 months Hold I recieved 40.00 dollars to spend."

```
                         PAGE:   1          X = C.O.P. ESCROW    * = ERROR IN BALANCES
```