## INMATE REQUEST SLIP

AIS# 212228

Name JAMES MOON    DORM# 8A-29   Date July 29 2006

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem
( ) Special Visit     ( ) Time Sheet        ( ) Other _____

**Briefly Outline Your Request - Then Drop In Mail Box**

Mrs. Ross;
As of May 30 2006 I had $107.11
As of July 19, 2006 I now have 27.11
Their is $80.00 missing, can you $80.00
tell me or show me were the 80.00
went. There is $110.00 freeze on my
Account were did the money go  James Moon

**Do Not Write Below This Line - For Reply Only**

We had sent a check to a [client?]
for you — after 90 days
the check didn't clear so
we reversed it putting it back
on your account — then it
cleared so I took it back

Approved    Denied    Pay Phone    Collect Call

**Request Directed To:** (Check One)

( ) Warden                    ( ) Deputy Warden          ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary ( ) Record Officer
                                  Public

Out of your TMOP
                                                          Mrs Ross
N176