# AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

James Charley Moon, being competent to make this Declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. 1776:

On or/about 20th Feb. 2006 Plaintiff sent a request slip to Capt. Monk stating that he needed some toothpaste that their was none at Shift Office or at Laundry. the next day Plaintiff was called to Capt. Monk's Office. Capt. Monk stated: What is this about and stuck a request slip up in the air he was holding I looked at it and told him I had been to 1) The Shift Office, 2) The Laundry, 3) And the Chapel looking for toothpaste, but there was none. He then calls Officer (Ms. Dykes) at the Laundry and ask Ms. Dykes if their was any toothpaste and then ask her when was the next shipment. I do not know what she said, but I do know they only give it out (1) time every (2) two months. Anyway he reached in his drawer and pulled a tube of toothpaste and said "Here is a tube of toothpaste. I have had it a while but, this is all I have," then he waddled up the request slip and threw it in the trash can. The tube he gave Plaintiff was (9) nine years old I tried to use it but it burnt my mouth and I spit it out. I looked at the date on the toothpaste and it was 1997 the expiration date was 2000 making it (6) six years out of date. It stated on the tube do not use after expiration date three (3) years. I showed it to my neighbor Henry Holtzclaw. Capt. Monk doesn't deny that I sent a request to him about "NO" toothpaste being in the Camp or does he deny that he gave me "A old tube of toothpaste" when I went to his office. He only states that I did not state the date it took place. Capt. Monk "Aludes" a direct allegation in Plaintiff's original complaint.

1

> Plaintiff alleges that the A.D.O.C. (Defendants) fail to provide toothpaste. We are suppose to get toothpaste every (2) months. One (1) 2.7 ounce tube. If you brush your teeth three times a day after meals it will only last about two weeks. This leaves <u>(6) weeks without toothpaste</u>. If you are not awake around 11:00 P.M. til midnight on Friday Nights they will not leave you any toothpaste at the foot of your bed, then if you go to the shift office and ask for some they cuss you out and say "<u>Can't you read, were out!</u>"

You have seen in the Affidavits they had a sign up stating "were out of toothpaste and soap don't ask. Capt. Monk has never addressed this allegation whether it is true or untrue only makes general statement.

Plaintiff alleges, that if Plaintiff used this "Old" out of date toothpaste it could have caused serious medical problems. Plaintiff also alleges that the toothpaste inmates are using now has a poisonous ingredient in it called "Diethylene Glygol" used in antifreeze as a solvent.

Capt. Monk and Sgt. Carter both knew Plaintiff needed toothpaste, anti-acid medication of the Institutional "store", not the Canteen. "Canteen only sells food items."

> He was put on restriction 15th of Feb. 2006 for citation, this is my first since 2000. I have learned my lesson. I "need" some ancid tablets for reflux condition I have, and toothpaste and razors, shampoo and things. Would you consider taking me off so I can make "<u>STORE</u>"

Capt. Monk "perjured" himself, he knew that Plaintiff was on (45) days of restriction. Capt. Monk could have as the arresting officer Sgt. Carter to allow Mr. Moon to catch a hygene store draw, but didn't.

> Sgt. Carter knew most of them has already been taken off their restriction. I need some ancid tablets for acid reflux, and toothpaste. This was my

2

"first" citation in almost 6 years.

Sgt. Carter does not deny that most of them had already been taken off their restriction and also allowed to return to the faith honor dorm. Plaintiff was never allowed to go back to honor faith dorm, Plaintiff was being retaliated against him for filing grievance against prison officials, such as Sgt. Carter and Capt. Monk.

Plaintiff alleges that he was denied equal protection because the defendants created an illegal suspect class of inmates who were subjected to cruel and unusual punishment and lost of privileges.

Plaintiff claims he is a member of a constitutionally protected class and that he has been denied a fundamental right of equal protection.

Plaintiff alleges that this deprivation is "objectedly " sufficiently serious," and that prison officials acts with "deliberate indifference" to inmate health or safety."

Capt. Monk stated that Plaintiff sent a request to him due to dental issue, and he stated he forward it on to Nurse Burks (Director of Nursing) but he failed to state that the request issue's were due to "NO" toothpaste in the camp and that he needed his teeth cleaned due to "NO" toothpaste his gums were bleeding for lack of toothpaste. Three (3) weeks after getting off restrictions, the Plaintiff seen the dentist on April 25, 2006.

Plaintiff had Pott-Light Calaulus C` "Moderate bleeding." Toothpaste is one of the most important things in prison.

In allegation #2, 3, 4, defendants never answered the allegation, that the defendants failed to provide proper dental care due to lack of staff.

Plaintiff alleges that due to "Lack of Staff" from June 2004 thur March of 2005

3

and Lack of Toothpaste Plaintiff lost (14) fourteen teeth, Plaintiff has all his teeth entering Prison and due to taking so much pain medication during this 7 1/2 months waiting to get #29 tooth extracted, (17) months for partical plates can interference with the ability to eat. Plaintiff "has suffered dearly" not only did this lack of staff cause lost of teeth, but caused a lost of 80% of his esophagus. It is bad enough to eat your food with "NO" molars to chew with, but you have to get it threw a hole only a 1/4 of inch, which your food had to be chewed to almost liquid form, which a jury would concluded was a "deliberate indifference" to a serious medical condition. Warden Giles knew their was a Lack of Staff and Capt. Monk. Monk knew there was a lack of toothpaste in the camp in Feb. 2006 and when Plaintiff ask for toothpaste in March of 2006 (2) times he denied Plaintiff "Mininal civilized measure of Life's necessities", even a lay person would easily

recognize the necessity for toothpaste.

    Plaintiff also, ask for some an-acid tablets for a very serious life treating disease Plaintiff had. Prison Health Service that contract out medical and dental from ADOC Defendants was not following recommended treatment and providing Plaintiff with correct amount of medication and Plaintiff needed these acid tablets. Plaintiff was so pos to be receiving 40 mg of nexium or 40 mgs of prilosec which is the equivalent dose of nexium which is the same. Plaintiff was only receiving 20 mg's which was causing a esophageal stricture. Plaintiff had surgery (2) times during this restriction.

    Plaintiff's mother was sending extra money, because of his esophageal sttricture, due to the triple capacity of inmates in the camp. Inmates were only 5 mins. to eat their

4

food in the chow hall. Plaintiff constantly got chocked daily. It takes at least a hour to eat in the dorm." Plaintiff's esophagus was only a 1/4 inch in diameter or 10mm. A normal esophagus is 49 to 50 mili meters. Due to improper medication Plaintiff has lost 80% of his esophagus, the acid tablets would have helped Plaintiff from suffering "so badly" when he layed down at night.

Had Capt. Monk and Sgt. Carter and Dr. Rayapat: Let Plaintiff get the acid tablets requested and medication ORDERED by Dr. Jackson, their would not have been so much permantant damage done to the esophagus, Dr. Rayapati's part was: He was only giving Plaintiff half (1/2) what was recommended by Dr. Jackson, which was 40 mg.

All due to not receiving proper medication and dental problems. The new Doctor, Dr. Peasant is the one who finally got in compliance. After 21 months of Dr. Rayapati's refusal to follow recommended treatment, cause a fully developed stricture, which could have been avoided.

The records will show that on May 11, 2006 was the last sale made on the Canteen and freeze started again. In July Plaintiff sent request to Warden Giles and ask for a hyigene "STORE" draw out of the $110.00 freeze, but never received request back. From 5/13/2006 thur 12/21/06 Plaintiff could not buy any hygiene products, due to FREEZE ON PLAINTIFF'S ACCOUNT. The other (7) seven inmates that received citation were allowed to return to the honor faith dorm and were taken off restriction after (30) days and allowed to spend their money.

Plaintiff allges for (7) months as stated above from 5/31/06 thur 12/21/06 this

5

FREEZE AFFECTED Plaintiff's ability to buy toothpaste or to receive proper supply of toothpaste due to ADOC not giving out toothpaste but (6) times a year 2.75 x 6 = 16.5 ounces a year, which amounts to (1) one family size tube a year.

Plaintiff will show according to Rule Number 107 packages and money, Plaintiff violated no rule under the administrative regulation 403 which caused a subsequental freeze to be placed on his that their inmate account as a result of a rule violation, that their is no such rule that exist. Rule 107 which states: The money orders must be from someone on your approved funds list, and that Moon shows the $110.00 received on Feb. 7, 2006 was from Earline Moon which is on Plaintiff's approved funds list.

Capt. Monk has perjured himself under oath as these conflicting statements clearly reflects. The issue is clear and unambiguous there is absolutely no differences between restriction from store/canteen and hold on PMOD account it is exactly the same subject matter and Capt. Monk is perjury himself under oath. The defendants attempt to cloud the issue by stating Moon made canteen purchase before and after his restriction/hold on PMOD account. This is irrelevant to the issue at hand the records furnished by defendants clearly show that Moon was unable to purchase Store/Canteen items for a continous period of 45 days, in addition, Moon was unable to purchase store/canteen items for the period of 7 continous months while his $110.00 was frozen. However, while Moon could not access his $110.00 the DOC periodically took money from his PMOD account until such a time that the disputed $110.00 was exhausted.

I can not begin to explain the mental and emotional stress and anxiety that I have endured at the hands of these defendants. After learning that I had filed a lawsuit I was

6

verbally abused at every opportunity, at times I would be called to health care early in the morning for some appointment, and made to wait an entire day in a cramped waiting room with as many as 35 to 40 other inmates, with no place to sit other than the floor.

I suffer from depression, and as a result of not having proper care my throat became so constricted that I could not take my psycotropic medication, and as a result of having to exists within an environment of all pervasive fear, and anxiety I suffered manic episodes of crying, anger, and grief, and at times I did not believe I would make it out of prison alive.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4th day of 2008.

*James C. Moon*
James Charley Moon AIS 212228
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025

## AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

Clinton Fleming Jr., 182432, being competent to make this declaration and having personal knowledge of the matters stated therein, declares pursuant to 28 U.S.C. 1746:

I was at Ventress Correctional Facility from 1-03 left 4-06. The procedure in getting toothpaste was on friday nights from 11:00 o'clock till midnight. They would pass out hyigene item's soap and tiolet paper at the foot of your bed. Every (2) months they would pass out toothpaste (1) 2.75 tube of toothpaste if you weren't up when they passed it out they would not leave you any, it usually only lasted about two weeks. If you went to the shift office they would always have a sign up stating we are out of toothpaste and soap "don't ask" if you ask them for some they would either "Cuss you out" or tell you "can't you read were out." I also read a article in June of 2000 that the toothpaste we were receiving was contaminated, but were are still using the same toothpaste.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on February 4th, day of 2008.

*[signature]*

Clinton Fleming Jr.
AIS# 182432-Dorm G-12
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025

# AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

Larry B. Norsworthy, being competent to make this declaration under having personal knowledge of the matters stated therein declares pursuant to 28 U.S.C. 1746:

On or about February or March of 2006 at Ventress Correctional Facility I was getting of work from A.C.I., I stopped by the Law Library to get me something to read when inmate Wright ask me to go to 10 Dorm and get him a tube of toothpaste. When I went into 10 Dorm there was a sign on the door that stated NO SOAP and NO TOOTHPASTE. DON'T ASK. I then went back to the Law Library and told inmate Wright that they were out of toothpaste and soap. I then got me a book and went to my dorm.

Toothpaste and shaving cream was passed out about every two months around midnight. It was anounced around midnight that if you wanted toothpaste or shaving cream to come up front of the dorm and get it. If you were asleep then you would not get any. The toothpaste was in a small tube and at the most last two weeks.

PURSUANT TO 28 U.S.C. 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON FEBRUARY __7__. DAY OF 2008.

Larry B. Norsworthy
AIS# 149693 Dorm B1-44A
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025

# AFFIDAVIT

## DECLARATION UNDER PENALTY OF PERJURY

Henry Holtzclaw, being competent to make this declaration and having personal knowledge of matters stated therein declares pursuant to 28 U.S.C. 1746:

In 2006, I was incarcerated at Ventress Correctional Facility at Clayton, Alabama with James Charley Moon. I slept next to Moon in Dorm 9-B and had many discussions about the problems he was continually having with P.H.S. and the D.O.C.

I will be able to testify to the following facts if called upon to do so.

On one occasion I had ran out of toothpaste and went to the shift office to ask for a hygene kit. In the shift office there was a sign posted stating "out of toothpaste don't ask." Well I asked anyway "when to come back to get a hygene kit" and was cursed and verbally abused. Upon returning to the dorm I asked Moon if he had any toothpaste I could borrow Moon began to laugh and said "I have just what you need" and then, showed me a tube of 9 year old toothpaste given to him by Capt. Monk. Moon also, took me up to the bulletin board and showed me an newspaper article which stated that a jail in Spokane, Washington had stopped using the toothpaste because it was contaminated with chemicals which caused damage to your kidneys and liver and has been condemned by the F.D.A. the D.O.C. at Ventress Corr. Facility only gives out toothpaste once every two months. Each small tube may last approximately two weeks the remainder of the time you do without.

I have lost several teeth since being incarcerated at Ventress due to the lack of toothpaste and proper dental care. I was put on a waiting list to receive a partial plate. And an now on a waiting list at Staton Corr. However, here at Staton they give out toothpaste at the laundry and I have not had any problems getting toothpaste since being transferred here in December 2007.

Pursuant to 28 U.S.C. 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7th day of 2008.

*Henry K. Holtzclaw*
Henry K. Holtzclaw
AIS 195347 Dorm B-47
Staton Correctional Facility
P. O. Box 56
Elmore, Alabama 36025