| Number 107 | PACKAGES AND MONEY |
|---|---|

The only package you will be permitted to receive will be the Christmas package and incentive package.

The only money orders that will be accepted for credit to your account are U.S. Postal Money Orders, cashiers checks, or money orders issued by companies licensed to sell money orders by the State of Alabama Securities Commission. The money orders must be from someone on your approved funds list. The business manager will be glad to help you when you have a question about receiving money. If you are under court order to make restitution to victims or to pay court cost, you are required to do so. Any money remaining in your account at the time of your release will be given to you at that time.

Inmates, except those in work release centers, Farquhar Cattle Ranch, the PDL and SIR programs, are not allowed to have money in their possession. An inmate found with money in their possession will receive disciplinary action for possession of contraband, or for violating institutional rules.