

Carlos Moon
111 S. 20th St
Birmingham, AL 352

Phenix City
36876

James Moon
# 213238 : 3-18
P.O. Box 767
Clayton, AL.
36016

7437
$110.°°

FEB 07 2006

Exhibits # 4