```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004271
Cashier ID: brobinso
Transaction Date: 03/12/2008
Payer Name: STATON CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: JAMES MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $23.20
-----------------------------------
CHECK
 Check/Money Order Num: 5728
 Amt Tendered:   $23.20
-----------------------------------
Total Due:      $23.20
Total Tendered: $23.20
Change Amt:     $0.00
```