```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004542
Cashier ID: brobinso
Transaction Date: 04/03/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $30.20
------------------------------------
CHECK
 Check/Money Order Num: 5794
 Amt Tendered:   $30.20
------------------------------------
Total Due:       $30.20
Total Tendered:  $30.20
Change Amt:      $0.00
```