IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CHARLEY MOON (AIS# 212228), | § § § |
| Plaintiff, | § § |
| v. | 2:06-CV-384-WKW § § § |
| SAMUEL RAYAPATI, M.D., ET AL., | § § |
| Defendants. | § |

## SUPPLEMENTAL SPECIAL REPORT OF DEFENDANT ANTHONETTE MARSH, L.P.N.

COMES NOW Defendant Anthonette Marsh, L.P.N., and presents the following in supplement to her special report with regard to the Plaintiff's claims in this matter:

1. The supplemental affidavit of Anthonette Marsh, L.P.N., attached hereto as Exhibit "A."

Respectfully submitted this the 11th day of April, 2008.

                                                        *s/ R. Brett Garrett*
                                                        R. BRETT GARRETT (GAR085)
                                                        Attorney for Anthonette Marsh, L.P.N.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
PO Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3260
Fax: (334) 481-0808
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

    I hereby certified that on <u>April 11, 2008</u>, I have mailed via U.S. mail, properly addressed and first-class postage prepaid, to the following:

James Charley Moon (AIS # 212228)
STATON CORRECTIONAL FACILITY
PO Box 56
Elmore, AL 36025

                                               <u>s/ R. Brett Garrett</u>
                                               Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JAMES CHARLEY MOON (AIS# 212228),   *

    Plaintiff,   *

V.   *   2:06-CV-384-WKW

    *

SAMUEL RAYAPATI, M.D., ET AL.,   *

    Defendants.   *

### SUPPLEMENTAL AFFIDIAVIT OF ANTHONETTE MARSH, L.P.N.

STATE OF ALABAMA

COUNTY OF _Barbour_

    **BEFORE ME,** _Reba J Currie_, a notary public in and for said County and State, personally appeared **ANTHONETTE MARSH, L.P.N.**, and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of her ability, information, knowledge and belief, as follows:

    My name is Anthonette Marsh. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I hold a degree in nursing from Sparks Technical College. I have been a licensed, practical nurse in Alabama since 1993. I have served in this capacity at Ventress Correctional Facility ("Ventress") in Clayton, Alabama, since August 2002. At all pertinent times my employment has been with Prison Health Services, Inc. ("PHS"), the company that contracted with the Alabama Department of Corrections to provide medical services to inmates from November 2003 through October 2007.



EXHIBIT A

In my original affidavit filed in support of my pending Special Report I stated that I evaluated Mr. Moon at approximately 8:30 a.m. on February 27, 2005. This statement was made in error. Mr. Moon's medical chart indicates that I evaluated him at 8:30 p.m. Moreover, Mr. Moon was seen by Dr. Rayapati at approximately 9:30 a.m. on February 28, 2005, not 10:30 a.m. on the 27th as stated in my original affidavit. Otherwise, I hereby adopt all information contained in my original affidavit in full. I would like to take this opportunity, however, to reiterate that Mr. Moon did not have an order for Tylenol on December 9, 2004."

Further affiant sayith not.

_____
ANTHONETTE MARSH, L.P.N.

STATE OF ALABAMA    )
                    )
COUNTY OF Barbour   )

Sworn to and subscribed before me on this the 10th day of April, 2008.

_____
Notary Public

My Commission Expires:
9-8-08

2