```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004787
Cashier ID: brobinso
Transaction Date: 04/21/2008
Payer Name: STATON CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES CHARLEY MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $15.20
----------------------------------------
CHECK
 Check/Money Order Num: 5856
 Amt Tendered: $15.20
----------------------------------------
Total Due:      $15.20
Total Tendered: $15.20
Change Amt:     $0.00
```