```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005000
Cashier ID: khaynes
Transaction Date: 05/06/2008
Payer Name: STATON CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES C MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:         $13.40
------------------------------------
CHECK
 Check/Money Order Num: 5911
 Amt Tendered:   $13.40
------------------------------------
Total Due:       $13.40
Total Tendered:  $13.40
Change Amt:      $0.00
```