

# DIGESTIVE DISORDERS & LIVER DISEASE ASSOCIATES

Joseph Wellington Jackson, M.D.

2055 Normandie Drive, Suite 200
Montgomery, AL 36111
(334) 288-8840

334-265-3140

December 9, 2004

Dr. Rayapati
Ventress Correctional Facility
P. O. Box 767
Clayton, Alabama 36016-0767

RE: James Moon
Medical Record #: 21314.0

Dear Dr. Rayapati:

Mr. Moon underwent an esophagogastroduodenoscopy on today, December 9, 2004. He was evaluated for esophageal stricture. We noted that he had severe erosive esophagitis. Prior to the procedure, the patient gave a history of having severe toothache pain and has been using a significant amount of nonsteroidal antiinflammatory agents. The patient has severe erosive esophagitis of the distal esophagus. Because of the presence of severe erosive esophageal disease, I felt that at this point it would be in the patient's best interest not to perform an esophageal dilatation. Multiple biopsies were taken to rule out malignancy.

At this point, we recommend that the patient be placed on intensive antireflux therapy with a proton pump inhibitor of choice. You have a large variety from which you can choose, Nexium, AcipHex, Protonix or Prevacid. We recommend that this agent be used twice a day to speed the patient's healing for a period of eight to twelve weeks. We also recommend that he undergo repeat esophagogastroduodenoscopy at the end of this treatment. Our third recommendation is that he discontinues the use of nonsteroidal antiinflammatory agents. This would increase his risk of esophageal perforation. We strongly recommend whatever efforts necessary to have his dental problems taken care of.

If you have any further questions, please feel free to call me at (334) 288-8840.

Sincerely,

Joseph W. Jackson, M.D.

JWJ/dh
CC:  Medical Records, Ventress Correctional Facility

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED