# MEDICATION ADMINISTRATION RECORD

11/01/2004                                                                 (VEN-473) VENTRESS CORRECTIONAL FAC

| MEDICATIONS | HOUR | 1-28 administration marks |
|---|---|---|
| METOCLOPRAMIDE (REGLAN) 10MG TAB<br>TAKE 1 TABLET(S) BY MOUTH TWICE DAILY<br>RX: 5815895 RAYAPATI, SAM<br>START - 06/25/2004  STOP - 12/21/2004 | 9a<br>9p | (initials across days) |
| HYDROXYZINE-PAM (VISTARIL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314321 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004  STOP - 12/31/2004 | 9p | (initials across days) |
| DIPHENHYDRAMINE (BENADRYL) 25MG CAP<br>TAKE 1 CAPSULE(S) BY MOUTH AT BEDTIME FOR 90 DAYS<br>RX: 6314322 BANERJEE, M.D. (MHM), SREELEKHA<br>START - 10/03/2004  STOP - 12/31/2004 | 9p | (initials across days) |
| RANITIDINE (ZANTAC) 300MG TAB<br>TAKE 1 TABLET(S) BY MOUTH AT BEDTIME<br>RX: 6337993 RAYAPATI, SAM<br>START - 10/08/2004  STOP - 01/05/2005 | 9p | (initials across days) |
| RANITIDINE (ZANTAC) 150MG TAB<br>TAKE 1 TABLET(S) BY MOUTH EVERY MORNING<br>RX: 6339999 RAYAPATI, SAM<br>START - 10/08/2004  STOP - 01/05/2005 | 9a | (initials across days) |
| XALATAN OPHTH SOL (2.5CC) 50MCG/CC DROP<br>USE AS DIRECTED AT BEDTIME  >>> KEEP IN REFRIGERATOR <<<<br>RX: 6379301 RAYAPATI, SAM<br>START - 10/16/2004  STOP - 04/13/2005 | 9pm | (initials across days) |
| Prednisone 20mg ÷ PO T3ID<br>X 7days 11/18/04 – 11/25/04<br>MS. Floyd CRNP / G. Johnson LPN | 9A<br>9P | (initials) |
| Prednisone 20mg ÷ PO qd<br>X 14 days 11/26/04 – 12/10/04<br>MS. Floyd CRNP / G. Johnson LPN | 9A | (initials) |
| Metrin 200mg ÷ PO TID PRN<br>X 30D 11-18-04 – 12-18-04<br>MS. Floyd CRNP / G. Johnson | 9A<br>9P | (initials) |

FOR PROFESSIONAL USE ONLY — CONFIDENTIAL RECORD — NOT TO BE PHOTO COPIED

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR: 11/01/2004    THROUGH: 11/30/2004

Physician: RAYAPATI, SAM

Allergies: NO KNOWN DRUG ALLERGY

Moon, James    10-21