**PHS PRISON HEALTH SERVICES INCORPORATED**

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

## PHYSICIANS' ORDERS

---

NAME: Moon, James #212228
D.O.B. [redacted]
ALLERGIES: NKA
Use Last    Date 12/29/04

DIAGNOSIS (If Chg'd)
D/C Motrin 600mg po TID x 5 days
Give Tylenol 500mg po BID x 5 days
P/O Dr. West / T. Stabler, Lpn
Noted T. Stabler Lpn 12/29/04

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James #212228
D.O.B. [redacted]
ALLERGIES: NKDA
Use Fourth    Date 12/29/04

DIAGNOSIS (If Chg'd)
Motrin 600mg + tid x 5 days

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: MOON JAMES 212228
Noted 11AM C. Harris RN 12-23-04
D.O.B. [redacted]
ALLERGIES: NKA
Use Third    Date 12/23/04

DIAGNOSIS (If Chg'd)
A. Vistaril 50 mg po @ 9:00 PM
Benadryl 25 mg po @ 9:00 PM   x 90 days

SBanerjee, MD.

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James #212228
Noted B. Felton 12/10/04 0930
D.O.B. [redacted]
ALLERGIES: NKA
Use Second    Date 12/10/04

DIAGNOSIS (If Chg'd)
1) D/C Ranitidine  2) D/C Reglan  3)
4) D/C MOTRIN
5) PRILOSEC 20mg P.O Bid x 90 days
6) RTC 3 mo
7) May continue Zantac until Prilosec available

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

NAME: Moon, James #212228
Noted J. Hunt 12/9/04 1830
D.O.B. [redacted]
ALLERGIES: NKA
Date 12/9/04

DIAGNOSIS
D/C to Population   F/u in
am; NO ASA, NSAIDS, ASA, etc
Motrin, Advil ect.
V/O Dr. Pargatti / J.A. Martin

☐ GENERIC SUBSTITUTION IS NOT PERMITTED

---

MEDICAL RECORDS COPY