James C
Staton Correctional Facility
P.O. Box 56
Elmore, AL 36025
    9577




Clerk of the Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101-0711