```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005624
Cashier ID: christin
Transaction Date: 06/27/2008
Payer Name: STATON CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
  For: JAMES MOON
  Case/Party: D-ALM-2-06-CV-000384-001
  Amount:         $11.80
----------------------------------------
CHECK
  Remitter: THOMAS F STATON
  Check/Money Order Num: 6086
  Amt Tendered:   $11.80
----------------------------------------
Total Due:       $11.80
Total Tendered:  $11.80
Change Amt:      $0.00
```