```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005916
Cashier ID: khaynes
Transaction Date: 07/28/2008
Payer Name: STATON CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: JAMES C MOON
 Case/Party: D-ALM-2-06-CV-000384-001
 Amount:          $58.00
----------------------------------------
CHECK
 Check/Money Order Num: 6164
 Amt Tendered:  $58.00
----------------------------------------
Total Due:       $58.00
Total Tendered:  $58.00
Change Amt:      $0.00
```