IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 AUG 21 A 10: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| James Charley Moon, Pro Se, ) | |
| Plaintiff ) | |
| ) | Case No.: 2:06 – CV – 384 - WKW |
| v. ) | (WO) |
| ) | |
| ~~RAYAPAT~~ ) | |
| Samuel Ray Apati., M.D., et. al., ) | |
| Defendant(s) ) | |

### MOTION FOR EXTENSION OF TIME DOCUMENT #: 120-1

### DATE FILED: AUGUST 11, 2008

### RECOMMENDATION OF THE MAGISTRATE JUDGE

**COMES NOW** the Plaintiff, James Charley Moon by and through himself in the above styled cause and moves this Honorable Court for an twenty-one (21) day extension to file his answer to Document # 120-1, dated and file August 11, 2008, Recommendation of the Magistrate Judge, and as grounds aver the following:

1) The Plaintiffs objects to recommendation in this cause is due August. 24, 2008.

2) That due to the plaintiffs ongoing and scheduled medical care and need of medical services, his limited use of the Institutional Law Library and security matters beyond his control while in the confines of the prison, he is unable to meet the time required and mandated for the answer.

2) That the plaintiff is awaiting copies of his medical records from his place

of prior residence and to have this vast amount of records copied for distribution to all parties at $.50 a copy and that the plaintiffs objection cannot be prepared without these copies of the record.

5) This is the plaintiffs first request for an extension.

6) This enlargement is not requested for any improper purpose and should not prejudice or disadvantage the defendants.

**WHEREFORE THE ABOVE PREMISES CONSIDERED,** the Plaintiff respectfully request that this Honorable Court issue him an enlargement of twenty-one (21) additional days up to and including September 14, 2008 to file his objections to the Recommendation Of The Magistrate.

/s/ James C. Moon
James Charley Moon, Pro Se,
Petitioner
Staton Correctional Center
P.O. Box 56
Elmore, AL 36025-0056

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the foregoing upon the following by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed at Staton Correctional Center: aug. 20th 2008

Service To:   Brett Garrett
              Rushton, Stakey & Johnson, P.A.
              P.O. Box 270
              Montgomery, AL 36101-0270

Service To:   Hon. Troy King
              Attorney General for the State Of Alabama
              11 South Union Street
              Montgomery, AL 36130

James Charley Moon
AIS# 212228   B-32A
Staton Correctional Center
P.O. Box 56
Elmore, AL 36025-0056

James C. Moon II 212228 B-3ZA
Staton Correctional Center
P.O. Box 56
Elmore, AL 36025



Middle District of Alabama
Office of
Clerk, United States District Court
P.O. Box 711
Montgomery, AL 36101-0711