IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JAMES CHARLEY MOON (AIS# 212228),** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 2:06-CV-384-WKW |
| | § | |
| **SAMUEL RAYAPATI, M.D., ET AL.,** | § | |
| | § | |
| Defendants. | § | |

### OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO RECOMMENDATION OF MAGISTRATE JUDGE

COME NOW Defendants, Samuel Rayapati, M.D.; Nettie Burks, R.N.; Travis Miers, D.M.D.; William E. Shirley, D.D.S.; Anthonette Marsh, L.P.N.; and Prison Health Services, Inc. (hereinafter "PHS"), by and through counsel of record, and move this Honorable Court to deny Plaintiff's motion for extension of time to file response/objection to recommendation of Magistrate Judge and, in support thereof, show as follows:

1. On August 21, 2008, Defendants received a copy of Plaintiff's motion for extension of time to file a response to the Magistrate Judge's recommendation of dismissal. The motion is undated, as is the certificate of service. As such, Defendants cannot determine when said motion was filed. In any event, Plaintiff's objection is not due to be filed with the Court until August 24, 2008.

2. While Defendants empathize with regard to Plaintiff's limited access to the the Institutional Law Library, he has made no showing as to how his "ongoing and scheduled medical care" has hindered his ability to file a timely response/objection to the Magistrate

Judge's recommendation. Moreover, Plaintiff claims that he is awaiting copies of his medical records from his "place of prior residence" to utilize in support of his objection.

3. Taking Plaintiff's statement at face value, it appears that he will attempt to introduce new evidence in the form of old/past medical records in support of his objection.

4. Defendants contend that any argument made in objection to the Magistrate Judge's recommendation should be based, solely, upon information considered by the Court as gathered pursuant to standing order. Any new medical records (of old or past medical conditions) are irrelevant for the Court's determination. Plaintiff should not be allowed to make new claims or submit new evidence in objecting to the Magistrate Judge's recommendation, and certainly, should not be afforded additional time to do so.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Honorable Court to deny Plaintiff's motion for extension of time to file an objection to the Magistrate Judge's recommendation and, further, to strike any evidentiary submission purported to address claims which were not originally brought before the Magistrate Judge for his consideration.

Respectfully submitted this the 22nd day of August, 2008.

>*s/ R. Brett Garrett*
> R. Brett Garrett (GAR085)
> Attorney for Defendant Prison Health
> Services, Inc.

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Fax: (334) 262-6277
E-mail: bg@rsjg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on <u>August 22, 2008</u>, a copy of the above and foregoing has been served by U.S. Mail to:

James Charley Moon (AIS # 212228)
STATON CORRECTIONAL FACILITY
PO Box 56
Elmore, AL 36025

                                            *s/ R. Brett Garrett*
                                            Of Counsel