IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-384-WKW |
| SAMUEL RAYAPATI, M.D., *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Plaintiff seeks an extension of time to file objections to the Recommendation of the Magistrate Judge entered on August 11, 2008. Plaintiff's request shall be granted. In light of Plaintiff's assertion that he is "awaiting copies of his medical records form his place of prior residence and to have this vast amount of records copied for distribution to all parties at $.50 a copy and the plaintiff's objection cannot be prepared without these copies of the record" (*Doc. No. 121*), the court deems it necessary to advise Plaintiff of the following.

The original objection period is 13 days. The purpose of filing objections is to specifically identify findings in the Recommendation to which Plaintiff has an objection. The purpose is **not** to re-argue the merits of the complaint, to present additional arguments or evidence, to present new claims, or to attempt to argue claims not before the court. Frivolous, conclusive, or general objections will not be considered. Additionally, Rule 8(e)(1), *Federal Rules of Civil Procedure*, directs that [e]ach averment of a pleading shall be

**simple**, **concise**, and **direct**.

In light of the foregoing, Plaintiff is reminded that in the court's initial order of procedure, he was advised that if defendants are represented by an attorney, copies of pleadings may be mailed to the attorney of record.  (*See Doc. No. 4, ¶4(a)*.)  Plaintiff is further reminded that he was provided an opportunity to oppose Defendants' motions for summary judgment and did so.  Plaintiff was also granted the opportunity to review his medical records and make copies of them.  Not only did Defendants file voluminous copies of Plaintiff medical records but Plaintiff also submitted a binder containing numerous copies of his medical records as well.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time to file objections to the Recommendation of the Magistrate Judge (*Doc. No. 121*), is GRANTED;

2. Plaintiff is GRANTED an extension from August 24, 2008 to and including September 15, 2008 to file his objections.  No further requests for additional time to file objections shall be entertained absent exceptional circumstances.

Done, this 25th day of August 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE