IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JAMES CHARLEY MOON, #212 228        *

    Plaintiff,        *

v.        *        2:06-CV-384-WKW

SAMUEL RAYAPATI, M.D., *et al.*,        *

    Defendants.        *

_____

**ORDER ON MOTION**

Upon consideration of the medical defendants' August 22, 2008 pleading, construed to contain a motion to deny Plaintiff's request for additional time to file objections to the Recommendation of the Magistrate Judge, and in light of the court's August 25, 2008 order granting Plaintiff's motion to extend the objection deadline, it is

ORDERED that Defendants' motion (*Doc. No. 122*) be and is hereby DENIED as moot.[1]

Done, this 25th day of August 2008.

                /s/ Wallace Capel, Jr.
                WALLACE CAPEL, JR.
                UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that in the order granting Plaintiff an extension to file objections to the Recommendation of the Magistrate Judge, the court addressed the medical defendants' concerns regarding the purpose of objections, including that in filing objections Plaintiff may not use such forum to make additional arguments, raise new claims, or present new evidence.