IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES CHARLEY MOON, #212 228, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-384-WKW |
| | ) | (WO) |
| SAMUEL RAYAPATI, M.D., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that Plaintiff James Moon's claims against Defendants PHS, Inc., Dr. Samuel Rayapati, Dr. Travis Miers, Dr. Marvin West, Dr. William Shirley, Nurse Anthonette Marsh and Nurse Nettie Burk are dismissed without prejudice for failure of Mr. Moon to exhaust an available administrative remedy, in accordance with the provisions of 42 U.S.C. § 1997e(a), and that Mr. Moon's claims against Defendants Commissioner Richard Allen, Associate Commissioner Ruth Naglich, Warden J.C. Giles, Captain Larry Monk and Sergeant Sherwin Carter are DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 29th day of September, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE